ORIGINAL

| | |
|---|---|
| LANI D. H. NAKAZAWA | 1818 |
| CHRISTIANE L. NAKEA-TRESLER | 7409 |

Office of the County Attorney
County of Kaua'i, Mo`ikeha Building
4444 Rice Street, Suite 220
Līhu'e, Hawai'i 96766
Telephone: (808) 241-6315
Fax No. (808) 241-6319
E-mail: lnakazawa@kauai.gov
       cntresler@kauai.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 6 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

Attorneys for Defendants COUNTY
OF KAUA'I and KAUA'I POLICE DEPARTMENT

IN THE UNITED STATES DISTRICT COURT

STATE OF HAWAI'I

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUA'I, KAUA'I POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>Defendants. | CIVIL NO. CV04-00562 SOM BMK<br><br>DEFENDANTS COUNTY OF KAUA'I AND KAUA'I POLICE DEPARTMENT'S STATEMENT OF NO POSITION AND NON-APPEARANCE ON DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT FILED ON DECEMBER 27, 2005; CERTIFICATE OF SERVICE<br><br>Hearing:<br>Date: January 27, 2006<br>Time: 2:00 p.m.<br>Magistrate Judge Barry M. Kurren<br><br>Trial Date: October 11, 2006 |

**DEFENDANTS COUNTY OF KAUA'I AND KAUA'I POLICE DEPARTMENT'S STATEMENT OF NO POSITION AND NON-APPEARANCE ON DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT FILED ON DECEMBER 27, 2005**

COMES NOW, DEFENDANTS COUNTY OF KAUA'I and KAUA'I POLICE DEPARTMENT (hereinafter "Defendants"), by and through its attorneys, LANI D. H. NAKAZAWA and CHRISTIANE L. NAKEA-TRESLER, hereby states they take no position to DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT filed on December 27, 2005. The County further gives notice that it does not intend to appear at the hearing of this motion but reserves the right to object to any Order submitted to this Court which is contrary to the County's interest.

DATED: Lihue, Kaua'i, Hawai'i, January 5, 2005.

_____
LANI D. H. NAKAZAWA
CHRISTIANE L. NAKEA-TRESLER

Attorneys for Defendants
COUNTY OF KAUA'I and
KAUA'I POLICE DEPARTMENT

2

IN THE UNITED STATES DISTRICT COURT

STATE OF HAWAI'I

| | |
|---|---|
| DARLA ABBATIELLO, ) | CIVIL NO. CV04-00562 SOM BMK |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| COUNTY OF KAUA'I, KAUA'I ) | CERTIFICATE OF SERVICE |
| POLICE DEPARTMENT, K.C. LUM, ) | |
| WILFRED M. IHU, GORDON ISODA, ) | |
| DEAN PIGAO, IRVIL KAPUA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of **DEFENDANTS COUNTY OF KAUA'I AND KAUA'I POLICE DEPARTMENT'S STATEMENT OF NO POSITION AND NON-APPEARANCE ON DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT FILED ON DECEMBER 27, 2005**, were served on the following parties at their respective addresses by depositing the same in the United States mail, postage prepaid, on the date specified below:

        DANIEL G. HEMPEY, ESQ
        Law Office of Daniel G. Hempey
        3175 Elua Street
        Līhu'e, Hawai'i 96766

AND

MARGERY S. BRONSTER, ESQ.
JEFF CRABTREE, ESQ.
Bronster Crabtree & Hoshibata
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawai'i 96813

Attorneys for Plaintiff
DARLA ABBATIELLO


DAVID J. MINKIN, ESQ.
BECKY T. CHESTNUT, ESQ.
McCorriston Miller Mukai MacKinnon LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813

Attorneys for Defendants
K. C. LUM, WILFRED M. IHU,
GORDON ISODA and DEAN PIGAO

MICHAEL J. MCGUIGAN, ESQ.
Pacific Guardian Center, Mauka Tower
733 Bishop Street, 24th Floor
Honolulu, Hawai'i 96813

Attorney for Defendant
IRVIL KAPUA

JONATHAN L. ORTIZ, ESQ.
WADE J. KATANO, ESQ.
ALLISON M. FUJITA, ESQ.
841 Bishop Street, Suite 2121
Honolulu, Hawai'i 96813

Attorneys for Defendant
GORDON ISODA, Individually

2

KEVIN P. H. SUMIDA, ESQ.
MILTON S. TANI, ESQ.
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawai'i 96813

Attorneys for Defendant
DEAN PIGAO, Individually

DATED: Lihue, Kaua'i, Hawai'i, January 5, 2006.

_____
LANI D. H. NAKAZAWA
CHRISTIANE L. NAKEA-TRESLER

Attorneys for Defendants
COUNTY OF KAUA'I and
KAUA'I POLICE DEPARTMENT

3