BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER    4750
JOHN HOSHIBATA         3141
JEANNETTE E. HOLMES    7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No.:   (808) 524-5644
Facsimile No.:   (808) 599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jholmes@bchlaw.net

LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY       7535
3175 Elua Street
Lihue, Hawaii 96766
Telephone No.:   (808) 632-0000
Facsimile No.:   (808) 632-2332
hemplaw@hawaii.rr.com
Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
|---|---|
| Plaintiff, | ) DECLARATION OF JOHN HOSHIBATA IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO THE MOTION OF DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA, AND DEAN PIGAO FOR LEAVE TO FILE THIRD-PARTY COMPLAINT; EXHIBITS "1" THROUGH "4" |
| vs. | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | |
| Defendants. | |

1

) HEARING: January 27, 2006
) TIME:    2:00 p.m.
) JUDGE:   Barry M. Kurren

### DECLARATION OF JOHN HOSHIBATA IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO THE MOTION OF DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA, AND DEAN PIGAO FOR LEAVE TO FILE THIRD-PARTY COMPLAINT

1. I am an attorney with the law firm of Bronster Crabtree & Hoshibata and I am one of the attorneys representing the Plaintiff Darla Abbatiello. I submit this declaration based on personal knowledge of the facts and circumstances declared herein. I am competent to make this declaration.

2. On a number of occasions during September, October, November and December of 2005, I spoke with David Minkin, Esq., concerning his repeated requests that I agree to the attached "Stipulation for Partial Dismissal Without Prejudice As To Plaintiffs' Claims Against Defendants Gordon Isoda, K.C. Lum, Wilfred M. Ihu and Dean Pigao In Their Individual Capacities".

3. During the last status conference in this case, one or more counsel for the defendants in their individual capacities represented that arrangements were being discussed with the County of Kauai whereby the County would be fully liable for any wrongs done by the individual defendants.

2

4. As a result of Mr. Minkin's requests, which were also reiterated in writing by Jonathan Ortiz, counsel for Defendant Gordon Isoda, I signed the attached Stipulation which was drafted by Mr. Ortiz and which I believed was to be immediately signed, circulated for signatures by all parties, and expeditiously filed by Mr. Minkin.

5. As a result of PACER research done on this date, I have discovered that the Stipulation has not yet been filed in Court.

6. Attached hereto as Exhibit "1" is a true and correct copy of a "Stipulation for Partial Dismissal Without Prejudice As to Plaintiff's Claims Against Defendants Gordon Isoda, K.C. Lum, Wilfred M. Ihu and Dean Pigao In Their Individual Capacities," signed by me on December 16, 2005, with a transmittal cover sheet of the same date.

7. Attached hereto as Exhibit "2" is a true and correct copy of an article from *The Honolulu Advertiser* dated October 22, 2003, entitled "Kauai Police Chief Retiring."

8. Attached hereto as Exhibit "3" is a true and correct copy of a letter from Jonathan Ortiz to Margery Bronster dated September 15, 2005.

9. Attached hereto as Exhibit "4" is a true and correct copy of a letter from David Minkin to Jonathan Ortiz dated September 16, 2005.

I declare under penalty of perjury that the foregoing statements are true and correct.

DATED: Honolulu, Hawai`i, January 12, 2006.

_____
JOHN HOSHIBATA

4