2300 Pauahi Tower

1001 Bishop Street

Honolulu, HI 96813

Phone 808 524-5644

Fax 808 599-1881

info@bchlaw.net

*A Law Corporation*

# Bronster Crabtree & Hoshibata

### ATTORNEYS AT LAW

## TRANSMITTAL

December 16, 2005

To:    Jonathan L. Ortiz, Esq.
       Ortiz & Katano
       841 Bishop Street, Suite 2121
       Honolulu, Hawai'i 96813

From:    Michele Sisiam, Secretary to John Hoshibata, Esq.

Re:    *Darla Abbatiello v. County of Kauai, et al.*
       USDC Civil No. CV04 00562 SOM BMK

## TRANSMITTED FOR:

| | | | |
|---|---|---|---|
| ( ) | Your Information | ( ) | Your Further Necessary Action |
| ( ) | Your Signature & Return | ( ) | Your Approval |
| ( ) | Your Signature & Forwarding | ( ) | Your Review & Comment |
| ( ) | Your files | ( ) | Per Our Conversation |
| (X) | **See Remarks Below** | (X) | **Per Your Request** |

Comments: Enclosed is your following document which has been signed by
          Mr. Hoshibata:

          **Stipulation for Partial Dismissal Without Prejudice as to
          Plaintiff's Claims Against Defendants Gordon Isoda, K.C. Lum,
          Wilfred M. Ihu, and Dean Pigao, In Their Individual Capacities**

## EXHIBIT __1__

ORTIZ & KATANO
A LAW CORPORATION

JONATHAN L. ORTIZ    2297-0
WADE J. KATANO       6496-0
ALLISON M. FUJITA    6912-0
2121 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Phone No.:   (808) 524-6696
Fax No.:     (808) 524-6690
ortizlaw@lava.net

Attorneys for Defendant
GORDON ISODA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO.  CV 04 00562 SOM BMK |
| | ) | |
| Plaintiffs, | ) | STIPULATION FOR PARTIAL |
| vs. | ) | DISMISSAL WITHOUT PREJUDICE |
| | ) | AS TO PLAINTIFF'S CLAIMS |
| COUNTY OF KAUAI; KAUAI | ) | AGAINST DEFENDANTS GORDON |
| POLICE DEPARTMENT; K.C. LUM; | ) | ISODA, K.C. LUM, WILFRED M. |
| WILFRED M.  IHU; GORDON ISODA; | ) | IHU, AND DEAN PIGAO, In Their |
| DEAN PIGAO; IRVIL KAPUA, | ) | Individual Capacities |
| | ) | |
| Defendants. | ) | TRIAL:       October 11, 2006 |
| | ) | |

STIPULATION FOR PARTIAL DISMISSAL WITHOUT PREJUDICE AS
TO PLAINTIFF'S CLAIMS AGAINST DEFENDANTS GORDON ISODA,
K.C. LUM, WILFRED M. IHU, DEAN PIGAO, In Their Individual Capacities

IT IS HEREBY STIPULATED AND AGREED by and between the

appearing parties hereto through their respective counsel as follows:

1.    All claims and causes of action by Plaintiff DARLA ABBATIELLO against Defendants GORDON ISODA, K.C. LUM, WILFRED M. IHU, and DEAN PIGAO, in their individual capacities, be and are hereby dismissed without prejudice;

2.    All claims and causes of action by Plaintiff DARLA ABBATIELLO against Defendants GORDON ISODA, K.C. LUM, WILFRED M. IHU, and DEAN PIGAO, in their official capacities as members of the Kauai Police Department and/or County of Kauai, shall remain; and

3.    The Kauai Police Department and the County of Kauai shall not raise defenses that the acts or omissions of Defendants GORDON ISODA, K.C. LUM, WILFRED M. IHU, and DEAN PIGAO, were outside of the course and scope of their employment with Kauai Police Department and/or the County of Kauai, unless evidence is revealed to the contrary during discovery.

4.    All remaining parties reserve the right to reassert claims against Defendants GORDON ISODA, K.C. LUM, WILFRED M. IHU, and DEAN PIGAO, in their individual capacities, if discovery reveals that the acts or omissions of Defendants GORDON ISODA, K.C. LUM, WILFRED M. IHU, and DEAN PIGAO were outside of the scope of their employment with the Kauai Police Department and/or the County of Kauai.

Such claims shall be made within a reasonable period following the close of discovery.

---

*Abbatiello vs. County of Kauai; et al.*; Civil No. CV 04 00562 SOM BMK: STIPULATION FOR PARTIAL DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF'S CLAIMS AGAINST DEFENDANTS GORDON ISODA, K.C. LUM, WILFRED M. IHU, AND DEAN PIGAO                                                    Page 2 of 4

This Stipulation for Dismissal is based on Rules 41(a)(1)(B) of the Federal Rules of Civil Procedure and has been signed by counsel for all parties who have made an appearance in this action. Trial is set for October 11, 2006.

There are no remaining claims between Plaintiff DARLA ABBATIELLO and Defendants GORDON ISODA, K.C. LUM, WILFRED M. IHU, and DEAN PIGAO, in their individual capacities. Plaintiff DARLA ABBATIELLO'S claims against Defendants COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT and IRVIL KAPUA and claims against Defendants GORDON ISODA, K.C. LUM, WILFRED M. IHU, and DEAN PIGAO, in their official capacities remain.

DATED: Honolulu, Hawaii, _____.


MARGERY S. BRONSTER
JEFF CRABTREE
JOHN HOSHIBATA
Attorneys for Plaintiff
DARLA ABBATIELLO

LANI D. H. NAKAZAWA
CHRISTIANE L. NAKEA-TRESLER
Attorneys for Defendants
COUNTY OF KAUAI and
KAUAI POLICE DEPARTMENT


DANIEL G. HEMPEY
Attorney for Plaintiff

KEVIN P. H. SUMIDA
MILTON S. TANI
Attorneys for Defendant
DEAN PIGAO, Individually

---
MICHAEL J. McGUIGAN
ELMIRA TSANG
Attorney for Defendant
IRVIL KAPUA

---
JONATHAN L. ORTIZ
Attorney for Defendant
GORDON ISODA

---
DAVID J. MINKIN
BECKY T. CHESTNUT
Attorneys for Defendants
K. C. LUM, WILFRED M. IHU
GORDON ISODA and DEAN PIGAO

---