# ORTIZ & KATANO
## A LAW CORPORATION

SUITE 2121 DAVIES PACIFIC CENTER
841 BISHOP STREET
HONOLULU, HAWAII 96813

JONATHAN L. ORTIZ
WADE J. KATANO
ALLISON M. FUJITA

September 15, 2005

Telephone: (808) 524-6696
Facsimile: (808) 524-6690
E-mail:    ortizlaw@lava.net

Margery S. Bronster, Esq.
Bronster Crabtree & Hoshibata
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

*Via Fax No. 599-1881/Hand Delivery*

Re;   Darla Abbatiello vs. County of Kauai; et al.;
      Civil No.: CV 04-00562 SC BMK

Dear Ms. Bronster:

We have received your client's response to our Request for Answers to Interrogatories. Upon careful review of her responses, it appears that all of the allegations against Gordon Isoda arise out of his duties with the Kauai Police Department. That is, his actions appear to be within the course and scope of his position with the Department, and there are no personal allegations against him.

In light of the above, I am requesting that all parties enter into a stipulation that there are no claims against Gordon Isoda of a personal nature, and that all of the alleged acts or omissions complained of against him were within the course and scope of his employment. That stipulation, of course, would require that the County of Kauai and the Kauai Police Department agree not to assert a defense that he was acting outside of the scope of his employment.

There are several cogent reasons in support of this proposal. In the first instance, it streamlines the litigation and makes it less costly for your client. In addition, it moots out the pending declaratory relief action filed by State Farm against Mr. Isoda. Finally, your client is fully protected because if she establishes liability for acts committed by Mr. Isoda, the County and/or Kauai Police Department will be responsible.

By copy of this letter, I am so informing the other parties of our request. I am asking all parties to respond to this request in writing. If possible, please advise prior to the upcoming Rule 16 Conference with Magistrate. If an agreement cannot be reached by that time, I would like to place this matter on the agenda with Judge Kurren.

**EXHIBIT 3**

Margery S. Bronster, Esq.
September 15, 2005
Page 2

Thank you for your attention to this matter.

Very truly yours,

Jonathan L. Ortiz

JLO:jlc

cc: Daniel G. Hempey, Esq. (808-632-2332)
Christine Nakea-Tresler, Esq. (808-241-6319)
David J. Minkin, Esq. (524-8293)
Michael J. McGuigan, Esq. (531-8628)
Milton Tani, Esq. (599-2979)
Mr. Gordon Isoda
Mr. Russell Madamba
   State Farm Fire & Casualty Co. (Claim No. 51-D020-096)