# McCorriston Miller Mukai MacKinnon LLP

ATTORNEYS AT LAW

September 16, 2005

## VIA FACSIMILE NO. 524-6690 & HAND DELIVERY

Jonathan L. Ortiz, Esq.
Ortiz & Katano
841 Bishop Street, Suite 2121
Honolulu, Hawaii 96813

RE: Darla Abbatiello vs. County of Kauai, et al.,
Civil No. CV 04-00562 SC BMK

Dear Mr. Ortiz:

On behalf of our clients K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean Pigao in their individual and official capacities, we concur with your analysis as set forth in your letter of September 15, 2005, and agree to enter into the stipulation proposed.

Very truly yours,

McCorriston Miller Mukai MacKinnon LLP

David J. Minkin
Becky T. Chestnut

DJM:dk

cc: Margery S. Bronster, Esq. (via facsimile)
Daniel G. Hempey, Esq. (via facsimile)
Christiane Nakea-Tresler, Esq. (via facsimile)
Michael J. McGuigan, Esq. (via facsimile)
Milton Tani, Esq. (via facsimile)

121326.1

EXHIBIT 4