IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) |
| | ) |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) ) ) ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses on January 12, 2006:

Served Electronically through CM/ECF:

BECKY T. CHESTNUT, ESQ.                    chestnut@m4law.com
DAVID J. MINKIN, ESQ.                      minkin@m4law.com
    Attorneys for Defendants K.C. LUM,
    WILFRED M. IHU, GORDON ISODA
    and DEAN PIGAO

WADE J. KATANO, ESQ.                       ortizlaw@lava.net
ALLISON M. FUJITA, ESQ.                    wkatano@lava.net
    Co-Counsel for Defendant GORDON ISODA

MICHAEL J. McGUIGAN, ESQ.                  mjm@roplaw.com
    Attorney for Defendant IRVIL KAPUA

KEVIN P.H. SUMIDA, ESQ.   info@triallawhawaii.com
    Co-Counsel for Defendant DEAN PIGAO


Served by First Class Mail:

DANIEL G. HEMPEY, ESQ.
Law Office of Daniel G. Hempey
3175 Elua Street
Lihue, Hawaii 96766
    Attorney for Plaintiff
    DARLA ABBATIELLO


LISA W. CATALDO, ESQ.
McCorriston Miller Mukai MacKinnon LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
    Attorney for Defendants
    K.C. LUM, WILFRED M. IHU,
    GORDON ISODA and DEAN PIGAO


JONATHAN L. ORTIZ, ESQ.
Ortiz & Katano
2121 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
    Co-Counsel for Defendant
    GORDON ISODA


MILTON S. TANI, ESQ.
Matsui Chung Sumida & Tsuchiyama
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
    Co-Counsel for Defendant
    DEAN PIGAO

2

LANI D.H. NAKAZAWA, ESQ.
CHRISTIANE L. NAKEA-TRESLER, ESQ.
Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Hawaii  96766
    Attorneys for Defendants
    COUNTY OF KAUAI and
    KAUAI POLICE DEPARTMENT

DATED:  Honolulu, Hawaii, January 12, 2006.

        /s/ Jeannette Holmes Castagnetti
    MARGERY S. BRONSTER
    JOHN HOSHIBATA
    JEANNETTE HOLMES CASTAGNETTI
    DANIEL G. HEMPEY
        Attorneys for Plaintiff
        DARLA ABBATIELLO