BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER     4750
JOHN T. HOSHIBATA          3141
JEANNETTE HOLMES CASTAGNETTI   7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone No.:     (808) 524-5644
Facsimile No.:     (808) 599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY          7535
3175 Elua Street
Lihue, Hawaii  96766
Telephone No.:     (808) 823-0000
Facsimile No.:     (808) 632-2332
hemplaw@hawaii.rr.com

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04 00562 SOM BMK |
| | ) | |
| Plaintiff, | ) | NOTICE OF APPEARANCE AND |
| | ) | SUBSTITUTION OF COUNSEL; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| COUNTY OF KAUAI, KAUAI POLICE | ) | |
| DEPARTMENT, K.C. LUM, WILFRED | ) | |
| M. IHU, GORDON ISODA, DEAN | ) | |
| PIGAO, IRVIL KAPUA, | ) | |
| | ) | |
| Defendants. | ) | NO TRIAL DATE SET |

<u>NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL</u>

PLEASE TAKE NOTICE that JOHN T. HOSHIBATA hereby enters his appearance and substitution for JEFF CRABTREE in this case as counsel for Plaintiff Darla Abbatiello in this action.  We hereby request that all notices given or required to be given this case and that all pleadings, documents and other papers served or filed in this case, be served upon by mailing or delivering a copy to the following address:

> MARGERY S. BRONSTER
> JOHN T. HOSHIBATA
> JEANNETTE HOLMES CASTAGNETTI
> Bronster Crabtree & Hoshibata
> 2300 Pauahi Tower
> 1001 Bishop Street
> Honolulu, Hawai'i 96813

> DATED:  Honolulu, Hawaii, January 18, 2006.

> /s/ Jeannette Holmes Castagnetti
> MARGERY S. BRONSTER
> JOHN T. HOSHIBATA
> JEANNETTE HOLMES CASTAGNETTI
> DANIEL G. HEMPEY
> Attorneys for Plaintiff
> DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) |
| | ) |
| COUNTY OF KAUAI, KAUAI POLICE | ) |
| DEPARTMENT, K.C. LUM, WILFRED | ) |
| M. IHU, GORDON ISODA, DEAN | ) |
| PIGAO, IRVIL KAPUA, | ) |
| | ) |
| Defendants. | ) |

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted

below, a true and correct copy of the foregoing was served on the following at their

last known addresses on January 18, 2006:

Served Electronically through CM/ECF:

BECKY T. CHESTNUT, ESQ.                    chestnut@m4law.com
DAVID J. MINKIN, ESQ.                      minkin@m4law.com
    Attorneys for Defendants K.C. LUM,
    WILFRED M. IHU, GORDON ISODA
    and DEAN PIGAO

WADE J. KATANO, ESQ.                       ortizlaw@lava.net
ALLISON M. FUJITA, ESQ.                    wkatano@lava.net
    Co-Counsel for Defendant GORDON ISODA

MICHAEL J. McGUIGAN, ESQ.                  mjm@roplaw.com
    Attorney for Defendant IRVIL KAPUA

KEVIN P.H. SUMIDA, ESQ.                    info@triallawhawaii.com
      Co-Counsel for Defendant DEAN PIGAO


Served by First Class Mail:

      DANIEL G. HEMPEY, ESQ.
      Law Office of Daniel G. Hempey
      3175 Elua Street
      Lihue, Hawaii 96766
          Attorney for Plaintiff
          DARLA ABBATIELLO


      LISA W. CATALDO, ESQ.
      McCorriston Miller Mukai MacKinnon LLP
      Five Waterfront Plaza, 4th Floor
      500 Ala Moana Boulevard
      Honolulu, Hawaii 96813
          Attorney for Defendants
          K.C. LUM, WILFRED M. IHU,
          GORDON ISODA and DEAN PIGAO


      JONATHAN L. ORTIZ, ESQ.
      Ortiz & Katano
      2121 Davies Pacific Center
      841 Bishop Street
      Honolulu, Hawaii  96813
          Co-Counsel for Defendant
          GORDON ISODA


      MILTON S. TANI, ESQ.
      Matsui Chung Sumida & Tsuchiyama
      Suite 1400 Mauka Tower
      737 Bishop Street
      Honolulu, Hawaii  96813
          Co-Counsel for Defendant
          DEAN PIGAO

LANI D.H. NAKAZAWA, ESQ.
CHRISTIANE L. NAKEA-TRESLER, ESQ.
Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Hawaii  96766
     Attorneys for Defendants
     COUNTY OF KAUAI and
     KAUAI POLICE DEPARTMENT

     DATED:  Honolulu, Hawaii, January 18, 2006.


          /s/ Jeannette Holmes Castagnetti
          MARGERY S. BRONSTER
          JOHN T. HOSHIBATA
          JEANNETTE HOLMES CASTAGNETTI
          DANIEL G. HEMPEY
             Attorneys for Plaintiff
             DARLA ABBATIELLO

3