IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> COUNTY OF KAUAI, KAUAI ) <br> POLICE DEPARTMENT, K.C. LUM, ) <br> WILFRED M. IHU, GORDON ) <br> ISODA, DEAN PIGAO, IRVIL ) <br> KAPUA, ) <br> ) <br> Defendants. ) <br> ) | CIVIL NO. CV04-00562 SOM BMK <br><br> DECLARATION OF DAVID J. MINKIN; EXHIBIT "D" |

## **DECLARATION OF DAVID J. MINKIN**

I, DAVID J. MINKIN, declare and state as follows.

1. I am a partner with the law firm of McCorriston Miller Mukai MacKinnon LLP, attorneys for Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean Pigao in the above-entitled matter.

2. Except where otherwise noted, I make this Declaration based on my personal knowledge and would be competent to testify to the statements contained herein.

3. Attached hereto as Exhibit "D" is a true and correct copy of the Notice of Electronic Filing received on January 12, 2006 at 3:42 p.m.

129884.1

4.  On August 31, 2005 and September 8, 2005, more than two thousand pages of discovery were produced by the Defendants.

I David J. Minkin, declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746(2).

Executed this 13th day of January, 2006, at Honolulu, Hawaii.

_____
DAVID J. MINKIN

129884.1

2