IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04-00562 SOM BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below, a true and correct copy of the foregoing document was duly served on the following at their last known addresses in the manner indicated below:

|  | **MAIL** | **DELIVERY** |
|---|---|---|
| DANIEL G. HEMPEY, ESQ.<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Lihue, Hawaii 96766 |  | X |

and

129884.1

|  | **MAIL** | **DELIVERY** |
|---|---|---|
| MARGERY S. BRONSTER, ESQ.<br>JEFF CRABTREE, ESQ.<br>Bronster Crabtree & Hoshibata<br>2300 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Plaintiff<br>DARLA ABBATIELLO | | X |
| LANI D.H. NAKAZAWA, ESQ.<br>CHRISTIANE L. NAKEA-TRESLER, ESQ.<br>Office of the County Attorney<br>4444 Rice Street, Suite 220<br>Lihue, Hawaii 96766<br><br>Attorneys for Defendants<br>COUNTY OF KAUAI and<br>KAUAI POLICE DEPARTMENT | X | |
| MICHAEL J. McGUIGAN, ESQ.<br>Pacific Guardian Ctr., Mauka Tower<br>733 Bishop Street, 24th Floor<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>IRVIL KAPUA | | X |
| JONATHAN L. ORTIZ, ESQ.<br>WADE J. KATANO, ESQ.<br>ALLISON M. FUJITA, ESQ.<br>841 Bishop Street, Suite 2121<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>GORDON ISODA, Individually | | X |

|  | **MAIL** | **DELIVERY** |
|---|---|---|
| KEVIN P.H. SUMIDA, ESQ.<br>MILTON S. TANI, ESQ.<br>Suite 1400, Mauka Tower<br>737 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>DEAN PIGAO, Individually |  | X |

DATED: Honolulu, Hawaii, January 13, 2006.

_____
DAVID J. MINKIN
BECKY T. CHESTNUT

Attorneys for Defendants
K.C. LUM, WILFRED M. IHU,
GORDON ISODA, and DEAN PIGAO

129884.1                                    3