ORIGINAL

McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN     #3639-0
BECKY T. CHESTNUT     #7756-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293
Email: minkin@m4law.com

Attorneys for Defendants
K.C. LUM, WILFRED M. IHU,
GORDON ISODA and DEAN PIGAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | CIVIL NO. CV04-00562 SOM BMK |
| Plaintiff, | NOTICE OF HEARING MOTION; DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION TO STRIKE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT, FILED JANUARY 12, 2006; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF DAVID J. MINKIN; EXHIBITS "A" AND "B"; CERTIFICATE OF SERVICE |
| vs. | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | |
| Defendants. | |

129867.1

```
)   Hearing:
)   Date: JAN 2 7 2006
)   Time: 1:00 pm
)   Magistrate Judge Barry M. Kurren
)
)   Trial Date:  October 11, 2006
)
```

## NOTICE OF HEARING MOTION

TO:     DANIEL G. HEMPEY, ESQ.
Law Office of Daniel G. Hempey
3175 Elua Street
Lihue, Hawaii 96766
    and
MARGERY S. BRONSTER, ESQ.
JEFF CRABTREE, ESQ.
Bronster Crabtree & Hoshibata
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Plaintiff
DARLA ABBATIELLO

LANI D.H. NAKAZAWA, ESQ.
CHRISTIANE L. NAKEA-TRESLER, ESQ.
Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Hawaii 96766

Attorneys for Defendants
COUNTY OF KAUAI and
KAUAI POLICE DEPARTMENT

129867.1                              2

MICHAEL J. McGUIGAN, ESQ.
Pacific Guardian Ctr., Mauka Tower
733 Bishop Street, 24th Floor
Honolulu, Hawaii 96813

Attorney for Defendant
IRVIL KAPUA

JONATHAN L. ORTIZ, ESQ.
WADE J. KATANO, ESQ.
ALLISON M. FUJITA, ESQ.
841 Bishop Street, Suite 2121
Honolulu, Hawaii 96813

Attorneys for Defendant
GORDON ISODA, Individually

KEVIN P.H. SUMIDA, ESQ.
MILTON S. TANI, ESQ.
737 Bishop Street, Suite 1400
Honolulu, Hawaii 96813

Attorneys for Defendant
DEAN PIGAO, Individually

NOTICE IS HEREBY GIVEN that Defendants K.C. LUM, WILFRED M. IHU, GORDON ISODA and DEAN PIGAO's MOTION TO STRIKE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT, FILED JANUARY 12, 2006, shall come on for hearing before the Honorable Barry M. Kurren, Magistrate Judge of the above-entitled Court, in his courtroom in the

United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on

JAN 2 7 2006   2:00 pm, or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, January 13, 2006.

_____
DAVID J. MINKIN
BECKY T. CHESTNUT

Attorneys for Defendants
K.C. LUM, WILFRED M. IHU,
GORDON ISODA and DEAN PIGAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04-00562 SOM BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below, a true and correct copy of the foregoing document was duly served on the following at their last known addresses in the manner indicated below:

|  | **MAIL** | **DELIVERY** |
|---|---|---|
| DANIEL G. HEMPEY, ESQ.<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Lihue, Hawaii 96766 |  | X |

and

125338.1

|  | **MAIL** | **DELIVERY** |
|---|---|---|
| MARGERY S. BRONSTER, ESQ.<br>JEFF CRABTREE, ESQ.<br>Bronster Crabtree & Hoshibata<br>2300 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Plaintiff<br>DARLA ABBATIELLO | | X |
| LANI D.H. NAKAZAWA, ESQ.<br>CHRISTIANE L. NAKEA-TRESLER, ESQ.<br>Office of the County Attorney<br>4444 Rice Street, Suite 220<br>Lihue, Hawaii 96766<br><br>Attorneys for Defendants<br>COUNTY OF KAUAI and<br>KAUAI POLICE DEPARTMENT | X | |
| MICHAEL J. McGUIGAN, ESQ.<br>Pacific Guardian Ctr., Mauka Tower<br>733 Bishop Street, 24th Floor<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>IRVIL KAPUA | | X |
| JONATHAN L. ORTIZ, ESQ.<br>WADE J. KATANO, ESQ.<br>ALLISON M. FUJITA, ESQ.<br>841 Bishop Street, Suite 2121<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>GORDON ISODA, Individually | | X |

125338.1

2

|  | **MAIL** | **DELIVERY** |
|---|---|---|
| KEVIN P.H. SUMIDA, ESQ.<br>MILTON S. TANI, ESQ.<br>Suite 1400, Mauka Tower<br>737 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>DEAN PIGAO, Individually |  | X |

DATED: Honolulu, Hawaii, January 13, 2006.

_____
DAVID J. MINKIN
BECKY T. CHESTNUT

Attorneys for Defendants
K.C. LUM, WILFRED M. IHU,
GORDON ISODA, and DEAN PIGAO