IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | CIVIL NO. CV04-00562 SOM BMK |
| Plaintiff, | DECLARATION OF DAVID J. MINKIN; EXHIBITS "A" AND "B" |
| vs. | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | |
| Defendants. | |

## DECLARATION OF DAVID J. MINKIN

I, DAVID J. MINKIN, declare under penalty of law that the following is true and correct.

Except where otherwise noted, I make this Declaration based on my personal knowledge and would be competent to testify to the statements contained herein.

1. I am a partner with the law firm of McCorriston Miller Mukai MacKinnon LLP, attorneys for Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean Pigao in the above-entitled matter.

2. Upon submission of Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean Pigao's Motion For Leave to File Third Party Complaint

129867.1

("Motion") to the Court for filing, courtesy copies of the Motion were sent via U.S. mail to counsel for all parties. Upon receipt of the file-stamped copies from the Court, the file-stamped page of the Motion and the Notice of Hearing Motion were sent to counsel for all parties via U.S. mail.

3.  Attached hereto as Exhibit "A" is a true and correct copy of Notice of Electronic Filing, sent via email from the U.S. District Court, District of Hawai`i, to David J. Minkin on January 12, 2006.

4.  Attached hereto as Exhibit "B" is a true and correct copy of a letter from John Hoshibata, Esq., to David J. Minkin, Esq., dated January 12, 2006, including emphasis added upon receipt of the letter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of January 2006, Honolulu, Hawaii.

_____
DAVID J. MINKIN