**David J. Minkin**

| | |
|---|---|
| **From:** | hid_resp@hid.uscourts.gov |
| **Sent:** | Thursday, January 12, 2006 3:42 PM |
| **To:** | hawaii_cmecf@hid.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-00562-SOM-BMK Abbatiello v. County of Kauai, et al "Memorandum in Opposition to Motion" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Hawaii - CM/ECF V2.5 (11/05)

Notice of Electronic Filing

The following transaction was received from Castagnetti, Jeannette entered on 1/12/2006 at 3:41 PM HST and filed on 1/12/2006

**Case Name:** Abbatiello v. County of Kauai, et al
**Case Number:** 1:04-cv-562
**Filer:** Darla Abbatiello
**Document Number:** 80

**Docket Text:**
MEMORANDUM in Opposition re [78] MOTION for Leave to File *third-party complaint* filed by Darla Abbatiello. (Attachments: # (1) Declaration of John Hoshibata# (2) Exhibit Exhibit 1# (3) Exhibit Exhibit 2# (4) Exhibit Exhibit 3# (5) Exhibit Exhibit 4# (6) Certificate of Service)(Castagnetti, Jeannette)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/12/2006] [FileNumber=14348-0]
[b5768425995935c21bdf693352f6e0552f95bcaf61a93ffae98053d39cbf754ba2891
4e9ff0c3fde108450ab3ffed27cbbcdabb8bdf7377e12be726facc2b569]]
**Document description:** Declaration of John Hoshibata
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/12/2006] [FileNumber=14348-1]
[44f6db0349554f2107c2182a0e022504516a1ceedc4e6ca69fc3968f718f8aefd030c
8be34a85de828dd2b53a7e52b86caf4571f87a5da0e4b5b46e99e4a38a2]]
**Document description:** Exhibit Exhibit 1
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/12/2006] [FileNumber=14348-2]
[27e59790efe881b6e05dfb4d4693a4b1f5142406627454ac5fb1721fc8e94e90b0b5c

1/12/2006                                         **Exhibit "A"**

d16f04c393060d64722b12430a4441bceb305b150ba8efeaef131d6b986]]
**Document description:**Exhibit Exhibit 2
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/12/2006] [FileNumber=14348-3]
[54478a8e3f41209570aebb1ad2a0cb51908b4e63b13952d33ed7056a6efe829eca9ed
81aa18f26d727c36d23d27a22dcc0f118c6888adcd8930254213cc59972]]
**Document description:**Exhibit Exhibit 3
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/12/2006] [FileNumber=14348-4]
[5e8f9771a5d479bf56b674d6bc76f94aa3baa33f4c10ef5b4d4ed7fd4c70c9bf7d6ad
bee3e8606aec837bf86f7a34ff7b043d155a687a2d8b3e25e0c93a8c081]]
**Document description:**Exhibit Exhibit 4
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/12/2006] [FileNumber=14348-5]
[a77818ca001aa623ddc864bd08da3e1c96870995db7260db4f6d34e73af8a2f1bab11
8188c358202535340792e2b308c42b6f48292548783b87a9ea27ec11f78]]
**Document description:** Certificate of Service
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/12/2006] [FileNumber=14348-6]
[035a9fdd8746a3b2d233a58c9018105762a5d160064888e123eafd04b04b589c53a07
60243a0fc2a6a7883643aa29c88adc43f9753d60b194ca6c88b382e3525]]

**1:04-cv-562 Notice will be electronically mailed to:**

Jeannette H. Castagnetti    jcastagnetti@bchlaw.net, jennifer@bchlaw.net

Becky T. Chestnut    chestnut@m4law.com

Allison M. Fujita    ortizlaw@lava.net

Wade J. Katano    wkatano@lava.net

Michael J. McGuigan    mjm@roplaw.com

David J. Minkin    minkin@m4law.com

Kevin P.H. Sumida    info@triallawhawaii.com

**1:04-cv-562 Notice will be delivered by other means to:**

Margery S. Bronster
Bronster Crabtree & Hoshibata
2300 Pauahi Tower
1001 Bishop St
Honolulu, HI 96813

Lisa W. Cataldo

1/12/2006

McCorriston Miller Mukai MacKinnon LLP
Five Waterfront Plaza Ste 400
500 Ala Moana Blvd
Honolulu, HI 96813

Jeffrey P. Crabtree
Bronster Crabtree & Hoshibata
2300 Pauahi Tower
1001 Bishop St
Honolulu, HI 96813

Daniel G. Hempey
3175 Elua St
Lihue, HI 96766

Lani D.H. Nakazawa
Office of the County Attorney
4444 Rice St Ste 220
Lihue, HI 96766

Christiane L. Nakea-Tresler
Office of the County Attorney
4444 Rice St Ste 220
Lihue, HI 96766

Jonathan L. Ortiz Ortiz & Katano
841 Bishop St
2121 Davies Pacific Center
Honolulu, HI 96813

Milton S. Tani
Matsui Chung Sumida & Tsuchiyama
737 Bishop St Ste 1400
Honolulu, HI 96813

1/12/2006