2300 Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813
Phone 808 524-5644
Fax 808 599-1881
info@bchlaw.net

*A Law Corporation*

# Bronster Crabtree & Hoshibata
ATTORNEYS AT LAW

Via Facsimile (524-8293)

January 12, 2006

David J. Minkin, Esq.
McCorriston Miller Mukai & MacKinnon
Five Waterfront Plaza, 4th Floor
500 Ala Moana Blvd.
Honolulu, Hawaii 96813

    Re:    *Abbatiello v. County of Kauai et al.*; Civil No. 04-00562 SOM BMK
            United States District Court for the District of Hawaii

Dear Mr. Minkin:

This follows up on our telephone conversation earlier today concerning Plaintiff's Memorandum in Opposition to Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda, and Dean Pigao's Motion for Leave to File Third-Party Complaint.

There was some confusion over the calendering of your opposition deadline because your original motion was sent via U.S. Mail. Due to our inadvertent miscalculation, it appears that our opposition is late. We apologize for any inconvenience our error may have caused you. In order to provide you with adequate time to prepare your Reply brief, we are willing to postpone the hearing by an additional three days.

                                            Very truly yours,

                                            John Hoshibata

cc:    The Honorable Barry M. Kurren (541-3500)
        Michael McGuigan, Esq. (531-8628)
        Kevin Sumida, Esq. (599-2979)
        Jonathan Ortiz, Esq. (524-6690)
        Christiane Nakea-Tresler, Esq. (808-241-6319)
        Daniel G. Hempey, Esq. (808-632-2332)

**Exhibit "B"**