ORIGINAL

McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN #3639-0
BECKY T. CHESTNUT #7756-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293
Email: minkin@m4law.com

Attorneys for Defendants
K.C. LUM, WILFRED M. IHU,
GORDON ISODA and DEAN PIGAO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 18 2006

at 11 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

LODGED

JAN 13 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>Defendants. | CIVIL NO. CV04-00562 SOM BMK<br><br>DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S *EX PARTE* MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION TO STRIKE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT, FILED JANUARY 12, 2006; DECLARATION OF DAVID J. MINKIN; EXHIBITS "A" – "B"; |

129890.1

|  | ~~PROPOSED~~ ORDER GRANTING DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S *EX PARTE* MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION TO STRIKE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT, FILED JANUARY 12, 2006; CERTIFICATE OF SERVICE |
|---|---|
|  | **Trial Date: October 11, 2006** |

**DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S *EX PARTE* MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION TO STRIKE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT, FILED JANUARY 12, 2006**

Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda, and Dean Pigao (collectively "Defendants"), by and through their attorneys, McCorriston Miller Mukai MacKinnon LLP, move this Honorable Court *ex parte* for an order shortening time for hearing on their Motion to Strike Plaintiff's Memorandum in

129890.1                                                           2

Opposition to Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean Pigao's Motion For Leave to File Third Party Complaint, Filed January 12, 2006, with the hearing on or before January 27, 2006.

This motion is brought pursuant to Rule 7.2(b) of Local Rules of Practice for the United States District Court for the District of Hawai`i and is based on the Declaration of David J. Minkin and the exhibits attached thereto and the records and files herein.

DATED: Honolulu, Hawaii, January 13, 2006.

_____
DAVID J. MINKIN
BECKY T. CHESTNUT

Attorneys for Defendants
K.C. LUM, WILFRED M. IHU,
GORDON ISODA, and DEAN PIGAO