IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>Defendants. | CIVIL NO. CV04-00562 SOM BMK<br><br>DECLARATION OF DAVID J. MINKIN; EXHIBITS "A" – "B" |

## **DECLARATION OF DAVID J. MINKIN**

I, DAVID J. MINKIN, declare and state as follows.

1. I am a partner with the law firm of McCorriston Miller Mukai MacKinnon LLP, attorneys for Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean Pigao in the above-entitled matter.

2. Except where otherwise noted, I make this Declaration based on my personal knowledge and would be competent to testify to the statements contained herein.

3. This declaration is submitted in support of Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean Pigao's *Ex Parte* Motion to Shorten Time for Hearing on Motion to Strike Plaintiff's Memorandum in Opposition to

129890.1

Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean Pigao's Motion For Leave to File Third Party Complaint, Filed January 12, 2006.

4.  Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean Pigao's Motion For Leave to File Third Party Complaint is scheduled to be heard on January 27, 2006, at 2:00 p.m., before Magistrate Judge Barry M. Kurren.

5.  Because Defendants seek to strike Plaintiff's Memorandum in Opposition to Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean Pigao's Motion For Leave to File Third Party Complaint, Defendants respectfully request that its Motion to Strike Plaintiff's Memorandum in Opposition to Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean Pigao's Motion For Leave to File Third Party Complaint, Filed January 12, 2006, ("Motion to Strike") be heard on or before January 27, 2006.

6.  By letter sent via facsimile on January 13, 2006 at 9:57 a.m., I requested that Plaintiff's attorney, John Hoshibata, Esq., stipulate to shortening time for hearing on the Motion to Strike so that it can be set for hearing on or before January 27, 2006. In addition, the letter was also sent to Mr. Hoshibata via e-mail transmission as a PDF attachment at 9:59 a.m. Upon being informed by Mr. Hoshibata's office that there was an error in the facsimile transmission of the letter, it was sent again via facsimile at 10:03 a.m.

7.  Attached as Exhibit "A" is a true and correct copy of a letter from David J. Minkin, Esq., to John Hoshibata, Esq., dated January 13, 2006.

8.  As of the filing of this submission, Mr. Hoshibata has not informed me that he agrees to provide the requested stipulation. By letter sent to my office via facsimile transmission at 11:32 a.m., Mr. Hoshibata stated that "[w]e will discuss your request for a stipulation to shorten time with co-counsel and will respond."

9.  Attached as Exhibit "B" is a true and correct copy a letter from John Hoshibata, Esq., to David J. Minkin, Esq., dated January 13, 2006.

I David J. Minkin, declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746(2).

Executed this 13th day of January, 2006, at Honolulu, Hawaii.

_____
DAVID J. MINKIN