# McCorriston Miller Mukai MacKinnon LLP
ATTORNEYS AT LAW

DAVID J. MINKIN
ATTORNEY

DIRECT #S:
PHONE - (808) 529-7430
FAX - (808) 535-8024
E-MAIL - MINKIN@M4LAW.COM

January 13, 2006

**VIA FACSIMILE (599-1881) AND EMAIL**

John Hoshibata, Esq.
Bronster Crabtree & Hoshibata
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

   Re: Abbatiello vs. County of Kauai, et al.,
     <u>Civil No. CV04-00562, U.S. District Court</u>

Dear Mr. Hoshibata:

  We are in receipt of your letter dated January 12, 2006, sent via facsimile at 5:51. p.m., regarding the late filing of Plaintiff's Memorandum in Opposition to Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda, and Dean Pigao's Motion for Leave to File Third-Party Complaint. To clarify a misstatement in your letter, the timely filing of an opposition by Plaintiff – not the defendants – is at issue.

  Service of the defendants' motion for leave to file third-party complaint by mail is not a basis for miscalculation of the deadline for Plaintiff to file her opposition. Under Rule 7.4 of the Local Rules of Practice for the United States District Court for the District of Hawai`i, "[a]n opposition to a motion set for hearing shall be served and filed not less than eighteen (18) days **prior to the date of the hearing**." The deadline for filing an opposition to a motion is calculated based on the hearing date, not on receipt of the motion. Therefore, any miscalculation of the applicable deadline under the rules is not a result of the manner in which the defendants served their motion.

  I am disappointed that I did not receive your facsimile until this morning at 8:30 a.m. I spoke with you at approximately 4:45 p.m. yesterday about the late filing of Plaintiff's opposition. Given the time-sensitivity of your letter, I am surprised that you did not call me, email me, or send the letter to my direct facsimile number, but rather sent the letter to my office's general facsimile number such that I did not receive it until this morning.

  Considering that I had spoken with you just one hour before the transmission of your letter, I am particularly disappointed that you did not give me a courtesy call, as I was here in my office. My associate and I worked last night to

129886.1

P.O. Box 2800 • Honolulu, Hawaii 96803-2800
Five Waterfront Plaza, 4th Floor • 500 Ala Moana Boulevard • Honolulu, Hawaii 96813
Telephone: (808) 529-7300 • Fax: (808) 524-8293 • E-mail: info@m4law.com

**Exhibit "A"**

John Hoshibata, Esq.
January 13, 2006
Page 2

complete the reply memorandum due today, a motion to strike Plaintiff's opposition, and an *ex parte* motion to shorten time for hearing on the motion to strike. We are prepared to file these briefs today, and a three-day postponement of the hearing is unnecessary. Accordingly, we request that your client stipulate to shortening time for hearing on the motion to strike Plaintiff's opposition, such that the hearing on the motion to strike can be set for hearing at the same time as the motion for leave to file third-party complaint.

Moreover, given that we talked about the defendants' filing of a motion to strike Plaintiff's opposition as untimely, it was highly irregular (if not improper) for you to send a courtesy copy of your facsimile letter to the Court.

Please call me at your earliest convenience to discuss the requested stipulation to shorten time for hearing on the motion to strike.

Very truly yours,

McCORRISTON MILLER MUKAI MacKINNON LLP

David J. Minkin

cc: Michael J. McGuigan, Esq. (via facsimile no. 531-8628)
Christiane L. Nakea-Tresler, Esq. (via facsimile no. 808-241-6319)
Jonathan Ortiz, Esq. (via facsimile no. 524-6690)
Milton Tani, Esq. (via facsimile no. 599-2979)
Clients (Chief K. C. Lum, Assistant Chief G. Isoda, Chief W. Ihu (Ret.),
    Lieutenant D. Pigao (Ret.) (via facsimile)

129886.1

```
***********************************
***   MULTI TX/RX REPORT    ***
***********************************
TX/RX NO              0841
PGS.                  3
TX/RX INCOMPLETE      ------
TRANSACTION OK        (2)   #1345318628
                      (3)   #13418082416319
                      (4)   #1345246690
                      (5)   #1345992979
ERROR INFORMATION     (1)   #1345991881  — refax 1/13/06
```

# McCORRISTON MILLER MUKAI MacKINNON LLP

## ATTORNEYS AT LAW

## FACSIMILE TRANSMITTAL

Case No.: 54805

| | | | |
|---|---|---|---|
| **TO:** | John Hoshibata, Esq. | **FACSIMILE NO.:** | 599-1881 |
| **cc:** | Michael J. McGuigan, Esq. | **FACSIMILE NO.:** | 531-8628 |
| | Christiane L. Nakea-Tresler, Esq. | **FACSIMILE NO.:** | (808) 241-6319 |
| | Jonathan Ortiz, Esq. | **FACSIMILE NO.:** | 524-6690 |
| | Milton Tani, Esq. | **FACSIMILE NO.:** | 599-2979 |

**FROM:** David J. Minkin, Esq.

**DATE:** January 13, 2006

**TOTAL NUMBER OF PAGES SENT (including this page):** 3

**RE:** <u>Darla Abbatiello vs. County of Kauai, et al.</u>
Civil No. CV 04-00562 SC BMK

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the below address via the U.S. Postal Service. THANK YOU.

## TRANSMITTED HEREWITH IS/ARE THE FOLLOWING:

Letter from Mr. Minkin to Mr. Hoshibata dated January 13, 2006

**REMARKS:**

## David J. Minkin

**From:** David J. Minkin
**Sent:** Friday, January 13, 2006 9:59 AM
**To:** 'John Hoshibata'
**Subject:** RE: Letter dated 1/13/06 attached hereto
**Attachments:** 5th Floor Copyroom_ScanToDesktop_01132006-093954.pdf

John: For your information.


-minkin

1/13/2006

```
***********************
***  TX REPORT   ***
***********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0843 |
| CONNECTION TEL | #1365991881 |
| CONNECTION ID | BC&H |
| ST. TIME | 01/13 10:01 |
| USAGE T | 01'40 |
| PGS. SENT | 3 |
| RESULT | OK |

# McCORRISTON MILLER MUKAI MacKINNON LLP

ATTORNEYS AT LAW

FACSIMILE TRANSMITTAL

Case No.: 54805

| TO: | John Hoshibata, Esq. | FACSIMILE NO.: | 599-1881 |
|---|---|---|---|
| cc: | Michael J. McGuigan, Esq. | FACSIMILE NO.: | 531-8628 |
| | Christiane L. Nakea-Tresler, Esq. | FACSIMILE NO.: | (808) 241-6319 |
| | Jonathan Ortiz, Esq. | FACSIMILE NO.: | 524-6690 |
| | Milton Tani, Esq. | FACSIMILE NO.: | 599-2979 |

FROM: David J. Minkin, Esq.

DATE: January 13, 2006

**TOTAL NUMBER OF PAGES SENT (including this page):** 3

RE: <u>Darla Abbatiello vs. County of Kauai, et al.</u>
Civil No. CV 04-00562 SC BMK

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the below address via the U.S. Postal Service. THANK YOU.

**TRANSMITTED HEREWITH IS/ARE THE FOLLOWING:**

Letter from Mr. Minkin to Mr. Hoshibata dated January 13, 2006

**REMARKS:**