2300 Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813
Phone 808 524-5644
Fax 808 599-1881
info@bchlaw.net

A Law Corporation

# Bronster Crabtree & Hoshibata
### ATTORNEYS AT LAW

Via Hand Delivery and Facsimile (524-8293)

January 13, 2006

David J. Minkin, Esq.
McCorriston Miller Mukai & MacKinnon
Five Waterfront Plaza, 4th Floor
500 Ala Moana Blvd.
Honolulu, Hawaii 96813

    Re:   *Abbatiello v. County of Kauai et al.; Civil No. 04-00562 SOM BMK*
           *United States District Court for the District of Hawaii*

Dear Mr. Minkin:

This responds to your letter dated January 13, 2006.

The negative cast of your letter is uncalled for. As you readily acknowledge, we immediately notified you of our intentions by faxing our letter to your office at 5:51 p.m., yesterday. This was less than an hour after our phone conversation.

You have rejected our offer to seek a postponement of the hearing on your motion, which we suggested so that you would not feel prejudiced by our filing. Under the circumstances, we do not expect you to claim that you have been prejudiced.

We will discuss your request for a stipulation to shorten time with co-counsel and will respond.

                                  Very truly yours,

                                  John Hoshibata

cc:   Michael McGuigan, Esq. (531-8628)
       Kevin Sumida, Esq. (599-2979)
       Jonathan Ortiz, Esq. (524-6690)
       Christiane Nakea-Tresler, Esq. (808-241-6319)
       Daniel G. Hempey, Esq. (808-632-2332)

# Exhibit "B"