IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>  Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>  Defendants. | CIVIL NO. CV04-00562 SOM BMK<br><br>~~PROPOSED~~ ORDER GRANTING DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S *EX PARTE* MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION TO STRIKE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT, FILED JANUARY 12, 2006 |

**~~PROPOSED~~ ORDER GRANTING DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S *EX PARTE* MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION TO STRIKE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT, FILED JANUARY 12, 2006**

This matter having come before the Court on Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean Pigao's *Ex Parte* Motion to Shorten Time for Hearing on Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean

129890.1

Pigao's Motion to Strike Plaintiff's Memorandum in Opposition to Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean Pigao's Motion for Leave to File Third Party Complaint, Filed January 12, 2006, and good cause appearing therefor,

IT IS HEREBY ORDERED that the *Ex Parte* Motion to Shorten Time for Hearing on Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean Pigao's Motion to Strike Plaintiff's Memorandum in Opposition to Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean Pigao's Motion for Leave to File Third Party Complaint, Filed January 12, 2006 is granted, and the hearing on said Motion shall be set on JAN 2 7 2006, 2006, at 1:00 p.m., before the Honorable BARRY M. KURREN.

DATED: Honolulu, Hawaii, JAN 1 7 2006.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

Darla Abbatiello vs. County of Kauai, et al., Civil No. CV04-00562 SOM BMK
~~PROPOSED~~ ORDER GRANTING DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S *EX PARTE* MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION TO STRIKE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT, FILED JANUARY 12, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | CIVIL NO. CV04-00562 SOM BMK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | |
| Defendants. | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below, a true and correct copy of the foregoing document was duly served on the following at their last known addresses in the manner indicated below:

|  | **MAIL** | **DELIVERY** |
|---|---|---|
| DANIEL G. HEMPEY, ESQ.<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Lihue, Hawaii 96766 | X | |

and

129884.1

|  | **MAIL** | **DELIVERY** |
|---|---|---|
| MARGERY S. BRONSTER, ESQ.<br>JEFF CRABTREE, ESQ.<br>Bronster Crabtree & Hoshibata<br>2300 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Plaintiff<br>DARLA ABBATIELLO |  | X |
| LANI D.H. NAKAZAWA, ESQ.<br>CHRISTIANE L. NAKEA-TRESLER, ESQ.<br>Office of the County Attorney<br>4444 Rice Street, Suite 220<br>Lihue, Hawaii 96766<br><br>Attorneys for Defendants<br>COUNTY OF KAUAI and<br>KAUAI POLICE DEPARTMENT | X |  |
| MICHAEL J. McGUIGAN, ESQ.<br>Pacific Guardian Ctr., Mauka Tower<br>733 Bishop Street, 24th Floor<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>IRVIL KAPUA |  | X |
| JONATHAN L. ORTIZ, ESQ.<br>WADE J. KATANO, ESQ.<br>ALLISON M. FUJITA, ESQ.<br>841 Bishop Street, Suite 2121<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>GORDON ISODA, Individually |  | X |

129884.1

2

|  | **MAIL** | **DELIVERY** |
|---|---|---|
| KEVIN P.H. SUMIDA, ESQ.<br>MILTON S. TANI, ESQ.<br>Suite 1400, Mauka Tower<br>737 Bishop Street<br>Honolulu, Hawaii 96813 |  | X |

Attorneys for Defendant
DEAN PIGAO, Individually

DATED: Honolulu, Hawaii, January 13, 2006.

_____
DAVID J. MINKIN
BECKY T. CHESTNUT

Attorneys for Defendants
K.C. LUM, WILFRED M. IHU,
GORDON ISODA, and DEAN PIGAO

129884.1                           3