IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
| | ) |
| Plaintiff, | ) DECLARATION OF JOHN T. |
| | ) HOSHIBATA IN SUPPORT OF |
| vs. | ) PLAINTIFF'S MEMORANDUM IN |
| | ) OPPOSITION TO THE MOTION OF |
| COUNTY OF KAUAI, KAUAI | ) DEFENDANTS K.C. LUM, WILFRED |
| POLICE DEPARTMENT, K.C. LUM, | ) M. IHU, GORDON ISODA, AND |
| WILFRED M. IHU, GORDON ISODA, | ) DEAN PIGAO TO STRIKE |
| DEAN PIGAO, IRVIL KAPUA, | ) PLAINTIFF'S MEMORANDUM IN |
| | ) OPPOSITION TO DEFENDANTS K.C. |
| Defendants. | ) LUM, WILFRED M. IHU, GORDON |
| | ) ISODA AND DEAN PIGAO'S |
| | ) MOTION FOR LEAVE TO FILE |
| | ) THIRD PARTY COMPLAINT, FILED |
| | ) JANUARY 12, 2006 |
| | ) |
| | ) |

DECLARATION OF JOHN T. HOSHIBATA IN SUPPORT OF
PLAINTIFF'S MEMORANDUM IN OPPOSITION TO THE MOTION OF
DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA, AND DEAN
PIGAO TO STRIKE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO
DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND
DEAN PIGAO'S MOTION FOR LEAVE TO FILE
THIRD PARTY COMPLAINT, FILED JANUARY 12, 2006

   1.  I am an attorney with the law firm of Bronster Crabtree & Hoshibata and I am one of the attorneys representing the Plaintiff Darla Abbatiello. I submit this declaration based on personal knowledge of the facts and circumstances declared herein. I am competent to make this declaration.

2. Attached as Exhibit "A" is a true and correct copy of a letter faxed to opposing counsel, David Minkin, an hour after he advised me that he believed Plaintiff's memorandum in opposition to his Motion for Leave to File Third Party Complaint. The letter stated my intention to seek a three day postponement of the hearing so counsel would not be prejudiced by any "delay".

2. Attached, pursuant to Local Rule 7.8 of the United States District Court, District of Hawai`i, are copies of three cases relied upon in Plaintiff's Memorandum in Opposition filed on January 12, 2006. They are:

> Kentucky v. Graham, 105 S.Ct. 3099, 473 U.S. 159, 87 L.Ed.2d 114 (1985)
>
> Irwin v. Mascott, 94 F.Supp.2d 1052 (N.D. Cal. 2000)
>
> Makanui v. Department of Education, 6 Haw.App. 397, 721 P.2d 165 (Haw.App. 1986)

I declare under penalty of perjury that the foregoing statements are true and correct.

DATED: Honolulu, Hawaii, January 23, 2006.

　　　　　　　　　　　　　/s/ John T. Hoshibata
　　　　　　　　　　　　　JOHN T. HOSHIBATA