IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04 00562 SOM BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| COUNTY OF KAUAI, KAUAI POLICE | ) | |
| DEPARTMENT, K.C. LUM, WILFRED | ) | |
| M. IHU, GORDON ISODA, DEAN | ) | |
| PIGAO, IRVIL KAPUA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted

below, a true and correct copy of the foregoing was served on the following at their

last known addresses on January 23, 2006:

Served Electronically through CM/ECF:

BECKY T. CHESTNUT, ESQ.                     chestnut@m4law.com
DAVID J. MINKIN, ESQ.                       minkin@m4law.com
    Attorneys for Defendants K.C. LUM,
    WILFRED M. IHU, GORDON ISODA
    and DEAN PIGAO

MICHAEL J. McGUIGAN, ESQ.                   mjm@roplaw.com
    Attorney for Defendant IRVIL KAPUA

KEVIN P.H. SUMIDA, ESQ.                          info@triallawhawaii.com
       Co-Counsel for Defendant DEAN PIGAO

Served by First Class Mail:

       DANIEL G. HEMPEY, ESQ.
       Law Office of Daniel G. Hempey
       3175 Elua Street
       Lihue, Hawaii 96766
           Attorney for Plaintiff
           DARLA ABBATIELLO


       LISA W. CATALDO, ESQ.
       McCorriston Miller Mukai MacKinnon LLP
       Five Waterfront Plaza, 4th Floor
       500 Ala Moana Boulevard
       Honolulu, Hawaii 96813
           Attorney for Defendants
           K.C. LUM, WILFRED M. IHU,
           GORDON ISODA and DEAN PIGAO


       MILTON S. TANI, ESQ.
       Matsui Chung Sumida & Tsuchiyama
       Suite 1400 Mauka Tower
       737 Bishop Street
       Honolulu, Hawaii  96813
           Co-Counsel for Defendant
           DEAN PIGAO

//

//

//

//

LANI D.H. NAKAZAWA, ESQ.
CHRISTIANE L. NAKEA-TRESLER, ESQ.
Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Hawaii  96766
  Attorneys for Defendants
  COUNTY OF KAUAI and
  KAUAI POLICE DEPARTMENT

 DATED:  Honolulu, Hawaii, January 23, 2006.


     _____/s/ Jeannette Holmes Castagnetti_____
     MARGERY S. BRONSTER
     JOHN T. HOSHIBATA
     JEANNETTE HOLMES CASTAGNETTI
     DANIEL G. HEMPEY
      Attorneys for Plaintiff
      DARLA ABBATIELLO