IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>  Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>  Defendants. | CIVIL NO. CV04-00562 SOM BMK<br><br>DECLARATION OF BECKY T. CHESTNUT; EXHIBIT "A" |

## DECLARATION OF BECKY T. CHESTNUT

I, BECKY T. CHESTNUT, declare under penalty of law that the following is true and correct.

Except where otherwise noted, I make this Declaration based on my personal knowledge and would be competent to testify to the statements contained herein.

1. I am an attorney with the law firm of McCorriston Miller Mukai MacKinnon LLP, attorneys for Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean Pigao in the above-entitled matter.

130570.1

2. As an attorney at McCorriston Miller Mukai MacKinnon LLP, I have access to records and files kept in the normal course of the business conducted by McCorriston Miller Mukai MacKinnon LLP.

3. Attached hereto as Exhibit "A" is a true and correct copy of a letter from David J. Minkin, Esq., to John Hoshibata, Esq., dated January 13, 2006. Exhibit "A" is kept in the normal course of the business conducted by McCorriston Miller Mukai MacKinnon LLP.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of January 2006, Honolulu, Hawai`i.

                                                BECKY T. CHESTNUT

130570.1                                     2