# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/27/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00562SOM-BMK |
| CASE NAME: | Darla Abbatiello v. County of Kaui, et al. |
| ATTYS FOR PLA: | Margery S. Bronster, Jeannette H. Castagnetti |
| ATTYS FOR DEFT: | David J. Minkin, Michael J. McGuigan |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 1/27/2006 | TIME: | 1:54 - 2:14 |

COURT ACTION: EP: Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean Pigao's Motion for Leave to File Third-Party Complaint - further hearing continued to 3-3-06 @ 2:00 p.m., BMK.

Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean Pigao's Motion to Strike Plaintiff's Memorandum in Opposition to Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean Pigao's Motion for Leave to File Third Party Complaint, Filed January 12, 2006 - DENIED. Plaintiff's counsel ordered to pay $100 to the Court's Library Fund.

cc: Financial Deputy

Submitted by Richlyn Young, Courtroom Manager