IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CV. NO. 04-00562 SOM-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER DENYING DEFENDANTS K.C. LUM,
WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S
MOTION TO STRIKE PLAINTIFF'S MEMORANDUM IN OPPOSITION
TO DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA
AND DEAN PIGAO'S MOTION FOR LEAVE TO FILE THIRD
<u>PARTY COMPLAINT, FILED JANUARY 12, 2006</u>

Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean

Pigao's Motion To Strike Plaintiff's Memorandum In Opposition To Defendants

K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean Pigao's Motion For Leave To

File Third Party Complaint, Filed January 12, 2006 was heard January 27, 2006.

The Court incorporates herein its opinion, orally delivered at the conclusion of the

January 27, 2006 hearing.  For the reasons stated therein, the Court DENIES

Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean Pigao's Motion To

Strike Plaintiff's Memorandum In Opposition To Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean Pigao's Motion For Leave To File Third Party Complaint, Filed January 12, 2006.  However, Plaintiff's counsel shall pay to the Court $100 for the late filing.

        IT IS SO ORDERED.

        DATED: Honolulu, Hawaii, January 27, 2006.

_____
Barry M. Kurren
United States Magistrate Judge

DARLA ABBATIELLO V. COUNTY OF KAUAI, ET AL.; CV. NO. 04-00562; ORDER DENYING DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION TO STRIKE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT, FILED JANUARY 12, 2006