REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

MICHAEL J. McGUIGAN        2433-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii  96813
Telephone:  (808) 524-8350
Facsimile:   (808) 531-8628
E-mail:  mjm@roplaw.com

*Attorney for Defendant*
*IRVIL KAPUA*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>              Plaintiff,<br><br>      vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>              Defendants. | CIVIL NO. CV04-00562 SOM/BMK<br><br>CERTIFICATE OF SERVICE<br><br>(RE:  DEFENDANT IRVIL KAPUA'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF DARLA ABBATIELLO) |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of DEFENDANT IRVIL

KAPUA'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF DARLA

172008/SKS

ABBATIELLO will be duly served upon the following parties by U.S. Mail and

electronically on the date listed below:

>DANIEL G. HEMPEY, ESQ.
>Law Office of Daniel G. Hempey
>3175 Elua Street
>Lihue, Kauai, Hawaii  96766
>
>and
>
>MARGERY S. BRONSTER, ESQ.
>JEFF CRABTREE, ESQ.
>Bronster Crabtree & Hoshibata
>2300 Pauahi Tower
>1001 Bishop Street
>Honolulu, Hawaii  96813
>*Attorneys for Plaintiff*
>
>DAVID J. MINKIN, ESQ.
>McCorriston Miller Mukai MacKinnon
>P. O. Box 2800
>Honolulu, Hawaii  96803
>Attorney for Defendants
>K.C. LUM, WILFRED M. IHU, GORDON ISODA
>AND DEAN PIGAO
>
>JONATHAN L. ORTIZ, ESQ.
>WADE J. KATANO, ESQ.
>ALLISON M. FUJITA, ESQ.
>2121 Davies Pacific Center
>841 Bishop Street
>Honolulu, Hawaii  96813
>Co-Counsel for Defendant
>GORDON ISODA

KEVIN P.H. SUMIDA, ESQ.
MILTON S. TANI, ESQ.
MATSUI CHUNG SUMIDA & TSUCHIYAMA
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
 Co-Counsel for Defendant
 DEAN PIGAO

CHRISTIANE L. NAKEA-TRESLER, ESQ.
Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Kauai, Hawaii 96766
 Attorney for Defendants
 COUNTY OF KAUAI AND
 KAUAI POLICE DEPARTMENT

DATED: Honolulu, Hawaii, February 17, 2006.


/s/ Michael J. McGuigan
MICHAEL J. McGUIGAN
 *Attorney for Defendant*
 *IRVIL KAPUA*