LAW OFFICE OF DANIEL G. HEMPEY
Daniel G. Hempey          7535
3175 Elua Street
Lihue, Hawaii 96766
Telephone No. (808) 632-0000
Facsimile No. (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
Margery S. Bronster          4750
John Hoshibata          3141
Jeannette H. Castagnetti   7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 524-5644
Facsimile No. (808)599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net
Attorneys for Plaintiff Darla Abbatiello

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, ) | CIVIL NO. CV04 00562 SOM BMK |
| ) | |
| Plaintiff, ) | PLAINTIFF'S MOTION FOR LEAVE |
| ) | TO FILE FIRST AMENDED |
| vs. ) | COMPLAINT; MEMORANDUM IN |
| ) | SUPPORT OF MOTION; |
| COUNTY OF KAUAI, KAUAI ) | DECLARATION OF JEANNETTE H. |
| POLICE DEPARTMENT, K.C. ) | CASTAGNETTI; EXHIBITS A – B; |
| LUM, WILFRED M. IHU, ) | CERTIFICATE OF SERVICE |
| GORDON ISODA, DEAN PIGAO, ) | |
| IRVIL KAPUA, ) | Trial Date:   October 11, 2006 |
| ) | |
| Defendants. ) | |

_____ )

## PLAINTIFF'S MOTION FOR LEAVE
## TO FILE FIRST AMENDED COMPLAINT

Plaintiff Darla Abbatiello, a police officer with the Kauai Police Department, moves this Court for an order granting leave to amend her Complaint filed on September 12, 2004.  Plaintiff seeks to amend her Complaint by adding more detailed allegations that arose after Plaintiff filed her Complaint.  No new claims or legal theories have been added.

The proposed amendments are in boldface type in the proposed First Amended Complaint attached hereto as Exhibit A.

This motion is made without undue delay, in good faith and without dilatory motive, and is not unduly prejudicial to any party.

This motion is based on Rule 15(a) of the Federal Rules of Civil Procedure, and is supported by the attached Memorandum in Support of Motion, declaration of counsel, and the records and files of this case.

DATED: Honolulu, Hawaii, March 3, 2006.

    /s/ Jeannette H. Castagnetti
Daniel Hempey
Margery S. Bronster
John Hoshibata
Jeannette H. Castagnetti
Attorneys for Plaintiff
DARLA ABBATIELLO

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) |
| | ) |
| COUNTY OF KAUAI, KAUAI | ) |
| POLICE DEPARTMENT, K.C. LUM, | ) |
| WILFRED M. IHU, GORDON | ) |
| ISODA, DEAN PIGAO, IRVIL | ) |
| KAPUA, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted

below, a true and correct copy of the foregoing was served on the following at their

last known addresses on March 3, 2006:

Served Electronically through CM/ECF:

| | |
|---|---|
| BECKY T. CHESTNUT, ESQ. | chestnut@m4law.com |
| DAVID J. MINKIN, ESQ. | minkin@m4law.com |
|     Attorneys for Defendants | saguibo@m4law.com |
|     K.C. LUM, WILFRED M. IHU, | |
|     GORDON ISODA and DEAN PIGAO | |
| | |
| MILTON S. TANI, ESQ. | info@triallawhawaii.com |
| KEVIN P.H. SUMIDA, ESQ. | ksumida@sthawaii.com |
|     Co-Counsel for Defendant DEAN PIGAO | |

MICHAEL J. McGUIGAN, ESQ.                     mjm@roplaw.com
        Attorney for Defendant IRVIL KAPUA

Served by First Class Mail:

        DANIEL G. HEMPEY, ESQ.
        Law Office of Daniel G. Hempey
        3175 Elua Street
        Lihue, Hawaii 96766
                Attorney for Plaintiff
                DARLA ABBATIELLO

        LISA W. CATALDO, ESQ.
        McCorriston Miller Mukai MacKinnon LLP
        Five Waterfront Plaza, 4th Floor
        500 Ala Moana Boulevard
        Honolulu, Hawaii 96813
                Attorney for Defendants
                K.C. LUM, WILFRED M. IHU,
                GORDON ISODA and DEAN PIGAO

        LANI D.H. NAKAZAWA, ESQ.
        CHRISTIANE L. NAKEA-TRESLER, ESQ.
        Office of the County Attorney
        4444 Rice Street, Suite 220
        Lihue, Hawaii  96766
                Attorneys for Defendants
                COUNTY OF KAUAI and
                KAUAI POLICE DEPARTMENT

        DATED: Honolulu, Hawaii, March 3, 2006.

                        /s/ Jeannette H. Castagnetti
                        Daniel Hempey
                        Margery S. Bronster
                        John Hoshibata
                        Jeannette H. Castagnetti
                        Attorneys for Plaintiff
                        DARLA ABBATIELLO

2