IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,               ) | CIVIL NO. CV04 00562 SOM BMK |
| ) | |
| Plaintiff,           ) | DECLARATION OF JEANNETTE H. |
| ) | CASTAGNETTI |
| vs.                               ) | |
| ) | |
| COUNTY OF KAUAI, KAUAI   ) | |
| POLICE DEPARTMENT, K.C.    ) | |
| LUM, WILFRED M. IHU,          ) | |
| GORDON ISODA, DEAN          ) | |
| PIGAO, IRVIL KAPUA,            ) | |
| ) | |
| Defendants.       ) | |
| _____ ) | |

DECLARATION OF JEANNETTE H. CASTAGNETTI

JEANNETTE H. CASTAGNETTI declares as follows:

1. I am an attorney with the law firm of Bronster Crabtree & Hoshibata and I am duly licensed to practice in the State of Hawaii and before this Court. I am one of the attorneys representing Plaintiff Darla Abbatiello in the above-captioned matter, and I have personal knowledge of the matters stated herein.

2. The deadline set by this Court to file motions to amend is March 10, 2006.

3. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's proposed First Amended Complaint; Demand for Jury Trial. The new allegations giving rise to Plaintiff's First Amended Complaint are in boldface type.

4. Previous efforts were made by counsel to streamline this case by dismissing certain named defendants in their individual capacities, while maintaining claims against those named defendants in their official capacities. Counsel for the parties ultimately entered into a stipulation that dismissed without prejudice claims against certain named defendants in their individual capacities, but maintained claims against them in their official capacities. The parties reserved their respective rights to reassert claims against those defendants in their individual capacities if discovery reveals that their acts or omissions were outside the course and scope of their employment.

5. Attached hereto as Exhibit B is a true and correct copy of the Stipulation for Partial Dismissal Without Prejudice As to Plaintiff's Claims Against Defendants Gordon Isoda, K.C. Lum, Wilfred M. Ihu, and Dean Pigao filed January 12, 2006.

6. Although Defendant K.C. Lum was dismissed in his individual capacity pursuant to the stipulation, the new factual allegations that give rise to the First Amended Complaint also give rise to reasserting claims against Defendant K.C. Lum in his individual capacity.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Executed on March 3, 2006.

                                                 /s/ Jeannette H. Castagnetti
                                                 Jeannette H. Castagnetti