

ORIGINAL

ORTIZ & KATANO
A LAW CORPORATION

JONATHAN L. ORTIZ    2297-0
WADE J. KATANO       6496-0
ALLISON M. FUJITA    6912-0
2121 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Phone No.:  (808) 524-6696
Fax No.:    (808) 524-6690
ortizlaw@lava.net

Attorneys for Defendant
GORDON ISODA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 2 2006

at 3 o'clock and 10 min, P M
SUE BEITIA, CLERK

LODGED

JAN 1 2 2006
2:16 pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>    Plaintiffs,<br>vs.<br><br>COUNTY OF KAUAI; KAUAI POLICE DEPARTMENT; K.C. LUM; WILFRED M. IHU; GORDON ISODA; DEAN PIGAO; IRVIL KAPUA,<br><br>    Defendants. | CIVIL NO. CV 04 00562 SOM BMK<br><br>STIPULATION FOR PARTIAL DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF'S CLAIMS AGAINST DEFENDANTS GORDON ISODA, K.C. LUM, WILFRED M. IHU, AND DEAN PIGAO, In Their Individual Capacities<br><br>TRIAL:  October 11, 2006 |

STIPULATION FOR PARTIAL DISMISSAL WITHOUT PREJUDICE AS
TO PLAINTIFF'S CLAIMS AGAINST DEFENDANTS GORDON ISODA,
K.C. LUM, WILFRED M. IHU, DEAN PIGAO, In Their Individual Capacities

IT IS HEREBY STIPULATED AND AGREED by and between the appearing parties hereto through their respective counsel as follows:

1. All claims and causes of action by Plaintiff DARLA ABBATIELLO against Defendants GORDON ISODA, K.C. LUM, WILFRED M. IHU, and DEAN PIGAO, in their individual capacities, be and are hereby dismissed without prejudice;

2. All claims and causes of action by Plaintiff DARLA ABBATIELLO against Defendants GORDON ISODA, K.C. LUM, WILFRED M. IHU, and DEAN PIGAO, in their official capacities as members of the Kauai Police Department and/or County of Kauai, shall remain; and

3. The Kauai Police Department and the County of Kauai shall not raise defenses that the acts or omissions of Defendants GORDON ISODA, K.C. LUM, WILFRED M. IHU, and DEAN PIGAO, were outside of the course and scope of their employment with Kauai Police Department and/or the County of Kauai, unless evidence is revealed to the contrary during discovery.

4. All remaining parties reserve the right to reassert claims against Defendants GORDON ISODA, K.C. LUM, WILFRED M. IHU, and DEAN PIGAO, <u>in their individual capacities</u>, if discovery reveals that the acts or omissions of Defendants GORDON ISODA, K.C. LUM, WILFRED M. IHU, and DEAN PIGAO were outside of the scope of their employment with the Kauai Police Department and/or the County of Kauai.

Such claims shall be made within a reasonable period following the close of discovery.

This Stipulation for Dismissal is based on Rules 41(a)(1)(B) of the Federal Rules of Civil Procedure and has been signed by counsel for all parties who have made an appearance in this action. Trial is set for October 11, 2006.

There are no remaining claims between Plaintiff DARLA ABBATIELLO and Defendants GORDON ISODA, K.C. LUM, WILFRED M. IHU, and DEAN PIGAO, in their individual capacities. Plaintiff DARLA ABBATIELLO'S claims against Defendants COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT and IRVIL KAPUA and claims against Defendants GORDON ISODA, K.C. LUM, WILFRED M. IHU, and DEAN PIGAO, in their official capacities remain.

DATED: Honolulu, Hawaii, _____ JAN 1 3 2006 _____.

_____
MARGERY S. BRONSTER
JEFF CRABTREE
JOHN HOSHIBATA
Attorneys for Plaintiff
DARLA ABBATIELLO

_____
LANI D. H. NAKAZAWA
CHRISTIANE L. NAKEA-TRESLER
Attorneys for Defendants
COUNTY OF KAUAI and
KAUAI POLICE DEPARTMENT

_____
DANIEL G. HEMPEY
Attorney for Plaintiff

_____
KEVIN P. H. SUMIDA
MILTON S. TANI
Attorneys for Defendant
DEAN PIGAO, Individually

_____
MICHAEL J. McGUIGAN
ELMIRA TSANG
Attorney for Defendant
IRVIL KAPUA

_____
DAVID J. MINKIN
BECKY T. CHESTNUT
Attorneys for Defendants
K. C. LUM, WILFRED M. IHU
GORDON ISODA and DEAN PIGAO

_____
JONATHAN L. ORTIZ
Attorney for Defendant
GORDON ISODA

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

_____
*Abbatiello vs. County of Kauai; et al.*; Civil No. CV 04 00562 SOM BMK: STIPULATION FOR PARTIAL DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF'S CLAIMS AGAINST DEFENDANTS GORDON ISODA, K.C. LUM, WILFRED M. IHU, AND DEAN PIGAO