IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | CIVIL NO. CV04 00562 SOM BMK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | |
| Defendants. | |

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses on March 3, 2006:

Served Electronically through CM/ECF:

BECKY T. CHESTNUT, ESQ.          chestnut@m4law.com
DAVID J. MINKIN, ESQ.             minkin@m4law.com
    Attorneys for Defendants      saguibo@m4law.com
    K.C. LUM, WILFRED M. IHU,
    GORDON ISODA and DEAN PIGAO

MILTON S. TANI, ESQ.              info@triallawhawaii.com
KEVIN P.H. SUMIDA, ESQ.           ksumida@sthawaii.com
    Co-Counsel for Defendant DEAN PIGAO

MICHAEL J. McGUIGAN, ESQ.                    mjm@roplaw.com
    Attorney for Defendant IRVIL KAPUA

Served by First Class Mail:

    DANIEL G. HEMPEY, ESQ.
    Law Office of Daniel G. Hempey
    3175 Elua Street
    Lihue, Hawaii 96766
        Attorney for Plaintiff
        DARLA ABBATIELLO

    LISA W. CATALDO, ESQ.
    McCorriston Miller Mukai MacKinnon LLP
    Five Waterfront Plaza, 4th Floor
    500 Ala Moana Boulevard
    Honolulu, Hawaii 96813
        Attorney for Defendants
        K.C. LUM, WILFRED M. IHU,
        GORDON ISODA and DEAN PIGAO

    LANI D.H. NAKAZAWA, ESQ.
    CHRISTIANE L. NAKEA-TRESLER, ESQ.
    Office of the County Attorney
    4444 Rice Street, Suite 220
    Lihue, Hawaii  96766
        Attorneys for Defendants
        COUNTY OF KAUAI and
        KAUAI POLICE DEPARTMENT

    DATED: Honolulu, Hawaii, March 3, 2006.

                /s/ Jeannette H. Castagnetti
                Daniel G. Hempey
                Margery S. Bronster
                John Hoshibata
                Jeannette H. Castagnetti
                Attorneys for Plaintiff
                DARLA ABBATIELLO