# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/3/06  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CV 04-00562SOM-BMK

CASE NAME:          Darla Abbatiello v. County of Kaui, et al.

ATTYS FOR PLA:      Margery S. Bronster

ATTYS FOR DEFT:     David J. Minkin, Christiane L. Nakea Tresler by phone, John T. Hoshibata, Michael J. McGuigan

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:   C6F

DATE:    3/3/06                   TIME:       1:55 - 2:08

COURT ACTION:  EP: Further Hearing on Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean Pigao's Motion for Leave to File Third-Party Complaint - DENIED w/o prejudice.  Bronster to prepare order.

Parties are to attempt to reach an agreement.  If no agreement can be reached, a Status Conference can be set.

Submitted by Richlyn Young, Courtroom Manager