LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY          7535
3175 Elua Street
Lihue, Hawaii  96766
Telephone No.:     (808) 823-0000
Facsimile No.:     (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER     4750
JOHN T. HOSHIBATA          3141
JEANNETTE HOLMES CASTAGNETTI    7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone No.:     (808) 524-5644
Facsimile No.:     (808) 599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) [NOTICE OF TAKING |
| | ) DEPOSITIONS UPON ORAL |
| COUNTY OF KAUAI, KAUAI POLICE | ) EXAMINATION RE: WILFRED IHU, |
| DEPARTMENT, K.C. LUM, WILFRED | ) GORDON ISODA and DEAN PIGAO] |
| M. IHU, GORDON ISODA, DEAN | ) |
| PIGAO, IRVIL KAPUA, | ) Trial Date:  October 11, 2006 |
| | ) Time:          9:00 a.m. |
| Defendants. | ) Judge:         Susan O. Mollway |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Plaintiff's NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION RE: WILFRED IHU, GORDON ISODA and DEAN PIGAO was served on the following parties on March 6, 2006 in the manner specified below:

| | |
|---|---|
| DANIEL G. HEMPEY, ESQ.<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Lihue, Hawaii 96766<br>    Attorney for Plaintiff<br>    DARLA ABBATIELLO | **U.S. MAIL** |
| MICHAEL J. McGUIGAN, ESQ.<br>Reinwald O'Connor & Playon LLP<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, Suite 2400<br>Honolulu, Hawaii 96813<br>    Attorney for Defendant<br>    IRVIL KAPUA | **HAND DELIVERY** |
| DAVID J. MINKIN, ESQ.<br>LISA W. CATALDO, ESQ.<br>BECKY T. CHESTNUT, ESQ.<br>McCorriston Miller Mukai MacKinnon LLP<br>Five Waterfront Plaza, 4th Floor<br>500 Ala Moana Boulevard<br>Honolulu, Hawaii 96813<br>    Attorneys for Defendants<br>    K.C. LUM, WILFRED M. IHU,<br>    GORDON ISODA and DEAN PIGAO | **HAND DELIVERY** |

| | |
|---|---|
| KEVIN P.H. SUMIDA, ESQ. | **HAND DELIVERY** |
| MILTON S. TANI, ESQ. | |

Matsui Chung Sumida & Tsuchiyama
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
    Co-Counsel for Defendant
    DEAN PIGAO

LANI D.H. NAKAZAWA, ESQ.    **U.S. MAIL**
CHRISTIANE L. NAKEA-TRESLER, ESQ.
Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Hawaii 96766
    Attorneys for Defendants
    COUNTY OF KAUAI and
    KAUAI POLICE DEPARTMENT

    DATED: Honolulu, Hawaii, March 6, 2006.


                        /s/ John T. Hoshibata
                        DANIEL G. HEMPEY
                        MARGERY S. BRONSTER
                        JOHN T. HOSHIBATA
                        JEANNETTE HOLMES CASTAGNETTI
                        Attorneys for Plaintiff
                        DARLA ABBATIELLO