IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | CIVIL NO. CV04 00562 SOM BMK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | |
| Defendants. | |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the within document was duly served on the following on this date as indicated below:

| | Electronically through CM/ECF | U.S. Mail |
|---|---|---|
| DANIEL G. HEMPEY, ESQ. Law Office of Daniel G. Hempey 3175 Elua Street Lihue, Hawaii 96766 | | X |

and

133858.2

|  | Electronically through CM/ECF | U.S. Mail |
|---|:---:|:---:|
| MARGERY S. BRONSTER, ESQ.<br>JOHN HOSHIBATA, ESQ.<br>JEANNETTE H. CASTAGNETTI, ESQ.<br>Bronster Crabtree & Hoshibata<br>2300 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Plaintiff<br>DARLA ABBATIELLO | X | |
| LANI D.H. NAKAZAWA, ESQ.<br>CHRISTIANE L. NAKEA-TRESLER, ESQ.<br>Office of the County Attorney<br>4444 Rice Street, Suite 220<br>Lihue, Hawaii 96766<br><br>Attorneys for Defendants<br>COUNTY OF KAUAI and<br>KAUAI POLICE DEPARTMENT | X | X |
| MICHAEL J. McGUIGAN, ESQ.<br>Pacific Guardian Center, Mauka Tower<br>733 Bishop Street, 24th Floor<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>IRVIL KAPUA | X | |

DATED: Honolulu, Hawaii, March 20, 2006.


/s/ David J. Minkin
DAVID J. MINKIN
BECKY T. CHESTNUT
KARA M. L.YOUNG

Attorneys for Defendants
K.C. LUM, WILFRED M. IHU,
GORDON ISODA and DEAN PIGAO