IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | CIVIL NO. CV04-00562 SOM/BMK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | |
| Defendants. | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be served upon the following parties electronically and by means indicated below on the date listed below:

| | |
|---|---|
| DANIEL G. HEMPEY, ESQ.<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Lihue, Kauai, Hawaii  96766 | MAILED |
| and | |
| MARGERY S. BRONSTER, ESQ.<br>JEFF CRABTREE, ESQ.<br>Bronster Crabtree & Hoshibata<br>2300 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawaii  96813<br>*Attorneys for Plaintiff* | MAILED |

DAVID J. MINKIN, ESQ.                                MAILED
McCorriston Miller Mukai MacKinnon
P. O. Box 2800
Honolulu, Hawaii  96803
 Attorney for Defendants
 K.C. LUM, WILFRED M. IHU, GORDON ISODA
 AND DEAN PIGAO


JONATHAN L. ORTIZ, ESQ.                              MAILED
WADE J. KATANO, ESQ.
ALLISON M. FUJITA, ESQ.
2121 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
 Co-Counsel for Defendant
 GORDON ISODA


KEVIN P.H. SUMIDA, ESQ.                              MAILED
MILTON S. TANI, ESQ.
MATSUI CHUNG SUMIDA & TSUCHIYAMA
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii  96813
 Co-Counsel for Defendant
 DEAN PIGAO

CHRISTIANE L. NAKEA-TRESLER, ESQ.     MAILED
Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Kauai, Hawaii 96766
Attorney for Defendants
COUNTY OF KAUAI AND
KAUAI POLICE DEPARTMENT

DATED: Honolulu, Hawaii, March 20, 2006.

                                                */s/ McGuigan*
                                      MICHAEL J. McGUIGAN
                                      *Attorney for Defendant*
                                      *IRVIL KAPUA*