LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY          7535
3175 Elua Street
Lihue, Hawaii  96766
Telephone No.:     (808) 823-0000
Facsimile No.:     (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER     4750
JOHN T. HOSHIBATA          3141
JEANNETTE HOLMES CASTAGNETTI     7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone No.:     (808) 524-5644
Facsimile No.:     (808) 599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>　　　　Defendants. | CIVIL NO. CV04 00562 SOM BMK<br><br>CERTIFICATE OF SERVICE<br><br>[RE:  PLAINTIFF'S RESPONSE TO DEFENDANT IRVIL KAPUA'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF DARLA ABBATIELLO] |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two (2) true and correct copies of PLAINTIFF'S RESPONSE TO DEFENDANT IRVIL KAPUA'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF DARLA ABBATIELLO were served on the following parties on March 20, 2006 in the manner specified below:

| | |
|---|---|
| DANIEL G. HEMPEY, ESQ.<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Lihue, Hawaii 96766<br>   Attorney for Plaintiff<br>   DARLA ABBATIELLO | **U.S. MAIL** |
| MICHAEL J. McGUIGAN, ESQ.<br>Reinwald O'Connor & Playon LLP<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, Suite 2400<br>Honolulu, Hawaii 96813<br>   Attorney for Defendant<br>   IRVIL KAPUA | **HAND DELIVERY** |
| DAVID J. MINKIN, ESQ.<br>LISA W. CATALDO, ESQ.<br>BECKY T. CHESTNUT, ESQ.<br>McCorriston Miller Mukai MacKinnon LLP<br>Five Waterfront Plaza, 4th Floor<br>500 Ala Moana Boulevard<br>Honolulu, Hawaii 96813<br>   Attorneys for Defendants<br>   K.C. LUM, WILFRED M. IHU,<br>   GORDON ISODA and DEAN PIGAO | **HAND DELIVERY** |

| | |
|---|---|
| KEVIN P.H. SUMIDA, ESQ.<br>MILTON S. TANI, ESQ.<br>Matsui Chung Sumida & Tsuchiyama<br>Suite 1400 Mauka Tower<br>737 Bishop Street<br>Honolulu, Hawaii  96813<br>     Co-Counsel for Defendant<br>     DEAN PIGAO | **HAND DELIVERY** |
| LANI D.H. NAKAZAWA, ESQ.<br>CHRISTIANE L. NAKEA-TRESLER, ESQ.<br>Office of the County Attorney<br>4444 Rice Street, Suite 220<br>Lihue, Hawaii  96766<br>     Attorneys for Defendants<br>     COUNTY OF KAUAI and<br>     KAUAI POLICE DEPARTMENT | **U.S. MAIL** |

DATED:  Honolulu, Hawaii, March 20, 2006.

                                                 /s/ John T. Hoshibata
                                                MARGERY S. BRONSTER
                                                JOHN T. HOSHIBATA
                                                JEANNETTE E. HOLMES
                                                DANIEL G. HEMPEY
                                                Attorneys for Plaintiff
                                                DARLA ABBATIELLO