IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04-00562 SOM BMK |
| Plaintiff, | ) |
| vs. | ) DECLARATION OF |
| | ) CHRISTIANE L. NAKEA- |
| COUNTY OF KAUA'I, KAUA'I POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) TRESLER |
| Defendants. | ) |

## DECLARATION OF CHRISTIANE L. NAKEA-TRESLER

I, CHRISTIANE L. NAKEA-TRESLER, declare as follows:

1. I am an attorney with the County of Kaua'i, Office of the County Attorney and I am duly licensed to practice law in the State of Hawai'i and before this Court. I am one of the attorneys representing Defendants COUNTY OF KAUA'I and KAUA'I POLICE DEPARTMENT in the above captioned action.

2. I have personal knowledge of the matters stated herein and, if called upon, am competent to testify thereto.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

DATED:   Līhuʻe, Kauaʻi, Hawaiʻi, March 20, 2006.

*[signature]*
LANI D. H. NAKAZAWA
CHRISTIANE L. NAKEA-TRESLER

Attorneys for Defendants
COUNTY OF KAUAʻI and
KAUAʻI POLICE DEPARTMENT