IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04-00562 SOM BMK |
| Plaintiff, | ) |
| vs. | ) CERTIFICATE OF SERVICE |
| COUNTY OF KAUA'I, KAUA'I POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served on the following parties by United States mail, postage prepaid on the date specified below:

> DANIEL G. HEMPEY, ESQ.
> Law Office of Daniel G. Hempey
> 3175 Elua Street
> Līhu'e, Hawai'i 96766
>         AND
>
> MARGERY S. BRONSTER, ESQ.
> JEFF CRABTREE, ESQ.
> Bronster Crabtree & Hoshibata
> 2300 Pauahi Tower
> 1001 Bishop Street
> Honolulu, Hawai'i 96813
>
> Attorneys for Plaintiff
> DARLA ABBATIELLO

DAVID J. MINKIN, ESQ.
BECKY T. CHESTNUT, ESQ.
McCorriston Miller Mukai MacKinnon LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813

Attorneys for Defendants
K. C. LUM, WILFRED M. IHU,
GORDON ISODA and DEAN PIGAO


MICHAEL J. MCGUIGAN, ESQ.
Pacific Guardian Center, Mauka Tower
733 Bishop Street, 24th Floor
Honolulu, Hawai'i 96813

Attorney for Defendant
IRVIL KAPUA


JONATHAN L. ORTIZ, ESQ.
WADE J. KATANO, ESQ.
ALLISON M. FUJITA, ESQ.
841 Bishop Street, Suite 2121
Honolulu, Hawai'i 96813

Attorneys for Defendant
GORDON ISODA, Individually


KEVIN P. H. SUMIDA, ESQ.
MILTON S. TANI, ESQ.
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawai'i 96813

Attorneys for Defendant
DEAN PIGAO, Individually

DATED:   Līhuʻe, Kauaʻi, Hawaiʻi, March 20, 2006.

/s/ Lani D. H. Nakazawa
LANI D. H. NAKAZAWA
CHRISTIANE L. NAKEA-TRESLER

Attorneys for Defendants
COUNTY OF KAUAʻI and
KAUAʻI POLICE DEPARTMENT