

**BRYAN J. BAPTISTE**
Mayor

**Lani D. H. Nakazawa**
County Attorney

Family Support Division
Rosa V. Flores

## OFFICE OF THE COUNTY ATTORNEY
COUNTY OF KAUA`I, STATE OF HAWAI`I
MO`IKEHA BUILDING
4444 RICE STREET, SUITE 220
LIHU`E, KAUA`I, HAWAI`I 96766-1300
TEL (808) 241-6315
FAX (808) 241-6319

Deputies
James T. Itamura
Michael J. Matsukawa
Galen T. Nakamura
Christiane L. Nakea-Tresler
Margaret H. Sueoka
James K. Tagupa
Mark A. Vicknair

### LETTER OF TRANSMITTAL

March 20, 2006

TO: U.S. Courthouse
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

**RECEIVED**
CLERK U.S. DISTRICT COURT
MAR 23 2006
DISTRICT OF HAWAII

RE: Darla Abbatiello vs. County of Kaua`i, et al.
Civil No. CV04-00562 SOM BMK

We are enclosing the following:
**Original & nine (9)** Defendants County of Kaua`i and Kaua`i Police Department's Memorandum in Opposition to Plaintiff's Motion for Leave to File First Amended Complaint filed on March 3, 2006; Declaration of Christiane L. Nakea-Tresler; Certificate of Service.

| | | | |
|---|---|---|---|
| ( ) | For your information | ( ) | For necessary action |
| ( ) | For your files | ( ) | For signature in BLACK INK and RETURN |
| ( ) | For review and comment | | |
| ( ) | For correction | ( ) | For signature in BLACK INK and FORWARD TO |
| ( ) | For distribution | | |
| ( ) | Per your request | | |
| ( ) | Per our agreement | ( X ) | For filing or recording |
| ( ) | Per our conversation | ( X ) | See remarks below |

REMARKS: Please file the above-mentioned documents and return to our office in the stamped self-address envelope. Thank you for your time and attention to this matter.

_(signature)_
CHRISTIANE L. NAKEA-TRESLER
Deputy County Attorney

CLNT:ah
Enclosures