IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses on March 24, 2006:

Served Electronically through CM/ECF:

DAVID J. MINKIN, ESQ.     minkin@m4law.com
BECKY T. CHESTNUT, ESQ.     chestnut@m4law.com
   Attorneys for Defendants K.C. LUM,     saguibo@m4law.com
   WILFRED M. IHU, GORDON ISODA
   and DEAN PIGAO

MICHAEL J. McGUIGAN, ESQ.     mjm@roplaw.com
   Attorney for Defendant IRVIL KAPUA

MILTON S. TANI, ESQ.     info@triallawhawaii.com
KEVIN P.H. SUMIDA, ESQ.     ksumida@sthawaii.com
   Co-Counsel for Defendant DEAN PIGAO

CHRISTIANE L. NAKEA-TRESLER, ESQ.       cntresler@kauai.gov
    Attorney for Defendants
    COUNTY OF KAUAI and
    KAUAI POLICE DEPARTMENT

<u>Served by First Class Mail</u>:

    DANIEL G. HEMPEY, ESQ.
    Law Office of Daniel G. Hempey
    3175 Elua Street
    Lihue, Hawaii 96766
        Attorney for Plaintiff
        DARLA ABBATIELLO

    LISA W. CATALDO, ESQ.
    McCorriston Miller Mukai MacKinnon LLP
    Five Waterfront Plaza, 4th Floor
    500 Ala Moana Boulevard
    Honolulu, Hawaii 96813
        Attorney for Defendants
        K.C. LUM, WILFRED M. IHU,
        GORDON ISODA and DEAN PIGAO

    LANI D.H. NAKAZAWA, ESQ.
    Office of the County Attorney
    4444 Rice Street, Suite 220
    Lihue, Hawaii 96766
        Attorney for Defendants
        COUNTY OF KAUAI and
        KAUAI POLICE DEPARTMENT

    DATED: Honolulu, Hawaii, March 24, 2006.

          /s/ Jeannette Holmes Castagnetti
        MARGERY S. BRONSTER
        JOHN HOSHIBATA
        JEANNETTE HOLMES CASTAGNETTI
        DANIEL G. HEMPEY
          Attorneys for Plaintiff
          DARLA ABBATIELLO