

**BRYAN J. BAPTISTE**
Mayor

**Lani D. H. Nakazawa**
County Attorney

**OFFICE OF THE COUNTY ATTORNEY**
COUNTY OF KAUA'I, STATE OF HAWAI'I
MO'IKEHA BUILDING
4444 RICE STREET, SUITE 220
LIHU'E, KAUA'I, HAWAI'I 96766-1300
TEL (808) 241-6315
FAX (808) 241-6319

<u>Family Support Division</u>
Rosa V. Flores

<u>Deputies</u>
James T. Itamura
Michael J. Matsukawa
Galen T. Nakamura
Christiane L. Nakea-Tresler
Margaret H. Sueoka
James K. Tagupa
Mark A. Vicknair

## LETTER OF TRANSMITTAL

March 22, 2006

TO:   U.S. Courthouse
      Prince Kuhio Federal Building
      300 Ala Moana Boulevard
      Honolulu, Hawaii 96850

RE:   <u>Darla Abbatiello vs. County of Kaua'i, et al.</u>
      Civil No. CV04-00562 SOM BMK

**RECEIVED**
CLERK, U.S. DISTRICT COURT
MAR 2 4 2006
DISTRICT OF HAWAII

We are enclosing the following:
**Original & nine (9)** Defendants County of Kaua'i and Kaua'i Police Department's Joinder to Defendant Irvil Kapua's Memorandum in Opposition to Plaintiff's Motion for Leave to File First Amended Complaint filed on March 3, 2006; Certificate of Service.

**Original & nine (9)** Defendants County of Kaua'i and Kaua'i Police Department's Joinder to Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean Pigao's Memorandum in Opposition to Plaintiff's Motion for Leave to File First Amended Complaint filed on March 3, 2006; Certificate of Service.

|     |                    |       |                         |
|-----|--------------------|-------|-------------------------|
| ( ) | For correction     | ( )   | For signature in BLACK  |
| ( ) | For distribution   |       | INK and FORWARD TO      |
| ( ) | Per your request   |       | _____ |
| ( ) | Per our agreement  | ( X ) | For filing or recording |
| ( ) | Per our conversation | ( X ) | See remarks below     |

REMARKS: Please file the above-mentioned documents and return to our office in the stamped self-address envelope. Thank you for your time and attention to this matter.

_____
CHRISTIANE L. NAKEA-TRESLER
Deputy County Attorney

CLNT:ah
Enclosures