ORIGINAL

LANI D. H. NAKAZAWA        1818
CHRISTIANE L. NAKEA-TRESLER   7409
Office of the County Attorney
County of Kaua'i, Mo`ikeha Building
4444 Rice Street, Suite 220
Līhu'e, Hawai'i 96766
Telephone: (808) 241-6315
Fax No. (808) 241-6319
E-mail: lnakazawa@kauai.gov
        cntresler@kauai.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 24 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

Attorneys for Defendants COUNTY
OF KAUA'I and KAUA'I POLICE DEPARTMENT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04-00562 SOM BMK |
|  | ) |
| Plaintiff, | ) DEFENDANTS COUNTY OF |
|  | ) KAUA'I AND KAUA'I POLICE |
| vs. | ) DEPARTMENT'S JOINDER TO |
|  | ) DEFENDANT IRVIL KAPUA'S |
| COUNTY OF KAUA'I, KAUA'I | ) MEMORANDUM IN OPPOSITION |
| POLICE DEPARTMENT, K.C. LUM, | ) TO PLAINTIFF'S MOTION FOR |
| WILFRED M. IHU, GORDON ISODA, | ) LEAVE TO FILE FIRST |
| DEAN PIGAO, IRVIL KAPUA, | ) AMENDED COMPLAINT FILED |
|  | ) ON MARCH 3, 2006; |
| Defendants. | ) CERTIFICATE OF SERVICE |
|  | ) |
|  | ) Hearing: |
|  | ) Date: April 7, 2006 |
|  | ) Time: 2:30 p.m. |
|  | ) Judge: Barry M. Kurren |
|  | ) |
|  | ) Trial Date: October 11, 2006 |
|  | ) |
|  | ) |

**DEFENDANTS COUNTY OF KAUA'I AND KAUA'I
POLICE DEPARTMENT'S JOINDER TO DEFENDANT
IRVIL KAPUA'S MEMORANDUM IN OPPOSITION
TO PLAINTIFF'S MOTION FOR LEAVE TO FILE
<u>FIRST AMENDED COMPLAINT FILED ON MARCH 3, 2006</u>**

COMES NOW, DEFENDANTS COUNTY OF KAUA'I and KAUA'I POLICE DEPARTMENT, by and through its attorneys, LANI D. H. NAKAZAWA and CHRISTIANE L. NAKEA-TRESLER, hereby join in Defendant Irvil Kapua's Memorandum in Opposition to Plaintiff's Motion for Leave to File First Amended Complaint filed on March 3, 2006, and scheduled for hearing on Friday, April 7, 2006, at 2:30 p.m. before the Honorable Barry M. Kurren, U.S. Magistrate Judge.

DATED: Lihue, Kaua'i, Hawai'i, MARCH 22, 2006.

_____
LANI D. H. NAKAZAWA
CHRISTIANE L. NAKEA-TRESLER

Attorneys for Defendants
COUNTY OF KAUA'I and
KAUA'I POLICE DEPARTMENT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04-00562 SOM BMK |
| Plaintiff, | ) |
| vs. | ) |
| COUNTY OF KAUA'I, KAUA'I POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) CERTIFICATE OF SERVICE |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of **DEFENDANTS COUNTY OF KAUA'I AND KAUA'I POLICE DEPARTMENT'S JOINDER TO DEFENDANT IRVIL KAPUA'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT FILED ON MARCH 3, 2006**, were served on the following parties at their respective addresses by depositing the same in the United States mail, postage prepaid, on the date specified below:

DANIEL G. HEMPEY, ESQ
Law Office of Daniel G. Hempey
3175 Elua Street
Līhu'e, Hawai'i 96766

AND

MARGERY S. BRONSTER, ESQ.
JEFF CRABTREE, ESQ.
Bronster Crabtree & Hoshibata
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawai'i 96813

Attorneys for Plaintiff
DARLA ABBATIELLO


DAVID J. MINKIN, ESQ.
BECKY T. CHESTNUT, ESQ.
McCorriston Miller Mukai MacKinnon LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813

Attorneys for Defendants
K. C. LUM, WILFRED M. IHU,
GORDON ISODA and DEAN PIGAO


MICHAEL J. MCGUIGAN, ESQ.
Pacific Guardian Center, Mauka Tower
733 Bishop Street, 24th Floor
Honolulu, Hawai'i 96813

Attorney for Defendant
IRVIL KAPUA

JONATHAN L. ORTIZ, ESQ.
WADE J. KATANO, ESQ.
ALLISON M. FUJITA, ESQ.
841 Bishop Street, Suite 2121
Honolulu, Hawai'i 96813

Attorneys for Defendant
GORDON ISODA, Individually


KEVIN P. H. SUMIDA, ESQ.
MILTON S. TANI, ESQ.
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawai'i 96813

Attorneys for Defendant
DEAN PIGAO, Individually

DATED: Lihue, Kaua'i, Hawai'i, MARCH 22, 2006.


_____
LANI D. H. NAKAZAWA
CHRISTIANE L. NAKEA-TRESLER

Attorneys for Defendants
COUNTY OF KAUA'I and
KAUA'I POLICE DEPARTMENT

3