ORIGINAL

LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY          7535
3175 Elua Street
Lihue, Hawaii 96766
Telephone No.:    (808) 823-0000
Facsimile No.:    (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER     4750
JOHN HOSHIBATA          3141
JEANNETTE HOLMES CASTAGNETTI   7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No.:    (808) 524-5644
Facsimile No.:    (808) 599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 04 2006

at 11 o'clock and 22 min. A.M
SUE BEITIA, CLERK

LODGED
APR 03 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>        Defendants. | CIVIL NO. CV04 00562 SOM BMK<br><br>ORDER DENYING DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT, FILED JANUARY 12, 2006<br><br>Hearing Date: March 3, 2006<br>Hearing Time: 2:00 p.m.<br>Judge: Honorable Barry M. Kurren<br><br>(Trial Date: October 11, 2006) |

ORDER DENYING DEFENDANTS K.C. LUM, WILFRED M. IHU,
GORDON ISODA AND DEAN PIGAO'S MOTION FOR
LEAVE TO FILE THIRD-PARTY COMPLAINT, FILED JANUARY 12, 2006

Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean Pigao's Motion for Leave to File Third-Party Complaint, filed January 12, 2006, was heard on March 3, 2006. Present were Margery Bronster and John Hoshibata representing Plaintiff Darla Abbatieollo; David Minkin representing Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean Pigao; Michael McGuigan representing Defendant Irvil Kapua; and Christaine Nakea-Tresler representing the County of Kauai and the Kauai Police Department (via telephone).

After hearing arguments of counsel, the Court DENIES Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean Pigao's Motion for Leave to File Third-Party Complaint, filed January 12, 2006, without prejudice.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, _____, 2006.

BARRY M. KURREN
United States Magistrate Judge

APPROVED AS TO FORM:

_____
DAVID J. MINKIN
BECKY T. CHESTNUT
Attorneys for Defendants
K.C. LUM, WILFRED M. IHU,
GORDON ISODA AND DEAN PIGAO

_____
MICHAEL J. McGUIGAN
ELMIRA TSANG
Attorneys for Defendant
IRVIL KAPUA

_____
LANI D. NAKAZAWA
CHRISTAINE L. NAKEA-TRESLER
Attorneys for Defendants
COUNTY OF KAUAI and
KAUAI POLICE DEPARTMENT

---

Abbatiello vs. County of Kauai, Civil No. CV04 00562 SOM BMK; ORDER DENYING DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT, FILED JANUARY 12, 2006.

APPROVED AS TO FORM:


_____
DAVID J. MINKIN
BECKY T. CHESTNUT
Attorneys for Defendants
K.C. LUM, WILFRED M. IHU,
GORDON ISODA AND DEAN PIGAO



/s/ M. McGuigan
_____
MICHAEL J. McGUIGAN
ELMIRA TSANG
Attorneys for Defendant
IRVIL KAPUA



_____
LANI D. NAKAZAWA
CHRISTAINE L. NAKEA-TRESLER
Attorneys for Defendants
COUNTY OF KAUAI and
KAUAI POLICE DEPARTMENT


Abbatiello vs. County of Kauai, Civil No. CV04 00562 SOM BMK; ORDER DENYING DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT, FILED JANUARY 12, 2006.

APPROVED AS TO FORM:


_____
DAVID J. MINKIN
BECKY T. CHESTNUT
Attorneys for Defendants
K.C. LUM, WILFRED M. IHU,
GORDON ISODA AND DEAN PIGAO



_____
MICHAEL J. McGUIGAN
ELMIRA TSANG
Attorneys for Defendant
IRVIL KAPUA



/s/ Lani Nakazawa
_____
LANI D. NAKAZAWA
CHRISTAINE L. NAKEA-TRESLER
Attorneys for Defendants
COUNTY OF KAUAI and
KAUAI POLICE DEPARTMENT

---

Abbatiello vs. County of Kauai, Civil No. CV04 00562 SOM BMK; ORDER DENYING DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT, FILED JANUARY 12, 2006.

3