LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY            7535
3175 Elua Street
Lihue, Hawaii  96766
Telephone No.:     (808) 823-0000
Facsimile No.:     (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER        4750
JOHN HOSHIBATA             3141
JEANNETTE HOLMES CASTAGNETTI     7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone No.:     (808) 524-5644
Facsimile No.:     (808) 599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) (Re:  Plaintiff's Motion to Modify Rule |
| | ) 16 Scheduling Conference Order |
| COUNTY OF KAUAI, KAUAI POLICE | ) Filed September 28, 2005; |
| DEPARTMENT, K.C. LUM, WILFRED M. | ) Memorandum in Support of Motion; |
| IHU, GORDON ISODA, DEAN PIGAO, | ) Declaration of John T. Hoshibata) |
| IRVIL KAPUA, | ] |
| | ] Trial Date:  October 11, 2006 |
| Defendants. | ] Time:              9:00 a.m. |
| | ] Judge:      Susan O. Mollway |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses on April 7, 2006:

Served Electronically through CM/ECF:

DAVID J. MINKIN, ESQ.                          minkin@m4law.com
BECKY T. CHESTNUT, ESQ.                    chestnut@m4law.com
    Attorneys for Defendants K.C. LUM,      saguibo@m4law.com
    WILFRED M. IHU, GORDON ISODA
    <u>and DEAN PIGAO</u>

MICHAEL J. McGUIGAN, ESQ.                mjm@roplaw.com
    Attorney for Defendant IRVIL KAPUA

MILTON S. TANI, ESQ.                            info@triallawhawaii.com
KEVIN P.H. SUMIDA, ESQ.                      ksumida@sthawaii.com
    Co-Counsel for Defendant DEAN PIGAO

CHRISTIANE L. NAKEA-TRESLER, ESQ.    cntresler@kauai.gov
    Attorney for Defendants
    COUNTY OF KAUAI and
    KAUAI POLICE DEPARTMENT

<u>Served by Facsimile & First Class Mail:</u>

    DANIEL G. HEMPEY, ESQ.
    Law Office of Daniel G. Hempey
    3175 Elua Street
    Lihue, Hawaii 96766
        Attorney for Plaintiff
        DARLA ABBATIELLO

    LISA W. CATALDO, ESQ.
    McCorriston Miller Mukai MacKinnon LLP
    Five Waterfront Plaza, 4th Floor
    500 Ala Moana Boulevard
    Honolulu, Hawaii 96813
        Attorney for Defendants
        K.C. LUM, WILFRED M. IHU,

GORDON ISODA and DEAN PIGAO

LANI D.H. NAKAZAWA, ESQ.
Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Hawaii  96766
      Attorney for Defendants
      COUNTY OF KAUAI and
      KAUAI POLICE DEPARTMENT

CARY T. TANAKA, ESQ.
Fort Street Tower, Suite 510
745 Fort Street
Honolulu, Hawaii  96813
      Attorney for Defendant
      K.C. LUM

DATED:  Honolulu, Hawaii, April 7, 2006.

/s/ JOHN HOSHIBATA
MARGERY S. BRONSTER
JOHN HOSHIBATA
JEANNETTE HOLMES CASTAGNETTI
DANIEL G. HEMPEY
Attorneys for Plaintiff
DARLA ABBATIELLO

3