LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY          7535
3175 Elua Street
Lihue, Hawaii  96766
Telephone No.:     (808) 823-0000
Facsimile No.:     (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER       4750
JOHN HOSHIBATA            3141
JEANNETTE HOLMES CASTAGNETTI    7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone No.:     (808) 524-5644
Facsimile No.:     (808) 599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | CIVIL NO. CV04 00562 SOM BMK |
| Plaintiff, | PLAINTIFF'S MOTION TO MODIFY RULE 16 SCHEDULING CONFERENCE ORDER FILED SEPTEMBER 28, 2005; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF JOHN T. HOSHIBATA; CERTIFICATE OF SERVICE |
| vs. | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | |
| Defendants. | Trial Date:  October 11, 2006<br>Time:  9:00 a.m.<br>Judge:  Susan O. Mollway |

PLAINTIFF'S MOTION TO MODIFY RULE 16 SCHEDULING
CONFERENCE ORDER FILED SEPTEMBER 28, 2005

Plaintiff Darla Abbatiello respectfully moves this Court for an order modifying the Court's Rule 16 Scheduling Order filed on September 28, 2005. Specifically, Plaintiff seeks to extend the deadline for disclosure of expert(s) and expert reports from April 10, 2006 to June 10, 2006 or such other date as the Court orders.

This motion is made pursuant to Rule 7, 16, and 26 of the Federal Rules of Civil Procedure, the Memorandum in Support of Motion, the attached Declaration of John T. Hoshibata and the record of this case.

DATED:  Honolulu, Hawaii, April 7, 2006.

         /s/ JOHN T. HOSHIBATA
        MARGERY S. BRONSTER
        JOHN HOSHIBATA
        JEANNETTE HOLMES CASTAGNETTI
        DANIEL G. HEMPEY
        Attorneys for Plaintiff
        DARLA ABBATIELLO