LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY            7535
3175 Elua Street
Lihue, Hawaii  96766
Telephone No.:     (808) 823-0000
Facsimile No.:     (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER       4750
JOHN T. HOSHIBATA         3141
JEANNETTE HOLMES CASTAGNETTI      7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone No.:     (808) 524-5644
Facsimile No.:     (808) 599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04 00562 SOM BMK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF JOHN T. |
| | ) | HOSHIBATA |
| vs. | ) | |
| | ) | |
| COUNTY OF KAUAI, KAUAI POLICE | ) | |
| DEPARTMENT, K.C. LUM, WILFRED M. | ) | Trial Date:  October 11, 2006 |
| IHU, GORDON ISODA, DEAN PIGAO, | ) | Time:       9:00 a.m. |
| IRVIL KAPUA, | ) | Judge:      Susan O. Mollway |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF JOHN T. HOSHIBATA

I, John T. Hoshibata, under penalty of perjury, state as follows:

1.      I am an attorney with the law firm of Bronster Crabtree & Hoshibata and I am one of the attorneys representing the Plaintiff Darla Abbatiello.  I submit this declaration based on personal knowledge of the facts and circumstances declared herein.  I am competent to make this declaration.

2.      I spoke - or left voicemail and/or e-mail messages - with counsel for all Defendants, including Christiane Nakea-Tresler, David Minkin, Michael McGuigan, and Cary Tanaka, concerning Plaintiff's requests as described in the attached Memorandum in Support of Motion.  After an exchange of e-mails, Ms. Nakea-Tresler advised me that she would consult with her clients (County of Kauai and the Kauai Police Department), to inquire if they would agree to my proposal and motion.  I spoke with Cary Tanaka, who I understand to now represent Defendant Lum, and he agreed to an extension of all deadlines.  I left messages with David Minkin and Michael McGuigan, but as of the evening of April 6, have not received responses.  I spoke with counsel for Defendants Ihu, Isoda and Pigao (who have been dismissed without prejudice, pursuant to the aforementioned Stipulation), and they have no opposition to my proposal and Motion.

3.      I am e-mailing and faxing the instant Motion and this Declaration to all counsel who are presently involved in this litigation, at

approximately the same time as this Motion and Declaration is being

electronically filed with this Court.

      DATED:  Honolulu, Hawaii, April 7, 2006.


                                       /s/ John T. Hoshibata
                                    JOHN T. HOSHIBATA