LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY          7535
3175 Elua Street
Lihue, Hawaii  96766
Telephone No.:    (808) 823-0000
Facsimile No.:    (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER     4750
JOHN HOSHIBATA          3141
JEANNETTE HOLMES CASTAGNETTI    7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone No.:    (808) 524-5644
Facsimile No.:    (808) 599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>     Plaintiff,<br><br>  vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>     Defendants. | CIVIL NO. CV04 00562 SOM BMK<br><br>CERTIFICATE OF SERVICE<br><br>(Re:  Plaintiff's Motion to Modify Rule 16 Scheduling Conference Order Filed September 28, 2005; Memorandum in Support of Motion; Declaration of John T. Hoshibata)<br><br>Trial Date:  October 11, 2006<br>Time:             9:00 a.m.<br>Judge:    Susan O. Mollway |

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses on April 7, 2006:

Served Electronically through CM/ECF:

| | |
|---|---|
| DAVID J. MINKIN, ESQ. | minkin@m4law.com |
| BECKY T. CHESTNUT, ESQ. | chestnut@m4law.com |
|     Attorneys for Defendants K.C. LUM, | saguibo@m4law.com |
|     WILFRED M. IHU, GORDON ISODA | |
|     and DEAN PIGAO | |
| | |
| MICHAEL J. McGUIGAN, ESQ. | mjm@roplaw.com |
|     Attorney for Defendant IRVIL KAPUA | |
| | |
| MILTON S. TANI, ESQ. | info@triallawhawaii.com |
| KEVIN P.H. SUMIDA, ESQ. | ksumida@sthawaii.com |
|     Co-Counsel for Defendant DEAN PIGAO | |
| | |
| CHRISTIANE L. NAKEA-TRESLER, ESQ. | cntresler@kauai.gov |
|     Attorney for Defendants | |
|     COUNTY OF KAUAI and | |
|     KAUAI POLICE DEPARTMENT | |

Served by Facsimile & First Class Mail:

    DANIEL G. HEMPEY, ESQ.
    Law Office of Daniel G. Hempey
    3175 Elua Street
    Lihue, Hawaii 96766
        Attorney for Plaintiff
        DARLA ABBATIELLO

    LISA W. CATALDO, ESQ.
    McCorriston Miller Mukai MacKinnon LLP
    Five Waterfront Plaza, 4th Floor
    500 Ala Moana Boulevard
    Honolulu, Hawaii 96813
        Attorney for Defendants
        K.C. LUM, WILFRED M. IHU,
        GORDON ISODA and DEAN PIGAO

LANI D.H. NAKAZAWA, ESQ.
Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Hawaii 96766
    Attorney for Defendants
    COUNTY OF KAUAI and
    KAUAI POLICE DEPARTMENT

CARY T. TANAKA, ESQ.
Fort Street Tower, Suite 510
745 Fort Street
Honolulu, Hawaii 96813
    Attorney for Defendant
    K.C. LUM

DATED: Honolulu, Hawaii, April 7, 2006.

/s/ JOHN HOSHIBATA
MARGERY S. BRONSTER
JOHN HOSHIBATA
JEANNETTE HOLMES CASTAGNETTI
DANIEL G. HEMPEY
Attorneys for Plaintiff
DARLA ABBATIELLO