# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4-7-06  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00562SOM-BMK |
| CASE NAME: | Darla Abatiello v. County of Kauai |
| ATTYS FOR PLA: | John T. Hoshibata |
| ATTYS FOR DEFT: | Christiane L. Nakea-Tresler by phone, Cary Tanaka, Michael J. McGuigan |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 4-7-06 | TIME: | 2:34 - 2:48 |

COURT ACTION:  EP: Plaintiff's Motion for Leave to File First Amended Complaint - GRANTED.  Hoshibata to prepare order.

*Plaintiff's Motion to Modify Rule 16 Scheduling Conference Order Filed September 28, 2006*, filed 4-7-06,  is withdrawn per Hoshibata.

Rescheduling Conference set for 4-18-06 @ 3 p.m., BMK.

Submitted by Richlyn Young, courtroom manager