# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/18/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00562SOM-BMK |
| CASE NAME: | Darla Abbatiello v. County of Kauai, et al. |
| ATTYS FOR PLA: | John T. Hoshibata |
| ATTYS FOR DEFT: | David J. Minkin, Christiane L. Nakea-Tresler by phone, Michael J. McGuigan, Cary T. Tanaka |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 4/18/2006 | TIME: | 3:17 - 3:20 |

COURT ACTION: EP: Rescheduling Conference held.  Court to prepare an amended scheduling order.

1. Jury trial on May 8, 2007 at 9:00 a.m. before SOM
2. Final Pretrial Conference on March 28, 2007 at 9:00 a.m. before BMK
3. 
4. Final Pretrial Statement by March 21, 2007
5. 
6. File other Non-Dispositive Motions by February 7, 2007
7. File Dispositive Motions by December 6, 2006
8a. File Motions in Limine by April 17, 2007
8b. File opposition memo to a Motion in Limine by April 24, 2007
11a. Plaintiff's Expert Witness Disclosures by November 6, 2006
11b. Defendant's Expert Witness Disclosures by December 6, 2006
12. Discovery deadline March 9, 2007
13. Settlement Conference set for March 5, 2007 at 2:00 p.m. before BMK
14. Settlement Conference statements by February 26, 2007
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by April 24, 2007

21. File Final witness list by April 17, 2007
24. Exchange Exhibit and Demonstrative aids by April 10, 2007
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by April 17, 2007
26. File objections to the Exhibits by April 24, 2007
28a. File Deposition Excerpt Designations by April 17, 2007
28b. File Deposition Counter Designations and Objections by April 24, 2007
29. File Trial Brief by April 24, 2007
30.

cc: Tammy Kimura

Submitted by Richlyn Young, Courtroom Manager