Daniel G. Hempey          7535
Law office of Daniel G. Hempey
3175 Elua Street
Lihue, Hawaii  96766
Telephone No.:     (808) 823-0000
Facsimile No.:     (808) 632-2332
hemplaw@hawaii.rr.com

Margery S. Bronster          4750
John Hoshibata               3141
Jeannette H. Castagnetti     7211
Bronster Crabtree & Hoshibata
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone No.:     (808) 524-5644
Facsimile No.:     (808) 599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>        Plaintiff,<br><br>  vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>        Defendants. | ) CIVIL NO. CV04 00562 SOM BMK<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>) (Re:  First Amended Complaint;<br>) Demand for Jury Trial)<br>)<br>)<br>)<br>)<br>) Trial Date:  May 8, 2007<br>) Time:         9:00 a.m.<br>) Judge:        Susan O. Mollway |

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses on April 21, 2006:

**Served Electronically through CM/ECF:**

| | |
|---|---|
| BECKY T. CHESTNUT, ESQ. | chestnut@m4law.com |
| DAVID J. MINKIN, ESQ. | minkin@m4law.com |
|  Attorneys for Defendants K.C. LUM, | saguibo@m4law.com |
|  WILFRED M. IHU, GORDON ISODA | |
|  and DEAN PIGAO | |
| | |
| MICHAEL J. McGUIGAN, ESQ. | mjm@roplaw.com |
|  Attorney for Defendant IRVIL KAPUA | |
| | |
| CHRISTIANE L. NAKEA-TRESLER, ESQ. | cntresler@kauai.gov |
|  Attorneys for Defendants | |
|  COUNTY OF KAUAI and | |
|  KAUAI POLICE DEPARTMENT | |

Served by First Class Mail:

 DANIEL G. HEMPEY, ESQ.
 Law Office of Daniel G. Hempey
 3175 Elua Street
 Lihue, Hawaii 96766
  Attorney for Plaintiff
  DARLA ABBATIELLO

LISA W. CATALDO, ESQ.
McCorriston Miller Mukai MacKinnon LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
    Attorney for Defendants
      K.C. LUM, WILFRED M. IHU,
      GORDON ISODA and DEAN PIGAO

LANI D.H. NAKAZAWA, ESQ.
Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Hawaii 96766
    Attorney for Defendants
      COUNTY OF KAUAI and
      KAUAI POLICE DEPARTMENT

CARY T. TANAKA, ESQ.
745 Fort Street, Suite 510
Honolulu, Hawaii 96813
    Attorney for Defendant
      K.C. LUM

    DATED: Honolulu, Hawaii, April 21, 2006.


          /s/ John Hoshibata
      MARGERY S. BRONSTER
      JOHN HOSHIBATA
      JEANNETTE HOLMES CASTAGNETTI
      DANIEL G. HEMPEY
        Attorneys for Plaintiff
        DARLA ABBATIELLO