McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN          #3639-0
BECKY T. CHESTNUT        #7756-0
KARA M. L.YOUNG          #8411-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293
Email:     minkin@m4law.com; chestnut@m4law.com;
           young@m4law.com

Attorneys for Defendants
K.C. LUM, WILFRED M. IHU,
GORDON ISODA and DEAN PIGAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| DARLA ABBATIELLO, | CIVIL NO. CV04 00562 SOM BMK |
|---|---|
| Plaintiff, | DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S JOINDER TO DEFENDANT IRVIL KAPUA'S MOTION TO COMPEL PLAINTIFF DARLA ABBATIELLO TO PRODUCE HER SIGNED MEDICAL AUTHORIZATION FORMS (FILED ON 4/24/06); CERTIFICATE OF SERVICE |
| vs. | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | |
| Defendants. | Hearing<br>Date:     May 19, 2006<br>Time:     2:30 p.m.<br>Judge: Barry M. Kurren<br><br>**Trial Date: October 11, 2006** |

137108.1

-2-

# DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S JOINDER TO DEFENDANT IRVIL KAPUA'S MOTION TO COMPEL PLAINTIFF DARLA ABBATIELLO TO PRODUCE HER SIGNED MEDICAL AUTHORIZATION FORMS (FILED ON 4/24/06)

Come now Defendants K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO (collectively, "Defendants"), by and through their attorneys, McCorriston Miller Mukai MacKinnon LLP, and pursuant to Rule 7.9 of the Local Rules of Practice for the United States District Court for the District of Hawaii, join in Defendant Irvil Kapua's Motion to Compel Plaintiff Darla Abbatiello to Produce Her Signed Medical Authorization Forms (filed on 4/24/06).

DATED: Honolulu, Hawaii, _____ April 27, 2006 _____

/s/ David J. Minkin
DAVID J. MINKIN
BECKY T. CHESTNUT
KARA M. L. YOUNG

Attorneys for Defendants
K.C. LUM, WILFRED M. IHU,
GORDON ISODA and DEAN PIGAO

137108.1

-2-