ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 26 2006

at 3 o'clock and 03 min P M
SUE BEITIA, CLERK

LODGED
APR 21 2006 1:50 pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY          7535
3175 Elua Street
Lihue, Hawaii 96766
Telephone No.:    (808) 823-0000
Facsimile No.: (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER  4750
JOHN HOSHIBATA           3141
JEANNETTE HOLMES CASTAGNETTI   7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No.:    (808) 524-5644
Facsimile No.: (808) 599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>　　　　Defendants. | CIVIL NO. CV04 00562 SOM BMK<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT FILED ON MARCH 3, 2006<br><br>Hearing Date:  April 7, 2006<br>Hearing Time:  2:30 p.m.<br>Judge:  Honorable Barry M. Kurren<br><br>(Trial Date:   October 11, 2006) |

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE
FIRST AMENDED COMPLAINT FILED ON MARCH 3, 2006

Plaintiff Darla Abbatiello's Motion for Leave to File First Amended Complaint, filed on March 3, 2006, was heard on April 7, 2006. Present were John T. Hoshibata, Esq. representing Plaintiff Darla Abbatieollo; David J. Minkin, Esq. representing Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean Pigao; Michael J. McGuigan, Esq. representing Defendant Irvil Kapua; Cary T. Tanaka, Esq., specially appearing on behalf of Defendant K.C. Lum, and Christaine L. Nakea-Tresler, Esq. representing the County of Kauai and the Kauai Police Department (via telephone).

After hearing arguments of counsel, the Court GRANTS Plaintiff's Motion for Leave to File First Amended Complaint, filed on March 3, 2006.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, 4-25-2006, 2006.

_____
HONORABLE BARRY M. KURREN
United States Magistrate Judge

APPROVED AS TO FORM:

_____
DAVID J. MINKIN
BECKY T. CHESTNUT
Attorneys for Defendants
K.C. LUM, WILFRED M. IHU,
GORDON ISODA AND DEAN PIGAO

Abbatiello vs. County of Kauai, et al.; Civil No. CV04 00562 SOM BMK; **Order Granting Plaintiff's Motion for Leave to File First Amended Complaint Filed on March 3, 2006.**

APPROVED AS TO FORM:

_____
MICHAEL J. McGUIGAN
Attorney for Defendant
IRVIL KAPUA



_____
LANI D. NAKAZAWA
CHRISTAINE L. NAKEA-TRESLER
Attorneys for Defendants
COUNTY OF KAUAI and
KAUAI POLICE DEPARTMENT

Abbatiello vs. County of Kauai, et al.; Civil No. CV04 00562 SOM BMK; Order Granting Plaintiff's Motion for Leave to File First Amended Complaint Filed on March 3, 2006.

3

APPROVED AS TO FORM:


_____
MICHAEL J. McGUIGAN
Attorney for Defendant
IRVIL KAPUA



*/s/ Christaine Nakea-Tresler*
_____
LANI D. NAKAZAWA
CHRISTAINE L. NAKEA-TRESLER
Attorneys for Defendants
COUNTY OF KAUAI and
KAUAI POLICE DEPARTMENT

---

Abbatiello vs. County of Kauai, et al.; Civil No. CV04 00562 SOM BMK; **Order Granting Plaintiff's Motion for Leave to File First Amended Complaint Filed on March 3, 2006.**