LANI D. H. NAKAZAWA         1818
CHRISTIANE L. NAKEA-TRESLER   7409
Office of the County Attorney
County of Kauaʻi, Moʻikeha Building
4444 Rice Street, Suite 220
Līhuʻe, Hawaiʻi 96766
Telephone: (808) 241-6315
Fax No. (808) 241-6319
E-mail: lnakazawa@kauai.gov
         cntresler@kauai.gov

Attorneys for Defendants COUNTY
OF KAUAʻI and KAUAʻI POLICE DEPARTMENT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| DARLA ABBATIELLO, | CIVIL NO. CV04-00562 SOM BMK |
| Plaintiff, | DEFENDANTS COUNTY OF KAUAʻI AND KAUAʻI POLICE DEPARTMENT'S JOINDER TO DEFENDANT IRVIL KAPUA'S MOTION TO COMPEL PLAINTIFF DARLA ABBATIELLO TO PRODUCE HER SIGNED MEDICAL AUTHORIZATION FORMS (FILED ON 4/24/06); CERTIFICATE OF SERVICE |
| vs. | |
| COUNTY OF KAUAʻI, KAUAʻI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | |
| Defendants. | |
| | Hearing:<br>Date: May 19, 2006<br>Time: 2:30 p.m.<br>Judge: Barry M. Kurren<br><br>Trial Date: October 11, 2006 |

**DEFENDANTS COUNTY OF KAUA‘I AND KAUA‘I POLICE DEPARTMENT'S JOINDER TO DEFENDANT IRVIL KAPUA'S MOTION TO COMPEL PLAINTIFF DARLA ABBATIELLO TO PRODUCE HER SIGNED MEDICAL AUTHORIZATION FORMS (FILED ON 4/24/06)**

COMES NOW, DEFENDANTS COUNTY OF KAUA‘I and KAUA‘I POLICE DEPARTMENT, by and through its attorneys, LANI D. H. NAKAZAWA and CHRISTIANE L. NAKEA-TRESLER, and pursuant to Rule 7.9 of the Local Rules of Practice for the United States District Court for the District of Hawai‘i, join in Defendant Irvil Kapua's Motion to Compel Plaintiff Darla Abbatiello to Produce Her Signed Medical Authorization Forms (filed on 4/24/06).

DATED:  Lihue, Kaua‘i, Hawai‘i, April 27, 2006.

       /s/ Christiane L. Nakea – Tresler
    LANI D. H. NAKAZAWA
    CHRISTIANE L. NAKEA-TRESLER

    Attorneys for Defendants
    COUNTY OF KAUA‘I and
    KAUA‘I POLICE DEPARTMENT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| DARLA ABBATIELLO, ) | CIVIL NO. CV04-00562 SOM BMK |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| COUNTY OF KAUAʻI, KAUAʻI ) | CERTIFICATE OF SERVICE |
| POLICE DEPARTMENT, K.C. LUM, ) | |
| WILFRED M. IHU, GORDON ISODA, ) | |
| DEAN PIGAO, IRVIL KAPUA, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of **DEFENDANTS COUNTY OF KAUAʻI AND KAUAʻI POLICE DEPARTMENT'S JOINDER TO DEFENDANT IRVIL KAPUA'S MOTION TO COMPEL PLAINTIFF DARLA ABBATIELLO TO PRODUCE HER SIGNED MEDICAL AUTHORIZATION FORMS (FILED ON 4/24/06)**, was duly served on the following on this date as indicated below:

DANIEL G. HEMPEY, ESQ                    U.S. MAILED
Law Office of Daniel G. Hempey
3175 Elua Street
Līhuʻe, Hawaiʻi 96766

    AND

| | |
|---|---|
| MARGERY S. BRONSTER, ESQ.<br>JEFF CRABTREE, ESQ.<br>Bronster Crabtree & Hoshibata<br>2300 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawai'i 96813<br><br>Attorneys for Plaintiff<br>DARLA ABBATIELLO | ELECTRONICALLY<br>CM/EFC |
| DAVID J. MINKIN, ESQ.<br>BECKY T. CHESTNUT, ESQ.<br>McCorriston Miller Mukai MacKinnon LLP<br>Five Waterfront Plaza, 4th Floor<br>500 Ala Moana Boulevard<br>Honolulu, Hawai'i 96813<br><br>Attorneys for Defendants<br>K. C. LUM, WILFRED M. IHU,<br>GORDON ISODA and DEAN PIGAO | ELECTRONICALLY<br>CM/EFC |
| MICHAEL J. MCGUIGAN, ESQ.<br>Pacific Guardian Center, Mauka Tower<br>733 Bishop Street, 24th Floor<br>Honolulu, Hawai'i 96813<br><br>Attorney for Defendant<br>IRVIL KAPUA | ELECTRONICALLY<br>CM/EFC |
| JONATHAN L. ORTIZ, ESQ.<br>WADE J. KATANO, ESQ.<br>ALLISON M. FUJITA, ESQ.<br>841 Bishop Street, Suite 2121<br>Honolulu, Hawai'i 96813 | ELECTRONICALLY<br>CM/EFC |

Attorneys for Defendant
GORDON ISODA, Individually


KEVIN P. H. SUMIDA, ESQ.          ELECTRONICALLY
MILTON S. TANI, ESQ.              CM/EFC
Suite 1400, Mauka Tower
737 Bishop Street
Honolulu, Hawai'i 96813

Attorneys for Defendant
DEAN PIGAO, Individually

DATED:  Lihue, Kaua'i, Hawai'i, April 27, 2006.


   /s/ Christiane L. Nakea – Tresler
LANI D. H. NAKAZAWA
CHRISTIANE L. NAKEA-TRESLER

Attorneys for Defendants
COUNTY OF KAUA'I and
KAUA'I POLICE DEPARTMENT

3