LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY          7535
3175 Elua Street
Lihue, Hawaii  96766
Telephone No.:     (808) 823-0000
Facsimile No.:     (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER     4750
JOHN T. HOSHIBATA          3141
JEANNETTE HOLMES CASTAGNETTI   7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone No.:     (808) 524-5644
Facsimile No.:     (808) 599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) (Re:  FIRST AMENDED NOTICE  OF |
| | ) TAKING DEPOSITION UPON ORAL |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) EXAMINATION [Re: Irvil Kapua]) |
| | ) |
| | ) Trial Date:  May 8, 2007 |
| | ) Time:          9:00 a.m. |
| | ) Trial Judge: Susan O. Mollway |
| Defendants. | ) |
| | ) |

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of Plaintiff's FIRST AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION [Re: Irvil Kapua] was served on the following parties on April 28, 2006 in the manner specified below:

| | |
|---|---|
| DANIEL G. HEMPEY, ESQ.<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Lihue, Hawaii 96766<br>    Attorney for Plaintiff<br>    DARLA ABBATIELLO | **U.S. MAIL** |
| MICHAEL J. McGUIGAN, ESQ.<br>Reinwald O'Connor & Playdon LLP<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, Suite 2400<br>Honolulu, Hawaii 96813<br>    Attorney for Defendant<br>    IRVIL KAPUA | **HAND DELIVERY** |
| DAVID J. MINKIN, ESQ.<br>LISA W. CATALDO, ESQ.<br>BECKY T. CHESTNUT, ESQ.<br>McCorriston Miller Mukai MacKinnon LLP<br>Five Waterfront Plaza, 4th Floor<br>500 Ala Moana Boulevard<br>Honolulu, Hawaii 96813<br>    Attorneys for Defendants<br>    K.C. LUM, WILFRED M. IHU,<br>    GORDON ISODA and DEAN PIGAO | **HAND DELIVERY** |

| | |
|---|---|
| KEVIN P.H. SUMIDA, ESQ. | **HAND DELIVERY** |
| MILTON S. TANI, ESQ. | |
| Matsui Chung Sumida & Tsuchiyama | |
| Suite 1400 Mauka Tower | |
| 737 Bishop Street | |
| Honolulu, Hawaii 96813 | |
|     Co-Counsel for Defendant | |
|     DEAN PIGAO | |

| | |
|---|---|
| LANI D.H. NAKAZAWA, ESQ. | **U.S. MAIL** |
| CHRISTIANE L. NAKEA-TRESLER, ESQ. | |
| Office of the County Attorney | |
| 4444 Rice Street, Suite 220 | |
| Lihue, Hawaii 96766 | |
|     Attorneys for Defendants | |
|     COUNTY OF KAUAI and | |
|     KAUAI POLICE DEPARTMENT | |

| | |
|---|---|
| CARY T. TANAKA, ESQ. | **Courtesy copy via delivery** |
| Fort Street Tower, Suite 510 | |
| 745 Fort Street | |
| Honolulu, Hawaii 96813 | |
|     Special Counsel for Defendant | |
|     K.C. LUM | |

DATED: Honolulu, Hawaii, April 28, 2006.

    /s/ John T. Hoshibata
DANIEL G. HEMPEY
MARGERY S. BRONSTER
JOHN T. HOSHIBATA
JEANNETTE HOLMES CASTAGNETTI
Attorneys for Plaintiff
DARLA ABBATIELLO