REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

MICHAEL J. McGUIGAN        2433-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
Telephone: (808) 524-8350
Facsimile: (808) 531-8628
E-mail: mjm@roplaw.com

*Attorney for Defendant*
*IRVIL KAPUA*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| DARLA ABBATIELLO,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>Defendants. | CIVIL NO. CV04-00562 SOM/BMK<br><br>WITHDRAWAL OF DEFENDANT IRVIL KAPUA'S MOTION TO COMPEL PLAINTIFF DARLA ABBATIELLO TO PRODUCE HER SIGNED MEDICAL AUTHORIZATION FORMS FILED HEREIN ON APRIL 28, 2006; CERTIFICATE OF SERVICE<br><br>DATE: MAY 19, 2006<br>TIME: 2:30 P.M.<br>MAGISTRATE JUDGE BARRY M. KURREN<br><br>TRIAL DATE: MAY 8, 2007 |

## WITHDRAWAL OF DEFENDANT IRVIL KAPUA'S MOTION TO COMPEL PLAINTIFF DARLA ABBATIELLO TO PRODUCE HER SIGNED MEDICAL AUTHORIZATION FORMS FILED HEREIN ON APRIL 28, 2006

DEFENDANT IRVIL KAPUA, by and through his attorneys, Reinwald O'Connor & Playdon, hereby withdraws his Motion to Compel Plaintiff DARLA ABBATIELLO to Produce Her Signed Medical Authorization Forms, filed herein on April 24, 2006 and scheduled to be heard on Friday, May 19, 2006 at 2:30 p.m. before Magistrate Judge Barry M. Kurren.

DATED: Honolulu, Hawaii, May 1, 2006.

/s/ M. McGuigan
MICHAEL J. MCGUIGAN
Attorney for Defendant
IRVIL KAPUA