IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, <br><br> Defendants. | CIVIL NO. CV04-00562 SOM/BMK <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion will be served on the following parties by means indicated below on the April 1, 2006.

DANIEL G. HEMPEY, ESQ.                       U.S. MAILED
Law Office of Daniel G. Hempey
3175 Elua Street
Lihue, Kauai, Hawaii  96766

and

MARGERY S. BRONSTER, ESQ.              ELECTRONICALLY
JEFF CRABTREE, ESQ.                              CM/EFC
Bronster Crabtree & Hoshibata
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
*Attorneys for Plaintiff*

| | |
|---|---|
| DAVID J. MINKIN, ESQ.<br>McCorriston Miller Mukai MacKinnon<br>P. O. Box 2800<br>Honolulu, Hawaii 96803<br> Attorney for Defendants<br>K.C. LUM, WILFRED M. IHU, GORDON ISODA<br>AND DEAN PIGAO | ELECTRONICALLY VIA<br>CM/EFC |
| JONATHAN L. ORTIZ, ESQ.<br>WADE J. KATANO, ESQ.<br>ALLISON M. FUJITA, ESQ.<br>2121 Davies Pacific Center<br>841 Bishop Street<br>Honolulu, Hawaii 96813<br> Co-Counsel for Defendant<br>GORDON ISODA | ELECTRONICALLY VIA<br>CM/EFC |
| KEVIN P.H. SUMIDA, ESQ.<br>MILTON S. TANI, ESQ.<br>MATSUI CHUNG SUMIDA<br>   & TSUCHIYAMA<br>Suite 1400 Mauka Tower<br>737 Bishop Street<br>Honolulu, Hawaii 96813<br> Co-Counsel for Defendant<br>DEAN PIGAO | ELECTRONICALLY VIA<br>CM/EFC |

LANI D.H. NAKAZAWA, ESQ.
CHRISTIANE L. NAKEA-TRESLER, ESQ.
Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Kauai, Hawaii 96766           ELECTRONICALLY VIA
 Attorney for Defendants             CM/EFC
 COUNTY OF KAUAI AND
 KAUAI POLICE DEPARTMENT

DATED: Honolulu, Hawaii, May 1, 2006.

_____
MICHAEL J. McGUIGAN
*Attorney for Defendant*
*IRVIL KAPUA*

172718/MJM                    3