McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN        #3639-0
BECKY T. CHESTNUT      #7756-0
KARA M. L.YOUNG        #8411-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293
Email:      minkin@m4law.com

Attorneys for Defendants
K.C. LUM, WILFRED M. IHU,
GORDON ISODA and DEAN PIGAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>   Plaintiff,<br><br> vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>   Defendants. | CIVIL NO. CV04 00562 SOM BMK<br><br>DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S WITHDRAWAL OF JOINDER TO DEFENDANT IRVIL KAPUA'S MOTION (FILED ON 4/24/06) TO COMPEL PLAINTIFF DARLA ABBATIELLO TO PRODUCE HER SIGNED MEDICAL AUTHORIZATION FORMS, FILED ON APRIL 27, 2006; CERTIFICATE OF SERVICE<br><br>Hearing<br>Date:   May 19, 2006<br>Time:   2:30 p.m.<br>Judge: Barry M. Kurren<br><br>**Trial Date: May 8, 2007** |

137108.1

### DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S WITHDRAWAL OF JOINDER TO DEFENDANT IRVIL KAPUA'S MOTION (FILED ON 4/24/06) TO COMPEL PLAINTIFF DARLA ABBATIELLO TO PRODUCE HER SIGNED MEDICAL AUTHORIZATION FORMS, FILED ON APRIL 27, 2006

Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean Pigao, by and through their undersigned counsel, hereby withdraw their Joinder to Defendant Irvil Kapua's Motion (filed on 4/24/06) to Compel Plaintiff Darla Abbatiello to Produce her Signed Medical Authorization Forms, filed on April 27, 2006, and currently set for hearing on May 19, 2006, at 2:30 p.m. before the Honorable Barry M. Kurren.

DATED: Honolulu, Hawaii, _____ May 1, 2006 _____.


/s/ David J. Minkin
DAVID J. MINKIN
BECKY T. CHESTNUT
KARA M. L.YOUNG

Attorneys for Defendants
K.C. LUM, WILFRED M. IHU,
GORDON ISODA and DEAN PIGAO

137108.1