LANI D. H. NAKAZAWA          1818
CHRISTIANE L. NAKEA-TRESLER  7409
Office of the County Attorney
County of Kauaʻi, Moʻikeha Building
4444 Rice Street, Suite 220
Līhuʻe, Hawaiʻi 96766
Telephone: (808) 241-6315
Fax No. (808) 241-6319
E-mail: lnakazawa@kauai.gov
        cntresler@kauai.gov

Attorneys for Defendants COUNTY
OF KAUAʻI and KAUAʻI POLICE DEPARTMENT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| DARLA ABBATIELLO, | CIVIL NO. CV04-00562 SOM BMK |
| Plaintiff, | DEFENDANTS COUNTY OF KAUAʻI AND KAUAʻI POLICE DEPARTMENT'S WITHDRAWAL OF JOINDER TO DEFENDANT IRVIL KAPUA'S MOTION (FILED ON 4/24/06) TO COMPEL PLAINTIFF DARLA ABBATIELLO TO PRODUCE HER SIGNED MEDICAL AUTHORIZATION FORMS, FILED ON APRIL 27, 2006; CERTIFICATE OF SERVICE |
| vs. | |
| COUNTY OF KAUAʻI, KAUAʻI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | |
| Defendants. | |
| | Hearing: |
| | Date: May 19, 2006 |
| | Time: 2:30 p.m. |
| | Judge: Barry M. Kurren |
| | Trial Date: May 8, 2007 |

**DEFENDANTS COUNTY OF KAUA'I AND KAUA'I POLICE DEPARTMENT'S WITHDRAWAL OF JOINDER TO DEFENDANT IRVIL KAPUA'S MOTION (FILED ON 4/24/06) TO COMPEL PLAINTIFF DARLA ABBATIELLO TO PRODUCE HER SIGNED MEDICAL AUTHORIZATION FORMS, FILED ON APRIL 27, 2006**

COMES NOW, DEFENDANTS COUNTY OF KAUA'I and KAUA'I POLICE DEPARTMENT, by and through its attorneys, LANI D. H. NAKAZAWA and CHRISTIANE L. NAKEA-TRESLER, hereby withdraw their Joinder to Defendant Irvil Kapua's Motion (filed on 4/24/06) to Compel Plaintiff Darla Abbatiello to Produce her Signed Medical Authorization Forms, filed on April 27, 2006, and currently set for hearing on May 19, 2006, at 2:30 p.m., before the Honorable Barry M. Kurren.

DATED:  Lihue, Kaua'i, Hawai'i, May 3, 2006.

    /s/ Christiane L. Nakea – Tresler
LANI D. H. NAKAZAWA
CHRISTIANE L. NAKEA-TRESLER

Attorneys for Defendants
COUNTY OF KAUA'I and
KAUA'I POLICE DEPARTMENT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04-00562 SOM BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| COUNTY OF KAUA'I, KAUA'I POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) ) ) ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of **DEFENDANTS COUNTY OF KAUA'I AND KAUA'I POLICE DEPARTMENT'S WITHDRAWAL OF JOINDER TO DEFENDANT IRVIL KAPUA'S MOTION (FILED ON 4/24/06) TO COMPEL PLAINTIFF DARLA ABBATIELLO TO PRODUCE HER SIGNED MEDICAL AUTHORIZATION FORMS, FILED ON APRIL 27, 2006**, was duly served on the following on this date as indicated below:

       DANIEL G. HEMPEY, ESQ       U.S. MAILED
       Law Office of Daniel G. Hempey
       3175 Elua Street
       Līhu'e, Hawai'i 96766

      AND

| | |
|---|---|
| MARGERY S. BRONSTER, ESQ. | ELECTRONICALLY |
| JEFF CRABTREE, ESQ. | CM/EFC |
| Bronster Crabtree & Hoshibata | |
| 2300 Pauahi Tower | |
| 1001 Bishop Street | |
| Honolulu, Hawaiʻi 96813 | |

Attorneys for Plaintiff
DARLA ABBATIELLO

| | |
|---|---|
| DAVID J. MINKIN, ESQ. | ELECTRONICALLY |
| BECKY T. CHESTNUT, ESQ. | CM/EFC |
| McCorriston Miller Mukai MacKinnon LLP | |
| Five Waterfront Plaza, 4th Floor | |
| 500 Ala Moana Boulevard | |
| Honolulu, Hawaiʻi 96813 | |

Attorneys for Defendants
K. C. LUM, WILFRED M. IHU,
GORDON ISODA and DEAN PIGAO

| | |
|---|---|
| MICHAEL J. MCGUIGAN, ESQ. | ELECTRONICALLY |
| Pacific Guardian Center, Mauka Tower | CM/EFC |
| 733 Bishop Street, 24th Floor | |
| Honolulu, Hawaiʻi 96813 | |

Attorney for Defendant
IRVIL KAPUA

2

| | |
|---|---|
| JONATHAN L. ORTIZ, ESQ.<br>WADE J. KATANO, ESQ.<br>ALLISON M. FUJITA, ESQ.<br>841 Bishop Street, Suite 2121<br>Honolulu, Hawaiʻi 96813<br><br>Attorneys for Defendant<br>GORDON ISODA, Individually | ELECTRONICALLY<br>CM/EFC |
| KEVIN P. H. SUMIDA, ESQ.<br>MILTON S. TANI, ESQ.<br>Suite 1400, Mauka Tower<br>737 Bishop Street<br>Honolulu, Hawaiʻi 96813<br><br>Attorneys for Defendant<br>DEAN PIGAO, Individually | ELECTRONICALLY<br>CM/EFC |

DATED:  Lihue, Kauaʻi, Hawaiʻi, May 3, 2006.

                                                      /s/ Christiane L. Nakea – Tresler
                                                     LANI D. H. NAKAZAWA
                                                     CHRISTIANE L. NAKEA-TRESLER

                                                     Attorneys for Defendants
                                                     COUNTY OF KAUAʻI and
                                                     KAUAʻI POLICE DEPARTMENT