AO 440 (Rev. 8/01) Summons in a Civil Action

CV 04-00562 SOM/BMK

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

MAY 02 2006

SUE BEITIA, CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me | DATE 4/27/06 |
| NAME OF SERVER (PRINT) Johnathan L. Vance | TITLE Civil Deputy |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Irvil Kapua thru his attorney Michael J. McGuigan, Esq. who accepted on his behalf as his authorized agent. 4/27/06 12:04 pm. 733 Bishop St. #2400 Hon, Hi. 96813

### STATEMENT OF SERVICE FEES

| TRAVEL 2.00 | SERVICES 25.00 | TOTAL 27.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/27/06
        Date          Signature of Server

1050 Bishop St. Hon, Hi. 96813
        Address of Server

2-+ MMcGuigan
atty for Kapua

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 24 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

DARLA ABBATIELLO,

           Plaintiff,

V.

COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, AND IRVIL KAPUA,

           Defendants.

**SUMMONS IN A CIVIL ACTION**

(Re:  FIRST AMENDED COMPLAINT
filed on April 21, 2006)

CASE NUMBER:  Civil No. CV04 00562
SOM BMK

TO: (Name and address of Defendant)

**ALL NAMED DEFENDANTS**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BRONSTER CRABTREE & HOSHIBATA
2300 Pauahi Tower
1001 Bishop Street
Honolulu, HI  96813
Phone: (808) 524-5644
    AND
LAW OFFICE OF DANIEL G. HEMPEY
3175 Elua Street
Lihue, HI  96766
Phone: (808) 823-0000

an answer to the complaint which is served on you with this summons, within __TEN (10)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SUE BEITIA                              APR 24 2006

CLERK                                            DATE

/s/ Alison Greaney

(By) DEPUTY CLERK