REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

MICHAEL J. McGUIGAN    2433-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii  96813
Telephone:  (808) 524-8350
Facsimile:   (808) 531-8628
E-mail:  mjm@roplaw.com

*Attorney for Defendant*
*IRVIL KAPUA*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>             Plaintiff,<br><br>     vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>             Defendants. | CIVIL NO. CV04-00562 SOM/BMK<br><br>STIPULATION TO FILE DEFENDANT IRVIL KAPUA'S MOTION TO COMPEL PLAINTIFF DARLA ABBATIELLO TO PRODUCE HER SIGNED MEDICAL AUTHORIZATION FORMS FILED HEREIN ON APRIL 24, 2006 UNDER SEAL AND ORDER<br><br>DATE:   MAY 19, 2006<br>TIME:   2:30 P.M.<br>MAGISTRATE JUDGE BARRY M. KURREN<br><br>TRIAL DATE:  MAY 8, 2007 |

1

STIPULATION TO FILE DEFENDANT IRVIL KAPUA'S
MOTION TO COMPEL PLAINTIFF DARLA ABBATIELLO
TO PRODUCE HER SIGNED MEDICAL AUTHORIZATION
FORMS FILED HEREIN ON APRIL 24, 2006 UNDER SEAL

IT IS HEREBY STIPULATED by and between the parties listed below that Defendant Irvil Kapua's Motion to Compel Plaintiff Darla Abbatiello to Produce Her Signed Medical Authorization Forms filed herein on April 24, 2006 shall be filed under seal pursuant to the Stipulation and Order Governing Confidentiality of Documents filed on June 2, 2005.

DATED: Honolulu, Hawaii, May 1, 2006.

        /S/
MARGERY S. BRONSTER, ESQ.
JEANNETTE H. CASTAGNETTI, ESQ.
*Attorneys for Plaintiff*

        /S/
MICHAEL J. MCGUIGAN, ESQ.
*Attorney for Defendant*
IRVIL KAPUA

        /S/
DAVID J. MINKIN, ESQ.
BECKY T. CHESTNUT, ESQ.
*Attorneys for Defendants*
K.C. LUM, WILFRED M. IHU,
GORDON ISODA AND DEAN PIGAO

                                                            /S/_____  
                                         LANI D.H. NAKAZAWA, ESQ.  
                                         CHRISTIANE L. NAKEA-TRESLER, ESQ.  
                                         *Attorneys for Defendants*  
                                         COUNTY OF KAUAI AND  
                                         KAUAI POLICE DEPARTMENT

APPROVED AND SO ORDERED:



                                        /S/ BARRY M. KURREN  
                                        UNITED STATES MAGISTRATE JUDGE  
                                        DATED: MAY 5, 2006

---

Darla Abbatiello vs. County Of Kauai, Kauai Police Department, K.C. Lum, Wilfred M. Ihu, Gordon Isoda, Dean Pigao, Irvil Kapua; Civil No. 04-00562 SOM BMK; **Stipulation to File Defendant Irvil Kapua's Motion to Compel Plaintiff Darla Abbatiello to Produce Her Signed Medical Authorization Forms Filed Herein on April 24, 2005, Under Seal**