McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN          #3639-0
BECKY T. CHESTNUT     #7756-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293
Email: minkin@m4law.com

Attorneys for Defendant
K.C. LUM, WILFRED M. IHU,
GORDON ISODA and DEAN PIGAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| DARLA ABBATIELLO, | ) | CIVIL NO. CV04-00562 SOM BMK |
|---|---|---|
| Plaintiff, | ) ) ) | WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT K.C. LUM AND ORDER |
| vs. | ) ) ) | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) ) ) ) | TRIAL: MAY 8, 2007 |
| _____ | ) | |

WITHDRAWAL AND SUBSTITUTION OF

136828.1

## COUNSEL FOR DEFENDANT K.C. LUM

Pursuant to LR 83.6(b), the law firm of McCORRISTON MILLER MUKAI MacKINNON LLP hereby withdraws as counsel for Defendant K.C. Lum, and CARY T. TANAKA hereby substitutes and enters his appearance as counsel for Defendant K.C. Lum.

McCORRISTON MILLER MUKAI MACKINNON LLP

Date: 5/1/06            /s/ David J. Minkin
                         DAVID J. MINKIN
                         KENNETH J. MANSFIELD
                         Withdrawing Counsel for Defendant K.C. LUM

Date: 5/1/06            /s/ Cary T. Tanaka
                         CARY T. TANAKA
                         Appearing Counsel for Defendant K.C. LUM

_____

*Abbatiello vs. County of Kauai, et al.*, Civil No. 04-00562 SOM/BMK; WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT K.C. LUM AND ORDER

APPROVED:

/s/ K.C. Lum
Defendant K.C. LUM

APPROVED AND SO ORDERED:



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: May 4, 2006

---

Abbatiello vs. County of Kauai, et al., Civil No. 04-00562 SOM/BMK; WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT K.C. LUM AND ORDER