AO 440 (Rev. 8/01) Summons in a Civil Action

CV-04-562

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 04/28/2006 |
| NAME OF SERVER (PRINT) Erik W. Skinner | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Christiane Nahee-Tresler on Behalf of Defendants 4444 Rice St. Suite 220 Lihue, Hi. 96766

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 04/28/2006 _____
             Date          Signature of Server

Address of Server
3-2600 Kaumualii Hwy,
Suite B-18 PMB 533
Lihue, Hawaii 96766

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 4 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 2 4 2006
at \_\_\_ o'clock and \_\_\_ min. \_\_ M
SUE BEITIA, CLERK

DARLA ABBATIELLO,

          Plaintiff,

V.

COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, AND IRVIL KAPUA,

          Defendants.

**SUMMONS IN A CIVIL ACTION**

(Re:  FIRST AMENDED COMPLAINT filed on April 21, 2006)

CASE NUMBER:  Civil No. CV04 00562 SOM BMK

TO: (Name and address of Defendant)

**ALL NAMED DEFENDANTS**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BRONSTER CRABTREE & HOSHIBATA
2300 Pauahi Tower
1001 Bishop Street
Honolulu, HI   96813
Phone: (808) 524-5644
     AND
LAW OFFICE OF DANIEL G. HEMPEY
3175 Elua Street
Lihue, HI   96766
Phone: (808) 823-0000

an answer to the complaint which is served on you with this summons, within __TEN (10)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SUE BEITIA                                                    APR 2 4 2006

CLERK                                                          DATE

/s/ Alison Greaney

(By) DEPUTY CLERK