IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | CIVIL NO. CV04-00562 SOM/BMK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | |
| Defendants. | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on the following parties at their last known addresses by means indicated below.

| | |
|---|---|
| DANIEL G. HEMPEY, ESQ.<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Lihue, Kauai, Hawaii 96766 | U.S. MAIL |
| and | |
| MARGERY S. BRONSTER, ESQ.<br>JEFF CRABTREE, ESQ.<br>Bronster Crabtree & Hoshibata<br>2300 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawaii 96813<br>*Attorneys for Plaintiff* | ELECTRONICALLY<br>VIA CM/ECF |

122269/03-18/MJM

DAVID J. MINKIN, ESQ. ELECTRONICALLY
McCorriston Miller Mukai MacKinnon VIA CM/ECF
P. O. Box 2800
Honolulu, Hawaii 96803
 Attorney for Defendants
 WILFRED M. IHU, GORDON ISODA
 AND DEAN PIGAO

CARY T. TANAKA, ESQ. U.S. MAIL
745 Fort Street, Suite 510
Honolulu, Hawaii 96813
 Attorney for Defendant
 K.C. LUM

CHRISTIANE L. NAKEA-TRESLER, ESQ.
Office of the County Attorney
4444 Rice Street, Suite 220 ELECTRONICALLY
Lihue, Kauai, Hawaii 96766 VIA CM/ECF
 Attorney for Defendants
 COUNTY OF KAUAI AND
 KAUAI POLICE DEPARTMENT

DATED: Honolulu, Hawaii, May 10, 2006.

 _____
 MICHAEL J. McGUIGAN
 *Attorney for Defendant*
 *IRVIL KAPUA*

2