IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DARLA ABBATIELLO, ) | CIVIL NO. CV04-00562 SOM BMK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| COUNTY OF KAUAI, KAUAI ) | |
| POLICE DEPARTMENT, K.C. ) | |
| LUM, WILFRED M. IHU, ) | |
| GORDON ISODA, DEAN PIGAO, ) | |
| IRVIL KAPUA, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within document was duly served on the following on this date as indicated below:

|  | **Electronically Through CM/ECF** | **U.S. Mail** |
|---|---|---|
| DANIEL G. HEMPEY, ESQ.<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Lihue, Hawai`i 96766 | | X |

AND

137646.1

| | |
|---|---|
| MARGERY S. BRONSTER, ESQ.<br>JEFF CRABTREE, ESQ.<br>JEANNETTE HOLMES<br>　CASTAGNETTI, ESQ.<br>Bronster Crabtree & Hoshibata<br>2300 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawai`i  96813<br><br>Attorneys for Plaintiff<br>DARLA ABBATIELLO | X |
| LANI D.H. NAKAZAWA, ESQ.<br>CHRISTIANE L. NAKEA-TRESLER,<br>　ESQ.<br>Office of the County Attorney<br>4444 Rice Street, Suite 220<br>Lihue, Hawai`i  96766<br><br>Attorneys for Defendants<br>COUNTY OF KAUAI and<br>KAUAI POLICE DEPARTMENT | X |
| MICHAEL J. McGUIGAN, ESQ.<br>Pacific Guardian Ctr., Mauka Tower<br>733 Bishop Street, 24th Floor<br>Honolulu, Hawai`i  96813<br><br>Attorney for Defendant IRVIL KAPUA | X |
| CARY T. TANAKA, ESQ.<br>700 Bishop Street, Suite 2001<br>Honolulu, Hawai`i  96813<br><br>Attorney for Defendant K.C. LUM | X |

DATED:  Honolulu, Hawai`i, May 11, 2006.

                                          /s/ David J. Minkin
                                          DAVID J. MINKIN
                                          BECKY T. CHESTNUT
                                          Attorneys for Defendants
                                          WILFRED M. IHU, GORDON ISODA,
                                          and DEAN PIGAO