```
CARY T. TANAKA        4858-0
Attorney at Law
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone:  536-8885
carytanaka@aol.com

Attorney for Defendant
K.C. LUM
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF KAUAI, KAUAI<br>POLICE DEPARTMENT, K.C. LUM,<br>WILFRED M. IHU, GORDON ISODA,<br>DEAN PIGAO, and IRVIL KAPUA,<br><br>　　　　Defendants. | CIVIL NO. CV04 00562 SOM BMK<br><br>DEMAND FOR TRIAL BY JURY |

<u>DEMAND FOR TRIAL BY JURY</u>

Defendant K. C. LUM hereby demands a trial by jury.

DATED:  Honolulu, Hawaii, May 11, 2006.

```
                                /s/ Cary T. Tanaka
                                CARY T. TANAKA
                                Attorney for Defendant
                                K. C. LUM
```