```
CARY T. TANAKA         4858-0
Attorney at Law
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone:  536-8885
```
carytanaka@aol.com

Attorney for Defendant
K.C. LUM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04 00562 SOM BMK |
| | ) | |
| Plaintiff, | ) | THIRD-PARTY COMPLAINT; THIRD |
| | ) | PARTY SUMMONS IN A CIVIL |
| vs. | ) | ACTION; CERTIFICATE OF SERVICE |
| | ) | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| K.C. LUM, | ) | |
| | ) | |
| Defendant and Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GEORGE FREITAS, | ) | |
| | ) | |
| Third-Party Defendant. | ) | TRIAL DATE:  MAY 8, 2007 |
| | ) | |

## THIRD-PARTY COMPLAINT

Comes now Defendant K.C. LUM ("Third-Party Plaintiff"), by his attorney, and, for Third-Party Complaint against GEORGE FREITAS, in his capacity as former Chief of Police of the Kauai Police Department ("KPD") for the County of Kauai, State of Hawaii, as well as individually, alleges and avers as follows:

1. Third Party Plaintiff is a resident of the County of Kauai, State of Hawaii.

2. Plaintiff Darla Abbatiello is a resident of the County of Kauai, State of Hawaii.

3. Defendant Wilfred M. Ihu is a resident of the County of Kauai, State of Hawaii.

4. Defendant Gordon Isoda is a resident of the County of Kauai, State of Hawaii.

5. Defendant Dean Pigao is a resident of the County of Kauai, State of Hawaii.

6. Defendant Irvil Kapua is a resident of the County of Kauai, State of Hawaii.

7. Third-Party Defendant George Freitas is a resident of the County of Kauai, State of Hawaii.

8. This Court has jurisdiction over the claims herein pursuant to 28 U.S.C. §§ 1331 and 1343; 42 U.S.C. §§ 1983, 1985 and 1988, and 28 U.S.C. § 1367.

9.  Venue is proper pursuant to 28 U.S.C. § 1391(b)(2), as this is a judicial district in which the events giving rise to the claims occurred.

10. The underlying First Amended Complaint in this matter, filed by Plaintiff Darla Abbatiello ("Abbatiello") alleges that Defendant County of Kauai, Defendant KPD, the individual defendants and Third-Party Plaintiff negligently retained and/or supervised Defendant Irvil Kapua ("Kapua"), who was an officer of the KPD, and that actions or inactions of the collective defendants caused injury to Abbatiello for which they are liable.

11. The underlying complaint alleges that Kapua had a history of internal complaints, misconduct and violence in the KPD.

12. Third-Party Defendant Freitas is a former Chief of Police of the KPD, and served in that position until about October 31, 2003.

13. While serving in his capacity as Chief of Police, Third-Party Defendant Freitas was responsible for the enforcement and prevention of violations of the law in the County of Kauai, was responsible for training and supervising the police officers within the KPD, and was responsible for investigating and taking action when warranted on allegations of police misconduct.

14.  While serving in his capacity as Chief of Police, Third-Party Defendant Freitas was ultimately responsible for supervising Kapua.

15.  During the month of October, 1999, while Third-Party Defendant Freitas was serving in his capacity as Chief of Police, a misconduct complaint was lodged with the Office of the Chief of Police against Kapua for revealing official and confidential information with regard to KPD vice operations to a relative of a suspect upon whom a warrant was to be served ("Misconduct Complaint").

16.  An officer of KPD's Investigative Services Bureau investigated and confirmed the allegations in the Misconduct Complaint.

17.  Third-Party Defendant Freitas knew or should have known of the confirmed Misconduct Complaint and had the opportunity and responsibility to take action against Kapua in response to it, but took no action.

18.  As a result of Third-Party Defendant Freitas' failure to take action on the confirmed Misconduct Complaint, Kapua was not terminated from duty, criminally prosecuted, reassigned or disciplined in any manner.

19.  If Abbatiello has suffered injury as alleged in the underlying case, that injury is not the fault of Third-Party Plaintiff, but is in whole or in part the fault of Third-Party

Defendant Freitas for his failure to take action against Kapua, either based upon the Misconduct Complaint or the numerous other complaints of misconduct, as alleged by Abbatiello.

20.  Third-Party Plaintiff alleges that, if he is found liable to Abbatiello for the claims asserted in the underlying Complaint, he is entitled to indemnification, contribution, and/or reimbursement from Third-Party Defendant Freitas.

WHEREFORE, Third-Party Plaintiff prays that:

A.  The Complaint herein be dismissed and he be given his costs and attorneys' fees;

B.  If judgment be rendered against any party to this action, such judgment be rendered against Third-Party Defendant, and not against Third-Party Plaintiff;

C.  If it be determined that judgment be rendered in favor of Plaintiff and against this Third-Party Plaintiff, Third-Party Plaintiff be given judgment in a like amount over and against Third-Party Defendant;

D.  If it be determined that Third-Party Plaintiff and any other party or parties are joint tortfeasors with respect to the events described in the Complaint, the relative and comparative degree of fault of each such tortfeasor be determined and Third-Party Plaintiff be given judgment over and against such other tortfeasor(s) for all amounts in excess of Third-Party Plaintiff's prorata share of any judgment in favor of Plaintiff;

  E. Third-Party Plaintiff be given such other and further relief as this Court deems just.

  DATED: Honolulu, Hawaii, May 11, 2006.

            /s/ Cary T. Tanaka
            CARY T. TANAKA
            Attorney for Defendant
            K. C. LUM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04 00562 SOM BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| K.C. LUM, | ) | |
| | ) | |
| Defendant and Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GEORGE FREITAS, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

    MARGERY S. BRONSTER, ESQ.   mbronster@bchlaw.net
    JOHN HOSHIBATA, ESQ.       jhoshibata@bchlaw.net
    Suite 2300 Pauahi Tower
    1001 Bishop Street
    Honolulu, Hawaii  96813

    Attorneys for Plaintiff

    DAVID J. MINKIN, ESQ.      minkin@m4law.com
    BECKY T. CHESTNUT, ESQ.    chestnut@m4law.com
    Five Waterfront Plaza, 4th Floor
    500 Ala Moana Boulevard
    Honolulu, Hawaii  96813

    Attorneys for Defendants
    WILFRED M. IHU, GORDON ISODA
    and DEAN PIGAO

    MICHAEL J. McGUIGAN, ESQ.   mjm@roplaw.com
    Pacific Guardian Center, Makai Tower
    733 Bishop Street, 24th Floor
    Honolulu, Hawaii  96813

    Attorney for Defendant
    IRVIL KAPUA

    LANI D. H. NAKAZAWA        lnakazawa@kauai.gov
    CHRISTIANE L. NAKEA-TRESLER  cntresler@kauai.gov
    4444 Rice Street, Suite 220
    Lihue, Hawaii  96766

**Served by First Class Mail:**

    DANIEL G. HEMPEY, ESQ.
    3175 Elua Street
    Lihue, Kauai  96766

    Attorney for Plaintiff

    DATED:    Honolulu, Hawaii, May 11, 2006.

                                                              _____/s/ Cary T. Tanaka
CARY T. TANAKA
Attorney for Defendant
K.C. LUM

    DATED:    Honolulu, Hawaii, May 11, 2006.