BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER      4750
JOHN HOSHIBATA           3141
JEANNETTE HOLMES CASTAGNETTI   7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone No.:    (808) 524-5644
Facsimile No.:    (808) 599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY         7535
3175 Elua Street
Lihue, Hawaii  96766
Telephone No.:    (808) 823-0000
Facsimile No.:    (808) 632-2332
hemplaw@hawaii.rr.com

Attorneys for Plaintiff DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>  Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>  Defendants. | CIVIL NO. CV04 00562 SOM BMK<br><br>PLAINTIFF'S MOTION TO STRIKE DEFENDANT K.C. LUM'S THIRD PARTY COMPLAINT FILED ON MAY 11, 2006; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>Hearing Date:<br>Time:<br>Judge:  Magistrate Barry M. Kurren<br>(Trial Date:  May 7, 2007) |

## PLAINTIFF'S MOTION TO STRIKE DEFENDANT K.C. LUM'S THIRD PARTY COMPLAINT FILED ON MAY 11, 2006

Plaintiff Darla Abbatiello respectfully moves this Court for an order Striking Defendant K.C. Lum's Third Party Complaint filed on May 11, 2006. Lum's attempt to drag in retired Chief George Freitas must fail because it does nothing more than purport to make allegations against him in his official capacity. Since the County of Kauai and the Kauai Police Department are already defendants in this action, there is no basis for dragging Chief Freitas into this.

This motion is made pursuant to Rules 7 and 12(f) of the Federal Rules of Civil Procedure, the Memorandum in Support of Motion and the record of this case.

DATED:  Honolulu, Hawaii, May 31, 2006.

      /s/ JOHN T. HOSHIBATA
MARGERY S. BRONSTER
JOHN T. HOSHIBATA
JEANNETTE HOLMES CASTAGNETTI
DANIEL G. HEMPEY
Attorneys for Plaintiff
DARLA ABBATIELLO