IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) (Trial Date:  May 7, 2007) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses on May 31, 2006:

Served Electronically through CM/ECF:

DAVID J. MINKIN, ESQ.  minkin@m4law.com
BECKY T. CHESTNUT, ESQ.  chestnut@m4law.com
    Attorneys for Defendants K.C. LUM,  saguibo@m4law.com
    WILFRED M. IHU, GORDON ISODA
    and DEAN PIGAO

MICHAEL J. McGUIGAN, ESQ.  mjm@roplaw.com
    Attorney for Defendant IRVIL KAPUA

| | |
|---|---|
| MILTON S. TANI, ESQ. | info@triallawhawaii.com |
| KEVIN P.H. SUMIDA, ESQ. | ksumida@sthawaii.com |
|     Co-Counsel for Defendant DEAN PIGAO | |
| | |
| CHRISTIANE L. NAKEA-TRESLER, ESQ. | cntresler@kauai.gov |
|     Attorney for Defendants | |
|     COUNTY OF KAUAI and | |
|     KAUAI POLICE DEPARTMENT | |
| | |
| CARY T. TANAKA, ESQ. | carytanaka@aol.ccom |
|     Attorney for Defendant | |
|     K.C. LUM | |

Served by First Class Mail:

    DANIEL G. HEMPEY, ESQ.
    Law Office of Daniel G. Hempey
    3175 Elua Street
    Lihue, Hawaii 96766
        Attorney for Plaintiff
        DARLA ABBATIELLO

    LISA W. CATALDO, ESQ.
    McCorriston Miller Mukai MacKinnon LLP
    Five Waterfront Plaza, 4th Floor
    500 Ala Moana Boulevard
    Honolulu, Hawaii 96813
        Attorney for Defendants
        K.C. LUM, WILFRED M. IHU,
        GORDON ISODA and DEAN PIGAO

LANI D.H. NAKAZAWA, ESQ.
Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Hawaii  96766
    Attorney for Defendants
    COUNTY OF KAUAI and
    KAUAI POLICE DEPARTMENT

DATED:  Honolulu, Hawaii, May 31, 2006.

          /s/ JOHN HOSHIBATA
MARGERY S. BRONSTER
JOHN HOSHIBATA
JEANNETTE HOLMES CASTAGNETTI
DANIEL G. HEMPEY
Attorneys for Plaintiff
DARLA ABBATIELLO