CV04-562 SOM-BMK

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

# RETURN OF SERVICE

| Service of the summons and the complaint was made by me[1] | DATE 6/05/06 |
|---|---|
| NAME OF SERVER Gary M. Saiki | TITLE Deputy Sheriff |

[X] Served personally upon the third-party defendant. Place where served: 4180 Lahi Place, Lihue, HI

[ ] Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Return unexecuted:

[ ] Other (specify):

*[Filed stamp: UNITED STATES DISTRICT COURT, DISTRICT OF HAWAII, JUN 09 2006, at __ o'clock and __ min. __ M, SUE BEITIA, CLERK]*

## STATEMENT OF SERVICE FEES

| TRAVEL $12.00 | SERVICES $25.00 | TOTAL $37.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    6/05/06
               Date

Signature of Server

P. O. Box 3601, Lihue, HI
Address of Server

*[Signature]*

Acknowledgement of third party defendant; George Freitas

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 441 (Rev. 5/85) Third Pary Summons in a Civil Action

# United States District Court

### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 2 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

PLAINTIFF
DARLA ABBATIELLO

V. DEFENDANT AND THIRD PARTY PLAINTIFF
K.C. LUM

THIRD PARTY SUMMONS
IN A CIVIL ACTON

CASE NUMBER   CV04 00562 SOM BMK

V. THIRD PARTY DEFENDANT
GEORGE FREITAS

To: (Name and address of Third Party Defendant)

GEORGE FREITAS, Lihue, Kauai

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY
(NAME AND ADDRESS)

CARY T. TANAKA
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813

an answer to the third-party complaint which is herewith served upon you within __20__ days after the service of the summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering to the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the third party plaintiff.

MAY 1 2 2006

SUE BEITIA
_____
CLERK

_____
DATE

s/ Drew Tomimoto
_____
(BY) DEPUTY CLERK

