LANI D. H. NAKAZAWA                  #1818-0
CHRISTIANE L. NAKEA-TRESLER          #7409-0
Office of the County Attorney
County of Kauaʻi, Moʻikeha Building
4444 Rice Street, Suite 220
Līhuʻe, Hawaiʻi 96766
Telephone: (808) 241-6315
Fax No. (808) 241-6319
E-mail: lnakazawa@kauai.gov
        cntresler@kauai.gov

Attorneys for Defendants
COUNTY OF KAUAʻI and
KAUAʻI POLICE DEPARTMENT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04-00562 SOM BMK |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) (Defendants County of Kauaʻi and |
| | ) Kauaʻi Police Department's |
| COUNTY OF KAUAʻI, KAUAʻI | ) First Request for Admissions and |
| POLICE DEPARTMENT, K.C. LUM, | ) Answers to Interrogatories to |
| WILFRED M. IHU, GORDON ISODA, | ) Plaintiff) |
| DEAN PIGAO, IRVIL KAPUA, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) Trial Date: May 8, 2007 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copies of Defendants County of Kauaʻi and Kauaʻi Police Department's First Request for Admissions and Answers to Interrogatories to Plaintiff were duly served on the following on this date as indicated below:

| | |
|---|---|
| MARGERY S. BRONSTER, ESQ.<br>JOHN HOSHIBATA, ESQ.<br>JEANNETTE HOLMES CASTAGNETTI, ESQ.<br>Bronster Crabtree & Hoshibata<br>2300 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, HI 96813 | 2 copies |

AND

| | |
|---|---|
| DANIEL G. HEMPEY, ESQ<br>3175 Elua Street<br>Līhuʻe, HI 96766 | 2 copies |

Attorneys for Plaintiff
DARLA ABBATIELLO

| | |
|---|---|
| DAVID J. MINKIN, ESQ.<br>BECKY T. CHESTNUT, ESQ.<br>McCorriston Miller Mukai MacKinnon LLP<br>Five Waterfront Plaza, 4th Floor<br>500 Ala Moana Boulevard<br>Honolulu, HI 96813 | 1 copy |

Attorneys for Defendants
WILFRED M. IHU, GORDON ISODA
and DEAN PIGAO

MICHAEL J. MCGUIGAN, ESQ.    1 copy
Pacific Guardian Center, Mauka Tower
733 Bishop Street, 24th Floor
Honolulu, HI 96813

Attorney for Defendant
IRVIL KAPUA

CARY T. TANAKA, ESQ.    1 copy
Topa Financial Ctr.; Bishop Street Tower
700 Bishop Street, Suite 2001
Honolulu, HI 96813

Attorney for K. C. LUM

JOHN T. KOMEIJI, ESQ.    1 copy
Watanabe Ing & Komeiji
First Hawaiian Center
999 Bishop Street, Fl 23
Honolulu, HI 96813

Attorney for GEORGE FREITAS

DATED: Līhuʻe, Kauaʻi, Hawaiʻi, June 30, 2006.

    /s/ Christiane L. Nakea – Tresler
LANI D. H. NAKAZAWA
CHRISTIANE L. NAKEA-TRESLER

Attorneys for Defendants
COUNTY OF KAUAʻI and
KAUAʻI POLICE DEPARTMENT

2