374518.1
WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI      #2498-0
GREGG M. USHIRODA    #5868-0
KAREN Y. ARIKAWA     #7684-0
23rd Floor, First Hawaiian Center
999 Bishop Street
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Email: karikawa@wik.com

Attorneys for Third-Party Defendant
  **GEORGE FREITAS**


IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA,<br><br>　　　　Defendants. | CIVIL NO. CV04-00562 SOM BMK<br><br>**THIRD-PARTY DEFENDANT GEORGE FREITAS' SUBSTANTIVE JOINDER IN PLAINTIFF'S MOTION TO STRIKE DEFENDANT K.C. LUM'S THIRD PARTY COMPLAINT FILED ON MAY 11, 2006, FILED ON MAY 31, 2006; CERTIFICATE OF SERVICE**<br><br>DATE:　07/31/2006<br>TIME:　9:45 A.M.<br>JUDGE:　Magistrate Susan Mollway |

THIRD-PARTY DEFENDANT GEORGE FREITAS'
SUBSTANTIVE JOINDER IN PLAINTIFF'S MOTION TO
STRIKE DEFENDANT K.C. LUM'S THIRD-PARTY COMPLAINT
<u>FILED ON MAY 11, 2006, FILED ON MAY 31, 2006</u>

COMES NOW Third-Party Defendant GEORGE FREITAS

(hereinafter referred to as "FREITAS"), by and through his counsel, WATANABE ING & KOMEIJI LLP, and pursuant to Rules 7.9 of the Local Rules of the United States District Court for the District of Hawaii and Rule 7(b) of the Federal Rules of Civil Procedure, hereby substantively joins in Plaintiff DARLA ABBATIELLO's Motion to Strike Defendant K.C. LUM's Third Party Complaint Filed on May 11, 2006, filed herein on May 31, 2006 ("Motion to Strike").

By this substantive joinder, Third-Party Defendant FREITAS joins in the arguments articulated in Plaintiff's Motion to Strike, and respectfully requests that Plaintiff's Motion to Strike be granted, and that Third-Party Defendant FREITAS be dismissed from this case.

DATED: Honolulu, Hawaii, July 10, 2006.

/s/ Gregg M. Ushiroda
JOHN T. KOMEIJI
GREGG M. USHIRODA
KAREN Y. ARIKAWA
Attorneys for Third-Party Defendant
**GEORGE FREITAS**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA,<br><br>    Defendants. | CIVIL NO. CV04-00562 SOM BMK<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was duly served electronically through CM/ECF and/or mailing same, U.S. Postage prepaid, on the following parties to their last known address on July 10, 2006:

    **CARY T. TANAKA, ESQ.**
    Attorney at Law
    Suite 510 Fort Street Tower
    745 Fort Street
    Honolulu, Hawaii 96813

    Attorney for Defendant and Third-Party Plaintiff
    K.C. LUM

    **DAVID J. MINKIN, ESQ.**
    **BECKY T. CHESTNUT, ESQ.**
    Five Waterfront Plaza, 4th Floor
    Honolulu, Hawaii 96813

    Attorneys for Defendants
    WILFRED M. IHU, GORDON ISODA and
    DEAN PIGAO

**MARGERY S. BRONSTER, ESQ.**
**JOHN HOSHIBATA, ESQ.**
Suite 2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

and

**DANIEL G. HEMPEY, ESQ.**
3175 Elua Street
Lihue, Hawaii 96766

Attorneys for Plaintiff


**MICHAEL J. McGUIGAN, ESQ.**
Pacific Guardian Center, Makai Tower
733 Bishop Street, 24th Floor
Honolulu, Hawaii 96813

Attorney for Defendant
IRVIL KAPUA


**LANI D.H. NAKAZAWA, ESQ.**
**CHRISTIANE L. NAKEA-TRESLER, ESQ.**
4444 Rice Street, Suite 220
Lihue, Hawaii 96766

Attorneys for COUNTY OF KAUAI and
KAUAI POLICE DEPARTMENT


DATED: Honolulu, Hawaii, July 10, 2006.


                        /s/ Gregg M. Ushiroda
                        JOHN T. KOMEIJI
                        GREGG M. USHIRODA
                        KAREN Y. ARIKAWA
                        Attorneys for Third-Party Defendant
                        **GEORGE FREITAS**