IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,               )<br>                                 )<br>           Plaintiff,            )<br>                                 )<br>     vs.                         )<br>                                 )<br> COUNTY OF KAUAI, KAUAI          )<br> POLICE DEPARTMENT, K.C. LUM,    )<br> WILFRED M. IHU, GORDON ISODA,   )<br> DEAN PIGAO, and IRVIL KAPUA,    )<br>                                 )<br>           Defendants,           )<br>                                 )<br>                                 )<br>     and                         )<br>                                 )<br> K.C. LUM,                       )<br>                                 )<br>           Defendant and        )<br>           Third-Party           )<br>           Plaintiff,            )<br>                                 )<br>     vs.                         )<br>                                 )<br> GEORGE FREITAS,                 )<br>                                 )<br>           Third-Party           )<br>           Defendant.            )<br>_____) | CIVIL NO. CV04 00562 SOM BMK<br><br>DECLARATION OF CARY T. TANAKA |

DECLARATION OF CARY T. TANAKA
------------------------------

CARY T. TANAKA, declares as follows:

1.   I am one of the attorneys representing Defendant and Third-Party Plaintiff K.C. LUM in the above-referenced case.  I make this declaration based on personal knowledge.  I am competent to testify about matters set forth in the declaration.

2. Attached as Exhibit "A" is a true and correct copy of Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean Pigao's Motion for Leave to File Third-Party Complaint filed on December 27, 2005.

I, CARY T. TANAKA, do declare under penalty of law that the foregoing is true and correct.

Executed on July 12, 2006 at Honolulu, Hawaii.

                                        /s/ Cary T. Tanaka
                                        CARY T. TANAKA