McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN    #3639-0
BECKY T. CHESTNUT  #7756-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293
Email: minkin@m4law.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 7 2005

at 11 o'clock and ___ min. ___M
SUE BEITIA, CLERK

Attorneys for Defendants
K.C. LUM, WILFRED M. IHU,
GORDON ISODA and DEAN PIGAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, <br><br> Defendants. | CIVIL NO. CV04-00562 SOM BMK <br><br> NOTICE OF HEARING MOTION; DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT; MEMORANDUM IN SUPPORT OF MOTION; EXHIBIT "A"; DECLARATION OF DAVID J. MINKIN; EXHIBITS "B" & "C" <br><br> Hearing: <br> Date: JAN 2 7 2006 <br> Time: 2:00pm <br> Magistrate Judge Barry M. Kurren <br><br> Trial Date: October 11, 2006 |

125338.1

# EXHIBIT A

NOTICE OF HEARING MOTION

TO:  DANIEL G. HEMPEY, ESQ.
Law Office of Daniel G. Hempey
3175 Elua Street
Lihue, Hawaii 96766
    and
MARGERY S. BRONSTER, ESQ.
JEFF CRABTREE, ESQ.
Bronster Crabtree & Hoshibata
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Plaintiff
DARLA ABBATIELLO

LANI D.H. NAKAZAWA, ESQ.
CHRISTIANE L. NAKEA-TRESLER, ESQ.
Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Hawaii 96766

Attorneys for Defendants
COUNTY OF KAUAI and
KAUAI POLICE DEPARTMENT

MICHAEL J. McGUIGAN, ESQ.
Pacific Guardian Ctr., Mauka Tower
733 Bishop Street, 24th Floor
Honolulu, Hawaii 96813

Attorney for Defendant
IRVIL KAPUA

JONATHAN L. ORTIZ, ESQ.
WADE J. KATANO, ESQ.
ALLISON M. FUJITA, ESQ.
841 Bishop Street, Suite 2121
Honolulu, Hawaii  96813

Attorneys for Defendant
GORDON ISODA, Individually

KEVIN P.H. SUMIDA, ESQ.
MILTON S. TANI, ESQ.
737 Bishop Street, Suite 1400
Honolulu, Hawaii  96813

Attorneys for Defendant
DEAN PIGAO, Individually

NOTICE IS HEREBY GIVEN that Defendants K.C. LUM, WILFRED M. IHU, GORDON ISODA and DEAN PIGAO's MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT shall come on for hearing before the Honorable Barry M. Kurren, Magistrate Judge of the above-entitled Court, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on ___JAN 2 7 2006___ 2:00 pm, or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, December 21, 2005.

_____
DAVID J. MINKIN
BECKY T. CHESTNUT
Attorneys for Defendants
K.C. LUM, WILFRED M. IHU,
GORDON ISODA and DEAN PIGAO

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04-00562 SOM BMK |
| | ) | |
| Plaintiff, | ) | DEFENDANTS K.C. LUM, |
| | ) | WILFRED M. IHU, GORDON |
| vs. | ) | ISODA AND DEAN PIGAO'S |
| | ) | MOTION FOR LEAVE TO FILE |
| COUNTY OF KAUAI, KAUAI | ) | THIRD-PARTY COMPLAINT |
| POLICE DEPARTMENT, K.C. LUM, | ) | |
| WILFRED M. IHU, GORDON | ) | |
| ISODA, DEAN PIGAO, IRVIL | ) | |
| KAPUA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT

COME NOW, Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean Pigao, by and through their attorneys, McCorriston Miller Mukai MacKinnon LLP, and hereby respectfully move this Court for an order granting them leave to file the proposed Third-Party Complaint, attached hereto as Exhibit "A". This Motion is brought pursuant to Rules 7(b) and 14 of the Federal Rules of Civil Procedure and is based upon the attached memorandum in support of motion,

125338.1

declaration of counsel and exhibits attached thereto, and the records and files herein.

    DATED: Honolulu, Hawaii, December 21, 2005.

                                    _____
                                    DAVID J. MINKIN
                                    BECKY T. CHESTNUT

                                    Attorneys for Defendants
                                    K.C. LUM, WILFRED M. IHU,
                                    GORDON ISODA, and DEAN PIGAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04-00562 SOM BMK |
| | ) | |
| Plaintiff, | ) | MEMORANDUM IN SUPPORT OF |
| | ) | MOTION |
| vs. | ) | |
| | ) | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM IN SUPPORT OF MOTION

I.  INTRODUCTION

    Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean Pigao (collectively, "Defendants") respectfully move this Court for an order granting leave to file their proposed Third-Party Complaint, attached as Exhibit "A", to name as a third-party defendant former Kauai Police Department ("KPD") Police Chief George Freitas.

II.  BACKGROUND

    In her Complaint, Plaintiff Darla Abbatiello ("Plaintiff") asserts numerous claims of federal civil rights violations, conspiracy to violate civil rights,

125338.1

violations of State constitutional rights, violation of the Hawaii Whistleblower Protection Act, wrongful termination, negligent supervision and negligent retention, and intentional and negligent infliction of emotional distress arising out of conduct by and related to Defendant and Police Sergeant Irvil Kapua ("Defendant Kapua"), during Plaintiff's employment as a police officer for the Kauai Police Department.

Plaintiff specifically alleges that these violations occurred incident to or as a result of Plaintiff's reports to the Defendants of misconduct of Defendant Irvil Kapua. The Complaint alleges broadly that Defendant Kapua "has a reputation for having a violent temper and background," Complaint ¶ 27, and that he "has had numerous internal complaints lodged against him," id. ¶ 28. Without providing specific--or even approximate--dates, Plaintiff alleges a number of undated incidents in which Defendant Kapua purportedly committed misconduct, such as threatening dispatchers and beating a suspect. See, e.g., Complaint ¶¶ 26 - 30. Plaintiff thus alleges a longstanding pattern of misconduct by Defendant Kapua, unchecked by KPD.

The Complaint also alleges that Defendants Ihu and Lum, who were both acting police chiefs for periods after Chief Freitas' departure, "indirectly caused the misconduct by Sergeant Kapua" "by reason of their acquiescence in a longstanding practice or custom which constitutes the standard operating procedure

2

of the Kauai Police Department under Acting Chiefs Ihu and Lum." Complaint ¶ 68. The Complaint alleges that Defendants Ihu and Lum, the KPD and the County "were negligent in their supervision of Sergeant Kapua" and that they had the opportunity to exercise control over him. Complaint ¶¶ 89-90.

However, at times relevant to the Complaint, and for approximately eight years, proposed Third-Party Defendant Freitas was the KPD Chief of Police, and therefore had the very same authority over the hiring, supervision, and discipline of police officers, including Defendant Kapua. This authority included the duty to investigate and resolve complaints of police misconduct.

III.  DISCUSSION

Defendants believe that, in the event they are found liable for actions or inactions related to Defendant Kapua's conduct, such liability rests at least in part with former Chief of Police George Freitas. According to KPD documents, during the month of October 1999, an unidentified source alleged that Defendant Kapua revealed official, confidential information with regard to vice operations to a relative of a suspect upon whom a warrant was to be served. See Letter from KPD Deputy Chief Paul Hurley to Inspector Alvin Yoshida dated October 11, 1999, attached hereto as Exhibit "B". Although an investigation was ordered, and the accusation was confirmed, see Letter from Vice Commander Clayton K. Arinaga to Inspector Alvin Yoshida dated October 7, 1999, attached hereto as

3

Exhibit "C", Chief Freitas took no action against Defendant Kapua, and Defendant Kapua was not criminally charged, relieved of duty or disciplined in any way.

According to Plaintiff's theory of the case, had Chief Freitas taken some action in response to this incident, Defendant Kapua might have been relieved or reassigned at that time. Specifically with respect to Defendant Kapua's conduct, any potential liability should rest at least to some degree with Chief Freitas, as Chief Freitas knew or should have known of this serious misconduct complaint and of its confirmation, and Chief Freitas had the knowledge, power and opportunity to take remedial action and to control Defendant Kapua's conduct.

IV.   CONCLUSION

For the foregoing reasons, Defendants respectfully ask this Court to grant them leave to file their Third Party Complaint.

DATED: Honolulu, Hawaii, December 21, 2005.

_____
DAVID J. MINKIN
BECKY T. CHESTNUT

Attorneys for Defendants
K.C. LUM, WILFRED M. IHU,
GORDON ISODA, and DEAN PIGAO

OFFICE OF THE DEPUTY CHIEF OF POLICE
Kauai Police Department
3060 Umi Street
Lihue, HI 96766

October 11, 1999

TO:      INSP. ALVIN YOSHIDA, ISB

FROM:    DEPUTY CHIEF PAUL HURLEY

SUBJECT: ADMINISTRATIVE INVESTIGATION
         ALLEGED VIOLATION OF STANDARD OF CONDUCT, CLASS B
         STANDARDS, B3. SECURITY OF DEPARTMENTAL BUSINESS

   It has been alleged that Sgt. Irvil Kapua may have revealed official confidential information with regard to vice operations. On a Friday morning at approximately 8:00 a.m., Sgt. Kapua met with REDACTED, Sr. and made a statement to wit: Sgt. Kapua informed Mr. REDACTED, that "the police were watching his son, Jr. That they knew that Junior was doing drugs and that they were going to get him. Sgt. Kapua further informed him that they had a warrant." On this same date, vice (KPD) did service a warrant on REDACTED Jr.

   You are to conduct an internal administrative investigation into these allegations and submit a complete report and recommendations to the Office of the Chief of Police no later than November 10, 1999.

   Should you have any questions, please contact me at x718.

                                        _____
                                        PAUL S. HURLEY
                                        Deputy Chief of Police

PSH:gk

EXHIBIT " B "

07 October 1999

TO: Inspector Alvin Yoshida,
Investigative Services Bureau

FROM: Clayton K. Arinaga, Vice Commander

RE: Internal Inquiry

************************************************************

On 1010799, at 1015 hrs., I contacted REDACTED at his residence in Hanamaulu.

I asked him to confirm the statement that he allegedly had made earlier.

Same provided the following response.

That it was on a Friday morning @ 8:00 a.m. or so, when Sgt. Irvil Kapua stopped by. Stated that he had not gone to work, and was home that morning as he had a funeral to go to.

Sgt. Kapua informed him that they (the Police) were watching his son, "Jr". That they knew that Junior was doing drugs and that they were going to get him. Sgt. Kapua further informed him that they had a warrant.

I asked him once again to confirm his last statement, if in fact Sgt. Kapua had mentioned that we had a warrant, and he re-affirmed his prior statement.

Stated that immediately after Sgt. Kapua left, he confronted his son. Stated that he did mention that the police were watching him and knew that he was doing drugs. However he was not certain if he told Junior the part about the warrant.

At this time, I concluded the interview.

*[signature]*
Clayton K. Arinaga, K-31

EXHIBIT "C"