IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,                    )<br>                                      )<br>            Plaintiff,               )<br>                                      )<br>    vs.                               )<br>                                      )<br>COUNTY OF KAUAI, KAUAI                )<br>POLICE DEPARTMENT, K.C. LUM,          )<br>WILFRED M. IHU, GORDON ISODA,         )<br>DEAN PIGAO, and IRVIL KAPUA,          )<br>                                      )<br>            Defendants,              )<br>                                      )<br>                                      )<br>    and                               )<br>                                      )<br>K.C. LUM,                             )<br>                                      )<br>            Defendant and            )<br>            Third-Party              )<br>            Plaintiff,               )<br>                                      )<br>    vs.                               )<br>                                      )<br>GEORGE FREITAS,                       )<br>                                      )<br>            Third-Party              )<br>            Defendant.               )<br>_____) | CIVIL NO. CV04 00562 SOM BMK<br><br>CERTIFICATE OF SERVICE |

<u>CERTIFICATE OF SERVICE</u>

　　　I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses on July 12, 2006:

**Served Electronically through CM/ECF:**

| | |
|---|---|
| MARGERY S. BRONSTER, ESQ. | mbronster@bchlaw.net |
| JOHN HOSHIBATA, ESQ. | jhoshibata@bchlaw.net |
| Suite 2300 Pauahi Tower | |
| 1001 Bishop Street | |
| Honolulu, Hawaii  96813 | |

Attorneys for Plaintiff

DAVID J. MINKIN, ESQ.          minkin@m4law.com
BECKY T. CHESTNUT, ESQ.        chestnut@m4law.com
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii  96813

Attorneys for Defendants
WILFRED M. IHU, GORDON ISODA
and DEAN PIGAO

MICHAEL J. McGUIGAN, ESQ.      mjm@roplaw.com
Pacific Guardian Center, 24th Floor
733 Bishop Street, Makai Tower
Honolulu, Hawaii  96813

Attorney for Defendant
IRVIL KAPUA

LANI D. H. NAKAZAWA            lnakazawa@kauai.gov
CHRISTIANE L. NAKEA-TRESLER    cntresler@kauai.gov
4444 Rice Street, Suite 220
Lihue, Hawaii  96766

**Served by First Class Mail:**

DANIEL G. HEMPEY, ESQ.
3175 Elua Street
Lihue, Kauai  96766

Attorney for Plaintiff

DATED:    Honolulu, Hawaii, July 12, 2006.


                                        /s/ Cary T. Tanaka
                                        CARY T. TANAKA
                                        Attorney for Defendant
                                        and Third-Party Plaintiff
                                        K.C. LUM