McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN             #3639-0
BECKY T. CHESTNUT           #7756-0
KARA M.L. YOUNG             #8411-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i 96813
Telephone:  (808) 529-7300
Facsimile:  (808) 524-8293
Email:  minkin@m4law.com

Attorneys for Defendants
WILFRED M. IHU, GORDON ISODA
and DEAN PIGAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>                Plaintiff,<br>     vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA,<br><br>                Defendants.<br>     and<br><br>K.C. LUM,<br><br>                Defendant and<br>                Third-Party<br>                Plaintiff,<br>     vs. | CIVIL NO. CV04-00562 SOM BMK<br><br>DEFENDANTS WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S STATEMENT OF NO POSITION AS TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT K.C. LUM'S THIRD-PARTY COMPLAINT FILED ON MAY 11, 2006, FILED ON MAY 31, 2006; CERTIFICATE OF SERVICE<br><br>**HEARING**<br>Date:   July 31, 2006<br>Time:   9:45 a.m.<br>Judge:  Magistrate Barry M. Kurren<br><br>**Trial Date:  May 8, 2007** |

142273.1

| | |
|---|---|
| GEORGE FREITAS,<br><br>          Third-Party Defendant. | |

**DEFENDANTS WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S STATEMENT OF NO POSITION AS TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT K.C. LUM'S THIRD-PARTY COMPLAINT FILED ON MAY 11, 2006, FILED ON MAY 31, 2006**

Defendants Wilfred M. Ihu, Gordon Isoda and Dean Pigao, by and through their attorneys, McCorriston Miller Mukai MacKinnon LLP, and pursuant to LR7.9 of the Local Rules of Practice for the United States District Court for the District of Hawai`i and Rule 7 of the Federal Rules of Civil Procedure, hereby submit their Statement of No Position as to Plaintiff's Motion to Strike Defendant K.C. Lum's Third-Party Complaint filed on May 11, 2006, filed on May 31, 2006.

DATED:  Honolulu, Hawai`i, July 13, 2006.

          /s/ David J. Minkin
          DAVID J. MINKIN
          BECKY T. CHESTNUT
          KARA M.L. YOUNG

          Attorneys for Defendants
          WILFRED M. IHU, GORDON ISODA and DEAN PIGAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>             Plaintiff,<br><br>    vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA,<br><br>             Defendants.<br>    and<br><br>K.C. LUM,<br><br>             Defendant and<br>             Third-Party<br>             Plaintiff,<br>    vs.<br>GEORGE FREITAS,<br><br>             Third-Party<br>             Defendant. | CIVIL NO. CV04-00562 SOM BMK<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served on the following on this date as indicated below:

142273.1

|  | Electronically Via CM/ECF | U.S. Mail |
|---|---|---|
| DANIEL G. HEMPEY, ESQ.<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Lihue, Hawai`i 96766<br>        and |  | X |
| MARGERY S. BRONSTER, ESQ.<br>JOHN HOSHIBATA, ESQ.<br>Bronster Crabtree & Hoshibata<br>Pauahi Tower<br>1001 Bishop Street, Suite 2300<br>Honolulu, Hawai`i 96813 | X |  |

Attorneys for Plaintiff
DARLA ABBATIELLO

|  |  |  |
|---|---|---|
| LANI D. H. NAKAZAWA, ESQ.<br>CHRISTIANE L. NAKEA-TRESLER, ESQ.<br>Office of the County Attorney<br>4444 Rice Street, Suite 220<br>Lihue, Hawai`i 96766 | X |  |

Attorneys for Defendants
COUNTY OF KAUAI and
KAUAI POLICE DEPARTMENT

|  |  |  |
|---|---|---|
| MICHAEL J. McGUIGAN, ESQ.<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, 24th Floor<br>Honolulu, Hawai`i 96813 | X |  |

Attorney for Defendant IRVIL KAPUA

|  | Electronically Via CM/ECF | U.S. Mail |
|---|---|---|
| CARY T. TANAKA, ESQ.<br>Fort Street Tower<br>745 Fort Street, Suite 510<br>Honolulu, Hawai`i 96813<br><br>Attorney for Defendant and Third-Party<br>Plaintiff K.C. LUM | X | |

DATED:  Honolulu, Hawai`i, July 13, 2006.

/s/ David J. Minkin
_____
DAVID J. MINKIN
BECKY T. CHESTNUT
KARA M.L. YOUNG

Attorneys for Defendants
WILFRED M. IHU, GORDON ISODA
and DEAN PIGAO

142273.1                                            3