McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN          #3639-0
BECKY T. CHESTNUT        #7756-0
KARA M.L. YOUNG          #8411-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i  96813
Telephone:  (808) 529-7300
Facsimile:  (808) 524-8293
Email:  minkin@m4law.com

Attorneys for Defendants
WILFRED M. IHU, GORDON ISODA
and DEAN PIGAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>            Plaintiff,<br><br>     vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA,<br><br>            Defendants.<br><br>     and<br><br>K.C. LUM,<br><br>            Defendant and Third-Party Plaintiff,<br><br>     vs. | CIVIL NO. CV04-00562 SOM BMK<br><br>**AMENDED CERTIFICATE OF SERVICE RE:** DEFENDANTS WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S STATEMENT OF NO POSITION AS TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT K.C. LUM'S THIRD-PARTY COMPLAINT FILED ON MAY 11, 2006, FILED ON MAY 31, 2006 |

142350.1

GEORGE FREITAS,

        Third-Party Defendant.

**AMENDED CERTIFICATE OF SERVICE RE:**
DEFENDANTS WILFRED M. IHU, GORDON ISODA AND
DEAN PIGAO'S STATEMENT OF NO POSITION AS TO PLAINTIFF'S
MOTION TO STRIKE DEFENDANT K.C. LUM'S THIRD-PARTY
COMPLAINT FILED ON MAY 11, 2006, FILED ON MAY 31, 2006

The undersigned hereby certifies that a true and correct copy of DEFENDANTS WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S STATEMENT OF NO POSITION AS TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT K.C. LUM'S THIRD-PARTY COMPLAINT FILED ON MAY 11, 2006, FILED ON MAY 31, 2006 was duly served on the following on this date as indicated below:

|  | **Electronically Via CM/ECF** | **U.S. Mail** |
|---|---|---|
| DANIEL G. HEMPEY, ESQ.<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Lihue, Hawai`i 96766 |  | X |
| and |  |  |
| MARGERY S. BRONSTER, ESQ.<br>JOHN HOSHIBATA, ESQ.<br>Bronster Crabtree & Hoshibata<br>Pauahi Tower<br>1001 Bishop Street, Suite 2300<br>Honolulu, Hawai`i 96813<br><br>Attorneys for Plaintiff<br>DARLA ABBATIELLO | X |  |

142350.1

2

|  | Electronically Via CM/ECF | U.S. Mail |
|---|---|---|
| LANI D. H. NAKAZAWA, ESQ.<br>CHRISTIANE L. NAKEA-TRESLER, ESQ.<br>Office of the County Attorney<br>4444 Rice Street, Suite 220<br>Lihue, Hawai`i 96766<br><br>Attorneys for Defendants<br>COUNTY OF KAUAI and<br>KAUAI POLICE DEPARTMENT | X |  |
| MICHAEL J. McGUIGAN, ESQ.<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, 24th Floor<br>Honolulu, Hawai`i 96813<br><br>Attorney for Defendant IRVIL KAPUA | X |  |
| CARY T. TANAKA, ESQ.<br>Fort Street Tower<br>745 Fort Street, Suite 510<br>Honolulu, Hawai`i 96813<br><br>Attorney for Defendant and<br>Third-Party Plaintiff K.C. LUM | X |  |
| JOHN KOMEIJI, ESQ.<br>Watanabe Ing Kawashima & Komeiji<br>999 Bishop Street<br>First Hawaiian Center, 23rd Floor<br>Honolulu, HI  96813<br><br>Attorney for Defendant<br>GEORGE FREITAS |  | X |

4

DATED: Honolulu, Hawai`i, July 13, 2006.

/s/ David J. Minkin
DAVID J. MINKIN
BECKY T. CHESTNUT
KARA M.L. YOUNG

Attorneys for Defendants
WILFRED M. IHU, GORDON ISODA
and DEAN PIGAO