| | |
|---|---|
| LANI D. H. NAKAZAWA | 1818 |
| CHRISTIANE L. NAKEA-TRESLER | 7409 |

Office of the County Attorney
County of Kaua'i, Mo`ikeha Building
4444 Rice Street, Suite 220
Līhu'e, Hawai'i 96766
Telephone: (808) 241-6315
Fax No. (808) 241-6319
E-mail: lnakazawa@kauai.gov
         cntresler@kauai.gov

Attorneys for Defendants COUNTY
OF KAUA'I and KAUA'I POLICE DEPARTMENT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04-00562 SOM BMK |
| | ) | |
| Plaintiff, | ) | DEFENDANTS COUNTY OF |
| | ) | KAUA'I AND KAUA'I POLICE |
| vs. | ) | DEPARTMENT'S STATEMENT OF |
| | ) | NO OBJECTION AND NON- |
| COUNTY OF KAUA'I, KAUA'I | ) | APPEARANCE ON PLAINTIFF'S |
| POLICE DEPARTMENT, K.C. LUM, | ) | MOTION TO STRIKE |
| WILFRED M. IHU, GORDON ISODA, | ) | DEFENDANT K.C. LUM'S THIRD |
| DEAN PIGAO, IRVIL KAPUA, | ) | PARTY COMPLAINT FILED ON |
| | ) | MAY 11, 2006; MEMORANDUM |
| Defendants. | ) | IN SUPPORT OF MOTION; |
| | ) | CERTIFICATE OF SERVICE FILED |
| | ) | ON MAY 31, 2006; CERTIFICATE |
| | ) | OF SERVICE |
| | ) | |
| | ) | Hearing: |
| | ) | Date: July 31, 2006 |
| | ) | Time: 9:45 a.m. |
| | ) | Magistrate Judge Susan Oki Mollway |
| | ) | |
| _____ | ) | Trial Date: May 8, 2007 |

**DEFENDANTS COUNTY OF KAUA'I AND KAUA'I POLICE DEPARTMENT'S STATEMENT OF NO OBJECTION AND NON-APPEARANCE ON PLAINTIFF'S MOTION TO STRIKE DEFENDANT K.C. LUM'S THIRD PARTY COMPLAINT FILED ON MAY 11, 2006; MEMORANDUM IN SUPPORT OF MOTION; <u>CERTIFICATE OF SERVICE FILED ON MAY 31, 2006</u>**

COMES NOW, DEFENDANTS COUNTY OF KAUA'I and KAUA'I POLICE DEPARTMENT (hereinafter "Defendants"), by and through its attorneys, LANI D. H. NAKAZAWA and CHRISTIANE L. NAKEA-TRESLER, hereby state there is no objection to PLAINTIFF'S MOTION TO STRIKE DEFENDANT K.C. LUM'S THIRD PARTY COMPLAINT FILED ON MAY 11, 2006; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE filed on May 31, 2006.  The Defendants further give notice that they do not intend to appear at the hearing of this motion but reserve the right to object to any Order submitted to this Court which is contrary to the Defendants' interest.

DATED:  Lihue, Kaua'i, Hawai'i, July 13, 2006.

      /s/ Christiane L. Nakea – Tresler
LANI D. H. NAKAZAWA
CHRISTIANE L. NAKEA-TRESLER

Attorneys for Defendants
COUNTY OF KAUA'I and
KAUA'I POLICE DEPARTMENT