IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04-00562 SOM BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| COUNTY OF KAUA'I, KAUA'I POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) ) ) ) ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of **DEFENDANTS COUNTY OF KAUA'I AND KAUA'I POLICE DEPARTMENT'S STATEMENT OF NO OBJECTION AND NON-APPEARANCE ON PLAINTIFF'S MOTION TO STRIKE DEFENDANT K.C. LUM'S THIRD PARTY COMPLAINT FILED ON MAY 11, 2006; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE FILED ON MAY 31, 2006**, was served on the following parties at their respective addresses by depositing the same in the United States mail, postage prepaid, on the date specified below:

| | |
|---|---|
| DANIEL G. HEMPEY, ESQ<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Līhuʻe, Hawaiʻi 96766 | U.S. MAIL |

    AND

| | |
|---|---|
| MARGERY S. BRONSTER, ESQ.<br>JEFF CRABTREE, ESQ.<br>Bronster Crabtree & Hoshibata<br>2300 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawaiʻi 96813 | ELECTRONICALLY<br>CM/EFC |

Attorneys for Plaintiff
DARLA ABBATIELLO

| | |
|---|---|
| DAVID J. MINKIN, ESQ.<br>BECKY T. CHESTNUT, ESQ.<br>McCorriston Miller Mukai MacKinnon LLP<br>Five Waterfront Plaza, 4th Floor<br>500 Ala Moana Boulevard<br>Honolulu, Hawaiʻi 96813 | ELECTRONICALLY<br>CM/EFC |

Attorneys for Defendants
WILFRED M. IHU, GORDON ISODA
and DEAN PIGAO

| | |
|---|---|
| MICHAEL J. MCGUIGAN, ESQ.<br>Pacific Guardian Center, Mauka Tower<br>733 Bishop Street, 24th Floor<br>Honolulu, Hawaiʻi 96813 | ELECTRONICALLY<br>CM/EFC |

Attorney for Defendant
IRVIL KAPUA

| | |
|---|---|
| CARY T. TANAKA, ESQ.<br>Attorney at Law<br>Suite 510 Fort Street Tower<br>745 Fort Street<br>Honolulu, Hawai'i 96813 | ELECTRONICALLY<br>CM/EFC |

Attorney for Defendant and Third-Party Plaintiff
K.C. LUM

| | |
|---|---|
| JOHN T. KOMEIJI, ESQ.<br>GREGG M. USHIRODA, ESQ.<br>KAREN Y. ARIKAWA, ESQ.<br>23rd Floor, First Hawaiian Center<br>999 Bishop Street<br>Honolulu, Hawai'i 96813 | U.S. MAIL |

Attorneys for Third-Party Defendant
GEORGE FREITAS

DATED: Lihue, Kaua'i, Hawai'i, July 13, 2006.

                                                                                /s/ Christiane L. Nakea – Tresler
                                              LANI D. H. NAKAZAWA
                                              CHRISTIANE L. NAKEA-TRESLER

                                              Attorneys for Defendants
                                              COUNTY OF KAUA'I and
                                              KAUA'I POLICE DEPARTMENT