```
CARY T. TANAKA        4858-0
Attorney at Law
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone:  536-8885
```
carytanaka@aol.com

Attorney for Defendant
and Third-Party Plaintiff
K.C. LUM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04 00562 SOM BMK |
| | ) | |
| Plaintiff, | ) | AMENDED CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | [RE:  DEFENDANT AND THIRD- |
| COUNTY OF KAUAI, KAUAI | ) | PARTY PLAINTIFF K.C. LUM'S |
| POLICE DEPARTMENT, K.C. LUM, | ) | MEMORANDUM IN OPPOSITION TO |
| WILFRED M. IHU, GORDON ISODA, | ) | PLAINTIFF'S MOTION TO STRIKE |
| DEAN PIGAO, and IRVIL KAPUA, | ) | DEFENDANT K.C. LUM'S THIRD- |
| | ) | PARTY COMPLAINT FILED ON MAY |
| Defendants, | ) | 11, 2006; DECLARATION OF |
| | ) | CARY T. TANAKA; EXHIBIT "A"; |
| | ) | CERTIFICATE OF SERVICE] |
| and | ) | |
| | ) | |
| K.C. LUM, | ) | |
| | ) | |
| Defendant and | ) | |
| Third-Party | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GEORGE FREITAS, | ) | |
| | ) | |
| Third-Party | ) | |
| Defendant. | ) | |
| | ) | |

<u>AMENDED CERTIFICATE OF SERVICE</u>

I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of DEFENDANT AND THIRD-PARTY PLAINTIFF K.C. LUM'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT K.C. LUM'S THIRD-PARTY COMPLAINT FILED ON MAY 11, 2006; DECLARATION OF CARY T. TANAKA; EXHIBIT "A"; CERTIFICATE OF SERVICE was served on the following at their last known addresses on July 12, 2006:

**Served Electronically through CM/ECF:**

| | |
|---|---|
| MARGERY S. BRONSTER, ESQ. | mbronster@bchlaw.net |
| JOHN HOSHIBATA, ESQ. | jhoshibata@bchlaw.net |
| Suite 2300 Pauahi Tower | |
| 1001 Bishop Street | |
| Honolulu, Hawaii  96813 | |

Attorneys for Plaintiff

| | |
|---|---|
| DAVID J. MINKIN, ESQ. | minkin@m4law.com |
| BECKY T. CHESTNUT, ESQ. | chestnut@m4law.com |
| Five Waterfront Plaza, 4th Floor | |
| 500 Ala Moana Boulevard | |
| Honolulu, Hawaii  96813 | |

Attorneys for Defendants
WILFRED M. IHU, GORDON ISODA
and DEAN PIGAO

| | |
|---|---|
| MICHAEL J. McGUIGAN, ESQ. | mjm@roplaw.com |
| Pacific Guardian Center, 24th Floor | |
| 733 Bishop Street, Makai Tower | |
| Honolulu, Hawaii  96813 | |

Attorney for Defendant
IRVIL KAPUA

| | |
|---|---|
| LANI D. H. NAKAZAWA, ESQ. | lnakazawa@kauai.gov |
| CHRISTIANE L. NAKEA-TRESLER, ESQ. | cntresler@kauai.gov |
| 4444 Rice Street, Suite 220 | |
| Lihue, Hawaii  96766 | |

**Served by First Class Mail:**

DANIEL G. HEMPEY, ESQ.
3175 Elua Street
Lihue, Kauai  96766

Attorney for Plaintiff

JOHN KOMEIJI, ESQ.
GREGG USHIRODA, ESQ.
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813

Attorneys for Third-Party Defendant
GEORGE FREITAS

DATED:    Honolulu, Hawaii, July 13, 2006.


                                /s/ Cary T. Tanaka
                                CARY T. TANAKA
                                Attorney for Defendant
                                and Third-Party Plaintiff
                                K.C. LUM