REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

MICHAEL J. McGUIGAN        2433-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
Telephone: (808) 524-8350
Facsimile: (808) 531-8628
E-mail: mjm@roplaw.com

*Attorney for Defendant*
*IRVIL KAPUA*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>           Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>           Defendants. | CIVIL NO. CV04-00562 SOM/BMK<br><br>DEFENDANT IRVIL KAPUA'S STATEMENT OF NO POSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT K.C. LUM'S THIRD PARTY COMPLAINT FILED ON MAY 11, 2006, FILED ON MAY 31, 2006; CERTIFICATE OF SERVICE<br><br>Date: July 31, 2006<br>Time: 9:45 a.m.<br>Judge: Magistrate Susan Mollway<br><br>Trial Date: May 8, 2007 |

DEFENDANT IRVIL KAPUA'S STATEMENT OF NO POSITION
TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT K.C. LUM'S
THIRD-PARTY COMPLAINT FILED ON MAY 11, 2006, FILED ON MAY 31, 2006

COME NOW Defendant IRVIL KAPUA, by and through his attorneys Reinwald O'Connor & Playdon LLP, and hereby states that they take no

position to Plaintiff's MOTION TO STRIKE DEFENDANT K.C. LUM'S THIRD-PARTY COMPLAINT FILED ON MAY 11, 2006 FILED ON MAY 31, 2006.

DATED: Honolulu, Hawaii, July 13, 2006.

_____
MICHAEL J. McGUIGAN
*Attorney for Defendant*
*IRVIL KAPUA*

177202/SKS