IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>          Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>          Defendants. | CIVIL NO. CV04-00562 SOM/BMK<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on the following parties at their last known addresses by means indicated below.

| | |
|---|---|
| DANIEL G. HEMPEY, ESQ.<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Lihue, Kauai, Hawaii  96766 | U.S. MAIL |

and

| | |
|---|---|
| MARGERY S. BRONSTER, ESQ.<br>JEFF CRABTREE, ESQ.<br>Bronster Crabtree & Hoshibata<br>2300 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawaii  96813<br>*Attorneys for Plaintiff* | ELECTRONICALLY<br>VIA CM/ECF |

177202/SKS

|  |  |
|---|---|
| DAVID J. MINKIN, ESQ.<br>McCorriston Miller Mukai MacKinnon<br>P. O. Box 2800<br>Honolulu, Hawaii 96803<br> Attorney for Defendants<br> WILFRED M. IHU, GORDON ISODA<br> AND DEAN PIGAO | ELECTRONICALLY<br>VIA CM/ECF |
| CARY T. TANAKA, ESQ.<br>745 Fort Street, Suite 510<br>Honolulu, Hawaii 96813<br> Attorney for Defendant<br> K.C. LUM | U.S. MAIL |
| CHRISTIANE L. NAKEA-TRESLER, ESQ.<br>Office of the County Attorney<br>4444 Rice Street, Suite 220<br>Lihue, Kauai, Hawaii 96766<br> Attorney for Defendants<br> COUNTY OF KAUAI AND<br> KAUAI POLICE DEPARTMENT | ELECTRONICALLY<br>VIA CM/ECF |

DATED: Honolulu, Hawaii, July 13, 2006.

    _____
    MICHAEL J. McGUIGAN
    *Attorney for Defendant*
    *IRVIL KAPUA*

177202/SKS