IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | Civ. No. 04-00562 SOM/BMK |
| | ) | |
| Plaintiff, | ) | ORDER REGARDING TRIAL DATE |
| | ) | |
| vs. | ) | |
| | ) | |
| COUNTY OF KAUAI, KAUAI POLICE | ) | |
| DEPARTMENT, K.C. LUM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER REGARDING TRIAL DATE

The presently assigned trial date of May 8, 2007, may not be continued without the express consent of the trial judge. This order does not guarantee the parties that the trial will begin on that date, as criminal cases with priority or other matters may prevent the court from beginning the trial as scheduled.  However, the parties may not continue the trial date by agreement or by motion before the Magistrate Judge unless the trial judge agrees.  The parties remain free to consider consenting to trial by Magistrate Judge.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 19, 2006.



_____
Susan Oki Mollway
United States District Judge