IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
| | ) |
| Plaintiff, | ) DECLARATION OF |
| | ) JOHN HOSHIBATA |
| vs. | ) |
| | ) |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

DECLARATION OF JOHN HOSHIBATA

I, JOHN HOSHIBATA, under penalty of perjury, state as follows:

1. I am an attorney with the law firm of Bronster Crabtree & Hoshibata and I am one of the attorneys representing the Plaintiff Darla Abbatiello. I submit this declaration based on personal knowledge of the facts and circumstances declared herein. I am competent to make this declaration.

2. Attached as Exhibit "A" is a true and correct copy of the proposed Stipulation for Partial Dismissal Without Prejudice as to Plaintiff's Claims Against Defendant Wilfred M. Ihu, Gordon Isoda, and Dean Pigao faxed to opposing counsel, David Minkin, on March 3, 2006.

3. Upon information and belief, Mr. Minkin forwarded Exhibit "A" to all defense counsel.

I declare under penalty of perjury that the statements made herein are true and correct to the best of my knowledge, information and belief.

DATED: Honolulu, Hawaii, July 20, 2006.

    /s/ John Hoshibata
JOHN HOSHIBATA