2300 Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813
Phone 808 524-5644
Fax 808 599-1881
info@bchlaw.net

*A Law Corporation*

# Bronster Crabtree & Hoshibata
### ATTORNEYS AT LAW



**DATE:** March 3, 2006

**TO:** David Minkin, Esq.

**FAX NO:** 524-8293

**FROM:** John Hoshibata

**RE:** *Abbatiello v. County of Kauai, et al.*
USDC for the District of Hawaii

Total no. of pages being transmitted (including cover page): 5

Remarks:

David: *Please give to David Minkin ASAP.*

This is a copy of our proposed Stipulation regarding Defendants Ihgu, Isoda and Pigao.

CONFIDENTIALITY: The information contained in or with this facsimile transmittal is intended for the personal and confidential use of the addressee named above. It may be a privileged communication between attorney and client and is not to be viewed by anyone other than the named addressee. If the reader of this message is not the named addressee or the addressee's agent for delivery of this transmittal to the named addressee, you are hereby notified that you have received this transmittal in error and that any review, dissemination, distribution or copying of this transmission is PROHIBITED. If you have received this in error, please notify us by telephone immediately and return the original transmission by mail. Thank you.

LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY          7535
3175 Elua Street
Lihue, Hawaii 96766
Telephone No.:   (808) 823-0000
Facsimile No.:   (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER          4750
JOHN T. HOSHIBATA          3141
JEANNETTE HOLMES CASTAGNETTI   7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No.:   (808) 524-5644
Facsimile No.:   (808) 599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
|---|---|
| Plaintiff, | ) STIPULATION FOR PARTIAL<br>) DISMISSAL WITHOUT PREJUDICE<br>) AS TO PLAINTIFF'S CLAIMS |
| vs. | ) AGAINST DEFENDANTS WILFRED<br>) M. IHU, GORDON ISODA, AND |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) DEAN PIGAO AND ORDER<br>)<br>) |
| Defendants. | ) Trial Date: October 11, 2006<br>) Judge:   Susan O. Mollway |

1

## STIPULATION FOR PARTIAL DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF'S CLAIMS AGAINST DEFENDANTS WILFRED M. IHU, GORDON ISODA, AND DEAN PIGAO

IT IS HEREBY STIPULATED AND AGREED by and between the appearing parties hereto through their respective counsel as follows:

1. All claims and causes of action by Plaintiff DARLA ABBATIELLO against Defendants WILFRED M. IHU, GORDON ISODA, AND DEAN PIGAO in their individual capacities are hereby dismissed without prejudice, with Plaintiff reserving her rights as set forth below.

2. All claims by Plaintiff against Defendants K.C. LUM, WILFRED M. IHU, GORDON ISODA, and DEAN PIGAO in their official capacities are subsumed in claims against Defendants Kauai Police Department and the County Of Kauai. For purposes of this complaint, such claims will not be separately set forth. This does not release, waive, or otherwise alter Plaintiff's claims regarding these above-named Kauai County and Kauai Police Department employees and agents.

3. Defendants Kauai Police Department and the County of Kauai shall not raise defenses that the acts or omissions of Defendants K.C. LUM, WILFRED M. IHU, GORDON ISODA, and DEAN PIGAO, were outside the

course and scope of their employment with Kauai Police Department and/or the County of Kauai, unless evidence is revealed to the contrary during discovery.

4. All remaining parties reserve the right to reassert claims against Defendants WILFRED M. IHU, GORDON ISODA, AND DEAN PIGAO, in their individual capacities, if discovery reveals that the acts or omissions of Defendants WILFRED M. IHU, GORDON ISODA, AND DEAN PIGAO were outside the course and scope of their employment with the Kauai Police Department and/or the County of Kauai. The parties agree that the current deadline regarding the joining of "additional parties" does not affect and is not applicable to this reservation of rights against IHU, ISODA and PIGAO.

5. As to Defendant K.C. LUM, Plaintiff is asserting claims against him in his individual capacity as set forth in Plaintiff's proposed amended complaint.

Such claims described in paragraph 4 herein shall be made within a reasonable period following the close of discovery.

This Stipulation for Dismissal is based on Rules 41(a)(1)(B) of the Federal Rules of Civil Procedure and has been signed by counsel for all parties who have made an appearance in this action.

Trial is set for October 11, 2006.

3

DATED: Honolulu, Hawaii, _____, 2006.

---
Margery S. Bronster
John Hoshibata
Jeannette H. Castagnetti
Daniel Hempey
Attorneys for Plaintiff

---
Lani D. Nakazawa
Christaine L. Nakea-Tresler
Attorneys for Defendants
County of Kauai and
Kauai Police Department

---
Michael J. McGuigan
Elmira Tsang
Attorneys for Defendant
Irvil Kapua

---
David J. Minkin
Becky T. Chestnut
Attorneys for Defendants
K.C. Lum, Wilfred M. Ihu,
Gordon Isoda and Dean Pigao

APPROVED AND SO ORDERED:

---
UNITED STATES DISTRICT JUDGE

---
Abbatiello v. County of Kauai, et al., Civil No. CV 04-00562 SOM BMK; STIPULATION FOR PARTIAL DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF'S CLAIMS AGAINST DEFENDANTS WILFRED M. IHU, GORDON ISODA, AND DEAN PIGAO