IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) |
| | ) |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 20, 2006, a true and correct copy of the foregoing document was served on the following parties by electronically by CM/ECF or U.S. Mail, in the manner specified below:

    DANIEL G. HEMPEY, ESQ.　　　　　　　　　U.S. MAIL
    Law Office of Daniel G. Hempey
    3175 Elua Street
    Lihue, Hawaii  96766
        Attorney for Plaintiff
        DARLA ABBATIELLO

    MICHAEL J. McGUIGAN, ESQ.　　　　　　　mjm@roplaw.com
    Reinwald O'Connor & Playdon LLP
    Pacific Guardian Center, Makai Tower
    733 Bishop Street, Suite 2400
    Honolulu, Hawaii  96813
        Attorney for Defendant
        IRVIL KAPUA

attorney service list

| | |
|---|---|
| DAVID J. MINKIN, ESQ. | mnkin@m4law.com |
| BECKY T. CHESTNUT, ESQ. | chestnut@m4law.com |
| LISA W. CATALDO, ESQ. | cataldo@m4law.com |
| KARA M.L. YOUNG, ESQ. | |

McCorriston Miller Mukai MacKinnon LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii  96813
    Attorneys for Defendants
      K.C. LUM, WILFRED M. IHU,
      GORDON ISODA and DEAN PIGAO

| | |
|---|---|
| LANI D.H. NAKAZAWA, ESQ. | lnakazawa@kauai.gov |
| CHRISTIANE L. NAKEA-TRESLER, ESQ. | cntresler@kauai.gov |

Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Hawaii  96766
    Attorneys for Defendants
      COUNTY OF KAUAI and
      KAUAI POLICE DEPARTMENT

| | |
|---|---|
| CARY T. TANAKA, ESQ. | carytanaka@aol.com |

Fort Street Tower, Suite 510
745 Fort Street
Honolulu, Hawaii  96813
    Attorney for Defendant and
      Third-Party Plaintiff K.C. LUM

/ /

/ /

| | |
|---|---|
| JOHN T. KOMEIJI, ESQ.<br>GREGG M. USHIRODA, ESQ.<br>KAREN Y. ARIKAWA, ESQ.<br>Watanabe Ing & Komeiji<br>999 Bishop Street, 23rd Floor<br>Honolulu, Hawaii  96813<br>    Attorney for Third-Party Defendant<br>    GEORGE FREITAS | U.S. MAIL<br>gushiroda@wik.com<br>karikawa@wik.com |

DATED:  Honolulu, Hawaii, July 20, 2006.

    /s/ John Hoshibata
DANIEL G. HEMPEY
MARGERY S. BRONSTER
JOHN HOSHIBATA
JEANNETTE HOLMES CASTAGNETTI
Attorneys for Plaintiff
DARLA ABBATIELLO