# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/31/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00562SOM-BMK |
| CASE NAME: | Darla Abbatiello vs. County of Kauai, et al. |
| ATTYS FOR PLA: | Jeannette Castagnetti |
| ATTYS FOR DEFT: | Cary Tanaka<br>Greg Ushiroda<br>David Minkin<br>Michael McGuigan |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 7/31/2006 | TIME: | 9:45 - 10:00 |

COURT ACTION:  EP: Plaintiff's Motion to Strike Defendant K.C. Lum's Third Party Complaint Filed on 5/11/06; Third Party Defendant George Freitas' Substantive Joinder in Plaintiff's Motion to Strike Defendant K.C. Lum's Third Party Complaint Filed on 5/11/06 -

Arguments.

Plaintiff's Motion to Strike Defendant K.C. Lum's Third Party Complaint Filed on 5/11/06 - Granted.

Court to issue a written order within a week.

Submitted by: Toni Fujinaga, Courtroom Manager.