LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY          7535
3175 Elua Street
Lihue, Hawaii  96766
Telephone No.:    (808) 823-0000
Facsimile No.:     (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER     4750
JOHN T. HOSHIBATA          3141
JEANNETTE HOLMES CASTAGNETTI   7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone No.:    (808) 524-5644
Facsimile No.:     (808) 599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) [RE: PLAINTIFF'S RESPONSE TO |
| | ) DEFENDANTS COUNTY OF |
| COUNTY OF KAUAI, KAUAI POLICE | ) KAUA'I AND KAUA'I POLICE |
| DEPARTMENT, K.C. LUM, WILFRED | ) DEPARTMENT'S FIRST REQUEST |
| M. IHU, GORDON ISODA, DEAN | ) FOR ADMISSIONS AND ANSWERS |
| PIGAO, IRVIL KAPUA, | ) TO INTERROGATORIES TO |
| | ) PLAINTIFF DARLA ABBATIELLO] |
| Defendants. | ) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 28, 2006, two (2) true and correct copies of PLAINTIFF'S RESPONSE TO DEFENDANTS COUNTY OF KAUA'I AND KAUA'I POLICE DEPARTMENT'S FIRST REQUEST FOR ADMISSIONS AND ANSWERS TO INTERROGATORIES TO PLAINTIFF DARLA ABBATIELLO were served on the following party by U.S. Mail, postage prepaid:

>LANI D.H. NAKAZAWA, ESQ.
>CHRISTIANE L. NAKEA-TRESLER, ESQ.
>Office of the County Attorney
>4444 Rice Street, Suite 220
>Lihue, Hawaii  96766
>>Attorneys for Defendants
>>COUNTY OF KAUAI and
>>KAUAI POLICE DEPARTMENT

The undersigned further hereby certifies that on August 28, 2006, a true and correct copy of PLAINTIFF'S RESPONSE TO DEFENDANTS COUNTY OF KAUA'I AND KAUA'I POLICE DEPARTMENT'S FIRST REQUEST FOR ADMISSIONS AND ANSWERS TO INTERROGATORIES TO PLAINTIFF DARLA ABBATIELLO was served on the following parties by U.S. Mail, postage prepaid:

DANIEL G. HEMPEY, ESQ.
Law Office of Daniel G. Hempey
3175 Elua Street
Lihue, Hawaii 96766
    Attorney for Plaintiff
    DARLA ABBATIELLO


MICHAEL J. McGUIGAN, ESQ.
Reinwald O'Connor & Playdon LLP
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
    Attorney for Defendant
    IRVIL KAPUA


DAVID J. MINKIN, ESQ.
BECKY T. CHESTNUT, ESQ.
LISA W. CATALDO, ESQ.
KARA M.L. YOUNG, ESQ.
McCorriston Miller Mukai MacKinnon LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii  96813
    Attorneys for Defendants
    K.C. LUM, WILFRED M. IHU,
    GORDON ISODA and DEAN PIGAO


CARY T. TANAKA, ESQ.
Fort Street Tower, Suite 510
745 Fort Street
Honolulu, Hawaii   96813
    Attorney for Defendant and
    Third-Party Plaintiff K.C. LUM

JOHN T. KOMEIJI, ESQ.
GREGG M. USHIRODA, ESQ.
KAREN Y. ARIKAWA, ESQ.
Watanabe Ing & Komeiji
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
    Attorneys for Third-Party Defendant
    GEORGE FREITAS

    DATED: Honolulu, Hawaii, August 29, 2006.


    /s/ Jeannette Holmes Castagnetti
DANIEL G. HEMPEY
MARGERY S. BRONSTER
JOHN T. HOSHIBATA
JEANNETTE HOLMES CASTAGNETTI
Attorneys for Plaintiff
DARLA ABBATIELLO

3