LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY           7535
3175 Elua Street
Lihue, Hawaii  96766
Telephone No.:     (808) 823-0000
Facsimile No.:     (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER     4750
JOHN T. HOSHIBATA           3141
JEANNETTE HOLMES CASTAGNETTI   7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone No.:     (808) 524-5644
Facsimile No.:     (808) 599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) (Re: SECOND AMENDED NOTICE |
| | ) OF TAKING DEPOSITIONS UPON |
| COUNTY OF KAUAI, KAUAI POLICE | ) ORAL EXAMINATION [Re: Gordon |
| DEPARTMENT, K.C. LUM, WILFRED | ) Isoda, Dean Pigao and Wilfred Ihu]) |
| M. IHU, GORDON ISODA, DEAN | ) |
| PIGAO, IRVIL KAPUA, | ) Trial Date:  May 8, 2007 |
| | ) Time:        9:00 a.m. |
| Defendants. | ) Trial Judge: Susan O. Mollway |
| | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Plaintiff's

SECOND AMENDED NOTICE OF TAKING DEPOSITIONS UPON ORAL

EXAMINATION [Re: Gordon Isoda, Dean Pigao and Wilfred Ihu] was served on

the following parties on  September 12, 2006 in the manner specified below:

DANIEL G. HEMPEY, ESQ.                          U.S. Mail
Law Office of Daniel G. Hempey
3175 Elua Street
Lihue, Hawaii 96766
        Attorney for Plaintiff
        DARLA ABBATIELLO

MICHAEL J. McGUIGAN, ESQ.                       Mjm@roplaw.com
Reinwald O'Connor & Playdon LLP                 and hand-delivery
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
        Attorney for Defendant
        IRVIL KAPUA

DAVID J. MINKIN, ESQ.                           minkin@m4law.com
BECKY T. CHESTNUT, ESQ.                         chestnut@m4law.com
LISA W. CATALDO, ESQ.                           cataldo@m4law.com
KARA M.L. YOUNG, ESQ.                           and hand-delivery
McCorriston Miller Mukai MacKinnon LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
        Attorneys for Defendants
        WILFRED M. IHU, GORDON ISODA
        and DEAN PIGAO

2

LANI D.H. NAKAZAWA, ESQ.                   lnakazawa@kauai.gov
CHRISTIANE L. NAKEA-TRESLER, ESQ.          cntresler@kauai.gov
Office of the County Attorney              and U.S. Mail
4444 Rice Street, Suite 220
Lihue, Hawaii  96766
     Attorneys for Defendants
     COUNTY OF KAUAI and
     KAUAI POLICE DEPARTMENT


CARY T. TANAKA, ESQ.                       carytanaka@aol.com
Fort Street Tower, Suite 510               and hand-delivery
745 Fort Street
Honolulu, Hawaii   96813
     Attorney for Defendant and
     Third-Party Plaintiff K.C. LUM


DATED:  Honolulu, Hawaii, September 12, 2006.


  /s/ John T. Hoshibata
     DANIEL G. HEMPEY
     MARGERY S. BRONSTER
     JOHN T. HOSHIBATA
     JEANNETTE HOLMES CASTAGNETTI
     Attorneys for Plaintiff
     DARLA ABBATIELLO