# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/04/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00562SOM-BMK |
| CASE NAME: | Darla Abbatiello v. County of Kauai |
| ATTYS FOR PLA: | Daniel G. Hempey, John T. Hoshibata |
| ATTYS FOR DEFT: | David J. Minkin, Christiane L. Nakea-Tresler by phone, Michael J. McGuigan, Cary T. Tanaka |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 10/04/2006 | TIME: | 9:30 - 9:43 |

COURT ACTION:   EP: Status Conference Re Trial Date and Discovery Deadline -

New deadlines given:
Plaintiff's expert disclosure moved from 11/6/06 to 12/6/06.
Defendants' expert disclosure moved from 12/6/06 to 1/8/07.
Plaintiff's rebuttal to defendants' expert disclosure moved from 1/4/07 to 2/5/07.
Dispositive motions deadline moved from 12/6/06 to 1/8/07.

Submitted by Richlyn W. Young, courtroom manager