LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY          7535
3175 Elua Street
Lihue, Hawaii  96766
Telephone No.:    (808) 823-0000
Facsimile No.:    (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER     4750
JOHN T. HOSHIBATA          3141
JEANNETTE HOLMES CASTAGNETTI   7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone No.:    (808) 524-5644
Facsimile No.:    (808) 599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>　　　　　Defendants. | ) CIVIL NO. CV04 00562 SOM BMK<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>) [Re: 1) Plaintiff's Notice of Taking<br>) Rule 30(b)(6) Deposition upon Oral<br>) Examination (Representative of County<br>) of Kauai); and 2)  Plaintiff's Notice of<br>) Taking Rule 30(b)(6) Deposition upon<br>) Oral Examination (Representative of<br>) Kauai Police Department)]<br>)<br>) Trial Date:  May 8, 2007<br>) Time:         9:00 a.m.<br>) Trial Judge: Susan O. Mollway |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certify that on October 30, 2006, a true and correct copy of the following documents:

1) Plaintiff's Notice of Taking Rule 30(b)(6) Deposition upon Oral Examination (Representative of County of Kauai); and

2) Plaintiff's Notice of Taking Rule 30(b)(6) Deposition upon Oral Examination (Representative of Kauai Police Department)

was served on the following parties at their last known addresses in the manner specified below:

    DANIEL G. HEMPEY, ESQ.           U.S. Mail
    Law Office of Daniel G. Hempey
    3175 Elua Street
    Lihue, Hawaii 96766
        Attorney for Plaintiff DARLA ABBATIELLO

    MICHAEL J. McGUIGAN, ESQ.        Mjm@roplaw.com
    Reinwald O'Connor & Playdon LLP     and hand-delivery
    Pacific Guardian Center, Makai Tower
    733 Bishop Street, Suite 2400
    Honolulu, Hawaii 96813
        Attorney for Defendant   IRVIL KAPUA

    DAVID J. MINKIN, ESQ.            minkin@m4law.com
    BECKY T. CHESTNUT, ESQ.        chestnut@m4law.com
    LISA W. CATALDO, ESQ.          cataldo@m4law.com
    KARA M.L. YOUNG, ESQ.          and hand-delivery
    McCorriston Miller Mukai MacKinnon LLP
    Five Waterfront Plaza, 4th Floor
    500 Ala Moana Boulevard
    Honolulu, Hawaii 96813
        Attorneys for Defendants WILFRED M. IHU,
        GORDON ISODA and DEAN PIGAO

LANI D.H. NAKAZAWA, ESQ.   lnakazawa@kauai.gov
CHRISTIANE L. NAKEA-TRESLER, ESQ.   cntresler@kauai.gov
Office of the County Attorney   and U.S. Mail
4444 Rice Street, Suite 220
Lihue, Hawaii  96766
    Attorneys for Defendants
    COUNTY OF KAUAI and
    KAUAI POLICE DEPARTMENT

CARY T. TANAKA, ESQ.   carytanaka@aol.com
Fort Street Tower, Suite 510   and hand-delivery
745 Fort Street
Honolulu, Hawaii   96813
    Attorney for Defendant K.C. LUM

DATED:  Honolulu, Hawaii, October 30, 2006.

     /s/ John T. Hoshibata
    DANIEL G. HEMPEY
    MARGERY S. BRONSTER
    JOHN T. HOSHIBATA
    JEANNETTE HOLMES CASTAGNETTI
    Attorneys for Plaintiff
    DARLA ABBATIELLO