LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY          7535
3175 Elua Street
Lihue, Hawaii  96766
Telephone No.:    (808) 823-0000
Facsimile No.:    (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER     4750
JOHN T. HOSHIBATA          3141
JEANNETTE HOLMES CASTAGNETTI   7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone No.:    (808) 524-5644
Facsimile No.:    (808) 599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) [Re: Plaintiff's First Amended Notice |
| | ) of Taking Rule 30(b)(6) Deposition |
| COUNTY OF KAUAI, KAUAI POLICE | ) upon Oral Examination Re: 1) |
| DEPARTMENT, K.C. LUM, WILFRED | ) Representative of County of Kauai; and |
| M. IHU, GORDON ISODA, DEAN | ) 2)  Representative of Kauai Police |
| PIGAO, IRVIL KAPUA, | ) Department] |
| | ) |
| Defendants. | ) Trial Date:  May 8, 2007 |
| | ) Time:         9:00 a.m. |
| | ) Trial Judge: Susan O. Mollway |
| | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certify that on November 1, 2006, a true and correct copy of the following documents:

1) Plaintiff's First Amended Notice of Taking Rule 30(b)(6) Deposition upon Oral Examination (Representative of County of Kauai); and

2) Plaintiff's First Amended Notice of Taking Rule 30(b)(6) Deposition upon Oral Examination (Representative of Kauai Police Department)

was served on the following parties at their last known addresses in the manner specified below:

| | |
|---|---|
| DANIEL G. HEMPEY, ESQ.<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Lihue, Hawaii 96766<br>    Attorney for Plaintiff DARLA ABBATIELLO | U.S. Mail |
| MICHAEL J. McGUIGAN, ESQ.<br>Reinwald O'Connor & Playdon LLP<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, Suite 2400<br>Honolulu, Hawaii 96813<br>    Attorney for Defendant   IRVIL KAPUA | Mjm@roplaw.com<br>and hand-delivery |
| DAVID J. MINKIN, ESQ.<br>BECKY T. CHESTNUT, ESQ.<br>LISA W. CATALDO, ESQ.<br>KARA M.L. YOUNG, ESQ.<br>McCorriston Miller Mukai MacKinnon LLP<br>Five Waterfront Plaza, 4th Floor<br>500 Ala Moana Boulevard<br>Honolulu, Hawaii 96813<br>    Attorneys for Defendants WILFRED M. IHU,<br>    GORDON ISODA and DEAN PIGAO | minkin@m4law.com<br>chestnut@m4law.com<br>cataldo@m4law.com<br>and hand-delivery |

| | |
|---|---|
| LANI D.H. NAKAZAWA, ESQ. | lnakazawa@kauai.gov |
| CHRISTIANE L. NAKEA-TRESLER, ESQ. | cntresler@kauai.gov |
| Office of the County Attorney | and U.S. Mail |
| 4444 Rice Street, Suite 220 | |
| Lihue, Hawaii 96766 | |

    Attorneys for Defendants
    COUNTY OF KAUAI and
    KAUAI POLICE DEPARTMENT

| | |
|---|---|
| CARY T. TANAKA, ESQ. | carytanaka@aol.com |
| Fort Street Tower, Suite 510 | and hand-delivery |
| 745 Fort Street | |
| Honolulu, Hawaii 96813 | |

    Attorney for Defendant K.C. LUM

DATED: Honolulu, Hawaii, November 1, 2006.

    /s/ John T. Hoshibata
    DANIEL G. HEMPEY
    MARGERY S. BRONSTER
    JOHN T. HOSHIBATA
    JEANNETTE HOLMES CASTAGNETTI
    Attorneys for Plaintiff
    DARLA ABBATIELLO