LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY            7535
3175 Elua Street
Lihue, Hawaii  96766
Telephone No.:    (808) 823-0000
Facsimile No.:    (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER       4750
JOHN T. HOSHIBATA             3141
JEANNETTE HOLMES CASTAGNETTI   7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone No.:    (808) 524-5644
Facsimile No.:    (808) 599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) [Re:  Plaintiff's Notice of Taking |
| | ) Depositions upon Oral Examination |
| COUNTY OF KAUAI, KAUAI POLICE | ) [Re:  1) Alejandro Quibilan; 2) Roy |
| DEPARTMENT, K.C. LUM, WILFRED | ) Asher; 3) Darren Rose; and 4) Regina |
| M. IHU, GORDON ISODA, DEAN | ) Ventura] |
| PIGAO, IRVIL KAPUA, | ) |
| | ) |
| Defendants. | ) Trial Date:  May 8, 2007 |
| | ) Time:           9:00 a.m. |
| | ) Trial Judge: Susan O. Mollway |
| | ) |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certify that on November 1, 2006, a true and correct copy of PLAINTIFF'S NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION [RE: 1) ALEJANDRO QUIBILAN; 2) ROY ASHER; 3) DARREN ROSE; AND 4) REGINA VENTURA] was served on the following parties at their last known addresses in the manner specified below:

| | |
|---|---|
| DANIEL G. HEMPEY, ESQ.<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Lihue, Hawaii 96766<br>    Attorney for Plaintiff DARLA ABBATIELLO | U.S. Mail |
| MICHAEL J. McGUIGAN, ESQ.<br>Reinwald O'Connor & Playdon LLP<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, Suite 2400<br>Honolulu, Hawaii 96813<br>    Attorney for Defendant   IRVIL KAPUA | Mjm@roplaw.com<br>and hand-delivery |
| DAVID J. MINKIN, ESQ.<br>BECKY T. CHESTNUT, ESQ.<br>LISA W. CATALDO, ESQ.<br>KARA M.L. YOUNG, ESQ.<br>McCorriston Miller Mukai MacKinnon LLP<br>Five Waterfront Plaza, 4th Floor<br>500 Ala Moana Boulevard<br>Honolulu, Hawaii 96813<br>    Attorneys for Defendants WILFRED M. IHU,<br>    GORDON ISODA and DEAN PIGAO | minkin@m4law.com<br>chestnut@m4law.com<br>cataldo@m4law.com<br>and hand-delivery |

| | |
|---|---|
| LANI D.H. NAKAZAWA, ESQ. | lnakazawa@kauai.gov |
| CHRISTIANE L. NAKEA-TRESLER, ESQ. | cntresler@kauai.gov |
| Office of the County Attorney | and U.S. Mail |
| 4444 Rice Street, Suite 220 | |
| Lihue, Hawaii  96766 | |

    Attorneys for Defendants
    COUNTY OF KAUAI and
    KAUAI POLICE DEPARTMENT

| | |
|---|---|
| CARY T. TANAKA, ESQ. | carytanaka@aol.com |
| Fort Street Tower, Suite 510 | and hand-delivery |
| 745 Fort Street | |
| Honolulu, Hawaii   96813 | |

    Attorney for Defendant K.C. LUM

DATED:  Honolulu, Hawaii, November 1, 2006.


      /s/ John T. Hoshibata
    DANIEL G. HEMPEY
    MARGERY S. BRONSTER
    JOHN T. HOSHIBATA
    JEANNETTE HOLMES CASTAGNETTI
    Attorneys for Plaintiff
    DARLA ABBATIELLO