| | |
|---|---|
| LANI D.H. NAKAZAWA | 1818-0 |
| CHRIATIANE L. NAKEA-TRESLER | 4857-0 |

Office of the County Attorney
4444 Rice Street, Suite 220
Līhuʻe, Hawai`i  96766
Telephone 808-241-6315
Facsimile:  808-241-6319
Email:  lnakazawa@kauai.gov


McCORRISTON MILLER MUKAI MacKINNON LLP

| | |
|---|---|
| DAVID J. MINKIN | 3639-0 |
| BECKY T. CHESTNUT | 7756-0 |

Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i 96813
Telephone:  (808) 529-7300
Facsimile:   (808) 524-8293
Email:  minkin@m4law.com

Attorneys for Defendants COUNTY OF KAUA`I
and KAUA`I POLICE DEPARTMENT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>              Plaintiff,<br>     vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA,<br><br>              Defendants. | CIVIL NO. CV04-00562 SOM BMK<br><br>NOTICE OF APPEARANCE OF CO-COUNSEL FOR DEFENDANTS COUNTY OF KAUA`I AND KAUA`I POLICE DEPARTMENT; CERTIFICATE OF SERVICE<br><br><br><br><br><br>**Trial Date:  May 8, 2007** |

150757.1

K.C. LUM,

       Defendant and
       Third-Party
       Plaintiff,

  vs.

GEORGE FREITAS,

       Third-Party
       Defendant.

NOTICE OF APPEARANCE OF CO-COUNSEL FOR DEFENDANTS
COUNTY OF KAUA`I AND KAUA`I POLICE DEPARTMENT

      McCORRISTON MILLER MUKAI MacKINNON LLP hereby enters its appearance as co-counsel for Defendants COUNTY OF KAUA`I and KAUA`I POLICE DEPARTMENT.

      DATED: Honolulu, Hawai`i, November 29, 2006.

                    /s/ David J. Minkin
                    DAVID J. MINKIN
                    BECKY T. CHESTNUT
                    Attorneys for Defendants
                    COUNTY OF KAUA`I and
                    KAUA`I POLICE DEPARTMENT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>        Plaintiff,<br><br>  vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA,<br><br>        Defendants. | CIVIL NO. CV04-00562 SOM BMK<br><br>CERTIFICATE OF SERVICE |
| K.C. LUM,<br><br>        Defendant and Third-Party Plaintiff,<br><br>  vs.<br><br>GEORGE FREITAS,<br><br>        Third-Party Defendant. | |

150757.1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served on the following on this date as indicated below:

|  | Electronically Via CM/ECF | U.S. Mail |
|---|---|---|
| DANIEL G. HEMPEY, ESQ.<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Lihue, Hawai`i 96766<br>    And |  | X |
| MARGERY S. BRONSTER, ESQ.<br>JOHN HOSHIBATA, ESQ.<br>Bronster Crabtree & Hoshibata<br>Pauahi Tower<br>1001 Bishop Street, Suite 2300<br>Honolulu, Hawai`i 96813 | X |  |
| Attorneys for Plaintiff<br>DARLA ABBATIELLO |  |  |
| MICHAEL J. McGUIGAN, ESQ.<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, 24th Floor<br>Honolulu, Hawai`i 96813 | X |  |
| Attorney for Defendant<br>IRVIL KAPUA |  |  |
| CARY T. TANAKA, ESQ.<br>Fort Street Tower<br>745 Fort Street, Suite 510<br>Honolulu, Hawai`i 96813 | X |  |
| Attorney for Defendant and<br>Third-Party Plaintiff K.C. LUM |  |  |

150757.1

2

DATED:  Honolulu, Hawai`i, November 29, 2006.

/s/ David J. Minkin
DAVID J. MINKIN
BECKY T. CHESTNUT
Attorneys for Defendants
COUNTY OF KAUA`I and
KAUA`I POLICE DEPARTMENT