LANI D.H. NAKAZAWA 1818-0
CHRISTIANE L. NAKEA-TRESLER 4857-0
Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Hawai`i 96766
Telephone: (808) 241-6315
Facsimile: (808) 241-6319
Email: lnakazawa@kauai.gov

Attorneys for Defendants COUNTY OF KAUA`I
and KAUA`I POLICE DEPARTMENT

McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN 3639-0
BECKY T. CHESTNUT 7756-0
KARA M.L. YOUNG 8411-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293
Email: minkin@m4law.com

Attorneys for Defendants COUNTY OF KAUA`I,
KAUA`I POLICE DEPARTMENT, WILFRED M. IHU,
GORDON ISODA and DEAN PIGAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04-00562 SOM BMK |
| | ) | |
| Plaintiff, | ) | DEFENDANTS COUNTY OF |
| | ) | KAUA`I, KAUA`I POLICE |
| vs. | ) | DEPARTMENT, WILFRED M. IHU, |
| | ) | GORDON ISODA AND DEAN |
| COUNTY OF KAUAI, KAUAI | ) | PIGAO'S MOTION FOR |
| POLICE DEPARTMENT, K.C. LUM, | ) | SUMMARY JUDGMENT ON, OR |

139963.2

WILFRED M. IHU, GORDON ) IN THE ALTERNATIVE
ISODA, DEAN PIGAO, IRVIL ) DISMISSAL OF, COUNTS I AND II
KAPUA, ) OF THE FIRST AMENDED
 ) COMPLAINT, AND DISMISSAL
            Defendants. ) OF COUNTS V AND VII OF THE
 ) FIRST AMENDED COMPLAINT;
 ) MEMORANDUM IN SUPPORT OF
 ) MOTION; CERTIFICATE OF
 ) SERVICE
 )
 )
 ) TRIAL:  MAY 8, 2007
 )

## DEFENDANTS COUNTY OF KAUA`I, KAUA`I POLICE DEPARTMENT, WILFRED M. IHU, GORDON ISODA, AND DEAN PIGAO'S MOTION FOR SUMMARY JUDGMENT ON, OR IN THE ALTERNATIVE DISMISSAL OF, COUNTS I AND II OF THE FIRST AMENDED COMPLAINT, AND DISMISSAL OF COUNTS V AND VII OF THE FIRST AMENDED COMPLAINT

Defendants County of Kaua`i, Kaua`i Police Department, Wilfred M. Ihu, Gordon Isoda, and Dean Pigao (collectively "Defendants"), by and through their counsel, McCorriston Miller Mukai MacKinnon LLP, respectfully request that this Court grant summary judgment in their favor as to Counts I and II of the First Amended Complaint, filed on April 21, 2006, or in the alternative, dismiss Counts I and II of the First Amended Complaint.  Following the United States Supreme Court's ruling in Garcetti v. Ceballos, 126 S.Ct. 1951 (2006), Plaintiff Darla Abbatiello ("Plaintiff") is unable to prove any violation of her First Amendment rights, and thus her claims under 42 U.S.C. §§ 1983 and 1985 fail.

139963.2                                    2

Additionally, Defendants are entitled to qualified immunity as to Counts I and II.

Defendants also respectfully request dismissal of Counts V and VII as they are

precluded under Hawai`i's Workers' Compensation Act.

      This motion is brought pursuant to Rules 7, 12, and 56 of the Federal

Rules of Civil Procedure and is supported by the accompanying memorandum of

law, the Defendants' Separate and Concise Statement of Facts and the attached

declaration and exhibits, and the record and files in this case.

      DATED:  Honolulu, Hawai`i, December 12, 2006.


              /s/ David J. Minkin
              DAVID J. MINKIN
              BECKY T. CHESTNUT
              KARA M.L. YOUNG

              Attorneys for Defendants
              COUNTY OF KAUA`I, KAUA`I POLICE
              DEPARTMENT, WILFRED M. IHU,
              GORDON ISODA, and DEAN PIGAO