LANI D.H. NAKAZAWA                     1818-0
CHRISTIANE L. NAKEA-TRESLER            4857-0
Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Hawai`i 96766
Telephone: (808) 241-6315
Facsimile: (808) 241-6319
Email: lnakazawa@kauai.gov

Attorneys for Defendants COUNTY OF KAUA`I
and KAUA`I POLICE DEPARTMENT

McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN                        3639-0
BECKY T. CHESTNUT                      7756-0
KARA M.L. YOUNG                        8411-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293
Email: minkin@m4law.com

Attorneys for Defendants COUNTY OF KAUA`I,
KAUA`I POLICE DEPARTMENT, WILFRED M. IHU,
GORDON ISODA and DEAN PIGAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DARLA ABBATIELLO, | CIVIL NO. CV04-00562 SOM BMK |
| Plaintiff, | DEFENDANTS COUNTY OF KAUA`I, KAUA`I POLICE DEPARTMENT, WILFRED M. IHU, GORDON ISODA, AND DEAN PIGAO'S SEPARATE AND CONCISE STATEMENT OF FACTS |
| vs. | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, | |

139980.1

|  |  |
|---|---|
| WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>            Defendants. | ) IN SUPPORT OF THEIR MOTION<br>) FOR SUMMARY JUDGMENT ON,<br>) OR IN THE ALTERNATIVE<br>) DISMISSAL OF, COUNTS I AND II<br>) OF THE FIRST AMENDED<br>) COMPLAINT, AND DISMISSAL<br>) OF COUNTS V AND VII OF THE<br>) FIRST AMENDED COMPLAINT;<br>) DECLARATION OF DAVID J.<br>) MINKIN; EXHIBITS "A" - "B";<br>) CERTIFICATE OF SERVICE<br>)<br>) **TRIAL: MAY 8, 2007**<br>) |

**DEFENDANTS COUNTY OF KAUA`I, KAUA`I POLICE DEPARTMENT, WILFRED M. IHU, GORDON ISODA, AND DEAN PIGAO'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON, OR IN THE ALTERNATIVE DISMISSAL OF, COUNTS I AND II OF THE FIRST AMENDED COMPLAINT, AND DISMISSAL OF COUNTS V AND VII OF THE FIRST AMENDED COMPLAINT**

Pursuant to Rule 56.1 of the Local Rules of Practice for the United States District Court for the District of Hawai`i, Defendants County of Kaua`i, Kaua`i Police Department, Wilfred M. Ihu, Gordon Isoda, and Dean Pigao (collectively "Defendants") hereby submit their separate and concise statement of facts in support of their Motion for Summary Judgment on, or in the Alternative Dismissal of, Counts I and II of the First Amended Complaint.

| FACTS | EVIDENCE |
|---|---|
| 1.     Plaintiff Darla Abbatiello ("Plaintiff") is employed as a police officer in the Kaua`i Police Department ("KPD"). | 1st Am. Compl. ¶ 13, Decl. of David J. Minkin, Ex. "A." |
| 2.     Plaintiff was a member of the Narcotics Vice Unit of KPD, where her main duties were to investigate drug complaints by gathering information and obtaining and executing search warrants. | 1st Am. Compl. ¶¶ 14-15. |
| 3.     While working in the Vice Unit, Plaintiff investigated A.B., who was a suspected crystal methamphetamine dealer and the "sometime" girlfriend of C.D. | 1st Am. Compl. ¶ 16. |
| 4.     Plaintiff intended to "flip" A.B. to arrest C.D., believed to deal larger quantities of crystal methamphetamine. | 1st Am. Compl. ¶ 17. |
| 5.     On or about December 5, 2003, Plaintiff obtained a search warrant to search A.B.'s residence. | 1st Am. Compl. ¶ 16. |
| 6.     Defendant Sergeant Irvil Kapua ("Kapua") told Plaintiff's commanding officer in the Vice Unit, Lieutenant E.F., that the Vice Unit should not work on either A.B. or C.D. | 1st Am. Compl. ¶ 18. |
| 7.     On or about December 15, 2003, Plaintiff attended a meeting with Kapua and A.B., where Kapua registered A.B. as a confidential informant. | 1st Am. Compl. ¶¶ 19-20. |
| 8.     Plaintiff alleges that when she told Kapua that her main target was C.D., not A.B., Kapua told her that C.D. was "nothing" and "small time." | 1st Am. Compl. ¶ 22. |
| 9.     Plaintiff alleges she served a search warrant on A.B. on December 26, 2003. | 1st Am. Compl. ¶ 23. |

| FACTS | EVIDENCE |
|---|---|
| 10. Plaintiff alleges she served a search warrant on A.B. because A.B. was not acting like a confidential informant. | Defendants' 1st Request for Adms. and Answers to Interr. ("AI") at Interr. 3, Decl. of David J. Minkin, Ex. "A." |
| 11. When Plaintiff questioned A.B., A.B. admitted that she sold crystal methamphetamine with C.D. and further stated that C.D. paid Kapua $6,000.00 to protect A.B. and C.D. | 1st Am. Compl. ¶ 24. |
| 12. Plaintiff alleges that she became severely distressed after receiving the information because Kapua has a reputation for having a violent temper and background. | 1st Am. Compl. ¶ 25. |
| 13. Plaintiff alleges that she felt that she was in a dangerous situation and she feared for her safety. | 1st Am. Compl. ¶ 29; AI at Interr. 1, 4, 6. |
| 14. Plaintiff alleges that on January 2, 2004, she reported to her supervisor, Lieutenant E.F., what A.B. had told her about Kapua and the alleged corruption. | 1st Am. Compl. ¶ 31. |
| 15. Plaintiff alleges that she told Lieutenant E.F. that she feared for her safety. | 1st Am. Compl. ¶ 31; AI at Interr. 4, 6. |
| 16. Plaintiff alleges that Lieutenant E.F. told Defendants Wilfred M. Ihu, then Acting Chief, and Gordon Isoda, then an Assistant Chief, that Plaintiff expressed her fear of Kapua and requested that Kapua stay away from her. | 1st Am. Compl. ¶ 31. |
| 17. On or about January 19, 2004, Plaintiff reported the information she received about Kapua's activities in writing to Lieutenant E.F. | 1st. Am. Compl. ¶ 32; AI at Adm. 47. |
| 18. Lieutenant E.F. reported Plaintiff's information in writing to Ihu. | 1st Am. Compl. ¶ 32. |
| 19. Plaintiff alleges that on or about April 24, 2005, while on duty, she was ordered by Lieutenant O.P. to assist in a strip search of two female arrestees and to photograph them while they were naked. | 1st Am. Compl. ¶ 58. |

| FACTS | EVIDENCE |
|---|---|
| 20.  Lieutenant O.P. indicated to Plaintiff that he had a search warrant to conduct such searches. | 1st Am. Compl. ¶ 58. |
| 21.  Plaintiff assisted in the search of the female arrestees, which yielded negative results for illegal substances or contraband. | 1st Am. Compl. ¶ 59. |
| 22.  Plaintiff believed that it was "unnecessary, humiliating, degrading, and contrary to law" to photograph the two arrestees while they were naked when they had already been searched and produced negative results. | 1st Am. Compl. ¶ 60. |
| 23.  Plaintiff refused to photograph the naked female arrestees under those conditions. | 1st Am. Compl. ¶ 61. |
| 24.  The next day, Plaintiff reported the incident to Sergeant U.V. and Lieutenant E.F. | 1st Am. Compl. ¶ 62. |
| 25.  Plaintiff alleges that on or about May 9, 2005, she reported the above-referenced incident in writing to Defendant Chief K.C. Lum and to the Kaua`i County Police Commission. | 1st Am. Compl. ¶ 63. |
| 26.  Plaintiff admits that she did not personally inform the Police Commission about the above-referenced incident. | AI at Adm. 123. |
| 27.  Plaintiff informally reported the allegations against Kapua because she feared for her safety in the workplace and wanted to know what formal actions to take. | AI at Interr. 1, 4, 6. |
| 28.  Plaintiff was informed by a superior that she must report the allegations against Kapua in writing, and she did so. | AI at Interr. 4, 6, Adm. 78. |
| 29.  Plaintiff admits that she reported Kapua's alleged misconduct because she is "a law enforcement officer and duty bound to report possible criminal activities." | AI at Interr. 9, 11. |
| 30.  Plaintiff claims that she made the report about Kapua's alleged misconduct "as a citizen and resident of Kaua`i" because she was "concerned about persistent allegations of corruption within KPD and wanted to do something about it." | AI at Interr. 9, 11. |

| FACTS | EVIDENCE |
|---|---|
| 31. Plaintiff spoke with a SHOPO representative about the possibility of temporarily transferring out of the Vice unit to work a significant distance away from Kapua. | 1st Am. Compl. ¶ 39. |
| 32. Plaintiff approached Ihu about the subject of temporarily transferring out of the Vice unit to work a significant distance away from Kapua. | 1st Am. Compl. ¶ 39. |
| 33. Plaintiff stated that KPD did not have its own policy against workplace violence at that time but was instead subject to the County of Kaua`i's policy on workplace violence, which Plaintiff alleges had not been followed. | 1st Am. Compl. ¶ 51. |
| 34. Plaintiff lists in her First Amended Complaint the disciplinary actions that should have been taken against Kapua by KPD following her reports. | 1st Am. Compl. ¶¶ 52-53, 55-56, 87. |
| 35. Plaintiff seeks personal recovery for the claims predicated on a violation of her First Amendment Rights, *i.e.*, "general, special, and punitive damages in an amount to be proven at trial" and other injunctive relief related to her employment terms. | 1st Am. Compl. ¶¶ 103, 108, p. 29. |
| 36. Plaintiff does not even allege in the First Amended Complaint that she made her reports in her capacity as a citizen. | 1st Am. Compl., *passim*. |
| 37. The first alleged retaliation occurred on or about April 2, 2004, when Plaintiff was transferred out of the Vice Unit to the Patrol Services Bureau. | 1st Am. Compl., ¶ 41. |
| 38. The final act of alleged retaliation occurred on or about May 25, 2005, when Plaintiff was removed from her position as Field Training Officer. | 1st Am. Compl. ¶ 65. |
| 39. Plaintiff alleges that she was retaliated against by being refused overtime work in the cellblock. | 1st Am. Compl. ¶ 82. |

DATED: Honolulu, Hawai`i, December 12, 2006.

/s/ David J. Minkin
DAVID J. MINKIN
BECKY T. CHESTNUT
KARA M.L. YOUNG

Attorneys for Defendants
COUNTY OF KAUA`I, KAUA`I POLICE
DEPARTMENT, WILFRED M. IHU,
GORDON ISODA, and DEAN PIGAO