IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04-00562 SOM BMK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF DAVID J. |
| | ) | MINKIN; EXHIBITS "A" - "B" |
| vs. | ) | |
| | ) | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF DAVID J. MINKIN

1. I am an attorney with the law firm of McCorriston Miller Mukai MacKinnon LLP, attorneys for Defendants County of Kaua'i, Kaua'i Police Department, Wilfred M. Ihu, Gordon Isoda, and Dean Pigao (collectively "Defendants"). I make this declaration in support of Defendants' Motion for Summary Judgment on, or in the Alternative Dismissal of, Counts I and II of the First Amended Complaint.

2. As a partner at McCorriston Miller Mukai MacKinnon LLP, I have access to records and files kept in the normal course of the business conducted by McCorriston Miller Mukai MacKinnon LLP.

139980.1

3. Attached hereto as Exhibit "A" is a true and correct copy of the First Amended Complaint filed on April 21, 2006, in the above-entitled matter. Exhibit "A" is kept in the normal course of the business conducted by McCorriston Miller Mukai MacKinnon LLP.

4. Attached hereto as Exhibit "B" is a true and correct copy of Plaintiff's Response to Defendants County of Kaua`i and Kaua`i Police Department's First Request for Admissions and Answers to Interrogatories to Plaintiff Darla Abbatiello, dated August 28, 2006.

I declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawai`i, December 12, 2006.

/s/ David J. Minkin
DAVID J. MINKIN