REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

MICHAEL J. McGUIGAN        2433-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii  96813
Telephone:  (808) 524-8350
Facsimile:   (808) 531-8628
E-mail: mjm@roplaw.com

*Attorney for Defendant*
*IRVIL KAPUA*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>             Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>             Defendants. | CIVIL NO. CV04-00562 SOM/BMK<br><br>DEFENDANT IRVIL KAPUA'S SUBSTANTIVE JOINDER TO DEFENDANTS COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION FOR SUMMARY JUDGMENT ON, OR IN THE ALTERNATIVE DISMISSAL OF, COUNTS I AND II OF THE FIRST AMENDED COMPLAINT, AND DISMISSAL OF COUNTS V AND VII OF THE FIRST AMENDED COMPLAINT FILED HEREIN ON DECEMBER 12, 2006; CERTIFICATE OF SERVICE<br><br>Date:   February 6, 2006<br>Time:  9:00 a.m.<br>Judge: Magistrate Susan Oki Mollway<br><br>Trial Date: May 8, 2007 |

DEFENDANT IRVIL KAPUA'S SUBSTANTIVE
JOINDER TO DEFENDANTS COUNTY OF KAUAI,
KAUAI POLICE DEPARTMENT, WILFRED M. IHU,
GORDON ISODA AND DEAN PIGAO'S MOTION FOR
SUMMARY JUDGMENT ON, OR IN THE ALTERNATIVE
DISMISSAL OF, COUNTS I AND II OF THE FIRST AMENDED
COMPLAINT, AND DISMISSAL OF COUNTS V AND VII OF THE
FIRST AMENDED COMPLAINT FILED HEREIN ON DECEMBER 12, 2006

COMES NOW Defendant IRVIL KAPUA, by and through his attorneys, Reinwald O'Connor & Playdon LLP, and hereby substantively join in Defendants County of Kauai, Kauai Police Department, Wilfred M. Ihu, Gordon Isoda and Dean Pigao's Motion for Summary Judgment on, or in the Alternative Dismissal of, Counts I and II of the First Amended Complaint, and Dismissal of Counts V and VII of the First Amended Complaint Filed Herein On December 12, 2006.

DATED: Honolulu, Hawaii, DEC 21 2006.

_____
MICHAEL J. McGUIGAN
*Attorney for Defendant*
*IRVIL KAPUA*

177202/SKS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>　　　　Defendants. | CIVIL NO. CV04-00562 SOM/BMK<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on the following parties at their last known addresses by means indicated below.

DANIEL G. HEMPEY, ESQ.　　　　　　　　U.S. MAIL
Law Office of Daniel G. Hempey
3175 Elua Street
Lihue, Kauai, Hawaii 96766

and

MARGERY S. BRONSTER, ESQ.　　　　　ELECTRONICALLY
JEFF CRABTREE, ESQ.　　　　　　　　　　VIA CM/ECF
Bronster Crabtree & Hoshibata
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
*Attorneys for Plaintiff*

177202/SKS

| | |
|---|---|
| DAVID J. MINKIN, ESQ.<br>McCorriston Miller Mukai MacKinnon<br>P. O. Box 2800<br>Honolulu, Hawaii 96803<br> Attorney for Defendants<br>COUNTY OF KAUAI AND<br>KAUAI POLICE DEPARTMENT<br>WILFRED M. IHU, GORDON ISODA<br>AND DEAN PIGAO | ELECTRONICALLY<br>VIA CM/ECF |
| CARY T. TANAKA, ESQ.<br>745 Fort Street, Suite 510<br>Honolulu, Hawaii 96813<br> Attorney for Defendant<br>K.C. LUM | ELECTRONICALLY<br>VIA CM/ECF |
| LANI D.H. NAKAZAWA, ESQ.<br>CHRISTIANE L. NAKEA-TRESLER, ESQ.<br>Office of the County Attorney<br>4444 Rice Street, Suite 220<br>Lihue, Kauai, Hawaii 96766<br> Attorney for Defendants<br>COUNTY OF KAUAI AND<br>KAUAI POLICE DEPARTMENT | ELECTRONICALLY<br>VIA CM/ECF |

DATED: Honolulu, Hawaii, _____DEC 21 2006_____.

_____[signature]_____
MICHAEL J. McGUIGAN
*Attorney for Defendant*
IRVIL KAPUA

177202/SKS