LAW OFFICES OF CARY T. TANAKA

CARY T. TANAKA        4858-0
DIANE K. AGOR-OTAKE 7751-0
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone:  536-8885
Facsimile:  536-8845
carytanaka@aol.com
dka@hawaii.rr.com

Attorneys for Defendant
K.C. LUM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | CIVIL NO. CV04 00562 SOM BMK |
| Plaintiff, | DEFENDANT K.C. LUM'S JOINDER TO DEFENDANTS COUNTY OF KAUAI, |
| vs. | KAUAI POLICE DEPARTMENT, WILFRED M. IHU, GORDON ISODA |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA, | AND DEAN PIGAO'S MOTION FOR SUMMARY JUDGMENT ON, OR IN THE ALTERNATIVE DISMISSAL OF, COUNTS I AND II OF THE FIRST AMENDED COMPLAINT, AND |
| Defendants. | DISMISSAL OF COUNTS V AND VII OF THE FIRST AMENDED COMPLAINT, FILED HEREIN ON DECEMBER 12, 2006; CERTIFICATE OF SERVICE |
| | Hearing<br>Date: February 6, 2007<br>Time: 9:00 a.m.<br>Judge: The Honorable Susan Oki Mollway |
| | Trial Date: May 8, 2007 |

DEFENDANT K.C. LUM'S JOINDER TO DEFENDANTS COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION FOR SUMMARY JUDGMENT ON, OR IN THE ALTERNATIVE DISMISSAL OF, COUNTS I AND II OF THE FIRST AMENDED COMPLAINT, AND DISMISSAL OF COUNTS V AND VII OF THE <u>FIRST AMENDED COMPLAINT, FILED HEREIN ON DECEMBER 12, 2006</u>

Comes now, Defendant K.C. Lum, by and through his attorneys, and hereby joins in DEFENDANTS COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION FOR SUMMARY JUDGMENT ON, OR IN THE ALTERNATIVE DISMISSAL OF, COUNTS I AND II OF THE FIRST AMENDED COMPLAINT, AND DISMISSAL OF COUNTS V AND VII OF THE FIRST AMENDED COMPLAINT, FILED HEREIN ON DECEMBER 12, 2006.

DATED:  Honolulu, Hawaii, December 21, 2006.

          /s/ Diane K. Agor-Otake
          CARY T. TANAKA
          DIANE K. AGOR-OTAKE
          Attorneys for Defendant
          K.C. LUM