IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

DARLA ABBATIELLO,                    )    CIVIL NO. CV04 00562 SOM BMK
                                     )
            Plaintiff,               )    CERTIFICATE OF SERVICE
                                     )
     vs.                             )
                                     )
COUNTY OF KAUAI, KAUAI               )
POLICE DEPARTMENT, K.C. LUM,         )
WILFRED M. IHU, GORDON ISODA,        )
DEAN PIGAO, and IRVIL KAPUA,         )
                                     )
            Defendants.              )
_____  )

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that, on the date and by the methods of

service noted below, a true and correct copy of the foregoing was

served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

     MARGERY S. BRONSTER, ESQ.    mbronster@bchlaw.net
     JOHN HOSHIBATA, ESQ.     jhoshibata@bchlaw.net
     Suite 2300 Pauahi Tower
     1001 Bishop Street
     Honolulu, Hawaii  96813

     Attorneys for Plaintiff

     DAVID J. MINKIN, ESQ.     minkin@m4law.com
     BECKY T. CHESTNUT, ESQ.    chestnut@m4law.com
     Five Waterfront Plaza, 4th Floor
     500 Ala Moana Boulevard
     Honolulu, Hawaii  96813

     Attorneys for Defendants
     WILFRED M. IHU, GORDON ISODA
     and DEAN PIGAO

MICHAEL J. McGUIGAN, ESQ.        mjm@roplaw.com
Pacific Guardian Center, Makai Tower
733 Bishop Street, 24th Floor
Honolulu, Hawaii  96813

Attorney for Defendant
IRVIL KAPUA


LANI D. H. NAKAZAWA,ESQ.        lnakazawa@kauai.gov
CHRISTIANE L. NAKEA-TRESLER, ESQ.  cntresler@kauai.gov
4444 Rice Street, Suite 220
Lihue, Hawaii  96766

Attorneys for Defendants
COUNTY OF KAUAI and
KAUAI POLICE DEPARTMENT

**Served by First Class Mail:**

DANIEL G. HEMPEY, ESQ.
3175 Elua Street
Lihue, Kauai  96766

Attorney for Plaintiff

DATED:    Honolulu, Hawaii, December 21, 2006.


                                    /s/ Diane K. Agor-Otake
_____   CARY T. TANAKA
                                    DIANE K. AGOR-OTAKE
                                    Attorneys for Defendant
                                    K.C. LUM