REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

MICHAEL J. McGUIGAN      2433-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii  96813
Telephone:  (808) 524-8350
Facsimile:   (808) 531-8628
E-mail:  mjm@roplaw.com

*Attorney for Defendant*
*IRVIL KAPUA*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>　　　　　Defendants. | CIVIL NO. CV04-00562 SOM/BMK<br><br>WITHDRAWAL OF DEFENDANT IRVIL KAPUA'S SUBSTANTIVE JOINDER TO DEFENDANTS COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION FOR SUMMARY JUDGMENT ON, OR IN THE ALTERNATIVE DISMISSAL OF, COUNTS I AND II OF THE FIRST AMENDED COMPLAINT, AND DISMISSAL OF COUNTS V AND VII OF THE FIRST AMENDED COMPLAINT FILED HEREIN ON DECEMBER 12, 2006; CERTIFICATE OF SERVICE<br><br>Date:　　February 6, 2006<br>Time:　　9:00 a.m.<br>Judge:　　Magistrate Susan Oki Mollway<br><br>Trial Date: May 8, 2007 |

WITHDRAWAL OF DEFENDANT IRVIL
KAPUA'S SUBSTANTIVE JOINDER TO
DEFENDANTS COUNTY OF KAUAI, KAUAI
POLICE DEPARTMENT, WILFRED M. IHU, GORDON
ISODA AND DEAN PIGAO'S MOTION FOR SUMMARY
JUDGMENT ON, OR IN THE ALTERNATIVE DISMISSAL
OF, COUNTS I AND II OF THE FIRST AMENDED COMPLAINT,
AND DISMISSAL OF COUNTS V AND VII OF THE FIRST
AMENDED COMPLAINT FILED HEREIN ON DECEMBER 12, 2006

DEFENDANT IRVIL KAPUA, by and through his attorneys Reinwald O'Connor & Playdon, hereby withdraws his Substantive Joinder to Defendants County of Kauai, Kauai Police Department, Wilfred M. Ihu, Gordon Isoda and Dean Pigao's Motion for Summary Judgment on, or in the Alternative Dismissal of, Counts I and II of the First Amended Complaint, and Dismissal of Counts V and VII of the First Amended Complaint Filed Herein On December 12, 2006 and scheduled to be heard on Tuesday, February 6, 2006 at 9:00 a.m. before Magistrate Judge Susan Oki Mollway.

DATED: Honolulu, Hawaii, January 3, 2007.

_____
MICHAEL J. McGUIGAN
*Attorney for Defendant*
*IRVIL KAPUA*

177202/SKS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, <br><br> Defendants. | CIVIL NO. CV04-00562 SOM/BMK <br><br> CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on the following parties at their last known addresses by means indicated below.

DANIEL G. HEMPEY, ESQ.                     U.S. MAIL
Law Office of Daniel G. Hempey
3175 Elua Street
Lihue, Kauai, Hawaii 96766

and

MARGERY S. BRONSTER, ESQ.              ELECTRONICALLY
JEFF CRABTREE, ESQ.                              VIA CM/ECF
Bronster Crabtree & Hoshibata
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
*Attorneys for Plaintiff*

177202/SKS

| | |
|---|---|
| DAVID J. MINKIN, ESQ.<br>McCorriston Miller Mukai MacKinnon<br>P. O. Box 2800<br>Honolulu, Hawaii 96803<br> Attorney for Defendants<br> COUNTY OF KAUAI AND<br> KAUAI POLICE DEPARTMENT<br> WILFRED M. IHU, GORDON ISODA<br> AND DEAN PIGAO | ELECTRONICALLY<br>VIA CM/ECF |
| CARY T. TANAKA, ESQ.<br>745 Fort Street, Suite 510<br>Honolulu, Hawaii 96813<br> Attorney for Defendant<br> K.C. LUM | ELECTRONICALLY<br>VIA CM/ECF |
| LANI D.H. NAKAZAWA, ESQ.<br>CHRISTIANE L. NAKEA-TRESLER, ESQ.<br>Office of the County Attorney<br>4444 Rice Street, Suite 220<br>Lihue, Kauai, Hawaii 96766<br> Attorney for Defendants<br> COUNTY OF KAUAI AND<br> KAUAI POLICE DEPARTMENT | ELECTRONICALLY<br>VIA CM/ECF |

DATED: Honolulu, Hawaii, _January 3, 2007_.

_____
MICHAEL J. McGUIGAN
*Attorney for Defendant*
*IRVIL KAPUA*

177202/SKS