LAW OFFICES OF CARY T. TANAKA

CARY T. TANAKA        4858-0
DIANE K. AGOR-OTAKE 7751-0
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone:  536-8885
carytanaka@aol.com
dka@hawaii.rr.com

Attorneys for Defendant
K.C. LUM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>            Plaintiff,<br><br>     vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA,<br><br>            Defendants. | CIVIL NO. CV04 00562 SOM BMK<br><br>DEFENDANT K.C. LUM'S MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE |

DEFENDANT K.C. LUM'S MOTION FOR SUMMARY JUDGMENT

Comes now, Defendant K.C. Lum ("Defendant Lum"), by his attorneys, and hereby moves this Honorable Court for an order granting summary judgment on all claims brought against Defendant Lum in the above-referenced case.

This motion is made pursuant to Rules 7 and 56, Federal Rules of Civil Procedure, and is supported based upon the

memorandum in support of motion, Defendant Lum's Separate and Concise Statement of Facts and the declaration and exhibits attached thereto, as well as upon the record and file in this case.

    DATED: Honolulu, Hawaii, January 4, 2007.

                                      /s/ Cary T. Tanaka
                                      CARY T. TANAKA
                                      DIANE K. AGOR-OTAKE
                                      Attorneys for Defendant
                                      K.C. LUM