IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04 00562 SOM BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

MARGERY S. BRONSTER, ESQ.          mbronster@bchlaw.net
JOHN HOSHIBATA, ESQ.               jhoshibata@bchlaw.net
Suite 2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813

Attorneys for Plaintiff

DAVID J. MINKIN, ESQ.              minkin@m4law.com
BECKY T. CHESTNUT, ESQ.            chestnut@m4law.com
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii  96813

Attorneys for Defendants
WILFRED M. IHU, GORDON ISODA
and DEAN PIGAO

MICHAEL J. McGUIGAN, ESQ.      mjm@roplaw.com
Pacific Guardian Center, Makai Tower
733 Bishop Street, 24th Floor
Honolulu, Hawaii  96813

Attorney for Defendant
IRVIL KAPUA


LANI D. H. NAKAZAWA, ESQ.           lnakazawa@kauai.gov
CHRISTIANE L. NAKEA-TRESLER, ESQ.   cntresler@kauai.gov
4444 Rice Street, Suite 220
Lihue, Hawaii  96766

Attorneys for Defendants
COUNTY OF KAUAI and
KAUAI POLICE DEPARTMENT

**Served by First Class Mail:**

DANIEL G. HEMPEY, ESQ.
3175 Elua Street
Lihue, Kauai  96766

Attorney for Plaintiff

DATED:   Honolulu, Hawaii, January 4, 2007.


　　　　　　　　　　　　　　　　/s/ Cary T. Tanaka
　　　　　　　　　　　　　　　　CARY T. TANAKA
　　　　　　　　　　　　　　　　DIANE K. AGOR-OTAKE
　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　K.C. LUM