IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>    Plaintiff,<br><br>  vs.<br><br>COUNTY OF KAUAI, KAUAI<br>POLICE DEPARTMENT, K.C. LUM,<br>WILFRED M. IHU, GORDON ISODA,<br>DEAN PIGAO, and IRVIL KAPUA,<br><br>    Defendants. | CIVIL NO. CV04 00562 SOM BMK<br><br>DECLARATION OF CARY T. TANAKA |

DECLARATION OF CARY T. TANAKA

I, CARY T. TANAKA, hereby declare as follows:

1. I am one of the counsel for Defendant K.C. Lum ("Defendant Lum") in the above-entitled matter and have personal knowledge as to the matters set forth below.

2. In this case, Plaintiff's counsel deposed numerous individuals employed by either the County of Kauai or the Kauai Police Department, including, but not limited to, Wilfred Ihu, Gordon Isoda, and Dean Pigao.

3. Attached hereto as Exhibit "A" is a true and correct copy of the First Amended Complaint filed herein on April 21, 2006.

4. Attached hereto as Exhibit "B" is a true and correct copy of excerpts of Plaintiff's Response to Defendants County of Kauai and Kauai Police Department's First Request for Admissions

and Answers to Interrogatories to Plaintiff Darla Abbatiello, dated August 28, 2006.

5. Attached hereto as Exhibit "C" is a true and correct copy of excerpts of Wilfred Ihu's deposition, taken on October 14, 2006.

6. Exhibit "D" is not attached hereto as it consists of the following confidential documents produced by the County of Kauai: bates nos. 1109-1118, 1121-1124, 2810, and 2819. Pursuant to the Stipulation and Order Governing Confidentiality of Documents, filed herein on June 2, 2005, counsel for Defendant Lum has submitted to the Court Defendant K.C. Lum's *Ex Parte* Motion for an Order Allowing Exhibit "D" to Defendant K.C. Lum's Separate and Concise Statement of Facts in Support of Defendant K.C. Lum's Motion for Summary Judgment, filed on January 4, 2007, to be Filed Under Seal.

7. Attached hereto as Exhibit "E" is a true and correct copy of excerpts of Wesley Kaui's deposition, taken on November 7, 2006.

8. Attached hereto as Exhibit "F" is a true and correct copy of excerpts of Paul Kanoho's deposition, taken on November 8, 2006.

9. Attached hereto as Exhibit "G" is a true and correct copy of County of Kauai produced document bates no. 635.

10.   I, CARY T. TANAKA, do declare under penalty of law that the foregoing is true and correct.

DATED:  Honolulu, Hawaii, January 4, 2007.

        /s/ Cary T. Tanaka
        CARY T. TANAKA