RECEIVED

LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY                          7535
3175 Elua Street
Lihue, Hawaii 96766
Telephone No.:  (808) 823-0000
Facsimile No.:  (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER              4750
JOHN HOSHIBATA                        3141
JEANNETTE HOLMES CASTAGNETTI  7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No.:  (808) 524-5644
Facsimile No.:  (808) 599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04 00562 SOM BMK |
| | ) | |
| Plaintiff, | ) | PLAINTIFF'S RESPONSE TO |
| | ) | DEFENDANTS COUNTY OF |
| vs. | ) | KAUA'I AND KAUA'I POLICE |
| | ) | DEPARTMENT'S FIRST REQUEST |
| COUNTY OF KAUA'I, KAUA'I | ) | FOR ADMISSIONS AND ANSWERS |
| POLICE DEPARTMENT, K.C. | ) | TO INTERROGATORIES TO |
| LUM, WILFRED M. IHU, | ) | PLAINTIFF DARLA ABBATIELLO |
| GORDON ISODA, DEAN PIGAO, | ) | Trial Date:  May 8, 2007 |
| IRVIL KAPUA, | ) | Time:         9:00 a.m. |
| Defendants. | ) | Judge:        Susan O. Mollway |

**EXHIBIT B**

**PLAINTIFF'S RESPONSE TO DEFENDANTS COUNTY OF KAUA'I AND KAUA'I POLICE DEPARTMENT'S FIRST REQUEST FOR ADMISSIONS AND ANSWERS TO INTERROGATORIES TO PLAINTIFF DARLA ABBATIELLO (dated June 30, 2006)**

Plaintiff Darla Abbatiello ("Plaintiff") by and through her attorneys, Bronster Crabtree & Hoshibata and the Law Office of Daniel G. Hempey, pursuant to Rules 33 and 36 of the Federal Rules of Civil Procedure, responds to Defendants County of Kaua'i and Kaua'i Police Department's First Request for Admissions and Answers to Interrogatories to Plaintiff Darla Abbatiello (dated June 30, 2006) ("Request") as follows:

This response to the Request is made to the best of Plaintiff's knowledge, information and belief. This response is subject at all times to such additional or different information that discovery or further investigation may disclose and, while based on the present state of information available to Plaintiff, is subject to such refreshing of recollection and such additional knowledge of facts as may result from further discovery or investigation.

## General Objections

1. Plaintiff objects to the Requests for Admission and Interrogatories to the extent they seek information protected by the attorney-client privilege, the work product doctrine and any other applicable privilege, and no such information will be provided. By responding to the Requests for Admission and Interrogatories,

Plaintiff does not waive, intentionally or otherwise, her attorney-client privilege, work product doctrine protection, or any other privilege or doctrine protecting her communications, transactions or records from disclosure, and therefore, provision of information inconsistent with the foregoing is wholly by mistake and not a waiver of any such privilege or protection.

2. Plaintiff objects to Defendants County of Kaua'i and Kaua'i Police Department's interrogatories to the extent they exceed the twenty-five interrogatories permitted to be propounded by Defendants, *collectively,* and attempt to impose obligations which exceed the requirements of the Federal Rules of Civil Procedure and other applicable laws.

3. The Responses to the Requests for Admissions and Interrogatories are made without in any way waiving, but rather, intending to preserve and preserving:

    a.    All objections of Plaintiff as to competency, relevancy, materiality and admissibility of the responses to the Requests for Admission and Interrogatories or the subject matter thereof;

    b.    All rights of Plaintiff to object on any grounds to the use of any of said responses, or the subject matter thereof, in any subsequent proceedings, including the trial of this or any other action; and

    c.    All rights of Plaintiff to object on any grounds to any requests for further responses to these or any other Requests for Admissions or

Interrogatories, or any other discovery requests involving or related to the subject matter of these Interrogatories.

4.   Plaintiff objects to each of the Requests for Admission to the extent that any or all of them purport to request information outside the possession, custody or control of Plaintiff on the grounds that they are overly broad and unduly burdensome and seek information that is outside the possession, custody or control of Plaintiff.

5.   Plaintiff objects to each of the Requests for Admission to the extent that any or all of them contain compound questions that Plaintiff may not be able to either categorically admit or deny.

6.   Each of the specific responses set forth below is subject to and incorporates these general objections.

DATED: Honolulu, Hawaii, 8/28/06, 2006.

_____
Margery S. Bronster
John Hoshibata
Jeannette H. Castagnetti
Daniel G. Hempey
Attorneys for Plaintiff
DARLA ABBATIELLO

8. You were on-duty as a KPD officer on or about December 23, 2003 when you served the search warrant on A.B.

   Admit _____    Deny __X__

9. You were on-duty as a KPD officer on or about December 26, 2003, when you arrested A.B.

   Admit __X__    Deny _____

10. You were on-duty as a KPD officer on or about December 26, 2003 when you questioned A.B.

    Admit __X__    Deny _____

11. You were on-duty as a KPD officer on or about December 26, 2003 when A.B. told you about Kapua and the alleged corruption.

    Admit __X__    Deny _____

12. You were on-duty as a KPD officer on or about January 2, 2004, when you reported to your supervisor or superior officer what A.B. told you about Kapua and the alleged corruption.

    Admit __X__    Deny _____

13. Prior to December 5, 2003, you were aware of Kapua's "reputation for having a violent temper and background."

    Admit __X__    Deny _____

14. When you obtained the search warrant, on or about December 5, 2003, for A.B., you were aware of Kapua's "reputation for having a violent temper and background."

    Admit __X__    Deny _____

6

Interrogatory No. 1

1. If your responses to Requests for Admission numbers 19 through 26 were anything other than unqualified admissions, state the date you reported that you feared for your safety at work because of Kapua, identify the supervisor or superior officer you reported to, and state what you said.

   Answer:

Plaintiff objects to this interrogatory on the grounds that it exceeds the 25 interrogatory limit. Plaintiff also objects on the grounds that this interrogatory seeks to expand Plaintiff's duties to respond beyond those set forth in FRCP 33(a). However, Plaintiff was forced to agree to respond to this interrogatory in order to get additional time to respond to Defendants County of Kauai and Kauai Police Department's First Request for Admissions. Plaintiff reserves her rights to object to any further interrogatories propounded upon her.

*Jeannette Holmes Castagnetti*

Without waiving said objections and without limitation, Plaintiff responds as follows:

   I do not recall exactly when I reported to my supervisors or superior officers that I feared for my safety at work because of Sergeant Kapua.

   Between December 10 and December 14, 2003, I reported on several different occasions to Lieutenant E.F. and G.H. that I was scared because Sergeant Kapua was calling me and following me. I do not remember the exact dates.

   On or about December 15, 2003, I reported to Lieutenant E.F. and G.H. that I did not want to get involved with Sergeant Kapua because I feared for my safety and that I did not want Sergeant Kapua involved in my investigation.

   On or about December 16, 2003, I reported to Lieutenant E.F. and expressed my concern that Sergeant Kapua had registered

10

A.B. as a confidential informant. I also expressed that I did not want to work with Sergeant Kapua and pointed out that he should not be involved in Vice investigations.

Sometime between December 15 and 26, 2003, I reported to Lieutenant E.F. that Sergeant Kapua asked me to provide Vice funds to pay off A.B.'s drug debt in exchange for information. I stated that I was uncomfortable with Sergeant Kapua approaching me and was scared for my safety.

Sometime between December 15 and 26, 2003, I reported to Lieutenant E.F. that Sergeant Kapua had told me C.D. knew that A.B. was a confidential informant. I stated that I was concerned about the breach in my investigation of C.D. I also believed that Sergeant Kapua did not have authority to register A.B. as a confidential informant.

On or about December 24, 2003, I reported to several officers (I don't remember exactly who) that I was concerned because Sergeant Kapua had somehow found out that I was planning to serve a search warrant on A.B.

On or about December 26, 2003, I reported to O.P. about what A.B. had told me, that I was afraid, and asked him what I should do about it.

Sometime between December 26, 2003 and January 2, 2004, I talked with Lieutenant E.F. (while he was on vacation) about what A.B. had told me, that I was afraid and asked what I should do about it.

Sometime between December 26, 2003 and January 2, 2004, I talked with K.L. I generally described the report from A.B., told him that I was afraid and asked him what I should do about it.

On several different occasions, I can't remember the dates, I spoke directly with then-Acting Chief Ihu about A.B.'s allegations. I told Acting Chief Ihu what A.B. had told me and that I was afraid of Sergeant Kapua.

11

41. On December 30, 2003, you did not report to any of your supervisors or superior officers what A.B. had told you about Kapua and the alleged corruption.

    Admit_____    Deny X____

42. On December 31, 2003, you did not report to any of your supervisors or superior officers what A.B. had told you about Kapua and the alleged corruption.

    Admit_____    Deny X____

43. On January 1, 2004, you did not report to any of your supervisors or superior officers what A.B. had told you about Kapua and the alleged corruption.

    Admit_____    Deny X____

Interrogatory No. 4

4. If your responses to Requests for Admission Numbers 37-43 were anything other than unqualified admissions, state the date you reported what A.B. told you about Kapua and the alleged corruption, identify the supervisor or superior officer you reported to, and state what you told them and what they told you.

    Answer:

Plaintiff objects to this interrogatory on the grounds that it exceeds the 25 interrogatory limit. Plaintiff also objects on the grounds that this interrogatory seeks to expand Plaintiff's duties to respond beyond those set forth in FRCP 33(a) and further objects because it is compound. However, Plaintiff was forced to agree to respond to this interrogatory in order to get additional time to respond to Defendants County of Kauai and Kauai Police Department's First Request for Admissions. Plaintiff reserves her rights to object to any further interrogatories propounded upon her.

_____
Jeannette Holmes Castagnetti

17

Without waiving said objections, and without limitation, Plaintiff responds as follows:

On December 26, 2003, I reported to O.P. about what A.B. said regarding the alleged corruption. I asked him what I should do. O.P. stated that I should wait until my immediate supervisor, Lieutenant E.F., got back from vacation and report it to him (E.F.).

Sometime between December 26, 2003 and January 2, 2004, but not on December 28, 2003 because I was in the hospital, I talked with K.L. I generally described the report from A.B., told him that I was afraid, and asked what I should do about it. K.L. told me that I was required to make a formal report of any allegation of corruption.

Sometime between December 26, 2003 and January 2, 2004, but not on December 28, 2003 because I was in the hospital, I talked with Lieutenant E.F. (while he was still on vacation) about what A.B. had told me, that I was afraid, and asked what I should do about it. Lieutenant E.F. told me to wait until he got back from vacation.

On several different occasions, I can't remember the dates, I spoke directly with then-Acting Chief Ihu about A.B.'s allegations. I told Acting Chief Ihu what A.B. had told me and that I was afraid of Sergeant Kapua.

Requests for Admission Nos. 44-47

44. You reported on or about January 2, 2004, to your supervisor or superior officer what A.B. told you about Kapua and the alleged corruption.

   Admit __X__      Deny_____

45. When you reported about January 2, 2004, to your supervisor or superior officer what A.B. told you about Kapua and the alleged corruption, this was the first time you made this report to a supervisor or superior officer.

   Admit ____      Deny __X__

18

Interrogatory No. 6

6. If any of your responses to Requests for Admissions Numbers 48-55 were anything other than unqualified admissions, state the date(s) that you made an effort to inform a supervisor or superior officer of what A.B. had told you about Kapua and the alleged corruption, identify the supervisor or superior officers, and describe the actions that you took to inform the supervisor or superior officer and why you were unsuccessful in making a complete report.

Answer:

Plaintiff objects to this interrogatory on the grounds that it exceeds the 25 interrogatory limit. Plaintiff also objects on the grounds that this interrogatory seeks to expand Plaintiff's duties to respond beyond those set forth in FRCP 33(a) and further objects because it is compound. However, Plaintiff was forced to agree to respond to this interrogatory in order to get additional time to respond to Defendants County of Kauai and Kauai Police Department's First Request for Admissions. Plaintiff reserves her rights to object to any further interrogatories propounded upon her.

*Jeannette Holmes Castagnetti*

Without waiving said objections, and without limitation, Plaintiff responds as follows:

On December 26, 2003, I reported to O.P. about what A.B. said regarding the alleged corruption. I asked him what I should do. O.P. stated that I should wait until my immediate supervisor, Lieutenant E.F., got back from vacation and report it to him (E.F.).

Sometime between December 26, 2003 and January 2, 2004, but not on December 28, 2003 because I was in the hospital, I talked with K.L. I generally described the report from A.B., told him that I was afraid, and asked what I should do about it. K.L. told me that I was required to make a formal report of any allegation of corruption.

21

Sometime between December 26, 2003 and January 2, 2004, but not on December 28, 2003 because I was in the hospital, I talked with Lieutenant E.F. (while he was still on vacation) about what A.B. had told me, that I was afraid, and asked what I should do about it. Lieutenant E.F. told me to wait until he got back from vacation.

On several different occasions, I can't remember the dates, I spoke directly with then-Acting Chief Ihu about A.B.'s allegations. I told Acting Chief Ihu what A.B. had told me and that I was afraid of Sergeant Kapua.

Requests for Admission Nos. 56-62

56. On December 26, 2003, you could have informed a supervisor or superior officer of what A.B. had told you about Kapua and the alleged corruption.

   Admit __X__                    Deny _____

Plaintiff objects on the grounds that "could have informed a supervisor or superior office" is vague and ambiguous.

                                       _____
                                       Jeannette Holmes Castagnetti

Without waiving her objections, Plaintiff admits.

57. On December 27, 2003, you could have informed a supervisor or superior officer of what A.B. had told you about Kapua and the alleged corruption.

   Admit __X__                    Deny _____

Plaintiff objects on the grounds that "could have informed a supervisor or superior office" is vague and ambiguous.

                                       _____
                                       Jeannette Holmes Castagnetti

Without waiving her objections, Plaintiff admits.

22

Interrogatory No. 7

7. If any of your responses to Requests for Admissions Numbers 56-62 were anything but unqualified admissions, explain why you could not inform a single supervisor or superior officer in KPD of what A.B. had told you about Kapua and the alleged corruption from any point from December 26, 2003 to January 1, 2004.

Answer:

Plaintiff objects to this interrogatory on the grounds that it exceeds the 25 interrogatory limit. Plaintiff also objects on the grounds that this interrogatory seeks to expand Plaintiff's duties to respond beyond those set forth in FRCP 33(a) and further objects because it is compound. However, Plaintiff was forced to agree to respond to this interrogatory in order to get additional time to respond to Defendants County of Kauai and Kauai Police Department's First Request for Admissions. Plaintiff reserves her rights to object to any further interrogatories propounded upon her.

_____
Jeannette Holmes Castagnetti

Without waiving said objections and without limitations, Plaintiff responds as follows:

I could have and, in fact, did report to my supervisors and superior officers about the information provided to me by A.B. regarding Kapua's alleged corruption. See also responses to Interrogatories Nos. 1, 4, and 6. I did not and could not report the information on December 28, 2003 because I was in the hospital because of the stress related to this incident.

On several different occasions, I can't remember the dates, I spoke directly with then-Acting Chief Ihu about A.B.'s allegations. I told Acting Chief Ihu what A.B. had told me and that I was afraid of Sergeant Kapua.

25

76. On or about January 2, 2004, the primary reason you reported to your supervisor or superior officer what A.B. told you about Kapua and the alleged corruption, was that you feared for your safety at work.

    Admit_____                                    Deny X____

77. On or about January 2, 2004, the only reason you reported to your supervisor or superior officer what A.B. told you about Kapua and the alleged corruption, was that you feared for your safety at work.

    Admit_____                                    Deny X____

Interrogatories Nos. 9-10

9. If your response to Request for Admission Numbers 68-77 was anything other than an unqualified admission, state the other reasons that on or about January 2, 2004, you reported to your supervisor or superior what A.B. told you about Kapua and the alleged corruption.

    Answer:

    Plaintiff objects to this interrogatory on the grounds that it exceeds the 25 interrogatory limit. Plaintiff also objects on the grounds that this interrogatory seeks to expand Plaintiff's duties to respond beyond those set forth in FRCP 33(a) and further objects because it is compound. However, Plaintiff was forced to agree to respond to this interrogatory in order to get additional time to respond to Defendants County of Kauai and Kauai Police Department's First Request for Admissions. Plaintiff reserves her rights to object to any further interrogatories propounded upon her.

    *Jeannette Holmes Castagnetti*

    Without waiving said objections, and without limitation, Plaintiff responds as follows:

    There are a number of reasons why I reported the purported misconduct and corruption to my supervisors and superior officers. Not only am I a law enforcement officers and duty bound to report possible criminal activities, but as a citizen and resident of Kauai, I reported the

29

information because I was concerned about persistent allegations of corruption within KPD and wanted to do something about it. I think Kauai deserves an ethical and honest KPD. In addition, I feared for my safety and feared that Kapua would retaliate against me for making the report.

10. State all the facts supporting the other reasons you provided in Interrogatory Number 9, for reporting on or about January 2, 2004, to your supervisor or superior officer what A.B. told you about Kapua and the alleged corruption.

   Answer:

Plaintiff objects to this interrogatory on the grounds that it exceeds the 25 interrogatory limit. Plaintiff also objects on the grounds that this interrogatory seeks to expand Plaintiff's duties to respond beyond those set forth in FRCP 33(a) and further objects because it is compound and because it asks for "all" the facts, some of which Plaintiff may not recall at this time. However, Plaintiff was forced to agree to respond to this interrogatory in order to get additional time to respond to Defendants County of Kauai and Kauai Police Department's First Request for Admissions. Plaintiff reserves her rights to object to any further interrogatories propounded upon her.

_____
Jeannette Holmes Castagnetti

Without waiving said objections, and without limitation, Plaintiff responds as follows:

See response to Interrogatory No. 9.

Requests for Admission Nos. 78-81

78. On or about January 19, 2004, when you reported in writing to your supervisor or superior officer what A.B. told you about Kapua and the alleged corruption, you feared for your safety at work.

   Admit  X          Deny_____

30

79. On or about January 19, 2004, you reported in writing to your supervisor or superior officer what A.B. told you about Kapua and the alleged corruption because you feared for your safety at work.

   Admit_____          Deny  X

80. On or about January 19, 2004, the primary reason you reported in writing to your supervisor or superior officer what A.B. told you about Kapua and the alleged corruption was that you feared for your safety at work.

   Admit_____          Deny X

81. On or about January 19, 2004, the only reason you reported in writing to your supervisor or superior officer what A.B. told you about Kapua and the alleged corruption was that you feared for your safety at work.

   Admit_____          Deny X

Interrogatories Nos. 11-12

11. If your response to Request for Admission Numbers 78-81 was anything other than an unqualified admission, state the other reasons that on or about January 19, 2004, you reported in writing to your supervisor or superior officer what A.B. told you about Kapua and the alleged corruption.

   Answer:

   **Plaintiff objects to this interrogatory on the grounds that it exceeds the 25 interrogatory limit. Plaintiff also objects on the grounds that this interrogatory seeks to expand Plaintiff's duties to respond beyond those set forth in FRCP 33(a) and further objects because it is compound. However, Plaintiff was forced to agree to respond to this interrogatory in order to get additional time to respond to Defendants County of Kauai and Kauai Police Department's First Request for Admissions.**

31

Plaintiff reserves her rights to object to any further interrogatories propounded upon her.

*Jeannette Holmes Castagnetti*

Without waiving said objections, and without limitation, Plaintiff responds as follows:

See response to Interrogatory No. 9.

12. State all the facts supporting the other reasons you provided in Interrogatory Number 11, for reporting in writing on or about January 19, 2004, to your supervisor or superior officer what A.B. told you about Kapua and the alleged corruption.

   Answer:

Plaintiff objects to this interrogatory on the grounds that it exceeds the 25 interrogatory limit. Plaintiff also objects on the grounds that this interrogatory seeks to expand Plaintiff's duties to respond beyond those set forth in FRCP 33(a) and further objects because it is compound and because it asks for "all" the facts, some of which Plaintiff may not recall at this time. However, Plaintiff was forced to agree to respond to this interrogatory in order to get additional time to respond to Defendants County of Kauai and Kauai Police Department's First Request for Admissions. Plaintiff reserves her rights to object to any further interrogatories propounded upon her.

*Jeannette Holmes Castagnetti*

Without waiving said objections, and without limitation, Plaintiff responds as follows:

See response to Interrogatory No. 9.

32

## VERIFICATION

STATE OF HAWAI'I            )
                            ) SS:
COUNTY OF KAUA'I            )

DARLA ABBATIELLO, being first duly sworn on oath, deposes and states that she has read the foregoing responses to requests for admission and interrogatories and that the same are true to the best of her knowledge and belief.

_____
DARLA ABBATIELLO

Subscribed and sworn to before me this 28th day of August, 2006.

_____
Notary Public, State of Hawaii
Printed Name: Guanalyn G. Ong

My commission expires: 8-28-09

46