1                IN THE UNITED STATES DISTRICT COURT

2                        STATE OF HAWAII

3

4    DARLA ABBATIELLO,                ) CIVIL NO. CV04 00562 SOM BMK

5                  Plaintiff,         )

6            vs.                      )

7    COUNTY OF KAUAI; KAUAI POLICE    )

8    DEPARTMENT; K.C. LUM,            )

9    WILFRED M. IDA; GORDON ISODA;    ) Trial Date:  May 8, 2007

10   DEAN PIGAO; IRVIL KAPUA,         ) Time   :    9:00 a.m.

11                  Defendants.       ) Trial Judge: Susan O.

12   _____ )              Mollway

13

14              DEPOSITION OF WESLEY KAUI

15   Taken on behalf of PLAINTIFF DARLA ABBATIELLO, at the offices of

16   Ralph Rosenberg Court Reporters, Inc., c/o Hale & Goldberg,

17   Lihu`e Plantation Bldg., 2970 Kele Street, Suite 220, Lihu`e,

18   Hawai`i 96766, commencing at 2:15 p.m., on Tuesday, November 7,

19   2006, pursuant to notice.

20

21   BEFORE:    JOY C. TAHARA, RPR, CSR 408

22              Notary Public, State of Hawai`i

23

24

25                    EXHIBIT E

1                        A P P E A R A N C E S

2

3    FOR PLAINTIFF                    DANIEL G. HEMPEY, ESQ.
     DARLA ABBATIELLO:                Law Office of Daniel G.
4                                     Hempey
                                      3175 Elua Street
5                                     Lihu`e, Hawai`i 96766
                                      Tel. (808) 823-0000
6                                     Fax. (808) 632-2332
                                      hemplaw@hawaii.rr.com
7
                                      JOHN HOSHIBATA, ESQ.
8                                     Bronster Crabtree & Hoshibata
                                      2300 Pauahi Tower
9                                     1001 Bishop Street
                                      Honolulu, Hawai`i 96813
10                                    Tel. (808) 524-5644
                                      Fax. (808) 599-1881
11                                    jhoshibata@bchlaw.net

12   FOR DEFENDANTS COUNTY OF         CHRISTIANE L. NAKEA-TRESLER,
     KAUAI; KAUAI POLICE              ESQ.
13   DEPARTMENT:                      Office of the County Attorney
                                      4444 Rice Street
14                                    Suite 220
                                      Lihu`e, Hawai`i 96766
15                                    cntresler@kauai.gov

16   FOR DEFENDANT AND THIRD-PARTY    CARY T. TANAKA, ESQ.
     PLAINTIFF K.C. LUM:              Law Offices of Cary Tanaka
17                                    Fort Street Tower, Suite 510
                                      745 Fort Street
18                                    Honolulu, Hawai`i 96813
                                      carytanaka@aol.com
19

20   FOR DEFENDANTS WILFRED M.        DAVID J. MINKIN, ESQ.
     IHU, GORDON ISODA, and DEAN      McCorriston Miller Mukai
21   PIGAO:                           MacKinnon LLP
                                      Five Waterfront Plaza,
22                                    4th Floor
                                      500 Ala Moana Blvd.
23                                    Honolulu, Hawai`i 96813
                                      minkin@m4law.com
24

25

1                          A P P E A R A N C E S
2                              (Continued)

3

      FOR DEFENDANT IRVIL KAPUA:          MICHAEL J. McGUIGAN, ESQ.
4                                         Reinwald O'Connor & Playdon
                                          LLP
5                                         Pacific Guardian Tower, Makai
                                          Tower
6                                         733 Bishop Street, Suite 2400
                                          Honolulu Hawai`i 96813
7                                         Mjm@roplaw.com

8

9     NOTE:  All individuals present in Kaua`i EXCEPT for John
      Hoshibata and Michael McGuigan who attended via land line,
10    conference call.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                              I N D E X

2   EXAMINATION                                          PAGE

3           MR. HEMPEY                                     5
            MR. MINKIN                                    20
4           MR. McGUIGAN                                  20

5

6                          E X H I B I T S

    NO.     DESCRIPTION                                  PAGE
7
            (None)
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

14:22:00  1          Q.   Were any other members of Kauai Police Department

2:07  2    subjects or targets in that investigation, to your knowledge?

14:22:11  3          A.   Yes, sir.

14:22:12  4          Q.   Who?

14:22:13  5          A.   Sgt. Wes Perreira, Sgt. Larry Stem, and --.  Stem,

14:22:13  6    Perreira, and --.  Who's the third guy involved in that?

14:22:42  7          Q.   You can't remember the other one right now?

14:22:44  8          A.   No.

14:22:44  9          Q.   Does the name Channing Tada ring a bell?

14:22:46  10         A.   Oh, yeah, Channing.  Sorry about that.  There's so

14:22:50  11   many guys in that Narcotics unit; I've got so many cases.  But

14:22:53  12   yeah, Channing was the third party.

14:22:56  13         Q.   I'd like to turn your attention back about three years

22:59  14   ago.  Are you familiar with the name Heather Herron?

14:23:04  15         A.   Heather Herron, yes, sir.

14:23:06  16         Q.   How did you become familiar with Heather Herron?

14:23:09  17         A.   Heather Herron was involved with Darla Abbatiello

14:23:19  18   which led to her criminal investigation.  She made allegations

14:23:26  19   against a police officer.

14:23:27  20         Q.   At some point, were you tasked with investigating the

14:23:33  21   substance of Heather Herron's allegations, whether it be

4:23:36  22   administrative or criminal?

4:23:38  23         A.   Yes, sir.

4:23:39  24         Q.   Who assigned you to do that?

3:41  25         A.   I was assigned a criminal investigation by --.  I was

14:23:54  1    assigned a criminal investigation -- I'm not sure.  I'd like to

4:02  2    say Chief George Freitas, but I'm not really sure.  It could be

14:24:09  3    Chief George Freitas or the interim Chief Willy Ihu.

14:24:14  4        Q.    Do you know whether in or about late December 2003,

14:24:21  5    Darla Abbatiello arrested Heather Herron?  Does that sound

14:24:24  6    familiar?

14:24:24  7        A.    That sounds familiar, sir.

14:24:26  8        Q.    Was Chief Ihu in at that time, December '03?

14:24:34  9        A.    I mean, Chief Ihu was the deputy.  I know he was

14:24:38  10   either deputy or interim chief.  I'm not really sure.  I'd have

14:24:41  11   to go back and --

14:24:42  12       Q.    You can't remember --

14:24:43  13       A.    -- make sure --

14:24:43  14       Q.    -- who --

14:24:44  15       A.    I cannot remember who was who.  I don't know if

14:24:45  16   somebody can tell me when Chief Ihu came aboard as an interim or

14:24:50  17   when Freitas left, Chief Freitas, and I could tell you exactly.

14:24:54  18   It's one of those two, though.

14:24:56  19       Q.    We're just asking for your best recollection.

14:24:58  20       A.    I cannot say for sure, sir.

4:25:03  21       Q.    That's okay.  Now, prior to your being tasked with the

4:25:06  22   investigation of the allegations made by Heather Herron, what

4:25:11  23   did you learn about the situation?

4:25:16  24       A.    That improprieties were been done against one single

5:21  25   police officer.

14:25:27  1        Q.   Is it your understanding that Heather Herron had made

:5:30  2   allegations of these improprieties?

14:25:33  3        A.   That's correct.

14:25:34  4        Q.   Prior to your being tasked with this, was your

14:25:38  5   investigation a criminal investigation or an internal

14:25:40  6   investigation?

14:25:41  7        A.   Criminal investigation.

14:25:41  8        Q.   Prior to you commencing that, prior to you being

14:25:45  9   tasked to commence that criminal investigation, did you become

14:25:49  10   aware of any, either corroborating or the opposite of

14:25:58  11   corroborating, did you find any evidence, were you aware of any

14:26:01  12   evidence that either corroborated Heather Herron's allegations

14:26:06  13   or made them seem less likely?

26:08  14        MR. MINKIN:   Objection.   Vague and ambiguous as to

14:26:11  15   point in time.   Also impacts on the law enforcement privilege as

14:26:16  16   well as the investigatory privilege, given that there's ongoing

14:26:19  17   case matters.

14:26:20  18        Q.   And again, I'm asking about before you were tasked

14:26:24  19   with the criminal investigation, if you became aware of any

14:26:29  20   evidence that corroborated or that either corroborated and led

14:26:35  21   you to believe that her allegations were more likely true, or

14:26:39  22   whether you received any information that led you to believe

4:26:43  23   that her allegations were less likely to be true.

4:26:47  24        A.   You're talking in regards to the impropriety of the

6:51  25   police officer that she's alleging?   Is that what you're talking

14:26:55  1    about?

.6:55  2        Q.    Right, and let me get right to the point.  Heather

14:26:57  3    Herron basically made a report that Irvil Kapua was receiving

14:27:01  4    money in exchange for some sort of help related to a Craig

14:27:06  5    Iwase, right?  Does that sound familiar?

14:27:08  6        A.    That sounds very familiar.  In regards to any

14:27:11  7    questions in regards to the case, the case is an ongoing pending

14:27:15  8    case that is being presently investigated by outside agencies.

14:27:19  9    And I won't be able to answer any questions in regards to that,

14:27:23  10   that investigation, or anything even prior that may have an

14:27:29  11   influence on the outcome of the case in regards to the same

14:27:32  12   officer.

14:27:32  13       Q.    I understand.  And I'm going to ask you a couple more

.._7:36  14   questions, try going down this road, you know, and at some point

14:27:41  15   we'll get things, we'll very clear where we're going.

14:27:44  16         So is it your testimony today, with respect to any

14:27:52  17   allegations made alleging any kind of corruption or payment or

14:27:57  18   receipt of money by Irvil Kapua, is it your testimony today that

14:28:00  19   you will not be able to answer any questions related to that in

14:28:04  20   any way because of the ongoing criminal investigations?

14:28:09  21       A.    That's correct, sir.

14:28:15  22       Q.    So if I were ask you questions about Roy Asher

14:28:19  23   recommending that you subpoena Kapua's phone and bank records,

.4:28:25  24   would you be willing to answer those questions today?

^8:34  25       A.    I think it would still be in the scope of the

14:28:37  1   investigation and would rather not answer any questions at this

14:28:40  2   time even in regards to subpoenas of any sort, because there

14:28:44  3   will be consequences in regards to anything I may be saying

14:28:49  4   regarding those kind of things.

14:28:51  5       Q.   Is it your understanding that these investigations are

14:28:53  6   ongoing, the investigation that you're talking about?

14:28:55  7       A.   That's correct, sir.

14:28:57  8       Q.   Is it still an open investigation on your desk?

14:29:03  9       A.   It's not on my desk right now, sir.  It's with an

14:29:06  10  outside agency.

14:29:19  11      Q.   Would you be willing to tell me whether you assigned

14:29:23  12  Det. Perez to -- strike that.  Are you aware of any report --.

14:29:41  13  Are you aware of an incident involving Darla Abbatiello's gun?

14:29:49  14      A.   Am I aware of the --?

14:29:51  15      Q.   Are you aware of any situation involving a gun owned

14:29:53  16  by and any unusual situation involving a gun owned by Darla

14:29:58  17  Abbatiello?

14:29:58  18      A.   I've heard about it, but never stuck my nose into

14:30:05  19  those areas.  I heard about a gun investigation in regards to

14:30:09  20  Darla's weapon being missing.

14:30:11  21      Q.   But you were not involved in any investigation --

14:30:13  22      A.   I wasn't involved, and I never got involved.

14:30:15  23      Q.   I'll ask you the same question with respect to have

14:30:18  24  you heard anything involving some writing in a dictionary owned

14:30:22  25  by Darla Abbatiello?

1          I, WESLEY KAUI, hereby certify that I have read the

2    foregoing typewritten pages 1 through 24, inclusive, and

3    corrections, if any, were noted by me, and the same is now a

4    true and correct copy of my testimony.

5          Dated at, _____, Kaua`i, Hawai`i, this _____ day

6    of _____, 2006.

7

8                                    _____

9                                       WESLEY KAUI

10

11    Signed before me this _____ day

12    of _____, 2006.

13

14    _____

15    Witness to Deponent's Signature

16

17

18    CIVIL NO. CV04 00562 SOM BMK, DARLA ABBATIELLO v. COUNTY OF

19    KAUAI; KAUAI POLICE DEPARTMENT, taken on November 7, 2006, by

20    Joy C. Tahara, RPR, CSR

21

22

23

24

25

NOV 2 0 2006

```
 1                    C E R T I F I C A T E

 2

 3      STATE OF HAWAI`I                    )

 4                                          ) ss.

 5      CITY AND COUNTY OF HONOLULU         )

 6              I, JOY C. TAHARA, RPR, CSR 408, Notary Public, State

 7      of Hawai`i, hereby certify:

 8              That on Tuesday, November 7, 2006, at 2:15 p.m.,

 9      before me appeared WESLEY KAUI, the witness whose deposition is

10      contained herein; and that prior to being examined was duly

11      sworn;

12              That I am neither counsel for any of the parties

13      herein nor interested in any way in the outcome of this action;

14              That the deposition herein was by me taken down in

15      machine shorthand and thereafter reduced to print via

16      computer-aided transcription; that the foregoing represents, to

17      the best of my ability, a complete and accurate transcript of

18      the testimony of said witness.

19              DATED:  Honolulu, Hawai`i,  November 14, 2006 .

20

21              _____

22                       Notary Public, State of Hawai`i

23                       My commission expires: 10/11/10

24

25
```