ORIGINAL

Law Offices of Cary T. Tanaka

CARY T. TANAKA         4858-0
DIANE K. AGOR-OTAKE    7751-0
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone: 536-8885
Facsimile: 536-8845
carytanaka@aol.com
dka@hawaii.rr.com

Attorneys for Defendant
K.C. LUM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>        Plaintiff,<br><br>  vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA,<br><br>        Defendants. | CIVIL NO. CV04 00562 SOM BMK<br><br>SUPPLEMENTAL DECLARATION OF CARY T. TANAKA IN FURTHER SUPPORT OF DEFENDANT K.C. LUM'S *EX PARTE* MOTION FOR AN ORDER ALLOWING EXHIBIT "D" TO DEFENDANT K.C. LUM'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF DEFENDANT K.C. LUM'S MOTION FOR SUMMARY JUDGMENT, FILED ON JANUARY 4, 2007, TO BE FILED UNDER SEAL; CERTIFICATE OF SERVICE<br><br>Trial Date: May 8, 2007 |

SUPPLEMENTAL DECLARATION OF CARY T. TANAKA IN FURTHER SUPPORT
OF DEFENDANT K.C. LUM'S *EX PARTE* MOTION FOR AN ORDER
ALLOWING EXHIBIT "D" TO DEFENDANT K.C. LUM'S SEPARATE
AND CONCISE STATEMENT OF FACTS IN SUPPORT OF DEFENDANT
K.C. LUM'S MOTION FOR SUMMARY JUDGMENT, FILED
ON JANUARY 4, 2007, TO BE FILED UNDER SEAL

I, CARY T. TANAKA, hereby declare as follows:

1. I am one of the counsel for Defendant K.C. Lum ("Defendant Lum") in the above-entitled matter and have personal knowledge as to the matters set forth below.

2. The parties entered into the Stipulation and Order Governing Confidentiality of Documents, filed herein on June 2, 2005 ("Stipulation Governing Confidentiality").

3. Defendant K.C. Lum's Separate and Concise Statement of Facts in Support of Defendant K.C. Lum's Motion for Summary Judgment, was filed herein on January 4, 2007 ("Defendant Lum's SCSF"). Exhibit "D" to Defendant Lum's SCSF was not filed with Defendant Lum's SCSF as it consists of confidential documents produced by Defendant County of Kauai in this case <u>which are subject to and protected by the Stipulation Governing Confidentiality</u>.

4. The documents set forth in Exhibit "D" to Defendant Lum's SCSF have been produced in discovery and have been made available to all parties in this case. Upon information and belief, <u>counsel for all parties herein were in possession of the documents set forth in Exhibit "D" to Defendant Lum's SCSF prior to the filing of Defendant Lum's SCSF</u>. Further, counsel for all

- 2 -

parties herein were served on January 4, 2007 with the documents set forth in Exhibit "D" to Defendant Lum's SCSF as they were attached (in a sealed envelope) to DEFENDANT K.C. LUM'S *EX PARTE* MOTION FOR AN ORDER ALLOWING EXHIBIT "D" TO DEFENDANT K.C. LUM'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF DEFENDANT K.C. LUM'S MOTION FOR SUMMARY JUDGMENT, FILED ON JANUARY 4, 2007 ("*Ex Parte* Motion").

5.  We are requesting the Court seal Exhibit "D" to Defendant Lum's SCSF to prevent the confidential documents from becoming a part of the public record. Our request is not an attempt to prevent the other parties' from accessing the subject documents.

6.  Based on the above, as well as the *Ex Parte* Motion and its supporting declarations of counsel, there is a compelling reason to rebut the ordinary presumption of public access to dispositive pleadings and attachments.

7.  I, CARY T. TANAKA, do declare under penalty of law that the foregoing is true and correct.

Dated: Honolulu, Hawaii, January 5, 2007.

_____
CARY T. TANAKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | CIVIL NO. CV04 00562 SOM BMK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within was duly mailed to the following individuals at their last known addresses on January 5, 2007:

> MARGERY S. BRONSTER, ESQ.
> JOHN HOSHIBATA, ESQ.
> Suite 2300 Pauahi Tower
> 1001 Bishop Street
> Honolulu, Hawaii  96813
>
> Attorneys for Plaintiff
>
> DANIEL G. HEMPEY, ESQ.
> 3175 Elua Street
> Lihue, Kauai  96766
>
> Attorney for Plaintiff
>
> DAVID J. MINKIN, ESQ.
> BECKY T. CHESTNUT, ESQ.
> Five Waterfront Plaza, 4th Floor
> 500 Ala Moana Boulevard
> Honolulu, Hawaii  96813
>
> Attorneys for Defendants
> WILFRED M. IHU, GORDON ISODA
> and DEAN PIGAO

MICHAEL J. McGUIGAN, ESQ.
Pacific Guardian Center, Makai Tower
733 Bishop Street, 24th Floor
Honolulu, Hawaii 96813

Attorney for Defendant
IRVIL KAPUA

LANI D. H. NAKAZAWA, ESQ.
CHRISTIANE L. NAKEA-TRESLER, ESQ.
4444 Rice Street, Suite 220
Lihue, Hawaii 96766

Attorneys for Defendants
COUNTY OF KAUAI and
KAUAI POLICE DEPARTMENT

DATED:   Honolulu, Hawaii, January 5, 2007.

_____
CARY T. TANAKA
DIANE K. AGOR-OTAKE
Attorneys for Defendant
K.C. LUM