LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY            7535
ELIF Z. YARNALL             8293
3175 Elua Street, Suite C
Lihue, Hawaii 96766
Telephone No. (808) 632-0000
Facsimile No. (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER                 4750
JOHN HOSHIBATA                      3141
JEANNETTE HOLMES CASTAGNETTI        7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 524-5644
Facsimile No. (808)599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
|---|---|
| Plaintiff, | ) PLAINTIFF'S MOTION FOR<br>) SUMMARY JUDGMENT ON |
| vs. | ) COUNTS I -VIII OF THE FIRST<br>) AMENDED COMPLAINT AGAINST |
| COUNTY OF KAUAI, KAUAI<br>POLICE DEPARTMENT, K.C. LUM,<br>WILFRED M. IHU, GORDON<br>ISODA, DEAN PIGAO, IRVIL<br>KAPUA, | ) DEFENDANT K.C. LUM, AND<br>) COUNTS I, II, IV, VI, VII, AND VIII<br>) AGAINST DEFENDANT IRVIL<br>) KAPUA; MEMORANDUM IN<br>) SUPPORT OF MOTION;<br>) AFFIDAVIT OF DARLA |
| Defendants. | ) ABBATIELLO; DECLARATION OF |

|   |   |
|---|---|
| ) ELIF Z. YARNALL; EXHBITS "A" - | |
| ) "YY"; CERTIFICATE OF SERVICE | |
| _____ ) | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON COUNTS I -VIII OF THE FIRST AMENDED COMPLAINT AGAINST DEFENDANT K.C. LUM, AND COUNTS I, II, IV, VI, VII, AND VIII AGAINST DEFENDANT IRVIL KAPUA**

Plaintiff Darla Abbatiello ("Plaintiff"), by and through her counsel, Law Office of Daniel G. Hempey and Bronster, Crabtree & Hoshibata, respectfully request that this Court grant summary judgment in her favor as to Counts I through VIII of her First Amended Complaint against Defendant K.C. Lum ("Lum") and Counts I, II, IV, VI, VII, and VIII against Defendant Irvil Kapua ("Kapua"). Plaintiff has put forth independent and corroborative evidence to support each of her claims against Lum and Kapua. However, when deposed, Lum and Kapua each invoked their Fifth Amendment right to silence. Under Baxter v. Palmigiano, 425 U.S. 308, 96 S.Ct. 1551, 47 L.Ed.2d 810 (1976) and its progeny, Plaintiff is entitled to adverse inferences against Lum and Kapua, which leave no dispute as to material facts, and compel summary judgment.

This motion is brought pursuant to Rules 7 and 56 of the Federal Rules of Civil Procedure, and is supported by the accompanying Memorandum of Law, Plaintiff's Separate and Concise Statement of Facts, and the attached Affidavit,

Declaration and Exhibits, and the record and files in this action.

DATED: Honolulu, Hawaii, January 8, 2007.

         /s/ John Hoshibata
DANIEL HEMPEY
MARGERY S. BRONSTER
JOHN HOSHIBATA
JEANNETTE CASTAGNETTI
Attorneys for Plaintiff
DARLA ABBATIELLO