IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>            Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>            Defendants. | ) CIVIL NO. CV04 00562 SOM BMK<br>)<br>) CERTIFICATE OF WORD COUNT<br>)<br>)<br>)<br>)<br>)<br>)<br>) Trial Date:  May 8, 2007<br>)<br>)<br>)<br>) |

## CERTIFICATE OF WORD COUNT

I hereby certify, pursuant to Local Rules 7.5(b) and 7.5(e) of the Rules of the United States District Court for the State of Hawaii that Plaintiff's Memorandum in Support of her Motion for Summary Judgment dated Janury 8, 2007 contains 8,199 words.

      DATED:  Honolulu, Hawaii, January 8, 2007.

                                  /s/ John Hoshibata
                            DANIEL G. HEMPEY
                            MARGERY S. BRONSTER
                            JOHN T. HOSHIBATA
                            JEANNETTE HOLMES CASTAGNETTI
                            Attorneys for Plaintiff
                            DARLA ABBATIELLO