Daniel G. Hempey          7535
Elif Z. Yarnall            8293
Law Office of Daniel G. Hempey
3175 Elua Street, Suite C
Lihue, Hawaii 96766
Telephone No. (808) 632-2444
Facsimile No.  (808) 632-2332
hemplaw@hawaii.rr.com

Margery S. Bronster           4750
John T. Hoshibata             3405
Jeannette Holmes Castagnetti  7211
Bronster Crabtree & Hoshibata
2300 Pauahi Tower, 1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 524-5644
Facsimile No. (808) 599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Officer Abbatiello
Darla Abbatiello

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | CIVIL NO. CV04 00562 SOM BMK |
| Plaintiff | PLAINTIFF'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT ON COUNTS I -VIII AGAINST DEFENDANT K.C. LUM AND COUNTS I, II, IV, VI, VII, AND VIII AGAINST IRVIL KAPUA; EXHIBITS "A" – "YY"; CERTIFICATE OF SERVICE |
| vs. | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | |
| Defendants. | Trial Date:   May 8, 2007 |

1

**PLAINTIFF'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT ON COUNTS I -VIII AGAINST DEFENDANT K.C. LUM AND <u>COUNTS I, II, IV, VI, VII, AND VIII AGAINST IRVIL KAPUA</u>**

Pursuant to Rule 56.1 of the Local Rules of Practice for the United States District Court for the District of Hawai'i, Plaintiff Darla Abbatiello hereby submits her separate and concise statements of facts in support of her Motion for Summary Judgment on Counts I-VII of the First Amended Complaint Against K.C. Lum and Counts I, II, IV, VI, VII, and VIII of the First Amended Complaint Against Irvil Kapua.

| FACTS | EVIDENCE |
|---|---|
| 1.    Officer Darla Abbatiello ("Officer Abbatiello") is a Police Officer in the Kauai Police Department ("KPD"). | Exh. A, Defendants County of Kauai and Kauai Police Department's Answer to First Amended Compl. (hereinafter "County & KPD Answer) at ¶ 2. |
| 2.    Defendant K.C. Lum ("Lum") was the Acting Chief of Police or Chief of Police of KPD at all relevant times for this action. | Exh. A, County & KPD Answer at ¶ 2; Exh. B, K.C. Lum's Answer to First Amended Compl. (hereinafter "Lum Answer") at ¶ 1.  Exh. C, Transcript of Deposition of Wilfred Ihu (hereinafter "Exh. C, Ihu Depo.") at 6. |
| 3.    At all relevant times, Lum was acting within the course and scope of his employment with the County of Kauai ("the County"). | Exh. A, County & KPD Answer at ¶ 2; Exh. B, Lum Answer at ¶ 1. |
| 4.    In October 2002, Officer Abbatiello was offered and accepted a position in Narcotics Vice Unit of KPD ("Vice"). | Exh. D, Declaration of Darla Abbatiello (hereinafter "Abbatiello Aff.") at 2. |
| 5.    As a member of Vice, Officer Abbatiello's main duties were to investigate and solve drug trafficking. | Exh. D, Abbatiello Aff. at 4. |
| 6.    Officer Abbatiello's understanding was that she was a permanently assigned to Vice. | Exh. D, Abbatiello Aff. at 3. |
| 7.    Lt. Alejandro Quibilan ("Quiblian") was her commanding officer in Vice. | Exh. E, Transcript of Deposition of Alejandro Quibilan (hereinafter "Exh. E, Quibilan Depo.") at P.7. |
| 8.    Lt. Quibilan's understanding was that Officer Abbatiello was permanently assigned to Vice. | Exh. E, Quibilan Depo. at P.73, L.21 - P. 74, L.5. |
| 9.    The job posting for the position in Vice to which Officer Abbatiello responded did not indicate that it was a temporary assignment. | Exh. F (KPD Administrative Notice 01-005) |

| FACTS | EVIDENCE |
|---|---|
| 10.    In December 2003, Officer Abbatiello obtained a search warrant to search the residence of an individual, Heather Herron ("Herron"), a suspected crystal methamphetamine or "ice" dealer. | Exh. G at 1 (KPD Memorandum from Officer Abbatiello to Sgt. Wesley Kaui dated 03/08/04) (hereinafter "03/08/04 Abbatiello Memo") |
| 11.    Officer Abbatiello intended to "flip" Herron and use her to arrest Craig Iwase ("Iwase"), who plaintiff believed dealt larger quantities of ice than Herron. | Ibid. |
| 12.    Officer Abbatiello had been pursuing Iwase for a long time. | Exh. D, Abbatiello Aff. at 29. |
| 13.    Pursuant to KPD policy, Vice investigations, including the execution of search warrants, are to be kept strictly confidential between Vice members. | Exh. H (KPD Standards of Conduct) |
| 14.    Kapua was not a member of Vice at any time relevant to this action. | Exh. I, Def. Irvil Kapua's Response to First Request for Admissions ("Kapua RA1") at Adm. 1, 2; Exh. E, Quibilan Depo. at 23, L.15-18. |
| 15.    On or about December 15, 2003, Sgt. Sgt. Michael Gordon, who was a member of Vice, ordered Officer Abbatiello over her protests, to meet with Kapua and Herron. | Exh. G, 03/08/04 Abbatiello Memo at 2; Abbatiello Aff. at |
| 16.    Before the meeting between Kapua, Officer Abbatiello, and Herron, Kapua had registered Herron as a confidential informant. | Exh. I, Kapua RA1 at Adm. 5; Exhibit J (Confidential Informant Questionnaire dated 12/15/03); Exh. G, 03/08/04 Abbatiello Memo at 2. |
| 17.    Kapua's signing Herron as a Confidential Informant and participating in a drug buy was a violation of KPD Standards of Conduct. | Exh. E, Quibilan Depo. at 24, L.7-15. |

| FACTS | EVIDENCE |
|---|---|
| 18.    Between December 16, 2003 and December 24, 2003, Sgt. Kapua personally approached or called Officer Abbatiello numerous times to discuss Herron and Iwase.  She was uncomfortable dealing with Sgt. Kapua and did not want to discuss her investigation with him. | Exh. D, Abbatiello Aff. at 21. |
| 19.    One morning, Sgt. Kapua was waiting for Officer Abbatiello at the back of the police station, and demanded to know if she was "telling him everything".  He told Officer Abbatiello that he had been following her. | Exh. D, Abbatiello Aff. at 22. |
| 20.    Sgt. Kapua also told Officer Abbatiello that she did not have to tell her supervisors, Lt. Quibilan and Sgt. Gordon, the detail about his working with Herron.  Officer Abbatiello responded that that was against policy and that she did in fact have to report everything relevant to her supervisors. | Exh. D, Abbatiello Aff. at 23. |
| 21.    At this point, Officer Abbatiello asked Herron to make a controlled buy from Iwase.  Sgt. Kapua later called Officer Abbatiello to tell her that Herron had called Sgt. Kapua because she was upset that Officer Abbatiello had asked her to do this. | Exh. D, Abbatiello Aff. at 24. |
| 22.    At one point, Officer Abbatiello informed Kapua that Iwase was her main target and that she wanted to use Herron as an informant against Iwase. | Exh. G, 03/08/04 Abbatiello Memo at 3; Exh. D, Abbatiello Aff. at 25. |
| 23.    Kapua responded that Iwase was "nothing" and "small time." | Exh. D, Abbatiello Aff. at 26; Exh. G, 03/08/04 Abbatiello Memo at 3. |
| 24.    Kapua had previously been investigated for a violation of Standard of Conduct B3, Security of Departmental Business. | Exh. K, Internal Investigation report. |

4

| FACTS | EVIDENCE |
|---|---|
| 25.    Several months later after the events described here, Iwase was arrested with nearly a half a million dollars worth of methamphetamine following a Federal drug task force investigation. | Exh. L., Newspaper article dated 9/1/04; Exh. D, Abbatiello Aff. at 31. |
| 26.    Since Herron proved to be an unproductive confidential informant, Officer Abbatiello returned to her original plan, and on December 26, 2003, served the search warrant on Herron. | Exh. G, 03/08/04 Abbatiello Memo at 4; Exh. M (Memo to Lt. Quibilan dated 12/23/03) |
| 27.    Subsequently, Officer Abbatiello arrested Herron. | Exh. G, 03/08/04 Abbatiello Memo at 4. |
| 28.    After her arrest, Herron admitted that she sold crystal methamphetamine with Iwase, and that Iwase paid Kapua six thousand dollars ($6,000.00) through a third person to protect both Herron and Iwase. | Exh. N (Memo to Lt. Quibilan dated 01/19/03) at 1; Exh. E, Quibilan Depo. at 22-23. |
| 29.    Herron also stated that Kapua received money from other drug dealers in exchange for providing them information. | Exh. E, Quibilan Depo. at 27, L.8-15. |
| 30.    Kapua has had more than five (5) internal complaints lodged against him. | Exh. O, Def. KPD's Response to First Request for Admissions ("KPD RA1") at Adm. 13. |
| 31.    Kapua had a complaint filed against him for entering and searching a residence without consent or a search warrant. | Exh. Q, Kauai Police Commission Complaint documents |
| 32.    Officer Abbatiello herself witnessed Kapua on numerous occasions punched lockers at the police station. | Exh. D, Abbatiello Aff. at 10. |
| 33.    Chief Ihu had heard of allegations that Kapua had punched lockers at the police station. | Exh. C, Ihu Depo. at P.21, L.4-16. |
| 34.    After Herron's allegations about Kapua, Officer Abbatiello became severely distressed and was admitted to Kauai Veterans Memorial Hospital Emergency Unit ("hospital"). | Exh. D, Abbatiello Aff. at ¶¶ 37, 43. |

| FACTS | EVIDENCE |
|---|---|
| 35. Due to stress, Officer Abbatiello had been suffering sleeplessness, diarrhea, dehydration, severe coughing, stomach pains and other physical stress-related symptoms. | Exh. D, Abbatiello Aff. at ¶43. |
| 36. Officer Abbatiello was in the hospital for approximately ten hours, and injected with intravenous fluids. | Exh. D, Abbatiello Aff. at ¶ 43. |
| 37. Officer Abbatiello was out on stress/sick leave for two days. | Exh. D, Abbatiello Aff. at ¶ 44. |
| 38. When she returned back to work, Officer Abbatiello reported to her supervisor, Lt. Quibilan, what Herron had told her about Kapua and the alleged corruption.  Lt. Quibilan then interviewed Herron. | Exh. D, Abbatiello Aff. at ¶ 45; Exh. E, Quibilan Depo. at P.24, L.17 - 27, L.15, P.56, L.8-11. |
| 39. Immediately after Lt. Quibilan and Officer Abbatiello finished their interview of Herron, Kapua questioned Lt. Quibilan. about the interview, and knew about Herron's allegations. | Exh. E, Quibilan Depo. at P. 33, L.19 - P.35, L.19. |
| 40. Officer Abbatiello and Lt. Quibilan met with and reported Herron's allegations directly to Acting Chief Ihu and Assistant Chief Isoda. | Exh. C, Ihu Depo. at P.11, L.23 - P.12, L.17.; Exh. D, Abbatiello Aff. at ¶ 47. |
| 41. Acting Chief Ihu ordered Officer Abbatiello and Lt. Quibilan to put the allegations in writing. | Exh. C, Ihu Depo. at P.14, L.5 - 13. |
| 42. During this meeting, Officer Abbatiello and Lt. Quibilan asked Acting Chief Ihu to order Kapua to stay away from Officer Abbatiello and from Vice investigations. | Exh. C, Ihu Depo. at P.18, L.12-15. |
| 43. On January 19, 2004, Officer Abbatiello reported the information she had received about Sgt. Kapua's activities in writing to Lt. Quibilan. | Exh. N (Memo to E.F. dated 01/19/03) |
| 44. Lt. Quibilan then forwarded Officer Abbatiello's report to Lt. Quibilan's supervisor. | Exh. E, Quibilan Depo. at 28, L.2 - L.10. |
| 45. Acting Chief Ihu also received this written report. | Exh. C, Ihu Depo. at P.14, L.15-16. |

| FACTS | EVIDENCE |
|---|---|
| 46.    At about this time, Chief Ihu verbally ordered Kapua to stay away from Officer Abbatiello. | Exh. C, Ihu Depo. at P.25, L.14 - P.26, 1. |
| 47.    After Officer Abbatiello's report of Herron's allegations, Kapua expressed animosity to Chief Ihu about Officer Abbatiello. | Exh. C, Ihu Depo. at P.28, L.5-7. |
| 48.    Wes Kaui ("Kaui") was assigned by Chief Ihu to perform a criminal investigation. | Exh. R, Transcript of Deposition of Wes Kaui (hereinafter "Kaui Depo.") at P.10, L.20-25; Exh. C, Ihu Depo. at P.15, L.12-17. |
| 49.    The FBI was contacted and became involved in the criminal investigation. | Exh. C, Ihu Depo. at P.16, L.5-13. |
| 50.    Officer Abbatiello reported all her knowledge to the FBI. | Exh. D, Abbatiello Aff. at ¶ 50, 51. |
| 51.    Officer Abbatiello made her reports to her supervisors and superior officers for several reasons.  One was her professional duty.  Another was as a resident and citizen concerned about allegations of corruption. | Exh. QQ (Officer Abbatiello's Response to County and KPD's First Request for Adm.) at Interog. 9; Exh. D, Abbatiello Aff. at ¶ 42. |
| 52.    On February 9, 2004, Roy Asher ("Asher") was assigned by Chief Ihu to perform an administrative investigation. | Exh. S (Ihu Memo dated 2/9/04); Exh. C, Ihu Depo. at P.15, L.12-23; |
| 53.    Chief Ihu knew that Officer Abbatiello did not solicit the information from Herron and was afraid of possible retaliation against her from Kapua. | Exh. S (Ihu Memo dated 2/9/04) |
| 54.    After Officer Abbatiello's report, Kapua referred to Officer Abbatiello as a "bitch" and a "c**t" in the workplace. | Exh. I, Kapua RA1 at Adm. 31, 32, 34, 35; Exh. E, Quibilan Depo. at P. 20-22; Exh. P, Isoda Depo. at P.55, L.19 - P.56, L.4; Exh. T, Transcript of Deposition of Dean (hereinafter "Pigao Depo.") at P.36, L.25 - P.37, L.8. |

7

| FACTS | EVIDENCE |
|---|---|
| 55.    After Officer Abbatiello's report, Kapua shouted "f**k" or "f**k you" to her while in a public restaurant. | Exh. D, Abbatiello Aff. at ¶ 57; Exh. E, Quibilan Depo. at 13-15; Exh. C, Ihu Depo. at 22-25; Exh. R, Deposition of Wes Kaui ("Kaui Depo.") at P.17. |
| 56.    Officer Abbatiello was upset and uncomfortable from Kapua's shouting ""f**k" or "f**k you" at her. | Exh. D, Abbatiello Aff. at ¶ 58; Exh. E, Quibilan Depo. at 18. |
| 57.    Lt. Quibilan witnessed Kapua shouting ""f**k" or "f**k you" at Officer Abbatiello in the restaurant. | Exh. E, Quibilan Depo. at 13-15. |
| 58.    Officer Abbatiello directly verbally told Chief Ihu about the incident in the restaurant. | Exh. C, Ihu Depo. at 22-25. |
| 59.    Kapua's conduct of shouting ""f**k" or "f**k you" at Officer Abbatiello in a restaurant is a violation of KPD Standards of Conduct. | Exh. C, Ihu Depo. at 24-25. |
| 60.    Despite Officer Abbatiello's report, no investigation of the restaurant incident was done.  Lt. Lt. Quibilan, witness to the incident, was never interviewed about it.  Another officer told Officer Abbatiello that Sgt. Kapua had bragged about swearing at her in a restaurant. | Exh. E, Quibilan Depo. at 19; Exh. D, Abbatiello Aff. at 60. |
| 61.    After she reported Herron's allegations about Kapua, Kapua approached Officer Abbatiello while she was alone in a stairwell at the police station and screamed at her, calling her a "bitch" and/or a "c**t". Officer Abbatiello was terrified by this. | Exh. D, Abbatiello Aff. at 54; Exh. E, E.F. Depo. at P. 20-22; Exh. P, Isoda Depo. at P.55, L.19 - P.56, L.4; Exh. T, Pigao Depo. at P.36, L.25 - P.37, L.8; Exh. C, Ihu Depo. at P.28, L.17 - P.29, L.2. |
| 62.    Kapua told his superiors about what he had called Officer Abbatiello a "bitch" and/or a "c**t"done. | Exh. P, Isoda Depo. at P.55, L.19 - P.56, L.4; Exh. T, Pigao Depo. at P.36, L.25 - P.37, L.8; Exh. C, Ihu Depo. at P.28, L.17 - P.29, L.2. |
| 63.    Officer Abbatiello reported this incident to Lt. Quibilan. | Exh. E, Quibilan Depo. at 20-22. |

8

| FACTS | EVIDENCE |
|---|---|
| 64.     Officer Abbatiello was afraid for her safety after Kapua approached her while she was alone in the stairwell at the police station. | Ibid; Exh. R, Kaui Depo. at P.17, L.15-18. |
| 65.     Kapua threatened Officer Abbatiello in the stairwell in reaction to Officer Abbatiello's report of the allegations by Herron. | Exh. E, Quibilan Depo. at 22, L18 - 23, L.7; Exh. P, Isoda Depo. at P.57, L.5 -12, P.59, L.17-21. |
| 66.     Officer Abbatiello directly told Chief Ihu that she was afraid of Kapua. | Exh. C, Ihu Depo. at 29. |
| 67.     Kapua refused service of a notice of an internal investigation of the allegations against him. | Exh. I, Kapua RA1 at Adm. 25, 26; Exhibit XX (Police Report KPD-IA-04-01, by Lt. Roy Asher) |
| 68.     After Officer Abbatiello's report of the allegations by Herron, it was generally known at KPD that Irvil did not like Darla. | Exh. YY, Deposition of Lawrence Stem (hereinafter "Stem Depo.") at P.9, L.1-2. |
| 69.     Fellow officers began to avoid being around Officer Abbatiello because they were worried about what Sgt. Kapua might do to them. | Exh. D, Abbatiello Aff. at 61, 62. |
| 70.     Because of Kapua's actions and Officer Abbatiello's fear for her safety, Officer Abbatiello broke down and cried in the office of her supervisor at Vice several times. | Exh. E, Quibilan Depo. at P. 58, L.17 - P.59, L.16. |
| 71.     Officer Abbatiello told Chief Ihu on more than one occasion that she was afraid of Kapua. | Exh. C, Ihu Depo. at P.29, L.11-13; Exh. D, Abbatiello Aff. at |
| 72.     Due to her fear for her safety and the difficulties involved in working in the same building as Kapua, Officer Abbatiello began to consider a temporary transfer out of Vice. | Exh. D, Abbatiello Aff. at ¶64; Exh. E, Quibilan Depo. at P. 49, L.24 - P.50, L.7. |
| 73.     She also discussed this transfer with her direct supervisor, Lt. Quibilan. | Exh. E, Quibilan Depo. at P. 49, L.24 - P.50, L.7. |
| 74.     On March 31, 2004, due to the stress caused by Kapua's actions, requested in writing a temporary transfer to the Patrol Services Bureau in the District of Waimea "until this matter can be resolved." | Exh. U (Abbatiello Memo dated 3/31/04) |

| FACTS | EVIDENCE |
|---|---|
| 75.     Officer Abbatiello discussed this possibility separately with SHOPO representative Bryce Ponce and Chief Ihu.  She told both men that she was afraid of Sgt. Kapua and possible further retaliation from him.  Both men told her that such a transfer should be acceptable.  Neither man mentioned that it would be "permanent" or that she would receive a reduction in pay. | Exh. C, Ihu Depo. at P.29, L.11-22.; Exh. D, Abbatiello Aff. at 65. |
| 76.     Chief Ihu told Officer Abbatiello that such a transfer was acceptable. | Exh. D, Abbatiello Aff. at ¶ 65. |
| 77.     Officer Abbatiello was transferred on approximately April 2, 2004. | Exh. V (Ihu Memo dated 4/2/04) |
| 78.     Chief Ihu did not inform Officer Abbatiello that her pay would be reduced as a result of the transfer. | Exh. C, Ihu Depo. at P.38. |
| 79.     Officer Abbatiello's rank was changed from Police Officer II at a salary range of PO-9 to a Police Officer I salary at a Range of PO-7. | Exh. W (Notice from Director of Personnel Services, dated 5/6/04) |
| 80.     This represented a substantial demotion and reduction in pay for Officer Abbatiello. | Exh. D, Abbatiello Aff. at ¶ 71. |
| 81.     Acting Assistant Chief Fred DeBusca stated that he understood that Officer Abbatiello's transfer out of Vice was a temporary one. | Exh. X (DeBusca Memo dated 9/13/04) |
| 82.     After her transfer to patrol, Officer Abbatiello expressed her desire to return back to Vice. | Exh. E, Quibilan Depo. at P. 75, L.14 - 21. |
| 83.     Despite this desire, Officer Abbatiello did not feel safe working in proximity to Kapua again. | Exh. Y (Abbatiello Memo dated 9/14/04) |

| FACTS | EVIDENCE |
|---|---|
| 84.    On or about April 18, 2004, Officer Abbatiello found a death threat in her personal dictionary.  She saw that three red arrows had been drawn on the dictionary and pointing to the word "DEATH" in the dictionary.  Next to the definition of "DEATH", her name was written in red ink with an arrow pointing to the definition. | Exh. D, Abbatiello Aff. at 76; Exh. Z (Abbatiello Memo dated 4/19/04) |
| 85.    Officer Abbatiello reported the death threat to her supervisors, and to the FBI. | Exh. O, KPD RA1 at Adm. 19, 20; Exh. Z (Abbatiello Memo dated 4/19/04); Exh. D, Abbatiello Aff. at ¶78. |
| 86.    There were rumors among KPD officers that Kapua wrote the death threat in Officer Abbatiello's dictionary. | Exh. AA, Transcript of Deposition of Eric Caspillo (hereinafter "Caspillo Depo.") at P. 26, L.5-11. |
| 87.    The FBI questioned and took handwriting samples of numerous officers in connection to the death threat incident. | Exh. D, Abbatiello Aff. at ¶79; Exh. T, Pigao Depo. at P.38. |
| 88.    On or about May 6, 2004, K.C. Lum became Acting Chief of KPD. | Exh. B, Lum Answer at ¶ 4(b). |
| 89.    Prior to becoming Acting Chief, Lum was briefed by Wilfred Ihu about the Kapua investigation. | Exh. C, Ihu Depo. at P.56, L.22 - P.57, L.18. |
| 90.    Prior to becoming Acting Chief, Lum was told by Wilfred Ihu that it was important that he talk to Kaui and Asher about their investigations. | Exh. C, Ihu Depo. at P.57, L.8-11. |
| 91.    Shortly after K.C. Lum became chief, Sgt. Wes Perrera ("Perrera") approached Officer Abbatiello at headquarters and told her that she had better do everything right because "they" are watching everything she did because she reported the allegations against Sgt. Kapua | Exh. D, Abbatiello Aff. at 75. |
| 92.    On May 6, 2004, Officer Abbatiello received formal notice from the Kauai County Department of Personnel Services that she had been demoted to PO 7. | Exh. W (Notice from Director of Personnel Services, dated 5/6/04) |

| FACTS | EVIDENCE |
|---|---|
| 93.    Prior to this date, Officer Abbatiello was never informed that her pay would be decreased nor did she ever receive notice that she was being demoted to PO 7. | Exh. D, Abbatiello Aff. at ¶65. |
| 94.    On more than one occasion, Officer Abbatiello took a roundabout course to avoid passing by Kapua's office, sometimes asking for someone to accompany her. | Exh. D, Abbatiello Aff. at ¶ 81, 82 ; Exh. E, Quibilan Depo. at P.46, L.25 - P.47, L.10. |
| 95.    Officer Abbatiello did this because she was afraid for her safety. | Exh. D, Abbatiello Aff. at ¶ 82; Exh. E, Quibilan Depo. at P.47, L.12-24. |
| 96.    Officer Abbatiello met with Chief Lum on or about June 23, 2004. | Exh. D, Abbatiello Aff. at 83; Exh. B, Lum Answer at ¶ 4(c) |
| 97.    Sgt. Perrera was present in this meeting as well. | Exh. D, Abbatiello Aff. at 83. |
| 98.    During this meeting, Kapua stood outside the door and "stared down" Officer Abbatiello. | Exh. D, Abbatiello Aff. at 83. |
| 99.    Kapua's behavior was so disruptive to the meeting that Chief Lum closed the office door. | Exh. D, Abbatiello Aff. at 83. |
| 100.    During the meeting on June 23, 2004, Officer Abbatiello expressed her fear of retaliation against her because of her report of Herron's allegations. | Exh. RR (Lum RFA1) at Adm. 16. |
| 101.    After the meeting, Officer Abbatiello, Sgt. Perrera, and Lt. Regina Ventura ("Ventura") passed Kapua's office, and heard Kapua start yelling. | Exh. D, Abbatiello Aff. at ¶ 84; Exh. T, Pigao Depo. at P.20, L.18-P.21, L.11. |
| 102.    At this time, Dean Pigao was Acting Assistant Chief, and, thus, was Officer Abbatiello's superior. | Exh. T, Pigao Depo. at P.8, L.7-13; Exh. SS, Pigao's Response to First Request for Admissions (Pigao RFA1") at Adm. 9, 10. |
| 103.    Acting Chief Pigao was senior in rank to Sgt. Kapua | Pigao RFA1 at Adm. 11. |

| FACTS | EVIDENCE |
|---|---|
| 104.    Kapua told Acting Assistant Chief Pigao that he was upset because Sgt. Perrera and Lt. Ventura had walked past his office with Officer Abbatiello. | Exh. T, Pigao Depo. at P.13, L.2-10. |
| 105.    Later that same day, Acting Assistant Chief Pigao suggested a policy that Officer Abbatiello avoid walking by Kapua's office. | Exh. CC at 1 (KPD Memorandum from Asst. Chief Pigao to Chief Lum dated 06/29/04) (hereinafter "06/29/04 Pigao Memo"); Exh. T, Pigao Depo. at P.25, L.20 - P.27, L.25. |
| 106.    Assistant Chief Pigao later informed Officer Abbatiello directly of the policy that she was to avoid walking past Kapua's office. | Exh. CC, 06/29/04 Pigao Memo at 2; Exh. E, Quibilan Depo. at P.44, L.21 - P.45, L.16.; Exh. E, Quibilan Depo. at P.50, L.19 - P.51, L.5. |
| 107.    No policy was suggested or put in place that Sgt. Perrera or Lt. Ventura avoid walking by Kapua's office, even though he was upset with them. | Exh. T, Pigao Depo. at P.28, L.11-23. |
| 108.    Typically, an officer who worked in Vice be able to use both the front entrance and back entrance to the Vice office. | Exh. AA, Caspillo Depo. at P. 12, L.22-24. |
| 109.    Pigao and Kapua are friends. | Exh. T, Pigao Depo. at P.36, L.1-7. |
| 110.    Lt. Ventura expressed to Pigao that she felt his policy that Officer Abbatiello should avoid Kapua's office was improper. | Exh. CC, 06/29/04 Pigao Memo at 1; Exh. T, Pigao Depo. at P.24, L.5 - 18, P.27, L.18-20. |
| 111.    Officer Abbatiello was upset by the policy requiring her to use the back door to avoid Kapua. | Exh. E, Quibilan Depo. at P.46, L.6-8; Exh. D, Abbatiello Aff. at ¶¶ 86-88. |
| 112.    At the time Pigao informed Chief Lum of his discussion with Officer Abbatiello, Lum neither overruled nor changed Pigao's order to Officer Abbatiello. | Exh. T, Pigao Depo. at P.30, L.5-19. |

| FACTS | EVIDENCE |
|---|---|
| 113.   Lt. Regina Ventura told Chief Lum that Asst. Chief Pigao discussed with Officer Abbatiello using the back door of the police station to access the office of the Vice Unit. | Exh. RR (K.C. Lum's Response to Officer Abbatiello's First Request for Admissions ("Lum RFA1") at Adm. 17. |
| 114.   Lt. Ventura told Chief Lum that Asst. Chief Pigao asked Officer Abbatiello to stay away from Sgt. Kapua. | Exh. RR (Lum RFA1) at Adm. 18. |
| 115.   As Acting Chief of KPD, Lum was senior in rank to Sgt. Kapua, Officer Abbatiello, and Asst. Chief Pigao. | Exh. RR (Lum RFA1) at Adm. 11, 12, 13. |
| 116.   Chief Lum has taken no disciplinary action against Kapua. | Exh. D, Abbatiello Aff. at ¶ 89. |
| 117.   On April 29, 2004, Acting Chief Ihu enacted KPD General Order 2004-2, regarding workplace violence | Exh. O, KPD RA1 at Adm. 53. |
| 118.   Prior to that, KPD was governed by the County of Kauai's policy on workplace violence. | Exh. O, KPD RA1 at Adm. 54; Exh. TT (County of Kauai Workplace Violence Policy). |
| 119.   KPD Standard of Conduct VI-B 3, Security of Departmental Business was in effect during the period from December 2003 to September 2004 and is still in effect at the present time. | Exh. O, KPD RA1 at Adm. 36, 37. |
| 120.   KPD Standard of Conduct VI-B 6, Commission of any Criminal Act, was in effect during the period from December 2003 to September 2004 and is still in effect at the present time. | Exh. O, KPD RA1 at Adm. 38, 39. |
| 121.   KPD Standard of Conduct VI-B 1, Physical Abuse, was in effect during the period from December 2003 to September 2004 and is still in effect at the present time. | Exh. O, KPD RA1 at Adm. 40, 41. |
| 122.   KPD Standards of Conduct VI-B 1, 3, and 6 are all Class B Standards. | Exh. O, KPD RA1 at Adm. 42, 43, 44. |

| FACTS | EVIDENCE |
|---|---|
| 123.   The minimum disciplinary action for a violation of KPD Class B Standard of Conduct is suspension of one working day. | Exh. O, KPD RA1 at Adm. 45. |
| 124.   KPD Standard of Conduct VI-C 1, Solicitation and Acceptance of Gift, Gratuities, Fees, Rewards, Loans, Etc., was in effect during the period from December 2003 to September 2004 and is still in effect at the present time. | Exh. O, KPD RA1 at Adm. 46, 47. |
| 125.   KPD Standard of Conduct VI-C 4, Conduct Toward Superior and Subordinate Officers and Associates, was in effect during the period from December 2003 to September 2004 and is still in effect at the present time. | Exh. O, KPD RA1 at Adm. 48, 49. |
| 126.   KPD Standards of Conduct VI-C 1 and 4 are Class C Standards. | Exh. O, KPD RA1 at Adm. 50. |
| 127.   The minimum disciplinary action for a violation of KPD Class C Standard of Conduct is written reprimand. | Exh. O, KPD RA1 at Adm. 51. |
| 128.   The maximum disciplinary action for a violation of KPD Class C Standard of Conduct is dismissal. | Exh. O, KPD RA1 at Adm. 52. |
| 129.   On or about April 24, 2005, while on duty, Officer Abbatiello was ordered by Sgt. Perrera, a supervisor in Vice, to assist in a strip search of two female arrestees and to photograph each of them in a naked condition. | Exh. DD (Abbatiello Report dated 5/2/05); Exh. AA, Caspillo Depo. at. P.6, L.4 - P.7, L.5; Exh. D, Abbatiello Aff. at ¶ 102. |
| 130.   Officer Abbatiello and one other female officer, Vicki Fonoimoana ("Fonoimoana"), assisted in the searches of the arrestees with negative results for illegal substances or contraband. | Exh. D, Abbatiello Aff. at ¶ 105; Exh. YY, Stem Depo. at P. 13, L.23 - P.14, L.3. |
| 131.   Officer Abbatiello believed that photographing two naked female arrestees who had already been searched with negative results was unnecessary, humiliating and improper. | Exh. D, Abbatiello Aff. at ¶ 103; Exh. DD (Abbatiello Report dated 5/2/05). |

| FACTS | EVIDENCE |
|---|---|
| 132.   Officer Abbatiello told Sgt. Perrera that the two females should not be photographed naked and that she would not do it. | Exh. DD (Abbatiello Report dated 5/2/05). |
| 133.   The vice supervisors later told me that they had called the County Prosecutor, Richard Minatoya, who had told them that it was O.K. to strip search and take nude photographs of the two female arrestees.  Officer Fonoimoana took the photographs of the two female suspects naked. | Exh. D, Abbatiello Aff. at 104, 105.; Exh. DD (Abbatiello Report dated 5/2/05); Exh. YY, Stem Depo. at P. 15, L.7-8. |
| 134.   As of April 24, 2005 when the strip search incident occurred, there was no KPD General Order or policy governing strip searches and body cavity searches. | Exh. YY, Stem Depo. at P.16, L.14-20; Exh. AA, Caspillo Depo. at P.8, L.22 - P.9, L.12; Kaui Depo. at P.8, L.8-15; Exh. P, Isoda Depo. at P.85, L.15-21; Kanoho Depo. at P. 16, L.9-21. |
| 135.   The next day, Officer Abbatiello verbally reported the incident, and her refusal to participate in it to Sgt. Dan Abbadilla ("Abbadilla") and Lt. Quibilan, and made her written report on May 2, 2005. | Exh. DD (Abbatiello Report dated 5/2/05); Exh. D, Abbatiello Aff. at ¶ 106. |
| 136.   On or about May 9, 2005, Officer Abbatiello reported the above-referenced incident in writing to the Kauai County Police Commission. | Exh. EE (Letter from Daniel Hempey dated 5/9/05). |
| 137.   As far as Plaintiff knows, no investigation was initiated by the County or KPD in response to Officer Abbatiello's complaints. She was never interviewed for any kind of internal KPD investigation. | Exh. D, Abbatiello Aff. at ¶ |
| 138.   Officer Abbatiello also reported the strip search incident to the FBI. | Exh. D, Abbatiello Aff. at ¶ 108. |
| 139.   Officer Abbatiello was certified as an Field Training Officer ("FTO") in 2000. | Exh. HH (Abbatiello Letter dated 7/22/05). |

| FACTS | EVIDENCE |
|---|---|
| 140.   On or about May 25, 2005, Lt. Asher told Officer Abbatiello that she was being removed from her position as a FTO for KPD. | Exh. FF (email string dated 5/23/05 and 5/26/05); Exh. D, Abbatiello Aff. at ¶ 109. |
| 141.   Officer Abbatiello's removal from her FTO position was confirmed on May 25, 2005, by internal KPD e-mail. | Exh. FF (email string dated 5/23/05 and 5/26/05). |
| 142.   The reason given for her removal from her FTO position was that she was not trained in Standard Field Sobriety Test ("SFST"). | Exh. GG (Letter from Harold R. Venneman, Deputy Chief, dated 7/5/05) |
| 143.   In fact, Officer Abbatiello had been certified to conduct the SFST. | Exh. HH (Abbatiello Letter dated 7/22/05). |
| 144.   Officer Abbatiello had not been certified in the Nystagmus Sobriety Test, but neither had several other officers who were serving as FTOs. | Exh. HH (Abbatiello Letter dated 7/22/05). |
| 145.   Officer Abbatiello was informed that she would not be re-instated until she attended a four-day training course. | Exh. GG (Letter from Harold R. Venneman, Deputy Chief, dated 7/5/05) |
| 146.   This training course was then scheduled during Officer Abbatiello's annual vacation. | Exh. II (Training Order 05-070) |
| 147.   Officer Abbatiello was informed that she would not be allowed to attend the training during her vacation. | Exh. JJ (Email string dated 9/13/05 & 9/14/05) |
| 148.   Officer Abbatiello's assignment to FTO duties carried with it increased or additional compensation. | Exh. D, Abbatiello Aff. at ¶ 110. |
| 149.   Officer Abbatiello's removal from her FTO position has resulted in a loss of compensation to her. | Exh. D, Abbatiello Aff. at ¶ 110. |
| 150.   On or about May 25, 2005, Lum ordered that a new KPD policy regarding strip searches of arrestees be drafted. | Exh. D, Abbatiello Aff. at ¶ 112; Exh. MM, Kanoho Depo at P. 15, L.20 - P.16, L.2. |

| FACTS | EVIDENCE |
|---|---|
| 151.   This policy was almost identical to a similar policy adopted by the Hawaii County Police Department., but contained a new provision that KPD officers must photograph the search at every stage of the arrest process. | Exh. KK (Hawaii Police Department Strip and Body Cavity Searches); Exh. LL (Draft KPD Strip and Body Cavity Search Policy) at P.3, Sec. 4(e). |
| 152.   Lum added or ordered this new provision to the policy that KPD officers must photograph the search at every stage of the arrest process. | Exh. MM, Deposition of Paul Kanoho (hereinafter "Kanoho Depo.") at P.32-34. |
| 153.   Lum backdated the effective date of the strip search policy to approximately one month before the illegal strip search incident in which Officer Abbatiello was ordered to photograph naked female arrestees. | Exh. LL (Draft KPD Strip and Body Cavity Search Policy); Exhibit MM, Kanoho Depo. at P. 42, L.21 - P. 45, L.16 |
| 154.   It is not normal practice for the Chief to put an "effective date" on a draft General Order. | Exh. MM, Kanoho Depo. at P. 42, L.21 - P. 45, L.16. |
| 155.   Lum submitted or caused to be submitted the backdated KPD policy to the Kauai County Counsel for review and approval. | Exh. MM, Kanoho Depo. at P. 42, L.21 - P. 45, L.16 |
| **156.   ITEM 156 INCLUDED HERE IN ERROR** | |
| 157.   Officer Abbatiello desired cellblock duty because she earned extra compensation for performing this duty. | Exh. D, Abbatiello Aff. at ¶ 91. |
| 158.   Cellblock duty includes intake of arrestees in KPD's cellblock facility. | Exh. D, Abbatiello Aff. at ¶ 92. |
| 159.   Officer Abbatiello had frequently requested and been assigned cellblock duty in the past for overtime pay. | Exh. D, Abbatiello Aff. at ¶ 90; Exh. P, Isoda Depo. at P.79, L.1-9; Exh. RR (Lum RFA1) at Adm. 25. |
| 160.   On at least one occasion following her complaints against Kapua, when Officer Abbatiello worked in the cellblock, Sgt. Kapua relieved her from cellblock duty. | Exh. D, Abbatiello Aff. at ¶ 93. |

| FACTS | EVIDENCE |
|---|---|
| 161.    Officer Abbatiello felt threatened when this occurred, and requested that such contact be avoided. | Exh. YY, Stem Depo. at P.8, L.16-19; Exh. D, Abbatiello Aff. at ¶ 94. |
| 162.    A supervisor responded to Officer Abbatiello's request by writing a note on the cellblock sign-in log that Officer Abbatiello could no longer work in cellblock until further notice. | Exh. D, Abbatiello Aff. at ¶ 94. |
| 163.    Kapua continued to request and be assigned to cellblock duty. | Exh. D, Abbatiello Aff. at ¶ 95. |
| 164.    Because of Kapua's presence, Officer Abbatiello has been unable to work in the cellblock. | Exh. D, Abbatiello Aff. at ¶ 96. |
| 165.    After June 23, 2004, Officer Abbatiello has not worked in KPD cellblock. | Exh. RR (Lum RFA1) at Adm. 27. |
| 166.    Since Officer Abbatiello has been unable to work in the cellblock because of Sgt. Kapua's presence in cellblock, Officer Abbatiello has suffered and continues to suffer a loss of compensation. | Exh. D, Abbatiello Aff. at ¶ 96. |
| 167.    On or about October 27, 2005, Officer Abbatiello was served with a Kauai Police Commission complaint against her and other officers by complainant Marilyn Prem ("Prem"), alleging that she had been arrested, a body cavity search had been conducted, and photographs had been taken of the search. | Exh. OO (Complaint) |
| 168.    Prem was one of the two female arrestees who were searched and photographed on April 24, 2005. | Exh. YY, Stem Depo at P. 12-13. |
| 169.    On or about October 28, 2005, Officer Abbatiello received a letter from the Kauai Police Commission advising her that a Police Commission investigator would be investigating her. | Exh. PP (Commission letter dated 10/28/05) |

| FACTS | EVIDENCE |
|---|---|
| 170.   To date, neither Defendants Lum, KPD, or the County have responded to Officer Abbatiello's May 2 and May 9, 2005 complaints concerning the order that she photograph the naked female arrestees. | Exh. D, Abbatiello Aff. |
| 171.   Although Sgt. Kapua admitted to calling Abbatiello a "bitch" and a "c**t" in the workplace, Defendant Lum has not taken any disciplinary action against Defendant Kapua. | Exh. D, Abbatiello Aff. at ¶ 89. |
| 172.   Defendant Lum has filed a federal lawsuit in which he alleges as police commissioner called him "Hop Sing." | Exh. B, Lum Answer at ¶ 4(f). |
| 173.   In the fall of 2004, Officer Abbatiello's gun went missing from her locked Vice locker, and appears to have been stolen.  She reported this to Chief Lum and the FBI. | Exh. D, Abbatiello Aff. at ¶ 97. |
| 174.   Defendant Lum invoked his Fifth Amendment right to silence on all relevant questions to this lawsuit. | Exhibit UU, Transcript of Deposition of K.C. Lum. |
| 175.   Defendant Kapua invoked his Fifth Amendment right to silence on all relevant questions to this lawsuit. | Exhibit VV, Transcript of Deposition of Irvil Kapua. |

DATED: Honolulu, Hawaii, January 8, 2007.

/s/ John T. Hoshibata
Daniel G. Hempey
Margery S. Bronster
John T. Hoshibata
Jeannette Holmes Castagnetti
Elif Z. Yarnall
Attorneys for Officer Abbatiello
DARLA ABBATIELLO