IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
| | ) |
| Plaintiff, | ) DECLARATION OF ELIF Z. |
| | ) YARNALL; EXHIBITS "A" – "YY" |
| vs. | ) |
| | ) |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) ) ) ) ) |
| Defendants. | ) |

## DECLARATION OF ELIF Z. YARNALL

1.     I am an attorney with the Law Office of Daniel G. Hempey, one of the attorneys for Officer Darla Abbatiello.  I make this Declaration in support of Officer Abbatiello's Motion for Summary Judgment on Counts I - VIII of the First Amended Complaint Against Defendant K.C. Lum and Counts I, II, IV, VI, VII and VIII Against Irvil Kapua.

2.     Attached hereto as Exhibit "A" is a true and correct copy of Defendants County of Kauai and Kauai Police Department's Answer to First Amended Complaint.

3.     Attached hereto as Exhibit "B" is a true and correct copy of Defendant K.C. Lum's Answer to First Amended Complaint.

4. Attached hereto as Exhibit "C" is a true and correct copy of Transcript of Deposition of Wilfred Ihu.

5. Attached hereto as Exhibit "D" is a true and correct copy of Affidavit of Darla Abbatiello.

6. Attached hereto as Exhibit "E" is a true and correct copy of Transcript of Deposition of Lt. Alejandro Quibilan.

7. Attached hereto as Exhibit "F" is a true and correct copy of Kauai Police Department Administrative Notice 01-005.

8. Attached hereto as Exhibit "G" is a true and correct copy of Kauai Police Department Memorandum from Officer Abbatiello to Sergeant Wesley Kaui dated 03/08/04.

9. Attached hereto as Exhibit "H" is a true and correct copy of Kauai Police Department Standards of Conduct.

10. Attached hereto as Exhibit "I" is a true and correct copy of Defendant Irvil Kapua's Response to First Request for Admissions.

11. Attached hereto as Exhibit "J" is a true and correct copy of Confidential Informant Questionnaire dated 12/15/03.

12. Attached hereto as Exhibit "K" is a true and correct copy of Internal Investigation Report.

13. Attached hereto as Exhibit "L" is a true and correct copy of Newspaper article dated 09/01/04.

14. Attached hereto as Exhibit "M" is a true and correct copy of Memo to Lt. Alejandro Quibilan dated 12/23/03.

15. Attached hereto as Exhibit "N" is a true and correct copy of Memo to Lt. Alejandro Quibilan dated 01/19/04.

16. Attached hereto as Exhibit "O" is a true and correct copy of Defendant Kauai Police Department's Response to First Request for Admissions.

17. Attached hereto as Exhibit "P" is a true and correct copy of Deposition of Gordon Isoda.

18. Attached hereto as Exhibit "Q" is a true and correct copy of Kauai Police Commission Complaint.

19. Attached hereto as Exhibit "R" is a true and correct copy of Transcript of Deposition of Wes Kaui.

20. Attached hereto as Exhibit "S" is a true and correct copy of Ihu Memo dated 02/09/04.

21. Attached hereto as Exhibit "T" is a true and correct copy of Deposition of Dean Pigao.

22. Attached hereto as Exhibit "U" is a true and correct copy of Abbatiello Memo dated 03/31/04.

23. Attached hereto as Exhibit "V" is a true and correct copy of Ihu Memo dated 04/02/04.

24. Attached hereto as Exhibit "W" is a true and correct copy of Notice from Director of Personnel Services dated 5/06/04.

25. Attached hereto as Exhibit "X" is a true and correct copy of DeBusca Memo dated 09/13/04.

26. Attached hereto as Exhibit "Y" is a true and correct cop y of Abbatiello Memo dated 09/14/04.

27. Attached hereto as Exhibit "Z" is a true and correct copy of Abbatiello Memo dated 04/19/04.

28. Attached hereto as Exhibit "AA" is a true and correct copy of Transcript of Deposition of Eric Caspillo.

29. There is no Exhibit "BB".

30. Attached hereto as Exhibit "CC" is a true and correct copy of Kauai Police Department Memorandum from Assistant Chief Pigao to Chief Lum dated 06/29/04.

31. Attached hereto as Exhibit "DD" is a true and correct copy of Abbatiello Report dated 05/02/05.

32. Attached hereto as Exhibit "EE" is a true and correct copy of Letter from Daniel Hempey dated 05/09/05.

33. Attached hereto as Exhibit "FF" is a true and correct copy of Email string dated 05/23/05 and 05/26/05.

34. Attached hereto as Exhibit "GG" is a true and correct copy of Letter from Harold R. Venneman, Deputy Chief, dated 07/05/05.

35. Attached hereto as Exhibit "HH" is a true and correct copy of Abbatiello letter dated 07/22/05.

36. Attached hereto as Exhibit "II" is a true and correct copy of Training Order 05-070.

37. Attached hereto as Exhibit "JJ" is a true and correct copy of Email string dated 09/13/05 and 09/14/05.

38. Attached hereto as Exhibit "KK" is a true and correct copy of Hawaii Police Department Strip and Body Cavity Searches.

39. Attached hereto as Exhibit "LL" is a true and correct copy of Draft Kauai Police Department Strip and Body Cavity Search Policy.

40. Attached hereto as Exhibit "MM" is a true and correct copy of Deposition of Paul Kanoho.

41. Attached hereto as Exhibit "OO" is a true and correct copy of Police Commission Complaint.

42. Attached hereto as Exhibit "PP" is a true and correct copy of Commission letter dated 10/28/05.

43. Attached hereto as Exhibit "QQ" is a true and correct copy of Officer Abbatiello's Response to County and Kauai Police Department's First Request for Admissions.

44. Attached hereto as Exhibit "RR" is a true and correct copy of Lum's Response to First Request for Admissions.

45. Attached hereto as Exhibit "SS" is a true and correct copy of Pigao's Response to First Request for Admissions.

46. Attached hereto as Exhibit "TT" is a true and correct copy of County of Kauai Workplace Violence Policy.

47. Attached hereto as Exhibit "UU" is a true and correct copy of Transcript of Deposition of K.C. Lum.

48. Attached hereto as Exhibit "VV" is a true and correct copy of Transcript of Deposition of Irvil Kapua.

49. Attached hereto as Exhibit "XX" is a true and correct copy of Police Report KPD-IA-04-01.

50. Attached hereto as Exhibit "YY" is a true and correct copy of Transcript of Lawrence Stem.

I declare under penalty of law that the foregoing is true and correct.

DATED: Lihue, Hawaii, January 8, 2007.

/s/ Elif Yarnall
Daniel G. Hempey
Margery S. Bronster
John T. Hoshibata
Jeannette Holmes Castagnetti
Elif Z. Yarnall
Attorneys for Officer Abbatiello
DARLA ABBATIELLO