```
 1                IN THE UNITED STATES DISTRICT COURT
 2                         STATE OF HAWAII
 3
 4    DARLA ABBATIELLO,              ) CIVIL NO. CV04 00562 SOM BMK
 5              Plaintiff,           )
 6         vs.                       )
 7    COUNTY OF KAUAI; KAUAI POLICE  )
 8    DEPARTMENT; K.C. LUM,          )
 9    WILFRED M. IHU; GORDON ISODA;  ) Trial Date:  May 8, 2007
10    DEAN PIGAO; IRVIL KAPUA,       ) Time:        9:00 a.m.
11              Defendants.          ) Trial Judge: Susan O.
12                                   )              Mollway
13
14               DEPOSITION OF WILFRED IHU
15    Taken on behalf of PLAINTIFF DARLA ABBATIELLO, at the offices of
16    Ralph Rosenberg Court Reporters, Inc., Lihu`e Plantation Bldg.,
17    2970 Kele Street, Ste. 207, Lihu`e, Hawai`i 96766, commencing at
18    9:31 a.m., on Saturday, October 14, 2006, pursuant to second
19    amended notice.
20
21    BEFORE:   JOY C. TAHARA, RPR, CSR 408
22              Notary Public, State of Hawai`i
23
24
25
```

RECEIVED

OCT 23 2006

| | | |
|---|---|---|
| 09:32:32 | 1 | A.   Yes, I have. |
| 09:32:32 | 2 | Q.   And some point, were you the acting chief of police at |
| 09:32:38 | 3 | the Kaua`i Police Department? |
| 09:32:38 | 4 | A.   Yes, I was. |
| 09:32:40 | 5 | Q.   From when to when were you acting chief of the Kaua`i |
| 09:32:44 | 6 | Police Department? |
| 09:32:44 | 7 | A.   From November 1, 2003 until April 30, 2004. |
| 09:32:56 | 8 | Q.   Is George Freitas the chief of police immediately |
| 09:33:04 | 9 | prior to you being acting chief of police? |
| 09:33:08 | 10 | A.   That's correct. |
| 09:33:10 | 11 | Q.   Was K.C. Lum, after April 30, '04, did K.C. Lum take |
| 09:33:16 | 12 | over as acting chief? |
| 09:33:16 | 13 | A.   Yes, he did. |
| 09:33:18 | 14 | Q.   What caused you to not be chief anymore on or around |
| 09:33:22 | 15 | April 30, 2004? |
| 09:33:24 | 16 | A.   Basically I retired. |
| 09:33:26 | 17 | Q.   Did your decision to retire have anything to do with |
| 09:33:32 | 18 | the facts involved in this case? |
| 09:33:34 | 19 | A.   No. |
| 09:33:36 | 20 | Q.   Relatively speaking and generally speaking, how |
| 09:33:48 | 21 | familiar are you with the basic policies and procedures in the |
| 09:33:56 | 22 | Kaua`i Police Department? |
| 09:33:58 | 23 | MR. MINKIN:   Objection.  You're asking at this point |
| 09:34:00 | 24 | in time, or when he was in the department? |
| 09:34:02 | 25 | Q.   When you were in the department.  When you were acting |

```
09:41:00   1   doesn't matter.
09:41:02   2              MR. MINKIN:  Objection.  Vague and ambiguous.  Lack of
09:41:04   3   foundation based on the prior answers.
09:41:06   4        Q.   Let's talk about December 2003.  Are you aware of any
09:41:26   5   problems or tension between Darla Abbatiello and Irvil Kapua
09:41:32   6   during that time?
09:41:32   7        A.   No, I was not.
09:41:34   8        Q.   At some point in December 2003, was a problem reported
09:41:40   9   to you regarding Darla and Irvil Kapua?
09:41:46  10        A.   Not that I recall.
09:41:48  11        Q.   Are you aware of an incident involving an arrestee
09:41:54  12   named Heather Herron?
09:41:56  13        A.   I know the name, and it was brought to my attention;
09:42:02  14   but it was brought to my attention, I believe, in January, not
09:42:06  15   in December.
09:42:08  16        Q.   Let me ask you the same question I asked you earlier
09:42:14  17   and change the date.  Are you aware of any problems or tension
09:42:16  18   between Irvil Kapua and Darla Abbatiello in January, in or about
09:42:22  19   January '04?
09:42:22  20        A.   Yes.
09:42:22  21        Q.   Could you describe what you knew that caused you to
09:42:30  22   answer yes a minute ago.
09:42:32  23        A.   Ofr. Abbatiello and her lieutenant came in to see me
09:42:38  24   sometime in January --
09:42:40  25        Q.   I'm going to interrupt you real quickly; can you
```

| | | |
|---|---|---|
| 09:42:42 | 1 | identify the lieutenant? |
| 09:42:44 | 2 | A. The lieutenant is Ale Quibilan, and they informed me |
| 09:42:48 | 3 | of having problems with Irvil Kapua. |
| 09:42:52 | 4 | Q. What specifically was said to the best of your |
| 09:42:54 | 5 | recollection? |
| 09:43:04 | 6 | A. To the best of my recollection, that he was somehow |
| 09:43:08 | 7 | interfering with their vice investigations. |
| 09:43:10 | 8 | Q. Do you remember anything else that was said during |
| 09:43:14 | 9 | that meeting? |
| 09:43:18 | 10 | A. I don't know if it was that meeting or a subsequent |
| 09:43:22 | 11 | meeting that they alleged or told me of allegations that |
| 09:43:30 | 12 | Ofr. Kapua was on the take. |
| 09:43:32 | 13 | Q. Do you remember if Darla Abbatiello and Ale Quibilan |
| 09:43:38 | 14 | were making those accusations, or do you know if they were |
| 09:43:42 | 15 | relaying accusations that were made to them by somebody else? |
| 09:43:44 | 16 | A. They were relaying information to me that they got |
| 09:43:48 | 17 | from someone else. |
| 09:43:50 | 18 | Q. As chief of police, let me ask you; if someone working |
| 09:43:54 | 19 | in the police department as an officer or detective -- I'm |
| 09:44:02 | 20 | asking you a hypothetical question. If somebody's working in |
| 09:44:06 | 21 | the Kaua`i Police Department, let's say in Vice, and they |
| 09:44:10 | 22 | arrested a suspect and that suspect told them that another |
| 09:44:16 | 23 | officer had received payoff money to stop this type of arrest |
| 09:44:24 | 24 | from happening, would that be something you would expect the |
| 09:44:30 | 25 | officer to report up the chain of command? |

| | | |
|---|---|---|
| 09:46:08 | 1 | remember whether she and/or Mr. Quibilan had any kind of |
| 09:46:12 | 2 | corroborative evidence? |
| 09:46:16 | 3 | A.   The fact that you had a witness would be enough for me |
| 09:46:22 | 4 | to proceed with whatever actions I would have to take. |
| 09:46:28 | 5 | Q.   Based on the report made to you about Heather Herron |
| 09:46:32 | 6 | from Darla and her lieutenant, what actions, if any, did you |
| 09:46:36 | 7 | take? |
| 09:46:38 | 8 | MR. MINKIN:  For the record, you're just talking about |
| 09:46:40 | 9 | the oral report, because the witness has said he needs a written |
| 09:46:44 | 10 | report to start anything. |
| 09:46:44 | 11 | Q.   Let's start with the oral report. |
| 09:46:46 | 12 | A.   I informed them put it to me in writing and I will |
| 09:46:50 | 13 | proceed with whatever actions I had to take. |
| 09:46:54 | 14 | Q.   And what happened next? |
| 09:46:56 | 15 | A.   I'm not exactly sure of the dates when I got a written |
| 09:47:00 | 16 | report, but I eventually received a written report. |
| 09:47:06 | 17 | Q.   Do you remember if that written report was written to |
| 09:47:08 | 18 | you, or was it written to someone else and sent up the chain of |
| 09:47:12 | 19 | command to you? |
| 09:47:12 | 20 | A.   I think it was written directly to me. |
| 09:47:16 | 21 | Q.   What did you do upon receiving the written report? |
| 09:47:26 | 22 | A.   I called my senior staff, mostly Asst. Chief Gordon |
| 09:47:38 | 23 | Isoda because he was the supervising in charge of both parties |
| 09:47:46 | 24 | or all parties involved, and they had a meeting as to what steps |
| 09:47:50 | 25 | we need to take. |

```
09:47:54   1        Q.   Who was at the meeting?
09:47:58   2        A.   I think it was Gordon Isoda, myself, and Asst. Chief
09:48:04   3   Clayton Arinaga.
09:48:04   4        Q.   Can you tell me what was decided at the meeting.  Who
09:48:10   5   was gonna do what?
09:48:12   6        A.   The outcome of the meeting was that we needed to do an
09:48:16   7   administrative investigation based on the allegations and the
09:48:20   8   written report, and also a criminal investigation.
09:48:26   9        Q.   Do you remember when this meeting took place?
09:48:30  10        A.   It was sometime after -- it was soon after I got the
09:48:34  11   written report.
09:48:36  12        Q.   Were police personnel assigned to do the
09:48:42  13   administrative and criminal investigations?
09:48:44  14        A.   That's correct.
09:48:46  15        Q.   Did you assign them, or do you know if someone else
09:48:48  16   assigned them?
09:48:50  17        A.   I did the assignment.
09:48:52  18        Q.   Who was assigned to do the criminal investigation?
09:48:56  19        A.   I assigned my Criminal Intelligence Unit to do the
09:49:02  20   criminal investigation, by going through their commander who is
09:49:08  21   Lt. Stanton Koizumi.
09:49:10  22        Q.   Who did the administrative investigation?
09:49:14  23        A.   That was Lt. Roy Asher.
09:49:24  24        Q.   Are we still in or around January 2004?
09:49:28  25        A.   I think we're in February at this point.
```

| | | |
|---|---|---|
| 09:49:32 | 1 | Q.   To your knowledge, had any other agency been made |
| 09:49:38 | 2 | aware of Ms. Herron's statement?  In other words, specifically |
| 09:49:46 | 3 | had you or anyone at KPD reported this to the FBI yet? |
| 09:49:50 | 4 | A.   Not at that time, no. |
| 09:49:52 | 5 | Q.   To your knowledge, did you or anyone ultimately report |
| 09:49:56 | 6 | this allegation to the FBI? |
| 09:49:58 | 7 | A.   That's correct. |
| 09:50:00 | 8 | Q.   Do you know who took this to the FBI? |
| 09:50:02 | 9 | A.   Again, the investigation was being conducted by the |
| 09:50:06 | 10 | Criminal Intelligence Unit.  And with my permission, they |
| 09:50:14 | 11 | contacted the FBI because they felt like they needed to bring |
| 09:50:18 | 12 | another source into the investigation, into the criminal |
| 09:50:22 | 13 | investigation. |
| 09:50:22 | 14 | Q.   To the extent you can remember, can you tell me what |
| 09:50:28 | 15 | facts were before you that led you to -- well, let me ask you -- |
| 09:50:34 | 16 | strike that.  Did you order -- the decision to have a criminal |
| 09:50:38 | 17 | and administrative investigation come from you, ultimately? |
| 09:50:40 | 18 | A.   Yes. |
| 09:50:42 | 19 | Q.   What facts were before you that led you to order those |
| 09:50:46 | 20 | two investigations? |
| 09:50:50 | 21 | A.   The written report from Darla Abbatiello and the |
| 09:50:56 | 22 | allegations in that written report prompted me to proceed with |
| 09:51:00 | 23 | both the criminal and administrative investigation. |
| 09:51:06 | 24 | Q.   To your memory, was there any facts outside of the |
| 09:51:10 | 25 | written report that anyone told you, or did you just base the |

| | | |
|---|---|---|
| 09:53:04 | 1 | A. That's correct. |
| 09:53:04 | 2 | Q. This would have been within a week or two of getting |
| 09:53:08 | 3 | the written report from Darla Abbatiello about Heather Herron's |
| 09:53:10 | 4 | allegations? |
| 09:53:12 | 5 | A. That's correct. |
| 09:53:14 | 6 | Q. If you look at the second paragraph, I think it's the |
| 09:53:20 | 7 | second sentence, it says, "When you notify Detective Kapua of |
| 09:53:24 | 8 | the investigation, you are also to inform him that any actions |
| 09:53:26 | 9 | taken against the officers or directed towards these officers |
| 09:53:30 | 10 | will not be tolerated." And my question is, what led you to |
| 09:53:34 | 11 | write that? |
| 09:53:38 | 12 | A. When Darla Abbatiello and Quibilan came to report to |
| 09:53:46 | 13 | me, they informed me that Sgt. Kapua was interfering with some |
| 09:53:56 | 14 | of their investigations and they wanted him not to interfere or |
| 09:54:00 | 15 | not to make any contact with them. |
| 09:54:06 | 16 | Q. Did anyone else, besides the report from Quibilan and |
| 09:54:20 | 17 | Abbatiello that Kapua had been interfering with investigations |
| 09:54:24 | 18 | besides that, did anything else lead you to write that sentence? |
| 09:54:30 | 19 | A. I'm not sure if Abbatiello said that they were afraid |
| 09:54:38 | 20 | of some kind of retaliation from Kapua or not. But this is |
| 09:54:44 | 21 | fairly standard action that when an officer reports or files a |
| 09:54:50 | 22 | complaint against another officer, that for fear of retaliation |
| 09:54:56 | 23 | it's kind of standard for us to advise them not to make contact |
| 09:55:00 | 24 | with the officer making the complaint. |
| 09:55:06 | 25 | Q. The next sentence says, directs Asher and Arinaga |

| | | |
|---|---|---|
| 09:59:08 | 1 | Q. Were you aware of any allegations that Mr. Kapua had |
| 59:12 | 2 | been violent? |
| 09:59:14 | 3 | A. I had no direct knowledge of anything, no. |
| 09:59:16 | 4 | Q. During your entire career at the police department, |
| 09:59:20 | 5 | did you ever have any knowledge, direct or indirect, of |
| 09:59:22 | 6 | Mr. Kapua being violent? |
| 09:59:24 | 7 | A. Indirect, yes. |
| 09:59:24 | 8 | Q. What was that and when? |
| 09:59:26 | 9 | A. I am not sure when. It's something that spread |
| 09:59:34 | 10 | throughout the department. Like I said, I had no direct |
| 09:59:36 | 11 | knowledge or anything to do or any reason to find out what the |
| 09:59:44 | 12 | allegations were. |
| 09:59:46 | 13 | Q. What was the information that had spread through the |
| 59:50 | 14 | department that related to possible violence on the part of |
| 09:59:54 | 15 | Irvil Kapua? |
| 09:59:56 | 16 | A. A rumor or an allegation that he punched some lockers. |
| 10:00:00 | 17 | And like I said, I had no reason to look into it or no other |
| 10:00:06 | 18 | knowledge of it. |
| 10:00:08 | 19 | Q. When do you remember hearing this? Were you chief at |
| 10:00:16 | 20 | the time, or is it something from before you were chief? |
| 10:00:20 | 21 | A. I probably was a sergeant in the intelligence unit at |
| 10:00:22 | 22 | that time. It was years ago. |
| 10:00:24 | 23 | Q. When approximately were you sergeant in the |
| 10:00:28 | 24 | intelligence unit? |
| 00:30 | 25 | A. From about '94 to 1999. |

| | | | |
|---|---|---|---|
| 10:00:40 | 1 | Q. | You don't remember the source of where you heard |
| 00:44 | 2 | | that -- |
| 10:00:44 | 3 | A. | No, I don't. |
| 10:00:44 | 4 | Q. | -- Irvil Kapua had punched lockers? |
| 10:00:48 | 5 | A. | Basically, it was none of my concern to inquire and to |
| 10:00:52 | 6 | | look into it. |
| 10:01:00 | 7 | Q. | At some point, when, during your tenure as acting |
| 10:01:28 | 8 | | chief -- this may have been asked and answered and I'll ask you |
| 10:01:30 | 9 | | again -- when during your tenure as acting chief did Darla first |
| 10:01:36 | 10 | | express fear of Irvil Kapua to you or in what context? |
| 10:01:40 | 11 | A. | I'm thinking it's after the investigations had already |
| 10:01:42 | 12 | | started. |
| 10:01:42 | 13 | Q. | Did she come see you? |
| 10:01:44 | 14 | A. | Yes. |
| 10:01:46 | 15 | Q. | What was her demeanor when she came to see you? |
| 10:01:54 | 16 | A. | I did not notice anything unusual. |
| 10:01:58 | 17 | Q. | This would be sometime in February '04 -- |
| 10:02:00 | 18 | A. | Yes, I'm thinking. |
| 10:02:02 | 19 | Q. | -- most likely? |
| 10:02:04 | 20 | A. | Yes. |
| 10:02:04 | 21 | Q. | What did she tell you specifically?  What do you |
| 10:02:08 | 22 | | remember? |
| 10:02:10 | 23 | A. | I remember something she told me about an incident |
| 10:02:14 | 24 | | that happened at a restaurant between Kapua and herself. |
| 02:18 | 25 | Q. | Again, specifically, what do you remember Darla |

| | | |
|---|---|---|
| 10:02:22 | 1 | telling you? |
| 10:02:26 | 2 | A.   That she had gone into this restaurant, I guess |
| 10:02:30 | 3 | somewheres in Kapa`a, and Irvil Kapua and his wife were already |
| 10:02:34 | 4 | in the restaurant seated, I guess.  And when she walked in, |
| 10:02:38 | 5 | Kapua let out an expletive.  Specifically, he said fuck.  And |
| 10:02:44 | 6 | that was it. |
| 10:02:46 | 7 | Q.   Was anyone else present in this meeting where Darla |
| 10:02:50 | 8 | told you that? |
| 10:02:50 | 9 | A.   I don't think so, no. |
| 10:02:52 | 10 | Q.   Do you remember whether she told you there were |
| 10:02:54 | 11 | witnesses to the incident in the restaurant or not? |
| 10:02:58 | 12 | A.   Besides the patrons at the restaurant, she may have |
| 10:03:04 | 13 | walked in with Lt. Quibilan. |
| 10:03:08 | 14 | Q.   Do you remember whether she told you there was a guy |
| 10:03:14 | 15 | name Brad Pikini there at the restaurant? |
| 10:03:16 | 16 | A.   I don't recall. |
| 10:03:18 | 17 | Q.   Did Darla ask you to take any action based on Irvil |
| 10:03:32 | 18 | Kapua yelling fuck in the restaurant? |
| 10:03:34 | 19 | A.   I think she was just reporting it to me. |
| 10:03:42 | 20 | Q.   That conduct, yelling fuck at a fellow officer in a |
| 10:03:46 | 21 | restaurant, would that, if true, in your experience as chief of |
| 10:03:52 | 22 | police, violate any policy or SOP at the KPD? |
| 10:04:00 | 23 |       MR. MINKIN:  Objection.  Lack of foundation.  Assumes |
| 10:04:04 | 24 | facts not in evidence.  There is no indication that the |
| 10:04:08 | 25 | expletive that was uttered was directed at the plaintiff thus |

```
10:04:14   1   far.
10:04:16   2              MR. HEMPEY:  That's a good point, David.  Thank you
10:04:18   3   very much.
10:04:22   4        Q.   Let me rephrase that question then.  Let's back up.
10:04:26   5   When Darla reported to you Irvil yelling the expletive in the
10:04:30   6   restaurant, did you garner from that that he had yelled fuck at
10:04:40   7   her?
10:04:40   8        A.   No.
10:04:40   9        Q.   No?
10:04:42  10        A.   No.  He let out an expletive as she walked in.  She
10:04:48  11   did not say it was directed specifically at her or he just
10:04:54  12   letting out an expletive.
10:04:56  13        Q.   So as far as the report you received, you couldn't
10:04:58  14   tell whether it was he yelled fuck because Darla walked in the
10:05:02  15   room or he had Tourette's syndrome and just screamed fuck
10:05:06  16   randomly?
10:05:08  17        A.   My point is that based on her statement to me, it was
10:05:12  18   not directed at her.  Like he did not go up to her and say fuck
10:05:16  19   you to her.  He let out an expletive.  It could be because Darla
10:05:22  20   walked into the restaurant, sure.
10:05:24  21        Q.   Was that the implication?
10:05:28  22        A.   Yes.
10:05:36  23        Q.   If what Darla Abbatiello, taken a face value, told you
10:05:42  24   was true, would Irvil's conduct in saying fuck in the restaurant
10:05:46  25   violate any KPD policy or SOP?  And that's standard operating
```

```
10:05:52   1    procedure.
10:05:54   2         A.   I'm sure it's a violation to something in our
10:05:56   3    standards of conduct, yes.
10:06:00   4         MR. HOSHIBATA:  I'm sorry, this is John.  Could you
10:06:02   5    repeat that, I didn't hear.
10:06:04   6         MR. MINKIN:  The witness said I'm sure it's a
10:06:06   7    violation of something within our standards.
10:06:12   8         MR. HEMPEY:  Of conduct.
10:06:14   9         Q.   Did you or anyone in the department take any formal
10:06:24  10    action based on the report of fuck being yelled in the
10:06:30  11    restaurant?
10:06:30  12         A.   I don't understand what you mean by formal.
10:06:34  13         Q.   Did you take any action in response to that?
10:06:40  14         A.   I recall meeting with Kapua.  I don't know if it was
10:06:44  15    prior to that or after that I talked to him and telling him not
10:06:48  16    to do anything with Darla or anybody else in Vice, not to
10:06:54  17    approach them in any -- well, I guess I don't recall if it was
10:07:00  18    prior to or after that report I got from Darla.
10:07:04  19         Q.   But is it fair to say it was around that time frame
10:07:08  20    within a couple of weeks either way?
10:07:08  21         A.   That's correct.
10:07:10  22         Q.   So to restate in another way, within a couple of weeks
10:07:16  23    either way of Darla reporting to you that Irvil had said fuck in
10:07:20  24    a restaurant, you had a sit-down with Irvil and told him to stay
10:07:24  25    away from both Darla and everybody in Vice?
```

| | | |
|---|---|---|
| 10:07:28 | 1 | A. That's correct. |
| 10:07:32 | 2 | Q. To your knowledge, when you were chief, to your |
| 10:07:36 | 3 | knowledge at the time you were acting as chief, after that |
| 10:07:40 | 4 | conversation with Irvil, did he have any further contact with |
| 10:07:46 | 5 | Darla or anyone in Vice in defiance of -- |
| 10:07:52 | 6 | A. Not to my knowledge. |
| 10:07:52 | 7 | Q. -- your talk? To the best you can recollect, I'd like |
| 10:08:00 | 8 | you to relay the specifics of your conversation with Irvil Kapua |
| 10:08:08 | 9 | in which this happened. In other words, did you call him into |
| 10:08:12 | 10 | your office? |
| 10:08:14 | 11 | A. No. I think he came in on his own. |
| 10:08:18 | 12 | Q. What did he say? |
| 10:08:20 | 13 | A. I had several meetings with Mr. Kapua, and each time |
| 10:08:26 | 14 | he would come to the meeting he thought it was wrong that I even |
| 10:08:32 | 15 | started an investigation on him. And that's how it started. |
| 10:08:36 | 16 | Q. Did he say why he thought it was wrong? |
| 10:08:40 | 17 | A. He felt like I should have done some kind of inquiry |
| 10:08:44 | 18 | or background check prior to initiating an investigation. |
| 10:08:50 | 19 | Q. Did he say specifically what you should have inquired |
| 10:08:54 | 20 | prior to starting? |
| 10:08:56 | 21 | A. Well, first, my response to that was the only way I |
| 10:08:58 | 22 | can conduct an inquiry and the best way would be to conduct an |
| 10:09:02 | 23 | investigation. And that was my response to him on that. |
| 10:09:06 | 24 | Q. How did he counter? What did he say next? |
| 10:09:10 | 25 | A. I don't recall what he said. I just told him how it |

```
10:10:48   1         Q.   In your mind, did he blame Darla Abbatiello for
10:10:52   2    starting this?
10:11:02   3         A.   I don't know if he did.  All I know is he was upset
10:11:06   4    that we even started the investigation.
10:11:10   5         Q.   During February 2004, did Mr. Kapua ever express any
10:11:20   6    animosity to you toward Darla Abbatiello?
10:11:26   7         A.   Yes.
10:11:28   8         Q.   What?
10:11:28   9         A.   That he was upset because of the proceedings.
10:11:32  10         Q.   Do you remember, to the best you can reconstruct his
10:11:36  11    exact words, do you remember what he said to you?
10:11:44  12         A.   I can't recall.  Only that he was upset.
10:11:52  13         Q.   Did Irvil Kapua ever refer to Darla Abbatiello as a
10:11:56  14    bitch in your presence?
10:12:02  15         A.   He never -- he told me that he had used that phrase
10:12:08  16    towards her, but he never referred to her as a bitch to me.
10:12:12  17         Q.   What, if you remember, did he say about using that
10:12:16  18    phrase towards her?
10:12:22  19         A.   Other than they were passing each other and he said
10:12:26  20    bitch.  And that's all I can recall that happened.
10:12:30  21         Q.   Do you recall whether that took place, in him calling
10:12:36  22    her bitch, do you recall whether he told you that that took
10:12:38  23    place in the workplace or outside of the workplace?
10:12:42  24         A.   I think they were passing each other somewheres within
10:12:44  25    the police building.
```

```
10:12:46  1        Q.  When he called her a bitch?
10:12:48  2        A.  That's correct.
10:12:52  3        Q.  Do you have any sense of when that happened?
10:13:00  4        A.  I'm still thinking it's after we started the
10:13:04  5   investigations.
10:13:04  6        Q.  So it's within the same --
10:13:06  7        A.  Time frame, yes.
10:13:08  8        Q.  -- time frame that we've been talking about all
10:13:10  9   morning?
10:13:10 10        A.  That's correct.
10:13:14 11        Q.  Did Darla express fear of Irvil Kapua to you more than
10:13:30 12   once?  On more than one occasion?
10:13:34 13        A.  Yes.
10:13:36 14        Q.  Approximately how many?
10:13:38 15        A.  Two that I ask recall.
10:13:40 16        Q.  What would be the time frame?
10:13:42 17        A.  Around the same time frame, the last time was in,
10:13:46 18   could have been in early April.
10:13:50 19        Q.  What do you remember her telling you?
10:13:54 20        A.  When she requested to be transferred from Vice back to
10:13:58 21   Patrol, that one of the reasons or part of the reason for that
10:14:04 22   request was because she was afraid of Kapua.
10:14:14 23        Q.  Did you explain to her that you had told Kapua to stay
10:14:18 24   away from her?
10:14:20 25        A.  I don't recall if I did.
```

| | | |
|---|---|---|
| 10:29:22 | 1 | this meeting after you received Plaintiff's Exhibit 3? Did she |
| 10:29:32 | 2 | give you any, you know, additional facts about Kapua's, you |
| 10:29:36 | 3 | know, conduct towards her that you didn't have before at that |
| 10:29:40 | 4 | meeting? |
| 10:29:40 | 5 | A.   No, she did not. |
| 10:29:46 | 6 | Q.   Was anyone else present during this conversation? |
| 10:29:48 | 7 | A.   No, sir. |
| 10:29:50 | 8 | Q.   Did you try to talk her out of leaving Vice? |
| 10:29:56 | 9 | A.   No, I did not. |
| 10:30:02 | 10 | Q.   How long did this conversation last approximately? |
| 10:30:04 | 11 | A.   A couple of minutes. |
| 10:30:08 | 12 | Q.   Did you tell her whether, did you give her any |
| 10:30:14 | 13 | indication whether you were going to grant or deny her request |
| 10:30:20 | 14 | to be transferred to Patrol Services? |
| 10:30:24 | 15 | A.   Yes, I did. |
| 10:30:26 | 16 | Q.   What did you tell her? |
| 10:30:26 | 17 | A.   That I would allow it. |
| 10:30:30 | 18 | Q.   Was the issue of pay discussed? |
| 10:30:32 | 19 | A.   No. |
| 10:30:38 | 20 | Q.   Prior to her transfer to Patrol from Vice sometime in |
| 10:30:46 | 21 | the spring of '04, was the issue of pay, Darla Abbatiello's pay, |
| 10:30:54 | 22 | discussed ever? Did you and Darla Abbatiello ever discuss the |
| 10:30:58 | 23 | issue of her pay? |
| 10:30:58 | 24 | A.   No, sir. |
| 10:31:00 | 25 | Q.   Did you send or are you aware whether she was ever |

| | | |
|---|---|---|
| 11:15:04 | 1 | Q. Can you tell me whether, generally speaking, there |
| 11:15:08 | 2 | were any, what you would call significant developments as that |
| 11:15:14 | 3 | unfolded, as that investigation unfolded? |
| 11:15:18 | 4 | MR. MINKIN: Objection. Asked and answered. There's |
| 11:15:20 | 5 | already been testimony that based upon information he received |
| 11:15:22 | 6 | and a request, it was forwarded to the FBI. |
| 11:15:28 | 7 | A. My answer is yes. |
| 11:15:30 | 8 | Q. Now my next question to you is, were the specific |
| 11:15:38 | 9 | developments that you just said yes that happened that were |
| 11:15:42 | 10 | relayed to you in the criminal investigation done by Wes Kaui, |
| 11:15:46 | 11 | did you relay those developments to K.C. Lum before he took over |
| 11:15:52 | 12 | as chief? |
| 11:15:54 | 13 | A. Lum knew that the investigation, the criminal side was |
| 11:16:00 | 14 | turned over to the FBI. |
| 11:16:04 | 15 | Q. Was during the month of April 2004, was Lum, to your |
| 11:16:10 | 16 | knowledge, getting updated on the criminal investigation by Kaui |
| 11:16:14 | 17 | into Kapua? |
| 11:16:16 | 18 | MR. TANAKA: Objection. Lacks foundation. Calls for |
| 11:16:18 | 19 | speculation. |
| 11:16:20 | 20 | A. Not until he became the official acting chief. |
| 11:16:24 | 21 | Probably not till then. |
| 11:16:26 | 22 | Q. Did you keep Lum abreast during the month of April '04 |
| 11:16:32 | 23 | as to developments in the criminal investigation? |
| 11:16:42 | 24 | A. My only thing with Lum was that there was a criminal |
| 11:16:46 | 25 | investigation that was, according to the FBI, there was an |

```
11:16:50   1    administrative investigation and that he needed, once he became
11:16:54   2    chief, to meet with the investigators and find out where they
11:16:58   3    were and what status the investigations were at.
11:17:02   4         Q.   You suggested that he meet with them?
11:17:06   5         A.   Yes.  I never told him specifics of the investigation.
11:17:12   6    He did not have a need to know or the right to know at that
11:17:14   7    time.
11:17:16   8         Q.   But before K.C. Lum took over as chief, is it correct
11:17:20   9    to say that you told him essentially that it was important that
11:17:26  10    he talk to Wes Kaui and Roy Asher about these investigations?
11:17:34  11         A.   That's correct.
11:17:38  12         Q.   Did he appear to understand when you told him that?
11:17:44  13              MR. TANAKA:  Objection.  Lacks foundation.  Calls for
11:17:48  14    speculation.
11:17:50  15              THE WITNESS:  Can I answer?
11:17:50  16              MR. MINKIN:  If you can.
11:17:52  17         A.   When I told him about the Kapua investigation, and
11:17:54  18    then his reaction was that's the one I'm worried about.
11:18:00  19         Q.   Do you know what he meant by that?
11:18:06  20         A.   No, I don't.
11:18:10  21         Q.   When was, was this in April '04?
11:18:14  22         A.   It could have been --
11:18:16  23         Q.   -- when he said that?
11:18:16  24         A.   It would have been in April, yes.
11:18:18  25         Q.   Did you follow up on what you mean by that?  Did you
```

```
 1                    C E R T I F I C A T E
 2

 3   STATE OF HAWAI`I                    )
 4                                       ) ss.
 5   CITY AND COUNTY OF HONOLULU         )
 6          I, JOY C. TAHARA, RPR, CSR 408, Notary Public, State
 7   of Hawai`i, hereby certify:
 8          That on Saturday, October 14, 2006, at 9:31 a.m.,
 9   before me appeared WILFRED IHU, the witness whose deposition is
10   contained herein; and that prior to being examined was duly
11   sworn;
12          That I am neither counsel for any of the parties
13   herein nor interested in any way in the outcome of this action;
14          That the deposition herein was by me taken down in
15   machine shorthand and thereafter reduced to print via
16   computer-aided transcription; that the foregoing represents, to
17   the best of my ability, a complete and accurate transcript of
18   the testimony of said witness.
19          DATED:  Honolulu, Hawai`i,  __October 21, 2006__.
20

21                                _____Joy C. Tahara_____
22                                Notary Public, State of Hawai`i
23                                My commission expires: 10/11/10
24
25
```