1                 IN THE UNITED STATES DISTRICT COURT

2                    FOR THE DISTRICT OF HAWAII

3

4

5          ----------------------------------

    DARLA ABBATIELLO,                              )
6                                                  )
            Plaintiff,                             )
7                                                  ) Civil No. CV04
       v.                                          ) 00562 SOM BMK
8                                                  )
    COUNTY OF KAUAI, KAUAI POLICE                  )
9   DEPARTMENT, K.C. LUM, WILFRED M.               )
    IHU, GORDON ISODA, DEAN PIGAO,                 )
10  IRVIL KAPUA,                                   )
                                                   )
11          Defendant.                             )
                                                   )
12         ----------------------------------

13

14              DEPOSITION OF ALEJANDRO QUIBILAN

15  Taken on behalf of the Plaintiff, at Hale & Goldberg, Lihue

16  Plantation Building, 2970 Kele Street, Suite 210, Lihue,

17  Kauai, HI  96766-1803, commencing at 12:56 p.m., on Monday,

18  November 6, 2006, pursuant to Notice.

19

20  BEFORE:    SANDRA J. GRAN, CSR NO. 424 (Telephonically)

21             Registered Professional Reporter

22                         -o0o-

23

24

25

1      A.    January 3rd, 1983.

2      Q.    Okay.  Mr. Hempey here and I represent Darla

3  Abbatiello.  She's an officer in the Kauai Police Department.

4  Are you familiar with Darla?

5      A.    Yes, I am.

6      Q.    How long have you known Darla Abbatiello?

7      A.    Her entire career with the police department.

8      Q.    And approximately how long would that be?

9      A.    It's over ten years now.

10     Q.    During that period of time have there been periods

11 that you have worked closely with Darla Abbatiello?

12     A.    Yes, I have.

13     Q.    In what roles?  As a supervisor or as an equal?

14     A.    No.  As her commanding officer in the

15 vice/narcotics unit.

16     Q.    And during what period of time would that have

17 been?

18     A.    It was in 2004, pretty much the entire year of

19 2004.

20     Q.    And have you known her -- Well, besides being her

21 commander in 2004, though, you've known her for over ten

22 years?  That's what you told me before.

23     A.    Correct.

24     Q.    And you still see her now?

25     A.    Yes.  It was in the patrol bureau, which I'm the

1    Officer Abbatiello besides Officer Kapua?

2        A.   It was -- Officer Karen Kapua was also in the

3    restaurant.

4        Q.   And was she with her husband, Irvil?

5        A.   Yes.

6        Q.   And what was it, were you sitting down when they

7    came in or was it vice versa?

8                 MR. MINKIN:   Objection; leading.

9                 THE WITNESS:   We were there and we had our

10   meal, sat down and we observed them entering the restaurant.

11   BY MR. HOSHIBATA:

12       Q.   Did Officer Kapua say anything to your table or

13   your area as he came in the restaurant?

14       A.   Yes.

15       Q.   What did he say?

16       A.   I heard the word "fuck" being called out, and that

17   was it.

18       Q.   Where was Officer Kapua looking at the time he

19   said that word "fuck"?

20       A.   I don't know.

21       Q.   How close was Officer Kapua to Officer Abbatiello

22   at the time you heard that word?

23       A.   Maybe two tables over.

24       Q.   And you were able to hear that word without any

25   problem?

1          A.    No, no problem at all.

2          Q.    Did he yell?

3          A.    I believe he shouted, yes.

4          Q.    Do you know whether or not he shouted that word at

5     you?

6          A.    I don't know.

7                MR. McGUIGAN:   Objection; calls for

8     speculation.   Mike McGuigan.

9                MS. NAKEA-TRESLER:   Join.   Christiane.

10               THE WITNESS:   I don't believe it was directed

11    at me.

12    BY MR. HOSHIBATA:

13         Q.    Do you know who it was directed at?

14               MR. McGUIGAN:   Same objection.   Mike

15    McGuigan.

16               MR. TANAKA:   Join.   Cary Tanaka.

17               MR. McGUIGAN:   Also lacks foundation.   Mike

18    McGuigan.

19               THE WITNESS:   Within the restaurant I really

20    believe it was directed at Darla Abbatiello.

21    BY MR. HOSHIBATA:

22         Q.    Was there anybody else sitting close by that was

23    either in the police department or was a police officer

24    sitting close by you?  Anyone between you and Officer Kapua?

25         A.    No.

```
 1        Q.    What did you do when you heard him yell "fuck"?

 2        A.    We -- Well, we decided to complete our meal -- or

 3   whether it was complete or not, to leave the restaurant.

 4        Q.    I'm sorry.  Does that mean that you just left the

 5   restaurant without completing your meal?  Is that what you

 6   meant?

 7        A.    I can't recall if I finished everything, but I

 8   wanted to leave the restaurant.

 9        Q.    Why did you want to leave the restaurant at that

10   time?

11        A.    It just wasn't comfortable anymore.  We went there

12   for a meal.  We had a case to work on.  We wanted some time

13   to relax and it was not -- no longer a relaxed atmosphere.

14        Q.    Was Officer Kapua in uniform?

15        A.    I don't recall.  I don't believe he was, no.

16        Q.    Were you in uniform?

17        A.    No.

18        Q.    Was Officer Abbatiello in uniform?

19        A.    No.

20        Q.    Do you remember what time of day this was?

21        A.    It was in the afternoon.  We were going to do an

22   early evening case and I believe we just grabbed either a

23   late lunch or a real early dinner not knowing that -- how

24   long we were going to work that evening.

25        Q.    Was the restaurant crowded?
```

```
 1   all about.
 2           Q.   Do you remember what he asked, what words he used?
 3           A.   Not exactly, no.
 4           Q.   Did he ask that of you or of Darla Abbatiello?
 5           A.   We all -- Darla and I were together as we exited,
 6   so I shook Brad's hand, acknowledged him, and he made --
 7   asked that -- stated the question, and I'm not sure if it was
 8   directed to me directly or at Darla.
 9           Q.   And did you say anything back to Mr. Kakini?
10           A.   I can't recall.  If I did, I can't recall what I
11   said.
12           Q.   Did Darla say anything?
13           A.   I can't recall.
14           Q.   When Officer Kapua yelled "fuck," what was Darla's
15   reaction?
16           A.   She was startled.  She was upset.  She looked
17   uncomfortable to me.  And we both agreed that we would leave
18   the restaurant.
19           Q.   Did you say anything specifically to Darla
20   immediately after Kapua yelled "fuck"?
21           A.   I can't recall.
22           Q.   And about -- Do you remember the date of this
23   occurrence?
24           A.   No, I don't.
25           Q.   And who was the chief of Kauai Police Department
```

1   at the time this happened?

2        A.   Well, it's -- Oh, boy.  I can't recall if it was

3   still Chief Freitas or Chief Ihu.  We were going through some

4   problems in the police department in 2004.

5        Q.   Okay.  But this did happen in the year 2004?

6        A.   Yes.

7        Q.   Can you give me maybe more of an early, middle or

8   late 2004, summer or holiday season; anything like that?

9                  MR. TANAKA:  Calls for speculation.  Tanaka.

10                 MR. HOSHIBATA:  If you know.

11                 THE WITNESS:  No, I don't.  I believe it

12  was Will Ihu who was the act -- interim chief at the time.

13  BY MR. HOSHIBATA:

14       Q.   After this incident took place, did you mention it

15  to anybody, meaning any of your co-workers or supervisors?

16       A.   This incident at the restaurant?

17       Q.   Yes.

18       A.   I don't recall speaking with anyone about it.

19       Q.   Do you know if you wrote any kind of a memo

20  to/from or report about it?

21       A.   No, I can't.  I can't remember.

22       Q.   Do you know if anybody asked you about it?

23       A.   No, I don't recall anyone asking.

24       Q.   You mentioned -- I asked you before we got into

25  this incident at L & L Drive-In -- at least I think I asked

1  you the question of whether or not you had ever heard Officer

2  Kapua use foul or abusive language, and I think I heard your

3  answer as being no.

4     A.   Correct.

5     Q.   Okay.  When you heard the word "fuck," did you

6  consider that foul or abusive?

7     A.   Yes.

8     Q.   Okay.  So just so that I get this straight, were

9  there any other -- Were there any other times besides what

10 happened in the restaurant that you heard Officer Kapua use

11 any kind of foul or abusive language?

12    A.   Towards anyone or in general?

13    Q.   Let's say towards -- in any situation where Darla

14 Abbatiello was present or nearby.

15    A.   No.

16    Q.   Have you ever been present where -- Strike that.

17 Are you aware of any incident that happened prior to the

18 restaurant incident that would have caused Officer Kapua to

19 yell "fuck" at Darla?

20    A.   Yes.

21    Q.   What was that have been?

22    A.   Darla -- Officer Abbatiello had informed me that

23 she had been -- had an incident with Kapua and I can't recall

24 whether it was in the hallway or in the stairwell at the

25 Lihue station.

1    Q.   And this happened -- this hallway or stairwell

2    incident happened before the restaurant incident?

3    A.   Yes.

4    Q.   And what did Darla Abbatiello tell you about

5    happened in the hallway or stairwell at KPD?

6    A.   I can't recall exactly how she said it or what she

7    had said.

8    Q.   Do you remember Darla telling you that Officer

9    Kapua confronted her in the hallway or stairwell at KPD?

10   A.   Yes.  There was a confrontation where -- Well, she

11   described it as she was just trying to exit or enter the

12   building, and he cornered her and went off at her.

13   Q.   Did he threaten her, do you know?

14            MR. MINKIN:  Objection; leading.

15            THE WITNESS:  No, I can't recall.

16   BY MR. HOSHIBATA:

17   Q.   Did she say that he yelled anything at her?

18   A.   I know that she told me what he had said, but I

19   can't recall what it was.

20   Q.   Do you recall that it was a swear word or abusive

21   language?

22   A.   No, I don't, but Darla was afraid for her safety

23   after that incident.

24            MR. McGUIGAN:  Move to strike as

25   nonresponsive.  Mike McGuigan.

BY MR. HOSHIBATA:

　　　Q.　And Darla told you that she was afraid for her
safety after that incident?

　　　A.　Yes.

　　　Q.　Did Darla tell you anything else about why she --
Well, strike that.  Did Darla tell you that she was afraid
for her safety because of something that Irvil Kapua might do
to her?

　　　A.　Yes.

　　　Q.　Did she tell you anything about what she was
afraid of that Mr. Kapua would do to her?

　　　A.　I can't recall anything specific.

　　　Q.　Is there any question in your mind that Darla
Abbatiello did, in fact, fear for her health and safety
because of Irvil Kapua?

　　　A.　Yes, I felt that she was concerned about her own
personal safety.

　　　Q.　Do you know what triggered or what caused the
confrontation that Darla told you about that occurred in the
stairwell?

　　　A.　Yes.

　　　Q.　What was your understanding of what triggered it?

　　　A.　Prior to all of this occurring, Darla Abbatiello,
she worked in the vice/narcotics unit.  I was -- I knew that
Darla had a particular case she was working on and a

```
 1    particular target.  And in questioning this individual, this
 2    individual told Darla that she had information -- or that he
 3    or she had information on Irvil Kapua as far as informing the
 4    drug dealers out there in the community and payment from
 5    these people.
 6         Q.   And was that informant Heather Heron?
 7         A.   Yes.
 8         Q.   And you said you were commander of vice/narcotics
 9    unit at the time?
10         A.   Yes.
11         Q.   And Darla was working under you?
12         A.   Correct.
13         Q.   As a vice officer?
14         A.   Yes.
15         Q.   Was Irvil Kapua a vice officer under you?
16         A.   No.
17         Q.   Was he in vice at all?
18         A.   Not at that time.
19         Q.   According -- So as commander, I mean, of the
20    vice/narco unit, I mean, you're well aware of any
21    restrictions that might apply to nonvice/nonnarco police
22    officers becoming involved in drug buys, are you not?
23         A.   Yes.
24         Q.   And what is the restriction on anybody who is not
25    narco or vice becoming involved in a drug buy?
```

1    A.    That they would have to work through either their

2    supervisor or one of the narcotics officers in the unit.

3    Q.    Okay.  To your knowledge as commander, did Irvil

4    Kapua ever have any approval to work a drug buy during this

5    time?

6    A.    No.

7    Q.    To your knowledge, was Irvil Kapua in violation of

8    standards in attempting to coordinate any drug buys while you

9    were commander of vice/narco?

10                MR. McGUIGAN:  Objection; calls for a legal

11    conclusion.  Mike McGuigan.

12                MR. MINKIN:  Lack of foundation, speculation.

13    Join, also.  Minkin.

14                MS. NAKEA-TRESLER:  Join.  Christiane.

15                THE WITNESS:  Yes, he would be in violation.

16    BY MR. HOSHIBATA:

17    Q.    Have you ever interviewed Heather Heron?

18    A.    I recall meeting her downstairs at the cellblock.

19    Q.    When would this have been, approximately?

20    A.    I don't know the date.

21    Q.    Was this after you became aware that Irvil Kapua

22    was involved somehow with Heather Heron in the drug buy?

23    A.    Yes.

24    Q.    Okay.  And what happened in the jail interview

25    room as you talked with Heather Heron?

```
 1                    MS. NAKEA-TRESLER:  Join.  Christiane.

 2                    MR. TANAKA:  Join objection.

 3                    THE WITNESS:  Yes.

 4     BY MR. HOSHIBATA:

 5          Q.   And what did she tell you?

 6          A.   I can't recall specifically what -- how she stated

 7     it.

 8          Q.   Well, as best as you can, what did she tell you?

 9          A.   That -- Well, her information was that Irvil Kapua

10     was providing information to other dealers around Hilo.

11     Nothing specific that I can recall, just in general.

12          Q.   And did she also tell you at that time that she

13     had heard that Irvil Kapua was receiving money in exchange

14     for giving information to other dealers?

15          A.   Yes.

16          Q.   Did she tell you how much money she had heard that

17     Irvil Kapua was receiving?

18          A.   No, I can't recall.

19          Q.   Did she tell you who was giving Irvil Kapua any

20     money?

21          A.   I can't recall.

22          Q.   What did you do as a result of hearing this?

23          A.   Pardon?

24          Q.   What did you do as a result of hearing what

25     Heather Heron told you in the interview room?
```

```
 1          A.    I can't recall exactly what I did.

 2          Q.    Well, with respect to Irvil Kapua, did you do

 3   anything at all with respect to the allegations that you

 4   heard in that room regarding Irvil Kapua?

 5          A.    I recall forwarding, I believe, a memo to --

 6   through the chain of command to my superiors, which is the

 7   bureau commander.

 8          Q.    And was he your direct -- Was he or she your

 9   direct commander, direct superior?

10          A.    Yes.

11          Q.    Who was that?

12          A.    At the time I believe it was Dean Pigao.  He was

13   the interim or acting bureau commander.  We had some changes

14   up there in that period of time, also.

15          Q.    And was that a report in writing?

16          A.    I recall writing something.  I can't recall

17   exactly how it was worded.

18          Q.    Okay.  Did you speak with Dean Pigao about those

19   allegations that you heard in the interview room?

20          A.    I can't recall.  I remember being in his office,

21   but I can't recall what the conversation was, if it was about

22   this issue.

23          Q.    Okay.  Do you know if Dean Pigao took any kind of

24   action at all with respect to the allegations that you heard?

25                MR. MINKIN:  Objection; vague and ambiguous,
```

1          MR. McGUIGAN:  Objection; I think you've got

2    the wrong name mentioned.  I don't think he escorted Kapua

3    anywhere.

4          MR. HOSHIBATA:  Well, you can make the

5    objection, but I'm asking the questions.

6          MR. McGUIGAN:  Vague and ambiguous.  This is

7    Mike McGuigan.

8          MR. HOSHIBATA:  Okay.  That's fine.

9    BY MR. HOSHIBATA:

10         Q.   Did you and officer Kapua go into any room near

11   the interview room at about that time?

12         A.   No.

13         Q.   Were you ever alone in any room with Officer Kapua

14   after that interview?

15         A.   Yes.

16         Q.   And what was the reason -- And what happened?

17   What was the reason for that, for being in the same room as

18   Officer Kapua?

19         A.    Okay.  After bringing Heather Heron back into the

20   cellblock and observing Officer Kapua and Mr. Gonsalves in

21   there, when I exited the cellblock, he came out right behind

22   me and asked me to step into the interview room.

23         Q.   "He" meaning Officer Kapua?

24         A.   Yes.

25         Q.   So he followed you into the interview room?

```
 1          A.    Yes.

 2          Q.    And physically did you -- you were then inside the

 3   interview room; correct?

 4          A.    Yes.

 5          Q.    And where was Officer Kapua physically?

 6          A.    By the doorway.

 7          Q.    Was he blocking the doorway in any respect?

 8               MR. McGUIGAN:   Objection; calls for

 9   speculation.  Mike McGuigan.

10   BY MR. HOSHIBATA:

11          Q.    Let me rephrase the question.  Was he standing in

12   the doorway?

13          A.    Yes.

14          Q.    All the time when you were inside of the interview

15   room?

16          A.    Yes.

17          Q.    And what did -- What was his attitude?  What was

18   his personality at that time?

19          A.    I felt that he was interrogating me.

20          Q.    Did you feel intimidated in any respect?

21          A.    I felt that he wanted -- he didn't want me to

22   leave the room until he got his, you know, point across.

23          Q.    What was his point that he was trying to make with

24   you?

25          A.    I can't recall what exactly he had said to me.
```

1    Q.    Do you have a -- What's your best recollection of

2  what he said to you?

3    A.    About what Heather Heron had, you know, stated in

4  my interview with her and what Officer Abbatiello was telling

5  me.

6    Q.    About Irvil Kapua being involved in informing and

7  also taking money?

8    A.    Yes.

9    Q.    How was it that Irvil Kapua knew that that was

10  Heather Heron had told you in the interview room?

11    A.    I don't know.

12    Q.    Well, you didn't tell him, did you?

13    A.    No, I did not.

14    Q.    And this happened right after your interview with

15  Heather Heron?

16    A.    Yes.

17    Q.    And Officer Kapua was not in that same interview

18  room; right?

19    A.    He was not.

20    Q.    How long were you in the interview room with

21  Officer Kapua standing in the doorway?

22    A.    No more than five minutes.

23    Q.    Five minutes?  Did he make you -- That was a yes?

24  You nodded your head, so that was a yes?

25    A.    I nodded to not more than five minutes, yes.

1   months went by.  It was -- I think it was a while, though,

2   after the incident.

3        Q.   Possibly a month?

4        A.   Yes.

5        Q.   Half a year?

6        A.   Possibly.

7        Q.   Prior to what you heard in the cellblock from

8   Heather Heron, did Darla Abbatiello tell you that Heather

9   Heron had talked to her about similar incidents involving

10  Officer Kapua?

11            MR. McGUIGAN:  Objection; vague and

12  ambiguous.  Mike McGuigan.

13            MS. NAKEA-TRESLER:  Join.  Christiane.

14            THE WITNESS:  I don't recall.

15  BY MR. HOSHIBATA:

16       Q.   Do you recall Officer Kapua ever telling you not

17  to investigate Craig Iwasai?

18            MR. MINKIN:  Objection; asked and answered.

19            THE WITNESS:  No, I don't.

20  BY MR. HOSHIBATA:

21       Q.   At some point in time did you learn about any

22  orders that affected the relationship between Officer Kapua

23  and Darla Abbatiello?  In other words, any restrictions or

24  any limitations, things of that nature.

25       A.   I've heard of a restriction, but I wasn't told

```
 1    directly.  I was -- I heard through -- you know, there was a
 2    restriction.
 3         Q.   What was the restriction you heard about?
 4         A.   That Officer Abbatiello was to use the back
 5    stairwell and not cross through the main office where
 6    Detective Kapua would be working, and Detective Kapua would
 7    use the front entrance/exit and not come back to the back
 8    door or where the vice unit was located.
 9         Q.   And how did you find out about these restrictions?
10         A.   I don't recall who advised me of it.
11         Q.   Did Darla Abbatiello ever tell you about those
12    restrictions?
13         A.   Yes.
14         Q.   And what did Darla Abbatiello tell you?
15         A.   That she was restricted to using that rear
16    entry/exit stairwell to go in and out of the building.
17         Q.   And did she tell you why she was restricted to
18    that particular route?
19         A.   It was to keep them separated so that no other
20    possibility of any contacts be made.
21         Q.   Was one of the people who told you about this
22    restriction Regina Ventura?
23         A.   I don't recall if she advised me of it.
24         Q.   Did Dean Pigao ever tell you about any of these
25    restrictions?
```

1          A.   He may have mentioned it in his office.

2          Q.   Do you recall anything about what he mentioned in

3    his office?

4          A.   No, I don't.  All I recall is that he wanted to

5    keep the two parties separated.

6          Q.   Was Officer Abbatiello upset that she had to use

7    the back door?

8          A.   Yes.

9          Q.   What did you think about the situation?

10         A.   It was a hard situation.  There were accusations

11   going back and forth and there was no -- you couldn't come to

12   any solid conclusion and they were -- to me, they were taking

13   the easiest route out, you know.  The easiest way out of this

14   was just to keep them separated.

15         Q.   And do you -- Were you told what the concern was

16   or what the fear was if Darla Abbatiello crossed in front of

17   Irvil Kapua's office?

18              MR. McGUIGAN:  Objection; lacks foundation.

19   Mike McGuigan.

20              MR. MINKIN:  Join.  Minkin.

21              MR. TANAKA:  Join objection.

22              MS. NAKEA-TRESLER:  Join.  Christiane.

23              THE WITNESS:  No, I don't.

24   BY MR. HOSHIBATA:

25         Q.   Do you know if -- Well, let me ask you this:  Did

1    you ever see Darla Abbatiello take a roundabout way to avoid

2    Officer Kapua's office?

3         A.    Yes.

4         Q.    Do you remember anybody who accompanied her on

5    these occasions or this occasion?

6         A.    Yes.

7         Q.    Regina Ventura?

8         A.    No.

9         Q.    Who?

10        A.    Myself.

11        Q.    Why?  Was that for any particular reason?

12        A.    She was always, you know -- At times she was

13   concerned, again, about her, you know, personality safety and

14   she didn't want the possibility of having that one-on-one

15   confrontation.

16        Q.    How many times did you accompany Officer

17   Abbatiello on the -- on this roundabout way around Kapua?

18        A.    I don't know.  I can recall once at least.

19        Q.    Was she afraid?

20        A.    Yes.

21        Q.    And you were concerned?

22        A.    Yes.  And I was kind of -- Personally, I thought

23   it was kind of ridiculous that we all, you know, as

24   professionals had to act this way, but yeah.

25        Q.    Did you in any way blame Darla Abbatiello for

1    Q.   Okay.  When did you leave vice?

2    A.   About January or February 2005.

3    Q.   Was Darla Abbatiello still in vice at the time?

4    A.   I don't -- I don't recall.  I don't think so.  I

5 think she requested to leave the unit.

6    Q.   And for as long as you and Officer Abbatiello were

7 in vice together, did that restriction apply where Officer

8 Abbatiello had to use the back route around Officer Kapua's

9 office?

10            MR. MINKIN:  Objection; lack of foundation.

11 The witness has testified that they were in vice before this

12 incident, so what frame -- vague and ambiguous as to time.

13            MS. NAKEA-TRESLER:  Join.

14            THE WITNESS:  Until the time she left.

15 BY MR. HOSHIBATA:

16    Q.   Up until the time that the both of you were

17 together in vice?

18    A.   Yes.

19    Q.   Now, you mentioned that Darla Abbatiello requested

20 a transfer?

21    A.   Yes.

22    Q.   And that was out of vice to patrol?

23    A.   Yes.

24    Q.   Do you know, did she come to you and explain why

25 she wanted that transfer?

 1          A.    I believe we sat in my office and she told me what

 2    she intended to do.

 3          Q.    And what did she tell you?

 4          A.    That she couldn't, you know, work in the

 5    conditions that were occurring in that -- in the wing, the

 6    second floor of the building, and she was afraid of Irvil

 7    Kapua.

 8          Q.    Did you take that as her complaining about a

 9    hostile work environment?

10                MR. MINKIN:  Objection; lack of foundation,

11    calls for a conclusion, misstates the testimony.

12                MS. NAKEA-TRESLER:  Join.  Christiane.

13                MR. TANAKA:  Join.  Cary Tanaka.

14                MR. McGUIGAN:  Join.  McGuigan.

15                THE WITNESS:  I never thought of it that way.

16    BY MR. HOSHIBATA:

17          Q.    But you're not a lawyer?

18          A.    No, I'm not.

19          Q.    Those restrictions -- That restriction we're

20    talking about where Officer Abbatiello had to circuitously

21    avoid Officer Kapua's office, who was responsible for that

22    restriction?

23                MR. MINKIN:  Objection; misstates the

24    testimony, lack of foundation.

25                THE WITNESS:  It would have to come from the

```
 1    bureau commander who is in charge of, you know, that wing,

 2    the second floor.

 3    BY MR. HOSHIBATA:

 4         Q.   And who was that at the time?

 5         A.   Dean Pigao.

 6         Q.   Did you ever talk to Dean Pigao about that

 7    restriction?

 8         A.   I can't recall specifically, but I have -- I

 9    was -- I have been in his office several times.

10         Q.   Talking about that restriction?

11         A.   I can't recall if that topic came up in

12    discussion.

13         Q.   When Officer Kapua talked to you about a transfer,

14    do you know if she requested a temporary transfer or a

15    permanent transfer?

16         A.   Okay.  Officer Abbatiello?

17         Q.   I'm sorry.  Officer Abbatiello.

18         A.   I can't recall if she asked for a temporary until

19    things would clear up or a permanent transfer, but she never

20    went back to vice again.

21         Q.   Do you know in talking to her whether or not

22    she -- Well, did she enjoy being in vice division?

23         A.   Yes.

24         Q.   Do you know whether or not it was her intent to

25    return to vice division after she went to patrol?
```

1          (Pause in Proceedings:  11:35-11:36)

2                    MR. HOSHIBATA:  Back on the record.

3     BY MR. HOSHIBATA:

4          Q.   Did you enter -- Did you ever talk to Regina

5     Ventura about the restriction on her route away from Officer

6     Kapua's office in vice?

7          A.   I can't recall having a conversation with her.

8          Q.   Going back to that discussion you had with Heather

9     Heron and Darla Abbatiello in the interview room, was that a

10    result of Heather Heron being arrested?

11         A.   Yes.

12         Q.   Did Officer Kapua talk to you about why Heather

13    Heron was arrested or under what circumstances she was

14    arrested?

15         A.   I don't recall.

16         Q.   Did Officer Kapua show any kind of negative

17    reaction to Heather Heron's arrest?

18         A.   I don't recall.

19         Q.   With respect to the confrontation between Darla

20    Abbatiello and Irvil Kapua in the stairwell, do you know of

21    anybody else who heard about it or may have witnessed it?

22         A.   No, I don't.

23         Q.   Are you aware of any other incident involving

24    Irvil Kapua and Darla Abbatiello that was of an intimidating

25    nature or of a hostile nature?

1           THE WITNESS:  No, I do not.

2     BY MR. HOSHIBATA:

3           Q.    Do you have any knowledge of Officer Kapua saying

4     or yelling anything derogatory to Officer Abbatiello?

5                 MS. NAKEA-TRESLER:  Objection; vague and

6     ambiguous.  Christiane.

7                 MR. McGUIGAN:  McGuigan.  Join.

8                 THE WITNESS:  No.

9                 MR. MINKIN:  I would assume besides what you

10    have already talked about at the restaurant?

11                MR. HOSHIBATA:  Yes.

12                THE WITNESS:  No, I do not.

13    BY MR. HOSHIBATA:

14          Q.    Have you ever seen Officer Abbatiello crying?

15          A.    Yes.

16          Q.    Under what circumstances?

17          A.    I remember she coming into my office at the

18    vice/narcotics office when I was still a commander there, in

19    discussion about what's been going on with her, you know, she

20    broke down and cried.  Even after the both of us left the

21    vice/narcotics office when she would come to me and tell me

22    about, you know, her situation, she would break down and cry.

23          Q.    I just want to make sure that I understand.  When

24    you say her situation that led her to crying, what situation

25    are you talking about?

1        A.    This particular situation with Irvil Kapua.

2        Q.    And when you say -- I don't want to put words in

3   your mouth, so when you say this particular situation with

4   Irvil Kapua made her cry or caused her to cry, what do you

5   mean about this particular situation?

6        A.    Well, this case has been pending since, you know,

7   I guess, 2004.  And, you know, she'd come into my office and

8   ask to speak with me, and I'd invite her and she would, you

9   know, kind of brief me on what was going on in her life and

10  physically and, you know.  And, you know, at least twice I've

11  seen her cry when we were talking about this lawsuit and

12  how -- what she's going through.

13       Q.    Did she tell you that she was crying because of

14  what she went through with Irvil Kapua?

15       A.    Initially, you know, when I was still at the vice,

16  yeah, when things are still occurring, yes.  You know, later

17  on it was just the fact that, you know, this was, I guess,

18  you know -- from what I can gather from when she talks to me

19  about it is just the pressure of it all, I guess.

20       Q.    Do you know that she's been seeing any doctors,

21  psychiatrists or psychologists about this, about the

22  situation that was caused by Irvil?

23       A.    I know she's been in the hospital twice in the

24  last year, hospitalized.  And, you know, she's pretty

25  dependable and she's called in sick several times.

1    a temporary reallocation to come into vice; is that correct?

2                    MR. HOSHIBATA:  Objection; it's vague and

3    ambiguous, lacks foundation, calls for speculation.

4                    THE WITNESS:  I don't recall the procedures

5    that -- how Officer Abbatiello got into vice from patrol.

6    She was there when I got transferred in.

7    BY MR. MINKIN:

8         Q.   Did you ever have to sign off on her -- Well, let

9    me back up.  You're familiar with the concept of temporary

10   reallocations?

11                   MR. HOSHIBATA:  Objection; vague and

12   ambiguous.

13                   THE WITNESS:  Yes.

14   BY MR. MINKIN:

15        Q.   What is temporary reallocation?

16        A.   It's a -- basically a temporary assignment into a

17   position for a specific period of time.

18        Q.   At the time that you were in vice were patrol

19   officers temporarily assigned into vice for six months at a

20   time frame?

21        A.   When I was there as commander, no.  I understood

22   that they were permanently assigned to the vice/narcotics

23   unit.

24        Q.   And that would be your understanding as to Darla's

25   situation, also?

```
 1                   MR. HOSHIBATA:  Objection; vague and
 2    ambiguous, calls for speculation, lacks foundation.
 3                   THE WITNESS:  I believe that she was there on
 4    a permanent assignment.  The only person that I felt that was
 5    on a temporary assignment was myself.
 6    BY MR. MINKIN:
 7        Q.   That's because you serve at the whim of the chief?
 8        A.   Yes.  And I expected Lieutenant Curnan to come
 9    back and take command of this unit again.
10        Q.   Did you ever look at the transfer papers that
11    allowed Darla to go from patrol into vice?
12        A.   No, I did not.
13        Q.   Did you ever look at the transfer papers that took
14    her from vice back to patrol?
15        A.   I can't recall if I read it or not.  It should
16    have gone through the chain of command, which is my -- one
17    stop would be my office and then forwarded to the chief's
18    office through the chain of command.
19        Q.   If I represent to you that sometime in the spring
20    of 2004 is when Darla went back to patrol, does that
21    information correlate with your belief as to when that took
22    place?
23                   MR. HOSHIBATA:  Objection; vague and
24    ambiguous, calls for speculation, incomplete hypothetical.
25                   THE WITNESS:  Yes, it would.
```

1    BY MR. MINKIN:

2        Q.    From the spring of 2004 to the present time, which

3    is November 6th, 2006, has Darla ever requested to go back to

4    vice?

5            MR. HOSHIBATA:  Objection; lacks foundation.

6            THE WITNESS:  I don't recall seeing any

7    written memo from Officer Abbatiello requesting a transfer

8    back to the vice unit.

9    BY MR. MINKIN:

10       Q.    Based upon your testimony, it sounds like she

11   talks to you on at least an infrequent basis about what is

12   going on with her.  Is that a fair assumption?

13       A.    Yes, it is.

14       Q.    Did she ever talk to you about wanting to put in

15   for a transfer back to vice from the spring of 2004 to the

16   present date?

17       A.    Yes, I believe the early -- those years -- the

18   time immediately after her transfer, she did mention about

19   the possibility of going back to the vice unit.

20       Q.    Were you still the commander in vice at that time?

21       A.    Yes, in 2004.

22       Q.    Since the time that you have left vice has she

23   ever told you that she wanted to go back to the vice?

24       A.    She may have, but I don't recall when the last

25   time that she made a comment like that.

C E R T I F I C A T E

STATE OF HAWAII              )

                            )    SS.

CITY AND COUNTY OF MAUI     )


     I, SANDRA J. GRAN, do hereby certify;

     That on Monday, November 6, 2006, at 12:56 p.m.

appeared before me ALEJANDRO QUIBILAN, the witness whose

deposition is contained herein; that prior to being examined

he was by me duly sworn;

     That the deposition was taken down by me in machine

shorthand and was thereafter reduced to typewritten form

under my supervision; that the foregoing represents to the

best of my ability, a true and correct transcript of the

proceedings had in the foregoing matter.

     I further certify that I am not attorney for any of the

parties hereto, nor in any way concerned with the cause.

     DATED this 19th day of November, 2006, in Maui, Hawaii.

*Sandra J. Gran*

_____

SANDRA J. GRAN, RPR, HI CSR 424

Notary Public for Hawaii

My Commission Expires:  5/14/08

SANDRA J. GRAN
Notary Public
State of Hawaii