To: Sergeant Wesley KAUI/CIU

From: Officer Darla Abbatiello/Vice Narcotics

On Friday December 5, 2004, I applied for a search warrant for HERRON, Heather. Warrant was signed by Judge Calvin MURASHIGE. Warrant was for vehicle KVF-647. Between the December 5-10, 2003, Vehicle KVF-647 was broken and was sitting across the street from FOSTER, Jeremy's house. Heather was using a rental vehicle and I had a hard time finding her.

On Wednesday December 10, 2003, I attended the Inter-county Detective Conference at the Kauai Coconut Beach Resort. On this day, Detective Irvil KAPUA spoke with me regarding HERRON, Heather. KAPUA asked me if I knew her and I told him that I did and asked him if he knew her new address. Kapua told me he would try and find where she was living. I did not inform KAPUA that I had a warrant for her or that I was working on her.

Between the dates of December 10-14, 2003, KAPUA contacted me several times on my work cell phone, telling me that he has met with Heather HERRON and that she wanted to speak to me and work for me. I kept trying to avoid the conversations because I had a search warrant for her and she was a big target for me. My informant(s) told me that she was dealing a lot of "ice" and always seemed to have large amounts. I did not want to jeopardize my investigation. KAPUA told me that she wanted to meet with me either on Friday December 12 or Saturday December 13, 2003. On Sunday when I went to work at cell block, I relieved KAPUA and he seemed to be upset with me because I did not answer my telephone and said that he and Heather were waiting for me on Saturday to meet. I told KAPUA that I had to go to my son's soccer game on Saturday. I had no intentions of ever meeting with KAPUA or Heather and had no intentions of her ever being my informant. My goal was to arrest her and then "flip" her. She was the "sometime" girlfriend of Craig IWASE and I was going to try and get to Craig through her by arresting her and then flipping her. I also did not feel comfortable with the fact that someone outside of the vice unit was so persistent with trying to get me to work with someone who was a target of mine.

On Monday December 15, 2003, Officer Steve SUEOKA asked for the vice officers assistance with locating BRUN, Arthur. BRUN had a bench warrant and there was also a complaint of a possible "ice" lab at the place he was staying in Kekaha. I assisted the CIU unit and rode with Sergeant Wes KAUI in his vehicle.



EXHIBIT 6

DA00121

On Monday December 15, 2003 at approximately 1700 hours, I contacted Lieutenant Alejandre QUIBILAN to inform him that BRUN was located and that I was going home. QUIBILAN told me to come back to the vice office and meet with KAPUA. I asked QUIBILAN, Why?, and he told me that I agreed to meet with him and Heather HERRON. I told QUIBILAN that I did not agree to meet with KAPUA and that I did not want to get involved with him and I did not want KAPUA involved in my investigation. QUIBILAN told me that Sergeant Michael GORDON already spoke with KAPUA and gave him money to do a buy tonight.

I then spoke with GORDON who was at his desk and was also told by GORDON to meet with KAPUA. I again told GORDON that I did not want KAPUA involved in my investigation and that I did not want Heather to be an informant of mine now, I wanted to arrest her and then flip her. GORDON told me that KAPUA said that Heather can buy from big targets and we should flip her.

I was very upset with this decision and was even crying about it. I did not feel comfortable with this situation. Sergeant Wes KAUI was with me when I had these telephone conversations. KAUI could see that I was upset about the telephone conversation.

On Monday December 15, 2003, I met with KAPUA and GORDON at the Kalaheo Fire Station. KAPUA said that he already signed up Heather as an informant. I was not present when the informant packet was made and I don't know how KAPUA even got the packet or who was his witness to the packet.

On Monday December 15, 2003, myself and KAPUA then went up to a rental in Kalaheo and met with Heather. GORDON waited down by the fire station. This is the first time that I met Heather. Heather related that she could make a controlled buy from Jeff GASPAR, Tanya DUARTE, Sebastian RIZO, and Craig IWASE. When I asked Heather of other people (names mentioned) she could buy from, she told me that she could not because she supplied all those people. Heather said that she supplied a lot of people on the island and would carry the drugs with her from Honolulu.

Also at the residence, I observed vehicle JTY-737. NOTE* ( I did a controlled buy from this vehicle and obtained a search warrant for this vehicle or any other vehicle that Heather was found to be operating. I did a controlled buy from Heather when KAPUA called me on the telephone on a Friday afternoon. I was told by KAPUA that Heather wanted to meet me tonight. I remember laughing to myself thinking the girl that wants to meet with and be an informant, I'm making a controlled buy from.)

After meeting with Heather, she told us she could do a controlled buy from GASPAR, Jeff. GASPAR was a target of KAPUA'S, not mine. Myself and KAPUA went outside and got into his work vehicle and Heather got into vehicle JTY-737. Heather said her cellular phone did not work from the rental and had to go down the road. All three of us went down to the roadway in the cul-de-sac and Heather tried to make a phone call to GASPAR. Heather said he hung up the phone on her and he seemed weird. Heather tried to make another telephone call to GASPAR, his phone was off. I told Heather to call me in the morning. Myself and KAPUA went back and met with GORDON and told GORDON the buy was off.

On Tuesday December 16, 2003, I tried to call Heather, only a message was on. I spoke with KAPUA that day and told him that Heather only had her message machine on and did not call me. KAPUA contacted me later and said that he got a hold of Heather and that she said that Daniel MOKE stole her cell phone. I can't remember what day it was, but Heather got a new telephone number. Heather said she had a connection at Verizon.

Between December 16, 2003 and December 24, 2003 the following incidents occurred between myself and KAPUA that made me feel uncomfortable:
- One morning at the start of work, KAPUA waited for me by the back stairs to the Lihue Police Station and pulled me around to the back out of view, and was asking me if I was telling him everything. I tried not telling him about my warrant for Heather.
- KAPUA was telling me that I did not have to tell/ QUIBILAN and GORDON or anyone else in the unit what we were working on. I told KAPUA that I have to tell my bosses what I do or I will get written up and that I go by the rules of the vice unit.
- KAPUA called my desk phone, told me to meet him in the conference room, when I went into the room, he closed the door and told me he got a call from Heather and that Heather was upset/confused because I told her I wanted her to make a buy from Craig. I told KAPUA that's right, that Craig was my main target, she was my informant now, I was holding the packet, and that she hasn't made any buys from anyone else. KAPUA told me not to make a buy from Craig, that he was nothing. KAPUA also told me at this time that GONZALVES, Dana, who introduced Heather to him, told Craig IWASE that Heather was working for KAPUA. I asked KAPUA why GONZALVES did that, because I was working on IWASE for a long time. I was very upset with this information. I went and spoke with Lieutenant QUIBILAN and told him that I did not feel comfortable with the information the I was getting from KAPUA and that I felt that my connection to IWASE was gone now.

- KAPUA told me that Heather could make a buy from Tanya DUARTE and Sebastin RIZO, but she owed Tanya $750.00. I also confirmed with Heather via telephone that she owned Tanya $750.00, and that Tanya would not sell any dope to her unless she paid off her debt. I told Heather that I could not pay off her debt. I also spoke with Lieutenant QUIBILAN about this debt owed to Tanya from Heather and he agreed that we would not pay off her debt. I told KAPUA that I spoke with QUIBILAN and that we would not be paying off Heather's debt to Tanya so she could make a buy. KAPUA become upset, said "Fuck your boss, I'll go above his head, the chief will let me pay off the debt." I then went back and told QUIBILAN the response that I got from KAPUA and that I did not want to be involved in this situation with KAPUA and Heather, that I want to go by the rules of the vice unit. QUIBILAN agreed. I also told QUIBILAN that I had another active warrant for Heather and that I planned on serving the warrant. I told QUIBILAN that Heather did not come through with anything that she said she could do.
- The only other conversation that I had with KAPUA regarding Heather was when I relieved him in cell block again, before December 26, 2003, he asked me If Heather called me and I told him no. He said something to the effect to forget about her. I just agreed but did not tell him that I had a warrant for her.
- On Wednesday December 24, 2003, I was on a controlled buy with Sergeant Danillo ABADILLA and Jeff CALLEJO. I told ABADILLA that I might be doing a warrant today or tomorrow for Heather. Later that same afternoon, I was told by Officer Scott KAUI that KAPUA called the office asking something about doing a buy and knew that I was serving a warrant.
- On Friday December 26, 2003, I executed a search warrant for Heather. She was arrested in vehicle MPA-988. Vehicle was purchased by IWASE, Craig on December 24, 2003. Officer Howell KALEOHANO who was sitting with the vehicle along with Officer Jeff CALLEJO, called me and told me that IWASE, Craig came by the scene and asked KALEOHANO if he was KAPUA. KALEOHANO told him he was not and that if he had any questions about the vehicle to contact Officer ABBATIELLO. The only people who knew where the vehicle was stopped was this writer, Officer Damien MENDIOLA, Officer Jeff CALLEJO, Officer Howell KALEOHANO and Officer Mark OFISA who assisted with the stop.
- In December 2003, before Sergeant Michael GORDON went on vacation, GORDON told me that Craig IWASE called and wanted to talk to him because someone was trying to set him up. I don't believe any meeting was set up with IWASE because GORDON went on vacation.
- In the first week of January 2004, I was contacted by Stacy IWASAKI, Parole Officer, that he had a meeting with IWASE, Craig recently and that IWASE told him that KAPUA called him and was informed by KAPUA that a warrant was going to be served on him.

The events that I mentioned above might not be in order, but are keys events that I can remember. I know that from the beginning, I was not at all happy about KAPUA working with me or with Heather HERRON being an informant before I had a chance to execute the search warrant for her. I was working on Craig and Heather for a long period of time and spent many hours trying to obtain a search warrant for Craig because I was getting a lot of information that he was "a big drug dealer."

A telephone subpoena could be done on KAPUA'S personal cellular telephone, I think the number is 645-7703, but I'm not sure if that is the number. KAPUA started calling me after December 10, 2003 up until about December 24, 2003, to determine the exact dates that he was calling me. KAPUA would mostly call my work cell phone # 645-6288.

If you have any questions, please feel free to call me.

Thank you
Darla Abbatiello
Vice/Narcotics
030804

DA00125