# KAUAI POLICE DEPARTMENT



# STANDARDS
# OF
# CONDUCT

DA00381

# STANDARDS OF CONDUCT
## of the
## KAUAI POLICE DEPARTMENT
### County of Kauai

### August 1, 2000

The efficiency of the Police Department for enforcing the criminal law and many minor regulations depends largely on the administrative matters of leadership, conduct and discipline.

Every member will be furnished a copy of this Manual and is hereby directed to keep it in good condition and make such additions and deletions as ordered with such substitutions becoming effective when issued.

Every member of the department is directed to become thoroughly familiar with the contents of this Manual. Deviations from the manual may be issued by the Chief of Police as may be necessary.

The Standards of Conduct are meant to properly regulate conduct of the Police Department personnel, and violations will result in disciplinary actions.

It must be kept in mind that no arbitrary rules can be established which will embrace all situations in the general discharge of police duties, but some things must necessarily be left to the judgement and discretion of the individual. However, this discretion must not be used without good reason or inconsistently.

All previous rules, regulations and orders in conflict with the Standards of Conduct contained in this manual are hereby revoked.

### GEORGE FREITAS
Chief of Police

Issued To: _____

       (Name)                          (Rank)

_____

      (I.D. No.)                        (Division)

DA00382

## Table of Contents

|  |  | Page No. |
|---|---|---|
| Article I. | Kauai Police Department | 3 |
| Article II. | Applicability, Amendment, Repeal and Publication of Standards of Conduct | 4 |
| Article III. | Law Enforcement Code of Ethics | 5 |
| Article IV. | Command | 6 |
| Article V. | Discipline, Professional Guidelines and Responsibilities | 7 |
| Article VI. | Standards of Conduct | 12 |
| Article VII. | Suspensions, Leave Pending Investigation and Dismissals | 18 |
| Article VIII. | Resignations | 21 |
| Article IX. | Definitions | 22 |
| Article X. | Separability Clause | 23 |

DA00383

# ARTICLE I

## Kauai Police Department

I-A.    The Police Department of the County of Kauai shall consist of the Police Commission, a Chief of Police, a force of Police Officers and other such officers and employees as necessary.

I-B.    The Police Commission shall appoint the Chief of Police. The Chief of Police may be removed by the Police Commission only after being given a written statement of the charges against him and a hearing before the commission. The Chief of Police shall have had a minimum of five years of training and experience in law enforcement; at least three years of which shall be in a responsible, administrative capacity. The Chief of Police shall make such reports from time to time as the commission shall require, and shall annually make a report to the commission of the state of affairs and conditions of the police department.

I-C.    The Chief of Police shall be the administrative head of the police department and shall:

    1.    Be responsible for the preservation of the public peace, prevention of crime, detection and arrest of offenders against law, preservation of life, and protection of the rights of individuals.

    2.    Train, equip, maintain and supervise the force of police officers.

    3.    Be responsible for traffic safety and traffic safety education.

    4.    Serve processes both in civil and criminal proceedings.

    5.    Perform such other duties as may be required by law or as may be assigned by the Commission.

    6.    Promulgate rules and regulations necessary for the organization and internal administrations of the department.

I-D.    The Chief of Police shall plan, staff, direct and control the personnel and resources of the department, and administer the departments in a manner consistent with the Revised Charter of the County of Kauai, the Ordinances of the County of Kauai, the laws of the State of Hawaii and existing collective bargaining agreements to attain the goals of the department.

DA00384

ARTICLE II.

## Applicability, Amendment, Repeal and Publication of Standards of Conduct

### II-A.   Applicability

Officers and civilian employees shall be subject to all Standards of Conduct and all directives, orders and procedures of the Kauai Police Department at all times, whether on or off duty, including all periods of absence, whether authorized or unauthorized.

### II-B.   Amendment and Repeal

1.  The Chief of Police reserves the right and power to alter, amend, revoke or repeal these Standards or Conduct, provided such action shall be preceded by consultation with employee' unions as provided by the appropriate collective bargaining agreements in force.  Any such actions shall be consistent with state laws, county ordinance and the Charter of the County of Kauai.

2.  All Standards of Conduct and amendments thereto, unless otherwise provided therein, shall take effect immediately upon approval of the Chief of Police.

3.  The Chief of Police may, during any emergency, suspend, temporarily or for a specific time, any of the Standards of Conduct and such suspension shall immediately render ineffective the particular standard or standards of conduct so suspended.

### II-C.   Publication of Standards of Conduct

1.  All amendments to the Standards of Conduct shall be published and a copy of such changes shall be posted on the bulletin board of each bureau command of the Kauai Police Department.  Such copy shall be so posted for a period of one week.  Written notification of a Standard of conduct change shall be forwarded to the union(s) upon implementation of the change.

2.  All bureau commanders shall keep a true and complete copy of all Standards of conduct of the Kauai Police Department then in force, which shall be available for inspection by any employee of the Kauai Police Department.

4

DA00385

## ARTICLE III.

### Law Enforcement Code of Ethics

AS A LAW ENFORCEMENT OFFICER, my fundamental duty is to serve mankind; to safeguard lives and property; to protect the innocent against deception, the weak against oppression or intimidation and the peaceful against violence or disorder; and to respect the Constitutional Rights of all me to liberty, equality and justice.

I WILL keep my private life unsullied as an example to all; maintain courageous calm in the face of danger, scorn or ridicule; develop self-restraint; and be constantly mindful of the welfare of others. Honest in thought and deed in both my personal and official life, I will be exemplary in obeying the laws of the land and regulations of my department. Whatever I see or hear of a confidential nature or that is confided to me in my official capacity will be kept ever secret unless revelation is necessary in the performance of my duty.

I WILL never act officiously or permit personal feeling, prejudices, animosities or friendships to influence my decisions. With no compromise for crime and with relentless prosecution of criminals, I will enforce the law courteously and appropriately without fear of favor, malice or ill will, never employing unnecessary force or violence and never accepting gratuities.

I RECOGNIZE the badge of my office as my symbol of public faith, and I accept it as a public trust to he held so long as I am true to the ethics of the police service. I will constantly strive to achieve these objectives and ideals, dedicating myself before God to my chosen profession.... Law Enforcement.

DA00386

## ARTICLE IV

### <u>Command</u>

IV-A.    Superior officers and supervisory personnel shall be responsible for adherence to the Department's Standards of Conduct, orders and procedures. They shall maintain discipline, and shall provide leadership and supervision to ensure the efficiency of unit operations.

IV-B.    Superior officers and supervisory personnel must command and require that their orders be obeyed and adhered to. They shall:

1.    Lead, direct trains guide and supervise officers in the assigned duties.

2.    Evaluate and recommend subordinates for promotion

3.    Support the actions of subordinates who act properly within the scope of their official duties.

4.    Administer disciplinary action in accordance with Department Directives.

DA00387

## ARTICLE V

### Discipline, Professional Guidelines and Responsibilities

**V-A.  Guide for Disciplinary Action**

1.  Existence of facts established by a preponderance of evidence Establishing that there has been a violation of law, ordinance, standard of conduct, directive, order or procedure shall be sufficient to justify the implementation of disciplinary action under these Standards of Conduct.

2.  Disciplinary action for violation of responsibilities contained in Section C of this Article shall be determined by the Chief of Police.

3.  Disciplinary action for violations of standards contained in Article VI of these Standards of Conduct shall be as follows:

    a.  **Class A Standards**
       Minimum action      -Suspension of 5 working days

       Maximum action      - Dismissal

    b.  **Class B Standards**
       Minimum action      - Suspension of 1 working day

       Maximum action      - Dismissal

    c.  **Class C Standards**
       Minimum action      - Written reprimand

       Maximum action      - Dismissal

    d.  **Class D Standards**
       Maximum action      - Suspension of 10 working days

**V-B.  Professional Guidelines**

1.  <u>Loyalty</u> – Loyalty to the department and to co-workers is an important factor in departmental morale and efficiency.  Officers and civilian employees shall maintain such loyalty to the department and their co-workers as is consistent with the law and professional ethics.

7

DA00388

2.    <u>Cooperation</u> – Cooperation between the ranks and units of the department is essential for effective law enforcement. Therefore, all officers and civilian employees are strictly charged with establishing and maintaining a high level of cooperation.

3.    <u>General Guidelines</u> - Officers shall, at all times, take appropriate action to:

   a.    Identify criminal offenders and criminal activity, and, where appropriate, apprehend offenders and participate in subsequent offenders and participate in subsequent court proceedings.

   b.    Reduce the opportunities for the commission of crimes through preventive patrol and other techniques.

   c.    Aid individuals in danger of physical harm.

   d.    Protect constitutional guarantees.

   e.    Facilitate the movement of people and vehicles.

   f.    Assist those who cannot care for themselves.

   g.    Resolve conflicts

   h.    Identify potentially serious law enforcement and government problems.

   i.    Create and maintain a feeling of security in the community.

   j.    Promote and preserve civil order.

   k.    Provide emergency services.

   l.    Enforce all federal, state and local laws and ordinances coming within the jurisdiction of the department.

4.    <u>Duty Requirements</u> – Officers are always subject to duty, although periodically relieved of its routine performance. Officers assigned to specialized duties are not relieved from tak8ng necessary or appropriate action outside the scope of their specialized assignments.

8

DA00389

**V-C.** **Responsibilities**

1.   **Knowledge of Laws and Regulations** – Officers are expected to establish and maintain a working knowledge of those ordinances of the County of Kauai, statutes of the State of Hawaii, standards of conduct and procedures and orders of the department and elements thereof which are applicable to their functions as police officers. In the event of improper actions or breaches of procedures, it will be presumed that the officers were familiar with the law, standard of conduct, procedure or order in question.

2.   **Obedience to Laws and Regulations** – Officers and civilian employees shall observe and obey all laws and ordinances and all rules, regulations, standards of conduct and orders of the department.

3.   **Manner of Issuing Orders** – Orders from superiors to subordinates shall be in clear, understandable language, civil in tone and issued in furtherance of departmental business.

4.   **Unlawful Orders** – Command or supervisory officers shall not issue any order, which is contrary to any law, ordinance, department rule or standard of conduct.

5.   **Obedience to Unlawful Orders** – Officers and civilian employees are not required to obey any order which is contrary to federal or state law, local ordinance or standard of conduct. Responsibility for refusal to obey rests with individual officers and civilian employees. They shall be required to justify their actions.

6.   **Obedience to Unjust Orders** – Officers and civilian employees who are given orders which they feel to be unjust, must first obey the order to the best of their ability and then may proceed to appeal under current departmental provisions.

7.   **Conflicting Orders** – Upon receipt of an unlawful order, an order contrary to standards of conduct, or an order conflicting with an previous order or instruction, the officer or civilian employee affected shall advise the person issuing the order of this fact. Responsibility for countermanding the original order of instruction then rests with the individual issuing the conflicting order. If the original order or instruction is countermanded, the late order shall be obeyed.

9

DA00390

8. <u>Unlawful, Unjust, Improper Orders; Reports and Appeals</u> – Officers and civilian employees receiving unlawful, unjust or improper orders shall, at first opportunity, report in writing to the Chief of Police through official channels.

This report shall contain the facts of the incident and the action taken. Appeals for relief from such orders may be made at the same time. Extra-departmental action regarding such an appeal shall be conducted through the Office of the Chief of Police.

9. <u>Extended Action</u> – Repetitious violations of any standards of conduct shall be considered grounds for dismissal. Three or more violations occurring within a span of twelve months for which disciplinary actions is imposed is considered "repetitious" for disciplinary purposes.

10. <u>Performance</u> – Officers and civilian employees shall perform their duties as required or directed by law, standards of conduct, other directives, polices or procedures, or by order of a superior. All lawful duties required by competent authority shall be performed promptly and as direct, notwithstanding the general assignment of duties and responsibilities.

11. <u>Mental and Physical Competence</u> – It is the responsibility of officers and civilian employees to maintain their physical and mental well-being, and to seek assistance when they are aware of physical or emotional problems.

It is also the responsibility of fellow and supervisory officers to be alert to physical and emotional problems that may actually or potentially interfere with job performance, and to take such preventive actions as may be required.

A finding that any officer is, at the time of physical examination or any other time, upon examination by the County physician, or any reputable physician or psychologist, physically or mentally unable to perform the duties for which the individual was employed, shall be presented to the Chief of Police for consideration.

12. <u>Conduct</u> – Officers and civilian employees shall conduct their private and professional lives in a manner, which conforms to the highest professional behavior demeanor.

DA00391

13. <u>Detrimental Statement</u> – Officers and civilian employees shall not make any false or misleading statement that maligns the character or reputation of any member of the police department.

14. <u>Prohibition of Political Activity</u> – Officers and civilian employees of the Department shall be aware of political restrictions under State and Federal laws. Each officer and civilian employee of the Department is responsible for refraining from prohibited political activity. If the officer or civilian employee is in doubt whether any political activity is prohibited, he should obtain a ruling from the Department or from the Department of Personnel Services before engaging in such activity.

DA00392

ARTICLE VI

**Standards of Conduct**

## VI-A. CLASS A STANDARDS

VI-A 1 - Malicious Use of Physical Force – Officers shall not maliciously use physical force or willfully use a dangerous instrument which may result in bodily injury to another person.

VI-A 2 - Cowardice – Officers shall not display cowardice in the performance of their duty.

VI-A 3 - Mistreatment of Prisoners – Officers and civilian employees shall not abuse prisoners.

VI-A 4 - Use of Drugs and Narcotics – The illegal possession or use by officers or civilian employees of any tranquilizer, narcotic, depressant, intoxicating compound, stimulating drug, or marijuana or its derivatives is expressly prohibited.

## VI-B. CLASS B STANDARDS

VI-B 1 - Physical Abuse – Officers and civilian employees shall not physically abuse other officers or civilian employees.

VI-B 2 - Drinking Intoxicating Beverages on Duty – Officers and civilian employees shall not drink intoxicating beverages while on duty except in performance of a police duty and only with specific consent of a commanding officer.

VI-B 3 - Security of Departmental Business – Officers and civilian employees shall not reveal police information outside the department, or remove or cause to be removed any official records except as provided elsewhere in these Standards or Conduct or as required by directives, orders, law or competent authority. Specifically, information ordinarily accessible only to officers and civilian employees, and names or informants, complainants, witnesses and other persons known to the police are considered confidential.

VI-B 4 - Personal Preferment – Officers and civilian employees shall not seek the influence or intervention of any organization or persons

12

DA00393

outside the department for purposes of personal preferment, advantage, or transfer, except as provided for by civil service rules and regulations or any collective bargaining contract.

VI-B 5 - <u>Department Investigations – Testifying</u> – Officers and civilian employees are required to respond truthfully to questions of, or render all materials and relevant statements to, a competent authority in a departmental administrative investigation when so directed.

VI-B 6 - <u>Commission of any Criminal Act</u> – Officers and civilian employees shall not commit any criminal act.

VI-B 7 - <u>Gambling</u> – Officers and civilian employees are progibited from engaging in any unlawful gambling activity unless in performance of an assigned duty.

VI-B 8 - <u>Assistance</u> – Officers shall take appropriate police action to aid a fellow police officer, or any other person, who is exposed to danger or in a situation where danger may impend.

## CLASS C STANDARDS

VI-C 1 - <u>Solicitation and Acceptance of Gift, Gratuities, Fees, Rewards, Loans, Etc.</u> – Officers and civilian employees shall not solicit or accept any gifts, gratuities, loans, fees or rewards where there are any direct or indirect connections between the solicitations or offerings and their departmental membership or employment, without prior written approval and prior determination by the Chief of Police that the item is not intended to influence the recipient in the performance of official duties.

VI-C 2 - <u>Disposition of Unauthorized Gifts, Gratuities, Etc.</u> – Any unauthorized gifts, gratuities, loans, fees, regards or other things which come into the possession of officers or civilian employees shall be forwarded to the Office of the Chief of Police together with a written report of the circumstances which led to such possession.

VI-C 3 - <u>Falsification of Records</u> – Officers and civilian employees shall not knowingly falsify, either orally or in writing, official reports or enter or cause to be entered, either orally or in writing, any inaccurate, false or improper information on any records of the department.

13

DA00394

VI-C 4 -    <u>Conduct Toward Superior and Subordinate Officers and Associates</u>
Officers and civilian employees shall treat superior officers,
subordinates and associates with respect. Officers and civilian
employees shall not be insubordinate to superior officers and / or
supervisors.

VI-C 5 -    <u>Relief</u> – Officers and civilian employees are to remain at their
assignments and on duty until properly relieved.

VI-C 6 -    <u>Reports</u> – Officers and civilian employees shall promptly submit
such reports as are required in performance of their duties or by
competent authority.

VI-C 7 -    <u>Consumption of Intoxicants and Prescribed Drugs</u> – Officers and
civilian employees shall not consume intoxicants nor use
prescribed drugs to the extent that evidence of such consumption is
apparent when reporting for duty, or to the extent that their ability
to perform duty is impaired.

VI-C 8 -    <u>Intoxicants on Departmental Premises</u> - Officers and civilian
employees shall not bring, or keep, any opened container of
intoxicating liquor, or display or consume any intoxicating liquor,
on departmental premises except as required by official duty.

VI-C 9 -    <u>Firearms</u> – Officers shall not display, brandish, or manipulate
firearms unnecessarily or draw them except for inspection or
official use in accordance with departmental directives.

VI-C 10 -   <u>Malingering</u> – Officers and civilian employees shall not malinger.

VI-C 11 -   <u>Recommending Attorneys, Bail bond Brokers, Tow Services or
Others, Prohibited</u> – Officers and civilian employees shall not
suggest, recommend, advise or otherwise counsel any person who
comes to their attention as a result of police business, in the
retention of any attorney, bail bond broker, tow service, alarm
company, private investigator or security service.

VI-C 12 -   <u>Commercial Testimonials</u> – Officers and civilian employees shall
not permit their names or photographs to be used to endorse any
product or service which may in any way be connected with law
enforcement without the prior written permission of the Chief of
Police. They shall not, without prior written permission of the
Chief of Police, allow their names or photographs to be used in any
commercial testimonial, which alludes to their position or
employment with the department.

14

DA00395

VI-C 13 -   <u>Impartial Attitude</u> – Officers and civilian employees shall remain completely impartial toward all person coming to the attention of the department. They shall not display favoritism for, or discrimination against, a person because of race, sex, creed or influence.

VI-C 14 -   <u>Obtaining of Liquor</u> – Officers on duty or in uniform shall not enter any place for the purpose of obtaining liquors.

VI-C 15 -   <u>Use of Physical Force</u> – Physical force shall not be used except to the extent necessary to accomplish a police objective.

VI-C 16 -   <u>Overbearing Conduct</u> – Overbearing or oppressive conduct shall not be practiced under color of police authority.

## CLASS D STANDARDS

VI-D 1 -   <u>Absence from Duty</u> – All officers and civilian employees who, unless otherwise directed, fail to appear properly attired and equipped for duty at the date, time and place specified for so doing are "absent without leave." Failure to return from lunch break or any other approved absence shall be included under this standard. If an officer or civilian employee is unable to report for duty, such inability shall be reported in accordance with departmental directives.

VI-D 2 -   <u>Conduct toward the Public</u> – Officers and civilian employees shall be courteous when dealing with the public. They shall refrain from using harsh, violent, degrading, or insolent language that could be construed as being directed at a member of the public. When requested, officers shall courteously furnish their names and badge numbers either orally or in writing.

VI-D 3 -   <u>Court Attendance</u> – Officers and civilian employees shall be punctual and attend court when duly subpoenaed. If an officer or civilian employee is unable to report for court, such inability shall be reported in accordance with departmental directives.

VI-D 4 -   <u>Ticket Sales by Police Officers and Civilian Employees</u> – Officers and civilian employees are prohibited from selling or offering for sale tickets of any character whatsoever during working hours, without prior written approval of the Chief of Police.

15

DA00396

VI-D 5 -    Ticket Sales, Etc., by Police-associated Groups – Associations, clubs, auxiliaries, fraternities or other groups of officers and civilian employees acting under the auspices or sanction of the department shall not sell tickets, solicit sales of any kind, or offer performances of any nature to raise funds for special purposes without prior written approval from the Chief of Police.

VI-D 6 -    Criticism of Orders – Officers and civilian employees shall not publicly criticize any instruction or order received from competent authority.

VI-D 7 -    Conducting Personal Business – Officers and civilian employees are prohibited from conducting personal business while on duty.

VI-D 8 -    Military Courtesy – Officers shall conform to normal standards of military courtesy.

VI-D 9 -    National Colors and Anthem – Uniformed officers shall render full military honors to the national colors and anthem at appropriate times.

VI-D 10 -    Reporting for Duty – Unless otherwise directed, officers and civilian employees shall report for duty at the time and place specified, properly attired and quipped. If an officer or civilian employee is unable to report for duty or court, such inability shall be reported in accordance with departmental directives.

VI-D 11 -    Wearing the Uniform – Uniforms shall be kept neat, clean and well pressed at all times. Unless otherwise directed, uniforms shall be worn complete. Uniformed employees shall also maintain a military bearing.

VI-D 12 -    Equipment – All equipment must be clean, in good working order and conform to department specifications.

VI-D 13 -    Department Property and Equipment – Employees shall not use any departmental equipment unless authorized by competent authority. Employees are responsible for the property care of departmental property and equipment assigned to them.

VI-D 14 -    Transporting Citizens – Citizens will be transported in police vehicle only when necessary to accomplish a police purpose. Such transportation will be provided in conformance with departmental directive or at the direction of a command officer, immediate supervisor or communications center.

DA00397

VI-D 15 -   <u>Reporting Accidents</u> – Accidents involving officers and civilian employees, government property and / or equipment must be reported in accordance with established procedures.

VI-D 16 -   <u>Traffic Regulations</u> – Officers and civilian employees shall comply with traffic regulations and signals except when operating under the exemptions granted by law.  In any event, caution shall be exercised to safeguard lives and property.

VI-D 17 -   <u>Truthfulness</u> – Officers and civilian employees are required to be truthful at all times, whether under oath or not.

VI-D 18 -   <u>Appearance</u> – The personal appearance and grooming of officers and civilian employees shall conform to published department requirements.

VI-D 19 -   <u>Radio Discipline</u> – Use of police radio equipment and response to radio calls shall conform to departmental directives and the rules and regulations of the Federal Communications Commission.

VI-D 20 -   <u>Conduct and Responsibility While in Uniform</u> – Any time an officer is in uniform, compliance with departmental directives is required as if the officer were on duty.

VI-D 21 -   <u>Sleeping</u> – Officers and civilian employees shall not sleep while on duty.

VI-D 22 -   <u>Directives</u> – Any violation of departmental directives is prohibited.

17

DA00398

ARTICLE VII

## Suspensions, Leave pending Investigation and Dismissals

### VII-A. Authority

1.  Suspension, leave pending investigation, or dismissal of any officer of civilian employee shall be pursuant to the Standards of Conduct and / or other applicable directives of the Kauai Police Department.

2.  By the authority vested in the Chief of Police in appropriate Civil Service Rules, the below-enumerated personnel of the Kauai Police Department are authorized to execute suspensions in accordance with the Standards of Conduct and other applicable directives of the Kauai Police Department.

    a.  All officers of the rank of sergeant and above are authorized to execute suspensions upon subordinate officers and civilian employees.

    b.  All employees officially designated, as temporarily acting in the capacity of either police or civilian employee supervisors shall have the same authority as if they were permanent employees in such positions.

    c.  The following civilian personnel are authorized to execute suspensions upon civilian subordinates only.

        1)  Finance

            a)  Fiscal Officer

        2)  Records

            a)  Police Records Supervisor

3.  The Disciplinary Review Board is authorized to review and initiate discipline, to determine the validity of the charge or charges and to make a recommendation to the Chief of Police affirming or modifying the disciplinary action initiated.

18

DA00399

4.     The Chief of Police or his designate shall impose the final and official discipline, as was originally initiated by the supervisor and reviewed by the Disciplinary Review Board.

## VII-B. Limitations

1.     All actions by the aforementioned authorized supervisors shall be limited to:

a.     Immediate suspension for an indefinite period whenever circumstances are of such a nature as to warrant immediate relief from duty pending completions of an investigation.

b.     A maximum of 10 working days for other suspensions.

c.     Written reprimand.

2.     The Chief of Police shall remain the sole authority to demote, dismiss, or place on leave pending investigation, any employee, for infractions of departmental orders, policies or Standards of Conduct.

## VII-C. Procedures and Responsibilities

1.     Whenever an officer is suspended or placed on leave pending investigation, the badge, service issue weapon, and identification card shall be surrendered forthwith to the officer who has ordered the action. The badge, service issue weapon and identification card shall, as soon as possible thereafter, be delivered to the Bureau Commander or designee of the officer suspended, or placed on leave pending investigation, for appropriate disposition pending the outcome of the case. In the event of a prolonged suspension or leave pending investigation, the named items shall be returned to the equipment officer.

2.     Whenever a civilian employee is suspended or placed on leave pending investigation, the identification card, and any police department equipment determined by the employee's immediate supervisor, shall be surrendered forthwith to the person who has ordered the action. The identification card, and any police department equipment requested, shall be delivered to the employee's Bureau Commander, or the Commander's designee, for the appropriate disposition pending the outcome of the case.

19

DA00400

3.      While under suspension, on leave pending investigation, or appealing dismissal from the department, an officer shall not:

    a.    Exercise police authority.

    b.    Carry upon the person any firearm, including department-issued or approved firearms.

    c.    Wear the police uniform or any part thereof.

4.      An officer or civilian employee shall not receive any compensation for the period of any suspension or pending the appeal of a dismissal.

DA00401

## ARTICLE VIII

### <u>Resignations</u>

VIII-A.     At least fourteen days prior to the date on which any voluntary resignation is to take effect, the person wishing to resign shall submit to the Chief of Police, through official channels, a written and signed resignation. The Chief of Police may waive the requirement for advance notice.

VIII-B.     All resignations shall be submitted in duplicate and processed in accordance with civil service regulations.

21

## ARTICLE IX

### Definitions

Whenever used in these Standards of Conduct, the below listed terms shall have the following meaning:

IX-A.  "Police force" shall mean the officers and other employees under the command of the Chief of Police.  Where the work "department" is used, it shall be considered synonymous.

IX-B.  "Commanding Officer" shall mean the officer assigned by the Chief of Police to command any Bureau of the department.  The same designation shall apply to any officer, regardless of grade, who may be temporarily in command of such a Bureau.

IX-C.  "Superior officer" shall mean any officer with the rank of sergeant, detective or higher.

IX-D.  The word "employee" includes officers and civilian employees of the department.

DA00403

## ARTICLE X

### Separability Clause

Whenever a provision of these Standards of Conduct conflicts with a law, statute, ordinance, regulation or union contact, the terms of the law, statute, ordinance, regulation or union contract shall take precedence.  If any section of a standard is affected, the remaining sections that do not conflict with a law, statue, ordinance, regulation or union contact will remain in force.

23

DA00404