REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

MICHAEL J. McGUIGAN        2433-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii  96813
Telephone: (808) 524-8350
Facsimile:  (808) 531-8628
E-mail:  mjm@roplaw.com

*Attorney for Defendant*
*IRVIL KAPUA*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>           Plaintiff,<br><br>     vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>           Defendants. | CIVIL NO. CV04-00562 SOM/BMK<br><br>DEFENDANT IRVIL KAPUA'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS UNDER RULE 36 DATED OCTOBER 24, 2005 |

DEFENDANT IRVIL KAPUA'S
RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR
ADMISSIONS UNDER RULE 36 DATED OCTOBER 24, 2005

Defendant IRVIL KAPAU, by and through his attorneys,

Reinwald O'Connor & Playdon LLP, hereby respond to Plaintiff's

First Request for Admissions Under Rule 36 dated October 24, 2005, as follows.

DATED: Honolulu, Hawaii, November 22, 2005.

                                                  */s/ Michael J. McGuigan*
                                                 MICHAEL J. McGUIGAN
                                                 *Attorney for Defendant*
                                                 *IRVIL KAPUA*

## RESPONSE TO PLAINTIFF'S ADMISSIONS TO IRVIL KAPUA

1. You were not assigned to the KPD Vice/Narcotics Unit ("Vice") in the year 2003.

    Admit ☒    Deny ☐

2. You were not assigned to KPD Vice/Narcotics Unit ("Vice") in the year 2004.

    Admit ☒    Deny ☐

3. In December of 2003, you told E.F.[1] that Vice should not pursue A.B.[2] as a suspected drug dealer.

    Admit ☐    Deny ☒

4. In December of 2003, you told E.F. that Vice should not pursue C.D.[3] as a suspected drug dealer.

    Admit ☐    Deny ☒

---

[1] Please refer to Key submitted to counsel on February 2, 2005.
[2] Please refer to Key submitted to counsel on February 2, 2005.
[3] Please refer to Key submitted to counsel on February 2, 2005.

5. In December of 2003, you registered A.B. as a confidential police informant.

   Admit ☒    Deny ☐

6. Sometime in December of 2003 or January of 2004, you approached Officer Darla Abbatiello and suggested that she did not have to update her superiors in Vice about A.B.'s performance as a confidential police informant.

   Admit ☐    Deny ☒

7. Sometime in December of 2003 or January 2004, you told Officer Abbatiello that C.D. was "nothing" or words to that effect.

   Admit ☐    Deny ☒

8. Sometime in December of 2003 or January 2004, you told Officer Abbatiello that C.D. was "small time" or words to that effect.

   Admit ☐    Deny ☒

9. Sometime in December of 2003 or January of 2004, you asked Officer Darla Abbatiello to authorize payment of a drug debt that A.B. purportedly owned.

    Admit ☐    Deny ☒

10. Sometime in December of 2003 or January 2004, you asked Officer Abbatiello to authorize payment of a drug deal that A.B. purportedly owned using funds allocated to the KPD Vice Division.

    Admit ☐    Deny ☒

11. In December of 2003 or January 2004, Officer Abbatiello refused to authorize payment of a drug deal debt that A.B. purportedly owed.

    Admit ☐    Deny ☐
    UNKNOWN

12. In December of 2003 or January 2004, Officer Abbatiello refused to authorize payment of a drug deal debt that A.B. purportedly owed using funds allocated to the KPD Vice Division.

   Admit ☐   Deny ☐

   UNKNOWN

13. In December of 2003 or January 2004, you told Officer Abbatiello, "Fuck your boss [E.F.]. I'll go above his head. The Chief will let me pay off the debt."

   Admit ☐   Deny ☒

14. In or about January of 2004, you contacted C.D. to tell him that KPD was going to execute a search warrant to him on a particular day.

   Admit ☐   Deny ☒

15. Prior to January 2004, while employed by KPD and in uniform, you punched lockers in the police station in front of other officers because you were upset about your wife's KPD work schedule.

        Admit ☐       Deny ☒

16. While employed by KPD and in uniform, you confronted two police dispatchers with your hand on you gun..

        Admit ☐       Deny ☒

17. While employed by KPD, complaints were lodged against you that you threatened two police dispatchers with your hand on your gun.

        Admit ☐       Deny ☒

18. While employed by KPD and in uniform, you received notice of a complaint filed against you for pulling a suspect in a criminal case out of a car and beating the suspect.

        Admit ☐       Deny ☒

19. On or about January 9, 2004, you approached Officer Abbatiello alone in a stairwell at the police station and called her a "bitch."

   Admit ☐     Deny ☒

20. You were employed by KPD when you approached Officer Abbatiello in a stairwell at the police station, on or about January 9, 2004, and called her a "bitch."

   Admit ☐     Deny ☒

21. You were in uniform when you approached Officer Abbatiello in a stairwell at the police station, on or about January 9, 2004, and called her a "bitch."

   Admit ☐     Deny ☒

22. On or about January 9, 2004, you approached Officer Abbatiello alone in a stairwell at the police station and said, "You better get your facts straight before you investigate me. I've already taken down two cops" or words to that effect.

   Admit ☐     Deny ☒

23. You were employed by KPD, on or about January 9, 2004, when you approached Officer Abbatiello alone in a stairwell at the police station and said "You better get your facts straight before you investigate me. I've already taken down two cops" or words to that effect.

   Admit ☐     Deny ☒

24. You were in uniform, on January 9, 2004, when you approached Officer Abbatiello alone in a stairwell at the police station and said, "You better get your facts straight before you investigate me. I've already taken down two cops" or words to that effect.

   Admit ☐     Deny ☒

25. On or about January 10, 2004, you refused service of a notice of an internal investigation against you.

   Admit ☒     Deny ☐

9

26. You were employed by KPD, on or about January 10, 2004, when you refused service of a notice of an internal investigation against you.

    Admit ☒    Deny ☐

27. You were in uniform, on or about January 10, 2004, when you refused service of a notice of an internal investigation against you.

    Admit ☐    Deny ☒

28. On or about January 10, 2004, you threw objects in the police station after receiving notice of an internal investigation against you.

    Admit ☐    Deny ☒

29. You were employed by KPD, on or about January 10, 2004, when you threw objects in the police station after receiving notice of an internal investigation agsinst you.

    Admit ☐    Deny ☒

30. You were in uniform, on or about January 10, 2004, when you threw objects in the police station after receiving notice of an internal investigation against you.

    Admit ☐        Deny ☒

31. On or about January 10, 2004, while in the police station, you referred to Officer Abbatiello as a "bitch".

    Admit ☒        Deny ☐

32. You were employed by KPD, on January 10, 2004, when you referred to Officer Abbatiello as a "bitch' in the police station.

    Admit ☒        Deny ☐

33. You were in uniform, on or about January 10, 2004, when you referred to Officer Abbatiello as a "bitch' in the police station.

    Admit ☐        Deny ☒

11

34. On or about January 10, 2004, while in the police station, you referred to Officer Abbatiello as a "cunt".

        Admit ☒       Deny ☐

35. You were employed by KPD, on or about January 10, 2004, when you referred to Officer Abbatiello as a "cunt" in the police station.

        Admit ☒       Deny ☐

36. You were in uniform, on or about January 10, 2004, when you referred to Officer Abbatiello as a "cunt" in the police station.

        Admit ☐       Deny ☒

37. On or about January 19, 2004, while you were on duty, you said, "Fuck you" to Officer Abbatiello in a restaurant.

        Admit ☐       Deny ☒

38. You were employed by KPD, on or about January 19, 2004, when you said, "Fuck you" to Officer Abbatiello in a restaurant.

    Admit ☐     Deny ☒

39. You were in uniform, on or about January 19, 2004, when you said, "Fuck you" to Officer Abbatiello in a restaurant.

    Admit ☐     Deny ☒

40. You were not disciplined by anyone at KDP for saying, "Fuck you" to Officer Abbatiello in public.

    Admit ☒     Deny ☐

41. You have never been ordered to stay away from Officer Abbatiello.

    Admit ☐     Deny ☒

42. On at least one occasion, you stood outside of Acting Chief of Police K.C. Lum's office while he met with Officer Abbatiello.

   Admit ☐        Deny ☒

43. On or about June 23, 2004, you punched the wall of you office after seeing Officer Abbatiello.

   Admit ☐        Deny ☒

44. You wrote Officer Abbatiello's name and arrows pointing to the word "DEATH" in Officer Abbatiello's dictionary.

   Admit ☐        Deny ☒

45. You have knowledge of who wrote Officer Abbatiello's name and arrows pointing to the word "DEATH" in Officer Abbatiello's dictionary.

   Admit ☐        Deny ☒