# KAUAI POLICE DEPARTMENT
## CONFIDENTIAL QUESTIONAIRE

| Name | Age | DOB | SSN |
|---|---|---|---|
| *Heather Lynn Herron* | *21* | *091382* | *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* |

| Home Address | Town/City | State | Zip Code | Phone # |
|---|---|---|---|---|
| | | | | |

| Mailing Address | Town/City | State | Zip Code |
|---|---|---|---|
| *P.O. Bx 1825* | *Koloa* | *HI* | *96752* |

| Employer | Business Address | Business Phone # |
|---|---|---|
| | | |

## INITIAL AFTER READING AND UNDERSTANDING EACH STATEMENT IN THE SPACE PROVIDED:

INITIAL

1. I understand that I am not privileged to break any laws during the course of providing any services for the KAUAI POLICE DEPARTMENT.

2. I understand that I am not to handle any controlled substance at any time unless specifically authorized to do so by the KAUAI POLICE DEPARTMENT.

3. I understand that I am not to disclose to anyone that I have provided a service to the KAUAI POLICE DEPARTMENT except in answer to a subpoena issued in a court by law.

4. I understand that I am not to carry any documents, articles or that which connotes the law enforcement field, and that I will not carry or transport any firearm or illegal weapon.

5. I understand that I am not to effect any physical arrests for drug or other violations as part of my services to the KAUAI POLICE DEPARTMENT.

6. I have been advised and I understand the law as it relates to entrapment.

7. I understand that I am not a law enforcement officer and I will not purport to be a law enforcement officer.

8. I understand that I am not to use my services to the KAUAI POLICE DEPARTMENT resolve any personnel matters.

9. I understand that I am to keep in constant contact with the case officer while assisting the KAUAI POLICE DEPARTMENT.

10. I understand that any funds received as a result of my agent status is to be reported as income to both the Federal Government and the State of Hawaii for tax purposes.

WITNESS          DATE

SIGNATURE          DATE

*12/5/02*

Revised 3/03

**EXHIBIT J**

3 DA00169

**PHOTO:**

**ADDITIONAL INFORMATIONS:**
(Other vehicles used, significant other, description of tattoos/ scars/ marks, Intelligence information, etc.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Revised 3/03

DA00170

## INFORMANT IDENTIFICATION RECORD

| Identification # | | Date  12-15-03 | | | | |
|---|---|---|---|---|---|---|
| Last Name  Herron | First Name  Heather | Middle Name  Lynn | | Alias  Gantt | | SSN  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 |
| Physical Address | Town/City | State | Zip Code | Home # | | Cell #  652-8833 |
| Mailing Address  P.O.Bx 1825 | Town/City  Koloa | | State  HI | Zip Code  96752 | | Pager# |
| Occupation | Employer | | | Address | | Phone # |
| Sex  F | Race  W | Height  5'10 | Weight  120 | Hair  B/N | Eyes  B/u | Tattoos/Scars(See supple)  Rt.of butterfly Bat-Heart |
| DOB (MM/DD/YYYY)  091382 | Place of Birth  Arlington Texas | | | Town/City | | Country/State  Texas | Zip Code  9576210 |
| Name of Spouse/Next of Kin  Tim Gantt | | | Address  2610 BlVista View | | Relationship to Subject  Father |
| Name of Dependents  1. Jon Jonathan Gantt 4yr 62999  2.  3.  4.  5. | | | Address Carinoth, TX  7670 | | Phone #  972-342 2712  214-724 6324 |
| Names Living within the Household  1. Jonathan Gantt  2.  3.  4.  5. | | | Ages  4yr 6-29-99 | Relationship to Subject  Jon | |
| Language Spoken/ Dialect  English | | | | | | |
| Driver Lic. # & State  H00387734 | Veh. Lic. # | Year | Make | | Color | Body Type |
| Subject is currently on: | Felony ☐ | | Parole ☐ | Probation ☐ | | Misdemeanor ☐ |
| Pending Criminal Case: | Yes ☐ | No ☐ | Bail ☐ Amt. $ | Writ ☐ | | O.R. ☐ | Other ☐ |
| Parole/ Probation Officer's Name | Office # | Cell # | Pager # | Case Status | | Charges |
| Prior Service with KPD/Vice: | | Officers Name | | | Year | |
| Previous Service Status:  Vice Use Only | Credible ☐ | | Unreliable ☐ | | Questionable ☐ | |
| Submitting Officer:  Badge # K- | | | Approved By: | | | |

Revised 3/03

DA00173

1

# KAUAI POLICE DEPARTMENT
## SPECIAL CONSENT FORM

I, _Heather Herron_ , hereby agree to assist the Kauai Police County Department in the investigation of Criminal Violations occurring in the County of Kauai and within the State of Hawaii. I hereby release and acquit the County of Kauai, the Kauai County Police Department, their officers, agents, and employees from any injury or liability, which I may suffer or sustain in the future as a result of these investigations. I am fully aware that I may have to testify in future court proceedings concerning cases in which I may have participated. I have entered into this Agreement freely and without duress. I fully understand that I am not to participate in any investigation of any narcotic or other drug violations, or any other criminal activity, unless a sworn member of the Kauai County Police Department is directly supervising the investigation. I agree to follow the instructions of my supervising officer while assisting in such investigations. I agree that any compensation paid me with respect to any information or services rendered by me in connection with any such investigation shall be full and complete payments for those services. I shall have no other or further claim against the County of Kauai or the Kauai County Police Department, their officers, agents, or employees in connection with such services.

Witness     Signature

12-15-03  /  1430 hrs .
Date       Time

Signature

12/15/03   2:30pm
Date       Time

Revised 3/03

IDENTIFICATION :
INFORMANTS TRUE NAME: _Heather Henon_
SIGNATURE OF TRUE NAME: _Heather Henon_
ASSUMED NAME: _5/05_
SIGNATURE OF ASSUMED NAME: _OO100_

WITNESS TO BOTH SIGNATURES
NAME: _____
TITLE: _DOI / SA / Reeves_
DATE: _12-15-03_

DA00172

IDENTIFICATION NUMBER :

INFORMANT'S TRUE NAME : *Heather Henon*

SIGNATURE OF TRUE NAME : *Heather Henon*

ASSUMED NAME : *Dallas*

SIGNATURE OF ASSUMED NAME : *Dallas*

WITNESS TO BOTH SIGNATURES:

NAME :

TITLE : *Det. /Sgt. I.Kapua*

DATE : *12-15-03*

(Identification Number is listed by a series of three numbers separated by dashes. The identification number will begin with the officers badge number (-) followed by a three-digit number (-) then the year indicated by two digits. Example: 172-100-03)

Revised 3/03

DA00174

5