OFFICE OF THE DEPUTY CHIEF OF POLICE
Kauai Police Department
3060 Umi Street
Lihue, HI 96766

October 11, 1999

TO: INSP. ALVIN YOSHIDA, ISB

FROM: DEPUTY CHIEF PAUL HURLEY

SUBJECT: ADMINISTRATIVE INVESTIGATION
ALLEGED VIOLATION OF STANDARD OF CONDUCT, CLASS B STANDARDS, B3. SECURITY OF DEPARTMENTAL BUSINESS

It has been alleged that Sgt. Irvil Kapua may have revealed official confidential information with regard to vice operations. On a Friday morning at approximately 8:00 a.m., Sgt. Kapua met with REDACTED, Sr. and made a statement to wit: Sgt. Kapua informed Mr. REDACTED, that "the police were watching his son, Jr. That they knew that Junior was doing drugs and that they were going to get him." Sgt. Kapua further informed him that they had a warrant." On this same date, vice (KPD) did service a warrant on REDACTED Jr.

You are to conduct an internal administrative investigation into these allegations and submit a complete report and recommendations to the Office of the Chief of Police no later than November 10, 1999.

Should you have any questions, please contact me at x718.

PSH:gk

PAUL S. HURLEY
Deputy Chief of Police

EXHIBIT K

07 October 1999

TO:       Inspector Alvin Yoshida,
          Investigative Services Bureau

FROM:     Clayton K. Arinaga, Vice Commander

RE:       Internal Inquiry

*****************************************************************

On 1010799, at 1015 hrs., I contacted **REDACTED** at his residence in Hanamaulu.

I asked him to confirm the statement that he allegedly had made earlier.

Same provided the following response.

That it was on a Friday morning @ 8:00 a.m. or so, when Sgt. Irvil Kapua stopped by. Stated that he had not gone to work, and was home that morning as he had a funeral to go to.

Sgt. Kapua informed him that they (the Police) were watching his son, "Jr". That they knew that Junior was doing drugs and that they were going to get him. Sgt. Kapua further informed him that they had a warrant.

I asked him once again to confirm his last statement, if in fact Sgt. Kapua had mentioned that we had a warrant, and he re-affirmed his prior statement.

Stated that immediately after Sgt. Kapua left, he confronted his son. Stated that he did mention that the police were watching him and knew that he was doing drugs. However he was not certain if he told Junior the part about the warrant.

At this time, I concluded the interview.

*Clayton K. Arinaga,* K-31