# THE GARDEN ISLAND

*Serving Kaua'i and Ni'ihau since 1902*

**50 CENTS**

WEDNESDAY • SEPTEMBER 1, 2004 • ONLINE: WWW.KAUAIWORLD.COM

## Drug bust nets ice valued at $450,000

### Lawa'i man held on federal charges

**Tom Finnegan**
THE GARDEN ISLAND

LIHUE — The arrest of a Lawa'i man for receiving nearly a half a million dollars worth of crystal methamphetamine through Federal Express was kept from the public because the investigation is ongoing, police officials and the mayor said yesterday.

The information, released at Kaua'i Mayor Bryan J. Baptiste's weekly "media chat," was over two months old, as Craig Iwase has been held without bail on federal charges in Honolulu since June 18, according to court records.

Iwase, 32, was originally charged June 18 in federal district court with possession with intent to distribute over 500 grams of methamphetamine.

On July 2, those charges were amended. He is now facing charges of attempting to possess with intent to distribute 500 grams of ice. He has yet to be indicted on any charges, court records indicated.

Kaua'i Police Department vice officers, along with officials from the federal Drug Enforcement Administration, conducted a "controlled delivery" of a Federal Express package from California to a Koloa Road address, said Cyndi Mei Ozaki, county public information officer.

The package contained two pounds of crystal methamphetamine, about 9,070 hits of the drug, with an estimated street value of $453,500.

But the mayor, KPD Interim Police Chief K.C. Lum, and vice investigators who were present at the meeting, would not say exactly when the "controlled delivery" occurred, or whether anyone else was arrested in the bust, citing the ongoing investigation.

"We tried to put (the information) out as soon as we can," said Lum.

"This is a classic example of the limitations of what we can release to the public," the mayor said at the meeting. "A lot of things we feel are positive enforcement efforts" are held up because the release of information could jeopardize ongoing investigations, Baptiste said.

"We've had others that haven't been covered by the media," he added. "We are trying to go up the chain, get as big a bang from" each bust as we can.

Meanwhile, police statistics released at

*See Bust, A7*

DA00106

## Remembering a real friend of youth | Hawaii telescope

EXHIBIT L

## THE GARDEN ISLAND

# OBITUARIES

Arrangements were handled by Kauai Memorial Gardens & Funeral Home.

### Kenneth Yoshino

Kenneth Yoshino of Lihu'e, died Aug. 23, 2004, at Wilcox Memorial Hospital at the age of 70.

Born Aug. 7, 1934, in Honolulu, he was a general contractor.

He is survived by his wife, Harriette Ululani Dias-Yoshino of Lihu'e; four daughters: Karen (Claude) Aulani Yoshime Lumacad of Koloa; Lianne Lauae Yoshino of Lihu'e, Noreen (Kurt) Javinar of Hanama'ulu, and Elise (Jesse) Kamaile Guirao of Lihu'e; eight grandchildren: Lee Kamuela Yoshino, Nicole Lumacad, Kurtis Javinar, Jason Lumacad, Kolby Javinar, Keenan Javinar, Isaac Lopes and Amber Lopes; brother: James S. Nishino; nephews: Mark Yoshino and Wallis Yoshino; and niece Janice Dubree.

Friends may call on Saturday, Sept. 4, at Borthwick Kauai Mortuary Chapel in Koloa from 11 a.m to 1 p.m. where a service will be at 1 p.m. The family suggests casual attire, and asks that flowers be omitted.

Interment of ashes will be held at the Jodo Mission of Hawaii at 1429 Makiki St. in Honolulu on Sept. 11, 2004, at 11 a.m.

Arrangements are being handled by Borthwick Kauai Mortuary.

### Shandra Hernandez

Shandra "Aleha" Hernandez of Kekaha, died at Kauai Care Center on Aug. 5, 2004, at the age of 91. Born in Ewa, O'ahu on Feb. 27, 1913, she was a homemaker.

Preceded in death by son, Raymond, she is survived by son, Maxie (Flora) Moreno of Kekaha, daughter, Josephine "Sefa" (Daniel) Dela Torre of Kekaha; nine grandchildren; 24 great-grandchildren; five great-great-grandchildren; brother, Joseph Medeiros Sr. of Kalaheo; sister, Antonia (Philip) Robley of Brydeswood, daughter-in-law, Linda Moreno of Kekaha.

Friends may visit with the family from 1 p.m. to 3 p.m.; on Friday, Sept. 3, at St. Theresa's Parish in Kekaha, with service to begin at 3 p.m. Burial to follow at Kekaha Public Cemetery. Casual attire is suggested.

Arrangements are being handled by Garden Island Mortuary, Ltd.

### George T. Nishida

George T. Nishida of Wailua Homesteads died at Garden Isle Healthcare on Aug. 26, 2004 at the age of 95.

Born in Lihu'e on Feb. 14, 1909, he was a retired dairyman and farmer.

He is survived by a son, Lou (Mildred) Nishida Sr. of Wailua Homesteads; two grandchildren; two great-grandchildren; numerous nieces, nephews and cousins. Services were private.

Arrangements were handled by Garden Island Mortuary, Ltd.

### Alexander Maglinti

Alexander Dela Cruz Maglinti of Wailua Houselots died Aug. 30, 2004, at Wilcox Memorial Hospital at the age of 83.

Born Feb. 16, 1921, in Kilauea, Kaua'i, he was a bartender and cook at Coco Palms, Kenny's, Barbecue Inn, and J.J.'s Broiler.

He is survived by his wife Anna Seabury Maglinti of Wailua Houselots; one daughter: Nolia Fernandez of Kapa'a; four sons: Darell Maglinti of O'ahu; Alexander (Jin) Maglinti of California; Andrew (Michele) Maglinti of Kapa'a and Carlan (Amy) Maglinti of Kapa'a; five sisters: Gloria Santos of O'ahu, Naty Saflor of Kapa'a, Lourdes (Domingo) Alesna of Hanama'ulu, Agnes Ohoyhoy of O'ahu, and Incarnacion (Poncho) Cortez of Koloa; two brothers: John Maglinti, Jr. of Kalaheo and Vincent (Tina) Maglinti of O'ahu; 12 grandchildren; six great-grandchildren; numerous nieces and nephews.

Visitation is scheduled for Friday, Sept. 3, at St. Catherine Church in Kapa'a at 8 a.m., with services at 10 a.m. Burial to follow at Kauai Memorial Gardens. Casual attire is suggested. Arrangements are being handled by Kauai Memorial Gardens & Funeral Home.

---

## Bust

*Continued from A.1*

last week's Police Commission meeting indicate that in June alone, not including the Koloa Road bust, over $20,000 in cash was seized in drug search warrants, as well as two handguns, 13 rifles, and 450 grams of marijuana. Some 28 grams of ice were seized in other warrants as well.

Often, one vice officer indicated, officers find ice dealers also have amounts of marijuana. Ice users frequently smoke marijuana to come down from the manic highs of methamphetamine.

Vice officers have been busy in recent months, as the number of cases referred to the vice division has quadrupled, according to police statistics.

While May saw approximately 15 cases referred to vice from other sections of KPD, June had 50 cases referred to the division, and in July there were 62 cases referred.

The statistics indicate a rise in methamphetamine seizures, with another 122 grams seized in July.

Whether that is indicative of the recent movement of personnel within the department, Lum would not say.

"When you have a rotation in the vice squad, you have ebbs and flows," the mayor said. "The change-over has caused a natural bump."

The important thing, said Ozaki, is that thousands of hits of ice were kept out of Kaua'i neighborhoods.

Lum said ice dealers should beware. "Even if they thought they had a free ride," he said, "it's over." Iwase has a prior drug conviction. He received five years imprisonment in 1999 for third-degree promotion of a dangerous drug.

▶ *Tom Finnegan, staff writer, may be reached at 245-3681 (ext. 252) or tfinnegan@pulitzer.net.*

---

## Damages sought for alleged abuse

ASSOCIATED PRESS

HONOLULU — A man who alleges he was sexually abused by a former Roman Catholic priest in 1985 is suing the diocese and the priest for unspecified monetary damages. The lawsuit was filed Monday in Honolulu Circuit Court by an unnamed man who contends he only recently connected his current psychological problems with the alleged abuse.

DA00107



When Words