TO:             Lieutenant Alejandre QUIBILAN, Vice Commander

FROM:           Officer Darl.a ABBATEILLO, Vice Officer

RE:             Search Warrant for HERRON, Heather, Lynn
                (no. 03-101)

On Monday December 15, 2003, the Affiant for above mentioned search warrant was contacted by yourself and Sergeant Michael GORDON relating that Sergeant Irvil KAPUA wanted to use HERRON, Heather as an informant. I spoke with Sergeant Michael GORDON via telephone and it was suggested to me to "Flip" Heather because Sergeant Irvil KAPUA related that Heather could work bigger "targets." Therefore the search warrant for HERRON, Heather was not served. As of this date, HERRON has had no further contact or made any attempts to work any of the bigger "targets" that she mentioned.

SUBMITTED BY:

Darla ABBATIELLO        K-172
Vice/Narcotics          ISB
122303                  0715hours

EXHIBIT M

DA00165