```
                                                                Page 1
1              IN THE UNITED STATES DISTRICT COURT

2                        STATE OF HAWAII

3

4   DARLA ABBATIELLO,              ) CIVIL NO. CV04 00562 SOM BMK

5            Plaintiff,             )

6         vs.                       )

7   COUNTY OF KAUAI; KAUAI POLICE   )

8   DEPARTMENT; K.C. LUM,           )

9   WILFRED M. IHU; GORDON ISODA;   ) Trial Date:   May 8, 2007

10  DEAN PIGAO; IRVIL KAPUA,        ) Time:         9:00 a.m.

11           Defendants.            ) Trial Judge:  Susan O.

12                                  )               Mollway

13

14                  DEPOSITION OF GORDON ISODA

15  Taken on behalf of PLAINTIFF DARLA ABBATIELLO, at the offices of

16  Ralph Rosenberg Court Reporters, Inc., Lihu`e Plantation Bldg.,

17  2970 Kele Street, Ste. 207, Lihu`e, Hawai`i 96766, commencing at

18  9:45 a.m., on Friday, October 13, 2006, pursuant to second

19  amended notice.

20

21  BEFORE:   JOY C. TAHARA, RPR, CSR 408

22            Notary Public, State of Hawai`i

23

24

25
```

RECEIVED
OCT 23 2006

| | | |
|---|---|---|
| 11:16:28 | 1 | Q.   Did you ever have any conversations with Lt. Quibilan |
| 11:16:32 | 2 | where he said that Darla Abbatiello wanted to be protected from |
| 11:16:40 | 3 | Irvil Kapua? |
| 11:16:58 | 4 | A.   Not that I can recall. |
| 11:16:58 | 5 | Q.   Did you ever have any discussions with Lt. Quibilan |
| 11:17:02 | 6 | about Darla Abbatiello requesting that some kind of action be |
| 11:17:08 | 7 | taken to keep Kapua away from her? |
| 11:17:18 | 8 | A.   Not that I can recall. |
| 11:17:26 | 9 | Q.   Do you recall any order that Darla Abbatiello stay |
| 11:17:34 | 10 | away from Irvil Kapua? |
| 11:17:42 | 11 | A.   Not that I can recall.  No. |
| 11:17:44 | 12 | Q.   Do you know of any order that Darla Abbatiello use the |
| 11:17:48 | 13 | back door in order to avoid passing through Irvil Kapua's |
| 11:17:56 | 14 | office? |
| 11:17:58 | 15 | A.   No. |
| 11:18:08 | 16 | Q.   Did you ever have any discussion with Ofr. Kapua where |
| 11:18:12 | 17 | you advised him not to upset or antagonize Darla Abbatiello? |
| 11:18:18 | 18 | A.   No. |
| 11:18:20 | 19 | Q.   Are you aware that Ofr. Kapua called Darla Abbatiello |
| 11:18:40 | 20 | a bitch in the workplace? |
| 11:18:44 | 21 | MR. McGUIGAN:  Objection.  Lacks foundation. |
| 11:18:48 | 22 | A.   Yeah. |
| 11:18:48 | 23 | Q.   What do you know about this incident? |
| 11:18:54 | 24 | A.   I think he said he ran into her in the stairwell, and |
| 11:18:58 | 25 | that's when he just called her that. |

| | | |
|---|---|---|
| 11:19:00 | 1 | Q. So Ofr. Kapua told you directly in a conversation that |
| 11:19:04 | 2 | he ran into Darla Abbatiello in a stairwell and he called her |
| 11:19:08 | 3 | bitch? |
| 11:19:08 | 4 | A. Right. |
| 11:19:10 | 5 | Q. Do you have any knowledge about Ofr. Kapua calling |
| 11:19:18 | 6 | Darla Abbatiello a cunt? |
| 11:19:22 | 7 | MR. McGUIGAN: Objection. Lacks foundation. |
| 11:19:30 | 8 | A. I don't know if that's the same incident or what, but |
| 11:19:34 | 9 | maybe that might be calling her a cunt. I don't know if that's |
| 11:19:38 | 10 | the same one but, you know. |
| 11:19:40 | 11 | Q. Do you have a recollection of him calling her both a |
| 11:19:46 | 12 | bitch and a cunt? |
| 11:19:50 | 13 | MR. McGUIGAN: Asked and answered. |
| 11:19:54 | 14 | A. I don't recall that. |
| 11:19:56 | 15 | Q. And you said you heard at least the bitch word in a |
| 11:20:02 | 16 | stairwell? Or stairway? |
| 11:20:08 | 17 | A. I think that's where he ran into her, yeah, as far as |
| 11:20:10 | 18 | the -- |
| 11:20:12 | 19 | Q. Do you know whether or not at that meeting or at that |
| 11:20:18 | 20 | time they ran into each other, that anybody else was there? |
| 11:20:22 | 21 | A. I don't know. |
| 11:20:24 | 22 | Q. Did Ofr. Kapua explain to you why he called |
| 11:20:30 | 23 | Ofr. Abbatiello a bitch? |
| 11:20:34 | 24 | A. He just said he saw her in the hall; I guess he just |
| 11:20:40 | 25 | called her that. |

| | | |
|---|---|---|
| 11:20:42 | 1 | Q. In this conversation you had with Ofr. Kapua, was |
| 11:20:46 | 2 | there anybody else there with you? That heard about this |
| 11:20:50 | 3 | stairwell incident? |
| 11:20:52 | 4 | A. No. |
| 11:20:56 | 5 | Q. Did he explain to you or did he tell you why he called |
| 11:21:00 | 6 | her a bitch? |
| 11:21:02 | 7 | A. Well, I guess he was upset because of allegation that |
| 11:21:06 | 8 | she was making against him. |
| 11:21:06 | 9 | Q. Is that what he told you? |
| 11:21:10 | 10 | A. No. But I think, you know, if you look at the whole |
| 11:21:14 | 11 | picture of it, you know, he was not -- and I think he brought it |
| 11:21:16 | 12 | up he was upset, you know, when we spoke originally. |
| 11:21:22 | 13 | Q. In this conversation you had with him where he said |
| 11:21:26 | 14 | that he called her a bitch, what else was discussed? |
| 11:21:32 | 15 | A. Well, I told him you gotta keep a cool head. You |
| 11:21:34 | 16 | gotta stay away from Darla. |
| 11:21:44 | 17 | Q. What did he say? |
| 11:21:46 | 18 | A. He said he understood. |
| 11:21:50 | 19 | Q. When did this happen? When did this conversation |
| 11:21:54 | 20 | happen? |
| 11:21:58 | 21 | A. With him? |
| 11:22:00 | 22 | Q. Yes. |
| 11:22:02 | 23 | A. I don't recall exactly when. |
| 11:22:04 | 24 | Q. Is it your understanding that your conversation with |
| 11:22:08 | 25 | him took place right after the stairwell incident where he |

| | | | |
|---|---|---|---|
| 11:23:46 | 1 | Q. | Did you speak with Ofr. Abbatiello after that? |
| 23:50 | 2 | A. | No. |
| 11:23:54 | 3 | Q. | Did you ever feel that it was important to warn |
| 11:23:58 | 4 | | Ofr. Abbatiello that he called her a bitch in the stairwell? |
| 11:24:02 | 5 | A. | What was that question again? |
| 11:24:04 | 6 | Q. | Did you ever feel that it would have been appropriate |
| 11:24:10 | 7 | | to warn Ofr. Abbatiello about Ofr. Kapua calling her a bitch in |
| 11:24:14 | 8 | | the stairwell? |
| 11:24:16 | 9 | A. | To warn? |
| 11:24:16 | 10 | Q. | I'm sorry, I take that back. Take that back. Did you |
| 11:24:24 | 11 | | ever meet with Ofr. Abbatiello after that incident? |
| 11:24:28 | 12 | A. | No. |
| 11:24:32 | 13 | Q. | I've got to clarify this again, and I'm sorry if it |
| 24:42 | 14 | | offends sensibilities. But do you have a specific recollection |
| 11:24:46 | 15 | | of Ofr. Kapua calling Darla a cunt? |
| 11:24:54 | 16 | | MR. McGUIGAN: Lacks foundation. Asked and answered. |
| 11:25:02 | 17 | A. | I cannot recall exact words, but you know. You know, |
| 11:25:08 | 18 | | you put the word in bitch and all kine stuff; I know he called |
| 11:25:12 | 19 | | her something. I don't know the exact words, you know. |
| 11:25:20 | 20 | | Whatever, it was fucking bitch or fucking cunt, that I don't |
| 11:25:24 | 21 | | know. |
| 11:25:24 | 22 | Q. | But it was something like that? |
| 11:25:26 | 23 | A. | Something like that, yeah. |
| 11:25:28 | 24 | Q. | Do you know if Ofr. Abbatiello was offended? |
| 25:32 | 25 | | MR. MINKIN: Objection. Speculation. |

| | | |
|---|---|---|
| 12:09:22 | 1 | Q. Are you aware that Darla used to work at Cell Block |
| 12:09:28 | 2 | quite often or used to be assigned to the Cell Block quite |
| 12:09:30 | 3 | often? |
| 12:09:32 | 4 | MR. MINKIN: Objection. Vague and ambiguous, quite |
| 12:09:34 | 5 | often. |
| 12:09:34 | 6 | Q. Fairly often. |
| 12:09:36 | 7 | MR. MINKIN: Vague and ambiguous. Fairly often at |
| 12:09:38 | 8 | what time frame. |
| 12:09:40 | 9 | A. I heard she used to sign up for overtime down there. |
| 12:09:44 | 10 | Q. Were you ever aware that she stopped doing that |
| 12:09:48 | 11 | because of her fear of Ofr. Kapua? |
| 12:09:52 | 12 | MR. McGUIGAN: Objection. Lacks foundation. |
| 12:09:54 | 13 | A. No. |
| 12:09:56 | 14 | Q. Did Ofr. Kapua work at the Cell Block, to your |
| 12:10:00 | 15 | knowledge? |
| 12:10:00 | 16 | A. Yeah. |
| 12:10:02 | 17 | Q. Was he assigned to the Cell Block, or did he request |
| 12:10:04 | 18 | overtime in the Cell Block? |
| 12:10:06 | 19 | A. Requested overtime. |
| 12:10:22 | 20 | Q. You have any knowledge about Darla ever reporting that |
| 12:10:34 | 21 | her gun was stolen, her service weapon was stolen? |
| 12:10:50 | 22 | A. Maybe -- I've heard about it. |
| 12:10:52 | 23 | Q. Was there a report made? |
| 12:10:58 | 24 | A. That I cannot answer. But if something like that, a |
| 12:11:02 | 25 | firearm is stolen, I would assume there would be a stolen |

| | | |
|---|---|---|
| 12:19:08 | 1 | training, seminars, courses, in workplace violence, and how to |
| 12:19:12 | 2 | treat it? |
| 12:19:18 | 3 | A.  I don't recall. |
| 12:19:42 | 4 | Q.  Have you ever heard Chief Lum say that using the term |
| 12:19:46 | 5 | "Hop Sing" created a hostile and offensive working atmosphere? |
| 12:20:02 | 6 | A.  Heard him say it? |
| 12:20:04 | 7 | Q.  Yeah. |
| 12:20:10 | 8 | A.  I may have.  I may have. |
| 12:20:12 | 9 | Q.  Sounds familiar? |
| 12:20:16 | 10 | A.  Like I said, he may have said it.  I don't know.  I |
| 12:20:20 | 11 | can't recall exactly. |
| 12:20:26 | 12 | MR. HOSHIBATA:  Just give me a couple of minutes. |
| 12:20:28 | 13 | We're almost done. |
| 12:20:34 | 14 | (Break in proceedings, 12:20 p.m. to 12:22 p.m.) |
| 12:22:06 | 15 | Q.  Just one or two more questions.  Are you aware that |
| 12:22:12 | 16 | there is a policy in KPD that sets forth the standards for being |
| 12:22:26 | 17 | able to photograph or circumstances under which officers may |
| 12:22:32 | 18 | photograph naked females? |
| 12:22:34 | 19 | A.  Is there a policy in effect currently? |
| 12:22:38 | 20 | Q.  Yes. |
| 12:22:38 | 21 | A.  Not that I'm aware of. |
| 12:22:54 | 22 | Q.  Who would have the authority to approve whether or not |
| 12:23:00 | 23 | an officer can photograph naked females after having been strip |
| 12:23:06 | 24 | searched? |
| 12:23:06 | 25 | A.  Who would have that authority? |

```
 1                        C E R T I F I C A T E
 2
 3    STATE OF HAWAI`I              )
 4                                  ) ss.
 5    CITY AND COUNTY OF HONOLULU   )
 6              I, JOY C. TAHARA, RPR, CSR 408, Notary Public, State
 7    of Hawai`i, hereby certify:
 8              That on Friday, October 13, 2006, at 9:45 a.m., before
 9    me appeared GORDON ISODA, the witness whose deposition is
10    contained herein; and that prior to being examined was duly
11    sworn;
12              That I am neither counsel for any of the parties
13    herein nor interested in any way in the outcome of this action;
14              That the deposition herein was by me taken down in
15    machine shorthand and thereafter reduced to print via
16    computer-aided transcription; that the foregoing represents, to
17    the best of my ability, a complete and accurate transcript of
18    the testimony of said witness.
19              DATED:  Honolulu, Hawai`i,  October 21, 2006 .
20
21                                  _____
22                                  Notary Public, State of Hawai`i
23                                  My commission expires: 10/11/10
24
25
```