```
                    IN THE UNITED STATES DISTRICT COURT

                              STATE OF HAWAII


DARLA ABBATIELLO,                 ) CIVIL NO. CV04 00562 SOM BMK
                                  )
            Plaintiff,            )
                                  )
        vs.                       )
                                  )
COUNTY OF KAUAI; KAUAI POLICE     )
                                  )
DEPARTMENT; K.C. LUM,             )
                                  )
WILFRED M. IDA; GORDON ISODA;     ) Trial Date: May 8, 2007
                                  )
DEAN PIGAO; IRVIL KAPUA,          ) Time :      9:00 a.m.
                                  )
            Defendants.           ) Trial Judge: Susan O.
                                  )
_____ )              Mollway
```

DEPOSITION OF WESLEY KAUI

Taken on behalf of PLAINTIFF DARLA ABBATIELLO, at the offices of Ralph Rosenberg Court Reporters, Inc., c/o Hale & Goldberg, Lihu`e Plantation Bldg., 2970 Kele Street, Suite 220, Lihu`e, Hawai`i 96766, commencing at 2:15 p.m., on Tuesday, November 7, 2006, pursuant to notice.

BEFORE:    JOY C. TAHARA, RPR, CSR 408
           Notary Public, State of Hawai`i

| | | |
|---|---|---|
| 14:22:00 | 1 | Q. Were any other members of Kauai Police Department |
| 12:07 | 2 | subjects or targets in that investigation, to your knowledge? |
| 14:22:11 | 3 | A. Yes, sir. |
| 14:22:12 | 4 | Q. Who? |
| 14:22:13 | 5 | A. Sgt. Wes Perreira, Sgt. Larry Stem, and --. Stem, |
| 14:22:13 | 6 | Perreira, and --. Who's the third guy involved in that? |
| 14:22:42 | 7 | Q. You can't remember the other one right now? |
| 14:22:44 | 8 | A. No. |
| 14:22:44 | 9 | Q. Does the name Channing Tada ring a bell? |
| 14:22:46 | 10 | A. Oh, yeah, Channing. Sorry about that. There's so |
| 14:22:50 | 11 | many guys in that Narcotics unit; I've got so many cases. But |
| 14:22:53 | 12 | yeah, Channing was the third party. |
| 14:22:56 | 13 | Q. I'd like to turn your attention back about three years |
| 12:59 | 14 | ago. Are you familiar with the name Heather Herron? |
| 14:23:04 | 15 | A. Heather Herron, yes, sir. |
| 14:23:06 | 16 | Q. How did you become familiar with Heather Herron? |
| 14:23:09 | 17 | A. Heather Herron was involved with Darla Abbatiello |
| 14:23:19 | 18 | which led to her criminal investigation. She made allegations |
| 14:23:26 | 19 | against a police officer. |
| 14:23:27 | 20 | Q. At some point, were you tasked with investigating the |
| 14:23:33 | 21 | substance of Heather Herron's allegations, whether it be |
| 14:23:36 | 22 | administrative or criminal? |
| 14:23:38 | 23 | A. Yes, sir. |
| 14:23:39 | 24 | Q. Who assigned you to do that? |
| 23:41 | 25 | A. I was assigned a criminal investigation by --. I was |

```
14:37:23   1   Darla had told you.  And so my question would be, what about
14:37:28   2   that relationship do you remember that Darla did tell you?
14:37:32   3        A.   I recall Darla telling me that she was experiencing
14:37:38   4   some incidences that were occurring within the police department
14:37:42   5   involving Irvil.
14:37:45   6        Q.   Did you hear anything about an incident in a
14:37:48   7   restaurant?
14:37:48   8        A.   I heard about a, overheard her telling me an incident
14:37:51   9   about a restaurant where a loud outbreak or something, that he
14:38:01  10   either swore or something out loud.  And she felt that the
14:38:05  11   swearing with directed towards her, and it was done in the
14:38:09  12   public.  I believe her telling me something in regards to that.
14:38:12  13   And then the other incident was something in a hallway.
14:38:17  14        Q.   Anything about, does anything in a stairwell bring --
14:38:21  15        A.   Yeah, it was something about a stairwell in the
14:38:24  16   department, and then they met in the stairway, something.  And
14:38:27  17   then something was said between them, and then she -- I don't
14:38:30  18   know -- I guess, felt frightened or something.  And that's the
14:38:33  19   only thing I remember in regards to that whole episode in
14:38:37  20   regards to her and him.
14:38:38  21        Q.   You just touched on my next question which is, during
14:38:41  22   that time period in around December '03 and in for the next few
14:38:46  23   months, do you have any reason to believe that Darla Abbatiello
14:38:50  24   was afraid of Irvil Kapua?
14:38:53  25        A.   Just from what she told me, that she felt frightened
```

C E R T I F I C A T E

STATE OF HAWAI`I           )
                          ) ss.
CITY AND COUNTY OF HONOLULU )

      I, JOY C. TAHARA, RPR, CSR 408, Notary Public, State of Hawai`i, hereby certify:

      That on Tuesday, November 7, 2006, at 2:15 p.m., before me appeared WESLEY KAUI, the witness whose deposition is contained herein; and that prior to being examined was duly sworn;

      That I am neither counsel for any of the parties herein nor interested in any way in the outcome of this action;

      That the deposition herein was by me taken down in machine shorthand and thereafter reduced to print via computer-aided transcription; that the foregoing represents, to the best of my ability, a complete and accurate transcript of the testimony of said witness.

      DATED: Honolulu, Hawai`i, November 14, 2006.

_____
Notary Public, State of Hawai`i
My commission expires: 10/11/10