```
 1              IN THE UNITED STATES DISTRICT COURT
 2                       STATE OF HAWAII
 3
 4   DARLA ABBATIELLO,          ) CIVIL NO. CV04 00562 SOM BMK
 5              Plaintiff,      )
 6        vs.                   )
 7   COUNTY OF KAUAI; KAUAI POLICE )
 8   DEPARTMENT; K.C. LUM,      )
 9   WILFRED M. IHU; GORDON ISODA; ) Trial Date:   May 8, 2007
10   DEAN PIGAO; IRVIL KAPUA,   ) Time:          9:00 a.m.
11              Defendants.     ) Trial Judge:   Susan O.
12                              )                Mollway
13
```

14                    DEPOSITION OF DEAN PIGAO

15   Taken on behalf of PLAINTIFF DARLA ABBATIELLO, at the offices of

16   Ralph Rosenberg Court Reporters, Inc., Lihu`e Plantation Bldg.,

17   2970 Kele Street, Ste. 207, Lihu`e, Hawai`i 96766, commencing at

18   1:38 p.m., on Friday, October 13, 2006, pursuant to second

19   amended notice.

20

21   BEFORE:    JOY C. TAHARA, RPR, CSR 408

22              Notary Public, State of Hawai`i

23

24

25

13:42:56  1      A.   Yeah.  Spent another four years, about 2001 was then
13:43:02  2  promoted to lieutenant out of the Youth Services Section; sent
13:43:08  3  back to patrols about eight months as the west side Waimea
13:43:12  4  district commander.  And I guess later part of 2001, was
13:43:18  5  reassigned back to the Youth Services Section as the lieutenant
13:43:22  6  who later retired.
13:43:32  7           And, I guess, during this time, it's probably between
13:43:38  8  May of 2004 and July 2004, I was temporarily assigned as the
13:43:44  9  acting assistant chief of the Investigative Services Bureau.
13:43:48 10      Q.   Acting assistant chief?
13:43:50 11      A.   Assistant chief.
13:43:50 12      Q.   Of the?
13:43:52 13      A.   Investigative Services Bureau.
13:43:58 14      Q.   So from 2001 when you were assigned to the Youth
13:44:04 15  Services Section as lieutenant, until May of 2004, you were
13:44:08 16  lieutenant with the Youth Services Section, right?
13:44:10 17      A.   Yes.
13:44:12 18      Q.   And then May and June of '04, acting assistant chief?
13:44:16 19      A.   Yes.
13:44:16 20      Q.   What happened after that?
13:44:18 21      A.   I went back to my last position which was the
13:44:22 22  lieutenant of Youth Services Section.  I spent the rest of my
13:44:26 23  career there.
13:44:32 24      Q.   So this May to June of '04 period, how was it that you
13:44:38 25  came to take a position as acting assistant chief?

13:52:26  1    kinda discuss what's going on.
13:52:30  2                At the time, he started to explain to me that he was
13:52:34  3    pissed off with lieutenant -- he was mad with Lt. Ventura and
13:52:42  4    Sgt. Perreira because as supervisors they knew what had been
13:52:46  5    going on between him and Darla, and yet they walked with her,
13:52:52  6    passed him, and sort of, he felt like they were rubbing salt in
13:52:56  7    the wound by kinda like smirking at him and just to bring her by
13:53:00  8    just to upset him.  And he felt that they should have known as
13:53:04  9    supervisors what the situation was like.  So he was upset about
13:53:10 10    that.
13:53:10 11                While talking with Det. Kapua, Lt. Ventura called the
13:53:18 12    office.
13:53:20 13         Q.    You mean on the telephone?
13:53:20 14         A.    From the telephone.  At the time, started to tell me
13:53:26 15    that -- now she was mad because Irvil had called her and yelled
13:53:32 16    at her about bringing Darla by his desk.  So what I did was I
13:53:38 17    said, "You know what?  I have him here right now.  Why don't you
13:53:40 18    come here to the office and let's settle this thing right now."
13:53:46 19                So she did.  And that started the whole thing with
13:53:50 20    Lt. Ventura.  We started to explain to her what this whole thing
13:53:56 21    was about.  She was upset that she got a call from Irvil.  Irvil
13:54:00 22    was upset that Regina should have known as a lieutenant and
13:54:02 23    supervisor.
13:54:04 24                So we sort of settled the thing, and what turned out
13:54:06 25    was, you know, kinda give her the benefit of the doubt.  She was

14:09:12  1   had walked, from what I gathered from Ofr. Kapua, was they had
14:09:18  2   walked in this direction, passed his deck, and then into the
14:09:22  3   Vice office.
14:09:24  4        Q.   Would you mark that in red with dashes for me.
14:09:30  5        A.   (Witness complying.)
14:09:38  6        Q.   So just so we get it right; what you have just marked
14:09:42  7   in red ink in dashes is your understanding of how these three
14:09:48  8   people, including Darla and Ventura and -- who else?
14:09:54  9        A.   Perreira.
14:09:54  10       Q.   Perreira, walked past Det. Kapua's office on the way
14:10:00  11  to Vice Division?
14:10:00  12       A.   Yes.
14:10:02  13       Q.   What is marked in a solid red arrow is your suggestion
14:10:08  14  as to how Darla could get from the front doorway or front
14:10:12  15  stairwell to the Vice Unit without going past Kapua's office
14:10:18  16  directly; is that right?
14:10:20  17       A.   That's correct.
14:10:24  18       Q.   Going back to the discussion that you had when
14:10:38  19  Ofr. Kapua or Det. Kapua was in your office; prior to that, you
14:10:44  20  said you heard a commotion outside, right?  Or commotion or --
14:10:50  21  yeah, I think that was your word was a commotion.
14:10:52  22       A.   Yes.
14:10:52  23       Q.   What kind of commotion was it?
14:10:58  24       A.   You know, I don't know what was said, but it was
14:11:02  25  something really loud, like he was saying something.  And I'm

| | | |
|---|---|---|
| 14:11:06 | 1 | talking about, you know, Det. Kapua.  And at that time, I looked |
| 14:11:10 | 2 | up and then I saw him walk up to the open space, and that's when |
| 14:11:14 | 3 | I noticed him.  He seemed like he was upset. |
| 14:11:16 | 4 | Q.    Your door was open? |
| 14:11:16 | 5 | A.    My door was open. |
| 14:11:18 | 6 | Q.    When you looked up, all you could see was Det. Kapua? |
| 14:11:22 | 7 | A.    Yes. |
| 14:11:24 | 8 | Q.    Was he yelling? |
| 14:11:28 | 9 | A.    When I saw him, he wasn't yelling already.  He was |
| 14:11:32 | 10 | yelling something prior to that, but I don't know, I can't |
| 14:11:36 | 11 | remember what was said. |
| 14:11:36 | 12 | Q.    Do you know who he was yelling at? |
| 14:11:38 | 13 | A.    No. |
| 14:11:40 | 14 | Q.    Do you know what the words were? |
| 14:11:40 | 15 | A.    No. |
| 14:11:48 | 16 | Q.    So you asked Det. Kapua to come inside your office? |
| 14:11:50 | 17 | A.    Yes. |
| 14:11:52 | 18 | Q.    And about that time is when Lt. Ventura called you on |
| 14:11:56 | 19 | the telephone? |
| 14:11:56 | 20 | A.    A little while after.  I had just gotten a little bit |
| 14:12:00 | 21 | out of Det. Kapua as to what had occurred or transpired, and |
| 14:12:04 | 22 | then Lt. Ventura called. |
| 14:12:06 | 23 | Q.    Was it your understanding that in fact he came into |
| 14:12:10 | 24 | your office right after, pretty much immediately after |
| 14:12:14 | 25 | Lt. Ventura, Sgt. Perreira, and Darla Abbatiello walked past his |

| | | |
|---|---|---|
| 14:16:06 | 1 | Kapua's office smirking or doing anything inappropriate? |
| 16:14 | 2 | A.   No. |
| 14:16:16 | 3 | Q.   That was the first time? |
| 14:16:18 | 4 | A.   Something like this, yeah. |
| 14:16:20 | 5 | Q.   Was that your suggestion, or was that suggested by |
| 14:16:28 | 6 | either Kapua or Ventura? |
| 14:16:28 | 7 | A.   It was my suggestion. |
| 14:16:32 | 8 | Q.   What was Ventura's reaction to that? |
| 14:16:34 | 9 | A.   She indicated that she thought that -- what she said |
| 14:16:42 | 10 | generally was that she said that I was not allowing Darla to |
| 14:16:48 | 11 | walk anyplace within the building.  She was concerned that, |
| 14:16:56 | 12 | because she was a female, she was not allowed to walk anywhere. |
| 14:17:00 | 13 | Q.   In other words, that you were making special rules |
| .17:02 | 14 | because she was a female? |
| 14:17:04 | 15 | A.   Yes. |
| 14:17:06 | 16 | Q.   So she was against this idea? |
| 14:17:10 | 17 | A.   Well, that she thought that because she was a female, |
| 14:17:12 | 18 | I was coming up with this idea. |
| 14:17:16 | 19 | Q.   What did Kapua say about this idea, if anything? |
| 14:17:20 | 20 | A.   He said he didn't mind Darla walking by or even around |
| 14:17:26 | 21 | because, you know, he was trying to avoid her.  But he didn't |
| 14:17:30 | 22 | want to feel like they were trying to rub salt on the wound |
| 14:17:34 | 23 | kinda deal, like what had just occurred.  And I, at that time, I |
| 14:17:38 | 24 | told 'em that wasn't gonna happen. |
| ':17:40 | 25 | Q.   What wasn't gonna happen? |

```
14:17:42   1          A.   That we're gonna have another incident like this, so
14:17:46   2   we needed to come up with a solution to keep both of 'em apart.
14:17:50   3          Q.   So Kapua said that he actually did not mind Darla
14:17:54   4   walking in front of his office?
14:17:54   5          A.   No.  Yeah, he didn't mind Darla walking by.
14:18:04   6          Q.   Did you ever discuss this solution with Sgt. Perreira?
14:18:12   7          A.   No.
14:18:18   8          Q.   Do you have any idea what Sgt. Perreira thought about
14:18:22   9   this idea?
14:18:22  10          A.   No.
14:18:26  11          Q.   Basically, did you order that this take place?
14:18:32  12          A.   It wasn't an order.  I made sure everybody was -- you
14:18:36  13   know, I asked everybody for their opinions, what they thought
14:18:38  14   about it; and everyone agreed that this was a good solution.
14:18:42  15          Q.   By everyone you're talking about who?
14:18:44  16          A.   Well, originally the meeting with Regina and Irvil,
14:18:50  17   that we agreed and it was okay with them because Regina would be
14:18:54  18   dealing with Darla most of the time.  So when we left this
14:18:58  19   meeting, it was agreed that okay, that's what's gonna happen.
14:19:00  20          Q.   After that, did you talk to Darla Abbatiello --
14:19:06  21          A.   Yes, I did.
14:19:06  22          Q.   -- about that route?  When did that conversation take
14:19:10  23   place?
14:19:10  24          A.   Probably about 10, 15 minutes after meeting with
14:19:16  25   Regina and Irvil.
```

| | | |
|---|---|---|
| 14:19:18 | 1 | Q. Was that a telephone conversation or a -- |
| 14:19:20 | 2 | A. No. I called -- I knew she was working in Cell Block, |
| 14:19:26 | 3 | so I called on there to, you know, meet her there about it. And |
| 14:19:30 | 4 | I didn't tell her what it was about; I needed to talk to her |
| 14:19:32 | 5 | about something. So I walked down to Cell Block and met her in |
| 14:19:36 | 6 | an interview room down in the area. |
| 14:19:38 | 7 | Q. Was there anybody else present at the meeting? |
| 14:19:42 | 8 | A. No. |
| 14:19:42 | 9 | Q. What did you tell Darla? |
| 14:19:44 | 10 | A. You know, she wanted to know what this was about, and |
| 14:19:48 | 11 | I explained to her that Irvil was upset at what just had |
| 14:19:52 | 12 | happened, and he thought they were rubbing salt in the wound. |
| 14:19:56 | 13 | She then became, started crying and started to get upset. |
| 14:20:02 | 14 | So I said, "You know what, Darla? He's not mad at |
| 14:20:06 | 15 | you. He's mad at Regina and Wes because they should have known |
| 14:20:10 | 16 | as supervisors what was going on." And we had kinda like a |
| 14:20:12 | 17 | conversation like that. |
| 14:20:14 | 18 | So then I asked her again if she was gonna be working |
| 14:20:18 | 19 | more with vice, and she said there's a possibility. So I said |
| 14:20:22 | 20 | well, we need to come up with a solution to get you up to vice. |
| 14:20:28 | 21 | I brought up this possible solution on how to get up, walk up to |
| 14:20:32 | 22 | vice, and I asked her if that was okay, and she said yes. |
| 14:20:36 | 23 | Q. Did you have that drawing? |
| 14:20:38 | 24 | A. I didn't have a drawing. I just kinda verbally |
| 14:20:40 | 25 | explained to her. |

| | | | |
|---|---|---|---|
| 14:20:42 | 1 | Q. | And she said it was okay with her? |
| 20:42 | 2 | A. | It was okay. |
| 14:20:44 | 3 | Q. | Did she have any complaints that she was being treated |
| 14:20:48 | 4 | | differently, that she was the one being forced or being asked or |
| 14:20:54 | 5 | | forced to walk a different route in order to get to where she |
| 14:20:58 | 6 | | wanted to go to? |
| 14:20:58 | 7 | A. | No. |
| 14:21:04 | 8 | Q. | Has Sgt. Perreira ever told you, subsequent to this, |
| 14:21:10 | 9 | | that he had any thoughts about whether it was proper or improper |
| 14:21:14 | 10 | | for Darla to have to walk around rather than directly in front |
| 14:21:20 | 11 | | of Sgt. Kapua's office? |
| 14:21:22 | 12 | | MR. MINKIN: Asked and answered, but you can answer |
| 14:21:24 | 13 | | again. |
| 21:26 | 14 | A. | No. |
| 14:21:30 | 15 | Q. | Now at that time, where was Darla stationed?  What was |
| 14:21:36 | 16 | | her assignment? |
| 14:21:40 | 17 | A. | I know she was in Patrol. |
| 14:22:04 | 18 | Q. | To your knowledge, has Lt. Ventura ever changed her |
| 14:22:12 | 19 | | opinion that having Darla take this route was wrong? |
| 14:22:18 | 20 | A. | No. |
| 14:22:22 | 21 | | MR. McGUIGAN: Objection.  Misstates the testimony. |
| 14:22:24 | 22 | | MR. MINKIN: Join. |
| 14:22:26 | 23 | | MS. NAKEA-TRESLER: Join. |
| 14:22:28 | 24 | Q. | Was Ventura upset with this solution of yours? |
| 22:34 | 25 | A. | I wouldn't characterize it being upset.  She just |

```
14:22:38   1    indicated, because it was a woman, she thought that because she
14:22:40   2    was a female, that was making an exception and not allowing her
14:22:46   3    to walk wherever she wanted to walk.
14:23:12   4              And the other thing, when the conversation happened,
14:23:16   5    what my immediate answer to her, I said, "You know what, Regina?
14:23:18   6    If this involved a man or a male, I would be doing the same
14:23:22   7    thing."  Because there's two people involved with high emotions
14:23:26   8    and we trying to avoid any kind of conflict within the police
14:23:28   9    department, so that's why we coming up with some kind of
14:23:32  10    solution to keep them apart.
14:23:36  11         Q.   I guess you said earlier that Irvil Kapua was upset at
14:23:40  12    Ventura and Perreira, right?
14:23:42  13         A.   Yes.
14:23:44  14         Q.   Did you tell Ventura that she should walk that route
14:23:50  15    in order to avoid Kapua?
14:23:50  16         A.   Regina?
14:23:52  17         Q.   Yes.
14:23:52  18         A.   No, I didn't tell her.
14:23:54  19         Q.   Did you tell Sgt. Perreira that he should walk that
14:23:58  20    route in order to avoid Kapua?
14:24:00  21         A.   No.
14:24:02  22         Q.   But Kapua was upset at them, right?
14:24:04  23         A.   Yes.
14:24:10  24         Q.   But Kapua was upset at them; why didn't you include
14:24:14  25    them in your solution?
```

```
14:26:06   1    already deputy.
14:26:06   2            Q.   There would normally have been a deputy chief between
14:26:10   3    Lum and yourself?
14:26:10   4            A.   Yes.
14:26:14   5            Q.   Did you discuss this solution with either Chief Lum or
14:26:18   6    a deputy chief?
14:26:18   7            A.   Chief Lum.
14:26:22   8            Q.   Did you discuss it with him before or after you met
14:26:26   9    with Darla?
14:26:26  10            A.   After.
14:26:28  11            Q.   What did Chief Lum say about it?
14:26:32  12            A.   Nothing.
14:26:36  13            Q.   I mean, literally nothing?
14:26:38  14            A.   Yeah.  He said he heard about it, and I explained the
14:26:40  15    whole thing to him and there wasn't any other suggestions.  At
14:26:48  16    that time my whole thing was that whole issue was already
14:26:50  17    resolved.
14:26:54  18            Q.   So he didn't question it or anything?
14:26:56  19            A.   No.
14:27:16  20            Q.   With respect to the incident of the three of them
14:27:20  21    walking past Sgt. Kapua's door or Det. Kapua's doorway, do you
14:27:26  22    know if Lt. Ventura tape-recorded any conversation?
14:27:32  23            A.   No.
14:27:32  24            Q.   Do you know if anybody tape-recorded any conversation
14:27:36  25    regarding this incident ever?
```

| | | | |
|---|---|---|---|
| 14:35:02 | 1 | Q. | This conversation with him regarding the restaurant |
| 14:35:12 | 2 | | issue; was this a part of police procedure or was it between |
| 14:35:18 | 3 | | friends? |
| 14:35:18 | 4 | A. | Just between friends. |
| 14:35:22 | 5 | Q. | Do you consider him a close friend of yours? |
| 14:35:24 | 6 | A. | Not a close friend.  We don't socialize on a daily |
| 14:35:32 | 7 | | basis, but we're friends. |
| 14:35:34 | 8 | Q. | You get together to drink now and then? |
| 14:35:36 | 9 | A. | More so when we were assigned to the Vice Unit. |
| 14:35:40 | 10 | Q. | When was the last time you saw him? |
| 14:35:42 | 11 | A. | Every once in a while I make a trek up to the police |
| 14:35:48 | 12 | | department.  Even now.  Could have been a month ago maybe.  Two |
| 14:35:52 | 13 | | months ago. |
| 14:35:54 | 14 | Q. | How often have you seen him over the past since you |
| 14:35:56 | 15 | | retired? |
| 14:35:58 | 16 | A. | A whole bunch of times.  Maybe twice.  Once or twice. |
| 14:36:04 | 17 | Q. | Once or twice since you retired? |
| 14:36:06 | 18 | A. | Yes. |
| 14:36:08 | 19 | Q. | Both times at the police department? |
| 14:36:10 | 20 | A. | At the station, yes. |
| 14:36:26 | 21 | Q. | Did you ever hear Irvil Kapua call Darla a bitch? |
| 14:36:30 | 22 | A. | No. |
| 14:36:32 | 23 | Q. | Did you ever hear Irvil Kapua call Darla a cunt? |
| 14:36:38 | 24 | A. | No. |
| 14:36:38 | 25 | Q. | Have you heard allegations that that's what happened? |

| | | | |
|---|---|---|---|
| 14:36:42 | 1 | A. | Yes. |
| 14:36:42 | 2 | Q. | Who told you, or how did you find out about those |
| 14:36:46 | 3 | allegations? | |
| 14:36:46 | 4 | A. | He told me. |
| 14:36:48 | 5 | Q. | What did he tell you? |
| 14:36:50 | 6 | A. | He said he had seen her in the stairwell, and she had |
| 14:36:58 | 7 | said something like -- I don't know what she said to him -- and | |
| 14:37:02 | 8 | I think he said he called her a cunt.  And that's it. | |
| 14:37:12 | 9 | Q. | Did he admit that he called her a bitch? |
| 14:37:14 | 10 | A. | I don't remember a bitch.  I think I remember more of |
| 14:37:16 | 11 | calling her a cunt. | |
| 14:37:20 | 12 | Q. | Did he explain why he called her that word? |
| 14:37:24 | 13 | A. | Well, he just saying, you know, she had all of this, I |
| :37:28 | 14 | guess, investigation going on, and she had the nerve to try to | |
| 14:37:30 | 15 | be nice to him, I guess.  I don't know. | |
| 14:37:48 | 16 | Q. | And did he have this conversation with you where he |
| 14:37:54 | 17 | described what happened in the stairwell before or after Darla | |
| 14:37:58 | 18 | filed her lawsuit? | |
| 14:37:58 | 19 | A. | You know, I'm not sure. |
| 14:38:12 | 20 | Q. | Has Irvil Kapua ever told you what he thinks about |
| 14:38:16 | 21 | Darla? | |
| 14:38:18 | 22 | A. | Well, since this incident. |
| 14:38:20 | 23 | Q. | Yes. |
| 14:38:22 | 24 | A. | He doesn't like her. |
| :38:24 | 25 | Q. | Has he told you that he was going to do anything to |

| | | |
|---|---|---|
| 14:38:30 | 1 | threaten or harm her? |
| 14:38:32 | 2 | A. No. |
| 14:38:36 | 3 | Q. Do you know of an incident involving a death threat to |
| 14:38:40 | 4 | Darla Abbatiello via her desk dictionary? |
| 14:38:46 | 5 | A. Yes. |
| 14:38:46 | 6 | MR. McGUIGAN: Objection. Lacks foundation. |
| 14:38:48 | 7 | Q. What do you know about that incident? |
| 14:38:52 | 8 | A. Just basically we were all involved, because when the |
| 14:38:56 | 9 | FBI came in, we were all involved by having our handwriting |
| 14:39:02 | 10 | samples taken, fingerprinted. I don't know what was written. |
| 14:39:10 | 11 | Q. Who had their handwriting samples taken besides you? |
| 14:39:16 | 12 | A. Shucks, I don't know. A whole bunch of people. |
| 14:39:20 | 13 | Q. Did Ofr. Kapua ever talk to you about that incident? |
| 14:39:26 | 14 | About the dictionary incident, that there was a threat in |
| 14:39:30 | 15 | Darla's dictionary? |
| 14:39:32 | 16 | A. No. |
| 14:39:36 | 17 | Q. Do you know who wrote a death threat in Darla's |
| 14:39:42 | 18 | dictionary? |
| 14:39:42 | 19 | A. No. |
| 14:40:10 | 20 | Q. Are you aware that Darla has been awarded numerous |
| 14:40:14 | 21 | commendations and awards as a police officer? |
| 14:40:16 | 22 | A. Yes. |
| 14:40:16 | 23 | Q. Are you aware that she was recognized as police |
| 14:40:22 | 24 | officer of the year in 1999? |
| 14:40:24 | 25 | A. I don't remember the years, but yes. |

C E R T I F I C A T E

STATE OF HAWAI`I                    )
                                    ) ss.
CITY AND COUNTY OF HONOLULU         )

I, JOY C. TAHARA, RPR, CSR 408, Notary Public, State of Hawai`i, hereby certify:

That on Friday, October 13, 2006, at 1:38 p.m., before me appeared DEAN PIGAO, the witness whose deposition is contained herein; and that prior to being examined was duly sworn;

That I am neither counsel for any of the parties herein nor interested in any way in the outcome of this action;

That the deposition herein was by me taken down in machine shorthand and thereafter reduced to print via computer-aided transcription; that the foregoing represents, to the best of my ability, a complete and accurate transcript of the testimony of said witness.

DATED:   Honolulu, Hawai`i, October 21, 2006.

_____
Joy C. Tahara
Notary Public, State of Hawai`i
My commission expires: 10/11/10