TO: Chief Wilfred IHU

FROM: Officer Darla ABBATIELLO/Vice Narcotics Officer

RE: Current Working Conditions

Due to the stressful and hostile working conditions involving Detective Irvil KAPUA, I find it impossible to work in the Vice/Narcotics Section located at Lihue Headquarters. I am asking to be temporarily transferred to the Patrol Services Bureau, District of Waimea, until this matter can be resolved.

Submitted By:

*[signature]*

Officer Darla Abbatiello    K-172
Vice/Narcotics Officer
033104

CC:
Lieutenant Alejandre QUIBILAN/Vice Narcotics Commander
Officer Bryson PONCE/SHOPO Presidence

EXHIBIT U

DA00126