


# POLICE DEPARTMENT
## COUNTY OF KAUAI

3990 KAANA STREET, SUITE 200
LIHUE, HAWAII 96766
TELEPHONE (808) 241-1600
FAX (808) 241-1604

AN EQUAL OPPORTUNITY EMPLOYER
OUR REFERENCE

YOUR REFERENCE

ADDRESS ALL
COMMUNICATIONS TO
WILFRED IHU
Chief of Police

April 2, 2004

Officer Darla ABBATIELLO
Kauai Police Department
3990 Kaana Street
Lihue, Hawaii 96766

Dear Officer ABBATIELLO,

Your request for transfer from the Vice Unit to the Patrol Services Bureau has been granted. This is a voluntary transfer that you requested.

Your allegations of a hostile working environment are currently under investigation. You will be apprised of the outcome upon completion of the investigation. Mitigation regarding your allegations has already occurred.

Sincerely,

Wilfred IHU
Chief of Police

EXHIBIT V

DA00127