# DEPARTMENT OF PERSONNEL SERVICES
## COUNTY OF KAUAI
4444 RICE STREET, SUITE 140
LIHUE, HI 96766

Date: May 6, 2004

TO:   KAUA'I POLICE DEPARTMENT

FROM:   MALCOLM C. FERNANDEZ, DIRECTOR OF PERSONNEL SERVICES

SUBJECT:   REALLOCATION (END OF TR)

Position No.(s)  577          Incumbent(s)  Darla Abbatiello

Reallocation from   Police Officer II                          PO-9

Reallocation to:

New Class _____

    Salary Range Assigned _____

    Wage Board Assigned _____

Existing Class   Police Officer I

    Salary Range Assigned   PO-7

    Wage Board Assigned _____

Effective Date of Reallocation   4/4/04

Note:  You may appeal this action within twenty (20) calendar days from the date of this notice.

_____
Director of Personnel Services

Attachment:  Position Description   ☒ Pink
    ☒ Yellow

Class Specification

cc: Finance Department
    Incumbent

EXHIBIT  W

DA00133

| COUNTY OF KAUAI<br>DEPARTMENT OF PERSONNEL SERVICES<br>PAYROLL CERTIFICATION | DPS USE:<br>☐ Audit HTE      ☐ Position Control<br>☐ Status Maintenance   ☐ Employee History<br>☐ Status History    ☐ Roster | ISLAND – 4<br>EMPLOYER – 05 |
|---|---|---|
| **DEPARTMENT**<br>10 POLICE | **DIVISION**<br>PATROL SERVICES BUREAU | |

## PART I: DEMOGRAPHICS

| EMPLOYEE'S NAME (LAST, FIRST, MI)<br>ABBATIELLO, DARLA J. | SOCIAL SECURITY NUMBER<br>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 | EMPLOYEE NUMBER<br>201 |
|---|---|---|
| MAILING ADDRESS<br>P O BOX 112<br>WAIMEA, HI  96796 | RESIDENCE ADDRESS | |

| MARITAL STATUS<br>☒ SINGLE  ☐ MARRIED | SEX<br>☐ MALE  ☒ FEMALE | DATE OF BIRTH<br>12/04/1959 | PHONE NUMBER--RESIDENCE | PHONE NUMBER—WORK |
|---|---|---|---|---|

## PART II: STATUS/POSITION

EXPENSE DISTRIBUTION (ACCT FUND-DEPT/DIV-ACCT.ELE/OBJ)
001-10-01-551.01-01   100.00%      - - - - . -    %    - - - - . -    %

| NEW CLASS TITLE<br>POLICE OFFICER I | | AUTHORIZED POSITION NUMBER<br>577 | | POSITION CLASS CODE<br>6075 |
|---|---|---|---|---|
| GRADE<br>PO-7/607 | STEP<br>C/3 | HOURLY RATE<br>$19.51 | SEMI-MONTHLY RATE<br>$1,691.00 | MONTHLY RATE<br>$3,382.00 | ANNUAL<br>$40,584.00 |

| FORMER CLASS TITLE<br>POLICE OFFICER II | | AUTHORIZED POSITION NUMBER<br>577 | | POSITION CLASS CODE<br>6076 |
|---|---|---|---|---|
| GRADE<br>PO-9/609 | STEP<br>C/3 | HOURLY RATE<br>$21.12 | SEMI-MONTHLY RATE<br>$1,830.50 | MONTHLY RATE<br>$3,661.00 | ANNUAL<br>$43,932.00 |

| DATE OF HIRE<br>10/09/1989 | ☒ FULL TIME<br>☐ PART TIME  100.00% FTE | SCHEDULED HOURS<br>PI | EFFECTIVE DATE OF ACTION<br>04/04/2004 |
|---|---|---|---|
| TOTAL SERVICE DATE<br>10/09/1989 | EMPLOYMENT STATUS CODE<br>CS-Civil Service Permanent | ADD PAY CODE/TYPE<br>P1   AMOUNT  $75.00 | HOW PAID<br>MONTHLY | 2ND SHIFT |
| ADJUSTED STEP MOVEMENT DATE<br>07/01/1994 | EUTF BU CODE<br>12 Included | ADD PAY CODE/TYPE    AMOUNT | HOW PAID | 3RD SHIFT |
| NEXT STEP MOVEMENT DATE<br>07/01/2004 | GROUP CODE<br>PM 12 Perm CS; Incl | | | 4TH SHIFT |

## PART III: MISCELLANEOUS INFORMATION

| ETHNIC CODE<br>A (White) | U.S. CITIZEN<br>☒ Yes  ☐ No | LIMITED ENGLISH<br>☐ Yes  ☒ No | VETERAN<br>☐ Yes  ☐ No | EEO FUNCTION<br>04 POL PROT | EEO CATEGORY<br>04 PROT SVC | ERS CODE<br>4D |
|---|---|---|---|---|---|---|
| EDUCATION | Next 4 fields – Drug/Alcohol random test employee only: | ☐ Add to Test Pool<br>☐ Delete from Test Pool | DRIVER'S LICENSE TYPE | DRIVER'S LICENSE NO. | EXPIRATION DATE | |

**TYPE OF APPOINTMENT**

*CIVIL SERVICE APPOINTMENT:*
☐ Initial Probation       ☐ Temporary Appointment
☐ New Probation         ☐ Temporary Appt-Civ Svc Member
☒ Permanent Civil Service Member

*NON-CIVIL SERVICE APPOINTMENT:*
☐ Contract
☐ Elected
☐ Emergency – NTE ten (10) working days
☐ Exempt
☐ Provisional (pending establishment of eligible list)
☐ Short Term (89 days or 37 weeks @ 19.50 hrs/week)

**BASIS OF CHANGE**
☐ Class Re-titled       ☐ Longevity          ☐ Rescind
☐ Correction          ☐ Pay Increase       ☐ Separation (see below)
☐ Demotion           ☐ Promotion         ☐ Suspension
☐ Increment          ☐ Reallocation       ☒ Transfer
☐ Lv of Absence/Authorize   ☐ Reinstatement      ☐ Other:
☐ Lv of Absence/Unauthorize  ☐ Repricing

*SEPARATION TYPE*
☐ Death               ☐ Resignation
☐ Dismissal            ☐ Retirement
☐ Layoff/Reduction in Force  ☐ Termination Contract
☐ Leave More than 12 months ☐ Termination Appointment
                       ☐ Other:

**REMARKS:** ☐ AMENDED                                        DA00134

Effective 04/04/2004, transfer to Patrol Services Bureau, Squad 2, Waimea from Investigative Services Bureau, Vice Section, pursuant to BU12 Collective Bargaining Agreement, Article 20. Termination of temporary, upward reallocation at the close of business 04/03/2004. Change Add Pay Code and Amount to P1, $75, from P2, $85.

**ACCRUALS:**    Vacation Accrual Hours Type:    Sick Accrual Hours Type:
☒ COMP TIME CT   ☒ VACATION RG - REG 14HR   ☒ SICK LEAVE RG - REG 14HR       ☐ MILITARY LV

| APPOINTING AUTHORITY APPROVAL<br>I certify that, to the best of my knowledge, the personnel action(s) shown above have been taken in compliance with the provisions of the laws and rules governing Civil Service, Classification, and Compensation of employees of the County of Kauai, and approval of the action herein. | APPOINTING AUTHORITY:<br>x [signature] | DATE:<br>04/26/2004 |
|---|---|---|
| CERTIFICATION BY DEPARTMENT OF PERSONNEL SERVICES<br>This personnel appointment, in-service change, or separation is in compliance with the provisions of the Civil Service and Compensation Laws and the rules, regulations, promulgated thereunder. | DIRECTOR OF PERSONNEL SERVICES:<br>[signature] | DATE:<br>5/6/04 |

ORIGINAL - Appointing Authority    COPY 1 - Employee    COPY 3 & 4 - Personnel Services    Semi-monthly rate:    $1,691.00
APR 3 0 2004                        COPY 2 - Finance     COPY 5     - Retirement System    Add Pay semi-mo.:    $37.50

DPS-1 (REVISED 11/2003)