TO: Officer Darla Abbatiello

FROM: Acting Assistant Chief F. DeBusca

SUBJECT: Vice Position

DATE: September 13, 2004

It is my understanding as of this date that your transfer to the Patrol Services Bureau (due to certain circumstances) is a temporary one. Are you willing to return to Vice? If so, please respond back to me in writing no later than September 22, 2004.

*F. DeBusca*

EXHIBIT X

DA00136