**Darla Abbatiello**
Kauai Police Department
3190 Ka'ana St
Lihue, HI 96766

September 14, 2004

F. Debusca
Acting Assistant Chief
Kauai Police Department
3190 Ka'ana St
Lihue, HI 96766

    Re: VICE Position

Dear Acting Assistant Chief Debusca:

    In response to your letter yesterday: I would like nothing more than to return to VICE.

    Due, however, to the current circumstances, the proximity of VICE to Sgt. Kapua, and my fear of violence in the workplace I do not feel that I can return to VICE at this time.

Darla Abbatiello

cc:    Daniel Hempey, Esq.
       Jeffrey Crabtree, Esq.
       Margery Bronster, Esq.



EXHIBIT Y          DA00137