IN THE UNITED STATES DISTRICT COURT

STATE OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04 00562 SOM BMK |
| Plaintiff, | ) | |
| vs. | ) | |
| COUNTY OF KAUAI; KAUAI POLICE | ) | |
| DEPARTMENT; K.C. LUM, | ) | |
| WILFRED M. IDA; GORDON ISODA; | ) | Trial Date:  May 8, 2007 |
| DEAN PIGAO; IRVIL KAPUA, | ) | Time    :     9:00 a.m. |
| Defendants. | ) | Trial Judge: Susan O. |
|  | ) | Mollway |

DEPOSITION OF ERIC CASPILLO

Taken on behalf of PLAINTIFF DARLA ABBATIELLO, at the offices of Ralph Rosenberg Court Reporters, Inc., c/o Hale & Goldberg, Lihu`e Plantation Bldg., 2970 Kele Street, Suite 220, Lihu`e, Hawai`i 96766, commencing at 12:58 p.m., on Tuesday, November 7, 2006, pursuant to notice.

BEFORE:    JOY C. TAHARA, RPR, CSR 408
           Notary Public, State of Hawai`i

| | | |
|---|---|---|
| 12:59:13 | 1 | Abbatiello? |
| 12:59:13 | 2 | A.    Just from what I've heard around the station that she |
| 12:59:17 | 3 | believes that he, I guess, stole a gun or wrote some things in a |
| 12:59:23 | 4 | book to try to frighten her and that she also brought claims up |
| 12:59:28 | 5 | against him to the department that he's doing things that were |
| 12:59:39 | 6 | questionable. |
| 12:59:40 | 7 | Q.    Do you have an opinion, in your time at KPD, have you |
| 12:59:45 | 8 | been able to form an opinion as to Darla Abbatiello's honesty or |
| 12:59:49 | 9 | integrity? |
| 12:59:50 | 10 | A.    I trust her. |
| 12:59:54 | 11 | Q.    I'd like to turn your attention to an incident in |
| 13:00:02 | 12 | April 2005.  Are you aware of an incident involving |
| 13:00:07 | 13 | photographing of a strip search? |
| 13:00:10 | 14 | A.    Yes, I am. |
| 13:00:11 | 15 | Q.    How are you aware of that incident? |
| 13:00:14 | 16 | A.    I was in the squad patrol's -- there's a briefing room |
| 13:00:20 | 17 | where the other vice officers were as well as supervisors. |
| 13:00:26 | 18 | Q.    Do you know who was involved in this incident? |
| 13:00:33 | 19 | A.    I think the majority of the vice unit officers were in |
| 13:00:37 | 20 | that room.  I think Sgt. Vicki Fonoimoana's there and Darla was |
| 13:00:44 | 21 | there. |
| 13:00:47 | 22 | Q.    Were you in a position to see or hear anything related |
| 13:00:53 | 23 | to this incident? |
| 13:00:54 | 24 | A.    I was sitting in that briefing room, I guess, while we |
| 13:01:00 | 25 | were doing the briefing before going into the, they wanted to do |

| | | |
|---|---|---|
| 13:01:03 | 1 | the strip search and the photos. |
| 13:01:05 | 2 | Q.   So there was a briefing about the strip search first? |
| 13:01:08 | 3 | A.   Yeah. |
| 13:01:09 | 4 | Q.   Were you part of that briefing, or were you just in |
| 13:01:12 | 5 | the room? |
| 13:01:12 | 6 | A.   I was in the room. |
| 13:01:14 | 7 | Q.   Who was giving that briefing? |
| 13:01:18 | 8 | A.   It was the supervisors.  I'm not sure which supervisor |
| 13:01:23 | 9 | it was, whether it was Wes Perreira, Mike Contrades, or Lawrence |
| 13:01:27 | 10 | Stem, but it was one of the supervisors. |
| 13:01:28 | 11 | Q.   What did you hear? |
| 13:01:29 | 12 | A.   That, I guess, told Darla to go do the strip search on |
| 13:01:35 | 13 | Sunday Namuo -- I don't know if Marilyn Prem also -- but whoever |
| 13:01:40 | 14 | was in that Cell Block there, to do a strip search on 'em.  And |
| 13:01:44 | 15 | they then also instructed them to take photographs doing that. |
| 13:01:55 | 16 | MR. HEMPEY:  For the record, Darla Abbatiello has just |
| 13:01:57 | 17 | entered the room and is sitting down.  (Time:  1:01 p.m.) |
| 13:02:01 | 18 | Q.   So, I'm sorry, I was distracted.  You were in the same |
| 13:02:09 | 19 | room as the briefing that was done by one of the supervisors? |
| 13:02:13 | 20 | A.   Yes. |
| 13:02:14 | 21 | Q.   I'm sorry.  I ask you to repeat.  What did you hear? |
| 13:02:17 | 22 | A.   Just a briefing, just basically informing Ofr. Darla |
| 13:02:21 | 23 | to go do the strip search and to have Vicki go with her and take |
| 13:02:26 | 24 | photos or -- I'm not sure who was to do the strip search or the |
| 13:02:30 | 25 | photos, but one of them was gonna do the search, one was gonna |

```
13:02:33   1    do photos.
13:02:34   2        Q.   Did that take the form of a request or an order?  How
13:02:41   3    would you categorize what you heard?
13:02:43   4        A.   I'll take it that since they were supervisors, it's
13:02:47   5    more of an order.
13:02:49   6        Q.   What happened next?
13:02:52   7        A.   I think Darla spoke, said that that was wrong, that
13:02:57   8    they can't take photographs of it, of naked people.
13:03:01   9        Q.   Did you hear that?
13:03:02  10        A.   Yeah.
13:03:03  11        Q.   You heard Darla object to taking photographs of naked
13:03:06  12    people?
13:03:06  13        A.   Yes.
13:03:10  14        Q.   In April 2005?
13:03:11  15        A.   Yes.
13:03:16  16        Q.   What did you hear her say specifically, to the best of
13:03:19  17    your memory?
13:03:20  18        A.   I'm not sure if it's exactly what she said, but I
13:03:25  19    remember on the lines of telling, her saying that they can't
13:03:28  20    take photos of somebody when they strip search 'em, that's not
13:03:33  21    right.
13:03:34  22        Q.   Where were you and where was Darla Abbatiello at the
13:03:39  23    time you heard that?
13:03:41  24        A.   I believe she was standing in the doorway to the
13:03:43  25    briefing room, and I was sitting on a chair, maybe just in front
```

| | | |
|---|---|---|
| 13:03:47 | 1 | of the briefing room, within the room. |
| 13:03:49 | 2 | Q. How far away more or less were you from Darla? |
| 13:03:55 | 3 | A. Say within maybe, 8 to 10 feet maybe. |
| 13:04:04 | 4 | Q. Is there any doubt in your mind that you heard Darla |
| 13:04:07 | 5 | Abbatiello object to the photographing of the strip search on |
| 13:04:11 | 6 | the day that this strip search happened? |
| 13:04:14 | 7 | A. No. |
| 13:04:17 | 8 | Q. Had you ever been involved in strip searches of |
| 13:04:19 | 9 | arrestees before in your career at the police department? |
| 13:04:22 | 10 | A. Yes. |
| 13:04:23 | 11 | Q. Had you ever seen one photographed before? |
| 13:04:26 | 12 | A. No. |
| 13:04:27 | 13 | Q. Had you ever seen, does that answer true for both men |
| 13:04:33 | 14 | and women? |
| 13:04:34 | 15 | A. I've never been present for a woman's strip search. |
| 13:04:37 | 16 | But for the men that I've been there, maybe they strip search on |
| 13:04:41 | 17 | them. I've never once taken photographs or seen anyone taking a |
| 13:04:45 | 18 | photograph. |
| 13:04:45 | 19 | Q. Does that include the time when you were working in |
| 13:04:48 | 20 | Vice? |
| 13:04:48 | 21 | A. Yes. |
| 13:04:49 | 22 | Q. Are you aware of whether in April of this year whether |
| 13:05:00 | 23 | Kauai Police Department, to your knowledge, had any kind of a |
| 13:05:03 | 24 | policy or procedure that would govern the photographing of strip |
| 13:05:08 | 25 | searches? |

```
13:08:01   1    strip search?
13:08:02   2         A.   No.
13:08:02   3         Q.   Did you ever talk to him about the strip search?
13:08:04   4         A.   No.
13:08:04   5         Q.   Did you ever talk to anybody else who was present at
13:08:11   6    that time?  Was this day or night?  Let's start with that strip
13:08:13   7    search.
13:08:13   8         A.   The strip search was, I believe it was nighttime.
13:08:15   9         Q.   Did you talk to anybody else who was present that
13:08:18  10    night around the strip search about what you observed that
13:08:23  11    night?
13:08:24  12         A.   No.
13:08:38  13         Q.   During the last three years from beginning today, do
13:08:42  14    you have any knowledge generally about the relationship between
13:08:48  15    Darla Abbatiello and Irvil Kapua?
13:08:51  16         A.   I know she left Vice because of stress that she was
13:08:55  17    having in there where she didn't feel comfortable going out
13:08:59  18    through the front door.  And she didn't like being around the
13:09:02  19    area of Irvil Kapua.
13:09:08  20         Q.   Have you ever seen Irvil Kapua angry?
13:09:12  21         A.   No.
13:09:13  22         Q.   Have you ever seen Irvil Kapua interact with Darla
13:09:21  23    Abbatiello?
13:09:22  24         A.   No.
13:09:25  25         Q.   Have you ever been in the Vice, when you worked in
```

```
13:35:13   1    to/from complaining about the strip search?
13:35:15   2         A.   No, I don't recall any to-and-from.
13:35:18   3         Q.   Do you know whether on April 27, 2005, Darla wrote a
13:35:21   4    to/from complaining about the strip search?
13:35:24   5         A.   No, I don't recall any to-and-from.
13:35:26   6         Q.   Do you know whether on April 28th prior to
13:35:30   7    participating in the search and the arrest of those individuals
13:35:33   8    and having that conversation at the house in Kapa`a, Darla wrote
13:35:37   9    a to/from regarding the strip search?
13:35:39  10         A.   I don't recall a to-and-from.
13:35:43  11         Q.   Do you know whether on April 29th, other than calling
13:35:46  12    Richard Minatoya, whether Darla wrote a to/from complaining
13:35:51  13    about the strip search?
13:35:52  14         A.   I don't recall a to-and-from.
13:36:06  15         Q.   You testified earlier on questioning from Mr. Hempey
13:36:10  16    that you heard that Irvil Kapua stole Darla's gun, wrote things
13:36:15  17    inside her book, and made claims to her superior officers about
13:36:23  18    Irvil; is that correct?
13:36:24  19              MR. HEMPEY:   Objection.  Misstates the testimony.
13:36:26  20         A.   I just heard from around the department that that's
13:36:29  21    what was going on.
13:36:32  22         Q.   And part of what you heard was that Irvil had stolen
13:36:35  23    Darla's gun?
13:36:36  24         A.   Around the department, I heard that a gun was stolen.
13:36:40  25         Q.   Did you ever ask Darla if Irvil had stolen her gun?
```

C E R T I F I C A T E

STATE OF HAWAI`I            )
                            ) ss.
CITY AND COUNTY OF HONOLULU )

       I, JOY C. TAHARA, RPR, CSR 408, Notary Public, State of Hawai`i, hereby certify:

       That on Tuesday, November 7, 2006, at 12:58 p.m., before me appeared ERIC CASPILLO, the witness whose deposition is contained herein; and that prior to being examined was duly sworn;

       That I am neither counsel for any of the parties herein nor interested in any way in the outcome of this action;

       That the deposition herein was by me taken down in machine shorthand and thereafter reduced to print via computer-aided transcription; that the foregoing represents, to the best of my ability, a complete and accurate transcript of the testimony of said witness.

       DATED: Honolulu, Hawai`i, November 18, 2006.

       */s/ Joy C. Tahara*
       Notary Public, State of Hawai`i
       My commission expires: 10/11/10