# THIS PAGE

# INTENTIONALLY

# LEFT

# BLANK



**EXHIBIT** BB