

June 29, 2004

TO : Chief KC Lum

FROM : Lt. Dean A. Pigao
Acting A/C, Investigative Services Bureau

SUBJECT : Incident regarding Irvil Kapua and Darla Abbatiello

Per out discussion on Thursday, 06/24/04. You had indicated that you already spoke with Lt. Regina Ventura and Det. Irvil Kapua regarding an incident that occurred in ISB on Wednesday, 06/23/04.

On Wednesday, 06/23/04, I met with both Lt. Ventura and Det. Kapua. I later, met with Officer Darla Abbatiello. I sat and heard Det. Kapua's concerns that the entire situation is still very stressful for him and his family. For four months he had attempted to avoid Officer Abbatiello in order to maintain his sanity. It is his concern that Lt. Ventura, Sgt. Wes Perreira and Officer Abbatiello would "rub salt in the wound" by walking by his desk while he is working and "smirk" at him. His concern is that they (including Lt. Ventura) know of the potential volatile situation due to all the emotional stress the investigation had instilled on him and his family.

Lt. Ventura indicated that she wasn't thinking and that she walks through that area everyday. Lt. Ventura indicated that they were all on their way to the Vice office, Sgt. Perreira and officer Abbatiello was behind of her and she unconsciously walked in the direction that she walks everyday. Lt. Ventura was totally adamant that her actions was unconscious and without malice.

At that point, it was agreed that there was no conscious effort, by Lt. Ventura to create a hostile condition by walking Officer Abbatiello by Det. Kapua.

I then commented that we needed to be aware that the investigation on Det. Kapua is still ongoing and we need to be conscious of both Det. Kapua's and Officer Abbatiello's high emotional feelings. I continued to comment that I realize the need for Officer Abbatiello to periodically walk through ISB to get to the Vice office. We needed to come up with a solution to avoid any future encounter, yet meeting need for Officer Abbatiello to get to the Vice office.

One solution was for Officer Abbatiello to walk along the south wall of ISB, towards YSS, then walk through YSS to Vice. This effort would avoid having to pass by Det. Kapua's work area, thereby nearly eliminating any potential stressful situation.

Det. Kapua's response was that it was okay and that officer Abbatiello still could walk by his desk but that he wasn't going to take officer Abbatiello's attempt to "rub salt in the wound" by "smirking". I responded that I wanted to avoid any future encounters that would lead to a volatile situation entirely, so that was not an option.



EXHIBIT CC

Lt. Ventura initially responded by saying that because Officer Abbatiello was a woman she could not walk anywhere she wanted. I immediately responded by saying that this had nothing to do with Officer Abbatiello being woman and that if the situation involved a man I would still be attempting to avoid any potential stressful situation. I then informed them that I would be speaking with Officer Abbatiello.

I spoke with Officer Abbatiello in Patrol Service Bureau. I informed her of Det. Kapua's concerns and what was said regarding her "rubbing salt in the wound". Officer Abbatiello became very upset and indicated that it was not her intention to "rub salt in the wound". She indicated that she hadn't been in ISB for a very long time and in fact she too have been avoiding Det. Kapua. She realizes how stressful the whole situation is and indicated that she has made several attempts to have a meeting with Det. Kapua to clear the air. Since then no one has attempted to set up a meeting.

I informed Officer Abbatiello of the potential solution for her to get the Vice office. She indicated that she agreed with the solution and understood why it was happening. I also informed Officer Abbatiello that I wasn't sure if a meeting could occur due to the pending investigation and she understood.

The issue at this point is understood and appears to be resolved. It is also noted that per our conversation, a meeting between both parties to resolve these issues will not be pursued due to the pending investigation.

Any questions please feel free to contact me

Submitted by: _____  K-35
              Lt. Dean A. Pigao
              Acting A/C – Investigative Services Bureau

cc: Vivian Akina