TO: Sergeant D. ABADILLA, Waimea Plt. II Supervisor

FROM: Officer D. ABBATIELLO, Waimea Patrol Officer, Plt. II

VIA: Chain of Command

RE: Search of Female(s) adult in custody of Vice Unit

While on duty April 24, 2005, assigned to sector 10, I was contacted by Sgt. Larry STEM from the Vice Narcotics Unit to assist with the search of two females in custody. I informed Sgt. L. STEM to contact Sgt. D. ABADILLA for approval. I was contacted by Sgt. D. ABADILLA via telephone and informed that I could assist the Vice unit when the next squad came to work.

On April 24, 2005, at approximately 2230 hours, I arrived at Lihue Headquarters Cellblock and was informed by Officer C. OKAMOTO that the females were already searched by Capt. R. VENTURA. I then contacted Officer D. ROSE, Vice Narcotics officer and was informed that the Vice unit still needed my assistance and to come to the briefing room.

Upon the briefing, I was informed by Sgt. Wesly PERREIRA to conduct a strip search of the two females in custody and to photograph each subject as they removed their clothing. I told Sgt. W. PERREIRA that the two females should not be photographed naked and that I would not do it. A few moments later I was advised by St. W. PERREIRA that Richard MINATOYA from the Prosecutor's office said it was OK to photograph the two females naked. I was then informed that Sgt. V. FONOIMOANA would be taking the photographs. I again said that I would not be taking the photographs.

Prior to Officer D. ROSE informing the two females in custody of the body search, both parties strongly objected to being photographed with no clothes on. Sgt. V. FONOIMOANA took the photographs of the two females during the entire search even though the two females strongly objected and one was crying.

As far as I know, no contraband was found on the either of females, but photos were taken any, including of the genitalia.

Please direct any questions to my attorneys, Daniel Hempey, (808) 823-0000, and Margery Bronster, (808) 524-5644.

Submitted By:


Officer D. ABBATIELLO
May 2, 2005

EXHIBIT DD