*Received 053005/0600hrs*

## Danilo Abadilla

| From: | Henry Barriga |
| --- | --- |
| Sent: | Thursday, May 26, 2005 12:40 PM |
| To: | Danilo Abadilla |
| Subject: | FW: Special Order P-2005-12 FTO Assignments |
| Importance: | High |

-----Original Message-----
**From:** Roy Asher
**Sent:** Thursday, May 26, 2005 8:02 AM
**To:** Henry Barriga
**Subject:** FW: Special Order P-2005-12 FTO Assignments
**Importance:** High

I have notified Officer Abbatiello this morning of this directive issued by Deputy Venneman. Please reiterate with her of its contents. I will be attempting to find out what has prompted this. I am not sure if you were made aware of this change.


*Lieutenant Roy Asher*
Kauai Police Department
Adult & Major Crimes Section
3990 Kaana Street, Suite 200, Lihue, HI 96766
(808) Desk: 241-1680, Pager 644-3398
*Please Note new e-mail address*
rasher@kauai.gov

-----Original Message-----
**From:** Ron Venneman
**Sent:** Monday, May 23, 2005 3:58 PM
**To:** Clayton Arinaga
**Cc:** Alejandre Quibilan; Roy Asher
**Subject:** Special Order P-2005-12 FTO Assignments
**Importance:** High

Clay -

Officer Darla Abbatiello is currently not eligible for assignment as a Field Training Officer, she is not qualified to administer or supervise the Standardized Field Sobriety Test.
Please see that Officer K. Wilson is reassigned to an eligible Field Training Officer before the start of his next phase of training.

5/29/2005            EXHIBIT _FF_            DA00176