

# POLICE DEPARTMENT
## COUNTY OF KAUAI



BRYAN J. BAPTISTE
Mayor

3990 KAANA STREET, SUITE 200
LIHUE, HAWAII 96766
TELEPHONE (808) 241-1600
FAX (808) 241-1604

KING C. LUM
Chief of Police

HAROLD R. VENNEMAN
Deputy Chief

July 5, 2005

RECEIVED

State of Hawaii Organization of Police Officers
Maui Chapter Office
65 West Kaahumanu, Unit 19
Kahului, Hawaii 96732

George Kaho'ohanohano
Business Agent

SHOPO Case No: K-2005-009
Grievant: Police Officer I Darla J. Abbatiello

Dear Mr. Kaho'ohanohano,

In accordance with Article 32G of the collective bargaining agreement, relevant information regarding Grievant Darla J. Abbatiello's allegation of removal from the FTO program.

Officer Abbatiello has been temporarily removed from the FTO program, along with Officer Paris Resinto, as they are not qualified to conduct the Standardized Field Sobriety Test or supervise the probationary Police Services Officer assigned them while administering the Standardized Field Sobriety Test. This removal is merely temporary until both Officers can attend the four day in-service class which is to be scheduled in late September or October 2005, in preparation for the current recruit training class, which completes their academy training at the end of October.

Should additional information regarding the incident be needed, or a meeting with the Chief of Police and/or his representative/s be desired by the Grievant Darla J. Abbatiello and/or her SHOPO representative, please contact Deputy Chief Venneman at (808) 241-1602.

Sincerely,

King C. LUM
Chief of Police

Harold K. Venneman
Deputy Chief of Police

hrv

EXHIBIT GG

DA00141