TO:        George KAHO'OHANOHANO, Business Agent, SHOPO

FROM :    Officer D. ABBATIELLO, Kauai Police Department.

RE:        Case No: K-2005-009


I recently received a letter from you attached with a letter from Deputy Chief Harold R. VENNEMAN. Deputy Chief Harold R. VENNEMAN states to you that this is only a temporary move from the FTO program due to the fact that I have not been certified to conduct the Standardized Field Sobriety Test. First of all that it not true, I have been certified to conduct the Standardized Field Sobriety Test, I have not been certified in the Nystagmus portion. It also states that about the supervisory portion and mentions that Officer Paris RESINTO was removed from the FTO program due to the same reason as I was. I spoke with Officer Paris RESINTO on Wednesday July 20, 2005 at approximately 2200 hours, and Officer Paris RESINTO informed me that he was not removed from the FTO program, that he removed himself from the FTO program and that he was never informed or received a letter that he was being removed from the FTO program because he was not certified in the Standardized Field Sobriety Test. I also spoke with Officer James RODRIGUES, SRO and also confirmed that he was in the FTO program in the past and was never certified in the Nystagmus.


When I was asked by Lt. R. ASHER to be an FTO this past year, I informed Lt. R. ASHER that I was not trained in Nystagmus and he informed that it was not required to be an FTO. Regarding the supervisory portion, I spoke with Sgt. D. ABADILLA, who is presently my supervisor, Platoon II, District of Waimea, and he also stated that he has not been trained in Nystagmus either, yet he still continues to supervise others that are trained in the Nystagmus.   No one has approached me to attend any training for Nystagmus.


Could you please follow up with Deputy Chief Harold VENNEMAN with his letter.


Thank You

Officer Darla ABBATIELLO
Kauai Police Department
072205


EXHIBIT H14

DA00140