KAUAI POLICE DEPARTMENT

| TRAINING ORDER | DATE OF ISSUE<br>09/02/05 | EFFECTIVE DATE<br>09/02/05 | NO.<br>05-070 |
|---|---|---|---|
| REFERENCE | | RESCINDS: | |

INDEX AS:

STANDARDIZED FIELD SOBRIETY TEST CLASS

The following personnel have been designated to attend the Standardized Field Sobriety Test Class scheduled to be held in the Kauai Civil Defense EOC Breakout Room from October 4 – 7, 2005. The first day of classes will be held from 0745 – 1630. Afternoon starting times for subsequent classes will be designated on the first day of instruction. This NHTSA approved course, will be conducted by Officer James Miller as the primary instructor. This training assignment is being sponsored by the Kauai Police Department.

OFFICER DARLA ABBATIELLO                OFFICER BRANDY LEDESMA
OFFICER PARIS RESINTO                        OFFICER SHELLY RODRIGUES



KING C. LUM
CHIEF OF POLICE

EXHIBIT I

DA00161