**Danilo Abadilla**

From: Alejandro Quibilan
Sent: Wednesday, September 14, 2005 9:02 AM
To: Henry Barriga; Danilo Abadilla
Cc: Ron Venneman; Mark Scribner; James Miller
Subject: FW: SFST Training
Importance: High

I checked the annual vacation schedule and it does show that October is Officer Darla Abbatiello's vacation month. Due to budget constraints we will not have her work during her vacation. Please pass the deputy's message to Officer Abbatiello. As soon as another class is announced Officer Abbatiello may apply again.

Ale Quibilan, Captain
Patrol Services Bureau
Kauai Police Department
(808) 241-1633
aquibilan@kauai.gov

-----Original Message-----
From: Ron Venneman
Sent: Tuesday, September 13, 2005 6:34 PM
To: Alejandro Quibilan
Subject: SFST Training
Importance: High

Ale -

You mentioned that Officer Abbatiello may have vacation days scheduled during the week that the Standardized Field Sobriety Test training is being conducted. If that is true, then please insure that she makes a written request to be excused from the SFST training, with the understanding that until she completes the SFST training and is qualified to conduct the Standardized Field Sobriety Test, she will not be re-instated in the Field Training Officer Program.

Thanks in advance,

Ron

Harold R. Venneman.
Deputy Chief of Police
Kauai Police Department
3990 Kaana Street, Suite 200
Lihue, Kauai, Hawaii 96766
Phone: (808) 241-1802
FAX: (808) 241-1604

9/16/2005

EXHIBIT JJ

DA00143