```
                    IN THE UNITED STATES DISTRICT COURT

                              STATE OF HAWAII


    DARLA ABBATIELLO,                ) CIVIL NO. CV04 00562 SOM BMK
                                     )
              Plaintiff,             )
                                     )
         vs.                         )
                                     )
    COUNTY OF KAUAI; KAUAI POLICE    )
    DEPARTMENT; K.C. LUM,            )
    WILFRED M. IDA; GORDON ISODA;    ) Trial Date: May 8, 2007
    DEAN PIGAO; IRVIL KAPUA,         ) Time      :   9:00 a.m.
              Defendants.            ) Trial Judge: Susan O.
    _____  )              Mollway


                       DEPOSITION OF PAUL KANOHO

    Taken on behalf of PLAINTIFF DARLA ABBATIELLO, at the offices of
    Ralph Rosenberg Court Reporters, Inc., c/o Hale & Goldberg,
    Lihu`e Plantation Bldg., 2970 Kele Street, Suite 220, Lihu`e,
    Hawai`i 96766, commencing at 9:02 a.m., on Wednesday,
    November 8, 2006, pursuant to notice.


    BEFORE:   JOY C. TAHARA, RPR, CSR 408
              Notary Public, State of Hawai`i
```

RALPH ROSENBERG COURT REPORTERS, INC.
Honolulu, Hawaii (808) 524-2090

| | | |
|---|---|---|
| 09:21:11 | 1 | policy? |
| 09:21:12 | 2 | A. Yes. |
| 09:21:18 | 3 | Q. When you came into A&T on your most recent assignment, |
| 09:21:24 | 4 | again, what year was that? |
| 09:21:29 | 5 | A. Late 2002. |
| 09:21:34 | 6 | Q. At that time, did the Kauai Police Department have a |
| 09:21:38 | 7 | strip search policy? |
| 09:21:40 | 8 | A. No. I didn't know it then, but I know right now. |
| 09:21:47 | 9 | When I first came into the section, I didn't know what general |
| 09:21:53 | 10 | orders we had. We got about a hundred-and-some-odd general |
| 09:21:57 | 11 | orders. I'm aware of some of 'em; but at the time I was |
| 09:22:00 | 12 | transferred, I had to kinda research and see what it is that we |
| 09:22:04 | 13 | did have and what we didn't have. |
| 09:22:06 | 14 | Q. That took some time, right, to transition in and |
| 09:22:09 | 15 | research general orders and things? |
| 09:22:11 | 16 | A. Yeah. And I still don't know all of 'em at the top of |
| 09:22:14 | 17 | my head. |
| 09:22:15 | 18 | Q. When did you become aware of the fact that KPD had a |
| 09:22:20 | 19 | strip search policy? |
| 09:22:28 | 20 | A. For sure, when a draft was presented to me. |
| 09:22:36 | 21 | Q. When was this draft presented to you? |
| 09:22:38 | 22 | A. That was -- been over a year ago. |
| 09:22:49 | 23 | Q. Can you put a month to that? Month and year, I guess? |
| 09:22:56 | 24 | A. Off the top of my head -- geez, maybe somewhere around |
| 09:23:05 | 25 | summer of last year. |

```
09:23:08   1         Q.   Summer of 2005?
09:23:11   2         A.   Yes.
09:23:15   3         Q.   Where did this draft come from?
09:23:18   4         A.   That was presented to me by the commander of the
09:23:27   5    Investigative Services Bureau.
09:23:28   6         Q.   Who was that?
09:23:29   7         A.   That was Fred De Busca.  He was the acting assistant
09:23:36   8    chief at the time.
09:23:40   9         Q.   Now, was there a strip search policy that preceded
09:23:47  10    that draft at KPD?
09:23:50  11              MR. MINKIN:  Objection.  You're talking about a
09:23:52  12    written policy, or you talking about a nonwritten policy?
09:23:55  13         Q.   Was there a written strip search policy at KPD before
09:23:59  14    you saw that draft given to you by Fred De Busca?
09:24:04  15         A.   No, not to that degree.  We may have had -- and this
09:24:10  16    is kinda off the top of my head -- we may have had arrest
09:24:15  17    handling procedures that discussed search, and we may have had
09:24:20  18    other policies related to patrol officer's safety, you know,
09:24:26  19    about handcuffing prisoners, searching prisoners, transfer of
09:24:31  20    prisoners and prisoner searching; but not to the extent that
09:24:38  21    this draft entailed.
09:24:44  22         Q.   Was there, aside from the prisoner type or
09:24:50  23    prisoner-related policies that you just mentioned, were you
09:24:52  24    aware of any kind of unwritten policies that govern strip
09:24:58  25    searches before you got this draft from De Busca?
```

| | | |
|---|---|---|
| 09:52:09 | 1 | Q. That was in a written form? |
| 09:52:11 | 2 | A. His draft proposal came to me in type form like this. |
| 09:52:17 | 3 | (Witness indicating.) |
| 09:52:17 | 4 | Q. Do you know if it was labelled Hawai`i County Police |
| 09:52:21 | 5 | Department? |
| 09:52:23 | 6 | A. Are you talking about the draft he gave to me? |
| 09:52:26 | 7 | Q. Yes. |
| 09:52:26 | 8 | A. The draft he gave to me -- see, I'm not sure if he |
| 09:52:31 | 9 | gave me this or not on the same day. I think I went online |
| 09:52:35 | 10 | after he gave me his proposal. Are you asking for the title of |
| 09:52:40 | 11 | the draft of his proposal -- |
| 09:52:41 | 12 | Q. Yes. |
| 09:52:42 | 13 | A. Okay. It mentioned Hawai`i County, but. I'm almost |
| 09:52:48 | 14 | positive it said strip-and-body-cavity search, but I'm not |
| 09:52:53 | 15 | 100 percent sure on the verbiage. |
| 09:52:55 | 16 | Q. Did it have a general order number? |
| 09:52:57 | 17 | A. I don't recall if it had a number or not. |
| 09:53:00 | 18 | Q. Did he tell you if he drafted it or somebody else did? |
| 09:53:05 | 19 | A. I don't recall him mentioning anything like that. |
| 09:53:08 | 20 | Q. Did he talk to you at all about that one difference in |
| 09:53:13 | 21 | the two policies regarding photographing? |
| 09:53:16 | 22 | A. I don't remember him saying anything about variations |
| 09:53:20 | 23 | or differences. |
| 09:53:22 | 24 | Q. You notice that difference, right, between the two |
| 09:53:25 | 25 | drafts? |

```
09:53:25   1         A.    After --
09:53:27   2         MR. MINKIN:  Objection.  Misstates the testimony.
09:53:29   3   This is not a draft.  You said two drafts.
09:53:33   4         Q.    Did you yourself notice the difference between this
09:53:37   5   Hawaii County Police Department General Order 603 and the draft
09:53:41   6   that De Busca gave you which had that section on photographing?
09:53:46   7         A.    When I conducted --
09:53:48   8         MR. MINKIN:  Objection.  Again misstates the
09:53:49   9   testimony.  There was not a section on photographing
09:53:52  10   specifically.  The witness has testified previously that there
09:53:56  11   were insertions at different points regarding photographing
09:53:59  12   separate and apart from a particular specific section on merely
09:54:06  13   photographing.
09:54:10  14         Q.    You can go ahead and answer.
09:54:13  15         A.    Plain and simple language, we noticed that theirs
09:54:17  16   didn't have, made reference, you know -- I don't recall theirs
09:54:23  17   making reference to taking photographs but that our proposal
09:54:28  18   did.
09:54:29  19         Q.    Was it a separate section?
09:54:34  20         A.    I'm not sure how many times our draft proposal,
09:54:38  21   without reviewing it, talked about photographs.  I just remember
09:54:42  22   that the two primary sections, strip search and body cavity
09:54:47  23   search procedures, and that taking of photographs were mentioned
09:54:51  24   in both of those sections.
09:54:57  25         Q.    Did you ask De Busca any questions about where these
```

```
09:55:04  1   provisions regarding photographing came from?
09:55:08  2        A.   No.  I didn't -- yeah, I didn't discuss that with him
09:55:16  3   anything about photographs.  In fact, even to this day I don't
09:55:20  4   remember going over detail about, you know, specifically with
09:55:24  5   him.
09:55:25  6        Q.   Did you have any discussions or overhear any
09:55:30  7   discussions involving K.C. Lum, where K.C. Lum made any comment
09:55:38  8   about photographing, of those sections involving photographing
09:55:41  9   during strip searches and body cavity searches?
09:55:43 10        A.   No.  I didn't have any conversations with Chief Lum
09:55:47 11   about photographing or inclusion or exclusion of photographing.
09:55:52 12        Q.   During that one meeting that you had in the chief's
09:56:01 13   conference room, was that inclusion of those sections on
09:56:05 14   photographing mentioned or discussed?
09:56:07 15        A.   I could have mentioned it.  I don't know if I did
09:56:12 16   specifically or not.  Well, I'm thinking that I probably did
09:56:20 17   mention that because when I'm presenting a draft or some kind of
09:56:25 18   a proposal, you want to point out certain elements.  So I may
09:56:33 19   have mentioned that, you know, the difference between this is a
09:56:36 20   draft.  Lot of times I'll do that with different proposals.
09:56:40 21            This is a draft that was mirrored off HPD's policy
09:56:46 22   that's currently in place, the only difference being theirs
09:56:50 23   included this element, our doesn't.  So I'm almost positive I
09:56:54 24   would have brought that up in that type of an environment in
09:56:57 25   that meeting.  'Cause that was really the only difference that I
```

| | |
|---|---|
| 10:09:14 | 1 |
| 10:09:16 | 2 |
| 10:09:24 | 3 |
| 10:09:27 | 4 |
| 10:09:28 | 5 |
| 10:09:34 | 6 |
| 10:09:39 | 7 |
| 10:09:43 | 8 |
| 10:09:48 | 9 |
| 10:09:52 | 10 |
| 10:09:58 | 11 |
| 10:10:03 | 12 |
| 10:10:07 | 13 |
| 10:09 | 14 |
| 10:10:10 | 15 |
| 10:10:14 | 16 |
| 10:10:18 | 17 |
| 10:10:20 | 18 |
| 10:10:23 | 19 |
| 10:10:26 | 20 |
| 10:10:31 | 21 |
| 10:10:31 | 22 |
| 10:10:34 | 23 |
| 10:10:37 | 24 |
| 10:10:42 | 25 |

A.   Yes.

Q.   Under effective date on Page No. 1 on the title page; under effective date it says immediately?

A.   Yes.

Q.   Was that there at the time that you reviewed this and received this from Mr. De Busca, Officer De Busca?

A.   To my recollection, yes.

Q.   Was it your belief that this was a general order that was effective at the time that De Busca handed it to you?

A.   Not an approved general order.  When it was presented to me, I received it as draft proposal for --.

Q.   As far as you are aware right now at A&T, this has never become a general order, correct?

A.   Yes, sir.

Q.   Do you know why the word "immediately" was typed in there under Effective Date?  Do you have any idea --

MS. AGOR-OTAKE:  Objection.  Speculation.

A.   I don't know.  I don't know why, whoever it is, that the author of this proposal was did that.

Q.   At A&T, you received other proposals for general orders?

A.   Yes, sir.

Q.   When you reviewed them, are they of this format where you have KPD at the top, General Order, Date of Issue, Effective Date, and number?

| | |
|---|---|
| 10:10:43 1 | A. Depending who the presenters are. Some of them may be |
| 10:10:47 2 | similar to this with certain areas blank. Some, they'd just be |
| 10:10:52 3 | without any type of heading, starting at No. 1 which is a blank |
| 10:10:59 4 | page with No. 1 purpose and so on without any type of header or |
| 10:11:04 5 | footer. |
| 10:11:05 6 | Q. While you were at A&T, about how many proposed general |
| 10:11:11 7 | orders do you believe you reviewed? |
| 10:11:11 8 | A. Current position, at least three dozen, I guess. |
| 10:11:19 9 | These are draft proposals. Like not all of them made it to the |
| 10:11:24 10 | book. |
| 10:11:24 11 | Q. Sure. Of the draft proposals, were there any other |
| 10:11:28 12 | draft proposals or draft general orders that you reviewed that |
| 10:11:32 13 | had an effective date of immediately? |
| 10:11:38 14 | A. I'm not sure if any of those --. I don't recall off |
| 10:11:50 15 | the top of my head if anyone else submitted anything to me with |
| 10:11:55 16 | anything that had this similar heading format with "immediately" |
| 10:11:59 17 | on it or in there. |
| 10:12:00 18 | Q. In your duties at A&T, does the word "immediately" |
| 10:12:09 19 | under Effective Date connote anything? |
| 10:12:14 20 | A. Well, on an approved order, it would mean that the |
| 10:12:20 21 | order would be in effect on the date of issue. You know, it |
| 10:12:29 22 | would coincide. |
| 10:12:30 23 | Q. Didn't you find it strange that this proposal had |
| 10:12:34 24 | "immediately" written in there under Effective Date? |
| 10:12:38 25 | MR. MINKIN: Objection. Vague and ambiguous to the |

```
10:12:40   1    phrase strange.
  12:43   2         Q.   Wasn't that out of the ordinary?
10:12:49   3         A.   I'm trying to think if I ever submitted anything --.
10:12:52   4    Normally for myself, I wouldn't submit a draft with
10:12:56   5    "immediately" unless -- and I'm not sure if I ever did.
10:13:01   6    Nowadays, a lot of people have these particular headings on
10:13:07   7    their computer on disc.
10:13:10   8              When I do a draft proposal that maybe I generated or
10:13:14   9    something, I normally won't put a number.  Based on my own
10:13:20  10    recollection, I'd normally put question mark, question mark,
10:13:23  11    question mark, over in the year, like in the number area.  And I
10:13:28  12    may not put, I don't recall really filling out for myself
10:13:33  13    anything with "immediately" on it.
  13:35  14         Q.   I'm not talking about your practice, but I'm talking
10:13:39  15    about draft general orders that you have seen and you have
10:13:43  16    reviewed at A&T by others.  Isn't the "immediately" under
10:13:48  17    Effective Date something that was out of the ordinary?
10:13:53  18         A.   Well, it could be construed as premature.
10:14:00  19         Q.   As I mentioned before and you can see in Exhibit No. 1
10:14:04  20    under date of issue -- actually, it says Date If Issue, if I
10:14:11  21    read it correctly.  But in any event under date of issue or Date
10:14:18  22    If Issue, there's March 25, 2005, right?
10:14:21  23         A.   Yes.
10:14:22  24         Q.   That continues on all of the pages in that area,
10:14:22  25    correct?
```

```
10:14:27   1        A.   Yes.
10:14:28   2        Q.   If you look at the last page, Page No. 6, under the
10:14:32   3   typewritten signature line for King C. Lum, Chief of Police,
10:14:37   4   there is in parentheses 4/25/2005?
10:14:47   5        A.   Yes, I see that.
10:14:49   6        Q.   Do you recall seeing this when you reviewed this from
10:14:54   7   De Busca?  The dates?  Because let me back up, there is a
10:15:00   8   difference between the date of issue that's at the top of the
10:15:03   9   page of March 25, 2005, and the date that's on page 6 under
10:15:09  10   King C. Lum's typewritten signature line of 4/25/2006, right?
10:15:15  11   There's basically a one-month difference?
10:15:17  12        A.   Yes.
10:15:18  13        Q.   Did you notice that difference at the time that you
10:15:20  14   reviewed this?
10:15:21  15        A.   I'm not sure if I remembered seeing the date on the
10:15:25  16   last page, page 6, that's in parentheses.  But I noticed the
10:15:30  17   date, the March date.
10:15:33  18        Q.   Do you have any idea whether or not this fact that
10:15:38  19   there was a one-month difference in the two dates was discussed
10:15:42  20   at that conference room meeting?  Was that brought up?
10:15:48  21        A.   I don't remember any conversation about the time date
10:15:53  22   difference.  When the proposal was presented to me, that's when
10:15:57  23   I noticed the March date.
10:15:59  24        Q.   And you didn't focus of April 25th date?
10:16:02  25        A.   I don't remember if I did or not.  The one I did
```

C E R T I F I C A T E

STATE OF HAWAI`I                )
                                ) ss.
CITY AND COUNTY OF HONOLULU     )

I, JOY C. TAHARA, RPR, CSR 408, Notary Public, State of Hawai`i, hereby certify:

That on Wednesday, November 8, 2006, at 9:02 a.m., before me appeared PAUL KANOHO, the witness whose deposition is contained herein; and that prior to being examined was duly sworn;

That I am neither counsel for any of the parties herein nor interested in any way in the outcome of this action;

That the deposition herein was by me taken down in machine shorthand and thereafter reduced to print via computer-aided transcription; that the foregoing represents, to the best of my ability, a complete and accurate transcript of the testimony of said witness.

DATED: Honolulu, Hawai`i, November 17, 2006.

_____
Notary Public, State of Hawai`i

My commission expires: 10/11/10