THIS PAGE

INTENTIONALLY

LEFT

BLANK



EXHIBIT NN