| | | |
|---|---|---|
| CAROL FURTADO<br>Chairman<br><br>RUSSELL GRADY<br>Vice Chairman |  | MEMBERS:<br><br>Leon Gonsalves, Sr.<br>Thomas Iannucci |

POLICE COMMISSION
COUNTY OF KAUA'I
c/o Office of the Mayor
4444 Rice Street, Suite 235
Lihu'e, Hawai'i 96766

April 3, 2006

*Sgt. Wesley Perreira, Sgt. Vicki Fonoimoana, Officer Darla Abbateillo, Officer Darren Rose, Lt. Regina Ventura, Sgt. Mike Contrades, Sgt. Lawrence Stem and Officer Channing Tada*
Kaua'i Police Department
3990 Ka`ana Street, Suite 200
Lihu'e, Hawai'i 96766

Re: KPC 05-0006 Notarized complaint filed by Ms. Marilyn Prem against Officers named above

Dear Officer Abbateillo:

The Commission has completed its investigation of the above-described complaint alleging an "improper search was conducted following an arrest".

The Commission reviewed the statements provided to our Investigator and could not sustain the complaint filed against you. This matter was referred to Chief Lum who concurred with the Commission's findings.

Sincerely,

Carol Furtado
Chairman

CAF/bd

Cc: K.C. Lum, Chief of Police

EXHIBIT __OO__