MICHAEL CHING
Chairman

CAROL FURTADO
Vice Chair



MEMBERS:
Victor Punua
Leon Gonsalves, Sr.
Russell Grady

POLICE COMMISSION
COUNTY OF KAUA'I
c/o Office of the Mayor
4444 Rice Street, Suite 235
Līhu'e, Hawai'i 96766

October 28, 2005

Re: KPC 05-006 – Marilyn Prem Notarized complaint against *Sgt. Wesley Perreira, Sgt. Vicki Fonoimoana, Officer Darla Abbateillo, Officer Darren Rose, Lt. Regina Ventura, Sgt. Mike Contrades, Sgt. Lawrence Stem and Officer Channing Tada*

Dear Officer:

Recently you received a copy of a complaint filed with the Police Commission on alleging that a body cavity search was conducted when she was arrested. In the very near future the Police Commission's Investigator, Beverly Nagano of Wood and Tait, will be contacting you for further information.

In the past the Kauai Police Commission investigated its own complaints. There were recent concerns raised of the method in which the Commission investigated its complaints. All other Police Commissions in the state either have an in house investigator or hire an agency to conduct their investigation, independent of the Police Department.

This notification and complaint is provided to you so that you can address the concerns raised in the complaint when our investigator contacts you.

This new process does not deplete any rights you have as an officer or employee of KPD. Should you have any questions, please do not hesitate to contact the Commission's secretary, Barbara Davis, at 241-6300. Thank you.

Sincerely,

*Mike Ching/bd*

Michael G. Ching
Chair

MGC/bd

enclosure

**EXHIBIT PP**