**FILE COPY**

LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY                          7535
3175 Elua Street
Lihue, Hawaii 96766
Telephone No.:    (808) 823-0000
Facsimile No.:    (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER              4750
JOHN HOSHIBATA                        3141
JEANNETTE HOLMES CASTAGNETTI   7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No.:    (808) 524-5644
Facsimile No.:    (808) 599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, ) | CIVIL NO. CV04 00562 SOM BMK |
| ) | |
| Plaintiff, ) | PLAINTIFF'S RESPONSE TO |
| ) | DEFENDANTS COUNTY OF |
| vs. ) | KAUA'I AND KAUA'I POLICE |
| ) | DEPARTMENT'S FIRST REQUEST |
| COUNTY OF KAUA'I, KAUA'I ) | FOR ADMISSIONS AND ANSWERS |
| POLICE DEPARTMENT, K.C. ) | TO INTERROGATORIES TO |
| LUM, WILFRED M. IHU, ) | PLAINTIFF DARLA ABBATIELLO |
| GORDON ISODA, DEAN PIGAO, ) | Trial Date:    May 8, 2007 |
| IRVIL KAPUA, ) | Time:          9:00 a.m. |
| _____ Defendants. ) | Judge:         Susan O. Mollway |

## PLAINTIFF'S RESPONSE TO DEFENDANTS COUNTY OF KAUA'I AND KAUA'I POLICE DEPARTMENT'S FIRST REQUEST FOR ADMISSIONS AND ANSWERS TO INTERROGATORIES TO PLAINTIFF DARLA ABBATIELLO (dated June 30, 2006)

Plaintiff Darla Abbatiello ("Plaintiff") by and through her attorneys,

Bronster Crabtree & Hoshibata and the Law Office of Daniel G. Hempey, pursuant

to Rules 33 and 36 of the Federal Rules of Civil Procedure, responds to Defendants

County of Kaua'i and Kaua'i Police Department's First Request for Admissions

and Answers to Interrogatories to Plaintiff Darla Abbatiello (dated June 30, 2006)

("Request") as follows:

This response to the Request is made to the best of Plaintiff's knowledge,

information and belief.  This response is subject at all times to such additional or

different information that discovery or further investigation may disclose and,

while based on the present state of information available to Plaintiff, is subject to

such refreshing of recollection and such additional knowledge of facts as may

result from further discovery or investigation.

### General Objections

1.  Plaintiff objects to the Requests for Admission and Interrogatories to the

extent they seek information protected by the attorney-client privilege, the work

product doctrine and any other applicable privilege, and no such information will

be provided.  By responding to the Requests for Admission and Interrogatories,

1

Plaintiff does not waive, intentionally or otherwise, her attorney-client privilege, work product doctrine protection, or any other privilege or doctrine protecting her communications, transactions or records from disclosure, and therefore, provision of information inconsistent with the foregoing is wholly by mistake and not a waiver of any such privilege or protection.

2. Plaintiff objects to Defendants County of Kaua'i and Kaua'i Police Department's interrogatories to the extent they exceed the twenty-five interrogatories permitted to be propounded by Defendants, *collectively,* and attempt to impose obligations which exceed the requirements of the Federal Rules of Civil Procedure and other applicable laws.

3. The Responses to the Requests for Admissions and Interrogatories are made without in any way waiving, but rather, intending to preserve and preserving:

    a. All objections of Plaintiff as to competency, relevancy, materiality and admissibility of the responses to the Requests for Admission and Interrogatories or the subject matter thereof;

    b. All rights of Plaintiff to object on any grounds to the use of any of said responses, or the subject matter thereof, in any subsequent proceedings, including the trial of this or any other action; and

    c. All rights of Plaintiff to object on any grounds to any requests for further responses to these or any other Requests for Admissions or

Interrogatories, or any other discovery requests involving or related to the subject matter of these Interrogatories.

4.      Plaintiff objects to each of the Requests for Admission to the extent that any or all of them purport to request information outside the possession, custody or control of Plaintiff on the grounds that they are overly broad and unduly burdensome and seek information that is outside the possession, custody or control of Plaintiff.

5.      Plaintiff objects to each of the Requests for Admission to the extent that any or all of them contain compound questions that Plaintiff may not be able to either categorically admit or deny.

6.      Each of the specific responses set forth below is subject to and incorporates these general objections.

DATED:  Honolulu, Hawaii, _8/28/06_ , 2006.

_____

Margery S. Bronster
John Hoshibata
Jeannette H. Castagnetti
Daniel G. Hempey
Attorneys for Plaintiff
DARLA ABBATIELLO

## REQUEST FOR ADMISSIONS AND INTERROGATORIES

Requests for Admission Nos. 1-26

1.     KPD general orders require you to follow orders given to you by a higher-ranking officer or superior officer in KPD.

Admit _____                    Deny __X__

**Plaintiff objects on the grounds that the definition of "general orders" given in the Request is overly broad, vague and ambiguous.  Plaintiff also objects on the grounds that "follow orders" is vague and ambiguous. In addition, Plaintiff objects on the grounds that it is a compound question.  On these bases, Plaintiff denies.**

Jeannette Holmes Castagnetti

2.     From December 5, 2003, to the present, Kapua has been a higher-ranking office than you in KPD.

Admit _____                    Deny __X__

3.     If you had a concern or complaint related to work, you could report to a supervisor.

Admit __X__                    Deny _____

**Plaintiff objects on the grounds that "could report to a supervisor" is vague and ambiguous.**

Jeannette Holmes Castagnetti

**Without waiving her objections, Plaintiff admits.**

4

4.    If you had a concern or complaint related to work, you could to report to any superior officer other than your supervisors.

Admit_____    Deny  X

**Plaintiff objects on the grounds that question, as written, is vague and ambiguous. On this basis, Plaintiff denies.**

*Jeannette Holmes Castagnetti*

5.    You were on-duty as a KPD officer on or about December 5, 2003, when you obtained the search warrant for A.B.

Admit  X    Deny_____

6.    You were on-duty as a KPD officer on or about December 15, 2003, when A.B. was registered as a confidential informant.

Admit_____    Deny  X

**Plaintiff is without sufficient knowledge to either admit or deny because Plaintiff was not present when A.B. was registered as a confidential informant. On this basis, Plaintiff denies.**

*Jeannette Holmes Castagnetti*

7.    You were on-duty as a KPD officer on or about December 15, 2003, when Kapua registered A.B. as a confidential informant.

Admit_____    Deny  X

**Plaintiff is without sufficient knowledge to either admit or deny because Plaintiff was not present when A.B. was registered as a confidential informant. On this basis, Plaintiff denies.**

*Jeannette Holmes Castagnetti*

5

8.   You were on-duty as a KPD officer on or about December 23, 2003 when you served the search warrant on A.B.

Admit_____                              Deny _X_

9.   You were on-duty as a KPD officer on or about December 26, 2003, when you arrested A.B.

Admit _X_                               Deny_____

10.  You were on-duty as a KPD officer on or about December 26, 2003 when you questioned A.B.

Admit _X_                               Deny_____

11.  You were on-duty as a KPD officer on or about December 26, 2003 when A.B. told you about Kapua and the alleged corruption.

Admit _X_                               Deny_____

12.  You were on-duty as a KPD officer on or about January 2, 2004, when you reported to your supervisor or superior officer what A.B. told you about Kapua and the alleged corruption.

Admit _X_                               Deny_____

13.  Prior to December 5, 2003, you were aware of Kapua's "reputation for having a violent temper and background."

Admit _X_                               Deny_____

14.  When you obtained the search warrant, on or about December 5, 2003, for A.B., you were aware of Kapua's "reputation for having a violent temper and background."

Admit _X_                               Deny_____

6

15. When A.B. was registered as a confidential informant, on or about December 15, 2003, you were aware of Kapua's "reputation for having a violent temper and background."

Admit_____          Deny   X

**Plaintiff objects on the grounds that the request assumes information not within Plaintiff's personal knowledge.**

*Jeannette Holmes Castagnetti*

**Without waiving said objections, I admit that on or about December 15, 2003, I believed Kapua had a reputation for having a violent temper and background, but am without knowledge as to when A.B. was registered as a confidential informant.**

16. When you arrested A.B., on or about December 26, 2003, you were aware of Kapua's "reputation for having a violent temper and background."

Admit   X          Deny_____

17. When A.B. told you about Kapua and the alleged corruption, you were aware of Kapua's "reputation for having a violent temper and background."

Admit   X          Deny_____

18. When you reported to your supervisor or superior officer, on or about January 2, 2004, what A.B. told you about Kapua and the alleged corruption, you were aware of Kapua's "reputation for having a violent temper and background."

Admit   X          Deny_____

19. Prior to December 5, 2003, you did not report to any of your supervisors or superior officers that you feared for your safety at work because of Kapua.

Admit   X          Deny_____

20. When you obtained the search warrant for A.B., on or about December 5, 2003, you did not report to any of your supervisors or superior officers that you feared for your safety at work because of Kapua.

      Admit   X                    Deny_____

21. During the period between the time you obtained the search warrant for A.B., on or about December 5, 2003, and the time A.B. was registered as a confidential informant, on or about December 15, 2003, you did not report to any of your supervisors or superior officers that you feared for your safety at work because of Kapua.

      Admit _____               Deny   X  

**Plaintiff objects on the ground that the request assumes information not within Plaintiff's personal knowledge. On this basis and for the reasons stated in Plaintiff's response to Interrogatory No. 1, Plaintiff denies.**

*Jeannette Holmes Castagnetti*

22. When A.B. was registered as a confidential informant, on or about December 15, 2003, you did not report to any of your supervisors or superior officers that you feared for your safety at work because of Kapua.

      Admit _____               Deny   X  

**Plaintiff objects on the ground that the request assumes information not within Plaintiff's personal knowledge. On this basis and for the reasons stated in Plaintiff's response to Interrogatory No. 1, Plaintiff denies.**

*Jeannette Holmes Castagnetti*

23.  During the period between the time when A.B. was registered as a confidential informant, on or about December 15, 2003, and the time that you arrested A.B., on or about December 26, 2003, you did not report to any of your supervisors or superior officers that you feared for your safety at work because of Kapua.

Admit _____                     Deny  X

**Plaintiff objects on the ground that the request assumes information not within Plaintiff's personal knowledge. On this basis and for the reasons stated in Plaintiff's response to Interrogatory No. 1, Plaintiff denies.**

Jeannette Holmes Castagnetti

24.  When you served the search warrant, on or about December 26, 2003, on A.B., you did not report to any of your supervisors or superior officers that you feared for your safety at work because of Kapua.

Admit_____                     Deny  X

25.  When A.B. told you, on or about December 26, 2003, about Kapua and the alleged corruption, you did not report to any of your supervisors or superior officers that you feared for your safety at work because of Kapua.

Admit _____                     Deny  X

26.  During the period between the time, on or about December 26, 2003, that A.B. told you about Kapua's alleged corruption, and the time you reported to your supervisor or superior officer, on or about January 2, 2004, what A.B. told you about Kapua and the alleged corruption, you did not report to any of your supervisors or superior officers that you feared for your safety at work because of Kapua.

Admit_____                     Deny  X

<u>Interrogatory No. 1</u>

1.      If your responses to Requests for Admission numbers 19 through 26 were anything other than unqualified admissions, state the date you reported that you feared for your safety at work because of Kapua, identify the supervisor or superior officer you reported to, and state what you said.

      Answer:

**Plaintiff objects to this interrogatory on the grounds that it exceeds the 25 interrogatory limit. Plaintiff also objects on the grounds that this interrogatory seeks to expand Plaintiff's duties to respond beyond those set forth in FRCP 33(a). However, Plaintiff was forced to agree to respond to this interrogatory in order to get additional time to respond to Defendants County of Kauai and Kauai Police Department's First Request for Admissions. Plaintiff reserves her rights to object to any further interrogatories propounded upon her.**

                              *Jeannette Holmes Castagnetti*

**Without waiving said objections and without limitation, Plaintiff responds as follows:**

      **I do not recall exactly when I reported to my supervisors or superior officers that I feared for my safety at work because of Sergeant Kapua.**

      **Between December 10 and December 14, 2003, I reported on several different occasions to Lieutenant E.F. and G.H. that I was scared because Sergeant Kapua was calling me and following me. I do not remember the exact dates.**

      **On or about December 15, 2003, I reported to Lieutenant E.F. and G.H. that I did not want to get involved with Sergeant Kapua because I feared for my safety and that I did not want Sergeant Kapua involved in my investigation.**

      **On or about December 16, 2003, I reported to Lieutenant E.F. and expressed my concern that Sergeant Kapua had registered**

10

A.B. as a confidential informant. I also expressed that I did not want to work with Sergeant Kapua and pointed out that he should not be involved in Vice investigations.

Sometime between December 15 and 26, 2003, I reported to Lieutenant E.F. that Sergeant Kapua asked me to provide Vice funds to pay off A.B.'s drug debt in exchange for information. I stated that I was uncomfortable with Sergeant Kapua approaching me and was scared for my safety.

Sometime between December 15 and 26, 2003, I reported to Lieutenant E.F. that Sergeant Kapua had told me C.D. knew that A.B. was a confidential informant. I stated that I was concerned about the breach in my investigation of C.D. I also believed that Sergeant Kapua did not have authority to register A.B. as a confidential informant.

On or about December 24, 2003, I reported to several officers (I don't remember exactly who) that I was concerned because Sergeant Kapua had somehow found out that I was planning to serve a search warrant on A.B.

On or about December 26, 2003, I reported to O.P. about what A.B. had told me, that I was afraid, and asked him what I should do about it.

Sometime between December 26, 2003 and January 2, 2004, I talked with Lieutenant E.F. (while he was on vacation) about what A.B. had told me, that I was afraid and asked what I should do about it.

Sometime between December 26, 2003 and January 2, 2004, I talked with K.L. I generally described the report from A.B., told him that I was afraid and asked him what I should do about it.

On several different occasions, I can't remember the dates, I spoke directly with then-Acting Chief Ihu about A.B.'s allegations. I told Acting Chief Ihu what A.B. had told me and that I was afraid of Sergeant Kapua.

## Requests for Admission Nos. 27-33

27.  You obtained a search warrant for A.B. because of your assignment to the Narcotics Vice Unit of KPD.

Admit_____                          Deny __X__

**Plaintiff objects on the grounds that question, as written, is vague and ambiguous. Plaintiff obtained the search warrant because there was probable cause for the warrant. On these bases, Plaintiff denies.**

*Jeannette Holmes Castagnetti*

28.  You arrested A.B. because of your assignment to the Narcotics Vice Unit of KPD.

Admit_____                          Deny __X__

**Plaintiff objects on the grounds that question, as written, is vague and ambiguous. Plaintiff arrested A.B. because there was probable cause to make an arrest. On these bases, Plaintiff denies.**

*Jeannette Holmes Castagnetti*

29.  You wanted to arrest C.D. because of your assignment to the Narcotics Vice Unit of KPD.

Admit _____                         Deny __X__

**Plaintiff objects on the grounds that question, as written, is vague and ambiguous.**

*Jeannette Holmes Castagnetti*

30. When you served the search warrant on or about December 26, 2003, on A.B. you knew that she was a confidential informant.

     Admit_____                              Deny ___X___

31. When you arrested A.B. on or about December 26, 2003, you knew that she was a confidential informant.

     Admit_____                              Deny ___X___

32. On or about December 15, 2003, you knew that Kapua registered A.B. as a confidential informant.

     Admit_____                              Deny ___X___

33. During the period between the time on or about December 15, 2003, that A.B. was registered as a confidential informant, and the time you served the search warrant on or about December 26, 2003, on A.B., you did not talk to Kapua about serving the search warrant on A.B.

     Admit _____                             Deny ___X___


Interrogatory No. 2

2. If your response to Request for Admission Number 33 was anything other than an unqualified admission, identify the date, state what you said and what Kapua said in each of the conversations.

     Answer:

     **Plaintiff objects to this interrogatory on the grounds that it exceeds the 25 interrogatory limit. Plaintiff also objects on the grounds that this interrogatory seeks to expand Plaintiff's duties to respond beyond those set forth in FRCP 33(a) and further objects because it is compound. However, Plaintiff was forced to agree to respond to this interrogatory in order to get additional time to respond to Defendants County of Kauai and Kauai Police Department's First Request for Admissions.**

13

Plaintiff reserves her rights to object to any further interrogatories propounded upon her.

Jeannette Holmes Castagnetti

Without waiving said objections, Plaintiff responds as follows:

Kapua's registration of A.B. as a confidential informant was ineffective and he did not have authority to register A. B. as a confidential informant. In addition, I do not know why Kapua attempted or purported to register A.B. I admit I did not talk to Kapua prior to serving the search warrant on A.B.

See also response to Interrogatory No. 3.

Requests for Admissions Nos. 34-25

34.    During the period between the time on or about December 15, 2003, that A.B. was registered as a confidential informant, and the time on or about December 26, 2003, that you served the search warrant on A.B., you did not obtain Kapua's permission to serve the search warrant on A.B.

Admit _____                            Deny ___X___

Plaintiff objects on the grounds that the request assumes information not within Plaintiff's personal knowledge.  On this basis, Plaintiff denies and further states that she was not required to obtain Kapua's permission to serve the search warrant.

Jeannette Holmes Castagnetti

35.    During the period between the time on or about December 15, 2003, that A.B. was registered as a confidential informant, and the time on or about December 26, 2003, that you served the search warrant on A.B., you did not talk to any of your supervisors or superior officers about serving the search warrant on A.B.

Admit _____                            Deny ___X___

14

Interrogatory No. 3

3.     If your response to Request for Admission Number 35 was anything other than an unqualified admission, identify the date, identify the supervisor or superior officer in each conversation, state what you said, and state what the supervisor or superior officers said in each of the conversations.

        Answer:

**Plaintiff objects to this interrogatory on the grounds that it exceeds the 25 interrogatory limit. Plaintiff also objects on the grounds that this interrogatory seeks to expand Plaintiff's duties to respond beyond those set forth in FRCP 33(a) and further objects because it is compound. However, Plaintiff was forced to agree to respond to this interrogatory in order to get additional time to respond to Defendants County of Kauai and Kauai Police Department's First Request for Admissions. Plaintiff reserves her rights to object to any further interrogatories propounded upon her.**

                              Jeannette Holmes Castagnetti

**Without waiving said objections and without limitations, Plaintiff responds as follows:**

**On or before December 26, 2003, I discussed serving a search warrant on A.B. with Lieutenant E.F., and stated that A.B. was not cooperating like a confidential informant should. Lieutenant E.F. gave me approval to serve her with a search warrant.**

15

Requests for Admission Nos. 36-43

36.    During the period between the time on or about December 15, 2003, that
A.B. was registered as a confidential informant, and the time on or about
December 26, 2003, that you served the search warrant on A.B., you did not
obtain permission from any of your supervisors or superior officers to serve
the search warrant on A.B.

Admit_____                          Deny_X____

**Plaintiff objects on the grounds that the request assumes information
not within Plaintiff's personal knowledge.   On this basis and for the
reasons stated in Plaintiff's response to the interrogatories, Plaintiff
denies.**

Jeannette Holmes Castagnetti

37.    On December 26, 2003, following your arrest of A.B., you did not report to
any of your supervisors or superior officers what A.B. had told you about
Kapua and the alleged corruption.

Admit_____                          Deny_X____

38.    On December 27, 2003, you did not report to any of your supervisors or
superior officers what A.B. had told you about Kapua and the alleged
corruption.

Admit_____                          Deny_X____

39.    On December 28, 2003, you did not report to any of your supervisors or
superior officers what A.B. had told you about Kapua and the alleged
corruption.

Admit_____                          Deny_X____

40.    On December 29, 2003, you did not report to any of your supervisors or
superior officers what A.B. had told you about Kapua and the alleged
corruption.

Admit_____                          Deny_X____

41.     On December 30, 2003, you did not report to any of your supervisors or superior officers what A.B. had told you about Kapua and the alleged corruption.

        Admit_____                          Deny X____

42.     On December 31, 2003, you did not report to any of your supervisors or superior officers what A.B. had told you about Kapua and the alleged corruption.

        Admit_____                          Deny X____

43.     On January 1, 2004, you did not report to any of your supervisors or superior officers what A.B. had told you about Kapua and the alleged corruption.

        Admit_____                          Deny X____

Interrogatory No. 4

4.      If your responses to Requests for Admission Numbers 37-43 were anything other than unqualified admissions, state the date you reported what A.B. told you about Kapua and the alleged corruption, identify the supervisor or superior officer you reported to, and state what you told them and what they told you.

        Answer:

        **Plaintiff objects to this interrogatory on the grounds that it exceeds the 25 interrogatory limit. Plaintiff also objects on the grounds that this interrogatory seeks to expand Plaintiff's duties to respond beyond those set forth in FRCP 33(a) and further objects because it is compound. However, Plaintiff was forced to agree to respond to this interrogatory in order to get additional time to respond to Defendants County of Kauai and Kauai Police Department's First Request for Admissions. Plaintiff reserves her rights to object to any further interrogatories propounded upon her.**

                                        Jeannette Holmes Castagnetti

17

**Without waiving said objections, and without limitation, Plaintiff responds as follows:**

**On December 26, 2003, I reported to O.P. about what A.B. said regarding the alleged corruption. I asked him what I should do. O.P. stated that I should wait until my immediate supervisor, Lieutenant E.F., got back from vacation and report it to him (E.F.).**

**Sometime between December 26, 2003 and January 2, 2004, but not on December 28, 2003 because I was in the hospital, I talked with K.L. I generally described the report from A.B., told him that I was afraid, and asked what I should do about it. K.L. told me that I was required to make a formal report of any allegation of corruption.**

**Sometime between December 26, 2003 and January 2, 2004, but not on December 28, 2003 because I was in the hospital, I talked with Lieutenant E.F. (while he was still on vacation) about what A.B. had told me, that I was afraid, and asked what I should do about it. Lieutenant E.F. told me to wait until he got back from vacation.**

**On several different occasions, I can't remember the dates, I spoke directly with then-Acting Chief Ihu about A.B.'s allegations. I told Acting Chief Ihu what A.B. had told me and that I was afraid of Sergeant Kapua.**

Requests for Admission Nos. 44-47

44.   You reported on or about January 2, 2004, to your supervisor or superior officer what A.B. told you about Kapua and the alleged corruption.

      Admit __X__               Deny_____

45.   When you reported about January 2, 2004, to your supervisor or superior officer what A.B. told you about Kapua and the alleged corruption, this was the first time you made this report to a supervisor or superior officer.

      Admit ____               Deny _X___

46.   You reported in writing on or about January 19, 2004, to your supervisor or superior officer what A.B. told you about Kapua and the alleged corruption.

Admit __X__                     Deny_____

47.   When you reported in writing on or about January 19, 2004, to your supervisor or superior officer what A.B. told you about Kapua and the alleged corruption, this was the first time you made this report in writing to a supervisor or superior officer.

Admit __X__                     Deny_____

Interrogatory No. 5

5.    If your response to Request for Admission Number 47 was anything other than an unqualified admission, state the date you reported in writing what A.B. told you about Kapua and the alleged corruption, identify the supervisor or superior officer to whom you reported, and state what you told them in the writing and any response (either oral or written) that you received.
      Answer:

      **Not applicable.**

Requests for Admission Nos. 48-55

48.   On December 26, 2003, you did not make any effort to inform any of your supervisors or superior officers of what A.B. told you about Kapua and the alleged corruption.

Admit_____                     Deny X____

49.   On December 27, 2003, you did not make any effort to inform any of your supervisors or superior officers of what A.B. told you about Kapua and the alleged corruption.

Admit _____                    Deny _X___

19

50. On December 28, 2003, you did not make any effort to inform any of your supervisors or superior officers of what A.B. told you about Kapua and the alleged corruption.

     Admit   X                    Deny \_\_\_\_\_

51. On December 29, 2003, you did not make any effort to inform any of your supervisors or superior officers of what A.B. told you about Kapua and the alleged corruption.

     Admit \_\_\_\_                 Deny X \_\_\_

52. On December 30, 2003, you did not make any effort to inform any of your supervisors or superior officers of what A.B. told you about Kapua and the alleged corruption.

     Admit\_\_\_\_                 Deny X \_\_\_

53. On December 31, 2003, you did not make any effort to inform any of your supervisors or superior officers of what A.B. told you about Kapua and the alleged corruption.

     Admit\_\_\_\_                 Deny X \_\_\_

54. On January 1, 2004, you did not make any effort to inform any of your supervisors or superior officers of what A.B. told you about Kapua and the alleged corruption.

     Admit\_\_\_\_                 Deny X \_\_\_

55. When you reported on or about January 2, 2004, to your supervisor or superior officer what A.B. told you about Kapua and the alleged corruption, this was the first effort you made to inform any of your supervisor or superior officers of what A.B. told you about Kapua and the alleged corruption.

     Admit\_\_\_\_                 Deny X \_\_\_

Interrogatory No. 6

6. If any of your responses to Requests for Admissions Numbers 48-55 were anything other than unqualified admissions, state the date(s) that you made an effort to inform a supervisor or superior officer of what A.B. had told you about Kapua and the alleged corruption, identify the supervisor or superior officers, and describe the actions that you took to inform the supervisor or superior officer and why you were unsuccessful in making a complete report.

      Answer:

**Plaintiff objects to this interrogatory on the grounds that it exceeds the 25 interrogatory limit.  Plaintiff also objects on the grounds that this interrogatory seeks to expand Plaintiff's duties to respond beyond those set forth in FRCP 33(a) and further objects because it is compound. However, Plaintiff was forced to agree to respond to this interrogatory in order to get additional time to respond to Defendants County of Kauai and Kauai Police Department's First Request for Admissions. Plaintiff reserves her rights to object to any further interrogatories propounded upon her.**

                                    *Jeannette Holmes Castagnetti*

**Without waiving said objections, and without limitation, Plaintiff responds as follows:**

**On December 26, 2003, I reported to O.P. about what A.B. said regarding the alleged corruption. I asked him what I should do. O.P. stated that I should wait until my immediate supervisor, Lieutenant E.F., got back from vacation and report it to him (E.F.).**

**Sometime between December 26, 2003 and January 2, 2004, but not on December 28, 2003 because I was in the hospital, I talked with K.L. I generally described the report from A.B., told him that I was afraid, and asked what I should do about it. K.L. told me that I was required to make a formal report of any allegation of corruption.**

Sometime between December 26, 2003 and January 2, 2004, but not on December 28, 2003 because I was in the hospital, I talked with Lieutenant E.F. (while he was still on vacation) about what A.B. had told me, that I was afraid, and asked what I should do about it. Lieutenant E.F. told me to wait until he got back from vacation.

On several different occasions, I can't remember the dates, I spoke directly with then-Acting Chief Ihu about A.B.'s allegations. I told Acting Chief Ihu what A.B. had told me and that I was afraid of Sergeant Kapua.

Requests for Admission Nos. 56-62

56.    On December 26, 2003, you could have informed a supervisor or superior officer of what A.B. had told you about Kapua and the alleged corruption.

Admit __X__                         Deny _____

**Plaintiff objects on the grounds that "could have informed a supervisor or superior office" is vague and ambiguous.**

_Jeannette Holmes Castagnetti_

**Without waiving her objections, Plaintiff admits.**

57.    On December 27, 2003, you could have informed a supervisor or superior officer of what A.B. had told you about Kapua and the alleged corruption.

Admit __X__                         Deny _____

**Plaintiff objects on the grounds that "could have informed a supervisor or superior office" is vague and ambiguous.**

_Jeannette Holmes Castagnetti_

**Without waiving her objections, Plaintiff admits.**

58.  On December 28, 2003, you could have informed a supervisor or superior officer of what A.B. had told you about Kapua and the alleged corruption.

Admit_____                    Deny___X___

**Plaintiff objects on the grounds that "could have informed a supervisor or superior office" is vague and ambiguous.**

_____
Jeannette Holmes Castagnetti

**Without waiving her objections, Plaintiff denies.**

59.  On December 29, 2003, you could have informed a supervisor or superior officer of what A.B. had told you about Kapua and the alleged corruption.

Admit___X___                   Deny_____

**Plaintiff objects on the grounds that "could have informed a supervisor or superior office" is vague and ambiguous.**

_____
Jeannette Holmes Castagnetti

**Without waiving her objections, Plaintiff admits.**

60.  On December 30, 2003, you could have informed a supervisor or superior officer of what A.B. had told you about Kapua and the alleged corruption.

Admit___X___                   Deny_____

**Plaintiff objects on the grounds that "could have informed a supervisor or superior office" is vague and ambiguous.**

_____
Jeannette Holmes Castagnetti

**Without waiving her objections, Plaintiff admits.**

61.    On December 31, 2003, you could have informed a supervisor or superior officer of what A.B. had told you about Kapua and the alleged corruption.

Admit ___X___          Deny _____

**Plaintiff objects on the grounds that "could have informed a supervisor or superior office" is vague and ambiguous.**

_Jeannette Holmes Castagnetti_

**Without waiving her objections, Plaintiff admits.**

62.    On January 1, 2004, you could have informed a supervisor or superior officer of what A.B. had told you about Kapua and the alleged corruption.

Admit ___X___          Deny _____

**Plaintiff objects on the grounds that "could have informed a supervisor or superior office" is vague and ambiguous.**

_Jeannette Holmes Castagnetti_

**Without waiving her objections, Plaintiff admits.**

24

<u>Interrogatory No. 7</u>

7.      If any of your responses to Requests for Admissions Numbers 56-62 were anything but unqualified admissions, explain why you could not inform a single supervisor or superior officer in KPD of what A.B. had told you about Kapua and the alleged corruption from any point from December 26, 2003 to January 1, 2004.

        Answer:

**Plaintiff objects to this interrogatory on the grounds that it exceeds the 25 interrogatory limit. Plaintiff also objects on the grounds that this interrogatory seeks to expand Plaintiff's duties to respond beyond those set forth in FRCP 33(a) and further objects because it is compound. However, Plaintiff was forced to agree to respond to this interrogatory in order to get additional time to respond to Defendants County of Kauai and Kauai Police Department's First Request for Admissions. Plaintiff reserves her rights to object to any further interrogatories propounded upon her.**

                        Jeannette Holmes Castagnetti

**Without waiving said objections and without limitations, Plaintiff responds as follows:**

**I could have and, in fact, did report to my supervisors and superior officers about the information provided to me by A.B. regarding Kapua's alleged corruption. See also responses to Interrogatories Nos. 1, 4, and 6. I did not and could not report the information on December 28, 2003 because I was in the hospital because of the stress related to this incident.**

**On several different occasions, I can't remember the dates, I spoke directly with then-Acting Chief Ihu about A.B.'s allegations. I told Acting Chief Ihu what A.B. had told me and that I was afraid of Sergeant Kapua.**

Requests for Admission Nos. 63-67

63.   Your knowledge of Kapua's "reputation for having a violent temper and background" is based, in part, on your knowledge or belief as a fellow police officer that Kapua has numerous internal complaints lodged against him.

        Admit __X__                    Deny ____

64.   Your knowledge of Kapua's "reputation for having a violent temper and background" is based, in part, on your knowledge and belief as a fellow police officer that Kapua threatened two police dispatchers with his hand on his gun.

        Admit __X__                    Deny ____

65.   Your knowledge of Kapua's "reputation for having a violent temper and background" is based, in part, on your knowledge or belief as a fellow police officer that Kapua had a complaint filed against him for pulling a criminal suspect out of a car and beating the suspect.

        Admit __X__                    Deny ____

66.   Your knowledge of Kapua's "reputation for having a violent temper and background" is based, in part, on your knowledge or belief as a fellow police officer that Kapua has punched lockers in the locker room.

        Admit __X__                    Deny ____

67.   It is only for the reasons identified in Requests for Admission Numbers 63-66 that you believed Kapua had a "reputation for having a violent temper and background."

        Admit ____                    Deny _X____

26

Interrogatory No. 8

8.     If your response to Request for Admission numbers 63-67 were anything other than an unqualified admission, state the other reasons that you believed Kapua had a "reputation for having a violent temper and background," the source of the other reasons, and the date you learned of the other reasons.

Answer:

**Plaintiff objects to this interrogatory on the grounds that it exceeds the 25 interrogatory limit. Plaintiff also objects on the grounds that this interrogatory seeks to expand Plaintiff's duties to respond beyond those set forth in FRCP 33(a) and further objects because it is compound. However, Plaintiff was forced to agree to respond to this interrogatory in order to get additional time to respond to Defendants County of Kauai and Kauai Police Department's First Request for Admissions. Plaintiff reserves her rights to object to any further interrogatories propounded upon her.**

Jeannette Holmes Castagnetti

**Without waiving said objections and without limitation, Plaintiff responds as follows:**

**When I was a recruit, I don't know the exact date, I witnessed Sergeant Kapua pull a criminal suspect out of his vehicle and beat him. Also when I was a recruit, I heard rumors on numerous occasions from the senior officers that Sergeant Kapua could be violent and was dangerous. In addition, I witnessed Sergeant Kapua punching lockers when he got angry about his wife's schedule (who is also a police officer). I don't remember the date. Generally, Sergeant Kapua was known throughout KPD as having a violent temper and background.**

Requests for Admissions Nos. 68-77

68.     On or about December 26, 2003, when you learned about Kapua's alleged corruption, you feared for your safety at work.

Admit __X__                          Deny_____

69.  On or about December 26, 2003, when you learned about Kapua's alleged corruption, you feared for your safety at work because you were aware of Kapua's "reputation for having a violent temper and background."

Admit __X__                          Deny _____

70.  On or about December 26, 2003, when you learned about Kapua's alleged corruption, you feared for your safety at work because you believed you might be a target of Kapua's violent temper.

Admit __X__                          Deny_____

71.  When you learned about Kapua's alleged corruption, you believed you might be a target of Kapua's violent temper because you served the search warrant on A.B.

Admit __X__                          Deny_____

72.  When you learned about Kapua's alleged corruption, you believed you might be a target of Kapua's violent temper because you arrested A.B.

Admit __X__                          Deny_____

73.  When you learned about Kapua's alleged corruption, you believed you might be a target of Kapua's violent temper because you wanted to arrest C.D.

Admit __X__                          Deny_____

74.  On or about January 2, 2004, when you reported to your supervisor or superior officer what A.B. told you about Kapua and the alleged corruption, you feared for your safety at work.

Admit __X__                          Deny_____

75.  On or about January 2, 2004, you reported to your supervisor or superior officer what A.B. told you about Kapua and the alleged corruption because you feared for your safety at work.

Admit_____                          Deny __X__

76. On or about January 2, 2004, the primary reason you reported to your supervisor or superior officer what A.B. told you about Kapua and the alleged corruption, was that you feared for your safety at work.

      Admit_____                       Deny X____

77. On or about January 2, 2004, the only reason you reported to your supervisor or superior officer what A.B. told you about Kapua and the alleged corruption, was that you feared for your safety at work.

      Admit_____                       Deny X____

## Interrogatories Nos. 9-10

9. If your response to Request for Admission Numbers 68-77 was anything other than an unqualified admission, state the other reasons that on or about January 2, 2004, you reported to your supervisor or superior what A.B. told you about Kapua and the alleged corruption.

      Answer:

**Plaintiff objects to this interrogatory on the grounds that it exceeds the 25 interrogatory limit. Plaintiff also objects on the grounds that this interrogatory seeks to expand Plaintiff's duties to respond beyond those set forth in FRCP 33(a) and further objects because it is compound. However, Plaintiff was forced to agree to respond to this interrogatory in order to get additional time to respond to Defendants County of Kauai and Kauai Police Department's First Request for Admissions. Plaintiff reserves her rights to object to any further interrogatories propounded upon her.**

                                      Jeannette Holmes Castagnetti

**Without waiving said objections, and without limitation, Plaintiff responds as follows:**

**There are a number of reasons why I reported the purported misconduct and corruption to my supervisors and superior officers. Not only am I a law enforcement officers and duty bound to report possible criminal activities, but as a citizen and resident of Kauai, I reported the**

information because I was concerned about persistent allegations of corruption within KPD and wanted to do something about it. I think Kauai deserves an ethical and honest KPD. In addition, I feared for my safety and feared that Kapua would retaliate against me for making the report.

10.   State all the facts supporting the other reasons you provided in Interrogatory Number 9, for reporting on or about January 2, 2004, to your supervisor or superior officer what A.B. told you about Kapua and the alleged corruption.

      Answer:

**Plaintiff objects to this interrogatory on the grounds that it exceeds the 25 interrogatory limit. Plaintiff also objects on the grounds that this interrogatory seeks to expand Plaintiff's duties to respond beyond those set forth in FRCP 33(a) and further objects because it is compound and because it asks for "all" the facts, some of which Plaintiff may not recall at this time. However, Plaintiff was forced to agree to respond to this interrogatory in order to get additional time to respond to Defendants County of Kauai and Kauai Police Department's First Request for Admissions. Plaintiff reserves her rights to object to any further interrogatories propounded upon her.**

                                   _Jeannette Holmes Castagnetti_

**Without waiving said objections, and without limitation, Plaintiff responds as follows:**

**See response to Interrogatory No. 9.**

Requests for Admission Nos. 78-81

78.   On or about January 19, 2004, when you reported in writing to your supervisor or superior officer what A.B. told you about Kapua and the alleged corruption, you feared for your safety at work.

      Admit __X__                       Deny_____

79.   On or about January 19, 2004, you reported in writing to your supervisor or superior officer what A.B. told you about Kapua and the alleged corruption because you feared for your safety at work.

Admit_____          Deny  X

80.   On or about January 19, 2004, the primary reason you reported in writing to your supervisor or superior officer what A.B. told you about Kapua and the alleged corruption was that you feared for your safety at work.

Admit_____          Deny  X

81.   On or about January 19, 2004, the only reason you reported in writing to your supervisor or superior officer what A.B. told you about Kapua and the alleged corruption was that you feared for your safety at work.

Admit_____          Deny  X

Interrogatories Nos. 11-12

11.   If your response to Request for Admission Numbers 78-81 was anything other than an unqualified admission, state the other reasons that on or about January 19, 2004, you reported in writing to your supervisor or superior officer what A.B. told you about Kapua and the alleged corruption.

Answer:

**Plaintiff objects to this interrogatory on the grounds that it exceeds the 25 interrogatory limit. Plaintiff also objects on the grounds that this interrogatory seeks to expand Plaintiff's duties to respond beyond those set forth in FRCP 33(a) and further objects because it is compound. However, Plaintiff was forced to agree to respond to this interrogatory in order to get additional time to respond to Defendants County of Kauai and Kauai Police Department's First Request for Admissions.**

31

Plaintiff reserves her rights to object to any further interrogatories propounded upon her.

Jeannette Holmes Castagnetti

**Without waiving said objections, and without limitation, Plaintiff responds as follows:**

**See response to Interrogatory No. 9.**

12. State all the facts supporting the other reasons you provided in Interrogatory Number 11, for reporting in writing on or about January 19, 2004, to your supervisor or superior officer what A.B. told you about Kapua and the alleged corruption.

    Answer:

**Plaintiff objects to this interrogatory on the grounds that it exceeds the 25 interrogatory limit.  Plaintiff also objects on the grounds that this interrogatory seeks to expand Plaintiff's duties to respond beyond those set forth in FRCP 33(a) and further objects because it is compound and because it asks for "all" the facts, some of which Plaintiff may not recall at this time.   However, Plaintiff was forced to agree to respond to this interrogatory in order to get additional time to respond to Defendants County of Kauai and Kauai Police Department's First Request for Admissions.  Plaintiff reserves her rights to object to any further interrogatories propounded upon her.**

Jeannette Holmes Castagnetti

**Without waiving said objections, and without limitation, Plaintiff responds as follows:**

**See response to Interrogatory No. 9.**

Requests for Admission Nos. 82-94

82.  On or about January 2, 2004, when you reported to your supervisor or superior officer what A.B. had told you about Kapua and the alleged corruption, you wanted to ensure your safety at work.

Admit_____          Deny  X

**Plaintiff objects on the grounds that question, as written, is vague and ambiguous.**

Jeannette Holmes Castagnetti

83.  On or about January 2, 2004, when you reported to your supervisor or superior officer what A.B. had told you about Kapua and the alleged corruption, you wanted to ensure your safety at work as a police officer.

Admit_____          Deny  X

**Plaintiff objects on the grounds that question, as written, is vague and ambiguous.**

Jeannette Holmes Castagnetti

84.  On or about January 2, 2004, when you reported to your supervisor or superior officer what A.B. had told you about Kapua and the alleged corruption, you wanted to ensure your safety at work as a police officer with Kapua as a superior officer.

Admit_____          Deny  X

**Plaintiff objects on the grounds that question, as written, is vague and ambiguous.**

Jeannette Holmes Castagnetti

85.    On or about January 2, 2004, when you reported to your supervisor or superior officer what A.B. had told you about Kapua and the alleged corruption, you wanted your supervisor or superior officer to take steps to ensure your safety at work.

Admit __X__                    Deny_____

86.    On or about January 2, 2004, when you reported to your supervisor or superior officer what A.B. had told you about Kapua and the alleged corruption, you wanted KPD to take steps to ensure your safety at work.

Admit __X__                    Deny_____

87.    On or about January 19, 2004, when you reported in writing to your supervisor or superior officer what A.B. had told you about Kapua and the alleged corruption, you wanted to ensure your safety at work.

Admit __X__                    Deny_____

88.    On or about January 19, 2004, when you reported in writing to your supervisor or superior officer what A.B. had told you about Kapua and the alleged corruption, you wanted to ensure your safety a work as a police officer.

Admit __X__                    Deny_____

89.    On or about January 19, 2004, when you reported in writing to your supervisor or superior officer what A.B. had told you about Kapua and the alleged corruption, you wanted to ensure your safety at work as a police officer with Kapua as a superior officer.

Admit __X__                    Deny_____

90.    On or about January 19, 2004, when you reported in writing to your supervisor or superior officer what A.B. had told you about Kapua and the alleged corruption, you wanted your supervisor or superior officer to take steps to ensure your safety at work.

Admit __X__                    Deny_____

34

91.    On or about January 19, 2004, when you reported in writing to your
       supervisor or superior officer what A.B. had told you about Kapua and the
       alleged corruption, you wanted KPD to take steps to ensure your safety at
       work.

             Admit __X__                          Deny_____

92.    On or about January 2, 2004, you reported orally to Lieutenant E.F. what
       A.B. told you about Kapua and the alleged corruption.

             Admit __X__                          Deny_____

93.    On or about January 19, 2004, you reported in writing to Lieutenant E.F.
       what A.B. told you about Kapua and the alleged corruption.

             Admit __X__                          Deny_____

94.    Lieutenant E.F. is the only supervisor or superior officer to whom you
       personally reported what A.B. told you about Kapua and the alleged
       corruption.

             Admit_____                           Deny _X___

Interrogatory No. 13

13.    If your response to Request for Admission Numbers 82-94 was anything but
       an unqualified admission, identify the other supervisors or superior officers
       to whom you personally reported what A.B. told you about Kapua and the
       alleged corruption, the relevant dates, and what you stated either orally or in
       writing.

             Answer:

       **Plaintiff objects to this interrogatory on the grounds that it exceeds the
       25 interrogatory limit.  Plaintiff also objects on the grounds that this
       interrogatory seeks to expand Plaintiff's duties to respond beyond those
       set forth in FRCP 33(a) and further objects because it is compound and
       repetitive.    However, Plaintiff was forced to agree to respond to this
       interrogatory in order to get additional time to respond to Defendants**

35

County of Kauai and Kauai Police Department's First Request for Admissions. Plaintiff reserves her rights to object to any further interrogatories propounded upon her.

Jeannette Holmes Castagnetti

Without waiving said objections, and without limitation, Plaintiff responds as follows:

See answers to Interrogatory Nos. 1, 4, 6 and 7.

Request for Admission No. 95

95. The filing of your Complaint in this matter on September 14, 2004, was the first time you made information regarding Kapua and the alleged corruption publicly available.

Admit_____          Deny X____

Interrogatory No. 14

14. If your response to Request for Admission Number 95 is anything other than an unqualified admission, state the date(s) that you made information regarding Kapua and the alleged corruption publicly available, the person, entity, or governmental agency to which you told this information, and what information was given and/or provided.

Answer:

Plaintiff objects to this interrogatory on the grounds that it exceeds the 25 interrogatory limit. Plaintiff also objects on the grounds that this interrogatory seeks to expand Plaintiff's duties to respond beyond those set forth in FRCP 33(a) and further objects because it is compound. However, Plaintiff was forced to agree to respond to this interrogatory in order to get additional time to respond to Defendants County of

Kauai and Kauai Police Department's First Request for Admissions. Plaintiff reserves her rights to object to any further interrogatories propounded upon her.

_Jeannette Holmes Castagnetti_

**Without waiving said objections, and without limitation, Plaintiff responds as follows:**

**Prior to filing the Complaint, I filed a Notice of Claim Against the County of Kauai on September 14, 2004 which contained the basic facts underlying the lawsuit, but without divulging confidential information such as names.**

Requests for Admission Nos. 96-99

96.    Kapua did not act in a "violent or harassing manner" toward you prior to December 5, 2003.

Admit_____                              Deny __X__

**Plaintiff objects on the grounds that the question, as written, is vague and ambiguous.**

_Jeannette Holmes Castagnetti_

37

97. During the period between the time on or about December 5, 2003 that you obtained the search warrant, and the time on or about December 15, 2003, that Kapua registered A.B. as a confidential informant, Kapua did not act in a "violent or harassing manner" toward you.

        Admit_____                        Deny ___X___

**Plaintiff objects on the grounds that the question, as written, is vague and ambiguous. In addition, the request assumes information not within Plaintiff's personal knowledge. On this basis and for the reasons stated in Plaintiff's response to Interrogatory No. 15, Plaintiff denies.**

                                      _____
                                      Jeannette Holmes Castagnetti

98. During the period between the time on or about December 15, 2003, that Kapua registered A.B. as a confidential informant, and the time on or about December 26, 2003, that you arrested A.B., Kapua did not act in a "violent or harassing manner" toward you.

        Admit_____                        Deny ___X___

**Plaintiff objects on the grounds that question, as written, is vague and ambiguous. In addition, the request assumes information not within Plaintiff's personal knowledge. On this basis and for the reasons stated in Plaintiff's response to Interrogatory No. 15, Plaintiff denies.**

                                      _____
                                      Jeannette Holmes Castagnetti

99. During the period between the time on or about December 26, 2003, when you arrested A.B., to the time on or about January 2, 2004, when you reported to your supervisor Kapua's alleged corruption, Kapua did not act in a "violent or harassing manner" toward you.

        Admit_____                        Deny X_____

38

Interrogatory No. 15

15.   If your responses to Requests for Admission Numbers 96-99 were anything
      but unqualified admissions, state the date and describe Kapua's "violent or
      harassing" conduct toward you on that date.

              Answer:

      **Plaintiff objects to this interrogatory on the grounds that it exceeds the
      25 interrogatory limit.  Plaintiff also objects on the grounds that this
      interrogatory seeks to expand Plaintiff's duties to respond beyond those
      set forth in FRCP 33(a) and further objects because it is compound.
      However, Plaintiff was forced to agree to respond to this interrogatory
      in order to get additional time to respond to Defendants County of
      Kauai and Kauai Police Department's First Request for Admissions.
      Plaintiff reserves her rights to object to any further interrogatories
      propounded upon her.**

                          _Jeannette Holmes Castagnetti_

      **Without waiving said objections, and without limitation, Plaintiff
      responds as follows:**

      **I admit that Sergeant Kapua did not do the things defined in Paragraph
      9 of the Definitions prior to December 5, 2003,  However, prior to
      December 5, 2003, I witnessed Sergeant Kapua violently punch lockers
      when he got angry. I also witnessed him pull a criminal suspect out of
      car and beat the suspect.  I don't remember the dates. Punching lockers
      and beating a criminal suspect in front of me is violent behavior.**

      **I admit that Sergeant Kapua did not do the things defined in Paragraph
      9 of the Definitions between December 5, 2003 and December 15, 2003.
      However, Sergeant Kapua did act in a harassing and intimidating
      manner during this time by constantly calling me and following me.**

      **I admit that Sergeant Kapua did not do the things defined in Paragraph
      9 of the Definitions between December 15, 2003 and December 26, 2003.
      However, Sergeant Kapua did act in a violent or harassing and
      intimidating manner during this time by following me and yelling and**

39

swearing at me (when I refused to use Vice funds to pay off A.B.'s drug debt).

Requests for Admission Nos. 100-128

100. The allegations contained in the First Amended Complaint, filed April 21, 2006, of Kapua acting in a "violent or harassing manner" toward you occurred after you reported on or about January 2, 2004, his alleged corruption to your supervisor or superior officer.

Admit_____          Deny _X_

**Plaintiff objects on the grounds that the question, as written, is vague and ambiguous, and on that ground and for the reasons stated in Plaintiff's response to interrogatory number 15, Plaintiff denies.**

Jeannette Holmes Castagnetti

101. You filed your Petition for Ex Parte Temporary Restraining Order and For Injunction Against Harassment against Kapua in the District Court of the Fifth Circuit of the State of Hawai'i on September 14, 2004.

Admit _X_          Deny_____

102. You filed your Complaint in this matter on September 14, 2004.

Admit _X_          Deny_____

103. You started receiving treatment from Jon W. Nakamura, M.D. in 1997.

Admit _X_          Deny_____

104. Following your arrest on or about December 26, 2003 of A.B., you first saw Jon W. Nakamura, M.D. for treatment on or about January 27, 2004.

Admit _X_          Deny_____

105.   On or about April 24, 2005, you were ordered by a supervisor or superior officer to assist in a strip search of two female arrestees.

       Admit <u> X </u>                       Deny<u>      </u>

106.   On or about April 24, 2005, you were on-duty as a KPD police officer when you were ordered by a supervisor or superior officer to assist in a strip search of two female arrestees.

       Admit <u> X </u>                       Deny<u>      </u>

107.   On or about April 24, 2005, you were ordered by a supervisor or superior officer to take photographs of the female arrestees during the strip search.

       Admit <u> X </u>                       Deny<u>      </u>

108.   On or about April 24, 2005, you were ordered by a supervisor or superior officer to take photographs of the female arrestees during the strip search, while they were naked.

       Admit <u> X </u>                       Deny<u>      </u>

109.   On or about April 24, 2005, you were on-duty as a KPD police officer when you were ordered by a supervisor or superior officer to take photographs of the female arrestees during the strip search, while they were naked.

       Admit <u> X </u>                       Deny<u>      </u>

110.   On or about April 24, 2005, you were on-duty as a KPD police officer when you disagreed with a supervisor or superior officer's order to take photographs of the female arrestees during the strip search, while they were naked.

       Admit <u> X </u>                       Deny<u>      </u>

111.  On or about April 24, 2005, you were on-duty as a KPD police officer when you refused to follow a supervisor or superior officer's order to take photographs of the female arrestees during the strip search, while they were naked.

Admit __X__                    Deny_____

112.  On or about April 24, 2005, you were on-duty as a KPD police officer when you were informed by a supervisor or superior officer that there was a warrant to conduct a search of the two female arrestees.

Admit __X__                    Deny_____

113.  On or before April 29, 2005, you were aware that one of the female arrestees searched on or about April 24, 2005, had filed a civil, criminal or administrative complaint against you.

Admit _____                    Deny X____

114.  On April 29, 2005, you called prosecuting attorney Richard K. Minatoya.

Admit __X__                    Deny_____

115.  On April 29, 2005, you called prosecuting attorney Richard K. Minatoya and told him that you had been "sued" by one of the female arrestees searched on or about April 24, 2005.

Admit _____                    Deny X____

116.  On April 29, 2005, prosecuting attorney Richard K. Minatoya told you that a search warrant had been issued for the search of the two female arrestees on or about April 24, 2005.

Admit _____                    Deny X____

117. During the period between the "strip search incident" on or about April 24, 2005, and the time you learned that one of the female arrestees had filed a civil, criminal, or administrative complaint against you, you did not report the "strip search incident" to a supervisor or superior officer in writing.

Admit_____          Deny X____

118. On May 2, 2005, you reported in writing to Sergeant Abadilla about the "strip search incident" that occurred on or about April 24, 2005.

Admit  X          Deny_____

119. Your written report to Sergeant Abadilla on May 2, 2005, was your first written report to a supervisor or superior officer regarding the "strip search incident" that occurred on or about April 24, 2005.

Admit  X          Deny_____

120. Your written report to Sergeant Abadilla on May 2, 2005, was made after you learned that one of the female arrestees had filed a civil, criminal, or administrative complaint against you on or before April 29, 2005.

Admit ____          Deny X____

121. Your attorney informed the Kaua'i Police Commission of the "strip search incident" on May 9, 2005.

Admit  X          Deny ____

122. Your attorney informed that Kaua'i Police Commission of the "strip search incident" on May 9, 2005, after you learned that one of the female arrestees had filed a civil, criminal, or administrative complaint against you on or before April 29, 2005.

Admit_____          Deny X____

123. You did not personally inform the Kaua'i Police Commission of the "strip search incident."

Admit  X          Deny_____

124. Your attorney informed Mayor Bryan Baptiste of the "strip search incident" on June 16, 2005.

      Admit __X__                      Deny_____

125. Your attorney informed Mayor Bryan Baptiste of the "strip search incident" on June 16, 2005, after you learned that one of the female arrestees had filed a civil, criminal or administrative complaint against you on or before April 29, 2005.

      Admit_____                      Deny X_____

126. You did not personally inform Mayor Bryan Baptiste of the "strip search incident."

      Admit __X__                      Deny_____

Interrogatory No. 16

16. If your responses to Requests for Admission Numbers 100-128 were anything but unqualified admissions, for each instance where unqualified admissions were not provided, state the reasons unqualified admissions could not be provided and the specific facts supporting each reason.

      Answer:

**Plaintiff objects to this interrogatory on the grounds that it exceeds the 25 interrogatory limit. Plaintiff also objects on the grounds that this interrogatory seeks to expand Plaintiff's duties to respond beyond those set forth in FRCP 33(a) and further objects because it is compound. However, Plaintiff was forced to agree to respond to this interrogatory in order to get additional time to respond to Defendants County of**

44

Kauai and Kauai Police Department's First Request for Admissions. Plaintiff reserves her rights to object to any further interrogatories propounded upon her.

_Jeannette Holmes Castagnetti_

**Without waiving said objections, and without limitation, Plaintiff responds as follows:**

I admit, in part, that *certain* allegations in the First Amended Complaint regarding Sergeant Kapua acting in a "violent or harassing manner" occurred after January 2, 2004. However, I deny, in part, to the extent that certain *other* allegations in the First Amended Complaint occurred prior to January 2, 2004.

When I talked to Richard Minatoya on April 29, 2005, I told him that I was worried that I "could get sued" by one of the female arrestees. I did not find out about a complaint being filed against me by any of the female arrestees until I received the Notice of Complaint dated October 28, 2005.

## VERIFICATION

STATE OF HAWAI'I )
                 ) SS:
COUNTY OF KAUA'I )

DARLA ABBATIELLO, being first duly sworn on oath, deposes and states that she has read the foregoing responses to requests for admission and interrogatories and that the same are true to the best of her knowledge and belief.

_____
DARLA ABBATIELLO

Subscribed and sworn to before me
this _28th_ day of _August_, 2006.

_____
Notary Public, State of Hawaii
Printed Name: Guanalyn G. Ong

My commission expires: _8-28-09_

46