McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN                    #3639-0
BECKY T. CHESTNUT                  #7756-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293
Email: minkin@m4law.com

Attorneys for Defendants
K. C. LUM, WILFRED M. IHU,
GORDON ISODA and DEAN PIGAO

IN THE UNITED STATES DISTRICT COURT

STATE OF HAWAI'I

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04-00562 SOM BMK |
| | ) |
| Plaintiff, | ) DEFENDANT DEAN PIGAO'S |
| | ) RESPONSE TO PLAINTIFF'S |
| vs. | ) FIRST REQUEST FOR |
| | ) ADMISSIONS UNDER RULE 36, |
| COUNTY OF KAUA'I, KAUA'I | ) DATED OCTOBER 24, 2005 |
| POLICE DEPARTMENT, K.C. LUM, | ) |
| WILFRED M. IHU, GORDON ISODA, | ) |
| DEAN PIGAO, IRVIL KAPUA, | ) |
| | ) |
| Defendants. | ) |
| | ) |

DEFENDANT DEAN PIGAO'S RESPONSE TO PLAINTIFF'S FIRST
REQUEST FOR ADMISSIONS UNDER RULE 36, DATED OCTOBER 24, 2005

Defendant Dean Pigao, by and through his attorneys, McCorriston

Miller Mukai MacKinnon LLP, pursuant to Rule 34 of the Hawai'i Rules of Civil

126419.1

Procedure, hereby responds to Plaintiff's First Request for Admissions dated October 24, 2005 (hereinafter "Request"). Defendant Dean Pigao responds as follows:

## REQUEST FOR ADMISSIONS TO DEAN PIGAO

1. Attached hereto as Exhibit A is a true and correct copy of the Memorandum on Prevention of Violence in the Workplace, issued by Mayor Maryanne W. Kusaka on January 12, 2000.

    Admit ✓   Deny ____

2. Exhibit A was in full force and effect during the time period January 12, 2000 to April 29, 2004.

    Admit ____   Deny ____

    Objection: the phrase "in full force and effect" is vague, ambiguous and calls for a legal conclusion.

    DAVID J. MINKIN

    Without waiving said objections, Dean Pigao admits that Exhibit A was issued on January 12, 2000, and not rescinded as of April 29, 2004.

3. Attached hereto as Exhibit B is a true and correct copy of the County of Kauai's Workplace Violence Procedures, issued by Allan I. Tanigawa on January 13, 2000.

    Admit ✓   Deny ____

126419.1                                    2

4. Exhibit B was in full force and effect during the time period January 13, 2000 to April 29, 2004.

   Admit _____ Deny _____

   Objection: the phrase "in full force and effect" is vague, ambiguous and calls for a legal conclusion.

   _____
   DAVID J. MINKIN

   Without waiving said objections, Dean Pigao admits that Exhibit "B" was issued on January 13, 2000, and not rescinded as of April 29, 2004.

5. Attached hereto as Exhibit C is a true and correct copy of KPD General Order 2004-2, issued on April 29, 2004 concerning workplace violence.

   Admit ✓   Deny ____

6. KPD General Order 2004-2 was promulgated as a result of threats made against Officer Darla Abbatiello after she reported allegations by A.B. that C.D. paid Sergeant Kapua to notify A.B. and C.D. of any search warrants prior to their execution by KPD in order that A.B. and C.D. could avoid arrest.

   Admit _____ Deny _____

   Objection: the phrase "was promulgated as a result" is vague and ambiguous.

   _____
   DAVID J. MINKIN

   Without waiving said objections, Dean Pigao is without sufficient knowledge to admit or deny Request for Admission No. 6 because the information known or readily available is insufficient to admit or deny.

12. As Acting Assistant Chief of Police of KPD, you were senior in rank to Q.R.

   Admit __✓__   Deny ____

13. On or about June 23, 2004, you ordered Q.R. to order Officer Abbatiello to stay away from Sergeant Kapua.

   Admit ____   Deny __✓__

14. You acted as Acting Assistant Chief of Police of KPD when you ordered Q.R. to order Officer Abbatiello to stay away from Sergeant Kapua.

   Admit ____   Deny __✓__

15. On or about June 23, 2004, you ordered Q.R. to order Officer Abbatiello to use the back door of the police station to access the office of the KPD Vice/Narcotics Unit ("Vice").

   Admit ____   Deny __✓__

16. You acted as Acting Assistant Chief of Police of KPD when you ordered Q.R. to order Officer Abbatiello to use the back door of the police station to access the office of the Vice Unit.

   Admit ____   Deny __✓__

17. On or about June 23, 2004, you asked Officer Abbatiello to meet with you privately in an interrogation room in or near KPD cellblock.

   Admit __✓__   Deny ____

18. On or about June 23, 2004, you ordered Officer Abbatiello to use the back door of the police station to access the office of the Vice Unit.

    Admit ____    Deny ✓

19. You acted as Acting Assistant Chief of Police of KPD when you ordered Officer Abbatiello to use the back door of the police station to access the Vice Unit.

    Admit ____    Deny ✓

20. On or about June 23, 2004, you told Officer Abbatiello that she had "messed up" Sergeant Kapua by walking by his office.

    Admit ____    Deny ✓

21. You acted as Acting Assistant Chief of Police of KPD when you told Officer Abbatiello that she had "messed up" Sergeant Kapua by walking by his office.

    Admit ____    Deny ✓

22. On or about June 23, 2004, you told Officer Abbatiello that she "didn't need to" report the allegations by A.B. that C.D. paid Sergeant Kapua to notify A.B. and C.D. of any search warrants prior to their execution by KPD in order that A.B. and C.D. could avoid arrest.

    Admit ____    Deny ✓

23. You acted as Acting Assistant Chief of Police of KPD when you told Officer Abbatiello that she "didn't need to" report the allegations by A.B. that C.D. paid Sergeant Kapua to notify A.B. and C.D. of any search warrants prior to their execution by KPD in order that A.B. and C.D. could avoid arrest.

    Admit _____   Deny ✓

24. On or about June 23, 2004, you told Officer Abbatiello that she caused Sergeant Kapua to punch the walls in his office.

    Admit _____   Deny ✓

25. You acted as Acting Assistant Chief of Police of KPD when you told Officer Abbatiello that she caused Sergeant Kapua to punch the walls in his office.

    Admit _____   Deny ✓

26. On or about June 23, 2004, Officer Abbatiello asked you what she was supposed to do if she was working in cellblock and Sergeant Kapua came in.

    Admit _____   Deny ✓

27. In response to Officer Abbatiello's query as to what she was supposed to do if she was working in cellblock and Sergeant Kapua came in, you replied, "I cannot answer that."

    Admit _____   Deny ✓

28. During the time period from December 2003 to present, it is a general practice that all persons who are arrested are detained for a period of time in KPD cellblock.

    Admit __✓__   Deny ____

29. During the time period from December 2003 to present, KPD has authorized overtime pay for officers who are assigned to work in KPD cellblock.

    Admit __✓__   Deny ____

30. Prior to June 23, 2004, Officer Abbatiello earned overtime pay by working in KPD cellblock.

    Admit __✓__   Deny ____

31. Subsequent to June 23, 2004, KPD has not authorized Officer Abbatiello to earn overtime pay by working in KPD cellblock.

    Admit _____   Deny _____

Dean Pigao is without sufficient knowledge to admit or deny Request for Admission No. 31 because the information known or readily available is insufficient to admit or deny.

_____
DAVID J. MINKIN

32. The reason that Officer Abbatiello has not been authorized to earn overtime pay by working in KPD cellblock subsequent to June 23, 2004 is because of the standing order that she stay away from Sergeant Kapua.

   Admit _____   Deny _____

   Dean Pigao is without sufficient knowledge to admit or deny Request for Admission No. 31 because the information known or readily available is insufficient to admit or deny.

   _____
   DAVID J. MINKIN

33. Subsequent to June 23, 2004, Officer Abbatiello has not worked in KPD cellblock.

   Admit _____   Deny _____

   Dean Pigao is without sufficient knowledge to admit or deny Request for Admission No. 31 because the information known or readily available is insufficient to admit or deny.

   _____
   DAVID J. MINKIN

   DATED: Honolulu, Hawai'i, December 2, 2005.

   _____
   DAVID J. MINKIN
   BECKY T. CHESTNUT

   Attorneys for Defendants
   K. C. LUM, WILFRED M. IHU, GORDON ISODA and DEAN PIGAO