**Maryanne W. Kusaka**
Mayor



**Wallace G. Rezentes, Sr.**
Administrative Assistant

## OFFICE OF THE MAYOR

January 12, 2000

TO:         ALL DEPARTMENT AND AGENCY HEADS

FROM:     MARYANNE W. KUSAKA, MAYOR

SUBJECT:  **PREVENTION OF VIOLENCE IN THE WORKPLACE**

---

The County is committed to maintaining a work environment free from acts or threats of violence. Consistent with this commitment, acts or threats of physical violence, including harassment, intimidation and other disruptive behavior in the workplace will not be condoned or tolerated.

In the event employees believe there is imminent danger because of the act or threat of violence, employees are to be advised to immediately call 911 for police assistance. If employees feel there is no immediate danger to self or others, employees are to be encouraged to report any act or threat of violence to the appropriate supervisor or manager who can take preventative or corrective action. If the immediate supervisor is the one that commits the act or threat of violence, employees are to be encouraged to report such act or threat of violence to the next higher level supervisor.

If you have any questions on this directive, please contact the Department of Personnel Services at 241-6595.

MWK/kt

Mo'ikeha Building ● 4444 Rice Street, Suite 235, Lihu'e, Kaua'i, Hawai'i 96766
Phone (808) 241-6300 ● Fax (808) 241-6877

County of Kauai  002141



**MARYANNE W. KUSAKA**
MAYOR



**ALLAN I. TANIGAWA**
DIRECTOR OF PERSONNEL SERVICES

# COUNTY OF KAUAI
## DEPARTMENT OF PERSONNEL SERVICES
MO'IKEHA BUILDING
4444 RICE STREET, SUITE 140
LIHUE, KAUAI, HAWAII 96766
Phone (808) 241-6595 Fax (808) 241-6593

January 13, 2000

TO:         ALL DEPARTMENT/AGENCY HEADS, COUNTY OF KAUAI

FROM:       ALLAN I. TANIGAWA, DIRECTOR OF PERSONNEL SERVICES

SUBJECT:    **WORKPLACE VIOLENCE PROCEDURES**

These _interim_ procedures shall be applicable to the handling of any reported incidents of violent acts or threats in the workplace. Final procedures will be implemented after consultation with the various authorized employee representatives.

In accordance with the County's policy on prevention of violence in the workplace, acts or threats of physical violence, including but not limited to harassment, intimidation and other disruptive behavior in the workplace shall not be condoned or tolerated.

Upon receipt of a report of an act or threat of violence, the supervisor shall immediately file a verbal report and follow-up in writing to the department/agency head via the chain of command. Department/Agency Heads shall provide each supervisor under their jurisdiction with the current phone numbers of each position in the chain of command.

The Division Head and the supervisor receiving the report shall immediately conduct an investigation to determine the facts of the incident and take appropriate action. When the Police Department has been called due to an imminently dangerous situation, the Division Head and the supervisor receiving the report shall not commence their investigation until the incident has been controlled and employees are permitted to return to the workplace. The investigation shall commence immediately after the Police Department determines that employees may report back to work.

**AN EQUAL OPPORTUNITY EMPLOYER**

ALL DEPARTMENT/DIVISION HEADS
Page 2
January 13, 2000

If the Division Head is involved in the violent incident, the Department Head and/or designee shall conduct the investigation. An employee, who is receiving temporary assignment to the Division Head's position, shall conduct the investigation in the absence of the Division Head.

Investigators shall comply with the various collective bargaining agreements as to notice requirements and union representation for the employee under investigation.

If the presence of the individual(s) at the workplace will be detrimental to the conduct of the investigation or the operations at the workplace, the Department/Agency Head may place the individual(s) under investigation on authorized leave of absence without pay pending an investigation for up to thirty (30) calendar days. Written notices of such action shall be given to the employee and the Union within 48 hours after the action is taken. If the investigation exceeds thirty (30) days, the Department/Agency Head may either retain the employee at work, place the employee on leave with pay, return the employee to work from the leave without pay pending investigation, or reassign the employee to a temporary workplace in the same or different position.

At the conclusion of the investigation, the Department/Agency Head shall take appropriate administrative action. The Department/Agency Head may consult with the Director of Personnel Services and the County Attorney prior to final disposition of the case as necessary.

The attached form is being provided as a guide in the conduct of the investigation of workplace violence. Departments may use the form as is or modify it as appropriate as determined by the Department/Agency Head.

Any questions relative to these procedures shall be submitted to the Director of Personnel Services in writing for clarification.

Att.

## WORKPLACE VIOLENCE REPORT

DEPARTMENT/DIVISION: _____

DATE: _____ REPORTED BY: _____

1. Name(s) of perpetrator(s) and witness(es):

   _____
   _____
   _____
   _____

2. Against whom was threat or violent conduct directed? What was specific language used? Was there any physical conduct or contact by the perpetrator which tends to indicate that further action may be taken by the individual? Was medical treatment required? Exactly what happened?

   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

3. Date and time of incident. Were there smaller events leading up to the main incident?

   _____
   _____
   _____
   _____

4. Place of the incident. Who was notified of the incident and when?

   _____
   _____
   _____
   _____

Workplace Violence Report
Page 2

5. What was the reason for the incident?  Is there a past history of conflict
between the parties involved?

_____
_____
_____
_____
_____
_____
_____
_____

6. What are the specific details on how this incident happened?

_____
_____
_____
_____
_____
_____
_____
_____

NAME(S) OF
INVESTIGATORS:_____
_____
_____
_____

DATE INVESTIGATION STARTED/COMPLETED:_____

REPORT REVIEWED BY: _____Date_____

RECOMMENDED ACTION: