```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF HAWAII
 3   DARLA ABBATIELLO,                )
 4             Plaintiff,             )
 5        vs.                         )CIVIL NO.
 6   COUNTY OF KAUAI, KAUAI POLICE    )CV04 00562 SOM BMK
 7   DEPARTMENT, K.C. LUM, WILFRED    )
 8   M. IHU, GORDON ISODA, DEAN       )
 9   PIGAO, IRVIL KAPUA,              )
10             Defendants.            )
11   _____  )
12
13              DEPOSITION OF IRVIL KAPUA
14       Taken on behalf of Plaintiff DARLA ABBATIELLO, at
15   the office of Ralph Rosenberg Court Reporters, Lihue
16   Plantation Building, 2970 Kele Street, Suite 207,
17   Lihue, Hawaii, commencing at 8:38 a.m., Friday, May 26,
18   2006, pursuant to Notice.
19
20
21
22
23
24   BEFORE:  ELSIE TERADA, CSR NO. 437
25           Certified Shorthand Reporter
```

RALPH ROSENBERG COURT REPORTERS
(808)524-2090

RECEIVED
JUN 0 1 2006

```
 1   APPEARANCES:

 2

 3   For Plaintiff DARLA ABBATIELLO:

 4        DANIEL G. HEMPEY, ESQ.
          Law Office of Daniel G. Hempey
 5        3175 Elua Street, Suite C
          Lihue, Hawaii  96766
 6

 7   For Defendant IRVIL KAPUA:

 8        CHARLES S. O'NEILL, JR., ESQ.
          Reinwald O'Connor & Playdon
 9        4365 Kukui Grove Street, Suite 103
          Lihue, Hawaii  96766
10
     For Defendants K.C. LUM, WILFRED M. IHU, GORDON ISODA
11   and DEAN PIGAO:

12        DAVID J. MINKIN, ESQ.
          (Telephonically present)
13        McCorriston Miller Mukai MacKinnon
          Five Waterfront Plaza, 4th Floor
14        500 Ala Moana Boulevard
          Honolulu, Hawaii  96813
15
     For Defendants COUNTY OF KAUAI and KAUAI POLICE
16   DEPARTMENT:

17        CHRISTIANE L. NAKEA-TRESLER, ESQ.
          Office of the County Attorney
18        4444 Rice Street, Suite 220
          Lihue, Hawaii  96766
19
     For Defendant K.C. LUM:
20
          CARY T. TANAKA, ESQ.
21        Law Office of Cary T. Tanaka
          Fort Street Tower, Suite 510
22        745 Fort Street
          Honolulu, Hawaii  96813
23

24

25
```

```
 1                    I N D E X
 2   EXAMINATION BY:                              PAGE
 3      MR. HEMPEY ............................    4
 4
 5
 6   EXHIBITS FOR IDENTIFICATION:                 PAGE
 7   Deposition
 8   1  Letter dated May 17, 2006                  5
 9
10
...
25
```

RALPH ROSENBERG COURT REPORTERS
(808) 524-2090

```
 1                    IRVIL KAPUA,
 2            having been first duly sworn,
 3         testified upon his oath as follows:
 4                    EXAMINATION
 5      Q    (BY MR. HEMPEY):  Good morning.  Would you
 6 please state your name for the record and spell it.
 7      A    Based on the advisement of my attorney, I'll
 8 state my name, but any and all questions following, I'm
 9 invoking my Fifth Amendment.
10      Q    Okay.  So we'll start with the name.
11      A    Okay.  My name is Irvil Kapua.
12      Q    Okay.  And then I'm just going to try one
13 more question and we'll take it from there.
14           Detective Kapua, were you employed by the
15 Kauai Police Department on or about January 10, 2004?
16      MR. O'NEILL:  Based on our prior conversation, go
17 ahead and invoke the Fifth Amendment.
18      THE WITNESS:  Yeah.
19      Q    (BY MR. HEMPEY):  So you're invoking the
20 Fifth Amendment --
21      A    Correct.
22      Q    -- on that question?
23      A    Correct.
24      Q    And is it your intention to invoke the Fifth
25 Amendment for any other question that I ask today?
```

1    A    Correct.

2    Q    So no matter what I ask at this point, we're

3 going to have a Fifth Amendment issue?

4    A    Correct.

5    Q    And we're not going to go any further?

6    A    Correct.

7    MR. HEMPEY:  Okay.  So at this point, I have no

8 further questions.

9    MR. TANAKA:  No questions.

10    MS. NAKEA-TRESLOR:  No questions.

11    MR. O'NEILL:  I would just like to mark as exhibit

12 next in order, which I guess is 1, this letter that I

13 believe was circulated to all counsel in this matter,

14 and that's it.

15             (Exhibit No. 1 was marked

16             for identification.)

17          (Deposition session concluded at 8:39 a.m.)

18                          -oOo-

```
 1            W I T N E S S   C E R T I F I C A T E
 2    I, IRVIL KAPUA, hereby certify that I have read the
 3    foregoing typewritten pages 1 through 6, inclusive, and
 4    corrections, if any, were noted by me, and the same is
 5    a true and correct transcript of my testimony.
 6
 7
 8
 9    Dated this _____ day of _____.
10
11    _____
12    IRVIL KAPUA
13
14
15
16
17    Signed before me this _____ day of _____,
18    2006.
19    _____
20
21
22
23    Abbatiello v. County of Kauai, et al.,
24    CV04 00562 SOM BMK
25    Taken on May 26, 2006, by E. Terada, CSR 437
```

RALPH ROSENBERG COURT REPORTERS
(808)524-2090

JUN 0 1 2006

```
 1                    C E R T I F I C A T E

 2   STATE OF HAWAII              )
                                  )  SS.
 3   CITY AND COUNTY OF HONOLULU  )

 4

 5            I, ELSIE TERADA, do hereby certify;

 6            That on May 26, 2006, at 8:38 a.m.

 7   appeared before me IRVIL KAPUA, the witness

 8   whose deposition is contained herein; that prior to

 9   being examined he was by me duly sworn;

10            That the deposition was taken down by me in

11   machine shorthand and was thereafter reduced to

12   typewritten form under my supervision; that the

13   foregoing represents, to the best of my ability, a true

14   and correct transcript of the proceedings had in the

15   foregoing matter.

16            I further certify that I am not attorney

17   for any of the parties hereto, nor in any way concerned

18   with the cause.

19            DATED this 2nd day of June, 2006, in

20   Honolulu, Hawaii.

21

22

23   _____

24   ELSIE TERADA, CSR NO. 437
     Notary Public, State of Hawaii
25   My Commission Expires:  4-07-2010
```