# THIS PAGE INTENTIONALLY LEFT BLANK



**EXHIBIT WW**