Kaua'i Police Department Internal Investigation NO. **KPD-IA-04-01**
**Respondent: Detective Irvil Kapua**
Prepared and Submitted by: *Lieutenant Roy Asher*
**ASSIGNMENT:**              February 9, 2004/Monday

Through a written directive assigned by Interim Chief Wilfred Ihu to initiate an Internal Investigation of Detective Irvil Kapua who allegedly accepted a $6,000.00 bribe in exchange for protection of an individual identified as **REDACTED** **REDACTED** from Law Enforcement investigations and apprehension. Specifically tasked to determine if the allegations made are true and can be corroborated.

**CASE BACKGROUND:**

As the result of information received by Officers Darla Abbatiello and **REDACTED** from their interview of an arrestee named **REDACTED**. The interview revealed information relating to Detective Irvil Kapua's alleged acceptance of a $6,000.00 bribe. The information was forwarded via Lieutenant Alejandro Quibilan to Chief Wilfred Ihu.

It is purported that **REDACTED** was a confidential informant for Detective Irvil Kapua.

**NOTIFICATION:**            February 10, 2004/Tuesday

Chief Wilfred Ihu verbally notified Detective Irvil Kapua of the Internal Investigation that was being initiated and assigned to me. This was done in my presence and that of Assistant Chief Gordon Isoda.

Detective Irvil Kapua was offered a written notification of the investigation but refused acceptance and declined to sign the original and acknowledge receipt. The letter also solicited a written response from him with a directed due date of 5 workings days upon receipt.

As prearranged, Investigative Services Bureau Commander, Assistant Chief Gordon Isoda served Detective Irvil Kapua the notification on February 11th, 2004, Wednesday @ 1547 hrs. This is evidenced by the attached, which contains Detective Irvil Kapua's signature.
*Reference attached Record of Correspondence.*

Members of the Department that were known to have knowledge and involvement with the investigations relating to this complaint were individually notified of the initiation of this Internal Investigation. They were advised that they were to refrain from having any discussions of anything relating to this investigation. In the event they are approached by anyone who attempted to initiate a conversation of the matter they were to report it immediately to me.

Those spoken to where:    **REDACTED**
**REDACTED**                and Officers Darla Abbatiello and
**REDACTED**


EXHIBIT XX

County of Kauai 001111

Kaua'i Police Department Internal Investigation NO. **KPD-IA-04-01**
**Respondent: Detective Irvil Kapua**
Prepared and Submitted by: *Lieutenant Roy Asher*
**RESPONDENT PROFILE:** Kapua, Irvil Kamaile     08/31/40 (63)
County of Kauai REDACTED /Police Detective
Adult Section/Investigative Services Bureau
Hired: 08/18/86 Promoted: 10/01/93
18 years of Police Service
Previous Assignments: Patrol Officer, Vice Officer, Patrol Sergeant, Vice Sergeant, Detective.
Married/Spouse Karen

**GARRITY RIGHTS:** *Garrity vs. New Jersey, S. Ct. 493 (1967)*
   Sergeant Detective Irvil Kapua was provided *KPD form 551, Recognition of Rights* however he opted to have the statement typed within the body of his statement.

**CHARGES:** The following charges were considered based on the preliminary investigation. The information received, asserts possible violation of Kauai Police Department's Standards of Conduct, specifically Article VI, Standard B 6, C 1, and C 2, which reads as follows:
B 6 - Commission of any Criminal Act- "Officers and civilian employees shall not commit any criminal act."

C 1 - Solicitation and Acceptance of Gift, Gratuities, Fees, Rewards, Loans, Etc, - "Officers and civilian employees shall not solicit or accept any gifts, gratuities, loans, fees or rewards where there are any direct or indirect connections between the solicitations or offerings and their departmental membership or employment, without prior written approval and prior determination by the Chief of Police that the item is not intended to influence the recipient in the performance of official duties."

C 2 - Disposition of Unauthorized Gifts, Gratuities, Etc,- "Any unauthorized gifts, gratuities, loans, fees, regards or other things which come into the possession of officers or civilian employees shall be forwarded to the Office of the Chief of Police together with a written report of the circumstances which led to such possession."

County of Kauai 001112

Kaua'i Police Department Internal Investigation NO. **KPD-IA-04-01**
**Respondent: Detective Irvil Kapua**
Prepared and Submitted by: *Lieutenant Roy Asher*

**DISCIPLINE:** Article V "Guide for Disciplinary Action" dictates that violation of:

- **Class B Standards** shall be as a minimum <u>one working day suspension</u> to <u>a Maximum action of Dismissal</u>
- **Class C standards** <u>Written Reprimand for a minimal action</u> and <u>Dismissal for a Maximum action</u>
- **Class D standards** the <u>Maximum action is Suspension of 10 working days</u> and <u>provides for no minimums</u>.

**RESPONSE GUIDENSE:** Detective Irvil Kapua, was afforded a reasonable time of <u>five working days</u> to submit a written response to the above complaint from the date of receipt of the notification letter. He is assigned to an administrative schedule (Monday through Friday). As a result of Monday, February 16th, 2004 being a Holiday, February 19, 2004 had been designated as the due date. To insure a timely conclusion and submission of the completed investigation, Detective Irvil Kapua was informed that desired extension of the due date requires a written application and my specific approval.

Following normal Protocol it was recommended that Detective Irvil Kapua be accurate as possible and truthful. This would avoid any further violations of Standards C 3, D 17, and B 5, which the latter reads as follows:

B 5- <u>Departmental Investigations - Testifying-</u>
*"Officers and Civilian employees are required to respond truthfully to questions of, or render all materials and relevant statements to, a competent authority in a departmental administrative investigation when so directed.*

Page 3 of 11

County of Kauai 001113

Kaua'i Police Department Internal Investigation NO. **KPD-IA-04-01**
**Respondent: Detective Irvil Kapua**
Prepared and Submitted by: *Lieutenant Roy Asher*
**COMPLAINT LETTER:** Officer Darla Abbatiello's letter addressed to REDACTED was reviewed. *Note: It was dated 1/19/03 but is believed to have been miss dated and should have been 1/19/2004. For full details and contents reference attached.* The following is a synopsis of the letter:

- December 26, 2003 Officer Abbatiello Executed a Search Warrant that targeted a REDACTED
- REDACTED was subsequently interviewed by Officer Abbatiello with REDACTED present.
- Officer Abbatiello reports REDACTED made the statement that she REDACTED was not suppose to be arrested for she was told by REDACTED the he had paid Sergeant Irvil Kapua for protection.
- REDACTED claims Sergeant Irvil Kapua is friends with REDACTED

- REDACTED further stated that in addition to REDACTED also said Sergeant Kapua was providing protection for the sum of $6,000.00.
- According to REDACTED she was contacted by Sergeant Irvil Kapua and asked to be an informant and it was set up by REDACTED
- Officer Abbatiello indicated that she contacted REDACTED REDACTED probation officer REDACTED who related to her that he was informed by REDACTED that REDACTED was notified by Sergeant Irvil Kapua that a Search warrant would be served.

Page 4 of 11

Kaua'i Police Department Internal Investigation NO. **KPD-IA-04-01**
**Respondent: Detective Irvil Kapua**
Prepared and Submitted by: *Lieutenant Roy Asher*

**CORROBORATING LETTER:** Officer REDACTED also submitted a letter to REDACTED.
*Reference attached for full details.* It was reviewed and the following is a synopsis of its contents:
- He was present during Officer Abbatiello's interview of REDACTED.
- He interviewed REDACTED on a separate and unrelated investigation prior to Officer Abbatiello conducted hers.
- In his presence REDACTED told Officer Abbatiello that REDACTED set up a meeting between her and Sergeant Irvil Kapua in an effort for her to become an informant.
- At the meeting she provided names of drug dealers, including REDACTED. She indicated that Sergeant Kapua indicated not to "focus" on REDACTED.
- REDACTED related that she was contacted by REDACTED who gave her the impression that he was aware of her speaking to Sergeant Kapua. She suspected that it was Sergeant Kapua who had told him.
- REDACTED further disclosed that REDACTED told her that he had Sergeant Kapua working for him and that he was protected. He also indicated that there were two other Officers who's identity she did not know.
- He heard REDACTED relate that Sergeant Kapua was provided $6,000.00 that was suppose to be given to someone else but he (Kapua) kept himself.
- REDACTED indicated that she never became an informant for she was afraid for her safety due to the corruption in the Kauai Police Department.

Kaua'i Police Department Internal Investigation NO. **KPD-IA-04-01**
Respondent: **Detective Irvil Kapua**
Prepared and Submitted by: *Lieutenant Ray Asher*

**RESPONDANT'S STATEMENT:** February 19, 2004/Thursday

Detective Irvil Kapua chose to submit his written response via Assistant Chief Gordon Isoda. The following is a synopsis of its contents. *For full details reference the attached.*

In regards to "Relationships" with the identified/listed witnesses he indicated that he had "none".

In reference to any contact with the same individuals he described as: "may have had with"

- REDACTED -On a professional level, assisted with the execution of a search warrant at a his residence in the early 1990's.
- REDACTED -On a professional level, arrested him in December 2003 and had contact with him again in January 2004, while assisting REDACTED with an arrest.
- REDACTED ·On a professional level, he was present at REDACTED residence the day he confronted REDACTED to turn himself in.
- REDACTED ·None

Detective Irvil Kapua closed his statement with the declaration that: "There were no money transactions by any means with any of the above-named individuals".

**ATTACHED SUBMISSION:** Found attached with Detective Irvil Kapua's statement was his signed Recognition of Rights form including the Garrity Rights statement.
Additionally found was an unsolicited by this investigator, written To/From submitted and signed by REDACTED dated February 17th, 2004.

Page 6 of 11

Kaua'i Police Department Internal Investigation NO. **KPD-IA-04-01**
**Respondent: Detective Irvil Kapua**
Prepared and Submitted by: *Lieutenant Roy Asher*
**STATEMENT:**
                      REDACTED
             Investigative Services Bureau

The following is a synopsis of his written statement. *For full details and entire contents reference the attached submission.*

    Detective REDACTED indicated that:
- January 26th, 2004 he had a conversation with Officer Darla Abbatiello, where he suggested for her to have a conversation with Detective Irvil Kapua regarding an allegation that he (Kapua) allegedly accepted a $6000.00 bribe
- REDACTED stated that Officer Abbatiello initially denied any knowledge but eventual confirmed that an Informant had told her that Detective Irvil Kapua had accepted monies from REDACTED for protection.
- Officer Abbatiello further disclosed that she informed her REDACTED and that it was he REDACTED who initiated the complaint.
- She expressed being very angry with REDACTED for initiating the complaint. REDACTED
- She indicated that she was not afraid or intimidated by Detective Irvil Kapua.
- She thought the rumors of Kapua accepting monies are just "mouth". *Note: "Mouth" is a street term to mean an untruth statement or exaggeration.*

**CRIMINAL INVESTIGATION:** A criminal investigation was assigned to Sergeant Wesley Kaui of the Criminal Intelligence Unit (CIU). His investigation was documented under **report 04-04303** with a **Classification of Bribery**.

    Upon completion Sergeant Wes Kaui presented it to me for my perusal. It was photocopied and forwarded to Interim Chief King Chi Lum for review and eventual submission to our record section and possible review by the County Prosecutor. The photocopy was retained, reviewed and attached to this Internal Investigation.

Page 7 of 11

Kaua'i Police Department Internal Investigation NO. **KPD-IA-04-01**
Respondent: **Detective Irvil Kapua**
Prepared and Submitted by: *Lieutenant Ray Asher*

**INFORMATION LACKING:** The *criminal investigation* lacks key information that could push forward the investigation to a conclusion that is dependant on what may be revealed. The following can only be obtained through the course of a *criminal investigation* and <u>not accessible</u> through an *administrative or internal investigation* due to employee Collective bargaining contract restrictions.

1. An administrative Subpoena for all Bank records may reveal a pattern of expenditures or Income not consistent with the Respondent's means or reveal no improprieties.
2. An Administrative Subpoena of the Respondent's Cell phone records may reveal a link between him and the suspect parties.
3. Offering and/or the administering of a Polygraph may reveal the necessity to continue or justify the termination of the investigation.

**INVESTIGATION:** The Internal Investigation was pushed forward despite the incompleteness of the criminal investigation. Arrangements were made to interview the two principles, **REDACTED** and **REDACTED**.

**INTERVIEWS:** The two principles were interviewed in an attempt to determine the validity of the allegation. **REDACTED** was contacted and interviewed within the confines of the Honolulu Federal Detention Center. **REDACTED** was interviewed at her place of employment.

Page 8 of 11

Kaua'i Police Department Internal Investigation NO. **KPD-IA-04-01**
**Respondent: Detective Irvil Kapua**
Prepared and Submitted by: *Lieutenant Roy Asher*

**INVESTIGATOR'S FINDING:** It is this investigator's determination that no physical or circumstantial evidence has been revealed or statements exist that would corroborate the initial allegation to an extent that would sustain the complaint at the established threshold of "Clear and Convincing". As a result it is this investigator's recommendation that the investigation be closed and classified as unable to substantiate. Should additional information or allegation be brought forth this investigation maybe reopened provided such action occurs within the established statute of limitation.

**Administrative Investigation Disposition:**

*Unsubstantiated*

---

**Assigned Internal Investigator:**
*Lieutenant Roy Asher*
**Investigative Services Bureau**
**Adult & Major Crimes Section Supervisor**

Page 11 of 11