```
 1                IN THE UNITED STATES DISTRICT COURT
 2                          STATE OF HAWAII
 3

 4   DARLA ABBATIELLO,            ) CIVIL NO. CV04 00562 SOM BMK
 5              Plaintiff,        )
 6          vs.                   )
 7   COUNTY OF KAUAI; KAUAI POLICE)
 8   DEPARTMENT; K.C. LUM,        )
 9   WILFRED M. IDA; GORDON ISODA;) Trial Date: May 8, 2007
10   DEAN PIGAO; IRVIL KAPUA,     ) Time   :    9:00 a.m.
11              Defendants.       ) Trial Judge: Susan O.
12   _____)             Mollway
13
```

                    DEPOSITION OF LAWRENCE STEM

Taken on behalf of PLAINTIFF DARLA ABBATIELLO, at the offices of Ralph Rosenberg Court Reporters, Inc., c/o Hale & Goldberg, Lihu`e Plantation Bldg., 2970 Kele Street, Suite 220, Lihu`e, Hawai`i 96766, commencing at 11:02 a.m., on Tuesday, November 7, 2006, pursuant to notice.

BEFORE:    JOY C. TAHARA, RPR, CSR 408
           Notary Public, State of Hawai`i

| | | |
|---|---|---|
| 11:06:48 | 1 | A. Based on everything that went on at the station, her |
| 11:06:53 | 2 | complaint about Irvil, conversations that other members of the |
| 11:07:00 | 3 | department were having. |
| 11:07:02 | 4 | Q. Based on those sources of information, what is your, |
| 11:07:07 | 5 | if you could just generally describe what do you know about the |
| 11:07:10 | 6 | relationship between the two of them? |
| 11:07:12 | 7 | A. Well, it was not a good relationship. Obviously, she |
| 11:07:16 | 8 | was accusing him of being dirty. It got to the point where she |
| 11:07:24 | 9 | had to leave Vice, couldn't even walk past his desk. |
| 11:07:34 | 10 | At one point, I believe she even couldn't, didn't feel |
| 11:07:37 | 11 | she could even come to the Lihu`e station because Sgt. Kapua |
| 11:07:42 | 12 | would work in the Cell Block. So if she brought in an arrest |
| 11:07:48 | 13 | and he was working in Cell Block, there would be, you know, |
| 11:07:52 | 14 | face-to-face between the two of 'em. So the relationship |
| 11:07:57 | 15 | between them was very strained. |
| 11:08:00 | 16 | Q. Do you know why she felt she couldn't go to Cell Block |
| 11:08:04 | 17 | if it meant running to Irvil Kapua possibly? |
| 11:08:08 | 18 | A. I guess because she felt that he would try to |
| 11:08:11 | 19 | intimidate her or do something to her. |
| 11:08:15 | 20 | Q. Do you have any knowledge of any animosity on the part |
| 11:08:23 | 21 | of Irvil Kapua toward Darla Abbatiello during that time frame? |
| 11:08:29 | 22 | A. Not coming from him personally. |
| 11:08:33 | 23 | Q. Just through the -- |
| 11:08:34 | 24 | A. Just through other officers talking. So it was never |
| 11:08:39 | 25 | that Irvil and I had a conversation where he said he didn't like |

| | | |
|---|---|---|
| 11:08:44 | 1 | her. You know. It was always other officers that would talk |
| 11:08:47 | 2 | about Irvil not liking Darla. |
| 11:08:50 | 3 | Q.  Who were some of those officers? Who were those |
| 11:08:53 | 4 | officers? |
| 11:08:53 | 5 | A.  Mostly the detectives. |
| 11:08:55 | 6 | Q.  What would be some of the names? What would be the |
| 11:08:58 | 7 | names? |
| 11:08:59 | 8 | A.  Had Kane Sheldon, Marvin Rivera, Joe Adric, Kaleo |
| 11:09:07 | 9 | Perez, Mike Gordon, Henry Barriga. And I'm just going through |
| 11:09:14 | 10 | the list in my mind of the seating chart, not necessarily saying |
| 11:09:17 | 11 | that those specific sergeants were talking, but. From the other |
| 11:09:24 | 12 | side you had Glenn Morita and Bobby Castro. |
| 11:09:28 | 13 | Those were the detectives that I worked with at the |
| 11:09:33 | 14 | time. And in general, when, you know, conversations would come |
| 11:09:36 | 15 | up, you know, there would be talk about Darla and Irvil and |
| 11:09:41 | 16 | their relationship. But I'm not saying that all of those names |
| 11:09:45 | 17 | particularly were saying negative stuff about the relationship. |
| 11:09:49 | 18 | Q.  Which of those names specifically were saying negative |
| 11:09:53 | 19 | stuff about the relationship? |
| 11:09:54 | 20 | A.  That I can't remember. |
| 11:09:55 | 21 | Q.  You don't remember the exact source of it? |
| 11:09:57 | 22 | A.  No. |
| 11:09:58 | 23 | Q.  Do you know of any detectives who specifically in your |
| 11:10:04 | 24 | presence talked about Irvil having some kind of animosity toward |
| 11:10:09 | 25 | Darla? |

11:13:18  1   tattletaling either, just because I don't know if Irvil's dirty.
11:13:23  2        Q.   Are you familiar generally with the policies and
11:13:27  3   procedures that govern employees in the Kaua`i Police Department
11:13:31  4   and police officers?
11:13:32  5        A.   Yes.
11:13:34  6        Q.   If, in your opinion, if a police officer received a
11:13:37  7   report from an arrestee and that arrestee made an accusation
11:13:43  8   that another member of the police department was, you know,
11:13:46  9   dirty, would the officer who took that report be expected to
11:13:51  10  pass that report on?
11:13:53  11       A.   They should be, at least to their immediate
11:13:56  12  supervisor.
11:13:57  13       Q.   So if somebody, hypothetically speaking, if somebody
11:14:01  14  got such a report from an arrestee, would you consider that, and
11:14:06  15  reported it to a supervisor, would you consider that to be an
11:14:09  16  appropriate report or more in the nature of tattletaling?
11:14:12  17       A.   That should be an appropriate report.
11:14:18  18       Q.   I want to turn your attention now to this year, to the
11:14:26  19  spring of this year.  Do you know a person by the name of
11:14:31  20  Marilyn Prem?
11:14:32  21       A.   Yes.
11:14:33  22       Q.   Do you know a person by the name of Sunday Namuo?
11:14:37  23       A.   Namuo, yes.
11:14:40  24       Q.   Are you aware of an incident where they were arrested
11:14:48  25  in Lihu`e and ultimately subjected to a strip search within the

```
11:14:53   1    police department?
11:14:54   2         A.   Yes.
11:14:56   3         Q.   Can you describe, can you tell what you know about
11:15:00   4    that incident.
11:15:02   5         A.   What I know the incident is that we had a search
11:15:08   6    warrant for the two persons that you just spoke of, Sunday-Lee
11:15:13   7    Namuo and Marilyn Prem.  I believe we caught them coming off of
11:15:17   8    the airplane at Lihu`e Airport.  We took them back to the
11:15:24   9    headquarters, put them in the cell, conducted the search of
11:15:30  10    their items, at which time we did not find any drugs.
11:15:38  11              However, during the course of the investigation, we
11:15:42  12    noticed that Sunday was sitting very unusually in the Cell
11:15:48  13    Block.  She was trying to sit down on a chair, and she was
11:15:56  14    sitting in an awkward position.  She was almost straight as a
11:16:00  15    board.  Her feet were turning purple.  She just looked really
11:16:04  16    sick, kind of indicative of somebody that was transporting drugs
11:16:09  17    in her cavity.
11:16:13  18              At that time, we applied for a search warrant with
11:16:16  19    Judge Senda.  However, due to Kauai Police Department's internal
11:16:24  20    rules and a lack of a working agreement with Wilcox Hospital, we
11:16:31  21    could not apply for a body cavity search.  Therefore, the search
11:16:37  22    warrant was only granted for a strip search.
11:16:44  23              Being that the Vice unit at the time did not have any
11:16:48  24    female officers, we needed to call in two females.  That time we
11:16:54  25    got a hold of Sgt. Vicki Fonoimoana who was, I believe, working
```

| | | |
|---|---|---|
| 11:17:00 | 1 | out of -- oh, I want to say Waimea, but she could have been |
| 11:17:07 | 2 | working out of Lihu`e at the time. And the second female |
| 11:17:10 | 3 | officer was Ofr. Darla Abbatiello. |
| 11:17:16 | 4 | When we brought the two female officers into the squad |
| 11:17:21 | 5 | room, we apprised them of the circumstances. Sgt. Fonoimoana |
| 11:17:27 | 6 | was very concerned about the search warrant being legal. I |
| 11:17:35 | 7 | think I had spoken to Deputy Prosecutor Richard Minatoya or it |
| 11:17:42 | 8 | could have been Craig DeCosta -- I think it was Richard, |
| 11:17:45 | 9 | though -- and apprised him of the situation. He agreed. He |
| 11:17:50 | 10 | said the judge got the search warrant; that based on the |
| 11:17:59 | 11 | procedure being done with males, that he didn't see any problem |
| 11:18:03 | 12 | with it being done with a female as long as you had female |
| 11:18:06 | 13 | officers doing the search. |
| 11:18:08 | 14 | Once Sgt. Fonoimoana heard that, she was satisfied. |
| 11:18:14 | 15 | And during that time, Ofr. Abbatiello was telling |
| 11:18:19 | 16 | Sgt. Fonoimoana, you know, don't worry about it, I've done this |
| 11:18:22 | 17 | before, you know, everything's right. She was basically trying |
| 11:18:26 | 18 | to put Sgt. Fonoimoana at ease that that was the right thing to |
| 11:18:30 | 19 | do, it was okay. |
| 11:18:32 | 20 | The officer, the case officer, who I believe was |
| 11:18:40 | 21 | Ofr. Rose, Darren Rose, he took the two female officers into the |
| 11:18:47 | 22 | Cell Block. Their concern was the cameras in the Cell Block. |
| 11:18:55 | 23 | So they looked at the camera system where they were gonna do the |
| 11:18:59 | 24 | search, making sure that there was no male officer gonna be |
| 11:19:04 | 25 | watching that video. I'm not sure if they turned the camera |

```
11:19:09   1    even more to guarantee that nothing was recorded.  Ofr. Rose
11:19:16   2    left the Cell Block, and I believe the male Cell Block personnel
11:19:23   3    left the Cell Block as well.
11:19:25   4              The two females officers went in, conducted the
11:19:28   5    search.  No cavity search was allowed, so they only did the
11:19:34   6    strip search.  Nothing was found.
11:19:36   7              And the photographs that were taken were handled
11:19:44   8    directly by, I believe, Sgt. Fonoimoana.  She took the disc out,
11:19:51   9    submitted it straight into evidence, wasn't viewed by anybody.
11:20:00  10              The case was wrapped up.  No problems.
11:20:03  11    Ofr. Abbatiello didn't show any concern that nothing was found.
11:20:09  12    Everything went, was wrapped up, and they went on their way.
11:20:17  13    That was that incident.
11:20:19  14         Q.   Who prepared the, you said there was an affidavit in
11:20:23  15    support of a warrant prepared?
11:20:25  16         A.   Yes.
11:20:25  17         Q.   That was requesting the ability to strip search?
11:20:29  18         A.   Yes.
11:20:30  19         Q.   Who prepared that?
11:20:31  20         A.   I believe that was Ofr. Rose since he was the case
11:20:36  21    agent.
11:20:37  22         Q.   Do you know whether that warrant was signed prior to
11:20:42  23    the actual strip search taking place?
11:20:44  24         A.   Oh, yes.  The warrant had to be signed first.
11:20:46  25         Q.   The warrant; did it specifically say anything about
```

```
11:20:52   1    photographing the strip search?
11:20:55   2         A.   I'm not sure if the warrant does, but that is, from
11:20:58   3    what I understand, that is standard procedure.  Even the DEA
11:21:02   4    does that.
11:21:06   5         Q.   To your knowledge, is there any written, at the time
11:21:09   6    that this happened, was there any written policy within KPD
11:21:13   7    governing how strip searches were to be conducted?
11:21:16   8         A.   That I'm unaware of.
11:21:17   9         Q.   At the time that this happened, are you aware of
11:21:20  10    whether there was any written policy at KPD governing whether or
11:21:25  11    under what circumstances arrestees subjected to strip searches
11:21:31  12    could be photographed?
11:21:33  13         A.   Could you say that again?
11:21:34  14         Q.   I'm sure I can't.  Are you aware of whether at the
11:21:39  15    time of the search that we talked about, Prem search, are you
11:21:44  16    aware of whether KPD had any written policies or procedures or
11:21:48  17    protocols or any other rules governing under what, whether, and
11:21:52  18    under what circumstances arrestees who were subjected to strip
11:21:57  19    searches can be photographed?
11:21:58  20         A.   I am unaware of any policies.  Basically, let me just
11:22:03  21    tell everybody that at the time I had been in Detectives and I
11:22:08  22    was transferred to the Vice unit in March of 2005 on a temporary
11:22:14  23    basis -- and the two other sergeants there, Sgt. Mike Contrades
11:22:24  24    and Sgt. Wes Perreira who was the Acting Lieutenant of Vice
11:22:27  25    unit, they had been in Vice as patrol officers and then later as
```

CERTIFICATE

STATE OF HAWAI`I            )
                            ) ss.
CITY AND COUNTY OF HONOLULU )

    I, JOY C. TAHARA, RPR, CSR 408, Notary Public, State of Hawai`i, hereby certify:

    That on Tuesday, November 7, 2006, at 11:02 a.m., before me appeared LAWRENCE STEM, the witness whose deposition is contained herein; and that prior to being examined was duly sworn;

    That I am neither counsel for any of the parties herein nor interested in any way in the outcome of this action;

    That the deposition herein was by me taken down in machine shorthand and thereafter reduced to print via computer-aided transcription; that the foregoing represents, to the best of my ability, a complete and accurate transcript of the testimony of said witness.

    DATED: Honolulu, Hawai`i, November 15, 2006.

                                _____
                                Notary Public, State of Hawai`i
                                My commission expires: 10/11/10