IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, ) | CIVIL NO. CV04 00562 SOM BMK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| COUNTY OF KAUAI, KAUAI POLICE ) | |
| DEPARTMENT, K.C. LUM, WILFRED ) | |
| M. IHU, GORDON ISODA, DEAN ) | |
| PIGAO, IRVIL KAPUA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on January 8, 2007, a true and correct copy of the foregoing document was served on the following parties by electronic filing via CM/ECF, delivery, and/or U.S. Mail in the manner specified below:

    DANIEL G. HEMPEY, ESQ.               <u>U.S. MAIL</u>
    ELIF Z. YARNALL, ESQ.
    Law Office of Daniel G. Hempey
    3175 Elua Street
    Lihue, Hawaii 96766
        Attorneys for Plaintiff
        DARLA ABBATIELLO

    MICHAEL J. McGUIGAN, ESQ.        Mjm@roplaw.com
    Reinwald O'Connor & Playdon LLP
    Pacific Guardian Center, Makai Tower
    733 Bishop Street, Suite 2400
    Honolulu, Hawaii 96813
        Attorney for Defendant
        IRVIL KAPUA

DAVID J. MINKIN, ESQ.                              minkin@m4law.com
BECKY T. CHESTNUT, ESQ.                            chestnut@m4law.com
LISA W. CATALDO, ESQ.                              cataldo@m4law.com
KARA M.L. YOUNG, ESQ.
McCorriston Miller Mukai MacKinnon LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
    Attorneys for Defendants
      K.C. LUM, WILFRED M. IHU,
      GORDON ISODA and DEAN PIGAO

CHRISTIANE L. NAKEA-TRESLER, ESQ.                  cntresler@kauai.gov
Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Hawaii 96766
    Attorneys for Defendants
      COUNTY OF KAUAI and
      KAUAI POLICE DEPARTMENT

CARY T. TANAKA, ESQ.                               carytanaka@aol.com
Fort Street Tower, Suite 510
745 Fort Street
Honolulu, Hawaii 96813
    Attorney for Defendant and
    Third-Party Plaintiff K.C. LUM

JOHN T. KOMEIJI, ESQ.                              Hand-Delivery on 1/9/07
GREGG USHIRODA, ESQ.                               gushiroda@wik.com
KAREN Y. ARIKAWA, ESQ.                             karikawa@wik.com
Watanabe Ing & Komeiji
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
    Attorneys for Third-Party Defendant
    GEORGE FREITAS

DATED:  Honolulu, Hawaii, January 8, 2007.

      /s/ John Hoshibata
DANIEL G. HEMPEY
MARGERY S. BRONSTER
JOHN T. HOSHIBATA
JEANNETTE HOLMES CASTAGNETTI
Attorneys for Plaintiff
DARLA ABBATIELLO