LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY          7535
ELIF Z. YARNALL           8293
3175 Elua Street, Suite C
Lihue, Hawaii 96766
Telephone No. (808) 632-0000
Facsimile No. (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER              4750
JOHN HOSHIBATA                   3141
JEANNETTE HOLMES CASTAGNETTI     7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 524-5644
Facsimile No. (808)599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04 00562 SOM BMK |
| | ) | |
| Plaintiff, | ) | PLAINTIFF'S *EX PARTE* MOTION |
| | ) | TO EXCEED PAGE LIMIT FOR |
| vs. | ) | HER SEPARATE AND CONCISE |
| | ) | STATEMENT OF FACTS IN |
| COUNTY OF KAUAI, KAUAI | ) | SUPPORT OF HER MOTION FOR |
| POLICE DEPARTMENT, K.C. LUM, | ) | SUMMARY JUDGMENT ON |
| WILFRED M. IHU, GORDON | ) | COUNTS I -VIII AGAINST |
| ISODA, DEAN PIGAO, IRVIL | ) | DEFENDANT K.C. LUM AND |
| KAPUA, | ) | COUNTS I, II, IV, VI, VII, AND VIII |
| | ) | AGAINST IRVIL KAPUA; |
| Defendants. | ) | DECLARATION OF JOHN |

)  HOSHIBATA; ORDER GRANTING
)  EX PARTE MOTION TO EXCEED
)  PAGE LIMIT FOR HER SEPARATE
)  AND CONCISE STATEMENT OF
)  FACTS IN SUPPORT OF HER
)  MOTION FOR SUMMARY
)  JUDGMENT ON COUNTS I -VIII
)  AGAINST DEFENDANT K.C. LUM
)  AND COUNTS I, II, IV, VI, VII, AND
)  VIII AGAINST IRVIL KAPUA;
)  CERTIFICATE OF SERVICE
)
)  Trial Date: May 8, 2007

_____

**PLAINTIFF'S EX PARTE MOTION TO EXCEED PAGE LIMIT FOR HER SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT ON COUNTS I -VIII AGAINST DEFENDANT K.C. LUM AND COUNTS I, II, IV, VI, VII, AND VIII AGAINST IRVIL KAPUA**

Plaintiff Darla Abbatiello ("Plaintiff") respectfully submits this *ex parte* motion to exceed the page limit for her Separate and Concise Statement of Facts in Support of her Motion for Summary Judgment on Counts I -VIII Against Defendant K.C. Lum and Counts I, II , IV, VI, VII, and VIII Against Irvil Kapua, to be filed on or about January 8, 2007.  This *ex parte* motion is brought under Rule 7(b) of the Federal Rules of Civil Procedure and Local Rules 56.1 and 7.5(e) of the Rules of the United States District Court of the State of Hawai'i.  This motion is supported by the accompanying declaration of John Hoshibata, and the records and files of this case.

Plaintiff requests leave to exceed the 5-page limit for separate and concise statements of fact set forth in Local Rule 56.1. of the Rules of the United States District Court of the State of Hawai'i as Plaintiff contends there are numerous undisputed material facts that are essential for the court's determination of the summary judgment motion.  Since all of the material facts referenced in the concise statement are necessary for the court to determine the limited issues contained in the motion for summary judgment, Plaintiff requires in excess of 5 pages to adequately identify each of the undisputed material facts in support of her motion for summary judgment.

In the interests of equity, judicial economy and efficiency, Plaintiff respectfully requests that the Court grant this *ex parte* motion and consider Plaintiff's separate and concise statement of facts in its entirety.

DATED: Honolulu, Hawaii, January 8, 2007.

    /s/ John Hoshibata
DANIEL HEMPEY
MARGERY S. BRONSTER
JOHN HOSHIBATA
JEANNETTE H. CASTAGNETTI
Attorneys for Plaintiff
DARLA ABBATIELLO