IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
| | ) |
| Plaintiff, | ) DECLARATION OF JOHN |
| | ) HOSHIBATA |
| vs. | ) |
| | ) |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) ) ) ) Trial Date:  May 8, 2007 |
| | ) |
| Defendants. | ) |
| _____ | ) |

### DECLARATION OF JOHN HOSHIBATA

I, John Hoshibata, hereby declare as follows:

1.    I am an attorney licensed to practice law before all of the State and Federal Courts in the State of Hawaii and am one of the attorneys representing Plaintiff Darla Abbatiello in this case.

2.    Plaintiff Darla Abbatiello ("Plaintiff") anticipates filing a Separate and Concise Statement of Facts in Support of her Motion for Summary Judgment on Counts I -VIII Against Defendant K.C. Lum and Counts I, II, IV, VI, VII, and VIII Against Irvil Kapua, that will exceed the 5-page limit set forth in Local Rule 56.1 of the Rules of the United States District Court of the State of Hawai'i.

3.  Plaintiff requests leave *ex parte* to exceed the 5-page limit for concise statements of fact set forth in Local Rule 56.1 of the Rules of the United States District Court of the State of Hawai'i as all of the undisputed facts are essential for the courts determination of the limited issues of the summary judgment motion.

4.  In the interests of equity, judicial economy and efficiency, Plaintiff respectfully requests that the Court grant this *ex parte* motion and consider Plaintiff's separate and concise statement of facts in its entirety.

DATED:   Honolulu, Hawaii, January 8, 2007.

      /s/ John Hoshibata
John Hoshibata