IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
| | ) |
| Plaintiff, | ) ORDER GRANTING EX PARTE |
| | ) MOTION TO EXCEED PAGE LIMIT |
| vs. | ) FOR HER SEPARATE AND |
| | ) CONCISE STATEMENT OF FACTS |
| COUNTY OF KAUAI, KAUAI | ) IN SUPPORT OF HER MOTION FOR |
| POLICE DEPARTMENT, K.C. | ) SUMMARY JUDGMENT ON |
| LUM, WILFRED M. IHU, | ) COUNTS I -VIII AGAINST |
| GORDON ISODA, DEAN PIGAO, | ) DEFENDANT K.C. LUM AND |
| IRVIL KAPUA, | ) COUNTS I, II, IV, VI, VII, AND VIII |
| | ) AGAINST IRVIL KAPUA |
| Defendants. | ) |
| _____ | ) Trial Date: May 8, 2007 |

ORDER GRANTING EX PARTE MOTION TO EXCEED
PAGE LIMIT FOR HER SEPARATE AND CONCISE STATEMENT
OF FACTS IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT
ON COUNTS I -VIII AGAINST DEFENDANT K.C. LUM
AND COUNTS I, II, IV, VI, VII, AND VIII AGAINST IRVIL KAPUA

The for Ex Parte Motion to Exceed Page Limit for Her Separate and Concise Statement of Facts in Support of Her Motion for Summary Judgment on Counts I - Viii Against Defendant K.C. Lum and Counts I, II, IV, VI, VII, and having come before the Court, the Court finds that the material facts referenced in the concise statement are necessary for the court to determine the limited issues contained in the motion for summary judgment and,

THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Ex Parte Motion to Exceed Page Limit for Her Separate and Concise Statement of Facts in Support of Her Motion for Summary Judgment on Counts I -VIII Against Defendant K.C. Lum and Counts I, II, IV, VI, VII, and VIII Against Irvil Kapua is granted.

DATED: Honolulu, Hawaii, _____.

_____
JUDGE OF THE ABOVE-ENTITLED COURT