LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY          7535
ELIF Z. YARNALL           8293
3175 Elua Street, Suite C
Lihue, Hawaii 96766
Telephone No. (808) 632-0000
Facsimile No. (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER              4750
JOHN HOSHIBATA                   3141
JEANNETTE HOLMES CASTAGNETTI     7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 524-5644
Facsimile No. (808)599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
| | ) |
| Plaintiff, | ) TABLE OF CONTENTS AND |
| | ) TABLE OF AUTHORITIES |
| vs. | ) REGARDING PLAINTIFF'S |
| | ) MEMORANDUM IN SUPPORT OF |
| COUNTY OF KAUAI, KAUAI | ) MOTION TO PLAINTIFF'S |
| POLICE DEPARTMENT, K.C. LUM, | ) MOTION FOR SUMMARY |
| WILFRED M. IHU, GORDON | ) JUDGMENT ON COUNTS I -VIII OF |
| ISODA, DEAN PIGAO, IRVIL | ) THE FIRST AMENDED |
| KAPUA, | ) COMPLAINT AGAINST |
| | ) DEFENDANT K.C. LUM, AND |
| Defendants. | ) COUNTS I, II, IV, VI, VII, AND VIII |

|   |   |
|---|---|
| _____ | ) AGAINST DEFENDANT IRVIL<br>) KAPUA; CERTIFICATE OF<br>) SERVICE |

## TABLE OF CONTENTS AND TABLE OF AUTHORITIES TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON COUNTS I -VIII OF THE FIRST AMENDED COMPLAINT AGAINST DEFENDANT K.C. LUM, AND COUNTS I, II, IV, VI, VII, AND VIII AGAINST DEFENDANT IRVIL KAPUA

Plaintiff Darla Abbatiello ("Plaintiff"), by and through her counsel, Law Office of Daniel G. Hempey and Bronster, Crabtree & Hoshibata, respectfully submits her Table of Contents and Table of Authorities regarding Plaintiff's Memorandum in Support of Motion attached to Plaintiff's Motion for Summary Judgment on Counts I -VIII of the First Amended Complaint Against Defendant K.C. Lum, and Counts I, II, IV, VI, VII, and VIII Against Defendant Irvil Kapua.

DATED: Honolulu, Hawaii, January 8, 2007.

          /s/ John Hoshibata
         DANIEL HEMPEY
         MARGERY S. BRONSTER
         JOHN HOSHIBATA
         JEANNETTE CASTAGNETTI
         Attorneys for Plaintiff
         DARLA ABBATIELLO