ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 8 2007

at __3__ o'clock and __ min., __ M
SUE BEITIA, CLERK

Law Offices of Cary T. Tanaka

CARY T. TANAKA        4858-0
DIANE K. AGOR-OTAKE   7751-0
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone:  536-8885
Facsimile:  536-8845
carytanaka@aol.com
dka@hawaii.rr.com

Attorneys for Defendant
K.C. LUM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>              Plaintiff,<br><br>     vs.<br><br>COUNTY OF KAUAI, KAUAI<br>POLICE DEPARTMENT, K.C. LUM,<br>WILFRED M. IHU, GORDON ISODA,<br>DEAN PIGAO, and IRVIL KAPUA,<br><br>              Defendants. | CIVIL NO. CV04 00562 SOM BMK<br><br>SECOND SUPPLEMENTAL DECLARATION OF CARY T. TANAKA IN FURTHER SUPPORT OF DEFENDANT K.C. LUM'S *EX PARTE* MOTION FOR AN ORDER ALLOWING EXHIBIT "D" TO DEFENDANT K.C. LUM'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF DEFENDANT K.C. LUM'S MOTION FOR SUMMARY JUDGMENT, FILED ON JANUARY 4, 2007, TO BE FILED UNDER SEAL; CERTIFICATE OF SERVICE<br><br>Trial Date: May 8, 2007 |

SECOND SUPPLEMENTAL DECLARATION OF CARY T. TANAKA IN FURTHER SUPPORT OF DEFENDANT K.C. LUM'S *EX PARTE* MOTION FOR AN ORDER ALLOWING EXHIBIT "D" TO DEFENDANT K.C. LUM'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF DEFENDANT K.C. LUM'S MOTION FOR SUMMARY JUDGMENT, FILED ON JANUARY 4, 2007, TO BE FILED UNDER SEAL

I, CARY T. TANAKA, hereby declare as follows:

1. I am one of the counsel for Defendant K.C. Lum ("Defendant Lum") in the above-entitled matter and have personal knowledge as to the matters set forth below.

2. On January 8, 2007, counsel for Plaintiff, John Hoshibata, represented to me that he has no objection to DEFENDANT K.C. LUM'S *EX PARTE* MOTION FOR AN ORDER ALLOWING EXHIBIT "D" TO DEFENDANT K.C. LUM'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF DEFENDANT K.C. LUM'S MOTION FOR SUMMARY JUDGMENT, FILED ON JANUARY 4, 2007, TO BE FILED UNDER SEAL ("*Ex Parte* Motion").

3. Upon information and belief, on January 8, 2007, David J. Minkin, lead counsel for Defendants concerning discovery matters in the above-entitled case, represented to Diane K. Agor-Otake, an attorney in my office, on behalf of Defendants Wilfred Ihu, Gordon Isoda, Dean Pigao, County of Kauai, and Kauai Police Department, that he has no objection to the *Ex Parte* Motion.

4. Upon information and belief, on January 8, 2007, Michael McGuigan, counsel for Defendant Irvil Kapua, represented to Ms. Agor-Otake that he has no objection to the *Ex Parte* Motion.

5.  I, CARY T. TANAKA, do declare under penalty of law that the foregoing is true and correct.

Dated: Honolulu, Hawaii, January 8, 2007.

_____
CARY T. TANAKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04 00562 SOM BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA, | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within was duly mailed to the following individuals at their last known addresses on January 8, 2007:

    MARGERY S. BRONSTER, ESQ.
    JOHN HOSHIBATA, ESQ.
    Suite 2300 Pauahi Tower
    1001 Bishop Street
    Honolulu, Hawaii  96813

    Attorneys for Plaintiff

    DANIEL G. HEMPEY, ESQ.
    3175 Elua Street
    Lihue, Kauai  96766

    Attorney for Plaintiff

    DAVID J. MINKIN, ESQ.
    BECKY T. CHESTNUT, ESQ.
    Five Waterfront Plaza, 4th Floor
    500 Ala Moana Boulevard
    Honolulu, Hawaii  96813

    Attorneys for Defendants
    WILFRED M. IHU, GORDON ISODA
    and DEAN PIGAO

MICHAEL J. McGUIGAN, ESQ.
Pacific Guardian Center, Makai Tower
733 Bishop Street, 24th Floor
Honolulu, Hawaii  96813

Attorney for Defendant
IRVIL KAPUA

LANI D. H. NAKAZAWA, ESQ.
CHRISTIANE L. NAKEA-TRESLER, ESQ.
4444 Rice Street, Suite 220
Lihue, Hawaii  96766

Attorneys for Defendants
COUNTY OF KAUAI and
KAUAI POLICE DEPARTMENT

DATED:    Honolulu, Hawaii, January 8, 2007.

_____
CARY T. TANAKA
DIANE K. AGOR-OTAKE
Attorneys for Defendant
K.C. LUM