**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 9 2007

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

LODGED

JAN 0 4 2007
3:00pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Law Offices of Cary T. Tanaka

CARY T. TANAKA         4858-0
DIANE K. AGOR-OTAKE    7751-0
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone: 536-8885
Facsimile: 536-8845
carytanaka@aol.com
dka@hawaii.rr.com

Attorneys for Defendant
K.C. LUM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>        Plaintiff,<br><br>    vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA,<br><br>        Defendants. | CIVIL NO. CV04 00562 SOM BMK<br><br>DEFENDANT K.C. LUM'S *EX PARTE* MOTION FOR AN ORDER ALLOWING EXHIBIT "D" TO DEFENDANT K.C. LUM'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF DEFENDANT K.C. LUM'S MOTION FOR SUMMARY JUDGMENT, FILED ON JANUARY 4, 2007, TO BE FILED UNDER SEAL; DECLARATION OF CARY T. TANAKA; DECLARATION OF DIANE K. AGOR-OTAKE; SEALED EXHIBIT "D" TO DEFENDANT K.C. LUM'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF DEFENDANT K.C. LUM'S MOTION FOR SUMMARY JUDGMENT, FILED ON JANUARY 4, 2007; ORDER GRANTING DEFENDANT K.C. LUM'S *EX PARTE* MOTION FOR AN ORDER ALLOWING EXHIBIT "D" TO DEFENDANT K.C. LUM'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF DEFENDANT K.C. LUM'S MOTION FOR SUMMARY JUDGMENT, FILED ON JANUARY 4, 2007, TO BE FILED UNDER SEAL; CERTIFICATE OF SERVICE |

```
_____)    Trial Date: May 8, 2007
                                )
```

DEFENDANT K.C. LUM'S *EX PARTE* MOTION FOR AN ORDER ALLOWING
EXHIBIT "D" TO DEFENDANT K.C. LUM'S SEPARATE AND
CONCISE STATEMENT OF FACTS IN SUPPORT OF
DEFENDANT K.C. LUM'S MOTION FOR SUMMARY JUDGMENT,
<u>FILED ON JANUARY 4, 2007, TO BE FILED UNDER SEAL</u>

Defendant K.C. Lum ("Defendant Lum"), by his attorneys, hereby moves this Honorable Court *ex parte* for an Order Allowing Exhibit "D" to Defendant K.C. Lum's Separate and Concise Statement of Facts in Support of Defendant K.C. Lum's Motion for Summary Judgment, filed on January 4, 2007, To Be Filed Under Seal pursuant to Stipulation and Order Governing Confidentiality of Documents, filed herein on June 2, 2005, and supported by the compelling reasons set forth in the attached declarations of counsel.

Defendant Lum brings this motion pursuant to Rule 7 of the Federal Rules of Civil Procedure, and it is based on the attached declarations of counsel, and the entire record and file herein.

Dated: Honolulu, Hawaii, <u>  JAN 4 2007  </u>

/s/ Cary T. Tanaka

CARY T. TANAKA
DIANE K. AGOR-OTAKE
Attorneys for Defendant
K.C. LUM

- 2 -