IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04 00562 SOM BMK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF DIANE K. AGOR-OTAKE |
| | ) | |
| vs. | ) | |
| | ) | |
| COUNTY OF KAUAI, KAUAI | ) | |
| POLICE DEPARTMENT, K.C. LUM, | ) | |
| WILFRED M. IHU, GORDON ISODA, | ) | |
| DEAN PIGAO, and IRVIL KAPUA, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

DECLARATION OF DIANE K. AGOR-OTAKE

I, DIANE K. AGOR-OTAKE, hereby declare as follows:

1.    I am one of the counsel for Defendant K.C. Lum ("Defendant Lum") in the above-entitled matter and have personal knowledge as to the matters set forth below.

2.    On January 3, 2007, I spoke with David J. Minkin, lead counsel for Defendants concerning discovery matters in the above-entitled case, regarding Exhibit "D" to Defendant Lum's Separate and Concise Statement of Facts in Support of Defendant Lum's Motion for Summary Judgment, filed on January 4, 2007 ("Defendant Lum's SCSF").  Mr. Minkin indicated to me that Exhibit "D" to Defendant Lum's SCSF should be submitted to the Court for filing under seal as it contained confidential documents protected by and subject to the Stipulation Governing Confidentiality.

3.    I, DIANE K. AGOR-OTAKE, do declare under penalty of law that the foregoing is true and correct.

Dated: Honolulu, Hawaii, _____ JAN 4 2007 _____.

_____
DIANE K. AGOR-OTAKE

- 2 -