IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>         Plaintiff,<br><br>    vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA,<br><br>         Defendants. | CIVIL NO. CV04 00562 SOM BMK<br><br>ORDER GRANTING DEFENDANT K.C. LUM'S *EX PARTE* MOTION FOR AN ORDER ALLOWING EXHIBIT "D" TO DEFENDANT K.C. LUM'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF DEFENDANT K.C. LUM'S MOTION FOR SUMMARY JUDGMENT, FILED ON JANUARY 4, 2007, TO BE FILED UNDER SEAL |

ORDER GRANTING DEFENDANT K.C. LUM'S *EX PARTE* MOTION FOR AN ORDER ALLOWING EXHIBIT "D" TO DEFENDANT K.C. LUM'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF DEFENDANT K.C. LUM'S MOTION FOR SUMMARY JUDGMENT, FILED ON JANUARY 4, 2007, <u>TO BE FILED UNDER SEAL</u>

Pursuant to DEFENDANT K.C. LUM'S *EX PARTE* MOTION FOR AN ORDER ALLOWING EXHIBIT "D" TO DEFENDANT K.C. LUM'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF DEFENDANT K.C. LUM'S MOTION FOR SUMMARY JUDGMENT, FILED ON JANUARY 4, 2007, TO BE FILED UNDER SEAL, and the supporting declarations of counsel, as well as the entire record and file herein,

IT IS HEREBY ORDERED that DEFENDANT K.C. LUM'S *EX PARTE* MOTION FOR AN ORDER ALLOWING EXHIBIT "D" TO DEFENDANT K.C. LUM'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF DEFENDANT K.C. LUM'S MOTION FOR SUMMARY JUDGMENT, FILED ON JANUARY 4, 2007,

TO BE FILED UNDER SEAL is hereby granted.

DATED: Honolulu, Hawaii; January 9, 2007.

/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

---

Darla Abbatiello v. County of Kauai, et al., United States District Court for the District of Hawaii; Civil No. CV 04 00562 SOM BMK; Order Granting Defendant K.C. Lum's Ex Parte Motion for an Order Allowing Exhibit "D" to Defendant K.C. Lum's Separate and Concise Statement of Facts in Support of Defendant K.C. Lum's Motion for Summary Judgment, Filed on January 4, 2007, to be filed Under Seal.