IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04 00562 SOM BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA, | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within was duly mailed to the following individuals at their last known addresses on January 4, 2007:

    MARGERY S. BRONSTER, ESQ.
    JOHN HOSHIBATA, ESQ.
    Suite 2300 Pauahi Tower
    1001 Bishop Street
    Honolulu, Hawaii 96813

    Attorneys for Plaintiff

    DANIEL G. HEMPEY, ESQ.
    3175 Elua Street
    Lihue, Kauai 96766

    Attorney for Plaintiff

    DAVID J. MINKIN, ESQ.
    BECKY T. CHESTNUT, ESQ.
    Five Waterfront Plaza, 4th Floor
    500 Ala Moana Boulevard
    Honolulu, Hawaii 96813

    Attorneys for Defendants
    WILFRED M. IHU, GORDON ISODA
    and DEAN PIGAO

MICHAEL J. McGUIGAN, ESQ.
Pacific Guardian Center, Makai Tower
733 Bishop Street, 24th Floor
Honolulu, Hawaii  96813

Attorney for Defendant
IRVIL KAPUA

LANI D. H. NAKAZAWA, ESQ.
CHRISTIANE L. NAKEA-TRESLER, ESQ.
4444 Rice Street, Suite 220
Lihue, Hawaii  96766

Attorneys for Defendants
COUNTY OF KAUAI and
KAUAI POLICE DEPARTMENT

DATED:   Honolulu, Hawaii, January 4, 2007.

                                  _____
                                  CARY T. TANAKA
                                  DIANE K. AGOR-OTAKE
                                  Attorneys for Defendant
                                  K.C. LUM