IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIV. NO. 04-00562 SOM/BMK |
| | ) | |
| Plaintiff, | ) | ORDER ALLOWING PLAINTIFF TO |
| | ) | FILE AN AMENDED CONCISE |
| vs. | ) | STATEMENT THAT INCORPORATES |
| | ) | BY REFERENCE THE EXHIBITS |
| COUNTY OF KAUAI; KAUAI POLICE | ) | ATTACHED TO THE STRICKEN |
| DEPARTMENT; K.C. LUM; WILFRED | ) | CONCISE STATEMENT FILED ON |
| M. IHU; GORDON ISODA; DEAN | ) | JANUARY 8, 2007 |
| PIGAO; and IRVIL KAPUA, | ) | |
| | ) | |
| Defendants, | ) | |
| _____ | ) | |

ORDER ALLOWING PLAINTIFF TO FILE AN AMENDED CONCISE STATEMENT
THAT INCORPORATES BY REFERENCE THE EXHIBITS ATTACHED TO THE
<u>STRICKEN CONCISE STATEMENT FILED ON JANUARY 8, 2007</u>

On January 10, 2007, this court struck the concise statement filed by Plaintiff Darla Abbatiello on January 8, 2007. In striking the concise statement, the court did not intend to make Plaintiff refile each of the fifty-three (53) exhibits attached to the stricken concise statement. This order clarifies that Plaintiff may incorporate by reference the exhibits previously attached to the stricken concise statement so long as those exhibits do not change. Plaintiff may title her new concise statement something similar to "Amended Separate and Concise statement of Facts that Incorporates by Reference the Exhibits Attached to the Stricken Separate and Concise Statement of Facts Filed on January 8, 2007 [Docket Number 193]." Plaintiff should attempt to electronically link any amended

concise statement with the document filed as Docket Number 193. Plaintiff should deliver another courtesy copy of the exhibits to chambers.

        IT IS SO ORDERED.

        DATED: Honolulu, Hawaii, January 11, 2007.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

Abbatiello v. County of Kauai, et al., Civ. No. 04-00562 SOM/BMK; ORDER ALLOWING PLAINTIFF TO FILE AN AMENDED CONCISE STATEMENT THAT INCORPORATES BY REFERENCE THE EXHIBITS ATTACHED TO THE STRICKEN CONCISE STATEMENT FILED ON JANUARY 8, 2007