LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY          7535
ELIF Z. YARNALL            8293
3175 Elua Street, Suite C
Lihue, Hawaii 96766
Telephone No. (808) 632-0000
Facsimile No. (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER              4750
JOHN HOSHIBATA                   3141
JEANNETTE HOLMES CASTAGNETTI     7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 524-5644
Facsimile No. (808)599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
| | ) |
| Plaintiff, | ) PLAINTIFF'S AMENDED |
| | ) SEPARATE AND CONCISE |
| vs. | ) STATEMENT OF FACTS THAT |
| | ) INCORPORATES BY REFERENCE |
| COUNTY OF KAUAI, KAUAI | ) EXHIBITS "A" - "YY" ATTACHED |
| POLICE DEPARTMENT, K.C. LUM, | ) TO THE STRICKEN SEPARATE |
| WILFRED M. IHU, GORDON | ) AND CONCISE STATEMENT OF |
| ISODA, DEAN PIGAO, IRVIL | ) FACTS FILED ON JANUARY 8, |
| KAPUA, | ) 2007 [DOCKET NUMBER 193]; |
| | ) PLAINTIFF'S AMENDED |
| Defendants. | ) SEPARATE AND CONCISE |

|  |  |
|---|---|
|  | ) STATEMENT OF FACTS; |
|  | ) DECLARATION OF ELIF Z. |
|  | ) YARNALL; CERTIFICATE OF |
|  | ) SERVICE |
|  | ) |
| _____ | ) Trial Date:  May 8, 2007 |

**PLAINTIFF'S AMENDED SEPARATE AND CONCISE
STATEMENT OF FACTS THAT INCORPORATES
BY REFERENCE EXHIBITS "A" - "YY" ATTACHED TO
THE STRICKEN SEPARATE AND CONCISE STATEMENT OF FACTS
<u>FILED ON JANUARY 8, 2007 [DOCKET NUMBER 193]</u>**

Plaintiff Darla Abbatiello ("Plaintiff"), by and through her counsel, Law Office of Daniel G. Hempey and Bronster, Crabtree & Hoshibata, respectfully submits Plaintiff's Amended Separate and Concise Statement of Facts That Incorporates by Reference  Exhibits "A" - "YY" attached to the Stricken Separate and Concise Statement of Facts Filed on January 8, 2007 [Docket Number 193]. Plaintiff's Amended Separate Concise Statement of Facts in support of Plaintiff's Motion for Summary Judgment filed on January 8, 2007, is re-submitted for the court's consideration in compliance and pursuant to the Order Striking Plaintiff's Separate and Concise Statement of Fact ("Order"), and Order Denying Plaintiff's Ex Parte Motion to Exceed Page Limitation for Her Separate and Concise Statement of Facts filed on January 10, 2007.

Pursuant to the Order, Plaintiff's Amended Memorandum in Support of Plaintiff's  Motion for Summary Judgment is filed concurrently in this matter to

2

accurately reflect the corresponding changes to Plaintiff's Amended Separate and Concise Statement of Facts. There are no new factual allegations, new arguments or references to authority not previously cited in the stricken documents. Plaintiff's Exhibits "A" - "YY" attached to Plaintiff's Concise Statement of Facts in Support of Plaintiff's Motion for Summary Judgment on Counts I -VIII of the First Amended Complaint Against Defendant K.C. Lum, and Counts I, II, IV, VI, VII, and VIII Against Defendant Irvil Kapua filed on January 8, 2007 [Docket Number 193], are incorporated in their entirety by reference.

Plaintiff's Motion for Summary Judgment on Counts I -VIII of the First Amended Complaint Against Defendant K.C. Lum, and Counts I, II, IV, VI, VII, and VIII Against Defendant Irvil Kapua filed on January 8, 2007, has been set for hearing on March 12, 2007, at 9:00 am, before the Honorable Susan Oki Mollway.

DATED: Honolulu, Hawaii, January 12, 2007.

      /s/ John Hoshibata
DANIEL HEMPEY
MARGERY S. BRONSTER
JOHN HOSHIBATA
JEANNETTE CASTAGNETTI
Attorneys for Plaintiff
DARLA ABBATIELLO