IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, ) | CIVIL NO. CV04 00562 SOM BMK |
| ) | |
| Plaintiff, ) | PLAINTIFF'S AMENDED |
| ) | SEPARATE AND CONCISE |
| vs. ) | STATEMENT OF FACTS |
| ) | |
| COUNTY OF KAUAI, KAUAI ) | |
| POLICE DEPARTMENT, K.C. LUM, ) | |
| WILFRED M. IHU, GORDON ) | |
| ISODA, DEAN PIGAO, IRVIL ) | Trial Date:  May 8, 2007 |
| KAPUA, ) | |
| Defendants. ) | |
| _____ ) | |

## PLAINTIFF'S AMENDED SEPARATE AND CONCISE STATEMENT OF FACTS

Pursuant to Rule 56.1 of the Local Rules of Practice for the United States District Court for the District of Hawai'i, Plaintiff Darla Abbatiello ("Plaintiff") hereby submits her amended separate and concise statement of facts in support of her Motion for Summary Judgment on Counts I-VIII of the First Amended Complaint Against K.C. Lum and Counts I, II, IV, VI, VII, and VIII of the First Amended Complaint Against Irvil Kapua filed on January 8, 2007.

DATED: Honolulu, Hawaii, January 12, 2007

    /s/  John Hoshibata
Daniel G. Hempey
Margery S. Bronster
John T. Hoshibata
Jeannette Holmes Castagnetti
Attorneys for Plaintiff
DARLA ABBATIELLO

| FACTS | EVIDENCE |
|---|---|
| 1. Plaintiff is a police officer in the Kauai Police Department ("KPD") and was assigned to the Vice division from October 2002 to April 2004. | Ex. D, Declaration of Darla Abbatiello ("Affidavit") at ¶¶ 1, 2 and 65. |
| 2. Defendant K.C. Lum ("Lum") was the Acting Chief of Police or Chief of Police of KPD at all relevant times for this action and was acting within the course and scope of his employment with the County of Kauai ("County"). | Exh. A, County & KPD Answer to First Amended Complaint at ¶ 2 ("County Ans."); Exh. B, K.D. Lum's Answer to First Amended Complaint. ("Lum Answer") at ¶ 1. |
| 3. On December 26, 2003, an arrestee made a statement to Plaintiff that Defendant Irvil Kapua ("Kapua") had been paid $6,000.00 to protect the arrestee and another suspected drug dealer. | Exh. G, 03/08/04 Abbatiello Memo at 4; Exh. N, Memo to Quibilan dated 01/19/03; Exh. E, Transcript of Deposition of Alejandro Quibilan ("Quibilan Depo.") at 22:23 to 23:5 and 27:8-15. |
| 4. Plaintiff reported the allegations of corruption because she felt it was a matter of public concern and importance. | Exh. QQ, Plaintiff's Response to County and KPD's First Request for Answers to Interrogatories and Admissions ("RATI/RFA"). at Interog. 9; Exh. D, Affidavit at ¶¶ 39 and 42. |
| 5. Plaintiff reported these allegations to her superiors, both verbally and in writing, and to the FBI. | Exh. D, Affidavit at ¶¶ 46 and 48; Exh. C, Transcript of Deposition of Wilfred Ihu ("Ihu Depo.") at 11:23 to 12:17; Exh. N, Memo to Quibilan dated 01/19/03. |
| 6. In reaction to Plaintiff's report of alleged corruption, Kapua referred to Plaintiff as a "bitch" and a "cunt" in the workplace. | Exh. D, Affidavit at ¶ 53; Exh. I, Kapua's Response to Request for Admissions ("Kapua RFA") at Adm. 31, 32, 34, and 35; Exh. P, Transcript of Deposition of Gordon Isoda ("Isoda Depo.") at 55:19-25, 56:1-4 and 57:5-12; Exh. T, Transcript of Deposition of Dean Pigao ("Pigao Depo.") at 36:25 to 37:8. |

| FACTS | EVIDENCE |
|---|---|
| 7.  After Plaintiff reported the allegations, Kapua shouted "fuck" or "fuck you" to her while in a public restaurant. | Exh. D, Affidavit. at ¶ 54; Exh. E, Quibilan Depo. at 13:2 to 14:25; Exh. C, Ihu Depo. at 22:23 to 23:6 |
| 8.  In reaction to Plaintiff's report of the allegations of corruption, Kapua threatened Plaintiff while she was alone in a stairwell at the police station and screamed at her, calling her a "bitch" and/or a "cunt". | Exh. D, Affidavit at ¶ 51; Exh. E, Quibilan Depo. at 20:16 to 21:23; Exh. P, Isoda Depo. at 55:19 to 56:4, 57:5-12, 59:17-21; Exh. T, Pigao Depo. at 36:25 to 37:8; Exh. C, Ihu Depo. at 28:17 to 29:2. |
| 9.  Plaintiff was intimidated and scared by Kapua's actions and afraid for her safety. | Exh. D, Affidavit at ¶¶ 54-55, 58, 59, 81, 82 and 84; Exh. R, Transcript of Deposition of Wes Kaui ("Kaui Depo.") at 17:15-25; Exh. E, Quibilan Depo. at 46:25 to 47:24, 58:17 to 59:16. |
| 10. Plaintiff reported Kapua's retaliatory acts to her superiors and requested that he be ordered to stay away from her. | Exh. D, Affidavit at ¶¶ 45, 51, 52, and 56; Exh. C, Ihu Depo. at 22:7 to 23:6; Exh. E, Quibilan Depo. at 20:22 to 22:17; Exh. RR, Lum's Response to Request for Admissions ("Lum RFA") at Adm. 16. |
| 11.  As a result of Kapua's actions and KPD's failure to address Plaintiff's complaints, Plaintiff suffered severe physical stress-related symptoms and was hospitalized. | Exh. D, Affidavit at ¶¶ 40-41. |
| 12. Due to her fear for her safety and KPD's failure to address her complaints, Plaintiff requested a temporary transfer out of Vice division to a location away from Kapua. | Exh. D, Affidavit at ¶¶ 61, 65-66; Exh. E, Quibilan Depo. at 49:19 to 50:7, 75:14-21; Exh. U, Abbatiello Memo dated 3/31/04; Exh. Y, Abbatiello Memo dated 9/14/04. |
| 13.  As a result of the transfer, KPD reduced Plaintiff's pay without her prior knowledge or agreement. | Exh. C, Ihu Depo. at 29:11-22 and 38:12-24; Exh. D, Affidavit at ¶¶ 62, 67-68; Exh. W, Notice from M. Fernandez dated 5/6/04. |
| 14.  On or about April 18, 2004, Plaintiff found a death threat in work dictionary that she reported to her supervisors and the FBI. | Exh. D, Affidavit at ¶¶ 73 to 75; Exh. Z, Abbatiello Memo dated 4/19/04; Exh. O, KPD Response to 1st Request for Admissions ("KPD RFA1") at Adm. 20. |

3

| FACTS | EVIDENCE |
|---|---|
| 15. On April 29, 2004, KPD adopted General Order 2004-2 ("G.O. 2004-2") regarding workplace violence. | Exh. O, KPD RFA1 at Adm. 53. |
| 16. Prior to G.O. 2004-2, KPD was governed by the County's policy on workplace violence which stated that harassment and intimidation in the workplace would not be condoned. | Exh. O, KPD RFA1 at Adm. 54; Exh. TT, County of Kauai Workplace Violence Policy. |
| 17. KPD's policies prohibited Kapua's misconduct and required discipline. | Exh. O, KPD RFA1 at Adm. 36-52. |
| 18. Lum knew or should have known or had information available to him that Kapua had been investigated previously for violations of KPD policies and/or standards of conduct. | Exh. K, Internal Investigation report; Exh. O, KPD RFA1 at Adm. 13; |
| 19. Ihu briefed Lum about the Kapua investigation prior to Lum becoming Acting Chief. | Exh. C, Ihu Depo. at 56:22 to 57:18. |
| 20. Kapua disrupted a meeting between Plaintiff and Lum on or about June 23, 2004. During this meeting, Plaintiff reiterated her fear of retaliation by Kapua. | Exh. D, Affidavit at 80; Exh. B, Lum Answer at ¶ 4(c); Exh. RR (Lum RFA1) at Adm. 16. |
| 21. As a result of Plaintiff's report of alleged corruption, Plaintiff was instructed to avoid passing Kapua's office. Pigao instructed Plaintiff to avoid any contact, either personally or visually, with Kapua at KPD as a result of Kapua's complaints about Plaintiff walking by his office. | Exh. E, Quibilan Depo. at 44:21 to 45:16, 50:19 and 51:5; Exh. D. Affidavit at ¶¶ 84-85. |
| 22. After Plaintiff's meeting with Lum, Kapua yelled because Plaintiff, along with several lieutenants, walked passed his office. | Exh. T, Pigao Depo. at 13:2-10, 20:18 to 21:11. |
| 23. Plaintiff was upset by the policy requiring her to use the back door to avoid Kapua. | Exh. E, Quibilan Depo. at 46:6-8. |
| 24. Lum knew of the order for Plaintiff to avoid Kapua but took no corrective action. | Exh. RR, Lum RFA at Adm. 11, 12, 13, 17 and 18; Exh. T, Pigao Depo. at 30:5-19. |
| 25. Chief Lum has taken no disciplinary action against Kapua. | Exh. D, Affidavit at ¶¶ 71 and 86; Kapua's Response to Request for Admissions ("RFA") at Adm. 40. |

| FACTS | EVIDENCE |
|---|---|
| 26. On April 24, 2005, Plaintiff refused to participate in an illegal strip search and photographing of naked female arrestees and, in May 2005, she reported the improper activities to her superiors, the Kauai County Police Commission, and the FBI. | Exh. AA, Deposition of Eric Caspillo ("Caspillo Depo.") at. 6: 4 to 7:5; Exh. DD, Abbatiello Report dated 5/2/05; Exh. D, Affidavit at ¶ 102, 103, 105, 106 and 108; Exh. EE, Hempey letter dated 5/9/05; Exh. YY, Transcript of Deposition of Lawrence Stem ("Stem Depo.") at 13:23 to 14:3. |
| 27. At all relevant times, there was no KPD General Order or policy governing strip searches and body cavity searches. | Exh. AA, Caspillo Depo. at 8:22 to 9:12; Kaui Depo. at 8:8-15; Exh. P, Isoda Depo. at 85:15-21; Transcript of Deposition of Paul Kanoho ("Kanoho Depo.") at 16:9-21; Exh. YY, Stem Depo. at 16:14-20. |
| 28. Lum attempted to utilize a strip search and photographing policy that was backdated to a date prior to the strip search incident involving Plaintiff. | Exh. KK, Hawaii Police Department G.O. 603; Exh. LL, backdated KPD Strip and Body Cavity Search Policy at P.3, Sec. 4(e). |
| 29. In retaliation for her complaint of the illegal strip search, KPD wrongfully removed Plaintiff as a Field Training Officer ("FTO"), resulting in a loss of compensation to Plaintiff. | Exh. D, Affidavit at ¶ 106-108; Exh. FF, email string dated 5/23/05 and 5/26/05; Exh. GG, Venneman letter dated 7/5/05; Exh. HH, Abbatiello Letter dated 7/22/05; Exh. II, Training Order 05-070; Exh. JJ, Email string dated 9/13/05 & 9/14/05. |
| 30. Plaintiff has been unable to work overtime in cellblock since she was ordered to stay away from Kapua, resulting in a loss of compensation to Plaintiff. | Exh. D, Affidavit at ¶¶ 87-93; Exh. RR, Lum RFA at Adm. 25 and 27; Exh. P, Isoda Depo. at 79:1-9; Exh. YY, Stem Depo. 8: 16-19. |
| 31. Lum invoked his Fifth Amendment privilege against self-incrimination during his deposition in this matter. | Exhibit UU, Transcript of Deposition of K.C. Lum. |
| 32. Kapua invoked his Fifth Amendment privilege against self-incrimination during his deposition in this matter. | Exhibit VV, Transcript of Deposition of Irvil Kapua. |