LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY          7535
ELIF Z. YARNALL           8293
3175 Elua Street, Suite C
Lihue, Hawaii 96766
Telephone No. (808) 632-0000
Facsimile No. (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER            4750
JOHN HOSHIBATA                 3141
JEANNETTE HOLMES CASTAGNETTI   7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 524-5644
Facsimile No. (808)599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04 00562 SOM BMK |
| | ) | |
| Plaintiff, | ) | PLAINTIFF'S AMENDED |
| | ) | MEMORANDUM IN SUPPORT OF |
| vs. | ) | MOTION TO PLAINTIFF'S |
| | ) | MOTION FOR SUMMARY |
| COUNTY OF KAUAI, KAUAI | ) | JUDGMENT ON COUNTS I -VIII OF |
| POLICE DEPARTMENT, K.C. LUM, | ) | THE FIRST AMENDED |
| WILFRED M. IHU, GORDON | ) | COMPLAINT AGAINST |
| ISODA, DEAN PIGAO, IRVIL | ) | DEFENDANT K.C. LUM, AND |
| KAPUA, | ) | COUNTS I, II, IV, VI, VII, AND VIII |
| | ) | AGAINST DEFENDANT IRVIL |
| Defendants. | ) | KAPUA, FILED ON JANUARY 8, |

|  |  |
|---|---|
|  | ) 2007 [DOCKET NUMBER 192]; |
|  | ) AMENDED MEMORANDUM IN |
|  | ) SUPPORT OF MOTION; |
|  | ) CERTIFICATE OF WORD COUNT; |
|  | ) CERTIFICATE OF SERVICE |
|  | ) |
|  | ) Trial Date: May 8, 2007 |
|  | ) |
| _____ | ) |

**PLAINTIFF'S AMENDED MEMORANDUM IN SUPPORT
OF MOTION TO PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT ON COUNTS I -VIII OF THE FIRST AMENDED
COMPLAINT AGAINST DEFENDANT K.C. LUM, AND COUNTS I,
II, IV, VI, VII, AND VIII AGAINST DEFENDANT IRVIL KAPUA,
FILED ON JANUARY 8, 2007 [DOCKET NUMBER 192]**

Plaintiff Darla Abbatiello ("Plaintiff"), by and through her counsel, Law Office of Daniel G. Hempey and Bronster, Crabtree & Hoshibata, respectfully submits Plaintiff's Amended Memorandum in Support of Motion attached to Plaintiff's Motion for Summary Judgment on Counts I -VIII of the First Amended Complaint Against Defendant K.C. Lum, and Counts I, II, IV, VI, VII, and VIII Against Defendant Irvil Kapua, filed on January 8, 2007 [Docket Number 192]. Plaintiff's Amended Memorandum in Support of Motion for Summary Judgment is re-submitted for the court's consideration in compliance and pursuant to the Order Striking Plaintiff's Memorandum in Support of her Motion for Summary Judgment filed on January 10, 2007 ("Order").

Pursuant to the Order, Plaintiff's Amended Memorandum in Support of Motion for Summary Judgment is submitted for the Court's consideration in reference to Plaintiff's Amended Separate and Concise Statement of Facts that Incorporates by Reference the Exhibits "A" - "YY" Attached to the Stricken Separate and Concise Statement of Facts filed January 8, 2007 [Docket Number 193], and is filed concurrently in this matter.  There are no new factual allegations, new arguments or references to authority not previously cited in the stricken documents.  An amended Table of Contents and Table of Authorities have been included to accurately reflect the corresponding changes to the page numbers in the Plaintiff's Amended Memorandum in Support of Motion.

Plaintiff's Motion for Summary Judgment on Counts I -VIII of the First Amended Complaint Against Defendant K.C. Lum, and Counts I, II, IV, VI, VII, and VIII Against Defendant Irvil Kapua filed on January 8, 2007, has been set for hearing on March 12, 2007, at 9:00 am, before the Honorable Susan Oki Mollway.

Dated: Honolulu, Hawaii, January 12, 2007.

     /s/ John Hoshibata
DANIEL HEMPEY
MARGERY S. BRONSTER
JOHN HOSHIBATA
JEANNETTE CASTAGNETTI
Attorneys for Plaintiff
DARLA ABBATIELLO