# **TABLE OF CONTENTS**

TABLE OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ii - v

I.     INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

II.    STANDARD OF REVIEW . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

        A.     Motion for Summary Judgment . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

        B.     Motion to Dismiss . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

III.   ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

        A.     Abbatiello's Federal Law Claims May Not be
                Summarily Dismissed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

                1.     The Garcetti case does not defeat Abbatiello's
                      First Amendment rights; rather, it supports Abbatiello's
                      position that summary judgment for Defendants is not
                      available . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

                2.     Abbatiello's reports concerning Kapua were made
                      as a public citizen; Garcetti is distinguishable
                      on the facts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

                3.     The Freitag case cited by Defendants clearly
                       supports Abbatiello . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

                4.     Defendants conspired to retaliate against Abbatiello
                      after she reported corruption as a public citizen . . . . . . . . . . . 21

        B.     There Is No Qualified Immunity for Defendants . . . . . . . . . . . . . . . 21

        C.     Abbatiello Is Not Barred by Hawaii's Workers' Compensation Act
                from Suing a Fellow Employee for Negligence . . . . . . . . . . . . . . . . 28

        D.     This Court Should Exercise Pendant Jurisdiction over
                The State Law Claims in this Case . . . . . . . . . . . . . . . . . . . . . . . . . 32

IV.   CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

# **TABLE OF AUTHORITIES**

**Cases:**                                                                                                          **Page**

Adickes v. S.H. Kress & Co.,
    398 U.S. 144, 160, 90 S. Ct. 1598, 23 L.Ed.2d 142 (1970) . . . . . . . . . . . . . 8

Aetna Life Ins. v. Alla Med. Services, Inc.,
    855 F.2d 1470, 1474 (9th Cir. 1988) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Barclay v. Michalsky, 451 F.Supp.2d 386 (D. Conn. 2006) . . . . . . . . . . . . . 18, 19

Black v. City and County of Honolulu,
    112 F.Supp.2d 1041, 1046 (D.Haw.2000) . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Burlington Northern & Sante Fe Railway Co. v. White,
    126 S.Ct. 2405 (June 22, 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

Carnegie-Mellon Univ. v. Cohill,
    484 U.S. 343, 108 S. Ct. 614, 98 L.E.2d 720 (1988) . . . . . . . . . . . . . . . . . . 33

Celotex Corp. v. Catrett,
    477 U.S. 317, 106 S.Ct. 2548, 91 L.Ed.2d 265 (1986) . . . . . . . . . . . . . . . . . 8

Conley v. Gibson,
    355 U.S. 41, 45-46, 78 S.Ct. 99, 101-02, 2 L.Ed.2d 80 (1957) . . . . . . . . . 11

Connick v. Myers,
    461 U.S. 138, 103 S.Ct. 1684, 75 L.Ed.2d 708 (1983) . . . . . . . . . . . . . 26, 27

De La Cruz v. Tormey, 582 F.2d 45, 48 (9th Cir. 1978), *cert. denied*,
    441 U.S. 965, 99 S.Ct. 2416, 60 L.Ed.2d 1072 (1979) . . . . . . . . . . . . . . . . 10

E.E. Black Ltd. v. Price-McNemar Construction Co.,
    320 F.2d 663, 666 fn 1 (9th Cir. 1963) . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

**Cases:**                                                                                          **Page**

Ellison v. Northwest Airlines, Inc.,
    938 F.Supp. 1503, 1515 (D.Haw.1996) . . . . . . . . . . . . . . . . . . . . . . . . . 28, 29

Enercomp, Inc. v. McCorhill Publ'g, Inc.,
    873 F.2d 536, 545 (2d Cir. 1989) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

Executive Software North America v. United States Dist. Court,
    24 F.3d 1545, 1552-3 (9th Cir. 1994) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33

Freitag v. Ayers, 468 F.3d 528 (9th Cir. 2006) . . . . . . . . . . . . . . . . . . . . . 19, 20, 21

Garcetti v. Ceballos, 126 S.Ct. 1951 (May 30, 2006),
    1731, 1953, 1954, 1958, 1959-1960, 1961-62 (2006) . . . . . . . 11-20, 27, 36

Gilligan v. Jamco Dev. Corp., 108 F.3d 246, 249 (9th Cir. 1997) . . . . . . . . . . . 11

Graf v. Elgen, 790 F.2d 1341, 1348 (7th Cir. 1986) . . . . . . . . . . . . . . . . . . . . . . . 34

Growth Horizons, Inc. v. Delaware County, Pennsylvania,
    983 F.2d 1277, 1285 (3d Cir. 1993) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

Hal Roach Studios v. Richard Feiner & Co.,
    896 F.2d 1542, 1550 (9th Cir. 1989) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Harlow v. Fitzgerald, 457 U.S. 800, 818 (1982) . . . . . . . . . . . . . . . . . . . . . . . . . 21

High Tech Gays v. Defense Indus. Sec. Clearance Office,
    895 F.2d 563, 574 (9th Cir. 1990) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Hoeft v. Tucson Unified School Dist.,
    967 F.2d 1298, 1301 (9th Cir. 1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Iddings v. Mee-Lee,
    82 Hawai'i 1, 919 P.2d 263 (1996); 82 Hawai'i 5, 919 P.2d 267;
    82 Hawai'i 6, 919 P.2d 268; 82 Hawai'i 7, 919 P.2d 269;
    82 Hawai'i 9, 919 P.2d 271 . . . . . . . . . . . . . . . . . . . . . . . 29, 30, 31, 32

**Cases:**                                                                                          **Page**

Jaress & Leong v. Burt, 150 F.Supp.2d 1058, 1062(D. Haw. 2001) . . . . . . . . . . . 8

Kodrea v. City of Kokomo, Indiana, 2006 WL 1750071 2 (S.D.Ind.) . . . . . . 17, 27

Lewis v. Telephone Employees Credit Union,
    87 F.3d 1537, 1545 (9th Cir. 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Lind v. Grimmer, 859 F.Supp. 1317, 1322 (D. Haw. 1993), aff'd 30 F.3d 1115,
    cert. denied 513 U.S. 1111, 115 S.Ct. 902, 130 L. Ed.2d 786 . . . . . . . . . . 10

Marshall v. University of Hawai'i,
    9 Haw. App. 21, 35, 36, 37 821 P.2d 937, 945, 946 (1991) . . . . . . . . . 28-31

Matsuda v. Wada, 128 F. Supp.2d 659, 671 (D. Haw. 2000) . . . . . . . . . . . . . . . 35

Navarro v. Block, 250 F.3d 729, 731 (9th Cir. 2001) . . . . . . . . . . . . . . . . . . . . . 10

Nissan Fire & Marine Ins. Co., Ltd. v. Fritz Cos., Inc.,
    210 F.3d 1099, 1102-3 (9th Cir. 2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Pickering v. Board of Ed. Of Township High School, 391 U.S. 563, 572-572, 574
    88 S.Ct,. 1731, 20 L.Ed.2d 811 (1968) . . . . . . . . . . . . . . . . . . . . . . 24, 25, 26

Pioneer Hi-Bred Int'l v. Holden Found. Seeds, Inc.,
    35 F.3d 1226, 1242 (8th Cir. 1994) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

Pleasant v. Johnson, 312 N.C. 710, 325 S.E.2d 244, 249 (1985) . . . . . . . . . . . . 30

Rohr v. Nehls, 2006 WL 2927657, 7 (E.D.Wisc.) . . . . . . . . . . . . . . . . . . . . 17, 18

Sensible Traffic Alternatives and Res., Ltd. v. Fed. Transit Admin. of the
    U.S. Dep't of Transp., 307 F. Supp.2d 1149, 1156 (D. Haw. 2004) . . . . . . 8

Skrutsky v. Marut, 2006 WL 2660691 (M.D.Pa.) . . . . . . . . . . . . . . . . . . . . . . . 18

**Cases:**                                                                                                      **Page**

T.W. Elec. Serv., Inc. v. Pac. Elec. Contractors Ass'n.,
    809 F.2d 626, 631 (9th Cir. 1987) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Thomas v. Carpenter, 881 F.2d 828, 829-831 (9th Cir.1989) . . . . . . . . . . . . . . . . 23

Thompson v. City of Tucson Water Department,
    2006 WL 3063500, 1, 4, 7, 9, 10, 11, 12 (D.Ariz.2006) . . . . . 15-17, 22-24

Timm v. Mead Corp., 32 F.3d 273, 277 (7th Cir. 1994) . . . . . . . . . . . . . . . . . . . . 34

Western Reserve Oil & Gas Co. v. New,
    765 F.2d 1428, 1430 (9th Cir. 1985) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Statutes:

Haw. Rev. Stat. § 385-5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
Haw. Rev. Stat. § 386-5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
Haw. Rev. Stat. § 386-8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
Haw. Rev. Stat. § 396-8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

Rules:

Federal Rules of Civil Procedure, Rule 12(b) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
Federal Rules of Civil Procedure, Rule 12(b)(6) . . . . . . . . . . . . . . . . . . . . . . . 9, 11
Federal Rules of Civil Procedure, Rule 12(c) . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Title 28,U.S.C. § 1367 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 33
Title 28,U.S.C. § 1367(c) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33

Other Authorities:

Hawaii Worker's Compensation Act . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 11, 28, 30