IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, ) | CIVIL NO. CV04 00562 SOM BMK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF WORD COUNT |
| ) | |
| vs. ) | |
| ) | |
| COUNTY OF KAUAI, KAUAI ) | |
| POLICE DEPARTMENT, K.C. LUM, ) | |
| WILFRED M. IHU, GORDON ) | Trial Date:   May 8, 2007 |
| ISODA, DEAN PIGAO, IRVIL ) | |
| KAPUA, ) | |
| Defendants. ) | |
| _____ ) | |

CERTIFICATE OF WORD COUNT

I hereby certify, pursuant to Local Rules 7.5(b) and 7.5(e) of the Rules of the United States District Court for the State of Hawaii, that Plaintiff's Memorandum in Opposition to Defendants County of Kauai, Kauai Police Department, Wilred M. Ihu, Gordon Isoda and Dean Pigao's Motion for Summary Judgment On, or in the Alternative Dismissal of Counts I and II of the First Amended Complaint Filed on December 12, 2006, dated January 19, 2007, contains 8,583 words.

DATED:  Honolulu, Hawaii, January 19, 2007.

          /s/ John Hoshibata
DANIEL G. HEMPEY
MARGERY S. BRONSTER
JOHN T. HOSHIBATA
JEANNETTE HOLMES CASTAGNETTI
Attorneys for Plaintiff
DARLA ABBATIELLO