LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY            7535
3175 Elua Street
Lihue, Hawaii  96766
Telephone No.:   (808) 823-0000
Facsimile No.:   (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER        4750
JOHN T. HOSHIBATA          3141
JEANNETTE H. CASTAGNETTI   7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone No.:   (808) 524-5644
Facsimile No.:   (808) 599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
| | ) |
| Plaintiff, | ) PLAINTIFF'S RESPONSE TO |
| | ) DEFENDANTS COUNTY OF |
| vs. | ) KAUAI, KAUAI POLICE |
| | ) DEPARTMENT, WILFRED M. IHU, |
| COUNTY OF KAUAI, KAUAI | ) GORDON ISODA AND DEAN |
| POLICE DEPARTMENT, K.C. LUM, | ) PIGAO'S SEPARATE AND |
| WILFRED M. IHU, GORDON ISODA, | ) CONCISE STATEMENT OF FACTS |
| DEAN PIGAO and  IRVIL KAPUA, | ) IN SUPPORT OF THEIR MOTION |
| | ) FOR SUMMARY JUDGMENT ON, |
| Defendants. | ) OR IN THE ALTERNATIVE, |
| | ) DISMISSAL OF COUNTS I AND II |

)  OF THE FIRST AMENDED
)  COMPLAINT; DECLARATION OF
)  JOHN HOSHIBATA; EXHIBITS "1"
)  TO "32"; CERTIFICATE OF WORD
)  COUNT; CERTIFICATE OF
)  SERVICE
)
)  Date:   February 2, 2006
)  Time:  9:00 a.m.
)  Judge: Susan Oki Mollway
)
_____  )  Trial Date:        May 8, 2007

**PLAINTIFF'S RESPONSE TO DEFENDANTS COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON, OR IN THE ALTERNATIVE, DISMISSAL OF COUNTS I AND II OF THE FIRST AMENDED COMPLAINT**

Pursuant to Rule 56.1(b) of the Local Rules for the United States District Court for the District of Hawaii, Plaintiff Darla Abbatiello ("Plaintiff"), by and through her attorneys, Bronster Crabtree & Hoshibata and the Law Office of Daniel G. Hempey, hereby submits her response to Defendants County of Kauai, Kauai Police Department, Wilfred M. Ihu, Gordon Isoda and Dean Pigao's Separate and Concise Statement of Facts in Support of Their Motion for Summary Judgment On, or in the Alternative, Dismissal of Counts I and II of the First Amended Complaint.

2

In Section A, Plaintiff responds to the purported "facts" set forth in defendants' Separate and Concise Statement of Facts. The numbered paragraphs in that section respond to the corresponding numbered paragraphs in defendants' statement.

In Section B, Plaintiff sets forth additional material facts and supporting evidence that further demonstrates the existence of genuine issues of material fact precluding summary judgment.

SECTION A.

| Defendants' Purported Facts | Plaintiff's Responses |
|---|---|
| 1.  Plaintiff is employed as a police officer at KPD. | Admitted. |
| 2.  Plaintiff's duties in Vice were to investigate drug complaints. | Admitted. |
| 3.  In Vice, Plaintiff investigated A.B. | Admitted. |
| 4.  Plaintiff intended to "flip" A.B. to arrest C.D. | Admitted. |
| 5.  On 12/5/03, Plaintiff obtained a search warrant to search A.B.'s residence. | Admitted. |
| 6.  Kapua told Plaintiff's C.O. that Vice should not work on either A.B. or C.D. | Admitted. |
| 7. On 12/15/03, Plaintiff met with Kapua and A.B. Kapua registered A.B. as a confidential informant. | Disputed. Plaintiff was not present when A.B. was registered as a C.I. Exh.2, Plaintiff's Response to County/ KPD's First Request for Answers to Interrogatories and Admissions ("RATI/RFA") at Adm. 6. |

| | |
|---|---|
| 8. Kapua told Plaintiff that C.D. was "nothing" and "small time." | Admitted. |
| 9. Plaintiff served a search warrant on A.B. on 12/26/03. | Admitted. |
| 10. Plaintiff served a search warrant on A.B. because A.B. was not acting like a C.I. | Admitted. |
| 11. A.B. stated that C.D. paid Kapua $6,000.00 to protect A.B. and C.D. | Admitted. However, A.B. said that it was paid to Kapua through a third party. Exh.3. |
| 12. Plaintiff became distressed after receiving the information because of Kapua's violent temper. | Admitted. |
| 13. Plaintiff feared for her safety. | Admitted. |
| 14. On 1/2/04, Plaintiff reported to E.F., what A.B. told her about Kapua. | Admitted. However, Plaintiff first verbally reported to Lt. E.F. what A.B. said, sometime between 12/26/03 and 1/2/04, (while E.F. was vacationing). Exh. 2, RATI/RFA at Interr. 1, 4 and 6. |
| 15. Plaintiff told E.F. that she feared for her safety. | Admitted. |
| 16. E.F. told Ihu and Isoda that Plaintiff expressed her fear of Kapua and requested that Kapua stay away from her. | Admitted. |
| 17. On 1/19/04, Plaintiff reported the information she received about Kapua's activities in writing to E.F. | Admitted. Exh. 3. |
| 18. E.F. reported Plaintiff's information in writing to Ihu. | Admitted. |

| | |
|---|---|
| 19.  On 4/24/05, Plaintiff was ordered to strip search and photograph two naked female arrestees. | Admitted. |
| 20.  O.P. told Plaintiff he had a search warrant to conduct such searches. | Admitted. |
| 21.  Plaintiff assisted in the search, which yielded negative results for illegal substances. | Admitted |
| 22.  Plaintiff believed it was illegal to photograph the two naked arrestees when they had already been searched with negative results. | Admitted. |
| 23.  Plaintiff refused to photograph the arrestees. | Admitted. |
| 24.  Plaintiff reported the strip search  to U.V. and E.F. | Admitted.  Exh.4. |
| 25.  On 5/9/05, Plaintiff reported the strip search in writing to Lum and the Police | Admitted. |
| 26.  Plaintiff did not personally inform the Commission about the strip search. | Admitted.  Exh. 5. |
| 27.  Plaintiff reported the allegations against Kapua because she feared for her safety and wanted to know what formal actions to take. | Admitted. Plaintiff also reported the allegations as a citizen. Exh. 2, RATI/RFA at Interr. 9, 10, 11 and 12; Exh. 1, Affidavit of Darla Abbatiello ("Affid.") at ¶ 8. |
| 28.  Plaintiff was ordered by a superior to report the allegations against Kapua in writing; she did so. | Admitted. |

| | |
|---|---|
| 29.  Plaintiff reported Kapua's misconduct because she is a police officer who enforces laws against criminal activity. | Admitted.  However, her position as a police officer did not cause her to act any differently than she did as a citizen in reporting Kapua's corruption.  Exh. 1, Affid. at ¶ 8. |
| 30.  Plaintiff reported Kapua's misconduct "as a citizen and resident of Kauai." | Admitted. Exh. 1, Affid. at ¶ 8; RATI/RFA at Interr. 9, 10, 11 and 12. |
| 31.  Plaintiff spoke with SHOPO about temporarily transferring out of Vice. | Admitted. |
| 32.  Plaintiff spoke to Ihu about temporarily transferring out of Vice. | Admitted. |
| 33.  KPD did not have its own policy against workplace violence but was subject to the County of Kauai policy on workplace violence. | Admitted. Exh. 6, KPD Response to First Request for Admissions "KPD RFA1" at Adm. 54; Exh. 7. |
| 34.  Plaintiff lists in her Amended Complaint disciplinary actions that should have been taken against Kapua by KPD. | Admitted. |
| 35.  Plaintiff seeks recovery for her First Amendment claims. | Admitted. |
| 36.  Plaintiff does not allege in the Amended Complaint that she made her reports in her capacity as a citizen. | Disputed. Plaintiff did not specify in the Amended Complaint in what capacity she made the reports. |
| 37.  The first retaliation occurred on or about 4/2/04 when Plaintiff transferred out of Vice  to Patrol. | Disputed.  In January 2004, Kapua yelled obscenities at Plaintiff at KPD. Exh. 8, Kapua's Response to First Request for Admission ("Kapua RFA") at Adm. 31 and 34. |

| | |
|---|---|
| 38.  The final act of retaliation occurred on or about 5/25/05 when Plaintiff was removed from her position as an FTO. | Disputed. Plaintiff continues to suffer retaliation. In December 2006,  Plaintiff was refused an appointment as acting sergeant in favor of a junior patrol officer. Exh. 1, Affid.  at ¶ 19; Exh. 9. |
| 39.  Plaintiff was retaliated against by being refused overtime work in the cellblock. | Admitted. Exh. 1, Affid. at ¶¶ 14, 15, 16. |

SECTION B.

| Facts | Evidentiary Support |
|---|---|
| 40.  There is a known culture of retaliation at KPD. | Exh. 10, Deposition of Stem at 35:1. |
| 41. Plaintiff was told by Pigao that she didn't need to report the corruption by Kapua. | Exh. 1, Affid. at ¶ 9. |
| 42. Plaintiff was employed to investigate illegal drug activities, not to investigate and report misconduct by other police officers; nor was she trained to do so. | Exh. 11; Exh. 1, Affid. at ¶ 3,4; Exh. 12 at Article V-C; Exh. 13. |
| 43.  As an officer inferior to Kapua, Plaintiff was not responsible to supervise or monitor Kapua. | Exh. 12 at Article IV; Exh. 1, Affid. at ¶ 6,7; Exh. 14; Exh. 15. |
| 44.  The law against retaliation was clearly established at the time of Defendants' actions. | Exh.16; Exh. 17 at Section IX. A. |
| 45. KPD employed Plaintiff as an FTO, without SFST training, for over one year, and did not remove her until after she reported Kapua's misconduct. | Exh. 18; Exh. 1, Affid. at ¶ 13; Exh. 19; Exh. 29. |

| | |
|---|---|
| 46. Plaintiff's TRO against Kapua specified he was to avoid contact with Plaintiff at KPD and was to relinquish all firearms to KPD. | Exh. 20. |
| 47. What Plaintiff believed was a temporary, lateral transfer turned out to be a permanent transfer and demotion. | Exh. 21; Exh. 22. |
| 48. Plaintiff was ordered to use the "back door" to avoid Kapua. | Exh. 23. |
| 49. Plaintiff received a death threat and had her service weapon stolen. | Exh. 24; Exh. 25. |
| 50. Lum tried to utilize a strip search and photographing policy that was backdated to a date prior to the strip search incident involving Plaintiff. | Exh. 26 at Section 4(e); Exh. 27 at 56:10 to 57:1. |
| 51. Kapua's actions towards Plaintiff violated KPD's Standards of Conduct. | Exh. 28 at 38:8 to 40:9 and 44:14 to 45:4. |
| 52. It was known that Kapua had a history of threatening other KPD employees. | Exh. 30 at 23:24 to 27:9. |
| 53. Ihu and Lum discussed the situation between Kapua and Plaintiff on multiple occasions. | Exh. 32 at 48:11-21 and 57:17-18. |
| 54. Plaintiff reported the corruption by Kapua to the FBI and SHOPO. | Exh. 1 at ¶ 8. |

DATED: Honolulu, Hawaii, January 19, 2007.

     /S/ John Hoshibata
DANIEL HEMPEY
MARGERY S. BRONSTER
JOHN HOSHIBATA
JEANNETTE HOLMES CASTAGNETTI
Attorneys for Plaintiff
DARLA ABBATIELLO