TO: Lieutenant Alejandre QUIBILAN/Vice Narcotics Commander

FROM: Officer Darla ABBATIELLO/Vice Narcotics Officer

RE: Heather HERRON

On December 26, 2003, this writer executed a search warrant for Heather HERRON. On December 26, 2003 with the assistance of Officer Darren ROSE who also needed to interview Heather regarding a Forgery and Theft case, obtained statements from Heather in respect to all charges for Heather.

After Officer ROSE completed his interview, I then gave Heather her constitutional rights and obtained a verbal statement. Heather related that she wanted to make a statement and was very cooperative. This writer's intention was to obtain a taped statement, however my tape recorder was not working properly.

While interviewing Heather, Heather stated to this writer and with Officer Darren ROSE present that she was not suppose to get arrested because she was told by Craig IWASE, whom she is involved with selling crystal methamphetamine, that they were suppose to be protected because Detective KAPUA was paid off by Craig IWASE. Heather also stated that Detective KAPUA is friends with Dana GONSALVES, Craig NAKAAHIKI, and Leonard KALANI.

Heather stated that at first Craig IWASE was suppose to be set up but instead Detective KAPUA was given $6000.00 to protect Craig. Heather does not know who paid the money to Detective KAPUA but she was told both by Craig IWASE and Dana GONSALVES that KAPUA was protecting them. Heather stated that Detective KAPUA wants Craig's money because he has lots of money. Heather said that Dana GONSALVES told her that KAPUA goes to Dana's house and meets with him.

Heather stated that Detective KAPUA contacted her to be his informant and that she did not contact him. Heather said it was set up by Dana GONSALVES. Heather said she was confused and scared. While Heather was making this statement, she was crying.

At no time did this writer or Officer Darren ROSE ask Heather about Detective KAPUA, Heather just came out and offered the information. No questions were asked by this writer and the incident was reported to Lieutenant Alejandre QUIBILAN upon first contact with this writer.

DA00119

Continued...Da

During the first week of January 2004, this writer was contacted by Stacy IWASAKI on my cellular work telephone and informed this writer that he was informed by Craig IWASE who is presently on parole that Sgt. KAPUA contacted him and told him that there was going to be a warrant served on a Thursday.

Stacy informed this writer that Craig also told him that he left some type of note on his residence door for the Vice unit. Stacy IWASAKI is a parole officer with the State of Hawaii. Stacy informed this writer that he was informed of this information during a regular visit with Craig. Stacy related that he felt that he should inform this writer of the information that he was given by Craig IWASE. Also this writer had no knowledge of the information that Craig IWASE gave to Stacy IWASAKI until Stacy called this writer. This writer did not contact Stacy IWASAKI to obtain any information regarding Craig IWASE or Sgt. Irvil KAPUA. Also this writer again did not ask any more questions regarding the conversation between IWASE and IWASAKI, just confirmed that there was a conversation and that I would have to report this information to my supervisor.

All information that was obtained was reported to Lieutenant Alejandre QUIBILAN and I was informed to submit a report of the information given to me.

SUBMITTED BY:

Darla Abbatiello   Vice/Narcotics

011903