**Law Office of Daniel Hempey**
A Law Corporation
3175 Elua Street, Suite C
Lihue, HI 96766
(808)823-0000 (tel)
(808) 632-2332 (fax)

May 9, 2005

Police Commission Chair and all Commissioners.
Kauai Police Commission
4444 Rice Street, Suite 235
Lihue 96766

Dear Sir or Madam:

    This office represents Kauai police officer Darla Abbatiello. I am enclosing a copy of a report officer Abbatiello has made to her supervisor regarding her refusal to take part in photographing naked female arestees after strip searches were performed on the women. I am forwarding this report so that you may take appropriate action.

    It is my position that any police policy that would permit photographing of suspect's genetalia, especially when no materail evidence has been found there, may run contrary to civil rights guaranteed to Americal citizens.

    Please do not hesitate to contact me if you have any questions in this matter.

                                         Daniel G. Hempey,
                                         Attorney at Law