

Patrol Master Work Schedule — Month of: December 2006