```
                 IN THE UNITED STATES DISTRICT COURT

                          STATE OF HAWAII


DARLA ABBATIELLO,                 ) CIVIL NO. CV04 00562 SOM BMK
                                  )
          Plaintiff,              )
                                  )
     vs.                          )
                                  )
COUNTY OF KAUAI; KAUAI POLICE     )
DEPARTMENT; K.C. LUM,             )
WILFRED M. IDA; GORDON ISODA;     ) Trial Date: May 8, 2007
DEAN PIGAO; IRVIL KAPUA,          ) Time  :    9:00 a.m.
          Defendants.             ) Trial Judge: Susan O.
_____ )              Mollway


                  DEPOSITION OF LAWRENCE STEM

Taken on behalf of PLAINTIFF DARLA ABBATIELLO, at the offices of
Ralph Rosenberg Court Reporters, Inc., c/o Hale & Goldberg,
Lihu`e Plantation Bldg., 2970 Kele Street, Suite 220, Lihu`e,
Hawai`i 96766, commencing at 11:02 a.m., on Tuesday, November 7,
2006, pursuant to notice.


BEFORE:   JOY C. TAHARA, RPR, CSR 408
          Notary Public, State of Hawai`i
```

| | | |
|---|---|---|
| 11:50:21 | 1 | Q. Sort of a two-faced person? |
| 11:50:23 | 2 | A. Yeah. I mean, he's Carl. Everybody gets along with |
| 11:50:27 | 3 | him. You gotta get along with Carl because he's the range |
| 11:50:31 | 4 | master. When you go up to range and shoot, you know, you don't |
| 11:50:36 | 5 | want to be disqualified for a shot that's right there. |
| 11:50:42 | 6 | Q. You believe it's within his character or capability to |
| 11:50:47 | 7 | make a judgment call on your shooting ability go the wrong way |
| 11:50:51 | 8 | if you somehow offend him or he doesn't like you? |
| 11:50:56 | 9 | A. Yeah, it's possible. |
| 11:50:57 | 10 | Q. Does that type of sort of having personal feelings |
| 11:51:08 | 11 | enter into employment decisions, is that a culture that exists |
| 11:51:21 | 12 | in other areas of the Kauai Police Department? |
| 11:51:25 | 13 | MR. TANAKA: Objection. Vague and ambiguous. |
| 11:51:26 | 14 | MR. MINKIN: Lack of Foundation. Calls for |
| 11:51:29 | 15 | speculation. Relevance. |
| 11:51:33 | 16 | MS. NAKEA-TRESLER: Join. |
| 11:51:34 | 17 | Q. You can answer. |
| 11:51:38 | 18 | MR. MINKIN: If you can. |
| 11:51:40 | 19 | A. Yes, I have firsthand knowledge of that. |
| 11:51:43 | 20 | Q. Do you have firsthand knowledge of any kind of a |
| 11:51:46 | 21 | culture of retaliation within the department? |
| 11:51:50 | 22 | MR. TANAKA: Same objections. |
| 11:51:52 | 23 | MR. MINKIN: Join. |
| 11:51:54 | 24 | MS. NAKEA-TRESLER: Join. |
| 11:51:55 | 25 | MR. HEMPEY: You can answer. |

| | |
|---|---|
| 11:51:55  1 | A. Yes. |
| 51:55  2 | Q. What would that be? |
| 11:51:57  3 | A. If you're not viewed as one of the boys, they'll go |
| 11:52:02  4 | after you. |
| 11:52:03  5 | Q. Is it fair to say that there's different factions or |
| 11:52:18  6 | cliques within the Kauai Police Department that -- let's just |
| 11:52:22  7 | leave it at that for the moment. |
| 11:52:23  8 | A. Yes. |
| 11:52:24  9 | Q. How many would you say? |
| 11:52:28 10 | A. Basically two. |
| 11:52:30 11 | Q. How would you describe the two different factions? |
| 11:52:34 12 | A. Those that want to work and make this community |
| 11:52:37 13 | better, and those that don't. |
| 52:39 14 | Q. Which would you consider yourself to be in? |
| 11:52:42 15 | A. The side that wants to work and make this community |
| 11:52:46 16 | better. |
| 11:52:47 17 | Q. Do you have an opinion as to which of those two |
| 11:52:50 18 | characteristics Darla Abbatiello is in? |
| 11:52:51 19 | A. She likes to work and make the community better. |
| 11:52:56 20 | Q. Who, in your opinion, falls into the other group? |
| 11:53:03 21 | MR. MINKIN: Objection. Lack of Foundation. Vague |
| 11:53:08 22 | and ambiguous. If you can answer. |
| 11:53:11 23 | MR. TANAKA: Join. |
| 11:53:15 24 | A. I'd rather not answer that. |
| 11:53:17 25 | Q. I respect that. But I again have to ask you the same |

                    C E R T I F I C A T E

STATE OF HAWAI`I            )
                            ) ss.
CITY AND COUNTY OF HONOLULU )

       I, JOY C. TAHARA, RPR, CSR 408, Notary Public, State of Hawai`i, hereby certify:

       That on Tuesday, November 7, 2006, at 11:02 a.m., before me appeared LAWRENCE STEM, the witness whose deposition is contained herein; and that prior to being examined was duly sworn;

       That I am neither counsel for any of the parties herein nor interested in any way in the outcome of this action;

       That the deposition herein was by me taken down in machine shorthand and thereafter reduced to print via computer-aided transcription; that the foregoing represents, to the best of my ability, a complete and accurate transcript of the testimony of said witness.

       DATED: Honolulu, Hawai`i, November 15, 2006.

                             _____
                             Notary Public, State of Hawai`i

                             My commission expires: 10/11/10