MAY 5 2004

| DEPARTMENT OF PERSONNEL SERVICES<br>COUNTY OF KAUAI<br><br>**POSITION DESCRIPTION** | Permanent ☒   Temporary ☐<br>1. Position No. 577   Type: Full-Time ☒ Part-Time ☐<br>2. Present Class & SR/WB: POLICE SERVICES OFFICER II, PO-9<br>3. Department POLICE   Div. PATROL SERVICES BUREAU<br>4. Physical Location: LIHUE, HI<br>5. Incumbent: ABBATIELLO, DARLA J. |
|---|---|

6. REQUESTED ACTION / FUNDING (Initial Allocation Only)
☐ New Position Initial Allocation   ☒ Change in Duties & Responsibilities Reallocation   ☐ Redescription Review   Effective Date: 04/04/2004
Requested Class Allocation: POLICE OFFICER I   Salary Range: PO-7   Wage Board:

### 7. DUTIES OF THE POSITION

List each duty assigned to the position separately. Arrange these duties in logical order beginning with those performed most frequently and followed by those performed occasionally. Be clear, complete, and concise. Stick to statements of fact; avoid the use of vague or general terms. Give an estimate of the average amount of time spent in performing each major duty. If a reallocation of the position is requested, show the exact changes in duties, reasons for these changes and the exact date when these changes occurred. If more space is needed, use a blank sheet and attach to this form.

Show % of Time

**INTRODUCTION**

Patrols a designated geographical area to prevent and detect crime, protect life and property, and preserve the public peace through proper enforcement of all laws and ordinances.

**DUTIES AND RESPONSIBILITIES**

| | | |
|---|---|---|
| 1. | Independently patrol a designated geographical area in a vehicle equipped with police and emergency equipment or on foot. (A) | 30% |
| 2. | Respond to all emergencies on immediate notice whether assigned by radio, telephone, or direct contact from citizens. (A) | 15% |
| 3. | Independently and/or collectively conduct investigations of all complaints such as misdemeanors, felonies, traffic accidents and violations on or off the public highways. (A) | 10% |
| 4. | Interview witnesses, suspects, and/or suspicious persons. (A) | 5% |
| 5. | Arrest and process arrested persons. Transport prisoners from point to point. (A) | 5% |
| 6. | Prepare and submit detailed reports of investigations and all activities during tour of duty. (A) | 5% |
| 7. | Respond to hold-up and other emergency alarms. Physically checks and secures the area of concern. (A) | 5% |
| 8. | Conduct investigation of non-criminal matters such as fire, industrial accident; drowning, death and all other request for police services. (A) | 5% |
| 9. | Testifies in court. (A) | 5% |
| 10. | Check for parking and traffic violations; monitor traffic and cite traffic violators; direct traffic. (A) | 5% |

ATTACHMENT

8. Unusual isolation, hazards, physical hardship (describe)
Subject to physical dangers while performing police duties.

**FOR CIVIL SERVICE USE ONLY**

ACTION TAKEN
☐ INITIAL ALLOCATION   ☒ REALLOCATION   ☐ CHANGE IN CLASS TITLE   ☐ NO CHANGE   ☐ REDESCRIPTION REVIEW
To Class: Police Officer I   Salary Range PO-7   Wage Board ___
Effective Date: 4/4/04   Date of Action: 5/6/04

DA00128

Director of Personnel Services

SEE OTHER SIDE
WHITE – Personnel Services' Copy   PINK – Department's Copy   YELLOW – Employee's Copy

| 9. | SUPERVISION RECEIVED Give the name and position title of the immediate supervisor of this position |
|---|---|
| Name | Title POLICE SERGEANT |

| 10. | RESPONSIBILITIES OF THE POSITION |
|---|---|

a. **Supervisory Responsibilities**
Give the names and the position titles of the employees being supervised. supervisory responsibilities implies the control of the work of other employees. This control may be exercised in assigning work, reviewing work, taking disciplinary action against those supervised, training them or recommending them for promotion. show the extend and nature of supervision exercised. If no employees are supervised, write "None" in this place.

| Name | Title | Nature of Supervision |
|---|---|---|
| | NONE | |

b. **Other Responsibilities**
Explain any other responsibilities which you have not shown in 7, "Duties of the Position" or in 10a, supervisory Responsibilities", such as any responsibilities for : custody, control or accountability for money, or real property; custody, and well-being of inmates, wards or patients, enforcement of statutes, rules or regulations. Indicate extent of responsibilities such as number of wards, amount of money, kind of law, etc.

c. **Tools and Equipment** List any tools or equipment used.
Vehicle equipped with police and emergency equipment; Smith & Wesson 4046 semi-automatic pistol; pepper spray; handcuff; baton; fingerprint kit; portable radio; strol-o-meter; typewriter; computer, fax machine

**CERTIFICATE OF EMPLOYEE** I certify that the foregoing answers describe this position accurately and completely.

Employee's Signature_____ Date_____

| 12. | STATEMENT OF IMMEDIATE SUPERVISOR |
|---|---|

a. Comment on statements of employees. Indicate any exceptions or additions.

b. Describe the nature and extent of supervision which you exercise over this position.

c. Indicate the qualifications absolutely necessary to perform the duties of the position. Keep in mind the position itself and the qualifications a new employee must bring to the position rather than the qualifications of the employee who now occupies it.

| Education-General: (Check highest year) | (Elementary and high school) | Basic Qualifications Necessary for Work Performance |
|---|---|---|
| | | ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 ☐11 ☒12 |
| Special or Professional: | (College) ☐1 ☐2 ☐3 ☐4 | ☐1 ☐2 ☐3 ☐4 Kind: |
| Work Experience-Kind and length in years | A combination of education and experience substantially equivalent to graduation from high school and one year of experience as a Police Services Officer. | |
| Knowledge, skill and abilities | Knowledge of police principles, practices, methods and techniques; the geography of the County of Kauai; the economic, social and racial composition of the community; the standard rules, policies and procedures of the Kauai Police Deparment; pertinent County, State, and Federal laws and ordinances; the laws of arrest and court procedures.<br><br>Ability to interpret and explain laws, ordinances, rules, and regulations; apply police principles, practices, methods, and techniques; follow oral and written instructions; deal courteously but firmly with the general public; keep records and prepare reports. | |
| Physical requirements | Must meet the health and physical condition standards deemed necessary and proper for performance of the duties. (Physical Effort Grouping: Special) | |

d. License or Certificates Required: Valid State of Hawaii driver's license

**CERTIFICATE OF IMMEDIATE SUPERVISOR** I certify that the above statements are accurate and complete.

Immediate Supervisor's Signature x _____ Date _____

| 14. | STATEMENT OF DEPARTMENT HEAD |
|---|---|

Indicate any inaccuracies or statements with which you disagree. Please comment on the basic qualifications suggested by the supervisor.

**CERTIFCATE OF THE DEPARTMENT HEAD** I certify that the above statements are accurate and complete to the best of my knowledge.

Department Head's Signature x _____ Date 1-28-04

Any Additional Comments Required:

DA00129

POSITION DESCRIPTION
POLICE OFFICER I, PO-7
Position No. 577

| DUTIES OF THE POSITION | Show % of Time |
|---|---|
| **DUTIES AND RESPONSIBILITIES** (continue) | |
| 11. Safeguard property and protect crime scenes. (A) | 5% |
| 12. Serve legal documents such as warrants, subpoena, temporary restraining order, and penal summon. (A) | 5% |
| 13. Render first aid when required. (A) | |
| 14. Familiarize self with information contained in police bulletins, administrative orders, general orders, assignment sheets, and other source of information. | |
| 15. Review and investigate beat conditions. Report unsafe conditions, recommending corrective action as required. | |
| 16. Check for and lift latent prints. | |
| 17. Attend in-service, roll call training, and specialized training when assigned. | |
| 18. Qualifies twice a year with the departmental firearm. | |
| 19. Perform other related duties as required. | |
| SPECIAL WORKING CONDITIONS: Subject to work holidays, weekends, and shift. | |

DA00130

ATTACHMENT