#254

| COUNTY OF KAUAI<br>DEPARTMENT OF PERSONNEL SERVICES<br>PAYROLL CERTIFICATION | CHECK ONE: ___ NEW<br>X CHANGE |
|---|---|

| DEPARTMENT: POLICE | DIVISION: INVESTIGATIVE SERVICES BUREAU |
|---|---|

### PART I: DEMOGRAPHICS

| EMPLOYEE NAME: (LAST, FIRST, MI)<br>KAPUA, IRVIL K. | SOCIAL SECURITY NUMBER:<br>REDACTED |
|---|---|
| HOME ADDRESS: | MARITAL STATUS: ___ SINGLE<br>X MARRIED |
| MAILING ADDRESS:<br>REDACTED | DATE OF BIRTH: 08-31-40   SEX(M/F): M<br>WORK PHONE: |

### PART II: STATUS/POSITION

| SALARY ACCOUNT FUND: | DPT/DIV/ACT: | | ELE/OBJ: | PCT: |
|---|---|---|---|---|
| NEW CLASS: POLICE SERGEANT | | | POSITION NUMBER: 393 | 6095 |
| GRADE: PO-11/611 | STEP: C/3 | RATE: 3,242/38,904 | EFFECTIVE DATE: 08-11-96 | |
| FORMER CLASS: DETECTIVE | | | POSITION NUMBER: 504 | 6085 |
| GRADE: PO-11/611 | STEP: C/3 | RATE: 3,242/38,904 | WORK LOCATION: LS | |
| DATE OF HIRE: 08-18-86 | PAY FREQ(SM/SS): SM | | FULL/PART TIME: FT | |
| TOTAL SERVICE DATE: 08-18-86 | SCHEDULE HOURS: PI | | ADDITIONAL PAY CODE: P2 | AMOUNT: 37.50/75 |
| JPR DATE: 08-18-96 | BU: 12 | | ADDITIONAL HOURLY RATES: | 2ND SHIFT: |
| STEP MOVE DATE: 08-18-86 | BU CODE: PM | | 3RD SHIFT: | PREMIUM: |

18.70

### PART III: MISCELLANEOUS INFORMATION

| ETHNIC CODE: B | US CITIZEN(Y/N): Y | LIMITED ENGLISH(Y/N): | VETERAN(Y/N): |
|---|---|---|---|
| EDUCATION: | | | ERS CODE: 4D |
| DRIVERS LICENSE TYPE: | NUMBER: | | EXP DATE: |

| TYPE OF APPOINTMENT: | BASIS OF CHANGE: | | |
|---|---|---|---|
| ___ PROVISIONAL  ___ EXEMPT | ___ PROMOTION | ___ SUSPENSION | |
| ___ PROBATIONARY  ___ POSITION | ___ LV OF ABSENCE | ___ TRANSFER | ___ DEMOTION |
| ___ INITIAL | ___ CLASS RETITLED | ___ REPRICING | ___ REINSTATEMENT |
| ___ NEW | ___ PAY INCREASE | ___ LONGEVITY | ___ REALLOCATION |
| ___ SHORT TIME  ___ OTHER | ___ SEPARATION | ___ INCREMENT | ___ HAZARD PAY |
| ___ LIMITED TERM | X Reassignment | | |
| X PERMANENT | TYPE OF SEPARATION: | ___ RESIGNATION | |
| ___ PERSONAL SERVICE | ___ DISMISSAL | ___ TERMINATION OF APPOINTMENT | |
| ___ CONTRACT | ___ DEATH | ___ TERMINATION OF CONTRACT | |
| ___ TEMPORARY | ___ RETIREMENT | ___ LEAVE FOR MORE THAN 12 MONTHS | |
| | ___ LAYOFF | | |

REASON(S): Effective 08-11-96 reassignment pursuant to BU 12 Collective Bargaining Agreement, Article 20, from Adult Section to Vice.

| EMERGENCY CONTACT: (LAST, FIRST, MI) | RELATIONSHIP: |
|---|---|
| | PHONE NUMBER:(808)   OTHER:(808) |

| ACCRUALS: | COMP TIME | VACATION | SICK | MILITARY LEAVE |
|---|---|---|---|---|

### PART IV: APPROVALS

| APPOINTING AUTHORITY | DEPARTMENT HEAD | DATE: 08-12-96 |
|---|---|---|
| CERTIFICATION BY DPS<br>AUG 15 1996 | DIRECTOR OF PERSONNEL SERVICES | DATE: 8/20/96 |

COUNTY OF KAUAI
PERSONNEL SERVICES
White-Appointing Authority's Copy    Green-Retirement System Copy    Pink-Finance Department Copy
Blue-Personnel Services Records Division Copy    Canary-Employee's Copy    Gold-Personnel Services Copy

1621.00
37.50