# DEPARTMENT OF PERSONNEL SERVICES
## COUNTY OF KAUAI
4444 RICE STREET, SUITE 140
LIHUE, HI 96766

Date: May 6, 2004

TO:           **KAUA'I POLICE DEPARTMENT**

FROM:       **MALCOLM C. FERNANDEZ, DIRECTOR OF PERSONNEL SERVICES**

SUBJECT:   **REALLOCATION (END OF TR)**

Position No.(s)  577          Incumbent(s)  Darla Abbatiello

Reallocation from  Police Officer II                                          PO-9

Reallocation to:

New Class  _____

          Salary Range Assigned  _____

          Wage Board Assigned  _____

Existing Class  Police Officer I

          Salary Range Assigned  PO-7

          Wage Board Assigned  _____

Effective Date of Reallocation  4/4/04

Note:  You may appeal this action within twenty (20) calendar days from the date of this notice.

_____
Director of Personnel Services

Attachment:   Position Description   ☒ Pink
                                     ☒ Yellow

              Class Specification

cc: Finance Department
    Incumbent

# COUNTY OF KAUA
## DEPARTMENT OF PERSONNEL SERVICES
### PAYROLL CERTIFICATION

**DPS USE:**
- ☐ Audit HTE
- ☐ Status Maintenance
- ☐ Status History
- ☐ Position Control
- ☐ Employee History
- ☐ Roster

ISLAND – 4
EMPLOYER – 05

| DEPARTMENT | DIVISION |
|---|---|
| 10 POLICE | **PATROL SERVICES BUREAU** |

## PART I: DEMOGRAPHICS

| EMPLOYEE'S NAME (LAST, FIRST, MI) | SOCIAL SECURITY NUMBER | EMPLOYEE NUMBER |
|---|---|---|
| ABBATIELLO, DARLA J. | 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 | 201 |

**MAILING ADDRESS**
P O BOX 112
WAIMEA, HI 96796

**RESIDENCE ADDRESS**

| MARITAL STATUS | SEX | DATE OF BIRTH | PHONE NUMBER–RESIDENCE | PHONE NUMBER–WORK |
|---|---|---|---|---|
| ☒ SINGLE ☐ MARRIED | ☐ MALE ☒ FEMALE | 12/04/1959 | | |

## PART II: STATUS/POSITION

**EXPENSE DISTRIBUTION (ACCT FUND-DEPT/DIV-ACCT.ELE/OBJ)**
001-10-01-551.01-01 100.00% - - . - % - - . - %

| NEW CLASS TITLE | AUTHORIZED POSITION NUMBER | POSITION CLASS CODE |
|---|---|---|
| **POLICE OFFICER I** | 577 | 6075 |

| GRADE | STEP | HOURLY RATE | SEMI-MONTHLY RATE | MONTHLY RATE | ANNUAL |
|---|---|---|---|---|---|
| PO-7/607 | C/3 | $19.51 | $1,691.00 | $3,382.00 | $40,584.00 |

| FORMER CLASS TITLE | AUTHORIZED POSITION NUMBER | POSITION CLASS CODE |
|---|---|---|
| POLICE OFFICER II | 577 | 6076 |

| GRADE | STEP | HOURLY RATE | SEMI-MONTHLY RATE | MONTHLY RATE | ANNUAL |
|---|---|---|---|---|---|
| PO-9/609 | C/3 | $21.12 | $1,830.50 | $3,661.00 | $43,932.00 |

| DATE OF HIRE | | SCHEDULED HOURS | EFFECTIVE DATE OF ACTION |
|---|---|---|---|
| 10/09/1989 | ☒ FULL TIME ☐ PART TIME 100.00% FTE | PI | 04/04/2004 |

| TOTAL SERVICE DATE | EMPLOYMENT STATUS CODE | ADD PAY CODE/TYPE | AMOUNT | HOW PAID | 2ND SHIFT |
|---|---|---|---|---|---|
| 10/09/1989 | CS-Civil Service Permanent | P1 | $75.00 | MONTHLY | |

| ADJUSTED STEP MOVEMENT DATE | EUTF BU CODE | ADD PAY CODE/TYPE | AMOUNT | HOW PAID | 3RD SHIFT |
|---|---|---|---|---|---|
| 07/01/1994 | 12 Included | | | | |

| NEXT STEP MOVEMENT DATE | GROUP CODE | | 4TH SHIFT |
|---|---|---|---|
| 07/01/2004 | PM 12 Perm CS; Incl | | |

## PART III: MISCELLANEOUS INFORMATION

| ETHNIC CODE | U.S. CITIZEN | LIMITED ENGLISH | VETERAN | EEO FUNCTION | EEO CATEGORY | ERS CODE |
|---|---|---|---|---|---|---|
| A (White) | ☒Yes ☐No | ☐Yes ☒No | ☐Yes ☐No | 04 POL PROT | 04 PROT SVC | 4D |

| EDUCATION | Next 4 fields – Drug/Alcohol random test employee only: | ☐ Add to Test Pool ☐ Delete from Test Pool | DRIVER'S LICENSE TYPE | DRIVER'S LICENSE NO. | EXPIRATION DATE |
|---|---|---|---|---|---|
| | | | | | |

**TYPE OF APPOINTMENT**

CIVIL SERVICE APPOINTMENT:
- ☐ Initial Probation
- ☐ New Probation
- ☒ Permanent Civil Service Member
- ☐ Temporary Appointment
- ☐ Temporary Appt-Civ Svc Member

NON-CIVIL SERVICE APPOINTMENT:
- ☐ Contract
- ☐ Elected
- ☐ Emergency – NTE ten (10) working days
- ☐ Exempt
- ☐ Provisional (pending establishment of eligible list)
- ☐ Short Term (89 days or 37 weeks @ 19.50 hrs/week)

**BASIS OF CHANGE**
- ☐ Class Re-titled
- ☐ Correction
- ☐ Demotion
- ☐ Increment
- ☐ Lv of Absence/Authorize
- ☐ Lv of Absence/Unauthorize
- ☐ Longevity
- ☐ Pay Increase
- ☐ Promotion
- ☐ Reallocation
- ☐ Reinstatement
- ☐ Repricing
- ☐ Rescind
- ☐ Separation (see below)
- ☐ Suspension
- ☒ Transfer
- ☐ Other:

**SEPARATION TYPE**
- ☐ Death
- ☐ Dismissal
- ☐ Layoff/Reduction in Force
- ☐ Leave More than 12 months
- ☐ Resignation
- ☐ Retirement
- ☐ Termination Contract
- ☐ Termination Appointment
- ☐ Other:

**REMARKS:** ☐ AMENDED

Effective 04/04/2004, transfer to Patrol Services Bureau, Squad 2, Waimea from Investigative Services Bureau, Vice Section, pursuant to BU12 Collective Bargaining Agreement, Article 20. Termination of temporary, upward reallocation at the close of business 04/03/2004. Change Add Pay Code and Amount to P1, $75, from P2, $85

**ACCRUALS:**
☒ COMP TIME CT ☒ VACATION RG - REG 14HR  Vacation Accrual Hours Type:  ☒ SICK LEAVE RG - REG 14HR  Sick Accrual Hours Type:  ☐ MILITARY LV

| APPOINTING AUTHORITY APPROVAL | APPOINTING AUTHORITY: | DATE: |
|---|---|---|
| I certify that, to the best of my knowledge, the personnel action(s) shown above have been taken in accordance with the movement of the pay and rules governing Civil Service, Classification, and Compensation laws and rules of the County of Kauai and approval of the action herein. | x | 04/26/2004 |
| CERTIFICATION BY DEPARTMENT OF PERSONNEL SERVICES ... this appointment, in-service change, or separation is in accordance with the provisions of the Civil Service and Compensation Laws and the rules, regulations ... thereunder. | DIRECTOR OF PERSONNEL SERVICES: | DATE: 5/6/04 |

| ORIGINAL - App Appointing Authority | COPY 1 - Employee | COPY 3 & 4 - Personnel Services | Semi-monthly rate: $1,691.00 |
|---|---|---|---|
| | COPY 2 - Finance | COPY 5 - Retirement System | Add Pay semi-mo.: $37.50 |

APR 3 0 2004
COUNTY OF KAUAI
PERSONNEL SERVICES

DPS-1 (REVISED 11/2003)

DA00743