TO: Lieutenant Roy ASHER/ Waimea District Commander

FROM: Officer Darla ABBATIELLO/Waimea District, Patrol

RE: Websters's New World Dictionary

VIA: Chain of Command

On Sunday April 18, 2004 at approximately 1000 hours, I was at the Waimea Substation completing a 48 hour packet for TROUTE, Elisa, when I was informed by Officer Arnel PURISIMA that by the word "DEATH" in my (DARLA) dictionary, it had my name. I took my dictionary from PURISIMA and observed in my name Darla ABBATIELLO in red ink, with an arrow pointing from the word "death" towards my name. There were also three red colored arrows pointing to this particular page.

The Webster's New World Dictionary is my personal one with my name in black in and my badge number on the bottom, showing clearing that the book belongs to me. I purchased this dictionary when I first was transferred to the Vice/Narcotics Unit and the book was at my desk since approximately November 2003. I have used my dictionary on several occasions because I do not use spell check on the computer. I know that my name was not in my dictionary approximately 3-4 four months ago. I recently transferred from Vice/Narcotics back to Patrol Services Bureau, Waimea District, because of a complaint I made regarding violence in the work place. I had my dictionary at the Waimea substation for about two days sitting on one of the desk in the main office. Other then that, it was only at my desk in the Vice/Narcotics unit or in my patrol vehicle. I feel that this was written in my dictionary prior to coming back to the Waimea Substation. I have not had any problems with anyone at the Waimea substation.

At this time, I do feel threatened for my life and I am very upset about this matter. I feel that it is a direct threat towards me as a police officer and in the HRS 707-0716, Terroristic Threatening in the First Degree, subsection (C). It appears that someone intentionally did write my name in my personal dictionary by the word "DEATH." It appears who ever wrote this wants me DEAD.

At this time I am requesting that the matter be looked into, because I do feel there is threat towards my life.

Submitted By:

Darla Abbatiello/Waimea Patrol Services/041904

DA00132