```
 1                IN THE UNITED STATES DISTRICT COURT
 2                         STATE OF HAWAII
 3
 4   DARLA ABBATIELLO,              ) CIVIL NO. CV04 00562 SOM BMK
 5              Plaintiff,           )
 6          vs.                      )
 7   COUNTY OF KAUAI; KAUAI POLICE   )
 8   DEPARTMENT; K.C. LUM,           )
 9   WILFRED M. IDA; GORDON ISODA;   ) Trial Date: May 8, 2007
10   DEAN PIGAO; IRVIL KAPUA,        ) Time     :    9:00 a.m.
11              Defendants.          ) Trial Judge: Susan O.
12   _____   )             Mollway
13
14                    DEPOSITION OF PAUL KANOHO
15   Taken on behalf of PLAINTIFF DARLA ABBATIELLO, at the offices of
16   Ralph Rosenberg Court Reporters, Inc., c/o Hale & Goldberg,
17   Lihu`e Plantation Bldg., 2970 Kele Street, Suite 220, Lihu`e,
18   Hawai`i 96766, commencing at 9:02 a.m., on Wednesday,
19   November 8, 2006, pursuant to notice.
20
21   BEFORE:   JOY C. TAHARA, RPR, CSR 408
22             Notary Public, State of Hawai`i
23
24
25
```

| | |
|---|---|
| 10:43:24  1 | A. Yes. And that was the assumption on my part. |
| 10:43:27  2 | De Busca did not relay that to me directly, neither did the |
| 10:43:32  3 | chief or any of the assistant chiefs. |
| 10:43:35  4 | Q. Did anybody agree with that, or did you discuss that |
| 10:43:40  5 | assumption with anybody? |
| 10:43:44  6 | A. I'm not sure what the feelings were from the assistant |
| 10:43:49  7 | chiefs or not. I don't recall any specific conversations with |
| 10:43:52  8 | them about that particular topic of it. That was just there was |
| 10:43:58  9 | perhaps a need for this policy. |
| 10:44:01 10 | Q. Did you discuss your assumption that it had, the |
| 10:44:06 11 | difference in dates had something to do with the strip search |
| 10:44:10 12 | incident? Did you discuss that assumption with anybody? |
| 10:44:13 13 | A. I don't recall having any specific dialogue. It was |
| 10:44:19 14 | something that it did come to my mind. I made the assumption |
| 10:44:24 15 | that maybe this is for that. |
| 10:44:28 16 | Q. Did you have any question in your mind about whether |
| 10:44:32 17 | that was appropriate or not? |
| 10:44:34 18 | A. I didn't evaluate it for that. I just made the note |
| 10:44:39 19 | that it was presented to me with the date on there. |
| 10:44:45 20 | Q. As somebody with a long history of being a police |
| 10:44:50 21 | officer, did you find that suspicious? |
| 10:44:58 22 | A. I wasn't sure if they were trying to address the need |
| 10:45:04 23 | for a policy. And I guess you're trying to allude to predating |
| 10:45:10 24 | something so that it would be in place at a specific time. |
| 10:45:14 25 | Q. It would be -- |

1  A.  That thought crossed my mind, yes, when I was
2  presented it.  But I can only make that assumption.  There is no
3  direct dialogue between De Busca or the chief or anyone else,
4  that, hey, we need this to cover our okoles.
5  Q.  And you didn't discuss that with anybody?
6  A.  I don't recall having that particular conversation,
7  especially with the chief or the deputy.  I may have talked to
8  the assistant chiefs, Arinaga and Isoda.  I don't recall
9  specific dialogue though, but --
10  Q.  Let me ask it this way.  Did you talk to either
11  Arinaga or Isoda after the strip search incident involving Darla
12  Abbatiello and Vicki Fonoimoana?
13  A.  Not after that alleged incident, no.
14  (Interruption at door.)
15  UNIDENTIFIED SPEAKER:  Michael Green on the line.
16  (Discussion off the record, 10:47 a.m. to 10:50 a.m.)
17  Q.  Do you know if it is, Lieutenant, if it is standard
18  practice of the Kauai Police Department to obtain a warrant
19  prior to conducting a strip search?
20  A.  Procedurally, if it's for a strip search and depending
21  on the situation, the only other thing I can think of if there's
22  some exigent circumstance requiring, you know, terrorist type of
23  thing or perhaps somebody's got some potential for some device
24  or something or some substance because of all the WMD stuff.
25  But normally we would seek a warrant for that type of search.

1                    C E R T I F I C A T E

2

3    STATE OF HAWAI`I                    )
4                                        ) ss.
5    CITY AND COUNTY OF HONOLULU         )

6         I, JOY C. TAHARA, RPR, CSR 408, Notary Public, State
7    of Hawai`i, hereby certify:
8         That on Wednesday, November 8, 2006, at 9:02 a.m.,
9    before me appeared PAUL KANOHO, the witness whose deposition is
10   contained herein; and that prior to being examined was duly
11   sworn;
12        That I am neither counsel for any of the parties
13   herein nor interested in any way in the outcome of this action;
14        That the deposition herein was by me taken down in
15   machine shorthand and thereafter reduced to print via
16   computer-aided transcription; that the foregoing represents, to
17   the best of my ability, a complete and accurate transcript of
18   the testimony of said witness.
19        DATED:  Honolulu, Hawai`i, November 17, 2006.
20
21
22                          _____
                            Notary Public, State of Hawai`i
23                          My commission expires: 10/11/10
24
25