### Christiane Nakea-Tresler

**From:** Ron Venneman
**Sent:** Wednesday, May 25, 2005 12:49 PM
**To:** Christiane Nakea-Tresler
**Subject:** REDACTED Search

Christiane -

On Monday, May 2, 2005, I received a telephone call from First Deputy Prosecuting Attorney Richard Minatoya informing me that he had received what he felt was an inappropriate telephone call from Officer Darla Abbatiello on Friday, April 29, 2005, in which she told him that he was "stupid" and had no common sense. That he didn't know the law, advising KPD Narcotics Officers to photograph what she referred to as a "cavity search" without having a Search Warrant. Officer Abbatiello was insistent that the searches had been done without a Search Warrant, even though the First Deputy assured her several times that he had reviewed the Application for Search Warrant and personally contacted Judge Senda and made arrangements for the Narcotics Officers her to meet with her, for her review and signing of the Search Warrant, which included the persons of REDACTED. Officer Abbatiello could not or would not accept the First Deputies explanation claiming REDACTED had already been searched by Captain Regina Ventura and that she had refused to participate in the search and photographing of the REDACTED with Sergeant Vicki Fonoimoana and now she was being sued because of this.

Already being aware of the ongoing criminal investigations of REDACTED and the execution of the Search Warrant on their persons, I was concerned about inappropriateness of Officer Abbatiello calling the First Deputy directly and calling him "stupid", questioning his knowledge of the law, and his ability to give advise and asked that he forward something in writing to me.

The below e-mail was forwarded to me by Richard Minatoya in response to my request for the information in writing.

Ron

> -----Original Message-----
> **From:** Richard Minatoya
> **Sent:** Monday, May 02, 2005 1:43 PM
> **To:** Ron Venneman
> **Cc:** Lawrence Stern; Darren Rose; Wesley Perreira; Mike Contrades; Craig DeCosta
> **Subject:** FW: REDACTED Search
>
> Ron:
>
> Per our conversation, I'm sending this to you. Please contact me if you need more information.
>
> Richard
>
> P.S. – I did see Judge Senda over the weekend and she did say that she signed the warrant.
>
> ............................................................................
>
> The information contained in this electronic mail message is confidential information intended only for the use of the individual(s) or entity named above, and may be privileged. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify me by telephone (808) 241-1888, and delete the original message. Thank you.



**RICHARD K. MINATOYA, ESQ.**
First Deputy Prosecuting Attorney
Office of the Prosecuting Attorney, County of Kauai
3990 Kaana Street, Suite 210
Lihue, Hawaii 96766
Telephone: (808) 241-1888
Fax: (808) 241-1758
Email: rminatoya@kauai.hawaii.gov

**From:** Richard Minatoya
**Sent:** Friday, April 29, 2005 4:06 PM
**To:** Lawrence Stem; Darren Rose; Wesley Perreira; Mike Contrades
**Cc:** Craig DeCosta
**Subject:** REDACTED    Search

Darla called me today. She said that she got sued by REDACTED for being involved in the body search and photographing. She essentially said that I was stupid ("didn't have common sense" was the term) for telling you folks that photographing was ok. I told her I said ok because Larry told me that with males, the procedure was to photograph the process, so I said the procedure should be equally applied. She also said that there was no search warrant. I told her that I reviewed the application and called Judge Senda to let her know the application was going to her Sunday night. She also said that she NEVER gets involved with this type of search, contrary to what I was told. She also said that Wilcox should be the one searching, but I told her Wilcox refuses to do so. She said we shouldn't either. She also said that Regina previously searched them anyway.

I'd like to meet with all of you to discuss this, because what she told me is 180° from what I was told. Perhaps we should meet for our scheduled 8:15 meeting on Tuesday.

The information contained in this electronic mail message is confidential information intended only for the use of the individual(s) or entity named above, and may be privileged. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify me by telephone (808) 241-1888, and delete the original message. Thank you.



**RICHARD K. MINATOYA, ESQ.**
First Deputy Prosecuting Attorney
Office of the Prosecuting Attorney, County of Kauai
3990 Kaana Street, Suite 210
Lihue, Hawaii 96766
Telephone: (808) 241-1888
Fax: (808) 241-1758
Email: rminatoya@kauai.hawaii.gov

7/27/2005