```
 1              IN THE UNITED STATES DISTRICT COURT
 2                        STATE OF HAWAII
 3
 4   DARLA ABBATIELLO,              ) CIVIL NO. CV04 00562 SOM BMK
 5                 Plaintiff,       )
 6            vs.                   )
 7   COUNTY OF KAUAI; KAUAI POLICE  )
 8   DEPARTMENT; K.C. LUM,          )
 9   WILFRED M. IHU; GORDON ISODA;  ) Trial Date:   May 8, 2007
10   DEAN PIGAO; IRVIL KAPUA,       ) Time:         9:00 a.m.
11                 Defendants.      ) Trial Judge:  Susan O.
12                                  )               Mollway
13
14               DEPOSITION OF GORDON ISODA
15   Taken on behalf of PLAINTIFF DARLA ABBATIELLO, at the offices of
16   Ralph Rosenberg Court Reporters, Inc., Lihu`e Plantation Bldg.,
17   2970 Kele Street, Ste. 207, Lihu`e, Hawai`i 96766, commencing at
18   9:45 a.m., on Friday, October 13, 2006, pursuant to second
19   amended notice.
20
21   BEFORE:   JOY C. TAHARA, RPR, CSR 408
22             Notary Public, State of Hawai`i
23
24
25
```

RECEIVED
OCT 23 2006

| | | |
|---|---|---|
| 10:13:58 | 1 | Q.   As far as you know, what is the nature of the criminal |
| 14:02 | 2 | investigation of Ofr. Kapua? |
| 10:14:04 | 3 | A.   I don't know. |
| 10:14:10 | 4 | Q.   Do you know whether it has anything to do with |
| 10:14:14 | 5 | narcotics? |
| 10:14:14 | 6 | A.   I don't know. |
| 10:14:16 | 7 | Q.   So at the present time, you're aware of an |
| 10:14:20 | 8 | administrative internal investigation of Ofr. Kapua which is |
| 10:14:24 | 9 | being supervised by Lt. Asher, and a criminal investigation of |
| 10:14:34 | 10 | Ofr. Kapua which is being supervised by Acting Lt. Wes Kaui; is |
| 10:14:38 | 11 | that correct? |
| 10:14:38 | 12 | MR. MINKIN:  Objection.  Misstates the testimony. |
| 10:14:40 | 13 | You're indicating that these are ongoing investigations, and the |
| 14:44 | 14 | witness has said he doesn't know if they're still ongoing or |
| 10:14:46 | 15 | not. |
| 10:14:48 | 16 | Q.   Is that correct? |
| 10:14:48 | 17 | A.   I don't know if it's ongoing. |
| 10:14:54 | 18 | Q.   I take then that you don't know of the result of any |
| 10:14:58 | 19 | criminal investigations of Ofr. Kapua? |
| 10:15:00 | 20 | A.   No. |
| 10:15:04 | 21 | Q.   You know if the criminal investigation of Ofr. Kapua |
| 10:15:10 | 22 | also involves Ofr. Abbatiello in any way? |
| 10:15:10 | 23 | A.   I don't know what it involves. |
| 10:15:24 | 24 | Q.   Are you aware of an incident in which Ofr. Kapua |
| 10:15:32 | 25 | threatened two police dispatchers at the police dispatch office? |

| Time | Line | | |
|---|---|---|---|
| 10:15:40 | 1 | | MR. McGUIGAN: Objection. Lacks foundation. |
| 15:42 | 2 | | MR. MINKIN: If you know. |
| 10:15:42 | 3 | A. | Yes. |
| 10:15:44 | 4 | Q. | Yes? |
| 10:15:44 | 5 | A. | I don't know if he threatened 'em, but that's the |
| 10:15:46 | 6 | | allegation that came out of it. |
| 10:15:46 | 7 | Q. | Approximately when was the allegation made? |
| 10:15:56 | 8 | A. | Late '90s, I think. |
| 10:15:58 | 9 | Q. | Were you supervising Ofr. Kapua at that time? |
| 10:16:12 | 10 | A. | No. |
| 10:16:14 | 11 | Q. | At that time, what was your rank and your duty? |
| 10:16:26 | 12 | A. | I think I was in Patrol Administration. I was a |
| 10:16:30 | 13 | | lieutenant in Patrol. |
| 16:30 | 14 | Q. | In Patrol? |
| 10:16:34 | 15 | A. | Yeah. |
| 10:16:36 | 16 | Q. | Were you supervising Ofr. Kapua at that time in any |
| 10:16:42 | 17 | | way as a lieutenant in Patrol? |
| 10:16:46 | 18 | A. | Directly supervising? No. |
| 10:16:50 | 19 | Q. | Well, directly supervising I take it in Patrol would |
| 10:16:52 | 20 | | have been a sergeant, right? |
| 10:16:54 | 21 | A. | I was a lieutenant at that time. |
| 10:16:56 | 22 | Q. | Correct. Were you his watch lieutenant? |
| 10:17:00 | 23 | A. | No. |
| 10:17:04 | 24 | Q. | As a lieutenant at that time, did you have any kind of |
| 10:17:08 | 25 | | responsibility over Ofr. Kapua at the time of the police |

```
10:17:12   1    dispatch incident?
 17:14     2              MR. MINKIN:  Objection.  Vague and ambiguous.  As a
10:17:16   3    lieutenant in the hierarchy, there's a chain on command so there
10:17:20   4    may be some responsibility.  But vague and ambiguous without
10:17:22   5    further foundation.
10:17:26   6         Q.   I'm trying to explore exactly what Mr. Minkin spoke
10:17:30   7    about is as a lieutenant, you were a lieutenant at the time.
10:17:34   8    You were a lieutenant in Patrol.  Officer Kapua was a patrol
10:17:38   9    officer in Patrol.
10:17:40  10              MR. MINKIN:  Objection.  I don't believe that there's
10:17:42  11    been testimony that in the late '90s that he was in Patrol as an
10:17:46  12    officer.  We don't know what his rank was.
10:17:48  13         Q.   At the time of this alleged incident with police
 17:52    14    dispatch, was Ofr. Kapua in Patrol?
10:17:54  15              MR. MINKIN:  If you know.
10:17:56  16         A.   Yeah, he was in Patrol.
10:18:00  17         Q.   Keeping in mind that there is a chain of command
10:18:06  18    between patrol officer, sergeant, and lieutenant in the Patrol
10:18:10  19    Services Bureau, did you at the time of the dispatch incident
10:18:14  20    have any kind of supervisory responsibilities or duties over
10:18:20  21    Ofr. Kapua?
10:18:24  22         A.   No.
10:18:28  23         Q.   Tell me what you know about the police dispatch
10:18:32  24    incident.
10:18:34  25         A.   All I know is he was upset that the dispatchers
```

```
10:18:42   1    were -- instead of when a call would come in, instead of giving
10:18:48   2    the call out on the air so the sergeant could hear the call, the
10:18:52   3    dispatchers would call the officer by phone and tell them about
10:18:56   4    the call and they would go to the call.  And he felt that it was
10:19:00   5    not right because the sergeant didn't know what the men were
10:19:02   6    doing.
10:19:04   7         Q.   Was Ofr. Kapua at that time part of dispatch or was he
10:19:10   8    part of dispatch?
10:19:12   9         A.   No.
10:19:14  10         Q.   So Ofr. Kapua became upset about the way these calls
10:19:20  11    were being handled by the dispatchers, right?
10:19:22  12         A.   The way it was being sent to the officers, assigned to
10:19:26  13    the officers.
10:19:26  14         Q.   So what happened as a result of that?
10:19:30  15         A.   I guess when he spoke to the dispatcher, that he
10:19:34  16    didn't want it done that way.
10:19:34  17         Q.   You say you guess he spoke to the dispatcher.  Do you
10:19:38  18    know in fact that he went to talk to the dispatchers?
10:19:40  19         A.   Yeah.  He spoke to dispatchers and he told 'em he
10:19:44  20    doesn't want it that way.  He felt that the call should be aired
10:19:48  21    on the air so he knew where his officers were going and what
10:19:50  22    they were being assigned to.
10:19:50  23         Q.   Were you there when he spoke with the dispatchers?
10:19:52  24         A.   No.
10:19:54  25         Q.   Were you on duty when he went to speak to the
```

| | | |
|---|---|---|
| 10:19:58 | 1 | dispatchers? |
| 10:19:58 | 2 | A.  I cannot recall. |
| 10:20:00 | 3 | Q.  When he went to speak with the dispatchers, do you |
| 10:20:06 | 4 | know whether or not he threatened them verbally? |
| 10:20:08 | 5 | MR. McGUIGAN:  Objection.  Lacks foundation. |
| 10:20:10 | 6 | A.  That I don't know. |
| 10:20:12 | 7 | Q.  Do you know whether he placed his hand on his service |
| 10:20:16 | 8 | weapon as he was speaking with the police dispatchers? |
| 10:20:28 | 9 | A.  From what I understand, he had his hand on his gun. |
| 10:20:32 | 10 | That's it. |
| 10:20:32 | 11 | Q.  Did he draw his gun? |
| 10:20:36 | 12 | A.  No, I don't think so. |
| 10:20:44 | 13 | Q.  Who gave you information about or how do you know that |
| 10:20:48 | 14 | he had his hand on his gun during this incident? |
| 10:20:54 | 15 | A.  I can't recall that now. |
| 10:20:58 | 16 | Q.  You weren't there, so somebody told you about it; is |
| 10:21:00 | 17 | that right? |
| 10:21:00 | 18 | A.  Either that or I read about it or somebody told me |
| 10:21:04 | 19 | about it. |
| 10:21:06 | 20 | Q.  Do you know if Ofr. Kapua was investigated for that, |
| 10:21:12 | 21 | either administratively internally, or criminally? |
| 10:21:18 | 22 | A.  I cannot answer.  I don't recall. |
| 10:21:22 | 23 | Q.  Do you know whether he was disciplined in any respect, |
| 10:21:24 | 24 | in any manner, for that dispatch incident? |
| 10:21:28 | 25 | A.  That I don't know. |

```
 1                    C E R T I F I C A T E
 2
 3    STATE OF HAWAI`I                    )
 4                                        ) ss.
 5    CITY AND COUNTY OF HONOLULU         )
 6         I, JOY C. TAHARA, RPR, CSR 408, Notary Public, State
 7    of Hawai`i, hereby certify:
 8         That on Friday, October 13, 2006, at 9:45 a.m., before
 9    me appeared GORDON ISODA, the witness whose deposition is
10    contained herein; and that prior to being examined was duly
11    sworn;
12         That I am neither counsel for any of the parties
13    herein nor interested in any way in the outcome of this action;
14         That the deposition herein was by me taken down in
15    machine shorthand and thereafter reduced to print via
16    computer-aided transcription; that the foregoing represents, to
17    the best of my ability, a complete and accurate transcript of
18    the testimony of said witness.
19         DATED:  Honolulu, Hawai`i,  October 21, 2006 .
20
21                            _____
22                            Notary Public, State of Hawai`i
23                            My commission expires: 10/11/10
24
25
```

RALPH ROSENBERG COURT REPORTERS, INC.
Honolulu, Hawaii (808) 524-2090