Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                      STATE OF HAWAII
 3
 4   DARLA ABBATIELLO,              ) CIVIL NO. CV04 00562 SOM BMK
 5             Plaintiff,           )
 6        vs.                       )
 7   COUNTY OF KAUAI; KAUAI POLICE  )
 8   DEPARTMENT; K.C. LUM,          )
 9   WILFRED M. IHU; GORDON ISODA;  ) Trial Date:  May 8, 2007
10   DEAN PIGAO; IRVIL KAPUA,       ) Time:        9:00 a.m.
11             Defendants.          ) Trial Judge: Susan O.
12                                  )              Mollway
13
14              DEPOSITION OF WILFRED IHU
15   Taken on behalf of PLAINTIFF DARLA ABBATIELLO, at the offices of
16   Ralph Rosenberg Court Reporters, Inc., Lihu`e Plantation Bldg.,
17   2970 Kele Street, Ste. 207, Lihu`e, Hawai`i 96766, commencing at
18   9:31 a.m., on Saturday, October 14, 2006, pursuant to second
19   amended notice.
20
21   BEFORE:  JOY C. TAHARA, RPR, CSR 408
22           Notary Public, State of Hawai`i
23
24
25
```

RECEIVED
OCT 2 2006

| | | |
|---|---|---|
| 10:59:30 | 1 | A. Half an hour to an hour. |
| 10:59:32 | 2 | Q. For the record, Mr. Minkin and the witness are |
| 10:59:46 | 3 | chatting, and would you like to add something? |
| 10:59:50 | 4 | A. My leaving the department, didn't leave the department |
| 10:59:54 | 5 | without any people in senior ranks. You still had the assistant |
| 10:59:58 | 6 | chiefs there, so I'm sure that as soon as Lum became chief, he |
| 11:00:02 | 7 | had a lot of meetings with the assistant chiefs. So he could be |
| 11:00:06 | 8 | apprised of what was going on. |
| 11:00:08 | 9 | Q. But you weren't in any of those meetings? |
| 11:00:14 | 10 | A. No. |
| 11:00:14 | 11 | Q. We'll concentrate on what you and Lum discussed for a |
| 11:00:18 | 12 | little while now. During any of your meetings during the month |
| 11:00:22 | 13 | of April 2004 with K.C. Lum, was the situation between Kapua and |
| 11:00:32 | 14 | Abbatiello discussed? |
| 11:00:34 | 15 | A. Yes. |
| 11:00:36 | 16 | Q. You testified three or four meetings. Do you know, |
| 11:00:42 | 17 | was it discussed in the first meeting? |
| 11:00:44 | 18 | A. I'm sure, yes. |
| 11:00:50 | 19 | Q. Is it fair to say was it discussed in either meetings |
| 11:00:54 | 20 | as well? |
| 11:00:54 | 21 | A. It may have been. I'm not sure. |
| 11:01:00 | 22 | Q. What was discussed? |
| 11:01:04 | 23 | A. I was updating Lt. Lum at that time of things that |
| 11:01:12 | 24 | were currently happening within the department, and I informed |
| 11:01:14 | 25 | him that he should be aware that there is a criminal and |

```
11:16:50   1    administrative investigation and that he needed, once he became
11:16:54   2    chief, to meet with the investigators and find out where they
11:16:58   3    were and what status the investigations were at.
11:17:02   4         Q.   You suggested that he meet with them?
11:17:06   5         A.   Yes.  I never told him specifics of the investigation.
11:17:12   6    He did not have a need to know or the right to know at that
11:17:14   7    time.
11:17:16   8         Q.   But before K.C. Lum took over as chief, is it correct
11:17:20   9    to say that you told him essentially that it was important that
11:17:26  10    he talk to Wes Kaui and Roy Asher about these investigations?
11:17:34  11         A.   That's correct.
11:17:38  12         Q.   Did he appear to understand when you told him that?
11:17:44  13              MR. TANAKA:  Objection.  Lacks foundation.  Calls for
11:17:48  14    speculation.
11:17:50  15              THE WITNESS:  Can I answer?
11:17:50  16              MR. MINKIN:  If you can.
11:17:52  17         A.   When I told him about the Kapua investigation, and
11:17:54  18    then his reaction was that's the one I'm worried about.
11:18:00  19         Q.   Do you know what he meant by that?
11:18:06  20         A.   No, I don't.
11:18:10  21         Q.   When was, was this in April '04?
11:18:14  22         A.   It could have been --
11:18:16  23         Q.   -- when he said that?
11:18:16  24         A.   It would have been in April, yes.
11:18:18  25         Q.   Did you follow up on what you mean by that?  Did you
```

1                     C E R T I F I C A T E

2

3    STATE OF HAWAI`I                    )
4                                        ) ss.
5    CITY AND COUNTY OF HONOLULU         )

6         I, JOY C. TAHARA, RPR, CSR 408, Notary Public, State
7    of Hawai`i, hereby certify:
8         That on Saturday, October 14, 2006, at 9:31 a.m.,
9    before me appeared WILFRED IHU, the witness whose deposition is
10   contained herein; and that prior to being examined was duly
11   sworn;
12        That I am neither counsel for any of the parties
13   herein nor interested in any way in the outcome of this action;
14        That the deposition herein was by me taken down in
15   machine shorthand and thereafter reduced to print via
16   computer-aided transcription; that the foregoing represents, to
17   the best of my ability, a complete and accurate transcript of
18   the testimony of said witness.
19        DATED:  Honolulu, Hawai`i, __October 21, 2006__.
20

21                          _____Joy C. Tahara_____
22                          Notary Public, State of Hawai`i
23                          My commission expires: 10/11/10
24
25