IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
| | ) |
| Plaintiff, | ) CERTIFICATE OF WORD COUNT |
| | ) |
| vs. | ) |
| | ) |
| COUNTY OF KAUAI, KAUAI | ) |
| POLICE DEPARTMENT, K.C. LUM, | ) |
| WILFRED M. IHU, GORDON | ) Trial Date:  May 8, 2007 |
| ISODA, DEAN PIGAO, IRVIL | ) |
| KAPUA, | ) |
| Defendants. | ) |
| _____ | ) |

CERTIFICATE OF WORD COUNT

I hereby certify, pursuant to Local Rules 7.5(b) and 7.5(e) of the Rules

of the United States District Court for the State of Hawaii, that Plaintiff's

Response to Defendants County of Kauai, Kauai Police Department, Wilfred

M. Ihu, Gordon Isoda and Dean Pigao's Separate and Concise Statement of

Facts in Support of Their Motion for Summary Judgment on, or in the

Alternative, Dismissal of Counts I and II of the First Amended Complaint,

dated January 19, 2007, contains 1,383 words.

DATED:  Honolulu, Hawaii, January 19, 2007.

         /s/ John Hoshibata
        DANIEL G. HEMPEY
        MARGERY S. BRONSTER
        JOHN T. HOSHIBATA
        JEANNETTE HOLMES CASTAGNETTI
        Attorneys for Plaintiff
        DARLA ABBATIELLO