IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) |
| | ) |
| COUNTY OF KAUAI, KAUAI POLICE | ) |
| DEPARTMENT, K.C. LUM, WILFRED | ) |
| M. IHU, GORDON ISODA, DEAN | ) |
| PIGAO, IRVIL KAPUA, | ) |
| | ) |
| Defendants. | ) |
| | ) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 19, 2007, a true and correct

copy of the foregoing document was served on the following parties by electronic

filing via CM/ECF, and by U.S. Mail in the manner specified below:

DANIEL G. HEMPEY, ESQ.                         U.S. MAIL
ELIF Z. YARNALL, ESQ.
Law Office of Daniel G. Hempey
3175 Elua Street
Lihue, Hawaii 96766
    Attorneys for Plaintiff
    DARLA ABBATIELLO

MICHAEL J. McGUIGAN, ESQ.                      Mjm@roplaw.com
Reinwald O'Connor & Playdon LLP
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
    Attorney for Defendant
    IRVIL KAPUA

DAVID J. MINKIN, ESQ.                    minkin@m4law.com
BECKY T. CHESTNUT, ESQ.                  chestnut@m4law.com
LISA W. CATALDO, ESQ.                    cataldo@m4law.com
KARA M.L. YOUNG, ESQ.
McCorriston Miller Mukai MacKinnon LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
        Attorneys for Defendants
        K.C. LUM, WILFRED M. IHU,
        GORDON ISODA and DEAN PIGAO


CHRISTIANE L. NAKEA-TRESLER, ESQ.        cntresler@kauai.gov
Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Hawaii  96766
        Attorneys for Defendants
        COUNTY OF KAUAI and
        KAUAI POLICE DEPARTMENT


CARY T. TANAKA, ESQ.                     carytanaka@aol.com
Fort Street Tower, Suite 510
745 Fort Street
Honolulu, Hawaii   96813
        Attorney for Defendant and
        Third-Party Plaintiff K.C. LUM


        DATED:  Honolulu, Hawaii, January 19, 2007.


                        /s/ John Hoshibata
                       DANIEL G. HEMPEY
                       MARGERY S. BRONSTER
                       JOHN T. HOSHIBATA
                       JEANNETTE HOLMES CASTAGNETTI
                       Attorneys for Plaintiff
                       DARLA ABBATIELLO

2