IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04-00562 SOM BMK ) |
| Plaintiff, | ) DECLARATION OF DAVID J. ) MINKIN |
| vs. | ) ) |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## DECLARATION OF DAVID J. MINKIN

1.  I am an attorney with the law firm of McCorriston Miller Mukai MacKinnon LLP, attorneys for Defendants County of Kaua`i, Kaua`i Police Department, Wilfred M. Ihu, Gordon Isoda, and Dean Pigao (collectively "Defendants"). I make this declaration in support of Defendants' Reply Memorandum in support of their Motion for Summary Judgment on, or in the Alternative Dismissal of, Counts I and II of the First Amended Complaint, and Dismissal of Counts V and VII of the First Amended Complaint (filed December 12, 2006) ("Motion").

2.  I have reviewed the documents attached as exhibits attached to *Plaintiff's Response to Defendants County of Kaua`i, Kaua`i Police Department,*

154411.1

*Wilfred M. Ihu, Gordon Isoda, and Dean Pigao's Separate and Concise Statement of Fact in Support of the Motion for Summary Judgment on, or in the Alternative Dismissal of, Counts I and II of the First Amended Complaint, and Dismissal of Counts V and VII of the First Amended Complaint* ("Plaintiff's SC"). Exhibits 3, 5, 11, 12, 13, 19, 20, 24, and 25 to Plaintiff's SC are Bates stamped with the prefix "DA." The "DA" prefix has been used by Plaintiff throughout this litigation to identify documents produced by Plaintiff.

       3. Prior to the filing of Plaintiff's SC, Plaintiff did not produce to Defendants the documents at Exhibits 3, 5, 11, 12, 13, 19, 20, 24, and 25, although they would appear to be responsive to requests for production of documents propounded long ago in this litigation, and otherwise are subject to mandatory production pursuant to Court rule. In addition, Plaintiff has not provided a privilege log to record or support her withholding of these documents.

       4. Because Plaintiff has withheld these documents in violation of Rule 34 of the Federal Rules of Civil Procedure, Plaintiff should be precluded from relying upon them for purposes of the Motion.

      I declare under penalty of law that the foregoing is true and correct.

      DATED: Honolulu, Hawai`i, _____January 26, 2007_____

                            /s/ David J. Minkin
                            DAVID J. MINKIN