IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DARLA ABBATIELLO, ) | CIVIL NO. CV04-00562 SOM BMK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF WORD COUNT |
| ) | |
| vs. ) | |
| ) | |
| COUNTY OF KAUAI, KAUAI ) | |
| POLICE DEPARTMENT, K.C. LUM, ) | |
| WILFRED M. IHU, GORDON ) | |
| ISODA, DEAN PIGAO, IRVIL ) | |
| KAPUA, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

CERTIFICATE OF WORD COUNT

I hereby certify, pursuant to Local Rules 7.5(c) and (e), that the REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS COUNTY OF KAUA`I, KAUA`I POLICE DEPARTMENT, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION FOR SUMMARY JUDGMENT ON, OR IN THE ALTERNATIVE DISMISSAL OF, COUNTS I AND II OF THE FIRST AMENDED COMPLAINT, AND DISMISSAL OF COUNTS V AND VII OF

2

THE FIRST AMENDED COMPLAINT (FILED ON 12/12/06) contains 4,290 words.

DATED: Honolulu, Hawai`i, _____January 26, 2007_____

/s/ David J. Minkin
DAVID J. MINKIN
BECKY T. CHESTNUT
KARA M.L. YOUNG

Attorneys for Defendants
COUNTY OF KAUA`I, KAUA`I POLICE DEPARTMENT, WILFRED M. IHU, GORDON ISODA, and DEAN PIGAO