CHRISTIANE L. NAKEA-TRESLER        4857-0
Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Hawai`i 96766
Telephone: (808) 241-6315
Facsimile: (808) 241-6319
Email: cntresler@kauai.gov

Attorneys for Defendants COUNTY OF KAUA`I
and KAUA`I POLICE DEPARTMENT

McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN                    3639-0
BECKY T. CHESTNUT                  7756-0
KARA M.L. YOUNG                    8411-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293
Email: minkin@m4law.com

Attorneys for Defendants COUNTY OF KAUA`I,
KAUA`I POLICE DEPARTMENT, WILFRED M. IHU,
GORDON ISODA and DEAN PIGAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| DARLA ABBATIELLO, | ) | CIVIL NO. CV04-00562 SOM BMK |
|---|---|---|
| Plaintiff, | ) ) ) | DEFENDANTS COUNTY OF KAUA`I, KAUA`I POLICE |
| vs. | ) ) ) | DEPARTMENT, WILFRED M. IHU, GORDON ISODA, AND DEAN |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, | ) ) | PIGAO'S <u>SUPPLEMENTAL</u> SEPARATE AND CONCISE |

154658.1

| | |
|---|---|
| WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>            Defendants. | ) STATEMENT OF FACTS IN<br>) SUPPORT OF THEIR REPLY<br>) MEMORANDUM IN SUPPORT OF<br>) THEIR MOTION FOR SUMMARY<br>) JUDGMENT ON, OR IN THE<br>) ALTERNATIVE DISMISSAL OF,<br>) COUNTS I AND II OF THE FIRST<br>) AMENDED COMPLAINT, AND<br>) DISMISSAL OF COUNTS V AND<br>) VII OF THE FIRST AMENDED<br>) COMPLAINT (FILED ON 12/12/06);<br>) DECLARATION OF GORDON<br>) ISODA; EXHIBIT "C";<br>) CERTIFICATE OF SERVICE<br>)<br>) **TRIAL: MAY 8, 2007** |

DEFENDANTS COUNTY OF KAUA`I, KAUA`I POLICE DEPARTMENT, WILFRED M. IHU, GORDON ISODA, AND DEAN PIGAO'S <u>SUPPLEMENTAL</u> SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF THEIR REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON, OR IN THE ALTERNATIVE DISMISSAL OF, COUNTS I AND II OF THE FIRST AMENDED COMPLAINT, AND DISMISSAL OF COUNTS V AND <u>VII OF THE FIRST AMENDED COMPLAINT (FILED ON 12/12/06)</u>

Pursuant to Rule 56.1 of the Local Rules of Practice for the United States District Court for the District of Hawai`i, Defendants County of Kaua`i, Kaua`i Police Department, Wilfred M. Ihu, Gordon Isoda, and Dean Pigao (collectively "Defendants") hereby submit their supplemental separate and concise statement of facts in support of their Reply Memorandum in Support of Their Motion for Summary Judgment on, or in the Alternative Dismissal of, Counts I and II of the First Amended Complaint (filed on 12/12/06).

154658.1                                            2

| FACTS | EVIDENCE |
|---|---|
| 55. The KPD Standards of Conduct requires officers to identify criminal offenders and criminal activity. | KPD Standards of Conduct (Exhibit "C") at 8 |
| 56. The KPD Standards of Conduct requires officers receiving unlawful, unjust or improper orders to make a report in writing to the Chief of Police. | KPD Standards of Conduct (Exhibit "C") at 10 |
| 57. Pursuant to KPD Standards of Conduct, Plaintiff made a "proper" written complaint about the order that she photograph of female arrestees. | 1st Am. Compl., (Exhibit "A") at 16 ¶ 75 |
| 58. Plaintiff admits she was on duty when she reported Kaupa's alleged corruption. | Answers to Interrogatories (Exhibit "B") at 6, Admission 12 |
| 59. Plaintiff claims only that her "actions in reporting misconduct and violations of the law to her superiors constituted her exercise of her constitutionally protected freedom of speech." | 1st Am. Compl. (Exhibit "A") at 19 ¶ 90. |

DATED:  Honolulu, Hawai`i, _____January 26, 2007_____


/s/ David J. Minkin
DAVID J. MINKIN
BECKY T. CHESTNUT
KARA M.L. YOUNG

Attorneys for Defendants
COUNTY OF KAUA`I, KAUA`I POLICE DEPARTMENT, WILFRED M. IHU, GORDON ISODA, and DEAN PIGAO