IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04-00562 SOM BMK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF GORDON |
| | ) | ISODA; EXHIBIT "C" |
| vs. | ) | |
| | ) | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF GORDON ISODA

GORDON ISODA hereby declares that:

1. I am the Acting Deputy Chief of the Kaua`i Police Department ("KPD"). In my position, which I have held since 2006, I supervise all of KPD's day-to-day operations, including the Patrol Section, Administrative and Technical Bureau and Patrol Services Bureau. I enforce and therefore am thoroughly familiar with all written orders and standards applicable to the KPD, and am competent to testify, and have testified in this matter, as to these orders and standards.

2. Attached hereto is a true and accurate copy of excerpts from the Kaua`i Police Department Standards of Conduct, issued August 2000. These

154658.1

standards were issued and are kept in the course of KPD's regularly-conducted activity, and remain current and in force throughout the KPD.

I declare under penalty of law that the foregoing is true and correct.

DATED: Līhu'e, Hawai'i, _____ January 26, 2007 _____

_____
GORDON ISODA

154706.1