# KAUAI POLICE DEPARTMENT

# STANDARDS OF CONDUCT

EXHIBIT "C"

# STANDARDS OF CONDUCT
# of the
# KAUAI POLICE DEPARTMENT
# County of Kauai

August 1, 2000

The efficiency of the Police Department for enforcing the criminal law and many minor regulations depends largely on the administrative matters of leadership, conduct and discipline.

Every member will be furnished a copy of this Manual and is hereby directed to keep it in good condition and make such additions and deletions as ordered with such substitutions becoming effective when issued.

Every member of the department is directed to become thoroughly familiar with the contents of this Manual. Deviations from the manual may be issued by the Chief of Police as may be necessary.

The Standards of Conduct are meant to properly regulate conduct of the Police Department personnel, and violations will result in disciplinary actions.

It must be kept in mind that no arbitrary rules can be established which will embrace all situations in the general discharge of police duties, but some things must necessarily be left to the judgement and discretion of the individual. However, this discretion must not be used without good reason or inconsistently.

All previous rules, regulations and orders in conflict with the Standards of Conduct contained in this manual are hereby revoked.

GEORGE FREITAS
Chief of Police

Issued To:______________________________________________
(Name) (Rank)

________________________________________________________
(I.D. No.) (Division)

# Table of Contents

| | | Page No. |
|---|---|---|
| Article I. | Kauai Police Department | 3 |
| Article II. | Applicability, Amendment, Repeal and Publication of Standards of Conduct | 4 |
| Article III. | Law Enforcement Code of Ethics | 5 |
| Article IV. | Command | 6 |
| Article V. | Discipline, Professional Guidelines and Responsibilities | 7 |
| Article VI. | Standards of Conduct | 12 |
| Article VII. | Suspensions, Leave Pending Investigation and Dismissals | 18 |
| Article VIII. | Resignations | 21 |
| Article IX. | Definitions | 22 |
| Article X. | Separability Clause | 23 |

ARTICLE V

**Discipline, Professional Guidelines and Responsibilities**

## V-A. Guide for Disciplinary Action

1. Existence of facts established by a preponderance of evidence Establishing that there has been a violation of law, ordinance, standard of conduct, directive, order or procedure shall be sufficient to justify the implementation of disciplinary action under these Standards of Conduct.

2. Disciplinary action for violation of responsibilities contained in Section C of this Article shall be determined by the Chief of Police.

3. Disciplinary action for violations of standards contained in Article VI of these Standards of Conduct shall be as follows:

   a. Class A Standards
      Minimum action -Suspension of 5 working days
      Maximum action - Dismissal

   b. Class B Standards
      Minimum action - Suspension of 1 working day
      Maximum action - Dismissal

   c. Class C Standards
      Minimum action - Written reprimand
      Maximum action - Dismissal

   d. Class D Standards
      Maximum action - Suspension of 10 working days

## V-B. Professional Guidelines

1. Loyalty – Loyalty to the department and to co-workers is an important factor in departmental morale and efficiency. Officers and civilian employees shall maintain such loyalty to the department and their co-workers as is consistent with the law and professional ethics.

2. Cooperation – Cooperation between the ranks and units of the department is essential for effective law enforcement. Therefore, all officers and civilian employees are strictly charged with establishing and maintaining a high level of cooperation.

3. General Guidelines - Officers shall, at all times, take appropriate action to:

    a. Identify criminal offenders and criminal activity, and, where appropriate, apprehend offenders and participate in subsequent offenders and participate in subsequent court proceedings.

    b. Reduce the opportunities for the commission of crimes through preventive patrol and other techniques.

    c. Aid individuals in danger of physical harm.

    d. Protect constitutional guarantees.

    e. Facilitate the movement of people and vehicles.

    f. Assist those who cannot care for themselves.

    g. Resolve conflicts

    h. Identify potentially serious law enforcement and government problems.

    i. Create and maintain a feeling of security in the community.

    j. Promote and preserve civil order.

    k. Provide emergency services.

    l. Enforce all federal, state and local laws and ordinances coming within the jurisdiction of the department.

4. Duty Requirements – Officers are always subject to duty, although periodically relieved of its routine performance. Officers assigned to specialized duties are not relieved from tak8ng necessary or appropriate action outside the scope of their specialized assignments.

V-C. **Responsibilities**

1. Knowledge of Laws and Regulations – Officers are expected to establish and maintain a working knowledge of those ordinances of the County of Kauai, statutes of the State of Hawaii, standards of conduct and procedures and orders of the department and elements thereof which are applicable to their functions as police officers. In the event of improper actions or breaches of procedures, it will be presumed that the officers were familiar with the law, standard of conduct, procedure or order in question.

2. Obedience to Laws and Regulations – Officers and civilian employees shall observe and obey all laws and ordinances and all rules, regulations, standards of conduct and orders of the department.

3. Manner of Issuing Orders – Orders from superiors to subordinates shall be in clear, understandable language, civil in tone and issued in furtherance of departmental business.

4. Unlawful Orders – Command or supervisory officers shall not issue any order, which is contrary to any law, ordinance, department rule or standard of conduct.

5. Obedience to Unlawful Orders – Officers and civilian employees are not required to obey any order which is contrary to federal or state law, local ordinance or standard of conduct. Responsibility for refusal to obey rests with individual officers and civilian employees. They shall be required to justify their actions.

6. Obedience to Unjust Orders – Officers and civilian employees who are given orders which they feel to be unjust, must first obey the order to the best of their ability and then may proceed to appeal under current departmental provisions.

7. Conflicting Orders – Upon receipt of an unlawful order, an order contrary to standards of conduct, or an order conflicting with an previous order or instruction, the officer or civilian employee affected shall advise the person issuing the order of this fact. Responsibility for countermanding the original order of instruction then rests with the individual issuing the conflicting order. If the original order or instruction is countermanded, the late order shall be obeyed.

8. Unlawful, Unjust, Improper Orders; Reports and Appeals – Officers and civilian employees receiving unlawful, unjust or improper orders shall, at first opportunity, report in writing to the Chief of Police through official channels.

   This report shall contain the facts of the incident and the action taken. Appeals for relief from such orders may be made at the same time. Extra-departmental action regarding such an appeal shall be conducted through the Office of the Chief of Police.

9. Extended Action – Repetitious violations of any standards of conduct shall be considered grounds for dismissal. Three or more violations occurring within a span of twelve months for which disciplinary actions is imposed is considered "repetitious" for disciplinary purposes.

10. Performance – Officers and civilian employees shall perform their duties as required or directed by law, standards of conduct, other directives, polices or procedures, or by order of a superior. All lawful duties required by competent authority shall be performed promptly and as direct, notwithstanding the general assignment of duties and responsibilities.

11. Mental and Physical Competence – It is the responsibility of officers and civilian employees to maintain their physical and mental well-being, and to seek assistance when they are aware of physical or emotional problems.

    It is also the responsibility of fellow and supervisory officers to be alert to physical and emotional problems that may actually or potentially interfere with job performance, and to take such preventive actions as may be required.

    A finding that any officer is, at the time of physical examination or any other time, upon examination by the County physician, or any reputable physician or psychologist, physically or mentally unable to perform the duties for which the individual was employed, shall be presented to the Chief of Police for consideration.

12. Conduct – Officers and civilian employees shall conduct their private and professional lives in a manner, which conforms to the highest professional behavior demeanor.