CHRISTIANE L. NAKEA-TRESLER         4857-0
Office of the County Attorney
4444 Rice Street, Suite 220
Līhu`e, Hawai`i 96766
Telephone: (808) 241-6315
Facsimile:  (808) 241-6319
Email: cntresler@kauai.gov

Attorneys for Defendants COUNTY OF KAUA`I
and KAUA`I POLICE DEPARTMENT

McCORRISTON MILLER MUKAI MacKINNON LLP

| | |
|---|---|
| DAVID J. MINKIN | 3639-0 |
| BECKY T. CHESTNUT | 7756-0 |
| KARA M.L. YOUNG | 8411-0 |

Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i  96813
Telephone:  (808) 529-7300
Facsimile:  (808) 524-8293
Email:  minkin@m4law.com

Attorneys for Defendants COUNTY OF KAUA`I,
KAUA`I POLICE DEPARTMENT, WILFRED M. IHU,
GORDON ISODA and DEAN PIGAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04-00562 SOM BMK |
| | ) | |
| Plaintiff, | ) | DEFENDANTS COUNTY OF |
| | ) | KAUA`I, KAUA`I POLICE |
| vs. | ) | DEPARTMENT, WILFRED M. IHU, |
| | ) | GORDON ISODA AND DEAN |
| COUNTY OF KAUAI, KAUAI | ) | PIGAO'S JOINDER IN |
| POLICE DEPARTMENT, K.C. LUM, | ) | DEFENDANT K.C. LUM'S |
| WILFRED M. IHU, GORDON | ) | MOTION FOR SUMMARY |

155163.1

| | |
|---|---|
| ISODA, DEAN PIGAO, IRVIL KAPUA, )<br>)<br>)<br>Defendants. )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>_____ ) | JUDGMENT, FILED ON JANUARY 4, 2007; CERTIFICATE OF SERVICE<br><br>**HEARING**<br>Date:    February 20, 2007<br>Time:   11:15 a.m.<br>Judge:  Susan Oki Mollway<br><br>TRIAL:   MAY 8, 2007 |

### DEFENDANTS COUNTY OF KAUA`I, KAUA`I POLICE DEPARTMENT, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S JOINDER IN DEFENDANT K.C. LUM'S MOTION FOR SUMMARY JUDGMENT, FILED ON JANUARY 4, 2007

Defendants County of Kaua`i, Kaua`i Police Department, Wilfred M. Ihu, Gordon Isoda and Dean Pigao, by and through their attorneys, McCorriston Miller Mukai MacKinnon LLP, hereby submit their Joinder in Defendant K.C. Lum's Motion for Summary Judgment, filed on January 4, 2007.

DATED:  Honolulu, Hawai`i, _____February 2, 2007_____

/s/ David J. Minkin
DAVID J. MINKIN
BECKY T. CHESTNUT
KARA M.L. YOUNG

Attorneys for Defendants
COUNTY OF KAUA`I, KAUA`I POLICE DEPARTMENT, WILFRED M. IHU, GORDON ISODA, and DEAN PIGAO

155163.1                                                    2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DARLA ABBATIELLO,          )<br>                            )<br>       Plaintiff,          )<br>                            )<br>    vs.                     )<br>                            )<br>COUNTY OF KAUAI, KAUAI      )<br>POLICE DEPARTMENT, K.C. LUM,)<br>WILFRED M. IHU, GORDON      )<br>ISODA, DEAN PIGAO, IRVIL    )<br>KAPUA,                      )<br>                            )<br>       Defendants.          )<br>_____ ) | CIVIL NO. CV04-00562 SOM BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served on the following on this date as indicated below:

|  | **Electronically Via CM/ECF** | **U.S. Mail** |
|---|---|---|
| DANIEL G. HEMPEY, ESQ.<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Lihue, Hawai`i 96766 | | X |

and

155163.1

|  | Electronically Via CM/ECF | U.S. Mail |
|---|:---:|:---:|
| MARGERY S. BRONSTER, ESQ.<br>JOHN HOSHIBATA, ESQ.<br>Bronster Crabtree & Hoshibata<br>Pauahi Tower<br>1001 Bishop Street, Suite 2300<br>Honolulu, Hawai`i 96813<br><br>Attorneys for Plaintiff<br>DARLA ABBATIELLO | X |  |
| MICHAEL J. McGUIGAN, ESQ.<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, 24th Floor<br>Honolulu, Hawai`i 96813<br><br>Attorney for Defendant<br>IRVIL KAPUA | X |  |
| CARY T. TANAKA, ESQ.<br>Fort Street Tower<br>745 Fort Street, Suite 510<br>Honolulu, Hawai`i 96813<br><br>Attorney for Defendant K.C. LUM | X |  |

DATED: Honolulu, Hawai`i, _____February 2, 2007_____

/s/ David J. Minkin
DAVID J. MINKIN
BECKY T. CHESTNUT
KARA M.L. YOUNG

Attorneys for Defendants
COUNTY OF KAUA`I, KAUA`I POLICE
DEPARTMENT, WILFRED M. IHU,
GORDON ISODA, and DEAN PIGAO