LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY          7535
3175 Elua Street, Suite C
Lihue, Hawaii 96766
Telephone No. (808) 632-0000
Facsimile No. (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER          4750
JOHN HOSHIBATA               3141
JEANNETTE HOLMES CASTAGNETTI  7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 524-5644
Facsimile No. (808)599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
| | ) |
| Plaintiff, | ) PLAINTIFF'S MEMORANDUM IN |
| | ) OPPOSITION TO DEFENDANT K.C. |
| vs. | ) LUM'S MOTION FOR SUMMARY |
| | ) JUDGMENT FILED ON JANUARY |
| COUNTY OF KAUAI, KAUAI | ) 4, 2007; MEMORANDUM IN |
| POLICE DEPARTMENT, K.C. LUM, | ) OPPOSITION TO DEFENDANT K.C. |
| WILFRED M. IHU, GORDON | ) LUM'S MOTION FOR SUMMARY |
| ISODA, DEAN PIGAO, IRVIL | ) JUDGMENT; CERTIFICATE OF |
| KAPUA, | ) WORD COUNT; CERTIFICATE OF |

|                                      |                                                    |
|--------------------------------------|----------------------------------------------------|
| Defendants.                          | ) SERVICE                                          |
|                                      | )                                                  |
|                                      | ) Date:  February 20, 2007                         |
|                                      | ) Time:  11:15 a.m.                                |
|                                      | ) Judge:  Honorable Susan Oki Mollway              |
|                                      | )                                                  |
|                                      | ) Trial Date:  May 8, 2007                         |
| _____ | )                                                  |

## PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT K.C. LUM'S MOTION FOR SUMMARY JUDGMENT FILED ON JANUARY 4, 2007

Plaintiff Darla Abbatiello ("Plaintiff"), by and through her counsel, Law Office of Daniel G. Hempey and Bronster, Crabtree & Hoshibata, respectfully submits Plaintiff's Memorandum in Opposition to Defendant K.C. Lum's Motion for Summary Judgment filed on January 4, 2007, and Defendants County of Kauai, Kauai Police Department, Wilfred M. Ihu, Gordon Isoda and Dean Pigao's Joinder in Defendant K.C. Lum's Motion for Summary Judgment filed on February 2, 2007.  The hearing is scheduled for hearing on February 20, 2007 at 11:15 a.m. before the Honorable Susan Oki Mollway.

DATED:  Honolulu, Hawaii, February 2, 2007.

    /s/ John Hoshibata
DANIEL G. HEMPEY
MARGERY S. BRONSTER
JOHN T. HOSHIBATA
JEANNETTE HOLMES CASTAGNETTI
Attorneys for Plaintiff
DARLA ABBATIELLO