# **TABLE OF CONTENTS**

TABLE OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ii - iv

I.    INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

II.   BACKGROUND FACTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

III.  STANDARD OF REVIEW ON
      MOTION FOR SUMMARY JUDGMENT . . . . . . . . . . . . . . . . . . . . . . . . . 10

IV.   ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

      A.   Abbatiello's Federal Law Claims May Not be
           Summarily Dismissed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

           1.   Abbatiello spoke as a private citizen . . . . . . . . . . . . . . . . . . . 11

           2.   Dispute as to nature of speech precludes
                summary judgment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

           3.   Defendants conspired to retaliate against Abbatiello
                after she reported corruption as a public citizen . . . . . . . . . . 21

      B.   Defendants are Not Entitled to Qualified Immunity . . . . . . . . . . . . . 23

      C.   Termination of Employment is Not Required to State
           A Wrongful Termination Claim . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

      D.   Abbatiello Is Not Barred by Hawaii's Workers' Compensation Act
           from Suing a Fellow Employee for Negligence . . . . . . . . . . . . . . . . 28

      E.   Lum's Failure to Stop the Threats, to Ameliorate the Hostile
           Work Environment, and to Discipline Kapua Should be Viewed in
           the Light of Lum's Own Complaint Against the County, et al. . . . . 32

      F.   Lum's Motion for Summary Judgement Should Also Be Denied
           On the Basis of His Failure to Participate in Discovery . . . . . . . . . . 33

V.    CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

# TABLE OF AUTHORITIES

**Cases:** **Page**

Adickes v. S.H. Kress & Co.,
 398 U.S. 144, 160, 90 S. Ct. 1598, 23 L.Ed.2d 142 (1970) . . . . . . . . . . . . 10

Anderson v. Creighton, 483 U.S. 635, 640, 107 S. Ct. 3034, 3039 (1987) . . . . . 24

Barclay v. Michalsky, 451 F.Supp.2d 386 385, 396 (D. Conn. 2006) . . . . . . 18, 19

Battle v. Bd. of Regents for the State of Georgia,
 468 F.3d 755 (11th Cir. 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Branton v. City of Dallas, 272 F.3d 730, 740 (5th Cir. 2001) . . . . . . . . . . . . . . . . 24

Burlington Northern & Sante Fe Railway Co. v. White,
 126 S.Ct. 2405 (June 22, 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

Celotex Corp. v. Catrett,
 477 U.S. 317, 106 S.Ct. 2548, 91 L.Ed.2d 265 (1986) . . . . . . . . . . . . . . . . 10

Connick v. Myers,
 461 U.S. 138, 146, 147, 103 S. C.t. 1684, 75 L.Ed.2d 708 (1983) . . . . . .  12

Davis v. Ector County, 40 F.3d 777, 782 (5th Cir. 1995) . . . . . . . . . . . . . . . . . . . 24

Ehrlich v. Town of Glastonbury, 348 F.3d 48, 55 (2d Cir 2003) . . . . . . . . . . . . . 24

Fikes v. City of Daphne,
 79 F.3d 1079, 1080-1, 1083, 1085 (11th Cir. 1996 . . . . . . . . . . . . . . . 13, 14

Garcetti v. Ceballos, 126 S.Ct. 1951 (May 30, 2006),
 164 L.Ed 689 (2006) 1731, 1953, 1954, 1957, 1958, 1959-1960,
 1961-62 (2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 11-14, 16-20, 36

Harlow v. Fitzgerald, 457 U.S. 800, 818 (1982) . . . . . . . . . . . . . . . . . . . . . . . . . 23

**Cases:**                                                                                               **Page**

High Tech Gays v. Defense Indus. Sec. Clearance Office,
    895 F.2d 563, 574 (9th Cir. 1990) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Howard v. Conlin Furniture No. 2, Inc. ,
    272 Mont. 433, 435, 438 901 P.2d 116, 118, 119, 120 (1995) . . . . . . . . . . 27

Iddings v. Mee-Lee,
    82 Hawai'i 1, 919 P.2d 263 (1996); 82 Hawai'i 5, 919 P.2d 267;
    82 Hawai'i 6, 919 P.2d 268; 82 Hawai'i 7, 919 P.2d 269;
    82 Hawai'i 9, 919 P.2d 271 . . . . . . . . . . . . . . . . . . . . . . . . . 29, 30, 31, 32

Jaress & Leong v. Burt, 150 F.Supp.2d 1058, 1062(D. Haw. 2001) . . . . . . . . . . 10

Kodrea v. City of Kokomo, Indiana,
    458 F.Supp.2d 857, 868 (S.D.Ind. 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . 20

Lyons v. Johnson, 415 F.2d 540, 541-2 (9th Cir 1969) . . . . . . . . . . . . . . . . . . 34, 35

Marshall v. University of Hawai'i,
    9 Haw. App. 21, 35, 36, 37 821 P.2d 937, 945, 946 (1991) . . . 28, 29, 30, 31

McDonald v. Union Camp Corp.,
    919 F.2d 1155, 1164 (6th Cir. 1990) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

Montgomery Ward & Co, Inc. v. Bozell,
    919 F.2d 1276, 1281 (7th Cir. 1990) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

Morgan v. Ford, 6 F.3d 750, 754 (11th Cir. 1993) . . . . . . . . . . . . . . . . . . . . . . . . 12

Morris v. Crow, 142 F.3d 1379, 1382 (11th Cir. 1998) . . . . . . . . . . . . . . . . . . . . . 13

Nissan Fire & Marine Ins. Co., Ltd. v. Fritz Cos., Inc.,
    210 F.3d 1099, 1102-3 (9th Cir. 2000) . . . . . . . . . . . . . . . . . . . . . . . . 10, 11

Pleasant v. Johnson, 312 N.C. 710, 325 S.E.2d 244, 249 (1985) . . . . . . . . . . . . 30

**Cases:** **Page**

Richards v. Detroit Free Press,
 173 Mich. App. 256, 259, 433 N.W.2d 320, 322 (1989) . . . . . . . . . . . . . . 26

Rohr v. Nehls, 2006 WL 2927657 2, 7 (E.D.Wisc.) . . . . . . . . . . . . . . . . . . . . 17, 18

Sensible Traffic Alternatives and Res., Ltd. v. Fed. Transit Admin. of the
 U.S. Dep't of Transp., 307 F. Supp.2d 1149, 1156 (D. Haw. 2004) . . . . . 11

Shultea v. Wood, 27 F.3d 1112, 1120 (5th Cir. 1994) . . . . . . . . . . . . . . . . . . . . . 24

Skoog v. County of Clackmas, 469 F.3d 1221, 1229 (9th Cir. 2006) . . . . . . . . . . 23

Skrutski v. Marut, 2006 WL 2660691 6, 9-10 (M.D.Pa. 2006) . . . . . . . . . . . . . . 18

T.W. Elec. Serv., Inc. v. Pac. Elec. Contractors Ass'n.,
 809 F.2d 626, 631 (9th Cir. 1987) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Thompson v. City of Tucson Water Department,
 2006 WL 3063500, 1, 2, 3, 4,  9, 10, 11, 12 (D.Ariz.2006) . . .   15-17, 24-25


Statutes:

42 U.S.C. §§ 1983 and 1985 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
Haw. Rev. Stat. § 378-61 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
Haw. Rev. Stat. § 385-5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
Haw. Rev. Stat. § 386-5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
Haw. Rev. Stat. § 386-8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
Haw. Rev. Stat. § 396-8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

Other Authorities:

Hawaii's Whistleblowers' Protection Act  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Hawaii Worker's Compensation Act . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 28,30