IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04 00562 SOM BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF WORD COUNT |
| | ) | |
| vs. | ) | |
| | ) | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) | Trial Date:  May 8, 2007 |
| Defendants. | ) | |
| _____ | ) | |

CERTIFICATE OF WORD COUNT

I hereby certify, pursuant to Local Rules 7.5(b) and 7.5(e) of the Rules of the United States District Court for the State of Hawaii, that Plaintiff's Memorandum in Opposition to Defendant K.C. Lum's Motion for Summary Judgment Filed on January 4, 2007, dated February 2, 2007, contains 8,345 words.

DATED:  Honolulu, Hawaii, February 2, 2007.

     /s/ John Hoshibata
DANIEL G. HEMPEY
MARGERY S. BRONSTER
JOHN T. HOSHIBATA
JEANNETTE HOLMES CASTAGNETTI
Attorneys for Plaintiff
DARLA ABBATIELLO