IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, ) | CIVIL NO. CV04 00562 SOM BMK |
| ) | |
| Plaintiff, ) | DECLARATION OF JOHN |
| vs. ) | HOSHIBATA; EXHIBITS "1" TO |
| ) | "38" |
| COUNTY OF KAUAI, KAUAI ) | |
| POLICE DEPARTMENT, K.C. LUM, ) | |
| WILFRED M. IHU, GORDON ) | |
| ISODA, DEAN PIGAO, IRVIL ) | |
| KAPUA, ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF JOHN HOSHIBATA

1. I am an attorney with the law firm of Bronster Crabtree & Hoshibata and am one of the attorneys representing Plaintiff Darla Abbatiello. I submit this declaration based on personal knowledge of the facts and circumstances declared herein. I am competent to make this declaration.

2. A true and correct copy of the Affidavit of Darla Abbatiello dated January 30, 2007 is attached hereto as Exhibit "1".

3. A true and correct copy of Plaintiff's Response to Defendants County of Kauai and Kauai Police Department's First Request for Admissions and Answer to Interrogatories is attached hereto as Exhibit "2".

4. A true and correct copy of the memorandum from Officer

Abbatiello to Lt. Quibilan dated January 19, 2003 [sic] is attached hereto as Exhibit "3."

    5.    A true and correct copy of the memorandum from Officer Abbatiello to Sgt. Abadilla dated May 2, 2005 is attached hereto as Exhibit "4".

    6.    A true and correct copy of Defendant Kapua's Response to First Request for Admissions is attached hereto as Exhibit "5".

    7.    A true and correct copy of excerpts 34:20 to 35:4 from the Transcript of the Deposition of Lawrence Stem is attached hereto as Exhibit "6".

    8.    A true and correct copy of the job description of a KPD Vice officer, circulated at the time Plaintiff applied for the position of Narcotics-Vice Officer, is attached hereto as Exhibit "7".

    9.    A true and correct copy of the KPD Standards of Conduct is attached hereto as Exhibit "8".

    10.    A true and correct copy of the job description for Police Officer I, PO-7, is attached hereto as Exhibit "9".

    11.    A true and correct copy of a Payroll Certification dated August 12, 1996 for Irvil Kapua is attached hereto as Exhibit "10".

    12.    A true and correct copy of a Payroll Certification dated November 25, 2002 for Darla Abbatiello is attached hereto as Exhibit "11".

13. A true and correct copy of the memorandum from Wilfred Ihu to Roy Asher dated February 9, 2004 is attached hereto as Exhibit "12".

14. A true and correct copy of KPD General Order 2004-2 is attached hereto as Exhibit "13".

15. A true and correct copy of e-mail from Harold Venneman to Miles Tanabe dated April 2, 2004 is attached hereto as Exhibit "14".

16. A true and correct copy of the memorandum from Officer Abbatiello to SHOPO dated July 22, 2005 is attached hereto as Exhibit "15".

17. A true and correct copy of the Temporary Restraining Order is attached hereto as Exhibit "16".

18. A true and correct copy of the memorandum from Officer Abbatiello to Wilfred Ihu dated March 31, 2004 is attached hereto as Exhibit "17".

19. A true and correct copy of a Notice from Director of Personnel Services dated May 6, 2004 is attached hereto as Exhibit "18".

20. A true and correct copy of the memorandum from Dean Pigao to K.C. Lum dated June 29, 2004 is attached hereto as Exhibit "19".

21. A true and correct copy of the memorandum from Officer Abbatiello to Roy Asher dated April 19, 2004 is attached hereto as Exhibit "20".

22. A true and correct copy of the memorandum from Officer

Abbatiello to K.C. Lum dated September 14, 2004 is attached hereto as Exhibit "21".

23. A true and correct copy of the Draft Kauai Police Department Strip and Body Cavity Search Policy is attached hereto as Exhibit "22".

24. A true and correct copy of the undated memorandum from Officer Paris Resinto to Roy Asher is attached hereto as Exhibit "23".

25. A true and correct copy of the memorandum from Roy Asher to K.C. Lum dated October 18, 2004 is attached hereto as Exhibit "24".

26. A true and correct copy of a Payroll Certification dated August 16, 1989 for Gordon Isoda is attached hereto as Exhibit "25".

27. A true and correct copy of a Payroll Certification dated January 27, 2000 for Irvil Kapua is attached hereto as Exhibit "26".

28. A true and correct copy of a Payroll Certification dated December 20, 2002 for K.C. Lum is attached hereto as Exhibit "27".

29. A true and correct copy of a Payroll Certification dated January 23, 1997 for Dean Pigao is attached hereto as Exhibit "28".

30. A true and correct copy of excerpts 56:10 to 57:1 from the Transcript of the Deposition of Paul Kanoho is attached hereto as Exhibit "29".

31. A true and correct copy of excerpts 38:8 to 40:9 and 44:14 to

45:4 from the Transcript of the Deposition of Miles Tanabe is attached hereto as Exhibit "30".

32. A true and correct copy of excerpts 23:24 to 27:9 and 55:19-25 from the Transcript of the Deposition of Gordon Isoda is attached hereto as Exhibit "31"

33. A true and correct copy of excerpts 28:13 to 29:5; 48:11-21; and 57:8-18 from the Transcript of the Deposition of Wilfred Ihu is attached hereto as Exhibit "32".

34. A true and correct copy of excerpts 42:24 to 43:2; 44:21 to 46:8; and 58:14 to 59:1 from the Transcript of the Deposition of Alejandro Quibilan is attached hereto as Exhibit "33".

35. A true and correct copy of excerpts 10:20-23; 14:5-10; and 20:22-24 from the Transcript of the Deposition of Wesley Kaui is attached hereto as Exhibit "34".

36. A true and correct copy of excerpts 13:7-9 and 63:19-22 from the Transcript of the Deposition of Darren Rose is attached hereto as Exhibit "35".

37. A true and correct copy of excerpts 28:11-23; 30:5-12; 32:15 to 34:20; and 36:23 to 37:8 from the Transcript of the Deposition of Dean Pigao is attached hereto as Exhibit "36".

  38. A true and correct copy of the Transcript of the Deposition of K.C. Lum is attached hereto as Exhibit "37.

  39. A true and correct copy of the First Amended Complaint is attached hereto as Exhibit "38".

  DATED: Honolulu, Hawaii, February 2, 2007.

        <u>/s/ John Hoshibata</u>
        John Hoshibata