IN THE UNITED STATES DISTRICT COURT

STATE OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04 00562 SOM BMK |
| Plaintiff, | ) | |
| vs. | ) | |
| COUNTY OF KAUAI; KAUAI POLICE | ) | |
| DEPARTMENT; K.C. LUM, | ) | |
| WILFRED M. IDA; GORDON ISODA; | ) | Trial Date: May 8, 2007 |
| DEAN PIGAO; IRVIL KAPUA, | ) | Time   :   9:00 a.m. |
| Defendants. | ) | Trial Judge: Susan O. |
| | ) | Mollway |

DEPOSITION OF LAWRENCE STEM

Taken on behalf of PLAINTIFF DARLA ABBATIELLO, at the offices of Ralph Rosenberg Court Reporters, Inc., c/o Hale & Goldberg, Lihu`e Plantation Bldg., 2970 Kele Street, Suite 220, Lihu`e, Hawai`i 96766, commencing at 11:02 a.m., on Tuesday, November 7, 2006, pursuant to notice.

BEFORE:   JOY C. TAHARA, RPR, CSR 408
          Notary Public, State of Hawai`i

```
11:50:21   1            Q.   Sort of a two-faced person?
11:50:23   2            A.   Yeah.  I mean, he's Carl.  Everybody gets along with
11:50:27   3   him.  You gotta get along with Carl because he's the range
11:50:31   4   master.  When you go up to range and shoot, you know, you don't
11:50:36   5   want to be disqualified for a shot that's right there.
11:50:42   6            Q.   You believe it's within his character or capability to
11:50:47   7   make a judgment call on your shooting ability go the wrong way
11:50:51   8   if you somehow offend him or he doesn't like you?
11:50:56   9            A.   Yeah, it's possible.
11:50:57  10            Q.   Does that type of sort of having personal feelings
11:51:08  11   enter into employment decisions, is that a culture that exists
11:51:21  12   in other areas of the Kauai Police Department?
11:51:25  13            MR. TANAKA:   Objection.  Vague and ambiguous.
11:51:26  14            MR. MINKIN:   Lack of Foundation.  Calls for
11:51:29  15   speculation.  Relevance.
11:51:33  16            MS. NAKEA-TRESLER:   Join.
11:51:34  17            Q.   You can answer.
11:51:38  18            MR. MINKIN:   If you can.
11:51:40  19            A.   Yes, I have firsthand knowledge of that.
11:51:43  20            Q.   Do you have firsthand knowledge of any kind of a
11:51:46  21   culture of retaliation within the department?
11:51:50  22            MR. TANAKA:   Same objections.
11:51:52  23            MR. MINKIN:   Join.
11:51:54  24            MS. NAKEA-TRESLER:   Join.
11:51:55  25            MR. HEMPEY:   You can answer.
```

| | | |
|---|---|---|
| 11:51:55 | 1 | A. Yes. |
| 51:55 | 2 | Q. What would that be? |
| 11:51:57 | 3 | A. If you're not viewed as one of the boys, they'll go |
| 11:52:02 | 4 | after you. |
| 11:52:03 | 5 | Q. Is it fair to say that there's different factions or |
| 11:52:18 | 6 | cliques within the Kauai Police Department that -- let's just |
| 11:52:22 | 7 | leave it at that for the moment. |
| 11:52:23 | 8 | A. Yes. |
| 11:52:24 | 9 | Q. How many would you say? |
| 11:52:28 | 10 | A. Basically two. |
| 11:52:30 | 11 | Q. How would you describe the two different factions? |
| 11:52:34 | 12 | A. Those that want to work and make this community |
| 11:52:37 | 13 | better, and those that don't. |
| 52:39 | 14 | Q. Which would you consider yourself to be in? |
| 11:52:42 | 15 | A. The side that wants to work and make this community |
| 11:52:46 | 16 | better. |
| 11:52:47 | 17 | Q. Do you have an opinion as to which of those two |
| 11:52:50 | 18 | characteristics Darla Abbatiello is in? |
| 11:52:51 | 19 | A. She likes to work and make the community better. |
| 11:52:56 | 20 | Q. Who, in your opinion, falls into the other group? |
| 11:53:03 | 21 | MR. MINKIN: Objection. Lack of Foundation. Vague |
| 11:53:08 | 22 | and ambiguous. If you can answer. |
| 11:53:11 | 23 | MR. TANAKA: Join. |
| 11:53:15 | 24 | A. I'd rather not answer that. |
| 11:53:17 | 25 | Q. I respect that. But I again have to ask you the same |

```
 1                    C E R T I F I C A T E
 2
 3   STATE OF HAWAI`I                )
 4                                   ) ss.
 5   CITY AND COUNTY OF HONOLULU     )
 6          I, JOY C. TAHARA, RPR, CSR 408, Notary Public, State
 7   of Hawai`i, hereby certify:
 8          That on Tuesday, November 7, 2006, at 11:02 a.m.,
 9   before me appeared LAWRENCE STEM, the witness whose deposition
10   is contained herein; and that prior to being examined was duly
11   sworn;
12          That I am neither counsel for any of the parties
13   herein nor interested in any way in the outcome of this action;
14          That the deposition herein was by me taken down in
15   machine shorthand and thereafter reduced to print via
16   computer-aided transcription; that the foregoing represents, to
17   the best of my ability, a complete and accurate transcript of
18   the testimony of said witness.
19          DATED:  Honolulu, Hawai`i,   November 15, 2006  .
20
21                                  _____
22                                  Notary Public, State of Hawai`i
23                                  My commission expires: 10/11/10
24
25
```