# KAUAI POLICE DEPARTMENT

| ADMINISTRATIVE NOTICE | DATE OF ISSUE | EFFECTIVE DATE | NO. |
|---|---|---|---|
| | 7/25/01 | As noted | 01-005 |
| REFERENCE | | RESCINDS: Ad. Not. 01-004 | |
| INDEX AS: | JOB OPENING: Narcotics-Vice Officer | | |

Investigates illegal drug activities on the Island of Kauai. Works with other agencies on task force related operations. Represents K.P.D. at the schools and public forums addressing the "drug problem." Accomplishes other missions as required. Flexibility on work schedules is a must.

Officers interested must send their application to the Chief of Police via their respective chain of command by August 10, 2001.



Distribution "A"

GEORGE FREITAS
Chief of Police

DA00183

KPD 203