#254

**COUNTY OF KAUAI**
**DEPARTMENT OF PERSONNEL SERVICES**
**PAYROLL CERTIFICATION**

CHECK ONE: ___ NEW  __X__ CHANGE

DEPARTMENT: POLICE  DIVISION: INVESTIGATIVE SERVICES BUREAU

## PART I: DEMOGRAPHICS

EMPLOYEE NAME (LAST, FIRST, MI): KAPUA, IRVIL K.
SOCIAL SECURITY NUMBER: REDACTED
HOME ADDRESS:
MARITAL STATUS: ___ SINGLE  __X__ MARRIED
MAILING ADDRESS: REDACTED
DATE OF BIRTH: 08-31-40  SEX(M/F): M
WORK PHONE:

## PART II: STATUS/POSITION

SALARY ACCOUNT FUND:  DPT/DIV/ACT:  ELE/OBJ:  PCT:

NEW CLASS: POLICE SERGEANT  POSITION NUMBER: 393  6095
GRADE: PO-11/611  STEP: C/3  RATE: 3,242/38,904  EFFECTIVE DATE: 08-11-96        18.70
FORMER CLASS: DETECTIVE  POSITION NUMBER: 504  6085
GRADE: PO-11/611  STEP: C/3  RATE: 3,242/38,904  WORK LOCATION: LS
DATE OF HIRE: 08-18-86  PAY FREQ (SM/SS): SM  FULL/PART TIME: FT
TOTAL SERVICE DATE: 08-18-86  SCHEDULE HOURS: PI  ADDITIONAL PAY CODE: P2  AMOUNT: 37.50/75
JPR DATE: 08-18-96  BU: 12  ADDITIONAL HOURLY RATES:  2ND SHIFT:
STEP MOVE DATE: 08-18-86  BU CODE: PM  3RD SHIFT:  PREMIUM:

## PART III: MISCELLANEOUS INFORMATION

ETHNIC CODE: B  US CITIZEN(Y/N): Y  LIMITED ENGLISH(Y/N):  VETERAN(Y/N):
EDUCATION:  ERS CODE: 4D
DRIVERS LICENSE TYPE:  NUMBER:  EXP DATE:

TYPE OF APPOINTMENT:
___ PROVISIONAL   ___ EXEMPT
___ PROBATIONARY  ___ POSITION
___ INITIAL
___ NEW
___ SHORT TIME    ___ OTHER
___ LIMITED TERM
_X_ PERMANENT
___ PERSONAL SERVICE
___ CONTRACT
___ TEMPORARY

BASIS OF CHANGE:
___ LV OF ABSENCE  ___ PROMOTION    ___ SUSPENSION
___ CLASS RETITLED ___ TRANSFER     ___ DEMOTION
___ PAY INCREASE   ___ REPRICING    ___ REINSTATEMENT
___ SEPARATION     ___ LONGEVITY    ___ REALLOCATION
_X_ Reassignment   ___ INCREMENT    ___ HAZARD PAY

TYPE OF SEPARATION:
___ RESIGNATION
___ DISMISSAL     ___ TERMINATION OF APPOINTMENT
___ DEATH         ___ TERMINATION OF CONTRACT
___ RETIREMENT    ___ LEAVE FOR MORE THAN 12 MONTHS
___ LAYOFF

REASON(S): Effective 08-11-96 reassignment pursuant to BU 12 Collective Bargaining Agreement, Article 20, from Adult Section to Vice.

EMERGENCY CONTACT: (LAST, FIRST, MI):  RELATIONSHIP:
PHONE NUMBER: (808)  OTHER: (808)
ACCRUALS:  COMP TIME:  VACATION:  SICK:  MILITARY LEAVE:

## PART IV: APPROVALS

APPOINTING AUTHORITY: [signature]
DEPARTMENT HEAD: [signature]  DATE: 08-12-96
CERTIFICATION BY DPS: AUG 15 1996
DIRECTOR OF PERSONNEL SERVICES: [signature]  DATE: 8/20/96

COUNTY OF KAUAI
PERSONNEL SERVICES
White-Appointing Authority's Copy     Green-Retirement System Copy     Pink-Finance Department Copy
Blue-Personnel Services Records Division Copy   Canary-Employee's Copy    Gold-Personnel Services Copy

1621.00
37.50