| COUNTY OF KAUAI<br>DEPARTMENT OF PERSONNEL SERVICES<br>PAYROLL CERTIFICATION | DPS USE:<br>☐ Audit HTE<br>☐ Status Maintenance<br>☐ Status History | ☐ Pos. Control<br>☐ Employee History<br>☐ Roster | ISLAND – 4<br>EMPLOYER – 05 |
|---|---|---|---|
| **DEPARTMENT:** 10 POLICE | | **DIVISION:** INVESTIGATIVE SERVICES BUREAU | |

### PART I: DEMOGRAPHICS

| EMPLOYEE'S NAME (LAST, FIRST, MI): ABBATIELLO, DARLA J. | SOCIAL SECURITY NUMBER: REDACTED | EMPLOYEE NUMBER: 201 |
|---|---|---|
| MAILING ADDRESS: REDACTED | HOME ADDRESS: | |
| MARITAL STATUS: ☒ SINGLE ☐ MARRIED | SEX: ☐ MALE ☒ FEMALE | DATE OF BIRTH: 12/04/1959 | PHONE NUMBER – HOME: | PHONE NUMBER – WORK: |

### PART II: STATUS/POSITION

EXPENSE DISTRIBUTION (ACCT FUND-DEPT/DIV-ACCT.ELE/OBJ): 001-10-01-551.01-01   100.00%   -  -  -  -  %   -  -  -  -  %

| NEW CLASS TITLE: POLICE OFFICER II | AUTH. NO.: 577 | POSITION CLASS NO.: 6076 |
|---|---|---|
| GRADE: PO-9/609 | STEP: C/3 | HOURLY RATE: $20.31 | MONTHLY: $3,520.00 | ANNUAL: $42,240.00 |
| FORMER CLASS TITLE: POLICE OFFICER I | | AUTH. NO.: 577 | POSITION CLASS NO.: 6075 |
| GRADE: PO-7/607 | STEP: C/3 | HOURLY RATE: $18.76 | MONTHLY: $3,252.00 | ANNUAL: $39,024.00 |

| DATE OF HIRE: 10/09/1989 | ☒ FULL TIME ☐ PART TIME | EFF DATE OF ACTION: 10/13/2002 |
|---|---|---|
| TOTAL SVC DATE: 10/09/1989 | SCHEDULED HOURS: | ADD PAY CODE: P2 | AMOUNT: $85.00 | HOW PAID: MONTHLY | 2ⁿᵈ SHIFT: |
| ADJ STEP MVMT DATE: 07/01/1994 | HLTH FUND BU: 12 INCLUDED | ADD PAY CODE: | AMOUNT: | HOW PAID: | 3ʳᵈ SHIFT: |
| NEXT STEP MVMT DATE: 07/01/0000 | BU CODE: PM BU12 CIV SVC | ADD PAY CODE: | AMOUNT: | HOW PAID: | 4ᵗʰ SHIFT: |

### PART III: MISCELLANEOUS INFORMATION

| ETHNIC CODE: A (White) | U.S. CITIZEN: YES ☒ NO ☐ | LIMITED ENGLISH: YES ☐ NO ☒ | VETERAN: YES ☐ NO ☐ | EEO FUNCTION: 04 POL PROT | EEO CATEGORY: 04 PROT SVC |
|---|---|---|---|---|---|
| ERS CODE: 4D | EDUCATION: | | DRIVER'S LICENSE TYPE: | DRIVER'S LICENSE NUMBER: | EXPIRATION DATE: |

| TYPE OF APPOINTMENT: | | BASIS OF CHANGE: | | |
|---|---|---|---|---|
| PROBATIONARY<br>☐ Initial<br>☐ New | ☐ Provisional<br>☐ Exempt<br>☐ Elected<br>☐ Short Term | ☐ Class Retitled<br>☐ Correction<br>☐ Demotion<br>☐ Increment<br>☐ Lv. Of Absence/Auth<br>☐ Lv. Of Absence/Unauth | ☐ Longevity<br>☐ Pay Increase<br>☐ Promotion<br>☒ Reallocation<br>☐ Reinstatement<br>☐ Repricing | ☐ Rescind<br>☐ Separation<br>☐ Suspension<br>☐ Transfer<br>☐ Other: |
| LIMITED TERM APPTMNT:<br>☐ From Eligible List<br>☐ Outside Elig. List | PERSONAL SVC<br>☐ Contract<br>☐ Temporary | | | |
| | ☐ Other | SEPARATION TYPE:<br>☐ Death<br>☐ Dismissal<br>☐ Layoff | ☐ Lv More Than 12 Months<br>☐ Resignation<br>☐ Retirement<br>☐ Termin. Contract | ☐ Termin. Appt.<br>☐ Other |
| ☒ Permanent | | | | |

**REMARKS:** ☐ AMENDED
Effective 10/13/2002, pursuant to BU 12 Collective Bargaining Agreement, Article 20, transfer to Investigative Services Bureau, Vice Section from Patrol Services Bureau, Squad 2 Waimea. Temporary, upward reallocation pursuant to the Rules of the Director of Personnel Services, 4-5, effective 10/13/2002 and not to exceed 03/15/2003. Change Add Pay Code and Amount to P2, $85, from P1, $75.

**ACCRUALS:**
☒ COMP TIME   ☒ VACATION RG - REG 14HR   ☒ SICK LV RG - REG 14HR   ☐ MILITARY LV

| APPOINTING AUTHORITY APPROVAL | DEPARTMENT HEAD: x /s/ Wilfred Ihu | DATE: 11/25/2002 |
|---|---|---|
| CERTIFICATION [stamp: DEC 3 2002 COUNTY OF KAUAI PERSONNEL SERVICES] | DIRECTOR OF PERSONNEL SERVICES: /s/ Malcolm C. Fernandez | DATE: 12/11/02 |
| ORIGINAL - Personnel Services  COPY 2 - Finance Department  COPY 4 - Employee<br>COPY 1 - Retirement System  COPY 3 - Appointing Authority  COPY 5 - Personnel Services | | Semi-monthly rate: $1,760.00<br>Other: $42.50 |