

# POLICE DEPARTMENT
## COUNTY OF KAUAI

3990 KAANA STREET, SUITE 200
LIHUE, HAWAII 96766
TELEPHONE (808) 241-1600
FAX (808) 241-1604

AN EQUAL OPPORTUNITY EMPLOYER
OUR REFERENCE

YOUR REFERENCE

ADDRESS ALL
COMMUNICATIONS TO
WILFRED IHU
Chief of Police

February 9, 2004

| | | |
|---|---|---|
| TO | : | Lieutenant Roy ASHER<br>Internal Affairs Investigator |
| VIA | : | Assistant Clayton ARINAGA ✓<br>Patrol Services Bureau |
| FROM | : | Chief Wilfred IHU<br>Kauai Police Department |
| SUBJECT | : | Administrative Investigation – Detective Irvil KAPUA |

Complaint Number: KPD-IA-04-01

We have a complaint that alleges that Detective Irvil KAPUA was given and accepted a large sum of money in order to protect certain individuals from the Police. The allegations are that those individuals who were protected are involved in drug distribution. The complaint also alleges that Detective KAPUA informed a drug dealer about a warrant that the Vice Unit was going to serve on the dealer prior to the warrant being served.

The officers who received this information did not solicit the information from the complainant and are afraid of possible retaliation against them from Detective KAPUA. When you notify Detective KAPUA of the investigation, you are also to inform him that any actions taken against the officers or directed towards these officers will not be tolerated.

You are to submit your findings to the Chief of Police no later than March 30, 2004. Any request for extension of the due date has to be in writing to the Chief of Police and can only be granted with his permission.

Attached are correspondence that you need to review.