**KAUAI POLICE DEPARTMENT**

| GENERAL ORDER | DATE OF ISSUE 04/29/04 | EFFECTIVE DATE 04/30/04 | NO. 2004-2 |
|---|---|---|---|
| REFERENCE | | RESCINDS: | |

INDEX AS: Workplace Violence

I. **POLICY**

The County of Kauai and the Kauai Police Department are committed to maintaining a work environment free from acts or threats of physical violence, including harassment, intimidation, and other forms of disruptive behavior.

To that end, the Kauai Police Department will strive to address the issue of workplace violence by:

A. Providing education and training;

B. Establishing guidelines for responding to, handling, and recognizing potential incidents; and

C. Establishing guidelines for responding to and handling actual workplace violence occurrences.

Any act of workplace violence can result in disciplinary action up to and including termination in accordance with collective bargaining agreements and civil service rules, as well as criminal prosecution.

II. **DEFINITION**

Except for incidents that occur during official law enforcement situations (e.g., arrests, crowd control), the following definition shall apply to all Kauai Police Department employees, including civilian, contract and volunteer workers.

A. Workplace Violence

1. Any intentional act that physically harms or may cause physical harm to someone or something.

2. Any intentional act of harassment, intimidation, or physical threat against someone or something.

1

## KAUAI POLICE DEPARTMENT

| GENERAL ORDER | DATE OF ISSUE 04/29/04 | EFFECTIVE DATE 04/30/04 | NO. 2004-2 |
|---|---|---|---|
| REFERENCE | | RESCINDS: | |

INDEX AS: Workplace Violence

### III. EDUCATION AND TRAINING

The Training Section shall be responsible for coordinating education and training on workplace violence. This will include an overview on the subject as well as general information on preventing, detecting, and responding to violent or potentially violent incidents.

### IV. INVESTIGATIVE FORMAT

There are two investigative formats that may be employed in handling incidents of workplace violence, one administrative and the other criminal. In some instances both may be conducted for the same incident, while in other situations only an administrative investigation may be warranted.

Investigations should be initiated and handled in a manner that appropriately coincides with the degree of severity and existence of substantiating facts that may or may not be inherent in each incident or allegation.

A. Confirmed Act

1. A supervisor shall have the authority to take immediate and appropriate action regarding a confirmed case of workplace violence involving an officer or department employee, where clear and convincing evidence exists establishing the officer or department employee as the offender.

2. Depending on circumstances and individual case factors, this may include initiation of both an administrative and criminal investigation. (see Section V. Responsibilities and Procedures).

2

**KAUAI POLICE DEPARTMENT**

| GENERAL ORDER | DATE OF ISSUE 04/29/04 | EFFECTIVE DATE 04/30/04 | NO. 2004-2 |
|---|---|---|---|
| REFERENCE | | RESCINDS: | |

INDEX AS: Workplace Violence

---

    B.   <u>Unconfirmed Allegation</u>

        1.   If an allegation of workplace violence cannot be readily confirmed or corroborated, and no physical injury or imminent/potential threat to the safety and well being of person(s) or property exists, a supervisor shall have the authority to initiate an administrative investigation in accordance with department policy and applicable collective bargaining agreement procedures.

        2.   In this instance, imposed disciplinary action, if any, may be reliant upon the final outcome of the administrative process, which may include review and recommendation by the department's Disciplinary Review Board. (see Section V. Responsibilities and Procedures).

V.   <u>RESPONSIBILITIES AND PROCEDURES</u>

    A.   <u>Department Personnel/Employees</u>

    Department personnel, including sworn, civilian, contract, and volunteer employees shall not engage in or display any act(s) of workplace violence.

        1.   Employees are encouraged to resolve conflicts that do not involve violence with diplomatic communication and sensibility.

        2.   Employees should report incidents related to workplace violence, whether they are the targets of violence or witnesses to such acts, including actual or attempted physical contact, threatening, intimidating, or harassment type behavior.

3

| | KAUAI POLICE DEPARTMENT | | |
|---|---|---|---|
| **GENERAL ORDER** | DATE OF ISSUE<br>04/29/04 | EFFECTIVE DATE<br>04/30/04 | NO.<br>2004-2 |
| REFERENCE | | RESCINDS: | |

INDEX AS: Workplace Violence

3. The incidents should be reported immediately, verbally or in writing, to their supervisors. All initial verbal reports shall be followed up in writing. If a supervisor is the source of the problem, it shall be reported to the next higher supervisor.

4. In circumstances involving an act of workplace violence that is in-progress or about to occur, the employee shall take appropriate measures in an effort to quickly diffuse a violent or potentially violent situation, or reduce the risk of imminent danger. In exercising these measures the employee shall:

   a. Take necessary and appropriate precautions to avoid and reduce the risk of physical harm to self and others.

   b. If necessary, make notifications with additional sources, including other employees and supervisors, to aid in mitigating the situation.

   c. Once the situation is brought under control, make or arrange for immediate notification with fire and/or ambulance (paramedic) assistance if needed, and;

   Provide medical/first responder assistance as required at scene until properly relieved.

   d. If not already done, make or arrange for immediate notification of the on-duty supervisor.

   e. The on-duty supervisor shall respond and initiate and coordinate investigative efforts.

4

| | KAUAI POLICE DEPARTMENT | | |
|---|---|---|---|
| **GENERAL ORDER** | DATE OF ISSUE 04/29/04 | EFFECTIVE DATE 04/30/04 | NO. 2004-2 |
| REFERENCE | | RESCINDS: | |

INDEX AS: Workplace Violence

---

B. **Supervisors**

Supervisors are responsible for taking reasonable measures to maintain a work environment that is free of violence and ensuring that all employees are aware of this policy.

In addition, a supervisor who is aware, directly or indirectly, of any act of workplace violence shall:

1. Take appropriate measures to quickly diffuse a violent or potentially violent situation or reduce the risk of imminent danger.

2. Immediately initiate and coordinate an investigation of the incident.

    a. Investigations shall be conducted in accordance with applicable department policy(s) and collective bargaining agreements for any department violations, including those outlined in the Kauai Police Standards of Conduct.

    b. Once completed, the investigative report shall be submitted via chain of command to the Office of the Chief of Police, which shall have the option of referring the investigation, relative findings and disciplinary recommendation to the department's Disciplinary Review Board.

3. If necessary, impose immediate and appropriate disciplinary action, including relieving the responsible employee from duty pending further administrative investigation.

5

| GENERAL ORDER | KAUAI POLICE DEPARTMENT | | |
|---|---|---|---|
| | DATE OF ISSUE<br>04/29/04 | EFFECTIVE DATE<br>04/30/04 | NO.<br>2004-2 |
| REFERENCE | | RESCINDS: | |

INDEX AS: Workplace Violence

      a.  If such a measure is imposed, the supervisor of a sworn officer shall take physical custody of the officer's department issued firearm(s), protective (bullet proof) vest, OC spray, baton, handcuffs, police badge, police department ID, building key(s)/card(s), police vehicle and keys.

      b.  Regarding non-sworn personnel, retrieval of department ID, building key(s)/card(s), department vehicle and keys.

  4.  If needed, make <u>recommendation</u> via chain of command for the department to have an evaluation conducted with the responsible employee as a means of assessing or determining the employee's fitness for duty. In making the recommendation, the supervisor shall articulate justifiable reasons for making the recommendation.

  5.  Make <u>recommendation</u> via chain of command for counseling when appropriate. (May include use of psychologists, counselors, police chaplains).

C.  <u>Office of the Chief of Police</u>

  1.  If the presence of an employee at the workplace is deemed a potential detriment to the safety of person(s), property, or department operations, the Office of the Chief of Police may, in accordance with County of Kauai Workplace Violence Procedures, Kauai Police and Department of Personnel Services policy(s), applicable bargaining unit agreement(s), and Civil Service rules, implement, but not necessarily be limited to, the following course(s) of action:

      a.  Place the employee under investigation on appropriate leave of absence or temporary reassignment, in accordance with V.C.1 above.

6

| | KAUAI POLICE DEPARTMENT | | |
|---|---|---|---|
| **GENERAL ORDER** | DATE OF ISSUE 04/29/04 | EFFECTIVE DATE 04/30/04 | NO. 2004-2 |
| REFERENCE | | RESCINDS: | |
| INDEX AS: Workplace Violence | | | |

    b. Take immediate and appropriate disciplinary action, up to and including suspension or dismissal. (if exercised, see V.B,3,a,b for custody of police property).

    c. Order the employee, via use of a qualified psychologist to undergo an evaluation to determine the employee's fitness for duty.

    For sworn personnel, as referenced in Article 12, 2, n. of the collective bargaining unit agreement; and for other employees, in accordance with applicable bargaining unit agreements and civil service rules.

    d. When appropriate, make referrals or recommendations for counseling utilizing resources such as licensed, qualified psychologists or counselors, police chaplains, or employee assistance program(s).

2. The Chief of Police may designate and assign personnel as needed to conduct an administrative investigation. Such investigations (and disciplinary actions) shall be carried out in accordance with appropriate employer/union, Kauai Police, County Personnel and Civil Service procedures.

3. At the conclusion of the administrative investigation and Disciplinary Review Board process, the Chief of Police shall take appropriate disciplinary action as warranted.

4. The Chief of Police may also initiate and designate officer(s) to conduct a criminal investigation into any workplace violence incident warranting such measure.

7

| | KAUAI POLICE DEPARTMENT | | |
|---|---|---|---|
| **GENERAL ORDER** | DATE OF ISSUE<br>04/29/04 | EFFECTIVE DATE<br>04/30/04 | NO.<br>2004-2 |
| REFERENCE | | RESCINDS: | |

INDEX AS: Workplace Violence

       a. Once completed, the criminal investigation and all findings contained therein shall be forwarded to the Chief of Police for review and referral to the Kauai Prosecuting Attorney's Office.

  D. Arrests

     In situations where clear and convincing evidence exists, and the volatile nature of an incident and actions of an employee (or any offender) justifies the need for an immediate arrest, sworn personnel shall have that authority to initiate and effect such course of action.

     1. Supervisor notification shall be made if such a situation occurs.

     2. A complete criminal investigation shall be conducted with all reports submitted in a timely manner.

VI. RESTRAINING/PROTECTIVE ORDERS

  A. Department employees who apply for or obtain any type of protective order that names the workplace as a protected location shall provide their bureau commander and supervisor with copies of the application or order.

     1. If the workplace is not listed as a protection location, the employee may still elect to provide commanders and supervisors with information pertinent to the order.

  B. If there is a potential for violence or confrontation between the employee and respondent, the bureau commander and supervisor should provide certain information to other employees about the protective order.

8

| | KAUAI POLICE DEPARTMENT | | |
|---|---|---|---|
| **GENERAL ORDER** | DATE OF ISSUE<br>04/29/04 | EFFECTIVE DATE<br>04/30/04 | NO.<br>2004-02 |
| REFERENCE | | RESCINDS: | |

INDEX AS: Workplace Violence

---

       1. The information shall be limited to the name, physical description, and type of vehicle owned and operated by the person whom the order was served upon, and the name of the employee who obtained the order.

       2. While at the workplace, personnel should remain alert and mindful of the potential for violations.

C. If the person (or vehicle) the order was served upon is observed or believed to be at the workplace, or there is information indicating the person may be in route to the worksite, employees shall immediately report the occurrence.

       1. The order in which notifications are made will be dependant upon circumstances surrounding the violation incident. However, when at all possible, notifications should include:

            a. Immediate supervisor
            b. Employee who sought/obtained the order
            c. Fellow officers and co-workers
            d. Dispatch

       2. Department personnel, especially sworn officers, shall assume the initiative in assessing the situation, and take immediate and appropriate response measures to ensure the safety and well being of those at the workplace.

D. The employee who sought or obtained the protection order shall immediately inform the supervisor of any violations that have occurred, including those that are not of an obvious, highly noticeable nature to others. (e.g phone call received at a workstation or cell-phone, computer e-mail).

9

## KAUAI POLICE DEPARTMENT

| GENERAL ORDER | DATE OF ISSUE 04/29/04 | EFFECTIVE DATE 04/30/04 | NO. 2004-2 |
|---|---|---|---|
| REFERENCE | | RESCINDS: | |

INDEX AS: Workplace Violence

### VII. IMMEDIATE-EMERGENCY POLICE ASSISTANCE

Officer(s) shall be called or dispatched to any situation in which violence has occurred or appears imminent. If no officer is available, one shall be requested by contacting dispatch, which includes use of 911 if necessary.

### VIII. CRITICAL INCIDENT PROTOCOL

A. Workplace violence incidents involving department employees resulting in death, serious, or substantial bodily injury will be handled and investigated in accordance with Kauai Police Department Critical Incident Protocol procedures.

B. In other situations, the protocol _may_ be implemented following incidents that could have carried with it a high probability of resulting in death, serious, or substantial bodily injury.

### IX. RETALIATION

A. Retaliation in any form is prohibited against anyone reporting an incident of workplace violence or participating in the investigation of such an incident.

Wilfred M. Ihu
ACTING CHIEF OF POLICE

10