# Ron Venneman

**From:** Ron Venneman
**Sent:** Friday, April 02, 2004 5:29 PM
**To:** Miles Tanabe
**Cc:** Scott Yagihara; Mark Scribner
**Subject:** In-Service Standardized Field Sobriety Test Training plus...

Lieutenant,

Platoon 3 still is suffering shortages, so Officers Brandy LEDESMA and Paris RESINTO were unable to attend the SFST Training as scheduled with the Recruit Officers.

Recruit Officers Jeffrey GARCIA, David SLACK and Mark STULPE passed their Intoxilyzer 5000, SFST and Drug Awareness / Driving Impairment classes and are now field qualified.

Police Services Officer Christopher CALIO will be receiving training on the Intoxilyzer 5000 with me on Monday, April 12, 2004.
This training change was coordinated with his FTO Darla ABBATIELLO per our conversation yesterday. Darla remains one of two FTO's who are not SFST qualified.

Also it is recommended that PSO Christopher CALIO attend an SFST class in order that he may be qualified by this Department.

Below is the list of those in Patrol that have yet to attend, those underlined and in bold print are FTO's.

Platoon 3
**Officer Darla ABBATIELLO, Waimea FTO**
Officer Shelly BONACHITA, Hanalei
Officer Brandy LEDESMA, Lihue
Officer Gerald KIM, Hanalei
Officer Bruce O'DONNELL, Hanalei
**Officer Paris RESINTO, Waimea, FTO**

Sergeant Patrick BALBARINO, Waimea
Sergeant Scott BREDE, Hanalei

Platoon 2
Sergeant James KURASAKI, Lihue
Sergeant Sylvester OLIVEIRA, Hanalei

Ron V.

1