# DEPARTMENT OF PERSONNEL SERVICES
## COUNTY OF KAUAI
### 4444 RICE STREET, SUITE 140
### LIHUE, HI 96766

Date: May 6, 2004

TO:         **KAUA`I POLICE DEPARTMENT**

FROM:       **MALCOLM C. FERNANDEZ, DIRECTOR OF PERSONNEL SERVICES**

SUBJECT:    **REALLOCATION (END OF TR)**

Position No.(s) __577__        Incumbent(s) __Darla Abbatiello__

Reallocation from __Police Officer II__                                   __PO-9__

Reallocation to:

New Class _____

                    Salary Range Assigned    _____

                    Wage Board Assigned      _____

Existing Class  Police Officer I

                    Salary Range Assigned    __PO-7__

                    Wage Board Assigned      _____

Effective Date of Reallocation __4/4/04__

Note:  You may appeal this action within twenty (20) calendar days from the date of this notice.

_____
Director of Personnel Services

Attachment:   Position Description   ☒ Pink
                                      ☒ Yellow

              Class Specification

cc: Finance Department
    Incumbent

DA00133

# COUNTY OF KAUA.
## DEPARTMENT OF PERSONNEL SERVICES
### PAYROLL CERTIFICATION

**DPS USE:**
☐ Audit HTE  ☐ Position Control
☐ Status Maintenance  ☐ Employee History
☐ Status History  ☐ Roster

ISLAND – 4
EMPLOYER - 05

| DEPARTMENT | DIVISION |
|---|---|
| 10 POLICE | **PATROL SERVICES BUREAU** |

## PART I: DEMOGRAPHICS

| EMPLOYEE'S NAME (LAST, FIRST, MI) | SOCIAL SECURITY NUMBER | EMPLOYEE NUMBER |
|---|---|---|
| ABBATIELLO, DARLA J. | 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 | 201 |

MAILING ADDRESS
P O BOX 112
WAIMEA, HI  96796

RESIDENCE ADDRESS

| MARITAL STATUS | SEX | DATE OF BIRTH | PHONE NUMBER–RESIDENCE | PHONE NUMBER–WORK |
|---|---|---|---|---|
| ☒ SINGLE ☐ MARRIED | ☐ MALE ☒ FEMALE | 12/04/1959 | | |

## PART II: STATUS/POSITION

EXPENSE DISTRIBUTION (ACCT FUND-DEPT/DIV-ACCT.ELE/OBJ)
001-10-01-551.01-01  100.00%   - - - . -  %   - - - . -  %

| NEW CLASS TITLE | AUTHORIZED POSITION NUMBER | POSITION CLASS CODE |
|---|---|---|
| **POLICE OFFICER I** | 577 | 6075 |

| GRADE | STEP | HOURLY RATE | SEMI-MONTHLY RATE | MONTHLY RATE | ANNUAL |
|---|---|---|---|---|---|
| PO-7/607 | C/3 | $19.51 | $1,691.00 | $3,382.00 | $40,584.00 |

| FORMER CLASS TITLE | AUTHORIZED POSITION NUMBER | POSITION CLASS CODE |
|---|---|---|
| POLICE OFFICER II | 577 | 6076 |

| GRADE | STEP | HOURLY RATE | SEMI-MONTHLY RATE | MONTHLY RATE | ANNUAL |
|---|---|---|---|---|---|
| PO-9/609 | C/3 | $21.12 | $1,830.50 | $3,661.00 | $43,932.00 |

| DATE OF HIRE | | SCHEDULED HOURS | EFFECTIVE DATE OF ACTION |
|---|---|---|---|
| 10/09/1989 | ☒ FULL TIME ☐ PART TIME  100.00% FTE | PI | 04/04/2004 |

| TOTAL SERVICE DATE | EMPLOYMENT STATUS CODE | ADD PAY CODE/TYPE | AMOUNT | HOW PAID | 2ND SHIFT |
|---|---|---|---|---|---|
| 10/09/1989 | CS-Civil Service Permanent | P1 | $75.00 | MONTHLY | |

| ADJUSTED STEP MOVEMENT DATE | EUTF BU CODE | ADD PAY CODE/TYPE | AMOUNT | HOW PAID | 3RD SHIFT |
|---|---|---|---|---|---|
| 07/01/1994 | 12 Included | | | | |

| NEXT STEP MOVEMENT DATE | GROUP CODE | | 4TH SHIFT |
|---|---|---|---|
| 07/01/2004 | PM 12 Perm CS; Incl | | |

## PART III: MISCELLANEOUS INFORMATION

| ETHNIC CODE | U.S. CITIZEN | LIMITED ENGLISH | VETERAN | EEO FUNCTION | EEO CATEGORY | ERS CODE |
|---|---|---|---|---|---|---|
| A (White) | ☒Yes ☐No | ☐Yes ☒No | ☐Yes ☐No | 04 POL PROT | 04 PROT SVC | 4D |

| EDUCATION | Next 4 fields – Drug/Alcohol random test employee only: | ☐ Add to Test Pool ☐ Delete from Test Pool | DRIVER'S LICENSE TYPE | DRIVER'S LICENSE NO. | EXPIRATION DATE |
|---|---|---|---|---|---|

**TYPE OF APPOINTMENT**

CIVIL SERVICE APPOINTMENT:
☐ Initial Probation  ☐ Temporary Appointment
☐ New Probation  ☐ Temporary Appt-Civ Svc Member
☒ Permanent Civil Service Member

NON-CIVIL SERVICE APPOINTMENT:
☐ Contract
☐ Elected
☐ Emergency – NTE ten (10) working days
☐ Exempt
☐ Provisional (pending establishment of eligible list)
☐ Short Term (89 days or 37 weeks @ 19.50 hrs/week)

**BASIS OF CHANGE**
☐ Class Re-titled
☐ Correction
☐ Demotion
☐ Increment
☐ Lv of Absence/Authorize
☐ Lv of Absence/Unauthorize
☐ Longevity
☐ Pay Increase
☐ Promotion
☐ Reallocation
☐ Reinstatement
☐ Repricing
☐ Rescind
☐ Separation (see below)
☐ Suspension
☒ Transfer
☐ Other:

**SEPARATION TYPE**
☐ Death
☐ Dismissal
☐ Layoff/Reduction in Force
☐ Leave More than 12 months
☐ Resignation
☐ Retirement
☐ Termination Contract
☐ Termination Appointment
☐ Other:

REMARKS: ☐ AMENDED

Effective 04/04/2004, transfer to Patrol Services Bureau, Squad 2, Waimea from Investigative Services Bureau, Vice Section, pursuant to BU12 Collective Bargaining Agreement, Article 20. Termination of temporary, upward reallocation at the close of business 04/03/2004. Change Add Pay Code and Amount to P1, $75, from P2, $85

ACCRUALS:
☒ COMP TIME CT.  ☒ VACATION RG - REG 14HR   Vacation Accrual Hours Type:
☒ SICK LEAVE RG - REG 14HR   Sick Accrual Hours Type:   ☐ MILITARY LV

| APPOINTING AUTHORITY APPROVAL | APPOINTING AUTHORITY: | DATE: |
|---|---|---|
| I certify that, to the best of my knowledge, the personnel action(s) shown above have been taken in... | x | 04/26/2004 |
| CERTIFICATION BY DEPARTMENT OF PERSONNEL SERVICES | DIRECTOR OF PERSONNEL SERVICES: | DATE: 5/6/04 |

APR 30 2004

COPY 1 - Employee   COPY 3 & 4 - Personnel Services   Semi-monthly rate: $1,691.00
COPY 2 - Finance   COPY 5 - Retirement System   Add Pay semi-mo.: $37.50

DPS-1 (REVISED 11/2003)

COUNTY OF KAUAI
PERSONNEL SERVICES

DA00743