**Darla Abbatiello**
Kauai Police Department
3190 Ka'ana St
Lihue, HI 96766

September 14, 2004

K.C. Lum
Acting Chief
Kauai Police Department
3190 Ka'ana St
Lihue, HI 96766

    Re:  Stolen Firearm

Dear Acting Chief Lum:

    I have just discovered that my personal firearm has apparently been stolen from my locked filing cabinet in the VICE office. I thought this discovery merited your immediate attention.

    I remain concerned for my safety in and around VICE.

*Darla Abbatiello*

cc:    Daniel Hempey, Esq.
       Jeffrey Crabtree, Esq.
       Margery Bronster, Esq.

DA00138