TO:          Lt. Roy ASHER
             Field Training Officer Coordinator


FROM:        Ofc. Paris RESINTO  K-153
             Waimea PSB, Platoon 3
             Field Training Officer



SUBJECT:     Training


Dear Lieutenant , I apologized for writing this letter so late, but I needed confirmation on my flight plans for the mainland and I just found out.

I am scheduled to train recruit McCULLUM starting in June, 2005, but due to commitment with the Waimea Youth Baseball Association. I am requesting that I be removed for the training.

Once again I apologized for the inconvenience this may have caused, but I am still interested in being a Field Training Officer for the next recruit class.


If you have any questions or concerns, please do not hesitate to call me at 645-1618 or at the Waimea Sub Station 338-9911.


Thank You

Paris RESINTO