# CONFIDENTIAL
## Memorandum

October 18, 2004

TO:         Chief KC Lum

VIA:        Chain of Command

FROM:       Lieutenant Roy Asher

SUBJECT:    Internal Investigation KPD IA 04-01

ATTACHMENT: Internal Investigation Findings

RECEIVED
OCT 1 9 2004
POLICE DEPARTMENT
COUNTY OF KAUAI

   Please find the attached Internal Investigation pertaining to the Bribery complaint involving Detective Irvil Kapua. Included in this submission is a photocopy of Sergeant Wesley Kaui's Criminal Investigation Report 04-04303.
   A review of the Criminal Complaint reveals it to lack pertinent information deemed essential to both the Criminal and Internal investigation. This information can and should be obtained through an Administrative Subpoena. Telephone Records and Bank Account Records could reveal a possible link or association between the subject of the Investigation and some of those involved.
   The internal investigation does not have Subpoena powers or authority to request the same. This results in the Internal Investigation to rely heavily on the Criminal Investigation findings.
   Through review of the criminal investigation particularly Detective Irvil Kapua's interview transcript and which was reiterated and disclosed in a conversation I had with him. Detective Irvil Kapua expressed to me a willingness to submit to a polygraph examination. Due to employee and Labor collective bargaining stipulations the Department and its Internal Investigator can not request or be involved with the request of an employee to submit to such test. However a criminal investigation may utilize such an exam, though it still would not be admissible for prosecution purposes.
   The Internal Investigation is hereby submitted for your review and final disposition. My recommendation is that it be classified as "Unable to Substantiate".
   Should you need any clarification please advise.

Respectfully submitted,

*[signature]*

Lieutenant Roy Asher
Investigative Services Bureau
Adult & Major Crimes Section Supervisor