Rev. 1979
DEPARTMENT OF PERSONNEL SERVICES
COUNTY OF KAUAI

## PAYROLL CERTIFICATION
APPOINTMENT OR IN-SERVICE CHANGE
Use only for Movement Into The Service and In-Service Changes

☒ MR.   ☐ MRS.   ☐ MISS

Department: POLICE
Division: Investigative Services Bureau
Bargaining Unit Designation: 12

1. Employee Name: Last ISODA, First Gordon Middle S.
2. Social Security No.: REDACTED
3. Address: REDACTED
   Marital Status: ☐ Married  ☒ Single
4. Date of Birth: February 14, 1953
5. New Class: Detective    Pos. No. 430
6. SR/WB & Step: SR-21A   Rate $2442.00
7. Former Class: Police Sergeant   Pos. No. 445
8. SR/WB & Step: SR-21A   Rate [illegible]
9. Effective Date(s): September 1, 1989
10. Increment or Longevity Step Increase Due: 7/1/[19]94
11. Type of Appointment: ☒ Permanent
12. If In-Service, Basis of Change: ☒ Transfer

15. Reason: Lateral transfer from Patrol Services Bureau to Investigative Services Bureau, Adult Section.

16. Approval of Appointing Authority: 8/2/89  [signature] Department Head
17. Certification By Department of Personnel Services: 8/16/89  [signature] Director of Personnel Services

[Stamp: RECEIVED AUG 16 1989 Dept. of Personnel Services County of Kauai]

---

Rev. 1979
DEPARTMENT OF PERSONNEL SERVICES
COUNTY OF KAUAI

## PAYROLL CERTIFICATION
APPOINTMENT OR IN-SERVICE CHANGE
Use only for Movement Into The Service and In-Service Changes

☒ MR.   ☐ MRS.   ☐ MISS

Department: POLICE
Division: Investigative Services Bureau
Bargaining Unit Designation: 12

1. Employee Name: Last ISODA, First Gordon Middle S.
2. Social Security No.: REDACTED
3. Address: REDACTED
   Marital Status: ☐ Married  ☒ Single
4. Date of Birth: February 14, 1953
5. New Class: Detective    Pos. No. 430
6. SR/WB & Step: SR-21B   Rate $2541.00
7. Former Class:    Pos. No.
8. SR/WB & Step: SR-21A   Rate $2442.00
9. Effective Date(s): April 16, 1990
10. Increment or Longevity Step Increase Due: 7/1/92
11. Type of Appointment: ☒ Permanent
12. If In-Service, Basis of Change: ☒ Pay Increase

15. Reason: Pay increase pursuant to Collective Bargaining Unit 12 Agreement effective 7/1/89.

16. Approval of Appointing Authority: 3/28/90  [signature] Department Head
17. Certification: 3/29/90  [signature] Director of Personnel Services

[Stamp: RECEIVED MAR 29 1990 Dept. of Personnel Services County of Kauai]

County of Kauai 000174