# COUNTY OF KAUAI
## DEPARTMENT OF PERSONNEL SERVICES
## PAYROLL CERTIFICATION

| DPS USE: | | ISLAND – 4 |
|---|---|---|
| ☐ Audit HTE | ☐ [ ] Control | EMPLOYER – 05 |
| ☐ Status Maintenance | ☐ Employee History | |
| ☐ Status History | ☐ Roster | |

**DEPARTMENT:** 10 POLICE
**DIVISION:** PATROL SERVICES BUREAU

## PART I: DEMOGRAPHICS

**EMPLOYEE'S NAME (LAST, FIRST, MI):** KAPUA, IRVIL K.
**SOCIAL SECURITY NUMBER:** REDACTED
**EMPLOYEE NUMBER:** 254

**MAILING ADDRESS:** REDACTED
**HOME ADDRESS:**

**MARITAL STATUS:** ☒ MARRIED ☐ SINGLE
**SEX (M/F):** M
**DATE OF BIRTH:** August 31, 1940
**PHONE NUMBER – HOME:**
**PHONE NUMBER – WORK:**

## PART II: STATUS/POSITION

**EXPENSE DISTRIBUTION (ACCT FUND-DEPT-DIV-ACCT ELE/OBJ):** 001-10-01-551.01-01  100.00%

| NEW CLASS TITLE: POLICE SERGEANT | AUTH NO.: 417 | POSITION CLASS NO.: 6095 |
|---|---|---|
| GRADE: PO-11/611 | STEP: L1/5 | HOURLY RATE: $22.12 | MONTHLY: $3,834.00 | ANNUAL: $46,008.00 |

| FORMER CLASS TITLE: POLICE SERGEANT | AUTH NO.: 393 | POSITION CLASS NO.: 6095 |
|---|---|---|
| GRADE: PO-11/611 | STEP: L1/5 | HOURLY RATE: $22.12 | MONTHLY: $3,834.00 | ANNUAL: $46,008.00 |

**DATE OF HIRE:** 8/18/1986
☒ FULL TIME   ☐ PART TIME
**EFF DATE OF ACTION:** 01-02-2000

**TOTAL SVC DATE:** 8/18/1986
**SCHEDULED HOURS:**
**ADD PAY CODE:** P2
**AMOUNT:** $85.00
**HOW PAID:** MONTHLY
**2ND SHIFT:**

**ADJ STEP MVMT DATE:** 8/18/1986
**HLTH FUND BU:** 12 Included
**ADD PAY CODE:**
**AMOUNT:**
**HOW PAID:**
**3RD SHIFT:**

**NEXT STEP MVMT DATE:** 8/18/2002
**BU CODE:** PM BU12 CIV SVC
**ADD PAY CODE:**
**AMOUNT:**
**HOW PAID:**
**4TH SHIFT:**

## PART III: MISCELLANEOUS INFORMATION

**ETHNIC CODE:** B
**U.S. CITIZEN:** ☒ YES ☐ NO
**LIMITED ENGLISH:** ☐ YES ☒ NO
**VETERAN:** ☐ YES ☐ NO
**EEO FUNCTION:** 04 POL PROT
**EEO CATEGORY:** 03 TECH

**ERS CODE:** 4D
**EDUCATION:**
**DRIVER'S LICENSE TYPE:**
**DRIVER'S LICENSE NUMBER:**
**EXPIRATION DATE:**

**TYPE OF APPOINTMENT:**

PROBATIONARY
☐ Initial
☐ New

☐ Provisional
☐ Exempt
☐ Elected
☐ Short Term

PERSONAL SVC
☐ Contract
☐ Temporary

LIMITED TERM APPTMNT:
☐ From Eligible List
☐ Outside Elig. List

☒ Permanent

☐ Other

**BASIS OF CHANGE:**
☐ Class Retitled      ☐ Longevity          ☐ Rescind
☐ Correction         ☐ Pay Increase       ☐ Separation
☐ Demotion           ☐ Promotion          ☐ Suspension
☐ Increment          ☐ Reallocation       ☒ Transfer
☐ Lv. Of Absence/Auth ☐ Reinstatement     ☐ Other:
☐ Lv. Of Absence/Unauth ☐ Repricing

**SEPARATION TYPE:**
☐ Death       ☐ Lv More Than 12 Months   ☐ Termin. Appt
☐ Dismissal   ☐ Resignation               ☐ Other
☐ Layoff      ☐ Retirement
              ☐ Termin. Contract

**REMARKS:** ☐ AMENDED

Effective 01-02-2000 transfer to Patrol Services Bureau from Investigative Services Bureau/Vice Section pursuant to BU 12 Collective Bargaining Agreement, Article 20.

**ACCRUALS:**
☒ COMP TIME   ☒ VACATION RG - REG 14HR   ☒ SICK LV RG - REG 14HR   ☐ MILITARY LV

**APPOINTING AUTHORITY APPROVAL:**
**DEPARTMENT HEAD:** [signature] George Freitas
**DATE:** 1/2/2000

**CERTIFICATION BY DEPARTMENT OF PERSONNEL SERVICES:**
**DIRECTOR OF PERSONNEL SERVICES:** [signature] Hanigan
**DATE:** 1-27-00

JAN 27 2000
PERSONNEL SERVICES

ORIGINAL – Personnel Services   COPY 2 – Finance Department   COPY 4 Employee
COPY 1 – Retirement System      COPY 3 Appointing Authority    COPY 5 Personnel Services

Semi-monthly rate: $1,917.00
Other: 42.50

DPS-1 (REVISED 09/99)