# COUNTY OF KAUAI
## DEPARTMENT OF PERSONNEL SERVICES
### PAYROLL CERTIFICATION

**DPS USE:**
- ☐ Audit HTE
- ☐ Status Maintenance
- ☐ Status History
- ☐ Pos. Control
- ☐ Employee History
- ☐ Roster

ISLAND – 4
EMPLOYER – 05

**DEPARTMENT:** 10 POLICE
**DIVISION:** PATROL SERVICES BUREAU

## PART I: DEMOGRAPHICS

**EMPLOYEE'S NAME (LAST,FIRST,MI):** LUM, KING CHI
**SOCIAL SECURITY NUMBER:** REDACTED
**EMPLOYEE NUMBER:** 379
**MAILING ADDRESS:** REDACTED
**HOME ADDRESS:**

**MARITAL STATUS:** ☐ SINGLE ☒ MARRIED
**SEX:** ☒ MALE ☐ FEMALE
**DATE OF BIRTH:** 01/17/1949
**PHONE NUMBER – HOME:**
**PHONE NUMBER – WORK:**

## PART II: STATUS/POSITION

**EXPENSE DISTRIBUTION (ACCT FUND-DEPT/DIV-ACCT.ELE/OBJ):** 001-10-01-551.01-01   100.00%

**NEW CLASS TITLE:** POLICE LIEUTENANT
**AUTH NO.:** 373
**POSITION CLASS NO.:** 6100
**GRADE:** PO-13/613
**STEP:** L3/7
**HOURLY RATE:** $28.36
**MONTHLY:** $4,916.00
**ANNUAL:** $58,992.00

**FORMER CLASS TITLE:** POLICE LIEUTENANT
**AUTH NO.:** 391
**POSITION CLASS NO.:** 6100
**GRADE:** PO-13/613
**STEP:** L3/7
**HOURLY RATE:** $28.36
**MONTHLY:** $4,916.00
**ANNUAL:** $58,992.00

**DATE OF HIRE:** 01/03/1983
☒ FULL TIME ☐ PART TIME
**EFF DATE OF ACTION:** 09/29/2002

**TOTAL SVC DATE:** 01/03/1983
**SCHEDULED HOURS:** PI
**ADD PAY CODE:** P2
**AMOUNT:** $85.00
**HOW PAID:** MONTHLY
**2ND SHIFT:**

**ADJ STEP MVMT DATE:** 01/03/1983
**HLTH FUND BU:** 12 INCLUDED
**ADD PAY CODE:**
**AMOUNT:**
**HOW PAID:**
**3RD SHIFT:**

**NEXT STEP MVMT DATE:** 01/03/0000
**BU CODE:** PM BU12 CIV SVC
**ADD PAY CODE:**
**AMOUNT:**
**HOW PAID:**
**4TH SHIFT:**

## PART III: MISCELLANEOUS INFORMATION

**ETHNIC CODE:** C (Chinese/Korean)
**U.S. CITIZEN:** YES ☒ NO ☐
**LIMITED ENGLISH:** YES ☐ NO ☒
**VETERAN:** YES ☐ NO ☐
**EEO FUNCTION:** 04 POL PROT
**EEO CATEGORY:** 02 PROF

**ERS CODE:** 4B
**EDUCATION:**
**DRIVER'S LICENSE TYPE:**
**DRIVER'S LICENSE NUMBER:**
**EXPIRATION DATE:**

**TYPE OF APPOINTMENT:**

PROBATIONARY
- ☐ Initial
- ☐ New

- ☐ Provisional
- ☐ Exempt
- ☐ Elected
- ☐ Short Term

**BASIS OF CHANGE:**
- ☐ Class Retitled
- ☐ Correction
- ☐ Demotion
- ☐ Increment
- ☐ Lv. Of Absence/Auth
- ☐ Lv. Of Absence/Unauth
- ☐ Longevity
- ☐ Pay Increase
- ☐ Promotion
- ☐ Reallocation
- ☐ Reinstatement
- ☐ Repricing
- ☐ Rescind
- ☐ Separation
- ☐ Suspension
- ☒ Transfer
- ☐ Other:

**PERSONAL SVC**
- ☐ Contract
- ☐ Temporary

**LIMITED TERM APPTMNT:**
- ☐ From Eligible List
- ☐ Outside Elig. List

☐ Other

☒ Permanent

**SEPARATION TYPE:**
- ☐ Death
- ☐ Dismissal
- ☐ Layoff
- ☐ Lv More Than 12Months
- ☐ Resignation
- ☐ Retirement
- ☐ Termin. Contract
- ☐ Termin. Appt.
- ☐ Other

**REMARKS:** ☐ AMENDED

Effective 09/29/2002, pursuant to BU 12 Collective Bargaining Agreement, Article 20, transfer to Patrol Services Bureau, Hanalei District from Administrative & Technical Bureau, Research & Development Section. Change Health Fund Code to 12 from 72 and BU Code to PM from PX.

**ACCRUALS:**
☒ COMP TIME   ☒ VACATION RG - REG 14HR   ☒ SICK LV RG - REG 14HR   ☐ MILITARY LV

**APPOINTING AUTHORITY APPROVAL**
**DEPARTMENT HEAD:** [signature]
**DATE:** 12/15/2002

**CERTIFICATION BY DEPARTMENT OF PERSONNEL SERVICES**
**DIRECTOR OF PERSONNEL SERVICES:** Malcolm C. Fernandez [signature]
**DATE:** 12-20-02

ORIGINAL - Personnel Services   COPY 2 Finance Department   COPY 4 Employee
COPY 1 - Retirement System   COPY 3 Appointing Authority   COPY 5 Personnel Services

Semi-monthly rate: $2,458.00
Other: $42.50

DPS-1 (REVISED 09/99)
COUNTY OF KAUAI
PERSONNEL SERVICES