| COUNTY OF KAUAI | | DPS-1 |
|---|---|---|
| DEPARTMENT OF PERSONNEL SERVICES | | (Rev. 11/95) |
| PAYROLL CERTIFICATION | | |

| DEPARTMENT: POLICE | DIVISION: PATROL SERVICES BUREAU |
|---|---|

### PART I: DEMOGRAPHICS

| EMPLOYEE NAME (LAST, FIRST, MI): PIGAO, DEAN A. | SOCIAL SECURITY NUMBER: REDACTED | EMPLOYEE NUMBER: 337 |
|---|---|---|
| HOME ADDRESS: | MARITAL STATUS: | ___ SINGLE  X MARRIED |
| MAILING ADDRESS: REDACTED | DATE OF BIRTH: 06-07-60 | SEX (M/F): M |
| | WORK PHONE: | HOME PHONE: |

### PART II: STATUS/POSITION

| SALARY ACCOUNT FUND: | DPT/DIV/ACT: | ELE/OBJ: | PCT: |
|---|---|---|---|
| NEW CLASS: POLICE SERGEANT | | POSITION NO: 458 | CLASS NO: 6095 |
| GRADE: PO-11/611 | STEP: L2/6  HOURLY RATE: 22.25 | MONTHLY: 3,857 | ANNUAL: 46,284 |
| FORMER CLASS: DETECTIVE | | POSITION NO: 412 | CLASS NO: 6085 |
| GRADE: PO-11/611 | STEP: L2/6  HOURLY RATE: 22.25 | MONTHLY: 3,857 | ANNUAL: 46,284 |
| DATE OF HIRE: 07-16-80 | FULL/PART TIME: FT | EFFECTIVE DATE: 01-05-97 | |
| TOTAL SERVICE DATE: 07-16-80 | SCHEDULE HOURS: | ADDITIONAL PAY CODE: P2 | AMOUNT: 37.50/75 |
| JPR DATE: 07-16-97 | BU: 12 | ADDITIONAL HOURLY RATES: | 2ND SHIFT: |
| STEP MOVE DATE: 07-16-80 | BU CODE: PM | 3RD SHIFT: | PREMIUM: |

### PART III: MISCELLANEOUS INFORMATION

| ETHNIC CODE: F | US CITIZEN (Y/N): Y | LIMITED ENGLISH (Y/N): | VETERAN (Y/N): |
|---|---|---|---|
| EDUCATION: | DL TYPE: | DL NUMBER: | EXP DATE: |
| EEO FUNCTION: | EEO CATEGORY: | | ERS CODE: 4B |

**TYPE OF APPOINTMENT:**
___ PROVISIONAL     EXEMPT
___ PROBATIONARY    ___ POSITION
___ INITIAL
___ NEW
___ SHORT TERM      OTHER
___ LIMITED TERM
 X  PERMANENT
___ PERSONAL SERVICE
___ CONTRACT
___ TEMPORARY

**BASIS OF CHANGE:**
___ PROMOTION       ___ SUSPENSION
___ LV OF ABSENCE    X  TRANSFER        ___ DEMOTION
___ CLASS RETITLED  ___ REPRICING       ___ REINSTATEMENT
___ PAY INCREASE    ___ LONGEVITY       ___ REALLOCATION
___ SEPARATION      ___ INCREMENT       ___ HAZARD PAY
___ CORRECTION

**TYPE OF SEPARATION:**
___ RESIGNATION
___ DISMISSAL       ___ TERMINATION OF APPOINTMENT
___ DEATH           ___ TERMINATION OF CONTRACT
___ RETIREMENT      ___ LEAVE FOR MORE THAN 12 MONTHS
___ LAYOFF

**REASON(S):** ___ Amended
Effective 01-05-97 transfer pursuant to BU 12 Collective Bargaining Agreement, Article 20, from IS8-Adult to Patrol Services Bureau.

| ACCRUALS: | COMP TIME | VACATION | SICK | MILITARY LEAVE |
|---|---|---|---|---|

### PART IV: APPROVALS

| APPOINTING AUTHORITY: [RECEIVED stamp] | DEPARTMENT HEAD: [signature] | DATE: 01-14-97 |
|---|---|---|
| CERTIFICATION BY DPS: JAN 17 1997 | DIRECTOR OF PERSONNEL SERVICES: [signature] | DATE: 1/23/97 |

WHITE-Personnel Services         GREEN-Retirement System         PINK-Finance Department
BLUE-Appointing Authority        CANARY-Employee                  GOLD-Personnel Services

1928.50
37.50