```
                    IN THE UNITED STATES DISTRICT COURT

                              STATE OF HAWAII


   DARLA ABBATIELLO,                 ) CIVIL NO. CV04 00562 SOM BMK
                                     )
              Plaintiff,             )
                                     )
         vs.                         )
                                     )
   COUNTY OF KAUAI; KAUAI POLICE     )
   DEPARTMENT; K.C. LUM,             )
   WILFRED M. IDA; GORDON ISODA;     ) Trial Date: May 8, 2007
   DEAN PIGAO; IRVIL KAPUA,          ) Time     :    9:00 a.m.
              Defendants.            ) Trial Judge: Susan O.
   _____    )             Mollway


                       DEPOSITION OF PAUL KANOHO

   Taken on behalf of PLAINTIFF DARLA ABBATIELLO, at the offices of

   Ralph Rosenberg Court Reporters, Inc., c/o Hale & Goldberg,

   Lihu`e Plantation Bldg., 2970 Kele Street, Suite 220, Lihu`e,

   Hawai`i 96766, commencing at 9:02 a.m., on Wednesday,

   November 8, 2006, pursuant to notice.


   BEFORE:    JOY C. TAHARA, RPR, CSR 408
              Notary Public, State of Hawai`i
```

```
10:43:24   1        A.   Yes.  And that was the assumption on my part.
10:43:27   2   De Busca did not relay that to me directly, neither did the
10:43:32   3   chief or any of the assistant chiefs.
10:43:35   4        Q.   Did anybody agree with that, or did you discuss that
10:43:40   5   assumption with anybody?
10:43:44   6        A.   I'm not sure what the feelings were from the assistant
10:43:49   7   chiefs or not.  I don't recall any specific conversations with
10:43:52   8   them about that particular topic of it.  That was just there was
10:43:58   9   perhaps a need for this policy.
10:44:01  10        Q.   Did you discuss your assumption that it had, the
10:44:06  11   difference in dates had something to do with the strip search
10:44:10  12   incident?  Did you discuss that assumption with anybody?
10:44:13  13        A.   I don't recall having any specific dialogue.  It was
10:44:19  14   something that it did come to my mind.  I made the assumption
10:44:24  15   that maybe this is for that.
10:44:28  16        Q.   Did you have any question in your mind about whether
10:44:32  17   that was appropriate or not?
10:44:34  18        A.   I didn't evaluate it for that.  I just made the note
10:44:39  19   that it was presented to me with the date on there.
10:44:45  20        Q.   As somebody with a long history of being a police
10:44:50  21   officer, did you find that suspicious?
10:44:58  22        A.   I wasn't sure if they were trying to address the need
10:45:04  23   for a policy.  And I guess you're trying to allude to predating
10:45:10  24   something so that it would be in place at a specific time.
10:45:14  25        Q.   It would be --
```

```
10:45:15  1       A.   That thought crossed my mind, yes, when I was
10:45:18  2  presented it.  But I can only make that assumption.  There is no
10:45:22  3  direct dialogue between De Busca or the chief or anyone else,
10:45:27  4  that, hey, we need this to cover our okoles.
10:45:32  5       Q.   And you didn't discuss that with anybody?
10:45:35  6       A.   I don't recall having that particular conversation,
10:45:39  7  especially with the chief or the deputy.  I may have talked to
10:45:42  8  the assistant chiefs, Arinaga and Isoda.  I don't recall
10:45:48  9  specific dialogue though, but --
10:45:53 10       Q.   Let me ask it this way.  Did you talk to either
10:45:59 11  Arinaga or Isoda after the strip search incident involving Darla
10:46:02 12  Abbatiello and Vicki Fonoimoana?
10:46:05 13       A.   Not after that alleged incident, no.
10:47:04 14            (Interruption at door.)
10:47:17 15            UNIDENTIFIED SPEAKER:  Michael Green on the line.
10:47:17 16            (Discussion off the record, 10:47 a.m. to 10:50 a.m.)
10:50:26 17       Q.   Do you know if it is, Lieutenant, if it is standard
10:50:42 18  practice of the Kauai Police Department to obtain a warrant
10:50:46 19  prior to conducting a strip search?
10:50:54 20       A.   Procedurally, if it's for a strip search and depending
10:51:03 21  on the situation, the only other thing I can think of if there's
10:51:07 22  some exigent circumstance requiring, you know, terrorist type of
10:51:15 23  thing or perhaps somebody's got some potential for some device
10:51:19 24  or something or some substance because of all the WMD stuff.
10:51:26 25  But normally we would seek a warrant for that type of search.
```

C E R T I F I C A T E

STATE OF HAWAI`I          )
                          ) ss.
CITY AND COUNTY OF HONOLULU )

I, JOY C. TAHARA, RPR, CSR 408, Notary Public, State of Hawai`i, hereby certify:

That on Wednesday, November 8, 2006, at 9:02 a.m., before me appeared PAUL KANOHO, the witness whose deposition is contained herein; and that prior to being examined was duly sworn;

That I am neither counsel for any of the parties herein nor interested in any way in the outcome of this action;

That the deposition herein was by me taken down in machine shorthand and thereafter reduced to print via computer-aided transcription; that the foregoing represents, to the best of my ability, a complete and accurate transcript of the testimony of said witness.

DATED: Honolulu, Hawai`i, November 17, 2006.

_____
Notary Public, State of Hawai`i

My commission expires: 10/11/10