```
 1              IN THE UNITED STATES DISTRICT COURT
 2                       STATE OF HAWAII
 3
 4   DARLA ABBATIELLO,            ) CIVIL NO. CV04 00562 SOM BMK
 5             Plaintiff,          )
 6        vs.                      )
 7   COUNTY OF KAUAI; KAUAI POLICE )
 8   DEPARTMENT; K.C. LUM,         )
 9   WILFRED M. IHU; GORDON ISODA; ) Trial Date:   May 8, 2007
10   DEAN PIGAO; IRVIL KAPUA,      ) Time:         9:00 a.m.
11             Defendants.         ) Trial Judge:  Susan O.
12                                 )               Mollway
13
14                  DEPOSITION OF GORDON ISODA
15   Taken on behalf of PLAINTIFF DARLA ABBATIELLO, at the offices of
16   Ralph Rosenberg Court Reporters, Inc., Lihu`e Plantation Bldg.,
17   2970 Kele Street, Ste. 207, Lihu`e, Hawai`i 96766, commencing at
18   9:45 a.m., on Friday, October 13, 2006, pursuant to second
19   amended notice.
20
21   BEFORE:   JOY C. TAHARA, RPR, CSR 408
22             Notary Public, State of Hawai`i
23
24
25
```

RECEIVED
OCT 23 2006

| | | |
|---|---|---|
| 10:13:58 | 1 | Q. As far as you know, what is the nature of the criminal |
| 14:02 | 2 | investigation of Ofr. Kapua? |
| 10:14:04 | 3 | A. I don't know. |
| 10:14:10 | 4 | Q. Do you know whether it has anything to do with |
| 10:14:14 | 5 | narcotics? |
| 10:14:14 | 6 | A. I don't know. |
| 10:14:16 | 7 | Q. So at the present time, you're aware of an |
| 10:14:20 | 8 | administrative internal investigation of Ofr. Kapua which is |
| 10:14:24 | 9 | being supervised by Lt. Asher, and a criminal investigation of |
| 10:14:34 | 10 | Ofr. Kapua which is being supervised by Acting Lt. Wes Kaui; is |
| 10:14:38 | 11 | that correct? |
| 10:14:38 | 12 | MR. MINKIN: Objection. Misstates the testimony. |
| 10:14:40 | 13 | You're indicating that these are ongoing investigations, and the |
| 14:44 | 14 | witness has said he doesn't know if they're still ongoing or |
| 10:14:46 | 15 | not. |
| 10:14:48 | 16 | Q. Is that correct? |
| 10:14:48 | 17 | A. I don't know if it's ongoing. |
| 10:14:54 | 18 | Q. I take then that you don't know of the result of any |
| 10:14:58 | 19 | criminal investigations of Ofr. Kapua? |
| 10:15:00 | 20 | A. No. |
| 10:15:04 | 21 | Q. You know if the criminal investigation of Ofr. Kapua |
| 10:15:10 | 22 | also involves Ofr. Abbatiello in any way? |
| 10:15:10 | 23 | A. I don't know what it involves. |
| 10:15:24 | 24 | Q. Are you aware of an incident in which Ofr. Kapua |
| 10:15:32 | 25 | threatened two police dispatchers at the police dispatch office? |

| | | | |
|---|---|---|---|
| 10:15:40 | 1 | | MR. McGUIGAN: Objection. Lacks foundation. |
| 10:15:42 | 2 | | MR. MINKIN: If you know. |
| 10:15:42 | 3 | A. | Yes. |
| 10:15:44 | 4 | Q. | Yes? |
| 10:15:44 | 5 | A. | I don't know if he threatened 'em, but that's the |
| 10:15:46 | 6 | | allegation that came out of it. |
| 10:15:46 | 7 | Q. | Approximately when was the allegation made? |
| 10:15:56 | 8 | A. | Late '90s, I think. |
| 10:15:58 | 9 | Q. | Were you supervising Ofr. Kapua at that time? |
| 10:16:12 | 10 | A. | No. |
| 10:16:14 | 11 | Q. | At that time, what was your rank and your duty? |
| 10:16:26 | 12 | A. | I think I was in Patrol Administration. I was a |
| 10:16:30 | 13 | | lieutenant in Patrol. |
| 10:16:30 | 14 | Q. | In Patrol? |
| 10:16:34 | 15 | A. | Yeah. |
| 10:16:36 | 16 | Q. | Were you supervising Ofr. Kapua at that time in any |
| 10:16:42 | 17 | | way as a lieutenant in Patrol? |
| 10:16:46 | 18 | A. | Directly supervising? No. |
| 10:16:50 | 19 | Q. | Well, directly supervising I take it in Patrol would |
| 10:16:52 | 20 | | have been a sergeant, right? |
| 10:16:54 | 21 | A. | I was a lieutenant at that time. |
| 10:16:56 | 22 | Q. | Correct. Were you his watch lieutenant? |
| 10:17:00 | 23 | A. | No. |
| 10:17:04 | 24 | Q. | As a lieutenant at that time, did you have any kind of |
| 10:17:08 | 25 | | responsibility over Ofr. Kapua at the time of the police |

| | | |
|---|---|---|
| 10:17:12 | 1 | dispatch incident? |
| 10:17:14 | 2 | MR. MINKIN: Objection. Vague and ambiguous. As a |
| 10:17:16 | 3 | lieutenant in the hierarchy, there's a chain on command so there |
| 10:17:20 | 4 | may be some responsibility. But vague and ambiguous without |
| 10:17:22 | 5 | further foundation. |
| 10:17:26 | 6 | Q. I'm trying to explore exactly what Mr. Minkin spoke |
| 10:17:30 | 7 | about is as a lieutenant, you were a lieutenant at the time. |
| 10:17:34 | 8 | You were a lieutenant in Patrol. Officer Kapua was a patrol |
| 10:17:38 | 9 | officer in Patrol. |
| 10:17:40 | 10 | MR. MINKIN: Objection. I don't believe that there's |
| 10:17:42 | 11 | been testimony that in the late '90s that he was in Patrol as an |
| 10:17:46 | 12 | officer. We don't know what his rank was. |
| 10:17:48 | 13 | Q. At the time of this alleged incident with police |
| 10:17:52 | 14 | dispatch, was Ofr. Kapua in Patrol? |
| 10:17:54 | 15 | MR. MINKIN: If you know. |
| 10:17:56 | 16 | A. Yeah, he was in Patrol. |
| 10:18:00 | 17 | Q. Keeping in mind that there is a chain of command |
| 10:18:06 | 18 | between patrol officer, sergeant, and lieutenant in the Patrol |
| 10:18:10 | 19 | Services Bureau, did you at the time of the dispatch incident |
| 10:18:14 | 20 | have any kind of supervisory responsibilities or duties over |
| 10:18:20 | 21 | Ofr. Kapua? |
| 10:18:24 | 22 | A. No. |
| 10:18:28 | 23 | Q. Tell me what you know about the police dispatch |
| 10:18:32 | 24 | incident. |
| 10:18:34 | 25 | A. All I know is he was upset that the dispatchers |

```
10:18:42   1    were -- instead of when a call would come in, instead of giving
10:18:48   2    the call out on the air so the sergeant could hear the call, the
10:18:52   3    dispatchers would call the officer by phone and tell them about
10:18:56   4    the call and they would go to the call. And he felt that it was
10:19:00   5    not right because the sergeant didn't know what the men were
10:19:02   6    doing.
10:19:04   7         Q.   Was Ofr. Kapua at that time part of dispatch or was he
10:19:10   8    part of dispatch?
10:19:12   9         A.   No.
10:19:14  10         Q.   So Ofr. Kapua became upset about the way these calls
10:19:20  11    were being handled by the dispatchers, right?
10:19:22  12         A.   The way it was being sent to the officers, assigned to
10:19:26  13    the officers.
10:19:26  14         Q.   So what happened as a result of that?
10:19:30  15         A.   I guess when he spoke to the dispatcher, that he
10:19:34  16    didn't want it done that way.
10:19:34  17         Q.   You say you guess he spoke to the dispatcher. Do you
10:19:38  18    know in fact that he went to talk to the dispatchers?
10:19:40  19         A.   Yeah. He spoke to dispatchers and he told 'em he
10:19:44  20    doesn't want it that way. He felt that the call should be aired
10:19:48  21    on the air so he knew where his officers were going and what
10:19:50  22    they were being assigned to.
10:19:50  23         Q.   Were you there when he spoke with the dispatchers?
10:19:52  24         A.   No.
10:19:54  25         Q.   Were you on duty when he went to speak to the
```

```
10:19:58   1    dispatchers?
19:58      2         A.    I cannot recall.
10:20:00   3         Q.    When he went to speak with the dispatchers, do you
10:20:06   4    know whether or not he threatened them verbally?
10:20:08   5               MR. McGUIGAN:  Objection.  Lacks foundation.
10:20:10   6         A.    That I don't know.
10:20:12   7         Q.    Do you know whether he placed his hand on his service
10:20:16   8    weapon as he was speaking with the police dispatchers?
10:20:28   9         A.    From what I understand, he had his hand on his gun.
10:20:32  10    That's it.
10:20:32  11         Q.    Did he draw his gun?
10:20:36  12         A.    No, I don't think so.
10:20:44  13         Q.    Who gave you information about or how do you know that
20:48     14    he had his hand on his gun during this incident?
10:20:54  15         A.    I can't recall that now.
10:20:58  16         Q.    You weren't there, so somebody told you about it; is
10:21:00  17    that right?
10:21:00  18         A.    Either that or I read about it or somebody told me
10:21:04  19    about it.
10:21:06  20         Q.    Do you know if Ofr. Kapua was investigated for that,
10:21:12  21    either administratively internally, or criminally?
10:21:18  22         A.    I cannot answer.  I don't recall.
10:21:22  23         Q.    Do you know whether he was disciplined in any respect,
10:21:24  24    in any manner, for that dispatch incident?
21:28     25         A.    That I don't know.
```

| | | |
|---|---|---|
| 11:16:28 | 1 | Q. Did you ever have any conversations with Lt. Quibilan |
| 11:16:32 | 2 | where he said that Darla Abbatiello wanted to be protected from |
| 11:16:40 | 3 | Irvil Kapua? |
| 11:16:58 | 4 | A. Not that I can recall. |
| 11:16:58 | 5 | Q. Did you ever have any discussions with Lt. Quibilan |
| 11:17:02 | 6 | about Darla Abbatiello requesting that some kind of action be |
| 11:17:08 | 7 | taken to keep Kapua away from her? |
| 11:17:18 | 8 | A. Not that I can recall. |
| 11:17:26 | 9 | Q. Do you recall any order that Darla Abbatiello stay |
| 11:17:34 | 10 | away from Irvil Kapua? |
| 11:17:42 | 11 | A. Not that I can recall. No. |
| 11:17:44 | 12 | Q. Do you know of any order that Darla Abbatiello use the |
| 11:17:48 | 13 | back door in order to avoid passing through Irvil Kapua's |
| 11:17:56 | 14 | office? |
| 11:17:58 | 15 | A. No. |
| 11:18:08 | 16 | Q. Did you ever have any discussion with Ofr. Kapua where |
| 11:18:12 | 17 | you advised him not to upset or antagonize Darla Abbatiello? |
| 11:18:18 | 18 | A. No. |
| 11:18:20 | 19 | Q. Are you aware that Ofr. Kapua called Darla Abbatiello |
| 11:18:40 | 20 | a bitch in the workplace? |
| 11:18:44 | 21 | MR. McGUIGAN: Objection. Lacks foundation. |
| 11:18:48 | 22 | A. Yeah. |
| 11:18:48 | 23 | Q. What do you know about this incident? |
| 11:18:54 | 24 | A. I think he said he ran into her in the stairwell, and |
| 11:18:58 | 25 | that's when he just called her that. |

1                        C E R T I F I C A T E

2

3    STATE OF HAWAI`I                   )
4                                       ) ss.
5    CITY AND COUNTY OF HONOLULU        )

6          I, JOY C. TAHARA, RPR, CSR 408, Notary Public, State
7    of Hawai`i, hereby certify:
8          That on Friday, October 13, 2006, at 9:45 a.m., before
9    me appeared GORDON ISODA, the witness whose deposition is
10   contained herein; and that prior to being examined was duly
11   sworn;
12         That I am neither counsel for any of the parties
13   herein nor interested in any way in the outcome of this action;
14         That the deposition herein was by me taken down in
15   machine shorthand and thereafter reduced to print via
16   computer-aided transcription; that the foregoing represents, to
17   the best of my ability, a complete and accurate transcript of
18   the testimony of said witness.
19         DATED:  Honolulu, Hawai`i,  October 21, 2006 .
20
21                                _____
22                                Notary Public, State of Hawai`i
23                                My commission expires: 10/11/10
24
25

RALPH ROSENBERG COURT REPORTERS, INC.
Honolulu, Hawaii (808) 524-2090