Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                       STATE OF HAWAII
 3
 4   DARLA ABBATIELLO,              ) CIVIL NO. CV04 00562 SOM BMK
 5             Plaintiff,            )
 6        vs.                        )
 7   COUNTY OF KAUAI; KAUAI POLICE   )
 8   DEPARTMENT; K.C. LUM,           )
 9   WILFRED M. IHU; GORDON ISODA;   ) Trial Date:  May 8, 2007
10   DEAN PIGAO; IRVIL KAPUA,        ) Time:        9:00 a.m.
11             Defendants.           ) Trial Judge: Susan O.
12                                   )              Mollway
13
14              DEPOSITION OF WILFRED IHU
15   Taken on behalf of PLAINTIFF DARLA ABBATIELLO, at the offices of
16   Ralph Rosenberg Court Reporters, Inc., Lihu`e Plantation Bldg.,
17   2970 Kele Street, Ste. 207, Lihu`e, Hawai`i 96766, commencing at
18   9:31 a.m., on Saturday, October 14, 2006, pursuant to second
19   amended notice.
20
21   BEFORE:   JOY C. TAHARA, RPR, CSR 408
22             Notary Public, State of Hawai`i
23
24
25
```

RECEIVED
OCT 2 2006

| | | |
|---|---|---|
| 10:10:48 | 1 | Q. In your mind, did he blame Darla Abbatiello for |
| 10:10:52 | 2 | starting this? |
| 10:11:02 | 3 | A. I don't know if he did. All I know is he was upset |
| 10:11:06 | 4 | that we even started the investigation. |
| 10:11:10 | 5 | Q. During February 2004, did Mr. Kapua ever express any |
| 10:11:20 | 6 | animosity to you toward Darla Abbatiello? |
| 10:11:26 | 7 | A. Yes. |
| 10:11:28 | 8 | Q. What? |
| 10:11:28 | 9 | A. That he was upset because of the proceedings. |
| 10:11:32 | 10 | Q. Do you remember, to the best you can reconstruct his |
| 10:11:36 | 11 | exact words, do you remember what he said to you? |
| 10:11:44 | 12 | A. I can't recall. Only that he was upset. |
| 10:11:52 | 13 | Q. Did Irvil Kapua ever refer to Darla Abbatiello as a |
| 10:11:56 | 14 | bitch in your presence? |
| 10:12:02 | 15 | A. He never -- he told me that he had used that phrase |
| 10:12:08 | 16 | towards her, but he never referred to her as a bitch to me. |
| 10:12:12 | 17 | Q. What, if you remember, did he say about using that |
| 10:12:16 | 18 | phrase towards her? |
| 10:12:22 | 19 | A. Other than they were passing each other and he said |
| 10:12:26 | 20 | bitch. And that's all I can recall that happened. |
| 10:12:30 | 21 | Q. Do you recall whether that took place, in him calling |
| 10:12:36 | 22 | her bitch, do you recall whether he told you that that took |
| 10:12:38 | 23 | place in the workplace or outside of the workplace? |
| 10:12:42 | 24 | A. I think they were passing each other somewheres within |
| 10:12:44 | 25 | the police building. |

| | | | |
|---|---|---|---|
| 10:12:46 | 1 | Q. | When he called her a bitch? |
| 12:48 | 2 | A. | That's correct. |
| 10:12:52 | 3 | Q. | Do you have any sense of when that happened? |
| 10:13:00 | 4 | A. | I'm still thinking it's after we started the |
| 10:13:04 | 5 | investigations. | |
| 10:13:04 | 6 | Q. | So it's within the same -- |
| 10:13:06 | 7 | A. | Time frame, yes. |
| 10:13:08 | 8 | Q. | -- time frame that we've been talking about all |
| 10:13:10 | 9 | morning? | |
| 10:13:10 | 10 | A. | That's correct. |
| 10:13:14 | 11 | Q. | Did Darla express fear of Irvil Kapua to you more than |
| 10:13:30 | 12 | once?  On more than one occasion? | |
| 10:13:34 | 13 | A. | Yes. |
| 13:36 | 14 | Q. | Approximately how many? |
| 10:13:38 | 15 | A. | Two that I ask recall. |
| 10:13:40 | 16 | Q. | What would be the time frame? |
| 10:13:42 | 17 | A. | Around the same time frame, the last time was in, |
| 10:13:46 | 18 | could have been in early April. | |
| 10:13:50 | 19 | Q. | What do you remember her telling you? |
| 10:13:54 | 20 | A. | When she requested to be transferred from Vice back to |
| 10:13:58 | 21 | Patrol, that one of the reasons or part of the reason for that | |
| 10:14:04 | 22 | request was because she was afraid of Kapua. | |
| 10:14:14 | 23 | Q. | Did you explain to her that you had told Kapua to stay |
| 10:14:18 | 24 | away from her? | |
| 14:20 | 25 | A. | I don't recall if I did. |

| | | |
|---|---|---|
| 10:59:30 | 1 | A. Half an hour to an hour. |
| 59:32 | 2 | Q. For the record, Mr. Minkin and the witness are |
| 10:59:46 | 3 | chatting, and would you like to add something? |
| 10:59:50 | 4 | A. My leaving the department, didn't leave the department |
| 10:59:54 | 5 | without any people in senior ranks. You still had the assistant |
| 10:59:58 | 6 | chiefs there, so I'm sure that as soon as Lum became chief, he |
| 11:00:02 | 7 | had a lot of meetings with the assistant chiefs. So he could be |
| 11:00:06 | 8 | apprised of what was going on. |
| 11:00:08 | 9 | Q. But you weren't in any of those meetings? |
| 11:00:14 | 10 | A. No. |
| 11:00:14 | 11 | Q. We'll concentrate on what you and Lum discussed for a |
| 11:00:18 | 12 | little while now. During any of your meetings during the month |
| 11:00:22 | 13 | of April 2004 with K.C. Lum, was the situation between Kapua and |
| :00:32 | 14 | Abbatiello discussed? |
| 11:00:34 | 15 | A. Yes. |
| 11:00:36 | 16 | Q. You testified three or four meetings. Do you know, |
| 11:00:42 | 17 | was it discussed in the first meeting? |
| 11:00:44 | 18 | A. I'm sure, yes. |
| 11:00:50 | 19 | Q. Is it fair to say was it discussed in either meetings |
| 11:00:54 | 20 | as well? |
| 11:00:54 | 21 | A. It may have been. I'm not sure. |
| 11:01:00 | 22 | Q. What was discussed? |
| 11:01:04 | 23 | A. I was updating Lt. Lum at that time of things that |
| 11:01:12 | 24 | were currently happening within the department, and I informed |
| :01:14 | 25 | him that he should be aware that there is a criminal and |

| | | |
|---|---|---|
| 11:16:50 | 1 | administrative investigation and that he needed, once he became |
| 11:16:54 | 2 | chief, to meet with the investigators and find out where they |
| 11:16:58 | 3 | were and what status the investigations were at. |
| 11:17:02 | 4 | Q.  You suggested that he meet with them? |
| 11:17:06 | 5 | A.  Yes.  I never told him specifics of the investigation. |
| 11:17:12 | 6 | He did not have a need to know or the right to know at that |
| 11:17:14 | 7 | time. |
| 11:17:16 | 8 | Q.  But before K.C. Lum took over as chief, is it correct |
| 11:17:20 | 9 | to say that you told him essentially that it was important that |
| 11:17:26 | 10 | he talk to Wes Kaui and Roy Asher about these investigations? |
| 11:17:34 | 11 | A.  That's correct. |
| 11:17:38 | 12 | Q.  Did he appear to understand when you told him that? |
| 11:17:44 | 13 | MR. TANAKA:  Objection.  Lacks foundation.  Calls for |
| 11:17:48 | 14 | speculation. |
| 11:17:50 | 15 | THE WITNESS:  Can I answer? |
| 11:17:50 | 16 | MR. MINKIN:  If you can. |
| 11:17:52 | 17 | A.  When I told him about the Kapua investigation, and |
| 11:17:54 | 18 | then his reaction was that's the one I'm worried about. |
| 11:18:00 | 19 | Q.  Do you know what he meant by that? |
| 11:18:06 | 20 | A.  No, I don't. |
| 11:18:10 | 21 | Q.  When was, was this in April '04? |
| 11:18:14 | 22 | A.  It could have been -- |
| 11:18:16 | 23 | Q.  -- when he said that? |
| 11:18:16 | 24 | A.  It would have been in April, yes. |
| 11:18:18 | 25 | Q.  Did you follow up on what you mean by that?  Did you |

```
1                    C E R T I F I C A T E
2
3    STATE OF HAWAI`I                    )
4                                        ) ss.
5    CITY AND COUNTY OF HONOLULU         )
6           I, JOY C. TAHARA, RPR, CSR 408, Notary Public, State
7    of Hawai`i, hereby certify:
8           That on Saturday, October 14, 2006, at 9:31 a.m.,
9    before me appeared WILFRED IHU, the witness whose deposition is
10   contained herein; and that prior to being examined was duly
11   sworn;
12          That I am neither counsel for any of the parties
13   herein nor interested in any way in the outcome of this action;
14          That the deposition herein was by me taken down in
15   machine shorthand and thereafter reduced to print via
16   computer-aided transcription; that the foregoing represents, to
17   the best of my ability, a complete and accurate transcript of
18   the testimony of said witness.
19          DATED:  Honolulu, Hawai`i,  __October 21, 2006__.
20
21                                  _____
22                                  Notary Public, State of Hawai`i
23                                  My commission expires: 10/11/10
24
25
```