1          IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF HAWAII

3

4

5      ------------------------------------
       DARLA ABBATIELLO,                        )
6                                               )
              Plaintiff,                        )
7                                               ) Civil No. CV04
          v.                                    ) 00562 SOM BMK
8                                               )
       COUNTY OF KAUAI, KAUAI POLICE            )
9      DEPARTMENT, K.C. LUM, WILFRED M.         )
       IHU, GORDON ISODA, DEAN PIGAO,           )
10     IRVIL KAPUA,                             )
                                                )
11            Defendant.                        )
                                                )
12     ------------------------------------

13

14           DEPOSITION OF ALEJANDRO QUIBILAN

15     Taken on behalf of the Plaintiff, at Hale & Goldberg, Lihue

16     Plantation Building, 2970 Kele Street, Suite 210, Lihue,

17     Kauai, HI  96766-1803, commencing at 12:56 p.m., on Monday,

18     November 6, 2006, pursuant to Notice.

19

20     BEFORE:    SANDRA J. GRAN, CSR NO. 424 (Telephonically)

21                Registered Professional Reporter

22                         -o0o-

23

24

25

1          Q.    Do you know who was in charge of the internal

2    investigation?

3          A.    I recall Sergeant Wesley Kaui being assigned.

4          Q.    And did Sergeant Kaui ever interview you about the

5    allegations that Heather Heron made directly to you in the

6    interview room?

7          A.    Yes.

8          Q.    And what did -- Do you recall when that occurred?

9          A.    No, I don't.

10         Q.    Was there a report ever made of that -- of

11   Sergeant Kaui's interview with you?

12         A.    I don't know.

13         Q.    Do you know if Sergeant Kaui ever took any action

14   with respect to what you told him about that interview?

15         A.    No, I don't.

16         Q.    Do you know whether or not that -- Do you know

17   whether or not your interview with Heather Heron was taped,

18   tape-recorded?

19         A.    My interview with Heather Heron?  No, I don't

20   believe there was a recorder in there.

21         Q.    Do you know whether or not Roy Asher was in charge

22   of any aspect of an investigation of Irvil Kapua?

23         A.    No, I don't.

24         Q.    Did Roy Asher ever interview you with respect to

25   allegations that Heather Heron made against Irvil Kapua?

1     A.    I don't recall that, any interview with Lieutenant

2 Asher.

3     Q.    Well, with respect to those allegations, then, and

4 any investigation of those allegations, the two things that

5 happened were a memo to Dean Pigao and an interview with Wes

6 Kaui?

7     A.    Yes.

8     Q.    Anything other than those?

9     A.    Not that I can recall.

10     Q.    Do you know ultimately what happened with Wes

11 Kaui's investigation of Irvil Kapua?

12     A.    No, I don't.

13     Q.    Was that only one conversation you have had with

14 Wes Kaui, or were there more?

15     A.    I can recall speaking with Sergeant Kaui regarding

16 this incident.  I can't recall how many times he came back to

17 interview me.

18     Q.    It might have been more than once?

19     A.    It might have been.

20     Q.    Did Wes Kaui tell you anything about the

21 investigation during these interviews?

22     A.    No.

23     Q.    How long after the interview with Heather Heron

24 did Wes Kaui interview you?

25     A.    I don't know exactly how many days, weeks or

```
 1    months went by.  It was -- I think it was a while, though,

 2    after the incident.

 3         Q.   Possibly a month?

 4         A.   Yes.

 5         Q.   Half a year?

 6         A.   Possibly.

 7         Q.   Prior to what you heard in the cellblock from

 8    Heather Heron, did Darla Abbatiello tell you that Heather

 9    Heron had talked to her about similar incidents involving

10    Officer Kapua?

11              MR. McGUIGAN:  Objection; vague and

12    ambiguous.  Mike McGuigan.

13              MS. NAKEA-TRESLER:  Join.  Christiane.

14              THE WITNESS:  I don't recall.

15    BY MR. HOSHIBATA:

16         Q.   Do you recall Officer Kapua ever telling you not

17    to investigate Craig Iwasai?

18              MR. MINKIN:  Objection; asked and answered.

19              THE WITNESS:  No, I don't.

20    BY MR. HOSHIBATA:

21         Q.   At some point in time did you learn about any

22    orders that affected the relationship between Officer Kapua

23    and Darla Abbatiello?  In other words, any restrictions or

24    any limitations, things of that nature.

25         A.   I've heard of a restriction, but I wasn't told
```

1    directly.  I was -- I heard through -- you know, there was a

2    restriction.

3        Q.    What was the restriction you heard about?

4        A.    That Officer Abbatiello was to use the back

5    stairwell and not cross through the main office where

6    Detective Kapua would be working, and Detective Kapua would

7    use the front entrance/exit and not come back to the back

8    door or where the vice unit was located.

9        Q.    And how did you find out about these restrictions?

10       A.    I don't recall who advised me of it.

11       Q.    Did Darla Abbatiello ever tell you about those

12   restrictions?

13       A.    Yes.

14       Q.    And what did Darla Abbatiello tell you?

15       A.    That she was restricted to using that rear

16   entry/exit stairwell to go in and out of the building.

17       Q.    And did she tell you why she was restricted to

18   that particular route?

19       A.    It was to keep them separated so that no other

20   possibility of any contacts be made.

21       Q.    Was one of the people who told you about this

22   restriction Regina Ventura?

23       A.    I don't recall if she advised me of it.

24       Q.    Did Dean Pigao ever tell you about any of these

25   restrictions?

1          A.    He may have mentioned it in his office.

2          Q.    Do you recall anything about what he mentioned in

3     his office?

4          A.    No, I don't.  All I recall is that he wanted to

5     keep the two parties separated.

6          Q.    Was Officer Abbatiello upset that she had to use

7     the back door?

8          A.    Yes.

9          Q.    What did you think about the situation?

10         A.    It was a hard situation.  There were accusations

11    going back and forth and there was no -- you couldn't come to

12    any solid conclusion and they were -- to me, they were taking

13    the easiest route out, you know.  The easiest way out of this

14    was just to keep them separated.

15         Q.    And do you -- Were you told what the concern was

16    or what the fear was if Darla Abbatiello crossed in front of

17    Irvil Kapua's office?

18                   MR. McGUIGAN:  Objection; lacks foundation.

19    Mike McGuigan.

20                   MR. MINKIN:  Join.  Minkin.

21                   MR. TANAKA:  Join objection.

22                   MS. NAKEA-TRESLER:  Join.  Christiane.

23                   THE WITNESS:  No, I don't.

24    BY MR. HOSHIBATA:

25         Q.    Do you know if -- Well, let me ask you this:  Did

```
 1                    THE WITNESS:  No, I do not.

 2   BY MR. HOSHIBATA:

 3        Q.    Do you have any knowledge of Officer Kapua saying

 4   or yelling anything derogatory to Officer Abbatiello?

 5                    MS. NAKEA-TRESLER:  Objection; vague and

 6   ambiguous.  Christiane.

 7                    MR. McGUIGAN:  McGuigan.  Join.

 8                    THE WITNESS:  No.

 9                    MR. MINKIN:  I would assume besides what you

10   have already talked about at the restaurant?

11                    MR. HOSHIBATA:  Yes.

12                    THE WITNESS:  No, I do not.

13   BY MR. HOSHIBATA:

14        Q.    Have you ever seen Officer Abbatiello crying?

15        A.    Yes.

16        Q.    Under what circumstances?

17        A.    I remember she coming into my office at the

18   vice/narcotics office when I was still a commander there, in

19   discussion about what's been going on with her, you know, she

20   broke down and cried.  Even after the both of us left the

21   vice/narcotics office when she would come to me and tell me

22   about, you know, her situation, she would break down and cry.

23        Q.    I just want to make sure that I understand.  When

24   you say her situation that led her to crying, what situation

25   are you talking about?
```

1          A.    This particular situation with Irvil Kapua.

2          Q.    And when you say -- I don't want to put words in

3    your mouth, so when you say this particular situation with

4    Irvil Kapua made her cry or caused her to cry, what do you

5    mean about this particular situation?

6          A.    Well, this case has been pending since, you know,

7    I guess, 2004.  And, you know, she'd come into my office and

8    ask to speak with me, and I'd invite her and she would, you

9    know, kind of brief me on what was going on in her life and

10   physically and, you know.  And, you know, at least twice I've

11   seen her cry when we were talking about this lawsuit and

12   how -- what she's going through.

13         Q.    Did she tell you that she was crying because of

14   what she went through with Irvil Kapua?

15         A.    Initially, you know, when I was still at the vice,

16   yeah, when things are still occurring, yes.  You know, later

17   on it was just the fact that, you know, this was, I guess,

18   you know -- from what I can gather from when she talks to me

19   about it is just the pressure of it all, I guess.

20         Q.    Do you know that she's been seeing any doctors,

21   psychiatrists or psychologists about this, about the

22   situation that was caused by Irvil?

23         A.    I know she's been in the hospital twice in the

24   last year, hospitalized.  And, you know, she's pretty

25   dependable and she's called in sick several times.

```
 1                    C E R T I F I C A T E

 2   STATE OF HAWAII             )

 3                               )    SS.

 4   CITY AND COUNTY OF MAUI     )

 5

 6        I, SANDRA J. GRAN, do hereby certify;

 7        That on Monday, November 6, 2006, at 12:56 p.m.

 8   appeared before me ALEJANDRO QUIBILAN, the witness whose

 9   deposition is contained herein; that prior to being examined

10   he was by me duly sworn;

11        That the deposition was taken down by me in machine

12   shorthand and was thereafter reduced to typewritten form

13   under my supervision; that the foregoing represents to the

14   best of my ability, a true and correct transcript of the

15   proceedings had in the foregoing matter.

16        I further certify that I am not attorney for any of the

17   parties hereto, nor in any way concerned with the cause.

18        DATED this 19th day of November, 2006, in Maui, Hawaii.

19

20   _____

21   SANDRA J. GRAN, RPR, HI CSR 424

22   Notary Public for Hawaii

23   My Commission Expires:  5/14/08

24

25
```

SANDRA J. GRAN
Notary Public
State of Hawaii