```
                IN THE UNITED STATES DISTRICT COURT

                         STATE OF HAWAII


DARLA ABBATIELLO,              ) CIVIL NO. CV04 00562 SOM BMK
                               )
        Plaintiff,             )
                               )
     vs.                       )
                               )
COUNTY OF KAUAI; KAUAI POLICE  )
DEPARTMENT; K.C. LUM,          )
WILFRED M. IDA; GORDON ISODA;  ) Trial Date: May 8, 2007
DEAN PIGAO; IRVIL KAPUA,       ) Time  :     9:00 a.m.
        Defendants.            ) Trial Judge: Susan O.
_____)             Mollway


                  DEPOSITION OF WESLEY KAUI

Taken on behalf of PLAINTIFF DARLA ABBATIELLO, at the offices of
Ralph Rosenberg Court Reporters, Inc., c/o Hale & Goldberg,
Lihu`e Plantation Bldg., 2970 Kele Street, Suite 220, Lihu`e,
Hawai`i 96766, commencing at 2:15 p.m., on Tuesday, November 7,
2006, pursuant to notice.


BEFORE:   JOY C. TAHARA, RPR, CSR 408
          Notary Public, State of Hawai`i
```

| | | |
|---|---|---|
| 14:22:00 | 1 | Q. Were any other members of Kauai Police Department |
| 14:22:07 | 2 | subjects or targets in that investigation, to your knowledge? |
| 14:22:11 | 3 | A. Yes, sir. |
| 14:22:12 | 4 | Q. Who? |
| 14:22:13 | 5 | A. Sgt. Wes Perreira, Sgt. Larry Stem, and --. Stem, |
| 14:22:13 | 6 | Perreira, and --. Who's the third guy involved in that? |
| 14:22:42 | 7 | Q. You can't remember the other one right now? |
| 14:22:44 | 8 | A. No. |
| 14:22:44 | 9 | Q. Does the name Channing Tada ring a bell? |
| 14:22:46 | 10 | A. Oh, yeah, Channing. Sorry about that. There's so |
| 14:22:50 | 11 | many guys in that Narcotics unit; I've got so many cases. But |
| 14:22:53 | 12 | yeah, Channing was the third party. |
| 14:22:56 | 13 | Q. I'd like to turn your attention back about three years |
| 14:22:59 | 14 | ago. Are you familiar with the name Heather Herron? |
| 14:23:04 | 15 | A. Heather Herron, yes, sir. |
| 14:23:06 | 16 | Q. How did you become familiar with Heather Herron? |
| 14:23:09 | 17 | A. Heather Herron was involved with Darla Abbatiello |
| 14:23:19 | 18 | which led to her criminal investigation. She made allegations |
| 14:23:26 | 19 | against a police officer. |
| 14:23:27 | 20 | Q. At some point, were you tasked with investigating the |
| 14:23:33 | 21 | substance of Heather Herron's allegations, whether it be |
| 14:23:36 | 22 | administrative or criminal? |
| 14:23:38 | 23 | A. Yes, sir. |
| 14:23:39 | 24 | Q. Who assigned you to do that? |
| 14:23:41 | 25 | A. I was assigned a criminal investigation by --. I was |

```
14:28:37   1    investigation and would rather not answer any questions at this
14:28:40   2    time even in regards to subpoenas of any sort, because there
14:28:44   3    will be consequences in regards to anything I may be saying
14:28:49   4    regarding those kind of things.
14:28:51   5         Q.   Is it your understanding that these investigations are
14:28:53   6    ongoing, the investigation that you're talking about?
14:28:55   7         A.   That's correct, sir.
14:28:57   8         Q.   Is it still an open investigation on your desk?
14:29:03   9         A.   It's not on my desk right now, sir.  It's with an
14:29:06  10    outside agency.
14:29:19  11         Q.   Would you be willing to tell me whether you assigned
14:29:23  12    Det. Perez to -- strike that.  Are you aware of any report --.
14:29:41  13    Are you aware of an incident involving Darla Abbatiello's gun?
14:29:49  14         A.   Am I aware of the --?
14:29:51  15         Q.   Are you aware of any situation involving a gun owned
14:29:53  16    by and any unusual situation involving a gun owned by Darla
14:29:58  17    Abbatiello?
14:29:58  18         A.   I've heard about it, but never stuck my nose into
14:30:05  19    those areas.  I heard about a gun investigation in regards to
14:30:09  20    Darla's weapon being missing.
14:30:11  21         Q.   But you were not involved in any investigation --
14:30:13  22         A.   I wasn't involved, and I never got involved.
14:30:15  23         Q.   I'll ask you the same question with respect to have
14:30:18  24    you heard anything involving some writing in a dictionary owned
14:30:22  25    by Darla Abbatiello?
```

| | |
|---|---|
| 14:42:42  1 | to certain things, you just cannot draw and you don't want to |
| 12:47  2 | draw things.  But like I say, in general, she's a truthful |
| 14:42:51  3 | person.  She's a good person. |
| 14:42:54  4 |         MR. HEMPEY:  I have nothing further. |
| 14:42:57  5 |         MR. TANAKA:  No questions. |
| 14:42:57  6 | EXAMINATION |
| 14:42:57  7 | BY MR. MINKIN: |
| 14:43:00  8 |    Q.  I just have a couple of quick questions.  When she |
| 14:43:02  9 | told you about the restaurant incident or episode, did you ask |
| 14:43:05  10 | her to take a polygraph? |
| 14:43:08  11 |    A.  No. |
| 14:43:09  12 |    Q.  When she told you about the stairwell/hallway |
| 14:43:12  13 | incident, did you ask her to take a polygraph? |
| 13:15  14 |    A.  No, sir. |
| 14:43:15  15 |         MR. MINKIN:  I have nothing further. |
| 14:43:18  16 |         MS. NAKEA-TRESLER:  Nothing. |
| 14:43:20  17 |         MR. TANAKA:  No questions. |
| 14:43:23  18 |         MR. MINKIN:  Michael, do you have any questions? |
| 14:43:23  19 | EXAMINATION |
| 14:43:23  20 | BY MR. McGUIGAN: |
| 14:43:27  21 |    Q.  I'm Michael McGuigan.  I represent Irvil Kapua. |
| 14:43:35  22 | When she came to you and told you these things, was |
| 14:43:40  23 | that in the line of duty, or was she just expressing herself? |
| 14:43:45  24 |    A.  She was expressing herself. |
| 14:43:50  25 |    Q.  Was nothing that would have prompted you to report it |

# CERTIFICATE

STATE OF HAWAI`I                          )
                                          ) ss.
CITY AND COUNTY OF HONOLULU               )

I, JOY C. TAHARA, RPR, CSR 408, Notary Public, State of Hawai`i, hereby certify:

That on Tuesday, November 7, 2006, at 2:15 p.m., before me appeared WESLEY KAUI, the witness whose deposition is contained herein; and that prior to being examined was duly sworn;

That I am neither counsel for any of the parties herein nor interested in any way in the outcome of this action;

That the deposition herein was by me taken down in machine shorthand and thereafter reduced to print via computer-aided transcription; that the foregoing represents, to the best of my ability, a complete and accurate transcript of the testimony of said witness.

DATED: Honolulu, Hawai`i, November 14, 2006.

_____
Notary Public, State of Hawai`i
My commission expires: 10/11/10