```
1                  IN THE UNITED STATES DISTRICT COURT
2                            STATE OF HAWAII
3

4    DARLA ABBATIELLO,               ) CIVIL NO. CV04 00562 SOM BMK
5              Plaintiff,            )
6         vs.                        )
7    COUNTY OF KAUAI; KAUAI POLICE   )
8    DEPARTMENT; K.C. LUM,           )
9    WILFRED M. IDA; GORDON ISODA;   ) Trial Date: May 8, 2007
10   DEAN PIGAO; IRVIL KAPUA,        ) Time    :    9:00 a.m.
11             Defendants.           ) Trial Judge: Susan O.
12   _____ )            Mollway
13

14                       DEPOSITION OF DARREN ROSE
15   Taken on behalf of PLAINTIFF DARLA ABBATIELLO, at the offices of
16   Ralph Rosenberg Court Reporters, Inc., c/o Hale & Goldberg,
17   Lihu`e Plantation Bldg., 2970 Kele Street, Suite 220, Lihu`e,
18   Hawai`i 96766, commencing at 11:34 a.m., on Wednesday,
19   November 8, 2006.
20

21   BEFORE:   JOY C. TAHARA, RPR, CSR 408
22             Notary Public, State of Hawai`i
23
24
25
```

11:46:48  1    A.  I don't believe so 'cause she worked Waimea District;
11:46:51  2  I worked Hanalei, then Lihu`e.  I don't know if there was ever a
11:46:56  3  time maybe when I called, you know, had an investigation that
11:47:01  4  involved someone in Waimea as a suspect or a witness and I
11:47:04  5  requested her to interview or vice versa.  It's possible that
11:47:08  6  happened, but I don't recall.
11:47:12  7    Q.  At the time of the interview, did you hear Heather
11:47:20  8  Herron make any allegations about Irvil Kapua?
11:47:25  9    A.  Yes.
11:47:26 10    Q.  What did you hear her make?  What allegations did you
11:47:30 11  hear?
11:47:32 12    A.  I don't recall the exact words, but I can try to
11:47:36 13  explain to you the best of what I do recall the situation.
11:47:39 14    Q.  Sure.
11:47:41 15    A.  There became questioning from Darla.  I guess
11:47:48 16  Heather's boyfriend was Craig; I don't remember the last name.
11:47:51 17    Q.  Iwase.
11:47:51 18    A.  He is in federal prison now.  And it appeared that
11:47:58 19  Darla was asking Heather how come she never called to assist,
11:48:02 20  basically being a confidential informant and busting Craig.  And
11:48:09 21  then Heather started saying, well, she's confused 'cause she's
11:48:12 22  getting calls from Irvil, she's getting calls from Darla, she
11:48:16 23  doesn't know who to talk to.  And then Craig is telling her
11:48:20 24  something to do with Irvil's on the payroll or something of that
11:48:24 25  nature, so if you ever try to do something against me, I'll find

```
13:24:38   1   mentioned, shortly after that he was working Cell Block.  And so
13:24:41   2   it was fresh in my mind that, you know, I'm getting ordered by
13:24:44   3   Quibilan to write a to-and-from and all this stuff.  Like, you
13:24:49   4   know, there's something going on here.
13:24:55   5        Q.   Did you ever ask anybody else, anybody, whether in KPD
13:25:00   6   or not, about what they knew about this allegation that involved
13:25:05   7   Hughsey Ebinger and Irvil Kapua?
13:25:09   8        A.   No.
13:25:13   9        Q.   Who's Hughsey's brother?
13:25:15  10        A.   Kawani?
13:25:18  11        Q.   Kawana?
13:25:18  12        A.   Kawani, I think.  I forget.
13:25:20  13        Q.   Same last name?
13:25:22  14        A.   Yeah.  Should know.  I mean, they live right down the
13:25:25  15   road from me.
13:25:26  16        Q.   Any other allegations that you're aware of against
13:25:31  17   Irvil Kapua being on-the-take?
13:25:33  18        A.   Not that I can recall.
13:25:35  19        Q.   Do you know whether or not Irvil Kapua was ever
13:25:39  20   investigated by KPD with respect to this allegation?
13:25:45  21        A.   I don't know.  If he was, no one ever came and asked
13:25:49  22   me at KPD about this.  I would hope so.  But I don't know.
13:25:54  23        Q.   You would hope that Irvil Kapua was investigated?
13:25:57  24        A.   Well, I mean, it's supposed to be policy from my
13:26:01  25   knowledge when someone makes a complaint, there's supposed to be
```

```
 1                    C E R T I F I C A T E
 2
 3   STATE OF HAWAI`I                    )
 4                                       ) ss.
 5   CITY AND COUNTY OF HONOLULU         )
 6         I, JOY C. TAHARA, RPR, CSR 408, Notary Public, State
 7   of Hawai`i, hereby certify:
 8         That on Wednesday, November 8, 2006, at 11:34 a.m.,
 9   before me appeared DARREN ROSE, the witness whose deposition is
10   contained herein; and that prior to being examined was duly
11   sworn;
12         That I am neither counsel for any of the parties
13   herein nor interested in any way in the outcome of this action;
14         That the deposition herein was by me taken down in
15   machine shorthand and thereafter reduced to print via
16   computer-aided transcription; that the foregoing represents, to
17   the best of my ability, a complete and accurate transcript of
18   the testimony of said witness.
19         DATED:  Honolulu, Hawai`i, November 16, 2006.
20
21                                 _____
22                                 Notary Public, State of Hawai`i
23                                 My commission expires: 10/11/10
24
25
```