Page 1

1                 IN THE UNITED STATES DISTRICT COURT

2                          STATE OF HAWAII

3

4   DARLA ABBATIELLO,                 ) CIVIL NO. CV04 00562 SOM BMK

5                  Plaintiff,         )

6             vs.                     )

7   COUNTY OF KAUAI; KAUAI POLICE     )

8   DEPARTMENT; K.C. LUM,             )

9   WILFRED M. IHU; GORDON ISODA;     ) Trial Date:   May 8, 2007

10  DEAN PIGAO; IRVIL KAPUA,          ) Time:         9:00 a.m.

11                 Defendants.        ) Trial Judge:  Susan O.

12                                    )              Mollway

13

14                   DEPOSITION OF DEAN PIGAO

15  Taken on behalf of PLAINTIFF DARLA ABBATIELLO, at the offices of

16  Ralph Rosenberg Court Reporters, Inc., Lihu`e Plantation Bldg.,

17  2970 Kele Street, Ste. 207, Lihu`e, Hawai`i 96766, commencing at

18  1:38 p.m., on Friday, October 13, 2006, pursuant to second

19  amended notice.

20

21  BEFORE:   JOY C. TAHARA, RPR, CSR 408

22            Notary Public, State of Hawai`i

23

24

25

14:22:38  1    indicated, because it was a woman, she thought that because she

22:40  2    was a female, that was making an exception and not allowing her

14:22:46  3    to walk wherever she wanted to walk.

14:23:12  4              And the other thing, when the conversation happened,

14:23:16  5    what my immediate answer to her, I said, "You know what, Regina?

14:23:18  6    If this involved a man or a male, I would be doing the same

14:23:22  7    thing."  Because there's two people involved with high emotions

14:23:26  8    and we trying to avoid any kind of conflict within the police

14:23:28  9    department, so that's why we coming up with some kind of

14:23:32  10   solution to keep them apart.

14:23:36  11        Q.   I guess you said earlier that Irvil Kapua was upset at

14:23:40  12   Ventura and Perreira, right?

14:23:42  13        A.   Yes.

.23:44  14        Q.   Did you tell Ventura that she should walk that route

14:23:50  15   in order to avoid Kapua?

14:23:50  16        A.   Regina?

14:23:52  17        Q.   Yes.

14:23:52  18        A.   No, I didn't tell her.

14:23:54  19        Q.   Did you tell Sgt. Perreira that he should walk that

14:23:58  20   route in order to avoid Kapua?

14:24:00  21        A.   No.

14:24:02  22        Q.   But Kapua was upset at them, right?

14:24:04  23        A.   Yes.

14:24:10  24        Q.   But Kapua was upset at them; why didn't you include

:24:14  25   them in your solution?

14:26:06  1    already deputy.

26:06  2          Q.    There would normally have been a deputy chief between

14:26:10  3    Lum and yourself?

14:26:10  4          A.    Yes.

14:26:14  5          Q.    Did you discuss this solution with either Chief Lum or

14:26:18  6    a deputy chief?

14:26:18  7          A.    Chief Lum.

14:26:22  8          Q.    Did you discuss it with him before or after you met

14:26:26  9    with Darla?

14:26:26  10         A.    After.

14:26:28  11         Q.    What did Chief Lum say about it?

14:26:32  12         A.    Nothing.

14:26:36  13         Q.    I mean, literally nothing?

26:38  14         A.    Yeah.  He said he heard about it, and I explained the

14:26:40  15   whole thing to him and there wasn't any other suggestions.  At

14:26:48  16   that time my whole thing was that whole issue was already

14:26:50  17   resolved.

14:26:54  18         Q.    So he didn't question it or anything?

14:26:56  19         A.    No.

14:27:16  20         Q.    With respect to the incident of the three of them

14:27:20  21   walking past Sgt. Kapua's door or Det. Kapua's doorway, do you

14:27:26  22   know if Lt. Ventura tape-recorded any conversation?

14:27:32  23         A.    No.

14:27:32  24         Q.    Do you know if anybody tape-recorded any conversation

:27:36  25   regarding this incident ever?

14:29:24    1        Q.    Does he have a reputation of being a violent person?

29:28     2               MR. MINKIN:    Objection as to the phrase violent.

14:29:32    3        A.    I don't know.

14:29:32    4        Q.    Do you know whether or not he was ever investigated

14:29:36    5    for criminal assault?

14:29:38    6        A.    No.

14:29:48    7        Q.    Have you ever seen him punch walls?

14:29:52    8        A.    No.

14:29:52    9        Q.    Have you ever seen him punch lockers in the locker

14:29:54   10    room?

14:29:54   11        A.    No.

14:29:54   12        Q.    Have you ever heard stories about him either punching

14:29:58   13    walls or punching lockers?

.30:00   14        A.    I've never heard it.

14:30:06   15        Q.    Have you heard about an incident where he allegedly

14:30:10   16    threatened two police dispatchers in the dispatch room?

14:30:14   17        A.    Yes.

14:30:14   18        Q.    What do you know about that incident?

14:30:18   19        A.    Just it was about an incident where I guess he felt

14:30:24   20    that they were dispatching his officers.    He was a sergeant.

14:30:30   21    They were dispatching his officers by telephone.    And he thought

14:30:34   22    that the assignment should come over the air so everybody knows

14:30:40   23    what each other is doing, especially the sergeant.    So he went

14:30:44   24    and talked to the dispatchers about assigning his men via the

:30:48   25    radio instead of telephone.

| | | | |
|---|---|---|---|
| 14:30:50 | 1 | Q. | How did you learn about this incident? |
| 30:54 | 2 | A. | You know, I heard about it, and then he also told me |
| 14:31:00 | 3 | | about it.  But I heard about it prior to that. |
| 14:31:02 | 4 | Q. | You weren't there? |
| 14:31:02 | 5 | A. | I wasn't there. |
| 14:31:04 | 6 | Q. | Were you in Patrol at the time? |
| 14:31:08 | 7 | A. | I don't know. |
| 14:31:12 | 8 | Q. | Do you know whether or not there was any particular |
| 14:31:14 | 9 | | reason why the dispatchers were using the telephone to make |
| 14:31:18 | 10 | | assignments? |
| 14:31:18 | 11 | A. | No, I don't know why. |
| 14:31:20 | 12 | Q. | Do you understand that there are allegations that |
| 14:31:30 | 13 | | Irvil Kapua threatened the two dispatchers? |
| :31:32 | 14 | A. | I heard about it. |
| 14:31:36 | 15 | Q. | Do you understand that he yelled at them? |
| 14:31:40 | 16 | | MR. McGUIGAN:  Objection.  Lacks foundation. |
| 14:31:44 | 17 | A. | I don't know.  I heard about it. |
| 14:31:46 | 18 | Q. | What did Irvil Kapua tell you? |
| 14:31:48 | 19 | A. | He essentially told me that he went and talked to them |
| 14:31:52 | 20 | | about them -- he thought it wasn't right that they was, you |
| 14:31:56 | 21 | | know, assigning his officers by telephone.  And basically what |
| 14:32:02 | 22 | | he was asking me is what I thought about what they were doing. |
| 14:32:06 | 23 | | And I said they should be assigning officers via the radio so |
| 14:32:10 | 24 | | everybody knows what's going on. |
| 14:32:10 | 25 | Q. | When did this conversation take place? |

14:32:12   1       A.    You know, I don't know.  It was after the incident.

32:18   2       Q.    Did he come to talk to you, I mean, as a friend or as

14:32:20   3   part of an official police kind of --

14:32:24   4       A.    As a friend.

14:32:26   5       Q.    Do you understand that there were allegations that he

14:32:30   6   threatened the police dispatchers with his hand on the service

14:32:34   7   gun, service weapon?

14:32:34   8       A.    I heard that.

14:32:36   9       Q.    Did Ofr. Kapua tell you that he did have his hand on

14:32:40  10   the service weapon at the time that he was talking to the

14:32:44  11   dispatchers?

14:32:44  12       A.    No, he didn't.

14:32:44  13       Q.    Did he deny having his hand on his gun at that time?

32:48  14       A.    It was never brought up.

14:32:52  15       Q.    Do you know who mentioned to you the allegation that

14:32:54  16   he had his hand on his gun?

14:32:58  17       A.    You know, stuff like that, you know, rumors come out

14:33:02  18   in the police department, and you hear about it sometimes.

14:33:04  19       Q.    The grapevine?

14:33:06  20       A.    Yeah.  So I kinda like heard it through the grapevine.

14:33:10  21       Q.    Do you know whether or not there was any investigation

14:33:12  22   that was initiated?

14:33:14  23       A.    No.

14:33:14  24       Q.    Did you ever hear about an incident where Irvil Kapua

14:33:34  25   was alleged to have pulled somebody out of a car and assaulted

14:35:02   1          Q.    This conversation with him regarding the restaurant

35:12   2    issue; was this a part of police procedure or was it between

14:35:18   3    friends?

14:35:18   4          A.    Just between friends.

14:35:22   5          Q.    Do you consider him a close friend of yours?

14:35:24   6          A.    Not a close friend.  We don't socialize on a daily

14:35:32   7    basis, but we're friends.

14:35:34   8          Q.    You get together to drink now and then?

14:35:36   9          A.    More so when we were assigned to the Vice Unit.

14:35:40  10          Q.    When was the last time you saw him?

14:35:42  11          A.    Every once in a while I make a trek up to the police

14:35:48  12    department.  Even now.  Could have been a month ago maybe.  Two

14:35:52  13    months ago.

.35:54  14          Q.    How often have you seen him over the past since you

14:35:56  15    retired?

14:35:58  16          A.    A whole bunch of times.  Maybe twice.  Once or twice.

14:36:04  17          Q.    Once or twice since you retired?

14:36:06  18          A.    Yes.

14:36:08  19          Q.    Both times at the police department?

14:36:10  20          A.    At the station, yes.

14:36:26  21          Q.    Did you ever hear Irvil Kapua call Darla a bitch?

14:36:30  22          A.    No.

14:36:32  23          Q.    Did you ever hear Irvil Kapua call Darla a cunt?

14:36:38  24          A.    No.

:36:38  25          Q.    Have you heard allegations that that's what happened?

14:36:42  1      A.    Yes.

36:42  2      Q.    Who told you, or how did you find out about those

14:36:46  3  allegations?

14:36:46  4      A.    He told me.

14:36:48  5      Q.    What did he tell you?

14:36:50  6      A.    He said he had seen her in the stairwell, and she had

14:36:58  7  said something like -- I don't know what she said to him -- and

14:37:02  8  I think he said he called her a cunt.  And that's it.

14:37:12  9      Q.    Did he admit that he called her a bitch?

14:37:14  10      A.    I don't remember a bitch.  I think I remember more of

14:37:16  11  calling her a cunt.

14:37:20  12      Q.    Did he explain why he called her that word?

14:37:24  13      A.    Well, he just saying, you know, she had all of this, I

:37:28  14  guess, investigation going on, and she had the nerve to try to

14:37:30  15  be nice to him, I guess.  I don't know.

14:37:48  16      Q.    And did he have this conversation with you where he

14:37:54  17  described what happened in the stairwell before or after Darla

14:37:58  18  filed her lawsuit?

14:37:58  19      A.    You know, I'm not sure.

14:38:12  20      Q.    Has Irvil Kapua ever told you what he thinks about

14:38:16  21  Darla?

14:38:18  22      A.    Well, since this incident.

14:38:20  23      Q.    Yes.

14:38:22  24      A.    He doesn't like her.

:38:24  25      Q.    Has he told you that he was going to do anything to

CERTIFICATE

STATE OF HAWAI`I                              )

                                             ) ss.

CITY AND COUNTY OF HONOLULU                  )

        I, JOY C. TAHARA, RPR, CSR 408, Notary Public, State

of Hawai`i, hereby certify:

        That on Friday, October 13, 2006, at 1:38 p.m., before

me appeared DEAN PIGAO, the witness whose deposition is

contained herein; and that prior to being examined was duly

sworn;

        That I am neither counsel for any of the parties

herein nor interested in any way in the outcome of this action;

        That the deposition herein was by me taken down in

machine shorthand and thereafter reduced to print via

computer-aided transcription; that the foregoing represents, to

the best of my ability, a complete and accurate transcript of

the testimony of said witness.

        DATED:  Honolulu, Hawai`i, <u>October 21, 2006</u> .


        _____
        Notary Public, State of Hawai`i

        My commission expires: 10/11/10