LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY           7535
3175 Elua Street
Lihue, Hawaii  96766
Telephone No.:     (808) 823-0000
Facsimile No.:     (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER     4750
JOHN T. HOSHIBATA          3141
JEANNETTE HOLMES CASTAGNETTI   7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone No.:     (808) 524-5644
Facsimile No.:     (808) 599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) [RE: PLAINTIFF'S SECOND |
| | ) REQUEST FOR PRODUCTION OF |
| COUNTY OF KAUAI, KAUAI POLICE | ) DOCUMENTS TO DEFENDANTS |
| DEPARTMENT, K.C. LUM, WILFRED | ) COUNTY OF KAUAI AND KAUAI |
| M. IHU, GORDON ISODA, DEAN | ) POLICE DEPARTMENT DATED |
| PIGAO, IRVIL KAPUA, | ) FEBRUARY 5, 2007] |
| | ) |
| Defendants. | ) |
| | ) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 5, 2007, a true and correct copy of PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS COUNTY OF KAUAI AND KAUAI POLICE DEPARTMENT DATED FEBRUARY 5, 2007 was served on the following parties, in the manner specified below:

    DANIEL G. HEMPEY, ESQ.                    *One copy via U.S. Mail*
    Law Office of Daniel G. Hempey
    3175 Elua Street
    Lihue, Hawaii 96766
        Attorney for Plaintiff
        DARLA ABBATIELLO

    MICHAEL J. McGUIGAN, ESQ.              *One copy via hand-delivery*
    Reinwald O'Connor & Playdon LLP
    Pacific Guardian Center, Makai Tower
    733 Bishop Street, Suite 2400
    Honolulu, Hawaii 96813
        Attorney for Defendant
        IRVIL KAPUA

    DAVID J. MINKIN, ESQ.                       *Original + one copy via*
    BECKY T. CHESTNUT, ESQ.               *hand-delivery*
    LISA W. CATALDO, ESQ.
    KARA M.L. YOUNG, ESQ.
    McCorriston Miller Mukai MacKinnon LLP
    Five Waterfront Plaza, 4th Floor
    500 Ala Moana Boulevard
    Honolulu, Hawaii 96813
        Attorneys for Defendants
        COUNTY OF KAUAI and
        KAUAI POLICE DEPARTMENT
        K.C. LUM, WILFRED M. IHU,
        GORDON ISODA and DEAN PIGAO

    CHRISTIANE L. NAKEA-TRESLER, ESQ.    <u>*One copy via U.S. Mail*</u>
    Office of the County Attorney
    4444 Rice Street, Suite 220
    Lihue, Hawaii  96766
        Attorneys for Defendants
        COUNTY OF KAUAI and
        KAUAI POLICE DEPARTMENT

    CARY T. TANAKA, ESQ.    <u>*One copy via hand-delivery*</u>
    Fort Street Tower, Suite 510
    745 Fort Street
    Honolulu, Hawaii   96813
        Attorney for Defendant K.C. LUM


    DATED:  Honolulu, Hawaii, February 5, 2007.


                              /s/   John T. Hoshibata
                            DANIEL G. HEMPEY
                            MARGERY S. BRONSTER
                            JOHN T. HOSHIBATA
                            JEANNETTE HOLMES CASTAGNETTI
                            Attorneys for Plaintiff
                            DARLA ABBATIELLO