| | |
|---|---|
| CHRISTIANE L. NAKEA-TRESLER | 4857-0 |

Office of the County Attorney
4444 Rice Street, Suite 220
Līhu`e, Hawai`i 96766
Telephone: (808) 241-6315
Facsimile:  (808) 241-6319
Email: cntresler@kauai.gov

Attorneys for Defendants COUNTY OF KAUA`I
and KAUA`I POLICE DEPARTMENT

McCORRISTON MILLER MUKAI MacKINNON LLP

| | |
|---|---|
| DAVID J. MINKIN | 3639-0 |
| BECKY T. CHESTNUT | 7756-0 |
| KARA M.L. YOUNG | 8411-0 |

Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i  96813
Telephone:  (808) 529-7300
Facsimile:  (808) 524-8293
Email:  minkin@m4law.com

Attorneys for Defendants COUNTY OF KAUA`I,
KAUA`I POLICE DEPARTMENT, WILFRED M. IHU,
GORDON ISODA and DEAN PIGAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04-00562 SOM BMK |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE RE**: |
| | ) | DEFENDANTS COUNTY OF |
| vs. | ) | KAUA`I, KAUA`I POLICE |
| | ) | DEPARTMENT, WILFRED M. IHU, |
| COUNTY OF KAUAI, KAUAI | ) | GORDON ISODA AND DEAN |
| POLICE DEPARTMENT, K.C. LUM, | ) | PIGAO'S NOTICE OF TAKING |

155336.1

| | |
|---|---|
| WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, ) ) ) ) ) Defendants. ) _____ ) | DEPOSITION UPON ORAL EXAMINATION<br><br>[K.C. LUM - 2/15/07] |

**CERTIFICATE OF SERVICE RE**:
DEFENDANTS COUNTY OF KAUA`I, KAUA`I POLICE DEPARTMENT, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S
<u>NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION</u>

The undersigned hereby certifies that a true and correct copy of DEFENDANTS COUNTY OF KAUA`I, KAUA`I POLICE DEPARTMENT, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION was duly served on the following on this date as indicated below:

| | **Via Hand Delivery** | **U.S. Mail** |
|---|---|---|
| DANIEL G. HEMPEY, ESQ.<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Lihue, Hawai`i 96766 | | X |
| and<br>MARGERY S. BRONSTER, ESQ.<br>JOHN HOSHIBATA, ESQ.<br>Bronster Crabtree & Hoshibata<br>Pauahi Tower<br>1001 Bishop Street, Suite 2300<br>Honolulu, Hawai`i 96813<br><br>Attorneys for Plaintiff<br>DARLA ABBATIELLO | X | |

|  | **Via Hand Delivery** | **U.S. Mail** |
|---|---|---|
| MICHAEL J. McGUIGAN, ESQ.<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, 24th Floor<br>Honolulu, Hawai`i 96813<br><br>Attorney for Defendant<br>IRVIL KAPUA | X | |
| CARY T. TANAKA, ESQ.<br>Fort Street Tower<br>745 Fort Street, Suite 510<br>Honolulu, Hawai`i 96813<br><br>Attorney for Defendant K.C. LUM | X | |

DATED:  Honolulu, Hawai`i, _____ February 6, 2007 _____

/s/ David J. Minkin
DAVID J. MINKIN
BECKY T. CHESTNUT
KARA M.L. YOUNG

Attorneys for Defendants
COUNTY OF KAUA`I, KAUA`I POLICE
DEPARTMENT, WILFRED M. IHU,
GORDON ISODA, and DEAN PIGAO