| | |
|---|---|
| CHRISTIANE L. NAKEA-TRESLER | 4857-0 |

Office of the County Attorney
4444 Rice Street, Suite 220
Līhu`e, Hawai`i 96766
Telephone: (808) 241-6315
Facsimile:  (808) 241-6319
Email: cntresler@kauai.gov

Attorneys for Defendants
COUNTY OF KAUA`I
and KAUA`I POLICE DEPARTMENT

McCORRISTON MILLER MUKAI MacKINNON LLP

| | |
|---|---|
| DAVID J. MINKIN | 3639-0 |
| BECKY T. CHESTNUT | 7756-0 |
| KARA M.L. YOUNG | 8411-0 |

Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i  96813
Telephone:  (808) 529-7300
Facsimile:  (808) 524-8293
Email:  minkin@m4law.com

Attorneys for Defendants
COUNTY OF KAUA`I,
KAUA`I POLICE DEPARTMENT,
WILFRED M. IHU, GORDON ISODA
and DEAN PIGAO

155463.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, ) | CIVIL NO. CV04-00562 SOM BMK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | [RE: DEFENDANT COUNTY OF |
| COUNTY OF KAUAI, KAUAI ) | KAUA'I'S FIRST REQUEST FOR |
| POLICE DEPARTMENT, K.C. LUM, ) | PRODUCTION OF DOCUMENTS TO |
| WILFRED M. IHU, GORDON ISODA, ) | PLAINTIFF DARLA ABBATIELLO; |
| DEAN PIGAO, and IRVIL KAPUA, ) | EXHIBIT "A"] |
| ) | |
| Defendants. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of

DEFENDANT COUNTY OF KAUA'I'S FIRST REQUEST FOR PRODUCTION

OF DOCUMENTS TO PLAINTIFF DARLA ABBATIELLO; EXHIBIT "A" was

duly served on the following on this date as indicated below:

|  | Via Hand Delivery | U.S. Mail |
|---|---|---|
| DANIEL G. HEMPEY, ESQ.<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Lihue, Hawai`i 96766<br>    and |  | X |

155463.1                                    2

|  | Via Hand Delivery | U.S. Mail |
|---|---|---|
| MARGERY S. BRONSTER, ESQ.<br>JOHN HOSHIBATA, ESQ.<br>Bronster Crabtree & Hoshibata<br>Pauahi Tower<br>1001 Bishop Street, Suite 2300<br>Honolulu, Hawai`i 96813<br><br>Attorneys for Plaintiff<br>DARLA ABBATIELLO | X | |
| MICHAEL J. McGUIGAN, ESQ.<br>ELMIRA TSANG, ESQ.<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, 24th Floor<br>Honolulu, Hawai`i 96813<br><br>Attorneys for Defendant IRVIL KAPUA | X | |
| CARY T. TANAKA, ESQ.<br>DIANE K. AGOR-OTAKE, ESQ.<br>Fort Street Tower<br>745 Fort Street, Suite 510<br>Honolulu, Hawai`i 96813<br><br>Attorneys for Defendant K.C. LUM | X | |

DATED: Honolulu, Hawai`i, February 7, 2007.

/s/ David J. Minkin
DAVID J. MINKIN
BECKY T. CHESTNUT
KARA M.L. YOUNG
Attorneys for Defendants
COUNTY OF KAUA`I, KAUA`I POLICE DEPARTMENT, WILFRED M. IHU, GORDON ISODA, and DEAN PIGAO