LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY          7535
3175 Elua Street, Suite C
Lihue, Hawaii 96766
Telephone No. (808) 632-0000
Facsimile No. (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER          4750
JOHN HOSHIBATA               3141
JEANNETTE HOLMES CASTAGNETTI  7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 524-5644
Facsimile No. (808)599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
|  | ) |
| Plaintiff, | ) PLAINTIFF'S MOTION TO |
|  | ) PRECLUDE ORAL DEPOSITION OF |
| vs. | ) DEFENDANT K. C. LUM; |
|  | ) MEMORANDUM IN SUPPORT OF |
| COUNTY OF KAUAI, KAUAI | ) MOTION; DECLARATION OF |
| POLICE DEPARTMENT, K.C. LUM, | ) JOHN HOSHIBATA; EXHIBITS |
| WILFRED M. IHU, GORDON | ) "A" - "B"; CERTIFICATE OF |
| ISODA, DEAN PIGAO, IRVIL | ) SERVICE |
| KAPUA, | ) |

|                          |   |                                      |
|--------------------------|---|--------------------------------------|
|        Defendants.       | ) | Date:                                |
|                          | ) | Time:                                |
|                          | ) | Judge: Honorable Susan Oki Mollway   |
|                          | ) |                                      |
|                          | ) | Trial Date: May 8, 2007              |
| _____ | ) |                                      |

## PLAINTIFF'S MOTION TO PRECLUDE ORAL DEPOSITION OF DEFENDANT K. C. LUM

Plaintiff DARLA ABBATIELLO, by and through her attorneys BRONSTER CRABTREE & HOSHIBATA and the Law Office of DANIEL HEMPEY, files this motion to preclude the taking of the oral deposition of Defendant K. C. Lum, noticed by Defendants County of Kauai, Kauai Police Department, Wilfred M. Ihu, Gordon Isoda and Dean Pigao, and scheduled for February 15, 2007 at 11:00 a.m.

This motion is brought pursuant to Fed.R.Civ.P. 30(2)(B), *Local Rule* 7.1 *et seq.*, the Memorandum in Support of Motion, the Declaration of John Hoshibata and the exhibit(s) thereto, and the records and files of this case.

DATED: Honolulu, Hawaii, February 7, 2007.

                                         /s/ John Hoshibata
                                        DANIEL G. HEMPEY
                                        MARGERY S. BRONSTER
                                        JOHN T. HOSHIBATA
                                        JEANNETTE HOLMES CASTAGNETTI
                                        Attorneys for Plaintiff
                                        DARLA ABBATIELLO