IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
| | ) |
| Plaintiff, | ) DECLARATION OF JOHN |
| vs. | ) HOSHIBATA |
| | ) |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) ) ) ) ) |
| Defendants. | ) ) |

## DECLARATION OF JOHN HOSHIBATA

I, John Hoshibata, under penalty of perjury, state as follows:

1. I am an attorney with the law firm of Bronster Crabtree & Hoshibata and am one of the attorneys representing Plaintiff Darla Abbatiello. I submit this declaration based on personal knowledge of the facts and circumstances declared herein. I am competent to make this declaration.

2. A true and correct copy of a February 6, 2007 e-mail from Cary Tanaka, Esq., counsel for Defendant K.C, Lum, to John Hoshibata, Esq. is attached hereto as Exhibit "A".

3. Defendant K.C. Lum's deposition was duly noticed on October 12, 2006. A true and correct copy of the deposition transcript of K.C. Lum, taken on

October 12, 2006, is attached hereto as Exhibit "B".

4. I have not been served with any stipulation agreeing to a second oral deposition by Defendant Lum.

5. I have not been asked to agree to such a stipulation and, if I were asked to, I would refuse.

6. On February 6, 2007, at a hearing in Judge Susan Oki Mollway's court, on Defendants County and KPD's motion for summary judgment, Judge Mollway indicated that she was not inclined to move the May 8, 2007 trial date.

I declare under penalty of perjury that the foregoing statements are true and correct.

DATED: Honolulu, Hawaii, February 7, 2007.

      /s/ John Hoshibata
DANIEL G. HEMPEY
MARGERY S. BRONSTER
JOHN T. HOSHIBATA
JEANNETTE HOLMES CASTAGNETTI
Attorneys for Plaintiff
DARLA ABBATIELLO