## John Hoshibata

**From:** CaryTanaka@aol.com
**Sent:** Tuesday, February 06, 2007 7:01 AM
**To:** jhoshibata@bchlaw.net; dminkin@m4law.com; mjm@roplaw.com
**Cc:** dka@hawaii.rr.com
**Subject:** ABBATIELLO - DEPOSITION OF K.C. LUM

Counsel:

As I indicated earlier, it appears that K.C. Lum has now been given the go ahead to waive his 5th Amendment Privilege with regard to most, if not all questions which may be asked of him in this case. I am still waiting for written confirmation from Mr. Lum's other attorneys, however, I have been advised that this is forthcoming and that we may move forward with the scheduling of his deposition.

Please contact our office if you are interested in conducting Mr. Lum's deposition. We will work with all parties to arrange this proceeding.

Thanks.

**Cary T. Tanaka, Esq.**
*Suite 510, Fort Street Tower*
*745 Fort Street*
*Honolulu, Hawaii 96813*
*Phone: (808) 536-8885*
*Fax: (808) 536-8845*


EXHIBIT __A__

2/7/2007