Page 1

1           IN THE UNITED STATES DISTRICT COURT

2                    STATE OF HAWAII

3

4    DARLA ABBATIELLO,              ) CIVIL NO. CV04 00562 SOM BMK

5              Plaintiff,           )

6         vs.                       )

7    COUNTY OF KAUAI; KAUAI POLICE  )

8    DEPARTMENT; K.C. LUM,          )

9    WILFRED M. IHU; GORDON ISODA;  ) Trial Date:   May 8, 2007

10   DEAN PIGAO; IRVIL KAPUA,       ) Time:         9:00 a.m.

11             Defendants.          ) Trial Judge:  Susan O.

12                                  )              Mollway

13

14              DEPOSITION OF K.C. LUM

15   Taken on behalf of PLAINTIFF DARLA ABBATIELLO, at the offices of

16   Ralph Rosenberg Court Reporters, Inc., Lihu`e Plantation Bldg.,

17   2970 Kele Street, Ste. 207, Lihu`e, Hawai`i 96766, commencing at

18   10:17 a.m., on Thursday, October 12, 2006, pursuant to third

19   amended notice.

20

21   BEFORE:   JOY C. TAHARA, RPR, CSR 408

22             Notary Public, State of Hawai`i

23

24

25

RECEIVED

OCT 2 3 2006

1                         A P P E A R A N C E S

2

3     FOR PLAINTIFF                    DANIEL G. HEMPEY, ESQ.
      DARLA ABBATIELLO:                Law Office of Daniel G.
4                                      Hempey
                                       3175 Elua Street
5                                      Lihu`e, Hawai`i 96766
                                       Tel. (808) 823-0000
6                                      Fax. (808) 632-2332
                                       hemplaw@hawaii.rr.com
7
                                       JOHN HOSHIBATA, ESQ.
8                                      Bronster Crabtree & Hoshibata
                                       2300 Pauahi Tower
9                                      1001 Bishop Street
                                       Honolulu, Hawai`i 96813
10                                     Tel. (808) 524-5644
                                       Fax. (808) 599-1881
11                                     jhoshibata@bchlaw.net

12    FOR DEFENDANTS COUNTY OF         CHRISTIANE L. NAKEA-TRESLER,
      KAUAI; KAUAI POLICE              ESQ.
13    DEPARTMENT:                      Office of the County Attorney
                                       4444 Rice Street
14                                     Suite 220
                                       Lihu`e, Hawai`i 96766
15                                     cntresler@kauai.gov

16    FOR DEFENDANT AND THIRD-PARTY    CARY T. TANAKA, ESQ.
      PLAINTIFF K.C. LUM:              Law Offices of Cary Tanaka
17                                     Fort Street Tower, Suite 510
                                       745 Fort Street
18                                     Honolulu, Hawai`i 96813
                                       carytanaka@aol.com
19
                                       ALFRED B. CASTILLO, ESQ.
20                                     3144 Elua Street
                                       Lihu`e, Hawai`i 96766
21                                     Alcastillo_law@yahoo.com

22    FOR DEFENDANTS WILFRED M.        DAVID J. MINKIN, ESQ.
      IHU, GORDON ISODA, and DEAN      McCorriston Miller Mukai
23    PIGAO:                           MacKinnon LLP
                                       Five Waterfront Plaza,
24                                     4th Floor
                                       500 Ala Moana Blvd.
25                                     Honolulu, Hawai`i 96813
                                       minkin@m4law.com

```
 1                    A P P E A R A N C E S
                           (Continued)
 2

 3
        FOR DEFENDANT IRVIL KAPUA:        MICHAEL J. McGUIGAN, ESQ.
 4                                        Reinwald O'Connor & Playdon
                                          LLP
 5                                        Pacific Guardian Tower, Makai
                                          Tower
 6                                        733 Bishop Street, Suite 2400
                                          Honolulu Hawai`i 96813
 7                                        Mjm@roplaw.com

 8
        Also present:        MR. GORDON ISODA
 9                           MR. WILFRED IHU
                             MR. DEAN PIGAO
10

11      NOTE:  All individuals present on Kaua`i -- EXCEPT for the
        following who were present via land line:  John Hoshibata, David
12      Minkin, and Michael McGuigan

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          I N D E X

2    EXAMINATION                                          PAGE

3          MR. HEMPEY                                       5

4

5                        E X H I B I T S
     NO.    DESCRIPTION                                   PAGE
6
     1      Hawai`i Police Department -- Strip and         5
7           Body Cavity Searches.  General Order
            No. 603
8
     2      General Order, Date If Issue March 25,         5
9           2005

10   3      Letter, 9/14/04, to Lum, from Abbatiello,      5
            re stolen gun
11
     4      Payroll Certification documents               5
12
     5      List of Purged Record re Irvil Kapua          5
13
     6      Performance Documentation Report and other     5
14          documents

15   7      List of Purged Record re King-Chi Lum         5

16   8      County of Kaua`i No. 001111, re Kaua`i         5
            Police Department internal investigation
17
     9      Memo, 9/18/05, to Lum from Abbatiello re       5
18          sobriety test training

19   10     Various documents                             5

20
     11     Fifth Amendment Privilege statement           10
21

22

23

24

25

```
            1                       Deposition Exhibits 1-10 were
  17:01     2                       marked for identification.
10:17:01    3           MR. HEMPEY:  This is Dan Hempey speaking.  I'm one of
10:17:41    4   the attorneys for Darla Abbatiello.  My address is 3175 Elua
10:17:48    5   Street, Suite C, Lihu`e, 96766.  Today is October 12th; it's
10:17:58    6   10:15 in the morning, and we're starting the deposition of
10:18:03    7   K.C. Lum here.  May I ask first that the reporter place the
10:18:08    8   witness under oath.
10:18:08    9                            K.C. LUM,
10:18:08   10   called as a witness by PLAINTIFF DARLA ABBATIELLO, being first
10:18:08   11   duly sworn, was examined and testified as follows:
10:18:08   12                          EXAMINATION
10:18:19   13   BY MR. HEMPEY:
  18:19    14        Q.   Good morning, Mr. Lum.
10:18:25   15        A.   Good morning.
10:18:27   16        Q.   Have you had your deposition taken before?
10:18:29   17        A.   Yes, I have.
10:18:30   18        Q.   Are you basically familiar with the ground rules?
10:18:33   19        A.   Basically, yes.
10:18:34   20        Q.   Let me go over them again with you just very briefly
10:18:37   21   then.  Basically, I understand there may be answers that just
10:18:42   22   invoke the Fifth Amendment today.  But to the extent that you do
10:18:46   23   answer questions substantively, I would ask that you only answer
10:18:49   24   if you understand the question.  If you don't understand the
10:18:53   25   question in any way or you need some clarification, don't guess.
```

10:18:56  1    Just ask me to clarify before you answer the question.

19:01  2          Another thing I need to tell you is it has been

10:19:04  3    represented to me by your lawyers that you're going to be

10:19:09  4    exercising your Fifth Amendment Privilege against

10:19:14  5    Self-Incrimination today.  And I want to make it clear that we

10:19:19  6    are intending to use this deposition as trial testimony should

10:19:24  7    this case get to trial.  And the fact that you plead the Fifth

10:19:35  8    may be used and it may come in at the trial.

10:19:37  9          Also I want to warn you and advise you that to the

10:19:50  10   extent you do take the Fifth today, that action could affect the

10:19:54  11   case at trial.  For example, plaintiff Darla Abbatiello, through

10:19:58  12   her attorneys, might ask the court to preclude you from

10:20:02  13   testifying at trial on matters in which you assert the Fifth

20:07  14    Amendment today because, of course, we'd be unable to find out

10:20:10  15   what you would say before trial; or your testimony could be

10:20:14  16   limited at trial in some other way.

10:20:17  17         So do you understand the, I guess, warning that I just

10:20:22  18   gave to you?

10:20:22  19        A.   Yes.

10:20:29  20        MR. CASTILLO:  Mr. Hempey, may I cut in a little bit.

10:20:31  21   This is Alfred Castillo, attorney for Mr. Lum, representing him

10:20:37  22   in any criminal matters that may occur in the present

10:20:43  23   investigation with the attorney general's office for alleged

10:20:47  24   criminal activity.

10:20:48  25         I have advised Mr. Lum, because the investigation

10:20:53  1    involves the Kauai Police Department and his capacity as the

20:58  2    police chief with the Kaua`i Police Department, that any matters

10:21:04  3    involving the Kaua`i Police Department, he should invoke his

10:21:08  4    Fifth Amendment right to remain silent.  After the investigation

10:21:13  5    is completed by the attorney general's office, then Mr. Lum will

10:21:19  6    be made available for any deposition at that time.  That's all.

10:21:26  7        Q.    (By Mr. Hempey)  This is Dan Hempey again.  So what I

10:21:32  8    intend to do is ask a couple very basic questions at the

10:21:36  9    beginning, and then I'll represent to David and Mike and John on

10:21:40  10   the phone that while we were waiting for this deposition to get

10:21:43  11   started, I handed Mr. Lum a stack of ten exhibits, and they're

10:21:51  12   marked Plaintiff's Exhibit 1 through 10.  I believe he's had a

10:21:55  13   chance to review them.  We'll be going over those.  The exhibits

21:59  14   are grouped; they're grouped by subject matter.

10:22:03  15       So anyway, with that being said, would you please

10:22:06  16   state your full name for the record.

10:22:08  17       A.    King-Chi Lum.

10:22:11  18       Q.    When were you born?

10:22:12  19       A.    January 17, 1949.

10:22:16  20       Q.    Could you briefly describe your education background.

10:22:20  21       A.    I was educated in Hong Kong, China, when I was young;

10:22:24  22   went to Japan, started to learn English.  From Japan, I migrated

10:22:29  23   to Arkansas where I started junior high school and also went

10:22:36  24   down to Oklahoma where I finished my high school.  I went to the

10:22:41  25   University of Oklahoma where I started college and ended at UH

10:22:49  1    West O`ahu College about 1983.

10:22:54  2         Q.   How old are you?

10:22:56  3         A.   Right now I'm 57.

10:22:58  4         Q.   Are you or have you ever been employed by the Kaua`i

10:23:04  5    Police Department?

10:23:04  6         A.   Yes.

10:23:05  7         Q.   At some point, did you become the chief of police at

10:23:09  8    the Kaua`i Police Department?

10:23:11  9         A.   Yes.

10:23:12  10        Q.   When was that?

10:23:13  11        A.   Due to the current investigation that is being

10:23:22  12   conducted by the State of Hawai`i, I hereby decline to answer

10:23:25  13   that question and assert my Fifth Amendment Privilege against

10:23:29  14   Self-Incrimination, as my answer to this question could be used,

10:23:32  15   or could lead to evidence that could be used, against me.

10:23:37  16             MR. HEMPEY:  Gentlemen and gentlewoman for the record,

10:23:42  17   counsel that are present here at the deposition have already

10:23:45  18   agreed to stipulate, and I would ask counsel on the phone if

10:23:49  19   they would stipulate, that from now on when Mr. Lum says the

10:23:57  20   words "plead the Fifth" or "I plead the Fifth," we can stipulate

10:24:02  21   that the statement that he just read from a card beginning with

10:24:06  22   the words, "Due to the current investigation," and ending with

10:24:10  23   the words, "words used against me," that we can all agree, that

10:24:15  24   we also agree and stipulate that when he says, "I plead the

10:24:18  25   Fifth," or simply "plead the Fifth," that the court reporter can

| | | |
|---|---|---|
| 10:24:21 | 1 | enter his response as he just read it in response to the last |
| 24:26 | 2 | question. |
| 10:24:28 | 3 | Mr. Minkin, is that okay? |
| 10:24:31 | 4 | MR. MINKIN:  Fine. |
| 10:24:31 | 5 | MR. HEMPEY:  Mr. McGuigan? |
| 10:24:33 | 6 | MR. McGUIGAN:  That's fine. |
| 10:24:36 | 7 | MR. TANAKA:  And that's fine with the rest of us here |
| 10:24:38 | 8 | as well. |
| 10:24:38 | 9 | MR. HEMPEY:  Mr. Castillo -- |
| 10:24:40 | 10 | MR. CASTILLO:  Yes. |
| 10:24:41 | 11 | MS. NAKEA-TRESLER:  Yes. |
| 10:24:42 | 12 | MR. HOSHIBATA:  Dan, this is John Hoshibata.  Will you |
| 10:24:45 | 13 | just go through that card again so that I can understand the |
| 24:49 | 14 | full statement of Mr. Lum? |
| 10:24:54 | 15 | MR. HEMPEY:  What I'll do is I'll go ahead and ask the |
| 10:24:57 | 16 | next question, and then ask him to read the card again, and then |
| 10:25:00 | 17 | after we'll let the stipulation apply.  Is that okay? |
| 10:25:02 | 18 | MR. HOSHIBATA:  That's fine. |
| 10:25:06 | 19 | MR. MINKIN:  My recommendation would be that the card |
| 10:25:08 | 20 | be photocopied and attached as an exhibit. |
| 10:25:16 | 21 | MR. TANAKA:  That's fine. |
| 10:25:16 | 22 | MR. HEMPEY:  Everybody at the table here in Lihu`e is |
| 10:25:17 | 23 | nodding affirmatively in agreement with that, David, so -- |
| 10:25:21 | 24 | MR. TANAKA:  We have an extra copy we'll attach as |
| 10:25:24 | 25 | Exhibit 1. |

1      (Note:  Plaintiff's counsel previously marked

2  documents Exhibit 1 through 10.  The Fifth Amendment statement

3  will be Exhibit 11.)

4                              Deposition Exhibit 11 was

5                              marked for identification.

10:25:27  6      MR. MINKIN:  Also for the record -- I realize that

10:25:28  7  John is here in Honolulu and Mike and I are -- but there is

10:25:33  8  counsel for Ms. Abbatiello in Lihu`e conducting the deposition.

10:25:37  9  So to move things along, if we can do that, John, and you hold

10:25:42 10  off and let Dan handle it in Lihu`e, that would be appreciated.

10:25:51 11      MR. HOSHIBATA:  Dan is the attorney in Lihu`e.  I just

10:25:52 12  wanted to clarify what was being read; and if we're going to

10:25:54 13  stipulate to that, then I just want that courtesy.

26:00    14      Q.   (By Mr. Hempey)  So my next question is, before you

10:26:03 15  became police chief, were you at some point the acting police

10:26:12 16  chief?  We're going to do the full one this time.

10:26:19 17      A.   Due to the current investigation that is being

10:26:21 18  conducted by the State of Hawai`i, I hereby decline to answer

10:26:25 19  that question and assert my Fifth Amendment Privilege against

10:26:30 20  Self-Incrimination, as any answer to this question could be

10:26:32 21  used, or could lead to evidence that could be used, against me.

10:26:38 22      Q.   Do you know Darla Abbatiello?

10:26:41 23      A.   Due to a current investigation that is being conducted

10:26:41 24  by the State of Hawaii, I hereby decline to answer that question

10:26:41 25  and assert my Fifth Amendment Privilege Against

10:26:41  1    Self-Incrimination as any answer to this question could be used,

26:49  2    or could lead to evidence that could be used, against me.

10:26:49  3        Q.    Do you know Irvil Kapua?

10:26:51  4        A.    Due to a current investigation that is being conducted

10:26:51  5    by the State of Hawaii, I hereby decline to answer that question

10:26:51  6    and assert my Fifth Amendment Privilege Against

10:26:51  7    Self-Incrimination as any answer to this question could be used,

10:26:53  8    or could lead to evidence that could be used, against me.

10:26:53  9        Q.    Are you aware or were you aware while you were --

10:26:57  10   strike that.  Were you aware while you were employed at the

10:27:00  11   Kaua`i Police Department, that Irvil Kapua took the Fifth

10:27:03  12   Amendment in his deposition in this case?

10:27:06  13       A.    Due to a current investigation that is being conducted

27:06  14   by the State of Hawaii, I hereby decline to answer that question

10:27:06  15   and assert my Fifth Amendment Privilege Against

10:27:06  16   Self-Incrimination as any answer to this question could be used,

10:27:09  17   or could lead to evidence that could be used, against me.

10:27:09  18       Q.    Were you chief of police at the time that you learned

10:27:15  19   that Irvil Kapua took the Fifth Amendment in his deposition in

10:27:18  20   this case?

10:27:19  21       A.    Due to a current investigation that is being conducted

10:27:19  22   by the State of Hawaii, I hereby decline to answer that question

10:27:19  23   and assert my Fifth Amendment Privilege Against

10:27:19  24   Self-Incrimination as any answer to this question could be used,

27:22  25   or could lead to evidence that could be used, against me.

| | | |
|---|---|---|
| 10:27:22 | 1 | Q.    On June 23, 2004, were you acting chief of police at |
| 27:28 | 2 | the Kaua`i Police Department? |
| 10:27:30 | 3 | A.    Due to a current investigation that is being conducted |
| 10:27:30 | 4 | by the State of Hawaii, I hereby decline to answer that question |
| 10:27:30 | 5 | and assert my Fifth Amendment Privilege Against |
| 10:27:30 | 6 | Self-Incrimination as any answer to this question could be used, |
| 10:27:31 | 7 | or could lead to evidence that could be used, against me. |
| 10:27:31 | 8 | Q.    I'm going to shift gears briefly right now and just |
| 10:27:35 | 9 | get the documents out of the way.  Mr. Lum, I handed you before |
| 10:27:40 | 10 | the deposition a stack of documents labeled Plaintiff's |
| 10:27:46 | 11 | Exhibits 1 through 10.  It's approximately, I'd say, 7/8 of an |
| 10:27:52 | 12 | inch thick, and there's ten exhibits.  Did you have time to |
| 10:27:56 | 13 | review these exhibits before the deposition? |
| 28:00 | 14 | A.    Yes, I did. |
| 10:28:01 | 15 | Q.    With respect to Plaintiff's Exhibit 1, this is a |
| 10:28:07 | 16 | document entitled, Hawai`i Police Department -- Strip and Body |
| 10:28:12 | 17 | Cavity Searches.  It's General Order No. 603.  Are you willing |
| 10:28:19 | 18 | to answer any questions at this time about Plaintiff's Exhibit |
| 10:28:24 | 19 | No. 1? |
| 10:28:24 | 20 | A.    Due to a current investigation that is being conducted |
| 10:28:24 | 21 | by the State of Hawaii, I hereby decline to answer that question |
| 10:28:24 | 22 | and assert my Fifth Amendment Privilege Against |
| 10:28:24 | 23 | Self-Incrimination as any answer to this question could be used, |
| 10:28:27 | 24 | or could lead to evidence that could be used, against me. |
| 10:28:27 | 25 | MR. MINKIN:  David Minkin.  For the record, this |

10:28:31  1    document does not appear to be Bates-stamped, and I would ask

28:34  2    why it has not been provided in discovery to all counsel prior

10:28:38  3    to this deposition.

10:28:40  4         MR. HEMPEY:  I'll answer that, David.  It's a

10:28:42  5    supplemental production, and I will represent to you that I

10:28:45  6    obtained this document and the next document after I left.  It

10:28:52  7    got to my office after I left work the day before yesterday.  I

10:28:56  8    did fax it to your office this morning.

10:28:59  9         MR. MINKIN:  The fact that I noticed that because it's

10:29:01  10   not Bates-stamped.

10:29:03  11        MR. HEMPEY:  Right.  So it's a supplemental

10:29:05  12   production, and I'll get a Bates-stamped number on that in the

10:29:09  13   very near future.

29:09  14        MR. McGUIGAN:  Was one faxed to me, Dan?

10:29:13  15        MR. HEMPEY:  No, Mike.  I thought you were coming

10:29:15  16   today.  I do have a complete set of each of these exhibits for

10:29:21  17   you, and I will put them in the mail for you today.

10:29:26  18        MR. McGUIGAN:  Thank you.

10:29:27  19        Q.   (By Mr. Hempey)  Back to the deposition, the witness.

10:29:30  20   Turning your attention to Deposition Plaintiff's Exhibit 2 is a

10:29:36  21   document that says Kaua`i Police Department on the top.  It then

10:29:40  22   says, General Order, Date If Issue March 25, 2005, and the

10:29:47  23   document purports to govern or it says Strip and Body Cavity

10:29:53  24   Searches on the top.  Have you had a chance to review that

:29:56  25   document and the attached pages to it before this deposition?

10:30:00  1      A.    Yes.

10:30:01  2      Q.    Are you willing to answer any questions about this

10:30:04  3    document in this deposition here today?

10:30:07  4      A.    Due to a current investigation that is being conducted

10:30:07  5    by the State of Hawaii, I hereby decline to answer that question

10:30:07  6    and assert my Fifth Amendment Privilege Against

10:30:07  7    Self-Incrimination as any answer to this question could be used,

10:30:09  8    or could lead to evidence that could be used, against me.

10:30:09  9      Q.    Turning your attention to Plaintiff's Exhibit 3.  This

10:30:15 10    appears to be a letter addressed to you from Darla Abbatiello.

10:30:19 11    This is Bates-stamped No. DA 00138.  Did you review that

10:30:25 12    document before this deposition?

10:30:26 13      A.    Yes.

30:27 14      Q.    Are you willing to answer any questions about that

10:30:31 15    document?

10:30:31 16      A.    Due to a current investigation that is being conducted

10:30:31 17    by the State of Hawaii, I hereby decline to answer that question

10:30:31 18    and assert my Fifth Amendment Privilege Against

10:30:31 19    Self-Incrimination as any answer to this question could be used,

10:30:34 20    or could lead to evidence that could be used, against me.

10:30:34 21      Q.    Exhibit 4 purports to be various Payroll Certification

10:30:40 22    documents which were produced by the County of Kaua`i beginning

10:30:45 23    at Document No. 000585.  Did you review these documents before

10:30:50 24    the deposition?

10:30:50 25      A.    Yes.

10:30:51  1        Q.    Are you willing to answer any questions about

30:55  2    Plaintiff's Exhibit 4 here today?

10:30:56  3        A.    Due to a current investigation that is being conducted

10:30:56  4    by the State of Hawaii, I hereby decline to answer that question

10:30:56  5    and assert my Fifth Amendment Privilege Against

10:30:56  6    Self-Incrimination as any answer to this question could be used,

10:30:59  7    or could lead to evidence that could be used, against me.

10:30:59  8        Q.    Plaintiff's Exhibit 5 appears to contain various

10:31:06  9    records from the Kaua`i Police Department and members therein

10:31:12  10    related to Irvil Kapua.  Did you review these documents before

10:31:17  11    the deposition?

10:31:18  12        A.    Yes.

10:31:19  13        Q.    Are you willing to answer any questions today related

31:22  14    to these documents in any way?

10:31:24  15        A.    Due to a current investigation that is being conducted

10:31:24  16    by the State of Hawaii, I hereby decline to answer that question

10:31:24  17    and assert my Fifth Amendment Privilege Against

10:31:24  18    Self-Incrimination as any answer to this question could be used,

10:31:29  19    or could lead to evidence that could be used, against me.

10:31:29  20        Q.    Turning your attention to Plaintiff's Exhibit 6 which

10:31:32  21    is the next in order, and this appears to be a Kaua`i Police

10:31:37  22    Department Performance Documentation Report and various other

10:31:40  23    documents within the police department related to your position

10:31:49  24    within the police department.  It begins with the County of

10:31:53  25    Kaua`i Bates-stamped No. 0001016.  Did you have a chance to

10:31:59  1    review these documents before the deposition?

`32:00   2         A.   Yes.

10:32:01  3         Q.   Are you willing to answer any questions with respect

10:32:04  4    to or that relate to these documents in Plaintiff's Exhibit 6?

10:32:08  5         A.   Due to a current investigation that is being conducted

10:32:08  6    by the State of Hawaii, I hereby decline to answer that question

10:32:08  7    and assert my Fifth Amendment Privilege Against

10:32:08  8    Self-Incrimination as any answer to this question could be used,

10:32:12  9    or could lead to evidence that could be used, against me.

10:32:12  10        Q.   Plaintiff's Exhibit 7 is a one-page document titled,

10:32:16  11   List of Purged Records bearing County of Kauai Bates-stamped

10:32:20  12   No. 000846.  Did you review this document before the deposition?

10:32:24  13        A.   Yes.

`32:25   14        Q.   Are you willing to answer any questions about this

10:32:29  15   document here today?

10:32:30  16        A.   Due to a current investigation that is being conducted

10:32:30  17   by the State of Hawaii, I hereby decline to answer that question

10:32:30  18   and assert my Fifth Amendment Privilege Against

10:32:30  19   Self-Incrimination as any answer to this question could be used,

10:32:33  20   or could lead to evidence that could be used, against me.

10:32:33  21        Q.   We're almost through these.  Plaintiff's Exhibit 8, I

10:32:36  22   turn your attention to; and page 1 of that is Bates-stamped with

10:32:43  23   the County of Kaua`i No. 001111, references a Kaua`i Police

10:32:52  24   Department internal investigation.  It's several pages long.

10:32:58  25   Did you review this document prior to this deposition today?

10:33:00  1        A.    Yes.

33:01     2        Q.    Are you willing to answer any questions that relate to

10:33:05  3    this document in any way?

10:33:07  4        A.    Due to a current investigation that is being conducted

10:33:07  5    by the State of Hawaii, I hereby decline to answer that question

10:33:07  6    and assert my Fifth Amendment Privilege Against

10:33:07  7    Self-Incrimination as any answer to this question could be used,

10:33:11  8    or could lead to evidence that could be used, against me.

10:33:11  9        Q.    Plaintiff's Exhibit No. 9, this was produced by

10:33:18  10   plaintiff, I believe, and Bates-stamped DA 00144.  It appears to

10:33:24  11   be some sort of a memo addressed to you from plaintiff Darla

10:33:30  12   Abbatiello.  Did you review this document before the deposition

10:33:33  13   today?

33:33     14       A.    Yes.

10:33:33  15       Q.    And are you willing to answer any questions with

10:33:36  16   respect to or relating to this document in any way?

10:33:38  17       A.    Due to a current investigation that is being conducted

10:33:38  18   by the State of Hawaii, I hereby decline to answer that question

10:33:38  19   and assert my Fifth Amendment Privilege Against

10:33:38  20   Self-Incrimination as any answer to this question could be used,

10:33:40  21   or could lead to evidence that could be used, against me.

10:33:40  22       Q.    And finally, Plaintiff's Exhibit 10 is several pages,

10:33:48  23   beginning with County of Kaua`i Bates-stamped No. 002152, going

10:33:53  24   all the way through 002113.  These are various notes regarding

:34:10    25   investigations and other activities within the department

10:34:15  1    related to plaintiff Abbatiello, Irvil Kapua, and various other

34:20    2    investigations.  Did you get a chance to review these documents

10:34:23  3    prior to starting this deposition today?

10:34:25  4         A.   Yes.

10:34:25  5         Q.   Are you willing to answer any questions today about

10:34:30  6    the documents contained in Plaintiff's Exhibit 10?

10:34:33  7         A.   Due to a current investigation that is being conducted

10:34:33  8    by the State of Hawaii, I hereby decline to answer that question

10:34:33  9    and assert my Fifth Amendment Privilege Against

10:34:33  10   Self-Incrimination as any answer to this question could be used,

10:34:33  11   or could lead to evidence that could be used, against me.

10:34:35  12        Q.   Thank you.  I believe we are through the documents

10:34:38  13   anyway.

34:40    14        Back to the questioning.  Did you meet with plaintiff

10:34:56  15   Abbatiello on or about June 23, 2004, about, among other things,

10:35:06  16   issues related to Irvil Kapua?

10:35:09  17        A.   Due to a current investigation that is being conducted

10:35:09  18   by the State of Hawaii, I hereby decline to answer that question

10:35:09  19   and assert my Fifth Amendment Privilege Against

10:35:09  20   Self-Incrimination as any answer to this question could be used,

10:35:11  21   or could lead to evidence that could be used, against me.

10:35:11  22        Q.   To the best of your recollection, what exactly was

10:35:14  23   discussed between you and plaintiff Darla Abbatiello during a

10:35:21  24   meeting on June 23, 2004?

:35:24   25        A.   Due to a current investigation that is being conducted

10:35:24  1    by the State of Hawaii, I hereby decline to answer that question

35:24  2    and assert my Fifth Amendment Privilege Against

10:35:24  3    Self-Incrimination as any answer to this question could be used,

10:35:25  4    or could lead to evidence that could be used, against me.

10:35:25  5        Q.    Did that meeting take place in your office or in a

10:35:29  6    conference room or somewhere else?

10:35:30  7        A.    Due to a current investigation that is being conducted

10:35:30  8    by the State of Hawaii, I hereby decline to answer that question

10:35:30  9    and assert my Fifth Amendment Privilege Against

10:35:30  10   Self-Incrimination as any answer to this question could be used,

10:35:34  11   or could lead to evidence that could be used, against me.

10:35:34  12       Q.    Did you answer questions related to this meeting in

10:35:38  13   your requests for admissions that were earlier propounded to you

35:42  14    in this case?

10:35:43  15       A.    Due to a current investigation that is being conducted

10:35:43  16   by the State of Hawaii, I hereby decline to answer that question

10:35:43  17   and assert my Fifth Amendment Privilege Against

10:35:43  18   Self-Incrimination as any answer to this question could be used,

10:35:45  19   or could lead to evidence that could be used, against me.

10:35:45  20       Q.    Isn't it true that on or about June 23rd, Darla

10:35:49  21   Abbatiello told you that she was very afraid of Irvil Kapua?

10:35:53  22       A.    Due to a current investigation that is being conducted

10:35:53  23   by the State of Hawaii, I hereby decline to answer that question

10:35:53  24   and assert my Fifth Amendment Privilege Against

10:35:53  25   Self-Incrimination as any answer to this question could be used,

10:35:54  1    or could lead to evidence that could be used, against me.

10:35:54  2        Q.    When was the first time, if ever, plaintiff told you

10:35:58  3    that she was afraid of Irvil Kapua?

10:36:01  4        A.    Due to a current investigation that is being conducted

10:36:01  5    by the State of Hawaii, I hereby decline to answer that question

10:36:01  6    and assert my Fifth Amendment Privilege Against

10:36:01  7    Self-Incrimination as any answer to this question could be used,

10:36:03  8    or could lead to evidence that could be used, against me.

10:36:03  9        Q.    Isn't it true that at some point in 2004, a lieutenant

10:36:14  10   in the police department told you that Acting Chief Pigao

10:36:19  11   discussed with Ofr. Abbatiello the use of the back door of the

10:36:24  12   police station to access the Vice Unit?

10:36:28  13       A.    Due to a current investigation that is being conducted

10:36:28  14   by the State of Hawaii, I hereby decline to answer that question

10:36:28  15   and assert my Fifth Amendment Privilege Against

10:36:28  16   Self-Incrimination as any answer to this question could be used,

10:36:31  17   or could lead to evidence that could be used, against me.

10:36:31  18       Q.    Where did this discussion with the lieutenant in the

10:36:34  19   police department related to plaintiff using the back door in

10:36:37  20   Vice take place?

10:36:38  21       A.    Due to a current investigation that is being conducted

10:36:38  22   by the State of Hawaii, I hereby decline to answer that question

10:36:38  23   and assert my Fifth Amendment Privilege Against

10:36:38  24   Self-Incrimination as any answer to this question could be used,

10:36:43  25   or could lead to evidence that could be used, against me.

| | | |
|---|---|---|
| 10:36:43 | 1 | Q.    On January 9, 2005, did you send an e-mail to Fred |
| 36:49 | 2 | De Busca regarding whether there was an order regarding |
| 10:36:59 | 3 | Ofr. Abbatiello avoiding Kapua or using the back door? |
| 10:37:03 | 4 | A.    Due to a current investigation that is being conducted |
| 10:37:03 | 5 | by the State of Hawaii, I hereby decline to answer that question |
| 10:37:03 | 6 | and assert my Fifth Amendment Privilege Against |
| 10:37:03 | 7 | Self-Incrimination as any answer to this question could be used, |
| 10:37:08 | 8 | or could lead to evidence that could be used, against me. |
| 10:37:08 | 9 | Q.    On or about January 9, 2005, did you write an e-mail |
| 10:37:12 | 10 | that both Ofr. Abbatiello and Sgt. Kapua will avoid |
| 10:37:16 | 11 | confrontation with each other? |
| 10:37:18 | 12 | A.    Due to a current investigation that is being conducted |
| 10:37:18 | 13 | by the State of Hawaii, I hereby decline to answer that question |
| 37:18 | 14 | and assert my Fifth Amendment Privilege Against |
| 10:37:18 | 15 | Self-Incrimination as any answer to this question could be used, |
| 10:37:19 | 16 | or could lead to evidence that could be used, against me. |
| 10:37:19 | 17 | Q.    And in that same e-mail, did you write in the future |
| 10:37:22 | 18 | they should have their department operations remedied through |
| 10:37:26 | 19 | the chain of command? |
| 10:37:27 | 20 | A.    Due to a current investigation that is being conducted |
| 10:37:27 | 21 | by the State of Hawaii, I hereby decline to answer that question |
| 10:37:27 | 22 | and assert my Fifth Amendment Privilege Against |
| 10:37:27 | 23 | Self-Incrimination as any answer to this question could be used, |
| 10:37:30 | 24 | or could lead to evidence that could be used, against me. |
| 10:37:30 | 25 | Q.    What, if anything, prompted you to remind subordinates |

10:37:34  1    to use the chain of command with respect to this January 9, 2005

37:38  2    e-mail?

10:37:40  3         A.    Due to a current investigation that is being conducted

10:37:40  4    by the State of Hawaii, I hereby decline to answer that question

10:37:40  5    and assert my Fifth Amendment Privilege Against

10:37:40  6    Self-Incrimination as any answer to this question could be used,

10:37:45  7    or could lead to evidence that could be used, against me.

10:37:45  8         Q.    To your knowledge, has Darla Abbatiello ever lied to

10:37:48  9    you?

10:37:49  10        A.    Due to a current investigation that is being conducted

10:37:49  11   by the State of Hawaii, I hereby decline to answer that question

10:37:49  12   and assert my Fifth Amendment Privilege Against

10:37:49  13   Self-Incrimination as any answer to this question could be used,

37:50  14   or could lead to evidence that could be used, against me.

10:37:50  15        Q.    To your knowledge, has Darla Abbatiello ever

10:37:53  16   unintentionally been dishonest with you?

10:37:58  17        A.    Due to a current investigation that is being conducted

10:37:58  18   by the State of Hawaii, I hereby decline to answer that question

10:37:58  19   and assert my Fifth Amendment Privilege Against

10:37:58  20   Self-Incrimination as any answer to this question could be used,

10:37:59  21   or could lead to evidence that could be used, against me.

10:37:59  22        Q.    To your intention, has Irvil Kapua ever lied to you?

10:38:02  23        A.    Due to a current investigation that is being conducted

10:38:02  24   by the State of Hawaii, I hereby decline to answer that question

10:38:02  25   and assert my Fifth Amendment Privilege Against

10:38:02  1    Self-Incrimination as any answer to this question could be used,

38:04  2    or could lead to evidence that could be used, against me.

10:38:04  3         Q.    To your intention, has Irvil Kapua ever

10:38:07  4    unintentionally been dishonest with you?

10:38:08  5         A.    Due to a current investigation that is being conducted

10:38:08  6    by the State of Hawaii, I hereby decline to answer that question

10:38:08  7    and assert my Fifth Amendment Privilege Against

10:38:08  8    Self-Incrimination as any answer to this question could be used,

10:38:10  9    or could lead to evidence that could be used, against me.

10:38:10  10        Q.    When you met with the plaintiff -- strike that.  When

10:38:13  11   you met with Darla Abbatiello in June 2004, what action, if any,

10:38:18  12   did you tell her you would take with respect to Irvil Kapua?

10:38:23  13        A.    Due to a current investigation that is being conducted

38:23  14   by the State of Hawaii, I hereby decline to answer that question

10:38:23  15   and assert my Fifth Amendment Privilege Against

10:38:23  16   Self-Incrimination as any answer to this question could be used,

10:38:25  17   or could lead to evidence that could be used, against me.

10:38:25  18        Q.    What, if anything, did you discuss regarding this

10:38:31  19   June 23, 2004 meeting with Irvil Kapua?

10:38:35  20        A.    Due to a current investigation that is being conducted

10:38:35  21   by the State of Hawaii, I hereby decline to answer that question

10:38:35  22   and assert my Fifth Amendment Privilege Against

10:38:35  23   Self-Incrimination as any answer to this question could be used,

10:38:37  24   or could lead to evidence that could be used, against me.

:38:37  25        Q.    What prompted you to write the January 9, 2005 e-mail

10:38:42  1   which rescinded any orders that Abbatiello use the back door or

10:38:47  2   avoid Sgt. Kapua?

10:38:49  3        A.   Due to a current investigation that is being conducted

10:38:49  4   by the State of Hawaii, I hereby decline to answer that question

10:38:49  5   and assert my Fifth Amendment Privilege Against

10:38:49  6   Self-Incrimination as any answer to this question could be used,

10:38:54  7   or could lead to evidence that could be used, against me.

10:38:54  8        Q.   After the June 23, 2004 meeting between you and

10:39:02  9   plaintiff, did Irvil Kapua continue to work in Cell Block?

10:39:12  10       A.   Due to a current investigation that is being conducted

10:39:12  11  by the State of Hawaii, I hereby decline to answer that question

10:39:12  12  and assert my Fifth Amendment Privilege Against

10:39:12  13  Self-Incrimination as any answer to this question could be used,

39:15  14  or could lead to evidence that could be used, against me.

10:39:15  15       Q.   After the June 23, 2004 meeting, would Irvil Kapua,

10:39:23  16  upon arresting people accused of, suspected of crime, would he

10:39:30  17  potentially take those arrestees into the Cell Block?

10:39:34  18       A.   Due to a current investigation that is being conducted

10:39:34  19  by the State of Hawaii, I hereby decline to answer that question

10:39:34  20  and assert my Fifth Amendment Privilege Against

10:39:34  21  Self-Incrimination as any answer to this question could be used,

10:39:36  22  or could lead to evidence that could be used, against me.

10:39:36  23       Q.   What shift did Irvil Kapua typically work between June

10:39:43  24  2004 and December of 2004?

10:39:45  25       A.   Due to a current investigation that is being conducted

| | | |
|---|---|---|
| 10:39:45 | 1 | by the State of Hawaii, I hereby decline to answer that question |
| :39:45 | 2 | and assert my Fifth Amendment Privilege Against |
| 10:39:45 | 3 | Self-Incrimination as any answer to this question could be used, |
| 10:39:49 | 4 | or could lead to evidence that could be used, against me. |
| 10:39:49 | 5 | Q.   While working in Cell Block, did Irvil Kapua work with |
| 10:39:53 | 6 | Gerald Kim? |
| 10:39:55 | 7 | A.   Due to a current investigation that is being conducted |
| 10:39:55 | 8 | by the State of Hawaii, I hereby decline to answer that question |
| 10:39:55 | 9 | and assert my Fifth Amendment Privilege Against |
| 10:39:55 | 10 | Self-Incrimination as any answer to this question could be used, |
| 10:39:56 | 11 | or could lead to evidence that could be used, against me. |
| 10:39:56 | 12 | Q.   And actually, I want to go back to that question and |
| 10:39:59 | 13 | give it a time reference.  While working in Cell Block in the |
| 40:01 | 14 | six months after June 2004, did Irvil Kapua work with Gerald |
| 10:40:07 | 15 | Kim? |
| 10:40:07 | 16 | A.   Due to a current investigation that is being conducted |
| 10:40:07 | 17 | by the State of Hawaii, I hereby decline to answer that question |
| 10:40:07 | 18 | and assert my Fifth Amendment Privilege Against |
| 10:40:07 | 19 | Self-Incrimination as any answer to this question could be used, |
| 10:40:09 | 20 | or could lead to evidence that could be used, against me. |
| 10:40:09 | 21 | Q.   During the same time period and in working in Cell |
| 10:40:12 | 22 | Block, did Irvil Kapua work with Carl Oliver? |
| 10:40:12 | 23 | A.   Due to a current investigation that is being conducted |
| 10:40:12 | 24 | by the State of Hawaii, I hereby decline to answer that question |
| 10:40:12 | 25 | and assert my Fifth Amendment Privilege Against |

10:40:12  1    Self-Incrimination as any answer to this question could be used,

40:16  2    or could lead to evidence that could be used, against me.

10:40:16  3        Q.    Since June 23, 2004, do you have any knowledge or has

10:40:20  4    anyone told you that Sgt. Kapua had stated the desire to do harm

10:40:25  5    to Darla Abbatiello?

10:40:27  6        A.    Due to a current investigation that is being conducted

10:40:27  7    by the State of Hawaii, I hereby decline to answer that question

10:40:27  8    and assert my Fifth Amendment Privilege Against

10:40:27  9    Self-Incrimination as any answer to this question could be used,

10:40:30  10    or could lead to evidence that could be used, against me.

10:40:30  11        Q.    When you were chief or acting chief of police, did you

10:40:34  12    become aware that Irvil Kapua admitted to calling Darla

10:40:39  13    Abbatiello a bitch in the workplace?

40:41  14        A.    Due to a current investigation that is being conducted

10:40:41  15    by the State of Hawaii, I hereby decline to answer that question

10:40:41  16    and assert my Fifth Amendment Privilege Against

10:40:41  17    Self-Incrimination as any answer to this question could be used,

10:40:43  18    or could lead to evidence that could be used, against me.

10:40:43  19        Q.    When did you first become aware that Irvil Kapua

10:40:46  20    called Darla Abbatiello a bitch in the workplace?

10:40:49  21        A.    Due to a current investigation that is being conducted

10:40:49  22    by the State of Hawaii, I hereby decline to answer that question

10:40:49  23    and assert my Fifth Amendment Privilege Against

10:40:49  24    Self-Incrimination as any answer to this question could be used,

40:51  25    or could lead to evidence that could be used, against me.

| | | |
|---|---|---|
| 10:40:51 | 1 | Q.    What, if any, action did you take upon learning that |
| 40:55 | 2 | Irvil Kapua had called Darla Abbatiello a bitch in the |
| 10:40:58 | 3 | workplace? |
| 10:40:59 | 4 | A.    Due to a current investigation that is being conducted |
| 10:40:59 | 5 | by the State of Hawaii, I hereby decline to answer that question |
| 10:40:59 | 6 | and assert my Fifth Amendment Privilege Against |
| 10:40:59 | 7 | Self-Incrimination as any answer to this question could be used, |
| 10:41:02 | 8 | or could lead to evidence that could be used, against me. |
| 10:41:02 | 9 | Q.    Based on your training and experience as chief of |
| 10:41:05 | 10 | police, would calling someone a bitch in the workplace violate |
| 10:41:10 | 11 | any Kaua`i Police Department rule, regulation, or standard of |
| 10:41:14 | 12 | procedure? |
| 10:41:15 | 13 | A.    Due to a current investigation that is being conducted |
| 41:15 | 14 | by the State of Hawaii, I hereby decline to answer that question |
| 10:41:15 | 15 | and assert my Fifth Amendment Privilege Against |
| 10:41:15 | 16 | Self-Incrimination as any answer to this question could be used, |
| 10:41:16 | 17 | or could lead to evidence that could be used, against me. |
| 10:41:16 | 18 | Q.    Based on your training and experience as chief of |
| 10:41:19 | 19 | police, would calling someone a cunt in the workplace violate |
| 10:41:22 | 20 | any Kaua`i Police Department rule, regulation, or standard of |
| 10:41:26 | 21 | procedure? |
| 10:41:27 | 22 | A.    Due to a current investigation that is being conducted |
| 10:41:27 | 23 | by the State of Hawaii, I hereby decline to answer that question |
| 10:41:27 | 24 | and assert my Fifth Amendment Privilege Against |
| 10:41:27 | 25 | Self-Incrimination as any answer to this question could be used, |

10:41:29   1    or could lead to evidence that could be used, against me.

41:29   2         Q.   What discipline, if any, was meted out to Irvil Kapua

10:41:32   3    for calling Darla Abbatiello a bitch in the workplace?

10:41:35   4         A.   Due to a current investigation that is being conducted

10:41:35   5    by the State of Hawaii, I hereby decline to answer that question

10:41:35   6    and assert my Fifth Amendment Privilege Against

10:41:35   7    Self-Incrimination as any answer to this question could be used,

10:41:36   8    or could lead to evidence that could be used, against me.

10:41:36   9         Q.   Are you a plaintiff in a lawsuit claiming, among other

10:41:40   10   things, that you suffered a racial slur in the workplace?

10:41:44   11        A.   Due to a current investigation that is being conducted

10:41:44   12   by the State of Hawaii, I hereby decline to answer that question

10:41:44   13   and assert my Fifth Amendment Privilege Against

41:44   14   Self-Incrimination as any answer to this question could be used,

10:41:48   15   or could lead to evidence that could be used, against me.

10:41:48   16        Q.   Relatively speaking, was the racial slur that you

10:41:51   17   suffered more or less offensive than Darla Abbatiello being

10:41:56   18   referred to as a bitch in the workplace?

10:41:58   19        A.   Due to a current investigation that is being conducted

10:41:58   20   by the State of Hawaii, I hereby decline to answer that question

10:41:58   21   and assert my Fifth Amendment Privilege Against

10:41:58   22   Self-Incrimination as any answer to this question could be used,

10:41:59   23   or could lead to evidence that could be used, against me.

10:41:59   24        Q.   Relatively speaking, was the racial slur that you

42:02   25   suffered more or less offensive in your opinion to Darla

10:42:06  1    Abbatiello being referred to as a cunt in the workplace?

10:42:10  2    A.    Due to a current investigation that is being conducted

10:42:10  3    by the State of Hawaii, I hereby decline to answer that question

10:42:10  4    and assert my Fifth Amendment Privilege Against

10:42:10  5    Self-Incrimination as any answer to this question could be used,

10:42:10  6    or could lead to evidence that could be used, against me.

10:42:12  7         MR. MINKIN:   Dan, hold on a second; this is David

10:42:14  8    Minkin.   We're going to interpose going back.   Because of the

10:42:19  9    representation that K.C. Lum would be interjecting the Fifth

10:42:26 10    Amendment Privilege against Self-Incrimination, I don't think

10:42:26 11    any of the attorneys have objected to the form of the question.

10:42:30 12    And for the record, by not objecting to the form of the question

10:42:33 13    does not mean that we agree that the form of the question is

42:37 14    appropriate in any manner, shape, or form during this

10:42:39 15    deposition.

10:42:44 16         MR. McGUIGAN:   I would join in that.

10:42:45 17         MR. TANAKA:   I would join in that.

10:42:48 18         MS. NAKEA-TRESLER:   Join.

10:42:51 19    Q.    At some point when you were assistant chief of police,

10:42:56 20    did you hear from anyone that Irvil Kapua had been seen punching

10:43:01 21    walls while referring to Darla Abbatiello?

10:43:05 22    A.    Due to a current investigation that is being conducted

10:43:05 23    by the State of Hawaii, I hereby decline to answer that question

10:43:05 24    and assert my Fifth Amendment Privilege Against

10:43:05 25    Self-Incrimination as any answer to this question could be used,

10:43:07   1   or could lead to evidence that could be used, against me.

10:43:07   2       Q.   At some point while you were chief of police in the

10:43:12   3   Kaua`i Police Department, did you hear from anyone that Irvil

10:43:15   4   Kapua had been seen punching walls while referring to Darla

10:43:19   5   Abbatiello?

10:43:19   6       A.   Due to a current investigation that is being conducted

10:43:19   7   by the State of Hawaii, I hereby decline to answer that question

10:43:19   8   and assert my Fifth Amendment Privilege Against

10:43:19   9   Self-Incrimination as any answer to this question could be used,

10:43:22  10   or could lead to evidence that could be used, against me.

10:43:22  11       Q.   Would punching walls while calling someone a bitch in

10:43:28  12   the workplace in your opinion violate any Kaua`i Police

10:43:33  13   Department policy governing violence in the workplace?

10:43:37  14       MR. TANAKA:  Let me interpose an objection, calls for

10:43:40  15   speculation, lacks foundation.

10:43:40  16       A.   Due to a current investigation that is being conducted

10:43:40  17   by the State of Hawaii, I hereby decline to answer that question

10:43:40  18   and assert my Fifth Amendment Privilege Against

10:43:40  19   Self-Incrimination as any answer to this question could be used,

10:43:49  20   or could lead to evidence that could be used, against me.

10:43:49  21       Q.   What, if any, investigation did you do or cause other

10:43:56  22   people to do as to whether or not Irvil Kapua was seen punching

10:44:03  23   walls while referring to Darla Abbatiello as a bitch in the

10:44:08  24   workplace?

10:44:09  25       MR. TANAKA:  Objection.  Vague.  Compound.

10:44:12  1          A.    Due to a current investigation that is being conducted

44:12  2     by the State of Hawaii, I hereby decline to answer that question

10:44:12  3     and assert my Fifth Amendment Privilege Against

10:44:12  4     Self-Incrimination as any answer to this question could be used,

10:44:15  5     or could lead to evidence that could be used, against me.

10:44:15  6          Q.    When you were chief of police, did Kaua`i Police

10:44:18  7     Department have any standards of conduct that governed violence

10:44:21  8     in the workplace?

10:44:22  9          A.    Due to a current investigation that is being conducted

10:44:22  10    by the State of Hawaii, I hereby decline to answer that question

10:44:22  11    and assert my Fifth Amendment Privilege Against

10:44:22  12    Self-Incrimination as any answer to this question could be used,

10:44:24  13    or could lead to evidence that could be used, against me.

44:24  14          Q.    While you were assistant chief of police, did Kaua`i

10:44:27  15    Police Department have any standards of conduct that governed

10:44:30  16    violence in the workplace?

10:44:31  17          A.    Due to a current investigation that is being conducted

10:44:31  18    by the State of Hawaii, I hereby decline to answer that question

10:44:31  19    and assert my Fifth Amendment Privilege Against

10:44:31  20    Self-Incrimination as any answer to this question could be used,

10:44:33  21    or could lead to evidence that could be used, against me.

10:44:33  22          Q.    Does the Kaua`i Police Department have any policy, to

10:44:37  23    your knowledge currently, concerning strip searches of people

10:44:41  24    who have been arrested or detained for suspicion of having

44:45  25     committed a crime?

10:44:47  1          MR. TANAKA:  Lacks foundation.

44:48  2          A.    Due to a current investigation that is being conducted

10:44:48  3    by the State of Hawaii, I hereby decline to answer that question

10:44:48  4    and assert my Fifth Amendment Privilege Against

10:44:48  5    Self-Incrimination as any answer to this question could be used,

10:44:50  6    or could lead to evidence that could be used, against me.

10:44:50  7          Q.    To your knowledge while you were chief, did the Big

10:44:55  8    Island have a policy governing strip searches of people arrested

10:45:01  9    or detained for having committed a crime?

10:45:05  10          MR. TANAKA:  Same objection.

10:45:06  11          Q.    For suspicion of having committed a crime?

10:45:07  12          MR. TANAKA:  Same objection.

10:45:10  13          A.    Due to a current investigation that is being conducted

45:10  14    by the State of Hawaii, I hereby decline to answer that question

10:45:10  15    and assert my Fifth Amendment Privilege Against

10:45:10  16    Self-Incrimination as any answer to this question could be used,

10:45:13  17    or could lead to evidence that could be used, against me.

10:45:13  18          Q.    Did you draw up, attempt to draw up or cause someone

10:45:21  19    else to draw up, a policy concerning strip searches of arrestees

10:45:29  20    or detainees within the Kaua`i Police Department while you were

10:45:32  21    employed there?

10:45:33  22          A.    Due to a current investigation that is being conducted

10:45:33  23    by the State of Hawaii, I hereby decline to answer that question

10:45:33  24    and assert my Fifth Amendment Privilege Against

:45:33  25    Self-Incrimination as any answer to this question could be used,

10:45:40  1     or could lead to evidence that could be used, against me.

10:45:40  2          Q.     I realize you said you weren't going to answer any

10:46:01  3     questions about this, but I want to just get it on the record.

10:46:03  4     I'm looking at Plaintiff's Exhibit 2, and I notice that in that

10:46:12  5     document, specifically on page 3, Section 4e, it says,

10:46:17  6     "Photographs shall be taken documenting each step of the search

10:46:22  7     from fully clothed to completely naked."  Do you know who if

10:46:29  8     anyone inserted that language into Exhibit 2?

10:46:39  9          A.     Due to a current investigation that is being conducted

10:46:39  10    by the State of Hawaii, I hereby decline to answer that question

10:46:39  11    and assert my Fifth Amendment Privilege Against

10:46:39  12    Self-Incrimination as any answer to this question could be used,

10:46:44  13    or could lead to evidence that could be used, against me.

10:46:44  14         Q.     Isn't it true that you inserted or directed someone to

10:46:48  15    insert the language about photographing each stage, about

10:46:55  16    photographs shall be taken documenting each step of the search

10:46:57  17    from fully clothed to completely naked?  Isn't it true that you

10:47:02  18    inserted that or directed someone else to insert that language

10:47:06  19    into Exhibit 2?

10:47:07  20         A.     Due to a current investigation that is being conducted

10:47:07  21    by the State of Hawaii, I hereby decline to answer that question

10:47:07  22    and assert my Fifth Amendment Privilege Against

10:47:07  23    Self-Incrimination as any answer to this question could be used,

10:47:10  24    or could lead to evidence that could be used, against me.

10:47:10  25         Q.     Who inserted that language into Exhibit 2?

10:47:13  1          A.   Due to a current investigation that is being conducted

10:47:13  2     by the State of Hawaii, I hereby decline to answer that question

10:47:13  3     and assert my Fifth Amendment Privilege Against

10:47:13  4     Self-Incrimination as any answer to this question could be used,

10:47:14  5     or could lead to evidence that could be used, against me.

10:47:14  6          Q.   Exhibit 2 appears to have the date March 25, 2005 at

10:47:24  7     the top under the word "dates, if issue."  Who put this date in

10:47:31  8     Exhibit 2?

10:47:31  9          A.   Due to a current investigation that is being conducted

10:47:31  10    by the State of Hawaii, I hereby decline to answer that question

10:47:31  11    and assert my Fifth Amendment Privilege Against

10:47:31  12    Self-Incrimination as any answer to this question could be used,

10:47:33  13    or could lead to evidence that could be used, against me.

:47:33  14          Q.   Whose decision, if you know -- strike that.  When was

10:47:39  15    Exhibit 2 drafted?

10:47:42  16         A.   Due to a current investigation that is being conducted

10:47:42  17    by the State of Hawaii, I hereby decline to answer that question

10:47:42  18    and assert my Fifth Amendment Privilege Against

10:47:42  19    Self-Incrimination as any answer to this question could be used,

10:47:50  20    or could lead to evidence that could be used, against me.

10:47:50  21         Q.   Is it true that Exhibit 2 was created after you

10:47:58  22    learned that a member of the Kaua`i Police Department had taken

10:48:00  23    photographs of two women who were naked during a strip search?

10:48:09  24              MR. TANAKA:  Lacks foundation.

10:48:10  25         A.   Due to a current investigation that is being conducted

10:48:10  1     by the State of Hawaii, I hereby decline to answer that question

10:48:10  2     and assert my Fifth Amendment Privilege Against

10:48:10  3     Self-Incrimination as any answer to this question could be used,

10:48:15  4     or could lead to evidence that could be used, against me.

10:48:15  5          Q.    Did Exhibit B, to your knowledge, ever become KPD

10:48:22  6     policy?

10:48:22  7          A.    Exhibit B?

10:48:23  8          Q.    Yes, I showed you Exhibit B which is this --

10:48:26  9               MR. TANAKA:  2.

10:48:27  10         Q.    I'm sorry, Exhibit 2; that's my mistake.  Did

10:48:31  11    Exhibit 2 in this deposition ever become Kaua`i Police

10:48:35  12    Department policy?

10:48:36  13         A.    Due to a current investigation that is being conducted

10:48:36  14    by the State of Hawaii, I hereby decline to answer that question

10:48:36  15    and assert my Fifth Amendment Privilege Against

10:48:36  16    Self-Incrimination as any answer to this question could be used,

10:48:39  17    or could lead to evidence that could be used, against me.

10:48:39  18         Q.    Are you aware whether any alternative forms of

10:48:42  19    Exhibit A or any alternative different strip search policy

10:48:48  20    became the Kaua`i Police Department policy?

10:48:50  21               MR. TANAKA:  Lacks foundation.

10:48:50  22         A.    Due to a current investigation that is being conducted

10:48:50  23    by the State of Hawaii, I hereby decline to answer that question

10:48:50  24    and assert my Fifth Amendment Privilege Against

10:48:50  25    Self-Incrimination as any answer to this question could be used,

10:48:56  1    or could lead to evidence that could be used, against me.

}48:56   2         Q.   Are you aware that on or about April 24, 2005, Darla

10:49:02  3    Abbatiello refused to photograph two females who were strip

10:49:09  4    searched after they were arrested at the Lihu`e airport?

10:49:14  5         A.   Due to a current investigation that is being conducted

10:49:14  6    by the State of Hawaii, I hereby decline to answer that question

10:49:14  7    and assert my Fifth Amendment Privilege Against

10:49:14  8    Self-Incrimination as any answer to this question could be used,

10:49:16  9    or could lead to evidence that could be used, against me.

10:49:16 10         Q.   Isn't it true that Darla Abbatiello wrote to you about

10:49:20 11    the April 24th incident regarding strip searches and the

10:49:24 12    photographing of them?

10:49:26 13         A.   Due to a current investigation that is being conducted

:49:26  14    by the State of Hawaii, I hereby decline to answer that question

10:49:26 15    and assert my Fifth Amendment Privilege Against

10:49:26 16    Self-Incrimination as any answer to this question could be used,

10:49:29 17    or could lead to evidence that could be used, against me.

10:49:29 18         Q.   Did you have any communication or conversation by

10:49:33 19    phone, e-mail, personal talk or otherwise, about Darla

10:49:38 20    Abbatiello refusing to photograph the search with any other

10:49:43 21    members of the Kaua`i Police Department?

10:49:45 22         A.   Due to a current investigation that is being conducted

10:49:45 23    by the State of Hawaii, I hereby decline to answer that question

10:49:45 24    and assert my Fifth Amendment Privilege Against

^^:49:45 25    Self-Incrimination as any answer to this question could be used,

10:49:46  1    or could lead to evidence that could be used, against me.

49:46  2         Q.    Have you had any communication by phone, e-mail, or

10:49:52  3    talk in any manner with Richard Minatoya about Darla

10:49:58  4    Abbatiello's role in the April 24 photographing of arrestees

10:50:05  5    during a strip search?

10:50:06  6         A.    Due to a current investigation that is being conducted

10:50:06  7    by the State of Hawaii, I hereby decline to answer that question

10:50:06  8    and assert my Fifth Amendment Privilege Against

10:50:06  9    Self-Incrimination as any answer to this question could be used,

10:50:10  10   or could lead to evidence that could be used, against me.

10:50:10  11        Q.    Are you going to take the Fifth with respect to all

10:50:13  12   questions I ask today about the April 2005 photographing of

10:50:17  13   strip searches?

50:18  14        A.    Yes.

10:50:20  15        Q.    Do you know a man named Rizal Balgos?

10:50:26  16             MR. McGUIGAN:    I'm sorry, could you say that again?

10:50:28  17        Q.    Let me rephrase that, actually.    While you were chief

10:50:31  18   of police, did you know a man named Rizal Balgos?

10:50:34  19        A.    Yes.

10:50:38  20             UNIDENTIFIED SPEAKER ON PHONE:    Can you spell that?

10:50:39  21             MR. HEMPEY:    I can spell Balgos.    It's B as in boy, A,

10:50:44  22   L, G as in girl, O, S.    I believe the first name is spelled

10:50:49  23   R-i-z-a-l, but I'm not absolutely positive in the spelling of

10:50:55  24   the first name.

:50:59  25        Q.    While you were chief of police at Kaua`i Police

10:51:01    1    Department, did you own any interest in a company that had to do

51:08    2    with coffee?

10:51:11    3        A.    Due to a current investigation that is being conducted

10:51:11    4    by the State of Hawaii, I hereby decline to answer that question

10:51:11    5    and assert my Fifth Amendment Privilege Against

10:51:11    6    Self-Incrimination as any answer to this question could be used,

10:51:17    7    or could lead to evidence that could be used, against me.

10:51:17    8        Q.    Did a Mr. Balgos contribute capital or equipment of

10:51:21    9    any kind to any company in which you owned an interest while you

10:51:26   10    were chief of police?

10:51:27   11        A.    Due to a current investigation that is being conducted

10:51:27   12    by the State of Hawaii, I hereby decline to answer that question

10:51:27   13    and assert my Fifth Amendment Privilege Against

51:27   14    Self-Incrimination as any answer to this question could be used,

10:51:32   15    or could lead to evidence that could be used, against me.

10:51:32   16        Q.    Was anyone who contributed either money or equipment

10:51:35   17    to any business in which you owned an interest while you were

10:51:39   18    chief of police, to your knowledge, connected in any way, other

10:51:42   19    than as a police officer, to the illegal drug trade?

10:51:46   20        A.    Due to a current investigation that is being conducted

10:51:46   21    by the State of Hawaii, I hereby decline to answer that question

10:51:46   22    and assert my Fifth Amendment Privilege Against

10:51:46   23    Self-Incrimination as any answer to this question could be used,

10:51:51   24    or could lead to evidence that could be used, against me.

:51:51   25        Q.    What was your rank in December 2003 at the Kaua`i

10:51:57  1      Police Department?

'51:57  2           A.   Due to a current investigation that is being conducted

10:51:57  3      by the State of Hawaii, I hereby decline to answer that question

10:51:57  4      and assert my Fifth Amendment Privilege Against

10:51:57  5      Self-Incrimination as any answer to this question could be used,

10:52:01  6      or could lead to evidence that could be used, against me.

10:52:01  7           Q.   In December 2003, were you aware that there were

10:52:05  8      problems between Irvil Kapua and Darla Abbatiello at the police

10:52:12  9      department?

10:52:12  10          MR. McGUIGAN:   Objection.   Vague and ambiguous.

10:52:18  11          MR. TANAKA:   You can answer.

10:52:19  12          A.   Due to a current investigation that is being conducted

10:52:19  13     by the State of Hawaii, I hereby decline to answer that question

'52:19  14     and assert my Fifth Amendment Privilege Against

10:52:19  15     Self-Incrimination as any answer to this question could be used,

10:52:27  16     or could lead to evidence that could be used, against me.

10:52:27  17          Q.   When you became acting chief in May 2004, what did you

10:52:32  18     know, if anything, about the relationship between Darla

10:52:36  19     Abbatiello and Irvil Kapua?

10:52:38  20          A.   Due to a current investigation that is being conducted

10:52:38  21     by the State of Hawaii, I hereby decline to answer that question

10:52:38  22     and assert my Fifth Amendment Privilege Against

10:52:38  23     Self-Incrimination as any answer to this question could be used,

10:52:40  24     or could lead to evidence that could be used, against me.

'0:52:40  25          MR. McGUIGAN:   Objection.   Vague and ambiguous.

10:52:43  1          Q.    When you became acting chief in May 2004 -- strike

52:52  2    that.  Prior to you becoming acting chief in 2004, did anyone

10:52:58  3    else in the police department inform you that there were

10:53:01  4    problems between Darla Abbatiello and Irvil Kapua?

10:53:06  5              MR. McGUIGAN:  Objection.  Lacks foundation.

10:53:06  6              MR. TANAKA:  Join.

10:53:08  7              MR. McGUIGAN:  Vague and ambiguous.

10:53:12  8          Q.    You can answer.

10:53:12  9          A.    Due to a current investigation that is being conducted

10:53:12  10    by the State of Hawaii, I hereby decline to answer that question

10:53:12  11    and assert my Fifth Amendment Privilege Against

10:53:12  12    Self-Incrimination as any answer to this question could be used,

10:53:18  13    or could lead to evidence that could be used, against me.

53:18  14          Q.    Did you ever discuss the subject of Darla Abbatiello

10:53:25  15    and Irvil Kapua with Mr. Wilfred Ihu while you were employed at

10:53:33  16    the Kaua`i Police Department?

10:53:35  17          A.    Due to a current investigation that is being conducted

10:53:35  18    by the State of Hawaii, I hereby decline to answer that question

10:53:35  19    and assert my Fifth Amendment Privilege Against

10:53:35  20    Self-Incrimination as any answer to this question could be used,

10:53:41  21    or could lead to evidence that could be used, against me.

10:53:41  22          Q.    At some time either before you became acting chief or

10:53:47  23    in, let's call it, the six weeks after you became acting chief,

10:53:52  24    did Mr. Ihu give you any communications at all related to the

54:00  25    relationship between Irvil Kapua and Darla Abbatiello or any

10:54:04  1     problems between Irvil Kapua and Darla Abbatiello?

54:09  2                     MR. McGUIGAN:  Objection.  Vague and ambiguous.  Also

10:54:10  3     lacks foundation.

10:54:12  4                     MR. MINKIN:  Join.

10:54:14  5                     MR. TANAKA:  Join.

10:54:16  6                     MS. NAKEA-TRESLER:  Join.

10:54:17  7          A.     Due to a current investigation that is being conducted

10:54:17  8     by the State of Hawaii, I hereby decline to answer that question

10:54:17  9     and assert my Fifth Amendment Privilege Against

10:54:17  10    Self-Incrimination as any answer to this question could be used,

10:54:18  11    or could lead to evidence that could be used, against me.

10:54:18  12         Q.     Have you ever heard of the term "cop dope"?

10:54:24  13         A.     Due to a current investigation that is being conducted

54:24  14       by the State of Hawaii, I hereby decline to answer that question

10:54:24  15    and assert my Fifth Amendment Privilege Against

10:54:24  16    Self-Incrimination as any answer to this question could be used,

10:54:26  17    or could lead to evidence that could be used, against me.

10:54:26  18         Q.     Can you explain what the term "cop dope" means?

10:54:29  19         A.     Due to a current investigation that is being conducted

10:54:29  20    by the State of Hawaii, I hereby decline to answer that question

10:54:29  21    and assert my Fifth Amendment Privilege Against

10:54:29  22    Self-Incrimination as any answer to this question could be used,

10:54:36  23    or could lead to evidence that could be used, against me.

10:54:36  24         Q.     To your knowledge, did Darla Abbatiello, generally

:54:40  25      speaking, support or oppose your appointment as police chief?

10:54:46  1          MR. TANAKA:  Let me object.  Lacks foundation.  Calls

54:49    2     for speculation.

10:54:50  3          Q.   If you know.

10:54:51  4          A.   Due to a current investigation that is being conducted

10:54:51  5     by the State of Hawaii, I hereby decline to answer that question

10:54:51  6     and assert my Fifth Amendment Privilege Against

10:54:51  7     Self-Incrimination as any answer to this question could be used,

10:55:09  8     or could lead to evidence that could be used, against me.

10:55:09  9          Q.   The plaintiff's Exhibit 3 is a letter from Darla

10:55:14  10    Abbatiello, September 14, 2004.  Did you receive that letter?

10:55:21  11    Ever?

10:55:27  12         A.   Due to a current investigation that is being conducted

10:55:27  13    by the State of Hawaii, I hereby decline to answer that question

55:27    14    and assert my Fifth Amendment Privilege Against

10:55:27  15    Self-Incrimination as any answer to this question could be used,

10:55:30  16    or could lead to evidence that could be used, against me.

10:55:30  17         Q.   What, if anything, did you do in response to Darla

10:55:35  18    Abbatiello reporting that her gun had apparently been stolen?

10:55:40  19         A.   Due to a current investigation that is being conducted

10:55:40  20    by the State of Hawaii, I hereby decline to answer that question

10:55:40  21    and assert my Fifth Amendment Privilege Against

10:55:40  22    Self-Incrimination as any answer to this question could be used,

10:55:48  23    or could lead to evidence that could be used, against me.

10:55:48  24         Q.   That letter, which is the Plaintiff's Exhibit 3 of

55:54    25    September 14th, in that letter it purports to say that Darla

10:56:00  1    Abbatiello, she said she remains concerned for her safety in and

:56:08  2    around Vice.  And this is ten weeks after the June 24th or June

10:56:14  3    23rd -- I forget which meeting -- between you and Abbatiello.

10:56:17  4    And my question is, what, if any, action did you take between

10:56:24  5    June 24, 2004 when you met with Darla Abbatiello and

10:56:30  6    September 14, 2004 related to Darla Abbatiello's safety in and

10:56:38  7    around the workplace?

10:56:42  8         (Cell phone rings.)

10:56:42  9         A.    Due to a current investigation that is being conducted

10:56:42  10   by the State of Hawaii, I hereby decline to answer that question

10:56:42  11   and assert my Fifth Amendment Privilege Against

10:56:42  12   Self-Incrimination as any answer to this question could be used,

10:56:47  13   or could lead to evidence that could be used, against me.

:56:47  14         MR. TANAKA:  Also, can we go off the record for a

10:56:47  15   little while.  I need to place a conference call with

10:56:49  16   Judge Watanabe.

10:56:49  17         MR. HEMPEY:  It's 5 to 11:00, and for the record Dan

10:56:52  18   Hempey.  Cary's phone just rang and he's got to do the

10:56:54  19   conference call with Judge Watanabe.

10:57:00  20         (Recess taken, 10:57 a.m. to 11:27 a.m.)

11:27:26  21         MR. HEMPEY:  It's 11:25.  We're back on the record in

11:27:29  22   the deposition of K.C. Lum.  We just took a break so some of the

11:27:33  23   counsel could do a conference call with the judge.

11:27:42  24         David, Mike, John, everybody's here?

:27:42  25         (Various speakers assent.)

11:27:56  1       Q.    We left off with talking about a document where Darla

·28:01  2    Abbatiello mentioned that it appears that her gun had been

11:28:05  3    stolen.  And I asked you, is there any one person or one of a

11:28:11  4    few people or a small group of people that you personally

11:28:16  5    suspect of having removed plaintiff's gun from her file cabinet

11:28:21  6    in Vice?

11:28:22  7       A.    Due to a current investigation that is being conducted

11:28:22  8    by the State of Hawaii, I hereby decline to answer that question

11:28:22  9    and assert my Fifth Amendment Privilege Against

11:28:22  10    Self-Incrimination as any answer to this question could be used,

11:28:26  11    or could lead to evidence that could be used, against me.

11:28:26  12       Q.    When, if at all, did you order a criminal

11:28:29  13    investigation into the report of the missing gun?

·8:32  14       A.    Due to a current investigation that is being conducted

11:28:32  15    by the State of Hawaii, I hereby decline to answer that question

11:28:32  16    and assert my Fifth Amendment Privilege Against

11:28:32  17    Self-Incrimination as any answer to this question could be used,

11:28:33  18    or could lead to evidence that could be used, against me.

11:28:33  19       Q.    When, if at all, did you order an administrative

11:28:37  20    investigation into the report of the missing gun?

11:28:39  21       A.    Due to a current investigation that is being conducted

11:28:39  22    by the State of Hawaii, I hereby decline to answer that question

11:28:39  23    and assert my Fifth Amendment Privilege Against

11:28:39  24    Self-Incrimination as any answer to this question could be used,

11·28:44  25    or could lead to evidence that could be used, against me.

11:28:44   1          Q.     When you were acting -- strike that.  In April 2004,

28:57      2    did you become aware of a report that Darla Abbatiello had found

11:29:01   3    her name written in a dictionary with arrows pointing to the

11:29:06   4    word "death"?

11:29:07   5          A.     Due to a current investigation that is being conducted

11:29:07   6    by the State of Hawaii, I hereby decline to answer that question

11:29:07   7    and assert my Fifth Amendment Privilege Against

11:29:07   8    Self-Incrimination as any answer to this question could be used,

11:29:15   9    or could lead to evidence that could be used, against me.

11:29:15  10          Q.     I'm going to refer to this incident with the word

11:29:19  11    "death" being written in the dictionary.  I'm just going to

11:29:22  12    refer to that now colloquially as the death threat.  Was that

11:29:27  13    death threat reported to Lt. Asher on or about April 19, 2004?

29:34     14                 MR. TANAKA:  Objection.  Lacks foundation.

11:29:37  15          Q.     I'll strike that.  To your knowledge, was the what I'm

11:29:41  16    calling the death threat reported to Lt. Asher on or about

11:29:45  17    April 19, 2004?

11:29:47  18                 MR. TANAKA:  Same objection.

11:29:48  19          A.     Due to a current investigation that is being conducted

11:29:48  20    by the State of Hawaii, I hereby decline to answer that question

11:29:48  21    and assert my Fifth Amendment Privilege Against

11:29:48  22    Self-Incrimination as any answer to this question could be used,

11:29:53  23    or could lead to evidence that could be used, against me.

11:29:53  24          Q.     Was reporting the death threat and asking for it to be

29:59     25    investigated in a letter to Lt. Asher, was that a proper use of

11:30:04  1    the chain of command by Ofr. Abbatiello?

30:07  2    MR. TANAKA:  Same objection.

11:30:09  3    A.  Due to a current investigation that is being conducted

11:30:09  4    by the State of Hawaii, I hereby decline to answer that question

11:30:09  5    and assert my Fifth Amendment Privilege Against

11:30:09  6    Self-Incrimination as any answer to this question could be used,

11:30:10  7    or could lead to evidence that could be used, against me.

11:30:10  8    Q.  If not, why not?

11:30:12  9    A.  Due to a current investigation that is being conducted

11:30:12  10   by the State of Hawaii, I hereby decline to answer that question

11:30:12  11   and assert my Fifth Amendment Privilege Against

11:30:12  12   Self-Incrimination as any answer to this question could be used,

11:30:14  13   or could lead to evidence that could be used, against me.

30:14  14   Q.  Did Lt. Asher report the death threat to you?

11:30:20  15   A.  Due to a current investigation that is being conducted

11:30:20  16   by the State of Hawaii, I hereby decline to answer that question

11:30:20  17   and assert my Fifth Amendment Privilege Against

11:30:20  18   Self-Incrimination as any answer to this question could be used,

11:30:22  19   or could lead to evidence that could be used, against me.

11:30:22  20   Q.  To your knowledge, did Lt. Asher report the death

11:30:25  21   threat to Wilfred Ihu?

11:30:28  22   A.  Due to a current investigation that is being conducted

11:30:28  23   by the State of Hawaii, I hereby decline to answer that question

11:30:28  24   and assert my Fifth Amendment Privilege Against

30:28  25   Self-Incrimination as any answer to this question could be used,

11:30:31  1    or could lead to evidence that could be used, against me.

30:31  2         Q.   If Lt. Asher, if Roy Asher did not report the death

11:30:36  3    threat to you -- strike that.  Do you know if you reported the

11:30:44  4    death threat to Mr. Ihu?

11:30:49  5         A.   Due to a current investigation that is being conducted

11:30:49  6    by the State of Hawaii, I hereby decline to answer that question

11:30:49  7    and assert my Fifth Amendment Privilege Against

11:30:49  8    Self-Incrimination as any answer to this question could be used,

11:30:53  9    or could lead to evidence that could be used, against me.

11:30:53  10        Q.   I want to change gears for a minute.  This is intended

11:30:56  11   to shorten this deposition dramatically.  What I'd like to do

11:31:00  12   now is go through a list of names of people, and specifically

11:31:07  13   I'm going to ask the same question with regard to each name, and

31:11  14      I'm going to ask you if you're willing to answer any questions

11:31:16  15   today about any communication, conferences, correspondence you

16   had with these people.  And you can just certainly tell me if

17   you're going to assert the privilege.

18        So have you had any conversations or correspondence of

19   any kind related to this case with Gordon Isoda?

20        A.   Due to a current investigation that is being conducted

21   by the State of Hawaii, I hereby decline to answer that question

22   and assert my Fifth Amendment Privilege Against

23   Self-Incrimination as any answer to this question could be used,

24   or could lead to evidence that could be used, against me.

25        Q.   Have you had any conversations or communications of

1    any kind related to this case with Willie Ihu?

2         A.    Due to a current investigation that is being conducted

3    by the State of Hawaii, I hereby decline to answer that question

4    and assert my Fifth Amendment Privilege Against

5    Self-Incrimination as any answer to this question could be used,

6    or could lead to evidence that could be used, against me.

7         Q.    Had you had any conversations or communications of any

8    kind related to this case with Dean Pigao?

9         A.    Due to a current investigation that is being conducted

10   by the State of Hawaii, I hereby decline to answer that question

11   and assert my Fifth Amendment Privilege Against

12   Self-Incrimination as any answer to this question could be used,

13   or could lead to evidence that could be used, against me.

14        Q.    Have you had any communications or correspondence or

15   conversations about this case with Regina Ventura?

16        A.    Due to a current investigation that is being conducted

17   by the State of Hawaii, I hereby decline to answer that question

18   and assert my Fifth Amendment Privilege Against

19   Self-Incrimination as any answer to this question could be used,

20   or could lead to evidence that could be used, against me.

21        MR. MINKIN:   Hold on a second; this is Minkin.   Going

22   back to the questions regarding Isoda, Ihu, Pigao, I would

23   assume, because I represented former Chief Lum and these three

24   gentlemen at the same time, you're excluding any attorney-client

25   privilege communication; is that correct?

1          MR. HEMPEY:  I'm not asking for attorney-client

2    communications.

3          MR. MINKIN:  Thank you.

4          MR. HEMPEY:  Thank you, Dave.

5      Q.   (By Mr. Hempey)  Same question with respect to Larry

6    Stem.

7      A.   Due to a current investigation that is being conducted

8    by the State of Hawaii, I hereby decline to answer that question

9    and assert my Fifth Amendment Privilege Against

10   Self-Incrimination as any answer to this question could be used,

11   or could lead to evidence that could be used, against me.

12     Q.   Same question with respect to Marilyn Prem.

13     A.   Due to a current investigation that is being conducted

14   by the State of Hawaii, I hereby decline to answer that question

15   and assert my Fifth Amendment Privilege Against

16   Self-Incrimination as any answer to this question could be used,

17   or could lead to evidence that could be used, against me.

18          UNIDENTIFIED SPEAKER ON PHONE:  Spell the last name,

19   please.

20          MR. HEMPEY:  P-r-e-m.

21     Q.   Same question with regard to Sunday Namuo, and I

22   believe the last name is spelled N-a-u-m-o.

23     A.   Due to a current investigation that is being conducted

24   by the State of Hawaii, I hereby decline to answer that question

25   and assert my Fifth Amendment Privilege Against

1    Self-Incrimination as any answer to this question could be used,

2    or could lead to evidence that could be used, against me.

3        Q.    Have you had any conversations or communications,

4    letters, or correspondence in this case that are not

5    attorney-client privilege with Irvil Kapua?

6        A.    Due to a current investigation that is being conducted

7    by the State of Hawaii, I hereby decline to answer that question

8    and assert my Fifth Amendment Privilege Against

9    Self-Incrimination as any answer to this question could be used,

10    or could lead to evidence that could be used, against me.

11        Q.    Same question as to Clay Arinaga.

12        A.    Due to a current investigation that is being conducted

13    by the State of Hawaii, I hereby decline to answer that question

14    and assert my Fifth Amendment Privilege Against

15    Self-Incrimination as any answer to this question could be used,

16    or could lead to evidence that could be used, against me.

17        Q.    Same question as to Roy Asher.

18        A.    Due to a current investigation that is being conducted

19    by the State of Hawaii, I hereby decline to answer that question

20    and assert my Fifth Amendment Privilege Against

21    Self-Incrimination as any answer to this question could be used,

22    or could lead to evidence that could be used, against me.

23        Q.    Same question as to Ale Quibilan.

24        A.    Due to a current investigation that is being conducted

25    by the State of Hawaii, I hereby decline to answer that question

1    and assert my Fifth Amendment Privilege Against

2    Self-Incrimination as any answer to this question could be used,

3    or could lead to evidence that could be used, against me.

4         Q.    Same question as to Darren Rose.

5         A.    Due to a current investigation that is being conducted

6    by the State of Hawaii, I hereby decline to answer that question

7    and assert my Fifth Amendment Privilege Against

8    Self-Incrimination as any answer to this question could be used,

9    or could lead to evidence that could be used, against me.

10        Q.    Same question as to Jeff Callejo.

11        A.    Due to a current investigation that is being conducted

12   by the State of Hawaii, I hereby decline to answer that question

13   and assert my Fifth Amendment Privilege Against

14   Self-Incrimination as any answer to this question could be used,

15   or could lead to evidence that could be used, against me.

16        Q.    Same question as to Dan Abedilla.

17        A.    Due to a current investigation that is being conducted

18   by the State of Hawaii, I hereby decline to answer that question

19   and assert my Fifth Amendment Privilege Against

20   Self-Incrimination as any answer to this question could be used,

21   or could lead to evidence that could be used, against me.

22        Q.    Same question as to Fred De Busca.

23        A.    Due to a current investigation that is being conducted

24   by the State of Hawaii, I hereby decline to answer that question

25   and assert my Fifth Amendment Privilege Against

1     Self-Incrimination as any answer to this question could be used,

2     or could lead to evidence that could be used, against me.

3         Q.    Same question as to Richard Minatoya.

4         A.    Due to a current investigation that is being conducted

5     by the State of Hawaii, I hereby decline to answer that question

6     and assert my Fifth Amendment Privilege Against

7     Self-Incrimination as any answer to this question could be used,

8     or could lead to evidence that could be used, against me.

9         Q.    Same question as to Steph Kaui.

10        A.    Due to a current investigation that is being conducted

11    by the State of Hawaii, I hereby decline to answer that question

12    and assert my Fifth Amendment Privilege Against

13    Self-Incrimination as any answer to this question could be used,

14    or could lead to evidence that could be used, against me.

15        Q.    Same question as Wes Kaui.

16        A.    Due to a current investigation that is being conducted

17    by the State of Hawaii, I hereby decline to answer that question

18    and assert my Fifth Amendment Privilege Against

19    Self-Incrimination as any answer to this question could be used,

20    or could lead to evidence that could be used, against me.

21        Q.    Same question as to Gerald Kim.

22        A.    Due to a current investigation that is being conducted

23    by the State of Hawaii, I hereby decline to answer that question

24    and assert my Fifth Amendment Privilege Against

25    Self-Incrimination as any answer to this question could be used,

1    or could lead to evidence that could be used, against me.

2        Q.    Same question as to Carl Oliver.

3        A.    Due to a current investigation that is being conducted

4    by the State of Hawaii, I hereby decline to answer that question

5    and assert my Fifth Amendment Privilege Against

6    Self-Incrimination as any answer to this question could be used,

7    or could lead to evidence that could be used, against me.

8        Q.    And the second to the last one, same question as to

9    Paul Kanoho.

10       A.    Due to a current investigation that is being conducted

11    by the State of Hawaii, I hereby decline to answer that question

12    and assert my Fifth Amendment Privilege Against

13    Self-Incrimination as any answer to this question could be used,

14    or could lead to evidence that could be used, against me.

15            MR. HOSHIBATA:    Dan, this is John.  Can we take a

16    one-minute break and I'd like to call you on your cell phone.

11:36:37  17            (Recess, 11:36 a.m.)

11:36:37  18       Q.    Mr. Lum, apparently I neglected to ask, I skipped a

11:36:44  19    name after the objection.  I want to ask you the same question

11:36:47  20    about correspondence and communications regarding any of the

11:36:51  21    facts alleged in this case with Wes Perreira.

11:36:55  22       A.    Due to a current investigation that is being conducted

11:36:55  23    by the State of Hawaii, I hereby decline to answer that question

11:36:55  24    and assert my Fifth Amendment Privilege Against

11:36:55  25    Self-Incrimination as any answer to this question could be used,

11:36:57　1　　or could lead to evidence that could be used, against me.

11:36:57　2　　　　　Q.　Were you aware in December 2003, that Darla Abbatiello

11:37:16　3　　had been alleging that she had been having problems with

11:37:19　4　　executing search warrants and her feeling that Irvil Kapua may

11:37:28　5　　have been interfering with that investigation?

11:37:29　6　　　　　MR. McGUIGAN:　Objection.　Vague and ambiguous.　Lacks

11:37:33　7　　foundation.

11:37:34　8　　　　　MR. TANAKA:　Join.

11:37:36　9　　　　　MS. NAKEA-TRESLER:　Join.

11:37:36　10　　　　Q.　My question is, do you have any knowledge of that?

11:37:39　11　　　　A.　Due to a current investigation that is being conducted

11:37:39　12　　by the State of Hawaii, I hereby decline to answer that question

11:37:39　13　　and assert my Fifth Amendment Privilege Against

37:39　14　　Self-Incrimination as any answer to this question could be used,

11:37:40　15　　or could lead to evidence that could be used, against me.

11:37:40　16　　　　Q.　That's 12/03.　Do you have any knowledge of whether in

11:37:47　17　　January '04, Darla Abbatiello reported that a drug suspect

11:37:55　18　　implicated Irvil Kapua in an allegation of corruption involving

11:37:58　19　　drug money?

11:38:00　20　　　　　MR. TANAKA:　What is the date, Dan, again?

11:38:03　21　　　　　MR. McGUIGAN:　Objection.　Lacks foundation.

11:38:05　22　　　　　MR. HEMPEY:　January '04 and I'm going to ask him if

11:38:06　23　　you're aware.

11:38:08　24　　　　　MR. TANAKA:　Join.

11:38:11　25　　　　　MR. McGUIGAN:　No objection.

11:38:11  1              MS. NAKEA-TRESLER:  Join.

11:38:11  2         A.   Due to a current investigation that is being conducted

11:38:11  3    by the State of Hawaii, I hereby decline to answer that question

11:38:11  4    and assert my Fifth Amendment Privilege Against

11:38:11  5    Self-Incrimination as any answer to this question could be used,

11:38:13  6    or could lead to evidence that could be used, against me.

11:38:13  7         Q.   Was it reported to you on or about January 19, 2004,

11:38:24  8    that Irvil Kapua yelled fuck you at Darla Abbatiello at lunch in

11:38:30  9    a public restaurant?

11:38:32  10             MR. McGUIGAN:  Objection.  Lacks foundation.

11:38:36  11        A.   Due to a current investigation that is being conducted

11:38:36  12   by the State of Hawaii, I hereby decline to answer that question

11:38:36  13   and assert my Fifth Amendment Privilege Against

11:38:36  14   Self-Incrimination as any answer to this question could be used,

11:38:39  15   or could lead to evidence that could be used, against me.

11:38:39  16        Q.   Are you aware if there are any, are you or were you

11:38:45  17   aware of any witnesses to Irvil Kapua yelling fuck you toward

11:38:51  18   Darla Abbatiello in a public restaurant in or around

11:38:55  19   mid-January 2004?

11:38:56  20             MR. McGUIGAN:  Objection.  Lacks foundation.

11:38:58  21        A.   Due to a current investigation that is being conducted

11:38:58  22   by the State of Hawaii, I hereby decline to answer that question

11:38:58  23   and assert my Fifth Amendment Privilege Against

11:38:58  24   Self-Incrimination as any answer to this question could be used,

11:39:02  25   or could lead to evidence that could be used, against me.

11:39:02  1        Q.    Did you ever interview or cause someone at the police

39:07  2    department to interview either Brad Pakini, P-a-k-i-n-i, his

11:39:12  3    wife, or Ale Quibilan with respect to an allegation that Irvil

11:39:19  4    Kapua yelled fuck you at Darla Abbatiello at a public

11:39:22  5    restaurant?

11:39:23  6        MR. McGUIGAN:    Objection.    Lacks foundation.

11:39:26  7        A.    Can you repeat that name again?

11:39:30  8        Q.    Brad Pakini or his wife or Ale Quibilan?

11:39:35  9        A.    Due to a current investigation that is being conducted

11:39:35  10    by the State of Hawaii, I hereby decline to answer that question

11:39:35  11    and assert my Fifth Amendment Privilege Against

11:39:35  12    Self-Incrimination as any answer to this question could be used,

11:39:39  13    or could lead to evidence that could be used, against me.

39:39  14        Q.    Was Mr. Ihu present when the report of the profanity

11:39:48  15    in the restaurant was made to you?

11:39:51  16        MR. McGUIGAN:    Objection.    Lacks foundation.

11:39:54  17        MR. MINKIN:    Join.

11:39:55  18        MS. NAKEA-TRESLER:    Join.

11:39:57  19        Q.    You can answer.

11:39:58  20        A.    Due to a current investigation that is being conducted

11:39:58  21    by the State of Hawaii, I hereby decline to answer that question

11:39:58  22    and assert my Fifth Amendment Privilege Against

11:39:58  23    Self-Incrimination as any answer to this question could be used,

11:40:03  24    or could lead to evidence that could be used, against me.

40:03  25        Q.    Also in January '04, did you learn --.    Also in

11:40:10  1   January '04, did you hear from any source that Irvil Kapua

10:14  2   called Darla Abbatiello a bitch while she was in the workplace?

11:40:20  3        MR. McGUIGAN:  Objection.  Lacks foundation.

11:40:22  4        A.   Due to a current investigation that is being conducted

11:40:22  5   by the State of Hawaii, I hereby decline to answer that question

11:40:22  6   and assert my Fifth Amendment Privilege Against

11:40:22  7   Self-Incrimination as any answer to this question could be used,

11:40:23  8   or could lead to evidence that could be used, against me.

11:40:23  9        Q.   Also on January 4, did you learn from any source or

11:40:27  10  hear from my source that Irvil Kapua referred to Darla

11:40:31  11  Abbatiello as a cunt in the workplace?

11:40:34  12       MR. McGUIGAN:  Objection.  Lacks foundation.  It's

11:40:36  13  also been asked and answered.

10:39  14       A.   Due to a current investigation that is being conducted

11:40:39  15  by the State of Hawaii, I hereby decline to answer that question

11:40:39  16  and assert my Fifth Amendment Privilege Against

11:40:39  17  Self-Incrimination as any answer to this question could be used,

11:40:42  18  or could lead to evidence that could be used, against me.

11:40:42  19       Q.   Do you have any knowledge about whether, in

11:40:48  20  March 2004, Darla Abbatiello requested a temporary transfer to

11:40:52  21  patrol in Waimea?

11:40:54  22       A.   What's the date on that again?

11:40:56  23       Q.   March '04.

11:40:59  24       MR. MINKIN:  Objection.  Lack of foundation.

41:00  25       MS. NAKEA-TRESLER:  Join.

11:41:04  1      A.    Due to a current investigation that is being conducted

11:04  2      by the State of Hawaii, I hereby decline to answer that question

11:41:04  3      and assert my Fifth Amendment Privilege Against

11:41:04  4      Self-Incrimination as any answer to this question could be used,

11:41:17  5      or could lead to evidence that could be used, against me.

11:41:17  6      Q.    In or around June 2004 did you receive any information

11:41:25  7      or did anyone tell you that Irvil Kapua had been seen punching

11:41:30  8      walls at the police department?

11:41:34  9            MR. MINKIN:    Objection.    Lacks foundation.

11:41:36  10     A.    Due to a current investigation that is being conducted

11:41:36  11     by the State of Hawaii, I hereby decline to answer that question

11:41:36  12     and assert my Fifth Amendment Privilege Against

11:41:36  13     Self-Incrimination as any answer to this question could be used,

41:40  14     or could lead to evidence that could be used, against me.

11:41:40  15     Q.    In approximately June 2004, did Lt. Ventura tell you

11:41:46  16     that Dean Pigao had told Darla Abbatiello to avoid Kapua and use

11:41:51  17     the back door when she wanted to go to Vice?

11:41:55  18           MR. MINKIN:    Objection.    Lacks foundation.

11:41:58  19           MS. NAKEA-TRESLER:    Join.

11:42:01  20     Q.    You can answer.

11:42:01  21     A.    Due to a current investigation that is being conducted

11:42:01  22     by the State of Hawaii, I hereby decline to answer that question

11:42:01  23     and assert my Fifth Amendment Privilege Against

11:42:01  24     Self-Incrimination as any answer to this question could be used,

42:02  25     or could lead to evidence that could be used, against me.

11:42:02  1          Q.    In approximately September -- strike that.  Could you

11:42:18  2     describe whether or not -- strike that.  From approximately June

11:42:32  3     2004 until at least January 2005, did Irvil Kapua work in Cell

11:42:42  4     Block?

11:42:43  5          A.    Due to a current investigation that is being conducted

11:42:43  6     by the State of Hawaii, I hereby decline to answer that question

11:42:43  7     and assert my Fifth Amendment Privilege Against

11:42:43  8     Self-Incrimination as any answer to this question could be used,

11:42:46  9     or could lead to evidence that could be used, against me.

11:42:46  10          Q.    In the same time frame, did Darla Abbatiello work in

11:42:50  11     Cell Block?

11:42:50  12          A.    Due to a current investigation that is being conducted

11:42:50  13     by the State of Hawaii, I hereby decline to answer that question

12:50  14     and assert my Fifth Amendment Privilege Against

11:42:50  15     Self-Incrimination as any answer to this question could be used,

11:42:55  16     or could lead to evidence that could be used, against me.

11:42:55  17          Q.    If Irvil Kapua was working in Cell Block during that

11:42:58  18     time and Darla Abbatiello arrested a suspect that had to be

11:43:02  19     booked, would she be able to book that subject within, based on

11:43:08  20     your knowledge of how things worked at the police department,

11:43:11  21     without running into Irvil Kapua?

11:43:14  22               MR. McGUIGAN:  Objection.  Vague and ambiguous.

11:43:17  23               MR. TANAKA:  Also lacks foundation.  Calls for

11:43:19  24     speculation.

11:43:20  25          A.    Due to a current investigation that is being conducted

11:43:20  1    by the State of Hawaii, I hereby decline to answer that question

13:20  2    and assert my Fifth Amendment Privilege Against

11:43:20  3    Self-Incrimination as any answer to this question could be used,

11:43:23  4    or could lead to evidence that could be used, against me.

11:43:23  5        Q.   We're getting down to the home stretch.  What, if any,

11:43:35  6    disciplinary action did you take against Irvil Kapua during your

11:43:40  7    tenure as police chief?

11:43:42  8        A.   Due to a current investigation that is being conducted

11:43:42  9    by the State of Hawaii, I hereby decline to answer that question

11:43:42  10   and assert my Fifth Amendment Privilege Against

11:43:42  11   Self-Incrimination as any answer to this question could be used,

11:43:44  12   or could lead to evidence that could be used, against me.

11:43:44  13        MR. McGUIGAN:  Objection.  Lacks foundation.

13:46  14        Q.   I'm sorry, you may answer --

11:43:48  15        A.   Due to a current investigation that is being conducted

11:43:48  16   by the State of Hawaii, I hereby decline to answer that question

11:43:48  17   and assert my Fifth Amendment Privilege Against

11:43:48  18   Self-Incrimination as any answer to this question could be used,

11:43:50  19   or could lead to evidence that could be used, against me.

11:43:50  20        Q.   Did you take any action against or toward Irvil Kapua

11:43:58  21   in response to allegations that he had either called Darla

11:44:03  22   Abbatiello a bitch in the workplace or had screamed at her in a

11:44:07  23   public restaurant or had been seen punching walls at the police

11:44:12  24   department?

44:14  25        MR. McGUIGAN:  Objection.  Lacks foundation.

11:44:16  1        A.    Due to a current investigation that is being conducted

44:16  2        by the State of Hawaii, I hereby decline to answer that question

11:44:16  3        and assert my Fifth Amendment Privilege Against

11:44:16  4        Self-Incrimination as any answer to this question could be used,

11:44:20  5        or could lead to evidence that could be used, against me.

11:44:20  6        Q.    Based on your training and experience as police chief,

11:44:23  7        would it be reasonable to conclude that a female who must come

11:44:28  8        to work after her gun had been stolen, after she had received

11:44:32  9        written death threats, and possibly to face a man who is angry

11:44:37  10       at her, directs profanity at her in the workplace and in public

11:44:42  11       restaurants, and punches walls, would it be reasonable to

11:44:45  12       conclude that she might be experiencing fear every day that she

11:44:48  13       comes to work?

44:51  14             MR. McGUIGAN:  Objection.  Lacks foundation.  Calls --

11:44:52  15             MR. MINKIN:  -- vague and ambiguous.  Calls for

11:44:53  16       speculation, and calls for a legal conclusion.

11:44:56  17             MR. McGUIGAN:  Also argumentive.

11:44:58  18             MR. TANAKA:  Join, and it's also compound.

11:45:02  19             MR. MINKIN:  Join.

11:45:03  20             MS. NAKEA-TRESLER:  John.

11:45:04  21       A.    Due to a current investigation that is being conducted

11:45:04  22       by the State of Hawaii, I hereby decline to answer that question

11:45:04  23       and assert my Fifth Amendment Privilege Against

11:45:04  24       Self-Incrimination as any answer to this question could be used,

45:05  25       or could lead to evidence that could be used, against me.

11:45:05  1          Q.    Are you aware of whether or not Darla Abbatiello

15:08     2     reported the April 2005 strip search incident to the Police

11:45:14  3     Commission?

11:45:16  4          A.    Due to a current investigation that is being conducted

11:45:16  5     by the State of Hawaii, I hereby decline to answer that question

11:45:16  6     and assert my Fifth Amendment Privilege Against

11:45:16  7     Self-Incrimination as any answer to this question could be used,

11:45:17  8     or could lead to evidence that could be used, against me.

11:45:17  9          Q.    When did you become aware of that?

11:45:20 10          A.    Due to a current investigation that is being conducted

11:45:20 11     by the State of Hawaii, I hereby decline to answer that question

11:45:20 12     and assert my Fifth Amendment Privilege Against

11:45:20 13     Self-Incrimination as any answer to this question could be used,

15:24    14     or could lead to evidence that could be used, against me.

11:45:24 15          Q.    Are you aware that after the March 2005 strip search

11:45:32 16     incident, Darla Abbatiello was removed as a field training

11:45:36 17     officer?

11:45:38 18          A.    Due to a current investigation that is being conducted

11:45:38 19     by the State of Hawaii, I hereby decline to answer that question

11:45:38 20     and assert my Fifth Amendment Privilege Against

11:45:38 21     Self-Incrimination as any answer to this question could be used,

11:45:40 22     or could lead to evidence that could be used, against me.

11:45:40 23          Q.    Do you know why Darla Abbatiello was removed as a

11:45:42 24     field training officer?

45:45    25               MR. TANAKA:  Objection.  Lacks foundation.  Calls for

11:45:48 1    speculation.

11:45:49 2        Q.   If you know.

11:45:50 3        A.   Due to a current investigation that is being conducted

11:45:50 4    by the State of Hawaii, I hereby decline to answer that question

11:45:50 5    and assert my Fifth Amendment Privilege Against

11:45:50 6    Self-Incrimination as any answer to this question could be used,

11:45:54 7    or could lead to evidence that could be used, against me.

11:45:54 8        Q.   Isn't it true that Darla Abbatiello was removed as a

11:45:57 9    field training officer in retaliation for her various reports

11:46:05 10    related to the April strip search incident?

11:46:08 11        MR. TANAKA:   Same objections and it's argumentative.

11:46:11 12        A.   Due to a current investigation that is being conducted

11:46:11 13    by the State of Hawaii, I hereby decline to answer that question

11:46:11 14    and assert my Fifth Amendment Privilege Against

11:46:11 15    Self-Incrimination as any answer to this question could be used,

11:46:15 16    or could lead to evidence that could be used, against me.

11:46:15 17        Q.   At any time during your tenure as either assistant

11:46:19 18    chief, acting chief, or chief of police, were you aware of any

11:46:25 19    kind of a court order restraining Irvil Kapua's conduct as it

11:46:30 20    related to Darla Abbatiello?

11:46:34 21        MR. McGUIGAN:   Objection.   Lacks foundation.

11:46:36 22        A.   Due to a current investigation that is being conducted

11:46:36 23    by the State of Hawaii, I hereby decline to answer that question

11:46:36 24    and assert my Fifth Amendment Privilege Against

11:46:36 25    Self-Incrimination as any answer to this question could be used,

11:46:39    1    or could lead to evidence that could be used, against me.

46:39    2         Q.    What, if any, conditions were imposed by the Kaua`i

11:46:46    3    Police Department on Irvil Kapua because of the fact that there

11:46:49    4    was a court order restraining or governing his conduct toward

11:46:54    5    Darla Abbatiello?

11:46:56    6         MR. McGUIGAN:  Objection.  Lacks foundation.

11:46:59    7         A.    Due to a current investigation that is being conducted

11:46:59    8    by the State of Hawaii, I hereby decline to answer that question

11:46:59    9    and assert my Fifth Amendment Privilege Against

11:46:59    10   Self-Incrimination as any answer to this question could be used,

11:47:01    11   or could lead to evidence that could be used, against me.

11:47:01    12        Q.    Was Irvil Kapua prohibited at any time during your

11:47:07    13   tenure as either chief or assistant chief from taking his gun

17:11       14   home from work?

11:47:13    15        A.    Due to a current investigation that is being conducted

11:47:13    16   by the State of Hawaii, I hereby decline to answer that question

11:47:13    17   and assert my Fifth Amendment Privilege Against

11:47:13    18   Self-Incrimination as any answer to this question could be used,

11:47:15    19   or could lead to evidence that could be used, against me.

11:47:15    20        Q.    If so, why was he prohibited from taking his gun home?

11:47:24    21        A.    Due to a current investigation that is being conducted

11:47:24    22   by the State of Hawaii, I hereby decline to answer that question

11:47:24    23   and assert my Fifth Amendment Privilege Against

11:47:24    24   Self-Incrimination as any answer to this question could be used,

11:47:26    25   or could lead to evidence that could be used, against me.

11:47:26　1　　　　Q.　Was there any prohibition against taking a gun home

·47:31　2　from work at the police department imposed against Irvil Kapua's

11:47:35　3　wife?  If you know?

11:47:38　4　　　　A.　Due to a current investigation that is being conducted

11:47:38　5　by the State of Hawaii, I hereby decline to answer that question

11:47:38　6　and assert my Fifth Amendment Privilege Against

11:47:38　7　Self-Incrimination as any answer to this question could be used,

11:47:45　8　or could lead to evidence that could be used, against me.

11:47:45　9　　　　Q.　Can you tell what was, are you aware of whether or not

11:47:50　10　Det. Perreira and Mike Gordon interviewed Darla Abbatiello on or

11:47:55　11　about October 25, 2004?

11:47:59　12　　　　A.　Due to a current investigation that is being conducted

11:47:59　13　by the State of Hawaii, I hereby decline to answer that question

·7:59　14　and assert my Fifth Amendment Privilege Against

11:47:59　15　Self-Incrimination as any answer to this question could be used,

11:48:03　16　or could lead to evidence that could be used, against me.

11:48:03　17　　　　Q.　Did either Det. Perreira or Mike Gordon report back to

11:48:13　18　you, either orally or in writing, the results of anything about

11:48:17　19　an interview they conducted with Darla Abbatiello on or about

11:48:21　20　October 25, 2004?

11:48:23　21　　　　A.　Due to a current investigation that is being conducted

11:48:23　22　by the State of Hawaii, I hereby decline to answer that question

11:48:23　23　and assert my Fifth Amendment Privilege Against

11:48:23　24　Self-Incrimination as any answer to this question could be used,

··48:28　25　or could lead to evidence that could be used, against me.

11:48:28  1        Q.   Isn't it true that October 25, 2004 was the first time

48:33  2     that anyone at the Kaua`i Police Department, to your knowledge,

11:48:37  3     interviewed Darla Abbatiello about her missing gun?

11:48:42  4             MR. MINKIN:   Objection.   Lack of foundation.   Calls

11:48:43  5     for speculation.

11:48:45  6             MR. TANAKA:   Join.

11:48:46  7             MS. NAKEA-TRESLER:   Join.

11:48:48  8        A.   Due to a current investigation that is being conducted

11:48:48  9     by the State of Hawaii, I hereby decline to answer that question

11:48:48  10    and assert my Fifth Amendment Privilege Against

11:48:48  11    Self-Incrimination as any answer to this question could be used,

11:48:50  12    or could lead to evidence that could be used, against me.

11:48:50  13            MR. HEMPEY:   I don't have any further questions.   What

48:57  14     I propose we do is if you all would give me one minute to talk

11:49:00  15    to John Hoshibata back on the cell phone again.   John, why don't

11:49:04  16    you give me a call, but I think we're gonna wrap this up in the

11:49:07  17    next two to three minutes.

11:49:15  18            (Recess taken, 11:49 a.m. to 11:51 a.m.)

11:51:57  19            MR. HEMPEY:   It's Dan Hempey here and we're back on

11:52:01  20    the record and it's 10 minutes till 12:00 on October 12,

11:52:05  21    finishing up the deposition of K.C. Lum.

11:52:08  22       Q.   Mr. Lum, I just want to confirm.   Is it your position

11:52:13  23    today that you would be invoking the Fifth Amendment protection

11:52:20  24    privilege against self-incrimination with respect to any

52:23  25     question I ask you related to the Kaua`i Police Department?

11:52:29  1          MR. TANAKA:  Just for the record, Dan, as was

52:32  2      indicated earlier in today's deposition by Mr. Castillo, that's

11:52:36  3      correct.  Anything that he is asked about the Kaua`i Police

11:52:40  4      Department, given the state's investigation, he is gonna not

11:52:42  5      testify to.  If the investigation is completed or we've been

11:52:46  6      given word that he can testify, then we will make him available

11:52:49  7      to present testimony regarding your question.

11:52:52  8          Q.   And my final question then is in the same vein, is it

11:52:55  9      your position today that you're going to assert the Fifth

11:53:01  10     Amendment Privilege against Self-Incrimination with respect to

11:53:02  11     any questions I ask you about the case at bar, specifically I'm

11:53:06  12     talking about the case of Darla Abbatiello versus the County of

11:53:10  13     Kaua`i and various other parties?

53:13  14         MR. TANAKA:  Well, he's asserted the Fifth with regard

11:53:17  15     to whatever question you have asked about the case.  So to the

11:53:20  16     extent that you've asked the questions, you're correct.

11:53:23  17         MR. HEMPEY:  Can you think of any topics that relate

11:53:26  18     to this case that I can approach that he will answer questions

11:53:30  19     on it?

11:53:32  20         MR. TANAKA:  I don't know.

11:53:34  21         Q.   So again, my question to the witness is, is it your

11:53:39  22     position that you're gonna assert the Fifth with respect to any

11:53:42  23     questions that I ask you today, that I could ask you today about

11:53:46  24     the Darla Abbatiello case?

53:48  25         MR. TANAKA:  Well, I'm gonna respond on his behalf the

11:53:50  1    same way.  If it deals with the case and is dealing with her

53:52  2    involvement with the police department, then I guess the answer

11:53:55  3    is yes.  If you ask him questions that's not dealing with the

11:53:58  4    case about Darla or about, you know, whatever, then that may be

11:54:01  5    a question that you have to ask.

11:54:03  6                MR. HEMPEY:  So where the state of the record is, is

11:54:06  7    that if they explain any question I might, ask touches upon the

11:54:10  8    police department, you're asserting the Fifth?

11:54:13  9                MR. TANAKA:  He's asserting the Fifth.

11:54:15  10               MR. HEMPEY:  He's asserting the Fifth.

11:54:15  11               MR. TANAKA:  Yeah.

11:54:16  12    Q.    (By Mr. Hempey)  Is that right, Mr. Lum?

11:54:16  13    A.    That's correct.

54:18  14               MR. TANAKA:  I have no further questions.

15               (Discussion off the record and the deposition

16    concluded at 11:54 a.m.)

17

18

19

20

21

22

23

24

25

RALPH ROSENBERG COURT REPORTERS, INC.
Honolulu, Hawaii (808) 524-2090

1    I, K.C. LUM, hereby certify that I have read the

2 foregoing typewritten pages 1 through 69, inclusive, and

3 corrections, if any, were noted by me, and the same is now a

4 true and correct copy of my testimony.

5    Dated at, _____, Hawai`i, this _____ day of

6 _____, 2006.

7

8             _____

9               K.C. LUM

10

11 Signed before me this _____ day

12 of _____, 2006.

13

14 _____

15 Witness to Deponent's Signature

16

17

18 CIVIL NO. CV04 00562 SOM BMK, <u>DARLA ABBATIELLO v. COUNTY OF</u>

19 <u>KAUAI; KAUAI POLICE DEPARTMENT</u>, taken on October 12, 2006, by

20 Joy C. Tahara, RPR, CSR

21

22

23

24

25

OCT 2 3 2006

1                    C E R T I F I C A T E

2

3    STATE OF HAWAI`I                    )

4                                        ) ss.

5    CITY AND COUNTY OF HONOLULU         )

6              I, JOY C. TAHARA, RPR, CSR 408, Notary Public, State

7    of Hawai`i, hereby certify:

8              That on Thursday, October 12, 2006, at 10:17 a.m.,

9    before me appeared K.C. LUM, the witness whose deposition is

10   contained herein; and that prior to being examined was duly

11   sworn;

12             That I am neither counsel for any of the parties

13   herein nor interested in any way in the outcome of this action;

14             That the deposition herein was by me taken down in

15   machine shorthand and thereafter reduced to print via

16   computer-aided transcription; that the foregoing represents, to

17   the best of my ability, a complete and accurate transcript of

18   the testimony of said witness.

19             DATED:  Honolulu, Hawai`i, ___October 22, 2006_.

20

21                          _____

22                          Notary Public, State of Hawai`i

23                          My commission expires: 10/11/10

24

25


                RALPH ROSENBERG COURT REPORTERS, INC.
                  Honolulu, Hawaii (808) 524-2090