LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY          7535
3175 Elua Street, Suite C
Lihue, Hawaii 96766
Telephone No. (808) 632-0000
Facsimile No. (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER              4750
JOHN HOSHIBATA                   3141
JEANNETTE HOLMES CASTAGNETTI     7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 524-5644
Facsimile No. (808)599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04 00562 SOM BMK |
| | ) | |
| Plaintiff, | ) | PLAINTIFF'S EX PARTE MOTION |
| | ) | FOR AN ORDER TO SHORTEN |
| vs. | ) | TIME FOR HEARING ON |
| | ) | PLAINTIFF'S MOTION TO |
| COUNTY OF KAUAI, KAUAI | ) | PRECLUDE ORAL DEPOSITION OF |
| POLICE DEPARTMENT, K.C. LUM, | ) | DEFENDANT K.C. LUM; |
| WILFRED M. IHU, GORDON | ) | DECLARATION OF JOHN |
| ISODA, DEAN PIGAO, IRVIL | ) | HOSHIBATA; CERTIFICATE OF |
| KAPUA, | ) | SERVICE |

|  | ) Date: |
| Defendants. | ) Time: |
|  | ) Judge: Honorable Susan Oki Mollway |
|  | ) |
| _____ | ) Trial Date: May 8, 2007 |

## PLAINTIFF'S EX PARTE MOTION FOR AN ORDER TO SHORTEN TIME FOR HEARING ON PLAINTIFF'S MOTION TO PRECLUDE ORAL DEPOSITION OF DEFENDANT K.C. LUM

Plaintiff DARLA ABBATIELLO, by and through her attorneys

BRONSTER CRABTREE & HOSHIBATA and the Law Office of DANIEL

HEMPEY, moves this Court *ex parte* for an order to shorten time for hearing on

Plaintiff's Motion to Preclude Oral Deposition of Defendant  K.C. Lum.

Plaintiff's Motion to Preclude Oral Deposition of Defendant  K.C. Lum is

submitted concurrently for the Court's consideration with this Ex Parte Motion for

an Order to Shorten Time on Hearing.

This ex parte motion is brought pursuant to Rule 7.2(b) of Local Rules of

Practice for the United States District Court for the District of Hawaii, and is based

on the Declaration of John Hoshibata, and the records and files of this case.

DATED:  Honolulu, Hawaii, February 7, 2007.

        /s/ John Hoshibata _____
        DANIEL G. HEMPEY
        MARGERY S. BRONSTER
        JOHN T. HOSHIBATA
        JEANNETTE HOLMES CASTAGNETTI
        Attorneys for Plaintiff
        DARLA ABBATIELLO