IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
| Plaintiff, | ) DECLARATION OF JOHN |
| vs. | ) HOSHIBATA |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) |
| Defendants. | ) |

## **DECLARATION OF JOHN HOSHIBATA**

1. I am an attorney with the law firm of Bronster Crabtree & Hoshibata and am one of the attorneys representing Plaintiff Darla Abbatiello. I submit this declaration based on personal knowledge of the facts and circumstances declared herein. I am competent to make this declaration.

2. Defendant County and KPD's counsel has noticed the oral deposition of defendant K.C. Lum for February 15, 2007. Today is February 7, 2007.

3. Plaintiff Abbatiello's motion to preclude the oral deposition of Lum as noticed, which I am filing today, February 7, must be heard prior to the unilaterally-scheduled deposition date of February 15, 2007.

4. The February 15, 2007 deposition date does not allow sufficient time for Plaintiff Abbatiello to object and seek relief in the time set forth by the Local Rules.

5. Therefore, an order from this Court shortening time for hearing on Plaintiff Abbatiello's motion is necessary, substantially prior to February 15, 2007.

I declare under penalty of perjury that the foregoing statements are true and correct.

DATED: Honolulu, Hawaii, February 7, 2007.

    /s/ John Hoshibata
DANIEL G. HEMPEY
MARGERY S. BRONSTER
JOHN T. HOSHIBATA
JEANNETTE HOLMES CASTAGNETTI
Attorneys for Plaintiff
DARLA ABBATIELLO