IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | CIVIL NO. CV04 00562 SOM BMK |
| Plaintiff, | DECLARATION OF CARY T. TANAKA |
| vs. | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA, | |
| Defendants. | |

DECLARATION OF CARY T. TANAKA

I, CARY T. TANAKA, hereby declare as follows:

1.  I am one of the counsel for Defendant K.C. Lum ("Defendant Lum") in the above-entitled matter and have personal knowledge as to the matters set forth below.

2.  It appears Plaintiff's Opposition to Defendant K.C. Lum's Motion for Summary Judgment relies on documents not previously produced to Defendant Lum's counsel, however are responsive to the Defendants' discovery requests. Specifically, Defendant Lum objects to Plaintiff's use of exhibits 3, 7, 8, 9, 15, 16, 17, 18, 20, and 21 attached to Plaintiff's Response to Defendant K.C. Lum's Separate and Concise Statement of Facts in Support of his motion for Summary Judgment, filed on February 2, 2007 as they have not been produced to Defendant Lum's counsel.

  3. Attached as Exhibit "H" is a true and correct copy of excerpts of the deposition of Wilfred Ihu, taken on October 14, 2006.

  4. Attached hereto as Exhibit "I" is a true and correct copy of excerpts of the deposition of Dean Pigao, taken October 13, 2006.

  I, CARY T. TANAKA, do declare under penalty of law that the foregoing is true and correct.

  DATED: Honolulu, Hawaii, February 8, 2007.

            /s/ Cary T. Tanaka
            CARY T. TANAKA