Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                        STATE OF HAWAII
 3
 4   DARLA ABBATIELLO,              ) CIVIL NO. CV04 00562 SOM BMK
 5              Plaintiff,           )
 6         vs.                       )
 7   COUNTY OF KAUAI; KAUAI POLICE   )
 8   DEPARTMENT; K.C. LUM,           )
 9   WILFRED M. IHU; GORDON ISODA;   ) Trial Date:   May 8, 2007
10   DEAN PIGAO; IRVIL KAPUA,        ) Time:         9:00 a.m.
11              Defendants.          ) Trial Judge:  Susan O.
12                                   )               Mollway
13
14                   DEPOSITION OF WILFRED IHU
15   Taken on behalf of PLAINTIFF DARLA ABBATIELLO, at the offices of
16   Ralph Rosenberg Court Reporters, Inc., Lihu`e Plantation Bldg.,
17   2970 Kele Street, Ste. 207, Lihu`e, Hawai`i 96766, commencing at
18   9:31 a.m., on Saturday, October 14, 2006, pursuant to second
19   amended notice.
20
21   BEFORE:  JOY C. TAHARA, RPR, CSR 408
22           Notary Public, State of Hawai`i
23
24
25
```

# EXHIBIT H

```
 1                    A P P E A R A N C E S

 2

 3     FOR PLAINTIFF                DANIEL G. HEMPEY, ESQ.
       DARLA ABBATIELLO:            Law Office of Daniel G.
 4                                  Hempey
                                    3175 Elua Street
 5                                  Lihu`e, Hawai`i 96766
                                    Tel. (808) 823-0000
 6                                  Fax. (808) 632-2332
                                    hemplaw@hawaii.rr.com
 7
                                    JOHN HOSHIBATA, ESQ.
 8                                  Bronster Crabtree & Hoshibata
                                    2300 Pauahi Tower
 9                                  1001 Bishop Street
                                    Honolulu, Hawai`i 96813
10                                  Tel. (808) 524-5644
                                    Fax. (808) 599-1881
11                                  jhoshibata@bchlaw.net

12     FOR DEFENDANTS COUNTY OF     CHRISTIANE L. NAKEA-TRESLER,
       KAUAI; KAUAI POLICE          ESQ.
13     DEPARTMENT:                  Office of the County Attorney
                                    4444 Rice Street
14                                  Suite 220
                                    Lihu`e, Hawai`i 96766
15                                  cntresler@kauai.gov

16     FOR DEFENDANT AND THIRD-PARTY   CARY T. TANAKA, ESQ.
       PLAINTIFF K.C. LUM:             Law Offices of Cary Tanaka
17                                     Fort Street Tower, Suite 510
                                       745 Fort Street
18                                     Honolulu, Hawai`i 96813
                                       carytanaka@aol.com
19
       FOR DEFENDANTS WILFRED M.    DAVID J. MINKIN, ESQ.
20     IHU, GORDON ISODA, and DEAN  McCorriston Miller Mukai
       PIGAO:                       MacKinnon LLP
21                                  Five Waterfront Plaza,
                                    4th Floor
22                                  500 Ala Moana Blvd.
                                    Honolulu, Hawai`i 96813
23                                  minkin@m4law.com

24

25
```

```
 1                    A P P E A R A N C E S
                           (Continued)
 2

 3
       FOR DEFENDANT IRVIL KAPUA:      MICHAEL J. McGUIGAN, ESQ.
 4                                     Reinwald O'Connor & Playdon
                                       LLP
 5                                     Pacific Guardian Tower, Makai
                                       Tower
 6                                     733 Bishop Street, Suite 2400
                                       Honolulu Hawai`i 96813
 7                                     Mjm@roplaw.com

 8     NOTE:  All individuals present on Kaua`i -- EXCEPT for the
       following, who were present via land line:  John Hoshibata, Cary
 9     Tanaka, and Michael McGuigan

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        I N D E X

 2   EXAMINATION                                              PAGE

 3        MR. HEMPEY                                             5

 4

 5                        E X H I B I T S
     NO.     DESCRIPTION                                      PAGE
 6
     1    Memo, to Quibilan, from Abbatiello,                    5
 7        DA00119, DA00120

 8   2    Memo, 2/9/04, to Asher, from Ihu, County               5
          of Kaua`i 001302
 9
     3    Memo, to Ihu, from Abbatiello, DA00126                 5
10
     4    Memo, to Kaui, from Abbatiello,                        5
11        DA00121-DA00125

12   5    Memo, 4/2/04, to Abbatiello, from Ihu,                 5
          DA00127
13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
10:27:12   1    letter, Kapua issues aside, that she enjoyed working in Vice?
  :27:18   2         A.   Yes.
10:27:18   3         Q.   Were you close with Darla during your employment,
10:27:24   4    during the police department, at any time?
10:27:26   5         A.   I would say yes.
10:27:30   6         Q.   Did you ever have any kind of a falling out with her?
10:27:34   7         A.   No.
10:27:36   8         Q.   After you received this memo marked Plaintiff's
10:27:48   9    Exhibit 3, did you talk with Darla?
10:27:52  10         A.   I think we did have a conversation.  Yes.
10:27:56  11         Q.   You remember where that conversation took place?
10:28:00  12         A.   I'm thinking it was outside the police building around
10:28:02  13    the stairwell somewheres, where she and I spoke about this.
  :28:06  14         Q.   To the best that you can remember, will you relay the
10:28:12  15    content of that conversation to us.
10:28:16  16         A.   It's basically what she said in her memo; she wanted
10:28:22  17    to transfer back to Patrol because she was afraid of Irvil
10:28:32  18    Kapua.
10:28:32  19         Q.   What was her demeanor during that conversation?
10:28:36  20         A.   I didn't notice anything other than ordinary.
10:28:42  21         Q.   Did you believe her that she was afraid of Kapua?
10:28:56  22         A.   I don't know how to answer that.  The fact that she
10:29:04  23    put in a memo saying that she couldn't work under hostile
10:29:08  24    conditions and close to Irvil Kapua, I would say yes.
10:29:16  25         Q.   Did she provide you with any new information during
```

```
10:29:22  1   this meeting after you received Plaintiff's Exhibit 3?  Did she
10:29:32  2   give you any, you know, additional facts about Kapua's, you
10:29:36  3   know, conduct towards her that you didn't have before at that
10:29:40  4   meeting?
10:29:40  5        A.  No, she did not.
10:29:46  6        Q.  Was anyone else present during this conversation?
10:29:48  7        A.  No, sir.
10:29:50  8        Q.  Did you try to talk her out of leaving Vice?
10:29:56  9        A.  No, I did not.
10:30:02 10        Q.  How long did this conversation last approximately?
10:30:04 11        A.  A couple of minutes.
10:30:08 12        Q.  Did you tell her whether, did you give her any
10:30:14 13   indication whether you were going to grant or deny her request
10:30:20 14   to be transferred to Patrol Services?
10:30:24 15        A.  Yes, I did.
10:30:26 16        Q.  What did you tell her?
10:30:26 17        A.  That I would allow it.
10:30:30 18        Q.  Was the issue of pay discussed?
10:30:32 19        A.  No.
10:30:38 20        Q.  Prior to her transfer to Patrol from Vice sometime in
10:30:46 21   the spring of '04, was the issue of pay, Darla Abbatiello's pay,
10:30:54 22   discussed ever?  Did you and Darla Abbatiello ever discuss the
10:30:58 23   issue of her pay?
10:30:58 24        A.  No, sir.
10:31:00 25        Q.  Did you send or are you aware whether she was ever
```

```
 1          I, WILFRED IHU, hereby certify that I have read the
 2   foregoing typewritten pages 1 through 63, inclusive, and
 3   corrections, if any, were noted by me, and the same is now a
 4   true and correct copy of my testimony.
 5          Dated at, _____, Hawai`i, this ____ day of
 6   _____, 2006.
 7
 8                                      _____
 9                                         WILFRED IHU
10
11   Signed before me this _____ day
12   of _____, 2006.
13
14   _____
15   Witness to Deponent's Signature
16
17
18   CIVIL NO. CV04 00562 SOM BMK, DARLA ABBATIELLO v. COUNTY OF
19   KAUAI; KAUAI POLICE DEPARTMENT, taken on October 14, 2006, by
20   Joy C. Tahara, RPR, CSR
21
22
23
24
25
```

OCT 2 3 2006

```
 1                        C E R T I F I C A T E
 2
 3     STATE OF HAWAI`I              )
 4                                   ) ss.
 5     CITY AND COUNTY OF HONOLULU   )
 6            I, JOY C. TAHARA, RPR, CSR 408, Notary Public, State
 7     of Hawai`i, hereby certify:
 8            That on Saturday, October 14, 2006, at 9:31 a.m.,
 9     before me appeared WILFRED IHU, the witness whose deposition is
10     contained herein; and that prior to being examined was duly
11     sworn;
12            That I am neither counsel for any of the parties
13     herein nor interested in any way in the outcome of this action;
14            That the deposition herein was by me taken down in
15     machine shorthand and thereafter reduced to print via
16     computer-aided transcription; that the foregoing represents, to
17     the best of my ability, a complete and accurate transcript of
18     the testimony of said witness.
19            DATED:  Honolulu, Hawai`i,    October 21, 2006  .
20
21                                  _____Joy C. Tahara_____
22                                  Notary Public, State of Hawai`i
23                                  My commission expires: 10/11/10
24
25
```

RALPH ROSENBERG COURT REPORTERS, INC.
Honolulu, Hawaii (808) 524-2090