1              IN THE UNITED STATES DISTRICT COURT

2                        STATE OF HAWAII

3

4    DARLA ABBATIELLO,              ) CIVIL NO. CV04 00562 SOM BMK

5               Plaintiff,          )

6          vs.                      )

7    COUNTY OF KAUAI; KAUAI POLICE  )

8    DEPARTMENT; K.C. LUM,          )

9    WILFRED M. IHU; GORDON ISODA;  ) Trial Date:   May 8, 2007

10   DEAN PIGAO; IRVIL KAPUA,       ) Time:            9:00 a.m.

11              Defendants.         ) Trial Judge:  Susan O.

12                                  )               Mollway

13

14                  DEPOSITION OF DEAN PIGAO

15   Taken on behalf of PLAINTIFF DARLA ABBATIELLO, at the offices of

16   Ralph Rosenberg Court Reporters, Inc., Lihu`e Plantation Bldg.,

17   2970 Kele Street, Ste. 207, Lihu`e, Hawai`i 96766, commencing at

18   1:38 p.m., on Friday, October 13, 2006, pursuant to second

19   amended notice.

20

21   BEFORE:    JOY C. TAHARA, RPR, CSR 408

22              Notary Public, State of Hawai`i

23

24

25

EXHIBIT I

1                    A P P E A R A N C E S

2

3    FOR PLAINTIFF                    DANIEL G. HEMPEY, ESQ.
     DARLA ABBATIELLO:                Law Office of Daniel G.
4                                     Hempey
                                      3175 Elua Street
5                                     Lihu`e, Hawai`i 96766
                                      Tel. (808) 823-0000
6                                     Fax. (808) 632-2332
                                      hemplaw@hawaii.rr.com
7

8                                     JOHN HOSHIBATA, ESQ.
                                      Bronster Crabtree & Hoshibata
9                                     2300 Pauahi Tower
                                      1001 Bishop Street
10                                    Honolulu, Hawai`i 96813
                                      Tel. (808) 524-5644
11                                    Fax. (808) 599-1881
                                      jhoshibata@bchlaw.net

12   FOR DEFENDANTS COUNTY OF         CHRISTIANE L. NAKEA-TRESLER,
     KAUAI; KAUAI POLICE              ESQ.
13   DEPARTMENT:                      Office of the County Attorney
                                      4444 Rice Street
14                                    Suite 220
                                      Lihu`e, Hawai`i 96766
15                                    cntresler@kauai.gov

16   FOR DEFENDANT AND THIRD-PARTY    CARY T. TANAKA, ESQ.
     PLAINTIFF K.C. LUM:              Law Offices of Cary Tanaka
17                                    Fort Street Tower, Suite 510
                                      745 Fort Street
18                                    Honolulu, Hawai`i 96813
                                      carytanaka@aol.com
19

20   FOR DEFENDANTS WILFRED M.        DAVID J. MINKIN, ESQ.
     IHU, GORDON ISODA, and DEAN      McCorriston Miller Mukai
     PIGAO:                           MacKinnon LLP
21                                    Five Waterfront Plaza,
                                      4th Floor
22                                    500 Ala Moana Blvd.
                                      Honolulu, Hawai`i 96813
23                                    minkin@m4law.com

24

25

1                          A P P E A R A N C E S
2                              (Continued)

3

         FOR DEFENDANT IRVIL KAPUA:            MICHAEL J. McGUIGAN, ESQ.
4                                              Reinwald O'Connor & Playdon
                                               LLP
5                                              Pacific Guardian Tower, Makai
                                               Tower
6                                              733 Bishop Street, Suite 2400
                                               Honolulu Hawai`i 96813
7                                              Mjm@roplaw.com

8
         Also present:       MR. GORDON ISODA
9

10       NOTE:  All individuals present on Kaua`i -- EXCEPT for Michael
         McGuigan, who was present via land line.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

1                          I N D E X

2  <u>EXAMINATION</u>                                     <u>PAGE</u>

3          MR. HOSHIBATA                                5

4

5                        E X H I B I T S

<u>NO.</u>     <u>DESCRIPTION</u>                           <u>PAGE</u>
6
   1     Floor plan                              15
7
   2     Memo, 6/29/04, to Lum, from Pigao, County   46
8        of Kaua`i 000631, 000632

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

14:19:18  1        Q.    Was that a telephone conversation or a --

19:20  2        A.    No.    I called -- I knew she was working in Cell Block,

14:19:26  3   so I called on there to, you know, meet her there about it.    And

14:19:30  4   I didn't tell her what it was about; I needed to talk to her

14:19:32  5   about something.    So I walked down to Cell Block and met her in

14:19:36  6   an interview room down in the area.

14:19:38  7        Q.    Was there anybody else present at the meeting?

14:19:42  8        A.    No.

14:19:42  9        Q.    What did you tell Darla?

14:19:44  10       A.    You know, she wanted to know what this was about, and

14:19:48  11  I explained to her that Irvil was upset at what just had

14:19:52  12  happened, and he thought they were rubbing salt in the wound.

14:19:56  13  She then became, started crying and started to get upset.

20:02  14              So I said, "You know what, Darla?    He's not mad at

14:20:06  15  you.    He's mad at Regina and Wes because they should have known

14:20:10  16  as supervisors what was going on."    And we had kinda like a

14:20:12  17  conversation like that.

14:20:14  18              So then I asked her again if she was gonna be working

14:20:18  19  more with vice, and she said there's a possibility.    So I said

14:20:22  20  well, we need to come up with a solution to get you up to vice.

14:20:28  21  I brought up this possible solution on how to get up, walk up to

14:20:32  22  vice, and I asked her if that was okay, and she said yes.

14:20:36  23       Q.    Did you have that drawing?

14:20:38  24       A.    I didn't have a drawing.    I just kinda verbally

20:40  25  explained to her.

14:20:42   1          Q.   And she said it was okay with her?

:0:42      2          A.   It was okay.

14:20:44   3          Q.   Did she have any complaints that she was being treated

14:20:48   4     differently, that she was the one being forced or being asked or

14:20:54   5     forced to walk a different route in order to get to where she

14:20:58   6     wanted to go to?

14:20:58   7          A.   No.

14:21:04   8          Q.   Has Sgt. Perreira ever told you, subsequent to this,

14:21:10   9     that he had any thoughts about whether it was proper or improper

14:21:14   10    for Darla to have to walk around rather than directly in front

14:21:20   11    of Sgt. Kapua's office?

14:21:22   12              MR. MINKIN:  Asked and answered, but you can answer

14:21:24   13    again.

:21:26     14         A.   No.

14:21:30   15         Q.   Now at that time, where was Darla stationed?  What was

14:21:36   16    her assignment?

14:21:40   17         A.   I know she was in Patrol.

14:22:04   18         Q.   To your knowledge, has Lt. Ventura ever changed her

14:22:12   19    opinion that having Darla take this route was wrong?

14:22:18   20         A.   No.

14:22:22   21              MR. McGUIGAN:  Objection.  Misstates the testimony.

14:22:24   22              MR. MINKIN:  Join.

14:22:26   23              MS. NAKEA-TRESLER:  Join.

14:22:28   24         Q.   Was Ventura upset with this solution of yours?

:22:34     25         A.   I wouldn't characterize it being upset.  She just

I, DEAN PIGAO, hereby certify that I have read the foregoing typewritten pages 1 through 61, inclusive, and corrections, if any, were noted by me, and the same is now a true and correct copy of my testimony.

Dated at, _____, Hawai`i, this _____ day of _____, 2006.


_____

DEAN PIGAO


Signed before me this _____ day

of _____, 2006.


_____

Witness to Deponent's Signature


CIVIL NO. CV04 00562 SOM BMK, DARLA ABBATIELLO v. COUNTY OF KAUAI; KAUAI POLICE DEPARTMENT, taken on October 13, 2006, by Joy C. Tahara, RPR, CSR


OCT 2 3 2006

C E R T I F I C A T E

STATE OF HAWAI`I                          )

                                          ) ss.

CITY AND COUNTY OF HONOLULU               )

     I, JOY C. TAHARA, RPR, CSR 408, Notary Public, State of Hawai`i, hereby certify:

     That on Friday, October 13, 2006, at 1:38 p.m., before me appeared DEAN PIGAO, the witness whose deposition is contained herein; and that prior to being examined was duly sworn;

     That I am neither counsel for any of the parties herein nor interested in any way in the outcome of this action;

     That the deposition herein was by me taken down in machine shorthand and thereafter reduced to print via computer-aided transcription; that the foregoing represents, to the best of my ability, a complete and accurate transcript of the testimony of said witness.

     DATED:  Honolulu, Hawai`i, _October 21, 2006_ .

            _Joy C Tahara_

            Notary Public, State of Hawai`i

            My commission expires: 10/11/10

RALPH ROSENBERG COURT REPORTERS, INC.
Honolulu, Hawaii (808) 524-2090