IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04 00562 SOM BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| COUNTY OF KAUAI, KAUAI | ) | |
| POLICE DEPARTMENT, K.C. LUM, | ) | |
| WILFRED M. IHU, GORDON ISODA, | ) | |
| DEAN PIGAO, and IRVIL KAPUA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

MARGERY S. BRONSTER, ESQ.     mbronster@bchlaw.net
JOHN HOSHIBATA, ESQ.          jhoshibata@bchlaw.net
Suite 2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813

Attorneys for Plaintiff

DAVID J. MINKIN, ESQ.         minkin@m4law.com
BECKY T. CHESTNUT, ESQ.       chestnut@m4law.com
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii  96813

Attorneys for Defendants
WILFRED M. IHU, GORDON ISODA
and DEAN PIGAO

MICHAEL J. McGUIGAN, ESQ.              mjm@roplaw.com
Pacific Guardian Center, Makai Tower
733 Bishop Street, 24th Floor
Honolulu, Hawaii  96813

Attorney for Defendant
IRVIL KAPUA

LANI D. H. NAKAZAWA,ESQ.        lnakazawa@kauai.gov
CHRISTIANE L. NAKEA-TRESLER, ESQ.  cntresler@kauai.gov
4444 Rice Street, Suite 220
Lihue, Hawaii  96766

Attorneys for Defendants
COUNTY OF KAUAI and
KAUAI POLICE DEPARTMENT

**Served by First Class Mail:**

DANIEL G. HEMPEY, ESQ.
3175 Elua Street
Lihue, Kauai  96766

Attorney for Plaintiff

DATED:    Honolulu, Hawaii, February 8, 2007.


                              /s/ Cary T. Tanaka
                              CARY T. TANAKA
                              DIANE K. AGOR-OTAKE
                              Attorneys for Defendant
                              K.C. LUM