LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY          7535
3175 Elua Street, Suite C
Lihue, Hawaii 96766
Telephone No. (808) 632-0000
Facsimile No. (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER            4750
JOHN HOSHIBATA                 3141
JEANNETTE HOLMES CASTAGNETTI   7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 524-5644
Facsimile No. (808)599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
| | ) |
| Plaintiff, | ) PLAINTIFF'S EX PARTE MOTION |
| | ) FOR AN ORDER ALLOWING THE |
| vs. | ) ADDITION OF EXHIBIT "39" TO |
| | ) PLAINTIFF'S RESPONSE TO |
| COUNTY OF KAUAI, KAUAI | ) DEFENDANT K.C. LUM'S |
| POLICE DEPARTMENT, K.C. LUM, | ) SEPARATE AND CONCISE |
| WILFRED M. IHU, GORDON | ) STATEMENT OF FACTS IN |
| ISODA, DEAN PIGAO, IRVIL | ) SUPPORT OF HIS MOTION FOR |
| KAPUA, | ) SUMMARY JUDGMENT [Docket |

|  |  |
|---|---|
| Defendants. | ) No. 212]; DECLARATION OF JOHN<br>) HOSHIBATA; EXHIBIT "39";<br>) CERTIFICATE OF SERVICE<br>)<br>) Judge: Honorable Susan Oki Mollway<br>) Trial Date: May 8, 2007 |

**PLAINTIFF'S EX PARTE MOTION FOR AN ORDER ALLOWING THE ADDITION OF EXHIBIT "39" TO PLAINTIFF'S RESPONSE TO DEFENDANT K.C. LUM'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT**

Plaintiff DARLA ABBATIELLO, by and through her attorneys BRONSTER CRABTREE & HOSHIBATA and the Law Office of DANIEL HEMPEY, moves this Court *ex parte* for an order allowing the addition of Exhibit 39 to Plaintiff's Response to Defendant K.C. Lum's Separate and Concise Statement of Facts in Support of His Motion For Summary Judgment filed on February 2, 2007. This ex parte motion is brought pursuant to Rule 7.2(b) of Local Rules of Practice for the United States District Court for the District of Hawaii, and is based on the Declaration of John Hoshibata, and the records and files of this case.

DATED: Honolulu, Hawaii, February 9, 2007.

　　　　　　　　　　　　　　　　　　/s/ John Hoshibata
　　　　　　　　　　　　　　　　　DANIEL G. HEMPEY
　　　　　　　　　　　　　　　　　MARGERY S. BRONSTER
　　　　　　　　　　　　　　　　　JOHN T. HOSHIBATA
　　　　　　　　　　　　　　　　　JEANNETTE HOLMES CASTAGNETTI
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　DARLA ABBATIELLO