IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, ) | CIVIL NO. CV04 00562 SOM BMK |
| ) | |
| Plaintiff, ) | DECLARATION OF JOHN |
| vs. ) | HOSHIBATA |
| ) | |
| COUNTY OF KAUAI, KAUAI ) | |
| POLICE DEPARTMENT, K.C. LUM, ) | |
| WILFRED M. IHU, GORDON ) | |
| ISODA, DEAN PIGAO, IRVIL ) | |
| KAPUA, ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF JOHN HOSHIBATA

1. I am an attorney with the law firm of Bronster Crabtree & Hoshibata and am one of the attorneys representing Plaintiff Darla Abbatiello. I submit this declaration based on personal knowledge of the facts and circumstances declared herein. I am competent to make this declaration.

2. Plaintiff's Response to Defendant K.C. Lum's Separate and Concise Statement of Facts in Support of His Motion for Summary Judgment ("Plaintiff's CSOF") was filed on February 2, 2007. Exhibit "39" was inadvertently omitted from the group of exhibits filed with Plaintiff's CSOF.

3. Exhibit "39" is relevant and material to support Plaintiff's objections to certain of Defendant Lum's factual allegations in his Separate and Concise

Statement of Facts filed on January 4, 2007.

4. The document set forth in Exhibit "39" bearing bates stamp number COK002115 was previously produced by Defendants to Plaintiff in the course of discovery in this matter.

5. No party will be prejudiced by the granting of this *ex parte* motion.

I declare under penalty of perjury that the foregoing statements are true and correct.

DATED: Honolulu, Hawaii, February 9, 2007.

                /s/ John Hoshibata
                DANIEL G. HEMPEY
                MARGERY S. BRONSTER
                JOHN T. HOSHIBATA
                JEANNETTE HOLMES CASTAGNETTI
                Attorneys for Plaintiff
                DARLA ABBATIELLO