Daniel G. Hempey, Esquire
Law Office of Daniel G. Hempey
A Law Corporation
3175 Elua Street
Lihue, HI 96766

K.C. Lum
Police Chief
Kauai Police Department
3190 Ka'ana Street
Lihue, HI 96766

November 8, 2004

Re: Continuation of Restraining Order

Dear Chief Lum:

Please find enclosed a Stipulation and Agreement to continue hearing on Petition for Injunction Against Harassment signed by Judge Trudy Senda.

This Stipulation continues Officer Abbatiello's temporary restraining order originally issued on September 14, 2004.

Thank you for your attention to this matter.

Sincerely,

Daniel G. Hempey

EXHIBIT 39