IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) |
| | ) |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 9, 2007, a true and correct copy of the foregoing document was served on the following parties by electronic filing via CM/ECF, and by U.S. Mail in the manner specified below:

DANIEL G. HEMPEY, ESQ.                                          U.S. MAIL
Law Office of Daniel G. Hempey
3175 Elua Street
Lihue, Hawaii 96766
    Attorney for Plaintiff
    DARLA ABBATIELLO

MICHAEL J. McGUIGAN, ESQ.                                      Mjm@roplaw.com
Reinwald O'Connor & Playdon LLP
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
    Attorney for Defendant
    IRVIL KAPUA

| | |
|---|---|
| DAVID J. MINKIN, ESQ. | minkin@m4law.com |
| BECKY T. CHESTNUT, ESQ. | chestnut@m4law.com |
| LISA W. CATALDO, ESQ. | cataldo@m4law.com |
| KARA M.L. YOUNG, ESQ. | |

McCorriston Miller Mukai MacKinnon LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
    Attorneys for Defendants
    COUNTY OF KAUAI and
    KAUAI POLICE DEPARTMENT,
    WILFRED M. IHU, GORDON ISODA
    and DEAN PIGAO

CHRISTIANE L. NAKEA-TRESLER, ESQ.    cntresler@kauai.gov
Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Hawaii 96766
    Attorneys for Defendants
    COUNTY OF KAUAI and
    KAUAI POLICE DEPARTMENT

CARY T. TANAKA, ESQ.    carytanaka@aol.com
Fort Street Tower, Suite 510
745 Fort Street
Honolulu, Hawaii 96813
    Attorney for Defendant K.C. LUM

DATED: Honolulu, Hawaii, February 9, 2007.

        /s/ John Hoshibata
    DANIEL G. HEMPEY
    MARGERY S. BRONSTER
    JOHN T. HOSHIBATA
    JEANNETTE HOLMES CASTAGNETTI
    Attorneys for Plaintiff
    DARLA ABBATIELLO