LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY            7535
3175 Elua Street, Suite C
Lihue, Hawaii 96766
Telephone No. (808) 632-0000
Facsimile No. (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER            4750
JOHN HOSHIBATA                 3141
JEANNETTE HOLMES CASTAGNETTI   7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 524-5644
Facsimile No. (808)599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,              ) | CIVIL NO. CV04 00562 SOM BMK |
| ) | |
| Plaintiff,           ) | ORDER GRANTING |
| ) | PLAINTIFF'S EX PARTE MOTION |
| vs.                            ) | FOR AN ORDER TO SHORTEN |
| ) | TIME FOR HEARING ON |
| COUNTY OF KAUAI, KAUAI         ) | PLAINTIFF'S MOTION TO |
| POLICE DEPARTMENT, K.C. LUM,   ) | PRECLUDE ORAL DEPOSITION OF |
| WILFRED M. IHU, GORDON         ) | DEFENDANT K.C. LUM |
| ) | |
| ) | |

| | |
|---|---|
| ISODA, DEAN PIGAO, IRVIL KAPUA, | ) Date:  2/21/07 |
| | ) Time: 3:30 p.m. |
| | ) Judge:  Honorable Barry M. Kurren |
| Defendants. | ) |
| _____ | ) Trial Date:  May 8, 2007 |

**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR AN ORDER TO SHORTEN TIME FOR HEARING ON PLAINTIFF'S MOTION TO PRECLUDE ORAL DEPOSITION OF DEFENDANT K.C. LUM**

This matter having come before the Court on Plaintiff's Ex Parte Motion for an Order to Shorten Time for Hearing Plaintiff's Motion to Preclude Oral Deposition of Defendant K.C. Lum, and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiff's Ex Parte Motion for an Order to Shorten Time for Hearing Plaintiff's Motion to Preclude Oral Deposition of Defendant K.C. Lum filed February 7, 2007 is granted, and the hearing on said Motion shall be set on February 21, 2007 at 3:30 p.m., before the Honorable Barry M. Kurren.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: February 12, 2007

---

Abbatiello v. County of Kauai, etal.; <u>Civil No. CV04-00562 SOM BMK</u>, (PROPOSED) **Order Granting Plaintiff's Ex Parte Motion for an Order to Shorten Time for Hearing on Plaintiff's Motion to Preclude Oral Deposition of Defendant K.C. Lum**.