LAW OFFICES OF CARY T. TANAKA

CARY T. TANAKA          4858-0
DIANE K. AGOR-OTAKE     7751-0
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone: 536-8885
Facsimile: 536-8845
carytanaka@aol.com
dka@hawaii.rr.com

Attorneys for Defendant
K.C. LUM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04 00562 SOM BMK |
| | ) | |
| Plaintiff, | ) | DEFENDANT K.C. LUM'S |
| | ) | MEMORANDUM IN OPPOSITION TO |
| vs. | ) | PLAINTIFF'S *EX PARTE* MOTION |
| | ) | FOR AN ORDER ALLOWING THE |
| COUNTY OF KAUAI, KAUAI | ) | ADDITION OF EXHIBIT "39" TO |
| POLICE DEPARTMENT, K.C. LUM, | ) | PLAINTIFF'S RESPONSE TO |
| WILFRED M. IHU, GORDON ISODA, | ) | DEFENDANT K.C. LUM'S SEPARATE |
| DEAN PIGAO, and IRVIL KAPUA, | ) | AND CONCISE STATEMENT OF FACTS |
| | ) | IN SUPPORT OF HIS MOTION FOR |
| Defendants. | ) | SUMMARY JUDGMENT; DECLARATION |
| | ) | OF DIANE K. AGOR-OTAKE; |
| | ) | CERTIFICATE OF SERVICE |
| | ) | |
| | ) | Trial Date: May 8, 2007 |

DEFENDANT K.C. LUM'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S
*EX PARTE* MOTION FOR AN ORDER ALLOWING THE ADDITION OF
EXHIBIT "39" TO PLAINTIFF'S RESPONSE TO DEFENDANT
K.C. LUM'S SEPARATE AND CONCISE STATEMENT OF FACTS
<u>IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT</u>

Comes now, Defendant K.C. LUM ("Defendant Lum"), by and through his attorneys, and submits his memorandum in opposition to Plaintiff's *Ex Parte* Motion for an Order Allowing the Addition of Exhibit "39" to Plaintiff's Response to Defendant K.C. Lum's Separate and Concise Statement of Facts in Support of His Motion for Summary Judgment, filed herein on February 9, 2007 ("Plaintiff's *Ex Parte* Motion").

Plaintiff's *Ex Parte* Motion claims that proposed Exhibit "39" was inadvertently omitted from the exhibits filed with Plaintiff's Response to Defendant K.C. Lum's Separate and Concise Statement of Facts in Support of His Motion for Summary Judgment, filed herein on February 2, 2007 ("Plaintiff's Response"). However, Plaintiff's Response is void of any reference to Exhibit "39". <u>See</u> Declaration of Diane K. Agor-Otake at ¶2. It appears that after reviewing Defendant K.C. Lum's Reply Memorandum in Support of Defendant K.C. Lum's Motion for Summary Judgment, filed herein on February 8, 2007 ("Defendant Lum's Reply"), Plaintiff, as an afterthought, believed she should have attached Exhibit "39" to Plaintiff's Response. Plaintiff's request to include Exhibit "39", a document which she previously had made no reference to in Plaintiff's Response, <u>after</u> the filing of

- 2 -

Defendant Lum's Reply, will prejudice Defendant Lum.  Plaintiff has not stated any good reason as to why Exhibit "39" should be considered a part of Plaintiff's Response subsequent to the filing of Defendant's Reply.

Defendant Lum respectfully requests this Honorable Court deny Plaintiff's *Ex Parte* Motion in its entirety.

DATED: Honolulu, Hawaii, February 15, 2007.

                                      /s/ Diane K. Agor-Otake
                                      CARY T. TANAKA
                                      DIANE K. AGOR-OTAKE
                                      Attorneys for Defendant
                                      K.C. LUM