IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04 00562 SOM BMK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF DIANE K. AGOR-OTAKE |
| | ) | |
| vs. | ) | |
| | ) | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA, | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

## DECLARATION OF DIANE K. AGOR-OTAKE

I, DIANE K. AGOR-OTAKE, hereby declare as follows:

1. I am one of the counsel for Defendant K.C. Lum ("Defendant Lum") in the above-entitled matter and have personal knowledge as to the matters set forth below.

2. Plaintiff's Response to Defendant K.C. Lum's Separate and Concise Statement of Facts in Support of His Motion for Summary Judgment, filed herein on February 2, 2007 is void of any reference to Exhibit "39".

3. I, DIANE K. AGOR-OTAKE, do declare under penalty of law that the foregoing is true and correct.

Dated: Honolulu, Hawaii, February 15, 2007.

/s/ Diane K. Agor-Otake
DIANE K. AGOR-OTAKE