```
              IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF HAWAII

DARLA ABBATIELLO,               )   CIVIL NO. CV04 00562 SOM BMK
                                )
            Plaintiff,          )   CERTIFICATE OF SERVICE
                                )
     vs.                        )
                                )
COUNTY OF KAUAI, KAUAI          )
POLICE DEPARTMENT, K.C. LUM,    )
WILFRED M. IHU, GORDON ISODA,   )
DEAN PIGAO, and IRVIL KAPUA,    )
                                )
            Defendants.         )
                                )
```

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

       MARGERY S. BRONSTER, ESQ.    mbronster@bchlaw.net
       JOHN HOSHIBATA, ESQ.        jhoshibata@bchlaw.net
       Suite 2300 Pauahi Tower
       1001 Bishop Street
       Honolulu, Hawaii  96813

       Attorneys for Plaintiff

       DAVID J. MINKIN, ESQ.       minkin@m4law.com
       BECKY T. CHESTNUT, ESQ.     chestnut@m4law.com
       Five Waterfront Plaza, 4th Floor
       500 Ala Moana Boulevard
       Honolulu, Hawaii  96813

       Attorneys for Defendants
       WILFRED M. IHU, GORDON ISODA
       and DEAN PIGAO

MICHAEL J. McGUIGAN, ESQ.        mjm@roplaw.com
Pacific Guardian Center, Makai Tower
733 Bishop Street, 24th Floor
Honolulu, Hawaii  96813

Attorney for Defendant
IRVIL KAPUA

LANI D. H. NAKAZAWA, ESQ.        lnakazawa@kauai.gov
CHRISTIANE L. NAKEA-TRESLER, ESQ.   cntresler@kauai.gov
4444 Rice Street, Suite 220
Lihue, Hawaii  96766

Attorneys for Defendants
COUNTY OF KAUAI and
KAUAI POLICE DEPARTMENT

**Served by First Class Mail:**

DANIEL G. HEMPEY, ESQ.
3175 Elua Street
Lihue, Kauai  96766

Attorney for Plaintiff


DATED:   Honolulu, Hawaii, February 15, 2007.


                                /s/ Diane K. Agor-Otake
                                CARY T. TANAKA
                                DIANE K. AGOR-OTAKE
                                Attorneys for Defendant
                                K.C. LUM