**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 15 2007

%HID Form 85 (Rev. 7/03) Notice, Consent, and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge

UNITED STATES DISTRICT COURT

at 9 o'clock and 20 min. A M
SUE BEITIA, CLERK

District of Hawaii

DARLA ABBATIELLO

Plaintiff
V.

COUNTY OF KAUAI et al.

Defendants.

NOTICE, CONSENT, AND ORDER OF REFERENCE —
EXERCISE OF JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE

Case Number: CV04 00562 SOM BMK

**LODGED**

FEB 14 2007
3:15 pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

### NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

### CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| Plaintiff Darla Abbatiello | [signature] | 2-14-07 |
| Defendants County of Kauai, Kauai Police Department, Wilfred M. Ihu, Gordon Isoda and Dean Pigao | Dawn Mi, Esq. | 02/13/2007 |
| Defendant K.C. Lum | [signature] | 2/14/07 |
| Defendant Irvil Kapua | [signature] | 02/13/2007 |

### ORDER OF REFERENCE

IT IS ORDERED that this case be referred to Kevin S.C. Chang United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

FEB 15 2007
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY IF</u> ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.