IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>    Defendants. | CIVIL NO. CV04-00562 SOM BMK<br><br>DECLARATION OF DAVID J. MINKIN; EXHIBITS "A" - "B" |

## DECLARATION OF DAVID J. MINKIN

    1.    I am an attorney with the law firm of McCorriston Miller Mukai MacKinnon LLP, attorneys for Defendants County of Kaua`i, Kaua`i Police Department, Wilfred M. Ihu, Gordon Isoda, and Dean Pigao (collectively "Defendants").  I make this declaration in support of Defendants' Memorandum in Opposition to Plaintiff's Motion to Preclude Oral Deposition of Defendant K.C. Lum, filed on February 7, 2007 ("Motion").

    2.    Attached hereto as Exhibit "A" is a true and correct copy of the Rule 16 Scheduling Order, filed February 11, 2005.

155525.1

3. Attached hereto as Exhibit "B" is a true and correct copy of the Plaintiff's Report of Parties' Rule 26(f) Planning Meeting, filed January 26, 2005.

I declare under penalty of law that the foregoing is true and correct.

DATED:  Honolulu, Hawai`i,  _____February 16, 2007_____.


/s/ David J. Minkin
DAVID J. MINKIN