BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER   4750
mbronster@bchlaw.net
JEFF CRABTREE                3405
lawyer@consumerlaw.com
JEANNETTE E. HOLMES   7211
jholmes@bchlaw.net
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone No.: (808) 524-5644
Facsimile No.: (808) 599-1881

LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY        7535
hemplaw@hawaiian.net
3175 Elua Street
Lihue, Hawaii  96766
Telephone No.: (808) 632-0000
Facsimile No.: (808) 632-2332

Attorneys for Plaintiff
DARLA ABBATIELLO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 6 2005

at 3 o'clock and 36 P M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | CIVIL NO. CV04 00562 SOM BMK |
| Plaintiff, | PLAINTIFF'S REPORT OF PARTIES' RULE 26(f) PLANNING MEETING; CERTIFICATE OF SERVICE |
| vs. | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | NO TRIAL DATE SET |
| Defendants. | |

PLAINTIFF'S REPORT OF PARTIES' RULE 26(f) PLANNING MEETING

Pursuant to Fed. R. Civ. P. 26(f) and Rule 26.1 of the Local Rules of this Court, counsel for Plaintiff and Defendants


EXHIBIT B

met and conferred via telephone conference on January 19, 2005. Margery S. Bronster, Esq. and Jeff Crabtree, Esq. participated for Plaintiff, Christiane L. Nakea-Tresler, Esq. participated for Defendants County of Kauai and Kauai Police Department, Michael J. McGuigan, Esq. participated for Defendant Irvil J. Kapua, and David J. Minkin, Esq. participated for Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda, and Dean Pigao.

A.   Pre-Discovery Disclosures

   1.   Changes to Rule 26(a) Initial Disclosures

The parties do not anticipate the need for a change to the requirements for disclosures under Rule 26(a). The parties agreed that a confidentiality or protective order is necessary given the privacy issues involving the named parties. The parties agreed to use their best efforts and have the confidentiality or protective order in place by the scheduling conference set for February 11, 2005, or if the parties could not reach an agreement, then any protective or confidentiality issues could be addressed with the Magistrate Judge. The parties also agreed that initial disclosures are to be completed by all parties no later than March 4, 2005.

   2.   Subjects and Focus of Initial Disclosures:

      (a) Medical Records: The parties agreed that Plaintiff will provide authorizations to defense counsel

concerning access to Plaintiff's medical records relating to this litigation.

(b) <u>Personnel File(s)</u>:  Plaintiff requested full and complete personnel files of the named parties.  Defendants agreed to provide the personnel files once an appropriate confidentiality or protective order is in place, and after they have had an opportunity to review the file with Defendant County of Kauai and to redact information unrelated to this lawsuit.  Defendants further requested access to Plaintiff's personnel file.  Plaintiff agreed under the same terms and conditions set forth by Defendants.

(c)   <u>Emails, Correspondence, etc.</u>:  Plaintiff requested that Defendants provide all emails, correspondence, and written memoranda of any kind concerning the allegations contained in the Complaint.

(d)   <u>Investigative/Internal Reports</u>:  Plaintiff requested that Defendants provide all official and unofficial investigative and/or internal reports, memoranda, and notes concerning (1) any and all of Plaintiff's complaints to the chain of command within Defendant Kauai Police Department, including but not limited to, complaints concerning Defendant

Irvil Kapua, and (2) search warrants involving and/or served upon A.B. and C.D.[1]

(e) <u>Insurance Coverage</u>:  Plaintiffs requested and Defendants agreed to provide insurance coverage information for Defendant County of Kauai.

(f) <u>Handwriting and Fingerprint Exemplars</u>: Plaintiff requested fingerprint exemplars and handwriting exemplars from Defendant Irvil Kapua, and possibly the other named individual Defendants later (if so requested by Plaintiff).

(g) <u>Written and/or Tape Recorded Statements</u>: Defendants requested all written and/or tape recorded statements made by Plaintiff to any federal or state agency concerning the matters raised in Plaintiff's Complaint.  Plaintiff agreed to provide non-privileged statements, if any, to which Plaintiff has access.

3. <u>Objections</u>:  Plaintiff requested that Defendants provide their objections, if any, to the requested initial disclosures no later than one (1) day before the Rule 16 Scheduling Conference set for February 11, 2005.  Defendants would not agree.  The parties reserve their rights to object, on

---

[1] The initials A.B. and C.D. correspond with the Complaint and refer to two private citizens.  A key identifying all individuals with initials in the Complaint was requested by Defendants and will be provided to counsel.

all appropriate grounds, to providing certain of the above-described requests for initial disclosures.

B.  Discovery Plan

The parties jointly propose to the Court the following discovery plan, subject to further agreement of the parties and/or order of the Court:

(a) Depositions: There shall be a maximum of twenty-five (25) oral and records depositions noticed by Plaintiff and a maximum of twenty-five (25) oral and records depositions noticed by Defendants collectively, unless otherwise agreed or ordered by the Court pursuant to Fed. R. Civ. P. 30(a)(2) and 31(a)(2).

(b) Videotaping of Depositions: The parties agreed to permit videotape depositions of the named parties, subject to client approval to be provided no later than February 25, 2005.

(c) Duration of Depositions: The deposition of each named party shall be no more than two (2) days and no more than seven (7) hours on a single day. All other depositions shall be limited to seven (7) hours on a single day, unless enlarged or continued by agreement of the parties or ordered by the Court pursuant to Fed. R. Civ. P. 30(d).

(d) Interrogatories: Plaintiff and Defendants collectively shall each be limited to a maximum of twenty-five

(25) interrogatories in accordance with Fed. R. Civ. P. 33(a), and unless otherwise agreed or ordered by the Court.

C. Other Items

1. Pretrial Deadlines

Deadlines for the following matters should be set in accordance with the Court's normal deadlines applicable in this type of case:

(a) Pretrial conference;

(b) Joinder of additional parties and amendment of pleadings;

(c) Filing of all potentially dispositive motions;

(d) Settlement cannot be evaluated prior to the Court's normal deadline for this type of case; and

(e) Filing of final witness lists and exhibits under Fed. R. Civ. P. 26(a)(3).

2. Other Deadlines

(a) The parties should have fourteen (14) days after service of final lists of witnesses and exhibits to list objections under Fed. R. Civ. P. 26(a)(3).

(b) Barring unforeseen events, the case should be ready for trial by February 2006.

D. Other Matters

6

1.  Pursuant to Local Rule 26.1(c), the parties discussed alternative dispute resolution, including, without limitation, the option of participation in the court's mediation program. The parties are willing to consider mediation following the initial disclosures and after some discovery is conducted in this matter.

2.  The parties also agreed to provide courtesy copies of documents filed or submitted to the court on the same day as the filing or submission. The agreement to provide courtesy copies does not a waiver by any party of proper service in accordance with the Federal Rules of Civil Procedure.

DATED: Honolulu, Hawaii, January 26, 2005.

MARGERY S. BRONSTER
JEFF CRABTREE
JEANNETTE E. HOLMES
DANIEL G. HEMPEY
Attorneys for Plaintiff
DARLA ABBATIELLO

7

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04-00562 SOM/BMK <br> ) <br> ) CERTIFICATE OF SERVICE <br> ) |
| Plaintiff, | |
| vs. | ) <br> ) |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) <br> ) NO TRIAL DATE SET |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on the following parties on January 26, 2005 in the manner specified below:

    MICHAEL J. McGUIGAN, ESQ.    **HAND DELIVERY**
    Reinwald O'Connor & Playon LLP
    Pacific Guardian Center, Makai Tower
    733 Bishop Street, Suite 2400
    Honolulu, Hawaii 96813

    Attorney for Defendant
    IRVIL KAPUA

DAVID J. MINKIN, ESQ.                         **HAND DELIVERY**
LISA W. CATALDO, ESQ.
BECKY T. CHESTNUT, ESQ.
McCorriston Miller Mukai MacKinnon LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

    Attorneys for Defendants
    K.C. LUM, WILFRED M. IHU,
    GORDON ISODA and DEAN PIGAO


JONATHAN L. ORTIZ, ESQ.                       **HAND DELIVERY**
WADE J. KATANO, ESQ.
ALLISON M. FUJITA, ESQ.
Ortiz & Katano
2121 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813

    Attorneys for Defendant
    GORDON ISODA


LANI D.H. NAKAZAWA, ESQ.                      **U.S. MAIL**
CHRISTIANE L. NAKEA-TRESLER, ESQ.
Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Hawaii  96766

    Attorneys for Defendants
    COUNTY OF KAUAI and
    KAUAI POLICE DEPARTMENT


    DATED:  Honolulu, Hawaii, January 26, 2005.

                                    MARGERY S. BRONSTER
                                    JEFF CRABTREE
                                    JEANNETTE E. HOLMES
                                    DANIEL G. HEMPEY
                                    Attorneys for Plaintiff
                                    DARLA ABBATIELLO