IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04 00562 KSC |
| | ) | |
| Plaintiff, | ) | DECLARATION OF CARY T. TANAKA |
| | ) | |
| vs. | ) | |
| | ) | |
| COUNTY OF KAUAI, KAUAI | ) | |
| POLICE DEPARTMENT, K.C. LUM, | ) | |
| WILFRED M. IHU, GORDON ISODA, | ) | |
| DEAN PIGAO, and IRVIL KAPUA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

DECLARATION OF CARY T. TANAKA

I, CARY T. TANAKA, hereby declare as follows:

1.    I am one of the counsel for Defendant K.C. Lum ("Defendant Lum") in the above-entitled matter and have personal knowledge as to the matters set forth below.

2.    Plaintiff's counsel originally noticed Defendant Lum's oral deposition in March, 2006.  Due to a number of scheduling conflicts, the deposition was held on October 12, 2006.  Prior to the deposition being conducted, I informed the parties that Defendant Lum would be asserting his Fifth Amendment privilege against self-incrimination because of a recent State investigation involving his use of a government document. Defendant Lum was advised by his counsel in that matter to assert his Fifth Amendment privilege at the deposition in this case.

3.    Upon learning of Defendant Lum's decision, I immediately notified all parties that Defendant Lum would be asserting his Fifth Amendment privilege and that he would be made available at a later date if approved by his other counsel.  I offered to make such representation in writing to Plaintiff's counsel in an effort to prevent the deposition from going forward as Defendant Lum would not be able to provide answers to most, if not all, of Plaintiff's inquiries.  However, Plaintiff's counsel requested that the deposition go forward, representing that he wanted to place Plaintiff's questions on the record.

4.    In January, 2007, I learned from Defendant Lum's other counsel that Defendant Lum had since provided deposition testimony in another civil case and that he would in fact likely waive his previously asserted Fifth Amendment privilege in this case.  On January 9, 2007, I conveyed this information to all counsel in this case.

5.    In February, 2007, I learned that Defendant Lum's other counsel had given their approval to allow Defendant Lum to testify in this case.  On February 6, 2007, I emailed all counsel to inform them of Defendant Lum's availability for deposition and that the parties could proceed with scheduling the deposition even though Mr. Tanaka was awaiting written confirmation from Defendant Lum's other counsel.

- 2 -

6.   On February 7, 2007, I emailed all counsel to confirm my receipt of written confirmation from Defendant Lum's other counsel approving Defendant Lum's waiver of his Fifth Amendment privilege in this case.  Defendant Lum's deposition was then noticed for February 15, 2007.

7.   To date, Plaintiff's counsel has taken 17 oral depositions in this case.

8.   The oral depositions taken to date in this case include: Defendant Wilfred Ihu, Defendant Dean Pigao, Defendant Gordon Isoda (twice), Vicki Fonoimoana, Wesley Kaui, Paul Kanoho (twice), Alejandro Quibilan, Darren Rose, Arnel Purisima, Eric Caspillo, Lawrence Stem, Richard Minatoya, Thomas Takatsuki, Miles Tanabe and Vivian Akina.

9.   Attached hereto as Exhibit "1" is a true and correct copy of an email from Cary Tanaka to counsel, dated January 9, 2007.

10.   Attached hereto as Exhibit "2" is a true and correct copy of an email from Cary Tanaka to counsel, dated February 6, 2007.

11.   Attached hereto as Exhibit "3" is a true and correct copy of email from Cary Tanaka to counsel, dated February 7, 2007.

12.   Attached hereto as Exhibit "4" is a true and correct copy of Defendant K.C. Lum's Response to Plaintiff's First

- 3 -

Request for Admissions Under Rule 36, Dated October 24, 2005, dated December 2, 2005.

13.  Attached hereto as Exhibit "5" is a true and correct copy of correspondence from Diane K. Agor-Otake, to John Hoshibata, dated February 7, 2007.

14.  Attached hereto as Exhibit "6" is a true and correct copy of Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean Pigao's Response to Plaintiff's First Request for Production of Documents, Dated July 1, 2005, dated September 19, 2005.

15.  I, CARY T. TANAKA, do declare under penalty of law that the foregoing is true and correct.

Dated: Honolulu, Hawaii, February 16, 2007.


/s/ Cary T. Tanaka
CARY T. TANAKA

- 4 -