Subj: **DEPOSITION OF K.C. LUM**
Date: 1/9/2007
To: jhoshibata@bchlaw.net, dminkin@m4law.com, cntresler@kauai.gov, mjm@roplaw.com

Dear Counsel:

I am writing to let you know that we are checking to see whether K.C. Lum can now present deposition testimony in the Abbatiello case. Apparently he has been given the o.k. by one of his attorneys and is checking with another. I believe that he will be available shortly and will inform everyone about his status.

Thank you.

**Cary T. Tanaka, Esq.**
Suite 510, Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813
Phone: (808) 536-8885
Fax: (808) 536-8845

**EXHIBIT 1**

Thursday, February 08, 2007 America Online: CaryTanaka