| | |
|---|---|
| Subj: | **ABBATIELLO - DEPOSITION OF K.C. LUM** |
| Date: | 2/6/2007 |
| To: | jhoshibata@bchlaw.net, dminkin@m4law.com, mjm@roplaw.com |
| CC: | dka@hawaii.rr.com |

Counsel:

As I indicated earlier, it appears that K.C. Lum has now been given the go ahead to waive his 5th Amendment Privilege with regard to most, if not all questions which may be asked of him in this case. I am still waiting for written confirmation from Mr. Lum's other attorneys, however, I have been advised that this is forthcoming and that we may move forward with the scheduling of his deposition.

Please contact our office if you are interested in conducting Mr. Lum's deposition. We will work with all parties to arrange this proceeding.

Thanks.

**Cary T. Tanaka, Esq.**
Suite 510, Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813
Phone: (808) 536-8885
Fax: (808) 536-8845

# EXHIBIT 2

Thursday, February 08, 2007 America Online: CaryTanaka