| | |
|---|---|
| Subj: | **K.C. LUM** |
| Date: | 2/7/2007 7:37:54 A.M. Hawaiian Standard Time |
| From: | CaryTanaka |
| To: | jhoshibata@bchlaw.net, dminkin@m4law.com, mjm@roplaw.com, CNTresler@kauai.gov |
| CC: | dka@hawaii.rr.com |

This is to confirm that K.C. Lum is now available to present testimony. I have received written confirmation from Mr. Lum's other attorneys. We are now free to proceed with his deposition. Thank you.

**Cary T. Tanaka, Esq.**
*Suite 510, Fort Street Tower*
*745 Fort Street*
*Honolulu, Hawaii 96813*
*Phone: (808) 536-8885*
*Fax: (808) 536-8845*

EXHIBIT 3

Wednesday, February 07, 2007 America Online: CaryTanaka