# Law Offices of Cary T. Tanaka

Suite 510 Fort Street Tower • 745 Fort Street • Honolulu, Hawaii 96813
Telephone (808) 536-8885 • Facsimile (808) 536-8845
Email: dka@hawaii.rr.com

February 7, 2007

John Hoshibata, Esq.
Suite 2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

    Re:    Darla Abbatiello v. County of Kauai, et al.
            Civil No. 04-00562 (SOM BMK)

Dear Mr. Hoshibata:

    Enclosed are documents (L0001 - L0004) responsive to Plaintiff's First Request for Production of Documents to Defendants County of Kauai, Kauai Police Department, K.C. Lum, Wilfred M. Ihu, Gordon Isoda, Dean Pigao, and Irvil Kapua, dated July 1, 2005. K.C. Lum recently reviewed his files and discovered the enclosed documents. Although it is likely these documents have already been produced by your office and/or the County of Kauai, we are making them available at this time also.

    Please contact our office if you have any questions or concerns regarding the enclosures.

                                      Very truly yours,

                                      CARY T. TANAKA
                                      DIANE K. AGOR-OTAKE

CTT:jm
Enclosures
xc:    David Minkin, Esq.
        Michael McGuigan, Esq.
        Christiane Nakea-Tresler, Esq.
        Daniel G. Hempey, Esq.

EXHIBIT 5

K.C. Lum

From: KC Lum
Sent: Monday, July 26, 2004 1:32 PM
To: Wesley Kaui
Cc: Stanton Koizumi; Roy Asher
Subject: FW: Criminal Investigation

Wes,

It has been two weeks since this request. You need to turn in the report by Friday, July 30, 2004. A copy should be forwarded to the Prosecutors Office and another copy to Lt. Asher.

-----Original Message-----
From: KC Lum
Sent: Sunday, July 11, 2004 10:22 AM
To: Wesley Kaui
Cc: Stanton Koizumi; Roy Asher
Subject: Criminal Investigation

Wes,

I must have a copy of the "Kapua" criminal investigation you are working on ASAP. It has to be forwarded to Lt. Asher for the internal. If you need to leave it pending, so be it. A copy of the case should also forward to the prosecutor's office for their opinion. It is not fair to the officer being investigated not to have a timely resolution.

K.C. LUM

Tracking:     Recipient
              Wesley Kaui
              Stanton Koizumi
              Roy Asher

L 0001

Darla Abbatiello<br>
Kauai Police Department<br>
3190 Ka'ana St<br>
Lihue, HI 96766

September 14, 2004

F. Debusca<br>
Acting Assistant Chief<br>
Kauai Police Department<br>
3190 Ka'ana St<br>
Lihue, HI 96766

    Re: VICE Position

Dear Acting Assistant Chief Debusca:

    In response to your letter yesterday: I would like nothing more than to return to VICE.

    Due, however, to the current circumstances, the proximity of VICE to Sgt. Kapua, and my fear of violence in the workplace I do not feel that I can return to VICE at this time.

*Darla Abbatiello*

cc:   Daniel Hempey, Esq.<br>
       Jeffrey Crabtree, Esq.<br>
       Margery Bronster, Esq.

K.C. Lum

From:       K.C. Lum [kclum@hawaiilink.net]
Sent:       Monday, January 10, 2005 2:17 PM
To:         'kclum@kauaigov.com'
Subject:    FW: Previous Order to Officer Abbatiello


-----Original Message-----
From: Fred Debusca [mailto:fdebusca@kauai.hawaii.gov]
Sent: Monday, January 10, 2005 12:52 PM
To: K.C. Lum
Cc: Regina Ventura; Dean Pigao; Ron Venneman; dabbatiello@kauaigov.com;
Irvil Kapua
Subject: RE: Previous Order to Officer Abbatiello

Chief,
Spoke with Lt. Pigao this morning. He said he gave no such order regarding
items a. and b.
Lt. Ventura said she has not seen any documentation or written orders
regarding the issues in question.

-----Original Message-----
From: K.C. Lum [mailto:kclum@hawaiilink.net]
Sent: Sunday, January 09, 2005 12:18 PM
To: Fred Debusca
Cc: Regina Ventura; Dean Pigao; Ron Venneman; dabbatiello@kauaigov.com;
Irvil Kapua
Subject: Previous Order to Officer Abbatiello

Freddie,

    Please check with Officer Abbatiello, Lt.Ventura and Lt Pigao on any
documentation from on the following subject:

        a. Ordered Officer Abbatiello to use the back door when she goes
to the Vice Office.
        b. Ordered Officer Abbatiello to avoid Sergeant Kapua.

    If the order were true base on verbal command or written
documentation, the order must be rescinded due to unreasonableness of the
order. Officer Abbatiello should be afforded the same rights as all other
KPD employees.

    Officer Abbatiello will have the same access rights as all other
employees of the Kauai Police Department to ISB and Vice Offices. Both
Officer Abbatiello and Sergeant Kapua will avoid confrontation with each
other. In the future, they should have their Department operational
differences remedied through the chain of command.

    Please convey this information to all concern parties.

L 0003

K.C. Lum
Chief of Police

K.C. Lum
Chief of Police

L 0004