McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN           #3639-0
BECKY T. CHESTNUT         #7756-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293
Email: minkin@m4law.com

Attorneys for Defendants
K.C. LUM, WILFRED M. IHU,
GORDON ISODA and DEAN PIGAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | CIVIL NO. CV04-00562 SOM BMK |
| Plaintiff, | DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, DATED JULY 1, 2005 |
| vs. | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | |
| Defendants. | |

116061.1



EXHIBIT U

DEFENDANTS K.C. LUM, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, DATED JULY 1, 2005

Defendants K.C. Lum, Wilfred M. Ihu, Gordon Isoda and Dean Pigao "("Defendants"), by and through their attorneys, McCorriston Miller Mukai MacKinnon LLP and pursuant to Rule 34 of the Federal Rules of Civil Procedure, hereby respond to Plaintiff Darla Abbatiello's First Request for Production of Documents, dated July 1, 2005, ("Request"). Defendants respond as follows:

GENERAL RESPONSES AND OBJECTIONS

As a general response to all items specified in the Request, Defendants will produce the documents subject to the following:

1. The scope of the production will be limited to documents or things currently within Defendants' possession, custody or control. Defendants object to all portions of the Request relating to documents or things which may be held by other persons or parties (including, but not limited to, former and present parents, subsidiaries, affiliates, officers, directors, employers, employees, agents, partners and/or other persons) and/or any

116061.1                                2

other documents which are not in Defendants' possession, custody or control.

  2. The production of documents specified in the Request will exclude any and all privileged communications (including attorney-client and/or work product) and/or trial preparation or experts' trial preparation materials. Defendants object to the Request to the extent that it asks for said privileged communications, trial preparation materials and/or experts' trial preparation materials or work product.

  3. The production of documents specified in the Request will also exclude any documents not reasonably calculated to lead to the discovery of admissible evidence. Defendants object to the Request insofar as it requests documents not reasonably calculated to lead to the discovery of admissible evidence nor relevant to the issues raised in the above-captioned lawsuit.

## SPECIFIC RESPONSES AND OBJECTIONS

As to the specific items listed in the Request, and subject to all the general responses and objections set forth above, Defendants respond and object as follows:

1. Please provide for inspection and copying a full and complete copy of each of the individual Defendants' personnel files.

**Response:** Subject to and without waiving the foregoing General Objections, pursuant to the Stipulation and Order Governing Confidentiality of Documents filed 6/2/05, and subject to an appropriate redaction of information which is protected by either statute or privacy concerns, Defendants will make available for inspection and copying, at a mutually agreeable time and place, all relevant, non-privileged documents, if any, in their possession, responsive to this Request.

2. To the extent they are not included in the on-going investigation of Defendant Irvil Kapua, please provide for inspection and copying all emails, correspondence and written memoranda of any kind concerning the allegations contained in the Complaint.

**Response:** Subject to and without waiving the foregoing General Objections, pursuant to the Stipulation and Order Governing Confidentiality of Documents filed 6/2/05, and subject to an appropriate redaction of information which is protected by either statute or privacy concerns, Defendants will make available for inspection and copying, at a mutually agreeable time and place, all relevant, non-privileged documents, if any, in their possession, responsive to this Request.

116061.1

3. To the extent they are not included in the ongoing criminal investigation of Defendant Irvil Kapua, please provide for inspection and copying all official and unofficial investigative and/or internal reports, memoranda and notes concerning any and all of Plaintiff's complaints to the chain of command within Defendant Kauai Police Department, including but not limited to, complaints concerning Defendant Irvil Kapua.

**Response:** Subject to and without waiving the foregoing General Objections, pursuant to the Stipulation and Order Governing Confidentiality of Documents filed 6/2/05, and subject to an appropriate redaction of information which is protected by either statute or privacy concerns, Defendants will make available for inspection and copying, at a mutually agreeable time and place, all relevant, non-privileged documents, if any, in their possession, responsive to this Request.

4. To the extent they are not included in the ongoing criminal investigation of Defendant Irvil Kapua, please provide for inspection and copying any and all civil investigative reports of Defendant Irvil Kapua, including any notes, memoranda, or correspondence related thereto.

**Response:** Subject to and without waiving the foregoing General Objections, pursuant to the Stipulation and Order Governing Confidentiality of Documents filed 6/2/05, and subject to an appropriate redaction of information which is protected by either statute or privacy concerns, Defendants will

116061.1

make available for inspection and copying, at a mutually agreeable time and place, all relevant, non-privileged documents, if any, in their possession, responsive to this Request.

5. To the extent they are not included in the on-going criminal investigation of Defendant Irvil Kapua, please provide for inspection and copying all official and unofficial investigative and/or internal reports, memoranda and notes concerning any and all KPD personnel complaints against or involving Defendant Irvil Kapua.

**Response:** Subject to and without waiving the foregoing General Objections, pursuant to the Stipulation and Order Governing Confidentiality of Documents filed 6/2/05, and subject to an appropriate redaction of information which is protected by either statute or privacy concerns, Defendants will make available for inspection and copying, at a mutually agreeable time and place, all relevant, non-privileged documents, if any, in their possession, responsive to this Request.

6. To the extent they are not included in the ongoing criminal investigation of Defendant Irvil Kapua, please provide for inspection and copying all official and unofficial investigative and/or internal reports, memoranda and notes concerning any and all citizen complaints against or involving Defendant Irvil Kapua.

**Response:** Subject to and without waiving the foregoing General Objections, pursuant to the Stipulation and Order

116061.1                                    3

Governing Confidentiality of Documents filed 6/2/05, and subject to an appropriate redaction of information which is protected by either statute or privacy concerns, Defendants will make available for inspection and copying, at a mutually agreeable time and place, all relevant, non-privileged documents, if any, in their possession, responsive to this Request.

7. To the extent they are not included in the ongoing criminal investigation of Defendant Irvil Kapua, please provide for inspection and copying all official and unofficial investigative and/or internal reports, memoranda and notes concerning any and all search warrants involving and/or served upon individuals A.B. and C.D.[1]

**Response:** Subject to and without waiving the foregoing General Objections, pursuant to the Stipulation and Order Governing Confidentiality of Documents filed 6/2/05, and subject to an appropriate redaction of information which is protected by either statute or privacy concerns, Defendants will make available for inspection and copying, at a mutually agreeable time and place, all relevant, non-privileged documents, if any, in their possession, responsive to this Request.

8. Please provide for inspection and copying all insurance coverage information for Defendant County of Kauai.

**Response:** Subject to and without waiving the foregoing General Objections, pursuant to the Stipulation and Order Governing Confidentiality of Documents filed 6/2/05, and subject

---

[1] Please refer ro the Key provided to counsel on February 2, 2005.

116061.1                                  4

to an appropriate redaction of information which is protected by either statute or privacy concerns, Defendants will make available for inspection and copying, at a mutually agreeable time and place, all relevant, non-privileged documents, if any, in their possession, responsive to this Request.

9. Please provide handwriting exemplars for each of the individual Defendants.

**Response: OBJECTION:** The term "handwriting exemplars" is overly broad in the context of this lawsuit and not likely to lead to relevant evidence.

10. Please provide fingerprint exemplars for each of the individual Defendants.

**Response: OBJECTION:** The term "fingerprint exemplars" is overly broad in the context of this lawsuit and not likely to lead to relevant evidence.

11. To the extent they are not included in the ongoing criminal investigation, please provide for inspection and copying all reports, memoranda, emails or documents or any nature regarding any and all complaints made by any person other than Plaintiff for

116061.1                                    5

any reason with respect to the individual Defendants including, but not limited to, reports of use of excessive force or making threats.

**Response:** Subject to and without waiving the foregoing General Objections, pursuant to the Stipulation and Order Governing Confidentiality of Documents filed 6/2/05, and subject to an appropriate redaction of information which is protected by either statute or privacy concerns, Defendants will make available for inspection and copying, at a mutually agreeable time and place, all relevant, non-privileged documents, if any, in their possession, responsive to this Request.

12. Please provide for inspection and copying all documents regarding Plaintiff's transfer to the Vice Unit.

**Response:** Subject to and without waiving the foregoing General Objections, pursuant to the Stipulation and Order Governing Confidentiality of Documents filed 6/2/05, and subject to an appropriate redaction of information which is protected by either statute or privacy concerns, Defendants will make available for inspection and copying, at a mutually agreeable time and place, all relevant, non-privileged documents, if any, in their possession, responsive to this Request.

13. Please provide for inspection and copying all documents regarding the transfer of Plaintiff from the Vice Unit to the Patrol Unit.

**Response:** Subject to and without waiving the foregoing General Objections, pursuant to the Stipulation and Order Governing Confidentiality of Documents filed 6/2/05, and subject to an appropriate redaction of information which is protected by either statute or privacy concerns, Defendants will make available

for inspection and copying, at a mutually agreeable time and place, all relevant, non-privileged documents, if any, in their possession, responsive to this Request.

14. Please provide for inspection and copying all written policies of the Kauai Police Department and the County of Kauai regarding workplace violence.

**Response:** Subject to and without waiving the foregoing General Objections, pursuant to the Stipulation and Order Governing Confidentiality of Documents filed 6/2/05, and subject to an appropriate redaction of information which is protected by either statute or privacy concerns, Defendants will make available for inspection and copying, at a mutually agreeable time and place, all relevant, non-privileged documents, if any, in their possession, responsive to this Request.

15. Please provide for inspection and copying all documents which evidence the alleged negligence by Plaintiff as set forth in your respective Answers to the Complaint.

**Response:** Subject to and without waiving the foregoing General Objections, pursuant to the Stipulation and Order Governing Confidentiality of Documents filed 6/2/05, and subject to an appropriate redaction of information which is protected by either statute or privacy concerns, Defendants will make available for inspection and copying, at a mutually agreeable time and place, all relevant, non-privileged documents, if any, in their possession, responsive to this Request and further note that discovery is on-going.

16. If you have e-mail, software of any other electronic media which contains any information regarding this case, we request you print a hard copy and produce it. We also ask that you maintain said electronic files in their original condition in the event we decide we want to examine them later (e.g., we might request to examine the actual computer hard drive to determine files, file creation dates, etc.).

**Response:** Subject to and without waiving the foregoing General Objections, pursuant to the Stipulation and Order Governing Confidentiality of Documents filed 6/2/05, and subject to an appropriate redaction of information which is protected by either statute or privacy concerns, Defendants will make available for inspection and copying, at a mutually agreeable time and place, all relevant, non-privileged documents, if any, in their possession, responsive to this Request.

DATED: Honolulu, Hawaii, _____SEP 1 9 2005_____.

DAVID J. MINKIN
BECKY T. CHESTNUT
Attorneys for Defendants
K.C. LUM, WILFRED M. IHU,
GORDON ISODA, DEAN PIGAO

116061.1

8