```
              IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF HAWAII

DARLA ABBATIELLO,              )   CIVIL NO. CV04 00562 KSC
                               )
           Plaintiff,          )   CERTIFICATE OF SERVICE
                               )
     vs.                       )
                               )
COUNTY OF KAUAI, KAUAI         )
POLICE DEPARTMENT, K.C. LUM,   )
WILFRED M. IHU, GORDON ISODA,  )
DEAN PIGAO, and IRVIL KAPUA,   )
                               )
           Defendants.         )
                               )
```

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

> MARGERY S. BRONSTER, ESQ.     mbronster@bchlaw.net
> JOHN HOSHIBATA, ESQ.          jhoshibata@bchlaw.net
> Suite 2300 Pauahi Tower
> 1001 Bishop Street
> Honolulu, Hawaii  96813
>
> Attorneys for Plaintiff
>
> DAVID J. MINKIN, ESQ.         minkin@m4law.com
> BECKY T. CHESTNUT, ESQ.       chestnut@m4law.com
> Five Waterfront Plaza, 4th Floor
> 500 Ala Moana Boulevard
> Honolulu, Hawaii  96813
>
> Attorneys for Defendants
> WILFRED M. IHU, GORDON ISODA
> and DEAN PIGAO

MICHAEL J. McGUIGAN, ESQ.          mjm@roplaw.com
Pacific Guardian Center, Makai Tower
733 Bishop Street, 24th Floor
Honolulu, Hawaii  96813

Attorney for Defendant
IRVIL KAPUA

LANI D. H. NAKAZAWA, ESQ.          lnakazawa@kauai.gov
CHRISTIANE L. NAKEA-TRESLER, ESQ.  cntresler@kauai.gov
4444 Rice Street, Suite 220
Lihue, Hawaii  96766

Attorneys for Defendants
COUNTY OF KAUAI and
KAUAI POLICE DEPARTMENT

**Served by First Class Mail:**

DANIEL G. HEMPEY, ESQ.
3175 Elua Street
Lihue, Kauai  96766

Attorney for Plaintiff


DATED:   Honolulu, Hawaii, February 16, 2007.


                              /s/ Cary T. Tanaka
                              CARY T. TANAKA
                              DIANE K. AGOR-OTAKE
                              Attorneys for Defendant
                              K.C. LUM