CHRISTIANE L. NAKEA-TRESLER        4857-0
Office of the County Attorney
4444 Rice Street, Suite 220
Līhu`e, Hawai`i 96766
Telephone: (808) 241-6315
Facsimile: (808) 241-6319
Email: cntresler@kauai.gov

Attorneys for Defendants COUNTY OF KAUA`I
and KAUA`I POLICE DEPARTMENT

McCORRISTON MILLER MUKAI MacKINNON LLP

| | |
|---|---|
| DAVID J. MINKIN | 3639-0 |
| BECKY T. CHESTNUT | 7756-0 |
| KARA M.L. YOUNG | 8411-0 |

Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293
Email: minkin@m4law.com

Attorneys for Defendants COUNTY OF KAUA`I,
KAUA`I POLICE DEPARTMENT, WILFRED M. IHU,
GORDON ISODA and DEAN PIGAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>  Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, | CIVIL NO. CV04 00562 KSC<br><br>DEFENDANTS COUNTY OF KAUA`I, KAUA`I POLICE DEPARTMENT, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION TO AMEND AMENDED SCHEDULING ORDER TO PERMIT FILING OF DISPOSITIVE MOTIONS; |

156035.1

| | |
|---|---|
| GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>                    Defendants. | MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF DAVID J. MINKIN; EXHIBITS "A" - "D"; CERTIFICATE OF SERVICE<br><br>TRIAL:  May 8, 2007 |

### DEFENDANTS COUNTY OF KAUA`I, KAUA`I POLICE DEPARTMENT, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION TO AMEND AMENDED SCHEDULING ORDER TO PERMIT FILING OF DISPOSITIVE MOTIONS

Come now Defendants County of Kaua`i, Kaua`i Police Department, Wilfred M. Ihu, Gordon Isoda and Dean Pigao ("Defendants"), by and through their attorneys, McCorriston Miller Mukai MacKinnon LLP, and hereby respectfully move this Court for an order amending the Amended Rule 16 Scheduling Order filed April 20, 2006, to extend the January 8, 2007 deadline for the parties to file dispositive motions. Specifically, Defendants request that the deadline for filing dispositive motions be extended to permit the filing of Defendant's Motion to Certify a Question to the Hawai`i Supreme Court or, in the Alternative, Entitling Defendants to Judgment on the Pleadings with Respect to Plaintiff's State Constitutional Claims, a copy of which is attached as Exhibit "A."

This Motion is brought pursuant to Rules 7 and 16 of the Federal Rules of Civil Procedure and is based upon the attached Memorandum in Support of Motion, declaration of counsel, exhibits, and the records and files herein.

DATED: Honolulu, Hawai`i, February 20, 2007.

/s/ David J. Minkin
DAVID J. MINKIN
BECKY T. CHESTNUT
KARA M.L. YOUNG

Attorneys for Defendants
COUNTY OF KAUA`I, KAUA`I POLICE DEPARTMENT, WILFRED M. IHU, ISODA and DEAN PIGAO