IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04-00562 KSC |
| | ) | |
| Plaintiff, | ) | DECLARATION OF DAVID J. |
| | ) | MINKIN; EXHIBITS "A" - "D" |
| vs. | ) | |
| | ) | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## DECLARATION OF DAVID J. MINKIN

   1.   I am an attorney with the law firm of McCorriston Miller Mukai MacKinnon LLP, attorneys for Defendants County of Kaua`i, Kaua`i Police Department, Wilfred M. Ihu, Gordon Isoda, and Dean Pigao (collectively "Defendants"). I make this declaration in support of Defendants' Motion to Amend Amended Scheduling Order to Permit Filing of Dispositive Motions ("Motion") filed herewith.

   2.   Attached hereto as Exhibit "A" is a true and correct copy of Defendant's Motion to Certify a Question to the Hawai`i Supreme Court or, in the Alternative, Entitling Defendants to Judgment on the Pleadings with Respect to Plaintiff's State Constitutional Claims.

156035.1

3. Attached hereto as Exhibit "B" is a true and correct copy of the Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment, filed February 7, 2007.

4. Attached hereto as Exhibit "C" is a true and correct copy of the Transcript of Proceedings before the Honorable Susan Oki Mollway, United States District Judge, of February 6, 2007 on Defendants' Motion for Summary Judgment or, in the Alternative, Dismissal; Joinders in this matter.

5. Atached hereto as Exhibit "D" is a true and correct copy of a December 1, 2006, email transmission from John Hoshibata, Esq. to David J. Minkin, Esq. confirming extension of due date for Plaintiff's economist's report.

I declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawai`i, February 20, 2007.

/s/ David J. Minkin<br>
DAVID J. MINKIN