## David J. Minkin

**From:** John Hoshibata [jhoshibata@bchlaw.net]
**Sent:** Friday, December 01, 2006 4:42 PM
**To:** David J. Minkin
**Subject:** Abbatiello case: County's overtime records

David: This will serve to memorialize our agreement. You called me at about 4:17 pm this afternoon, Friday, to advise me that you had a 2-1/2 inch thick stack of overtime records (which were to have been produced at the 30-b-6 deposition) ready to be delivered to me. We had a discussion which led to an agreement that – because of the County's delay in getting these records together – our economist's report would be due on Friday, December 8, rather than Wednesday, December 6. When I have time, later today or Monday, I will give you a letter, copied to all counsel, so that there is no confusion over this. John.


John Hoshibata
Bronster Crabtree & Hoshibata
1001 Bishop Street
2300 Pauahi Tower
Honolulu, Hawaii 96813
phone: (808) 524-5644
fax:     (808) 599-1881
e-mail: jhoshibata@bchlaw.net

CONFIDENTIAL COMMUNICATION: This e-mail message and any attachments are intended for the use of a particular person or addressee, and may contain information that is privileged and confidential. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you receive this e-mail in error, please immediately notify the sender by replying to this e-mail message or by telephone, delete this e-mail from your computer, and destroy any printed copies. Thank you.

TAX ADVICE: Under applicable Treasury Regulations, we are required to inform you that any advice contained in this e-mail or any attachment hereto is not intended or written to be used, and cannot be used, to avoid penalties imposed under the Internal Revenue Code.