REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

MICHAEL J. McGUIGAN    2433-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii  96813
Telephone:  (808) 524-8350
Facsimile:   (808) 531-8628
E-mail:  mjm@roplaw.com

*Attorney for Defendant*
*IRVIL KAPUA*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>            Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>            Defendants. | CIVIL NO. CV04-00562 SOM/BMK<br><br>DEFENDANT IRVIL KAPUA'S MOTION TO AMEND RULE 16 SCHEDULING ORDER FILED APRIL 20, 2006; DECLARATION OF MICHAEL J. MCGUIGAN; EXHIBITS "1" – "2"; CERTIFICATE OF SERVICE<br><br>Hearing:<br>Date:      February 23, 2007<br>Time:      9:00<br>Magistrate Judge Kevin S.C. Chang<br><br>TRIAL DATE:  JUNE 5, 2007 |

## DEFENDANT IRVIL KAPUA'S MOTION TO AMEND RULE 16 SCHEDULING ORDER FILED APRIL 20, 2006

Comes Now Defendant IRVIL KAPUA ("Defendant Kapua"), by and through his attorneys, Reinwald O'Connor & Playdon, and hereby moves this Honorable Court for an Order Amending the Amended Rule 16 Scheduling Order in the above referenced case.

This Motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure and L.R. 7.2 for the United States District Court for the District of Hawaii. This Motion is based upon the Declaration of Michael J. McGuigan, the Exhibits attached hereto as well as the record and file in this case.

DATED: Honolulu, Hawaii, February 20, 2007.

_____
MICHAEL J. McGUIGAN
*Attorney for Defendant*
*IRVIL KAPUA*