IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>Defendants. | CIVIL NO. CV04-00562 SOM/BMK<br><br>AFFIDAVIT OF MICHAEL J. MCGUIGAN; EXHIBIT "1"-"2" |

## DECLARATION OF MICHAEL J. MCGUIGAN

I Michael J. McGuigan, under penalty of perjury do declare and say:

1. That I am an attorney duly licensed to practice law in the State of Hawaii;

2. That I am a partner of the law firm Reinwald O'Connor & Playdon LLP, the attorney who represents Defendant Irvil Kapua herein.

3. That I make this declaration based upon my own personal knowledge, and I am competent to testify to the matters contained herein.

4. Attached hereto as Exhibit "1" is a true and correct of copy of the electronic filing of the Court's Status Conference held on

February 16, 2007. David Minkin, Esq., attorney for Defendants WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO was directed to file a Motion to Amend the Scheduling Conference Order and with no objection to shortening the time, the Motion is to be held on February 23, 2007 at 9:00 a.m. before the Honorable Kevin S.C. Chang with any opposition due on February 22, 2007.

      5. Attached hereto as Exhibit "2" is a true and correct copy of the Amended Rule 16 Scheduling Order filed on April 20, 2006.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: Honolulu, Hawaii, February 20, 2007.

_____
MICHAEL J. MCGUIGAN