## Kim Kauhane

**From:** Michael J. McGuigan
**Sent:** Friday, February 16, 2007 3:35 PM
**To:** Kim Kauhane
**Subject:** FW: Activity in Case 1:04-cv-00562-KSC Abbatiello v. County of Kauai, et al Status Conference


-----Original Message-----
**From:** hid_resp@hid.uscourts.gov [mailto:hid_resp@hid.uscourts.gov]
**Sent:** Friday, February 16, 2007 3:31 PM
**To:** hawaii_cmecf@hid.uscourts.gov
**Subject:** Activity in Case 1:04-cv-00562-KSC Abbatiello v. County of Kauai, et al Status Conference

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Hawaii - CM/ECF V3.03 12/2006

## Notice of Electronic Filing

The following transaction was entered on 2/16/2007 at 3:30 PM HST and filed on 2/16/2007
**Case Name:**        Abbatiello v. County of Kauai, et al
**Case Number:**        1:04-cv-562
**Filer:**
**Document Number:** 228


**Docket Text:**
EP: Status Conference held on 2/16/2007. Parties have consented to Judge Chang. Discussion held.Jury Selection/Trial set 5/8/07 before Judge Mollway shall be continued to 6/5/07 before Judge Chang. Jury Selection only shall take place at 9:00am on 6/5/07 with opening statements and first witness to be called on 6/6/07 at 8:30am. Final Pretrial Conference set 3/28/07 before Judge Kurren shall be continued to 4/20/07 at 9:00am before Judge Chang. The Court will not issue an Amended Rule 16 Scheduling Conference Order at this time subject to Mr. Minkin filing a Motion to Amend Scheduling Order.Plaintiff to submit a list of treatment/medical providers to defense counsel by close of business on 2/21/07. Defendants to subpoena by 2/23/07. Production to take place on 3/2/07. Plaintiff to review by 3/7/07. Redacted documents to be produced by close of business on 3/9/07.Further Status Conference set 3/14/07 at 10:00am before Judge Chang to address redaction/scheduling issues and oral depositions that counsel intend to take. Counsel advised the Court that they have agreed to 25 depositions including records deposition. The Court set a Discovery cut off deadline of 4/30/07. Mr. Minkin to file a Motion to Amend Scheduling Order by 2/20/07. Counsel have no objection with shortening the time and said motion will be held on 2/23/07 at 9:00am before Judge Chang with any opposition due 2/22/07.Plaintiffs Motion to Preclude Oral Deposition of Defendant K.C. Lum [218] set 2/21/07 before Judge Kurren shall be moved to 2/23/07 at 9:00am before Judge Chang.Defendant K.C. Lums Motion for Summary Judgment, and Defendants County of Kauai, etc. Joinder in Defendant K.C. Lums Motion for Summary

2/20/2007

EXHIBIT "_1_" 

Judgment set 2/20/07 before Judge Mollway is taken off calendar and will be reset.The resetting of the Settlement Conference that was set for 3/5/07 before Judge Kurren will be addressed on 2/23/07. Counsel to discuss whether Judge Kurren will continue as the settlem ent judge.( C5 - no record, 9:10-9:35am.) (Judge KEVIN S.C. ! CHANG )( sna, )

**1:04-cv-562 Notice has been electronically mailed to:**
Cary T. Tanaka carytanaka@aol.com, jillmiyagi@aol.com
Milton S. Tani info@triallawhawaii.com
John T. Hoshibata jhoshibata@bchlaw.net, lori@bchlaw.net
Jonathan L. Ortiz jortiz@lava.net, jcachero@lava.net
Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net
Kevin P.H. Sumida ksumida@sthawaii.com
Michael J. McGuigan mjm@roplaw.com, kim@roplaw.com
David J. Minkin (Terminated) minkin@m4law.com, saguibo@m4law.com
Lisa W. Cataldo cataldo@m4law.com
Wade J. Katano wkatano@lava.net
Allison M. Fujita ortizlaw@lava.net, afujita@lava.net, dching@lava.net, jcachero@lava.net
Lani D.H. Nakazawa Lnakazawa@kauai.gov, ahiranaka@kauai.gov, bmontemayor@kauai.gov, sikehara@kauai.gov
Jeannette H. Castagnetti jcastagnetti@bchlaw.net, jennifer@bchlaw.net
Diane K. Agor-Otake dka@hawaii.rr.com
Becky T. Chestnut chestnut@m4law.com
Christiane L. Nakea-Tresler cntresler@kauai.gov, ahiranaka@kauai.gov

**1:04-cv-562 Notice will not be electronically mailed to:**

Daniel G. Hempey
3175 Elua St
Lihue, HI 96766

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/16/2007] [FileNumber=232823-0]
[243116d38dd8ea0ce9510aa68bccf21b6b2b8053498f59046dba82ea10ea96389da9
be04a9f8bcb6ea05d454dabde73f10c38304cb35013a1b1368f182dbc873]]

2/20/2007

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/16/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CV04-00562SOM-BMK

CASE NAME:    Darla Abatiello v. County of Kauai, et al.

ATTYS FOR PLA:    John Hoshibata
Margery Bronster

ATTYS FOR DEFT:    David Minkin
Michael McGuigan
Cary Tanaka

INTERPRETER:

---

JUDGE:   Kevin S. C. Chang        REPORTER:    C5 - no record

DATE:    02/16/2007              TIME:        9:10-9:35am

---

COURT ACTION:  EP: Status Conference.  Parties have consented to Judge Chang.
Discussion held.

Jury Selection/Trial set 5/8/07 before Judge Mollway shall be continued to 6/5/07 before
Judge Chang.  Jury Selection only shall take place at 9:00am on 6/5/07 with opening
statements and first witness to be called on 6/6/07 at 8:30am.  Final Pretrial Conference
set 3/28/07 before Judge Kurren shall be continued to 4/20/07 at 9:00am before Judge
Chang.  The Court will not issue an Amended Rule 16 Scheduling Conference Order at
this time subject to Mr. Minkin filing a Motion to Amend Scheduling Order.

Plaintiff to submit a list of treatment/medical providers to defense counsel by close of
business on 2/21/07.  Defendants to subpoena by 2/23/07.  Production to take place on
3/2/07.  Plaintiff to review by 3/7/07.  Redacted documents to be produced by close of
business on 3/9/07.

Further Status Conference set 3/14/07 at 10:00am before Judge Chang to address
redaction/scheduling issues and oral depositions that counsel intend to take.  Counsel
advised the Court that they have agreed to 25 depositions including records deposition.

The Court set a Discovery cut off deadline of 4/30/07

Mr. Minkin to file a Motion to Amend Scheduling Order by 2/20/07. Counsel have no objection with shortening the time and said motion will be held on 2/23/07 at 9:00am before Judge Chang with any opposition due 2/22/07.

Plaintiff's Motion to Preclude Oral Deposition of Defendant K.C. Lum [218] set 2/21/07 before Judge Kurren shall be moved to 2/23/07 at 9:00am before Judge Chang.

Defendant K.C. Lum's Motion for Summary Judgment, and Defendants County of Kauai, etc. Joinder in Defendant K.C. Lum's Motion for Summary Judgment set 2/20/07 before Judge Mollway is taken off calendar and will be reset.

The resetting of the Settlement Conference that was set for 3/5/07 before Judge Kurren will be addressed on 2/23/07. Counsel to discuss whether Judge Kurren will continue as the settlement judge.

Submitted by: Shari Afuso, Courtroom Manager