IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>Defendants. | CIVIL NO. CV04-00562 SOM/BMK<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion will be served on the following parties by means indicated below on the February 20, 2007.

| | |
|---|---|
| DANIEL G. HEMPEY, ESQ.<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Lihue, Kauai, Hawaii  96766 | U.S. MAILED |

and

| | |
|---|---|
| MARGERY S. BRONSTER, ESQ.<br>JEFF CRABTREE, ESQ.<br>2300 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawaii  96813<br>*Attorneys for Plaintiff* | ELECTRONICALLY VIA CM/EFC |

| | |
|---|---|
| DAVID J. MINKIN, ESQ.<br>McCorriston Miller Mukai MacKinnon<br>P. O. Box 2800<br>Honolulu, Hawaii 96803<br> Attorney for Defendants<br> WILFRED M. IHU, GORDON ISODA<br> AND DEAN PIGAO | ELECTRONICALLY VIA<br>CM/EFC |
| CARY T. TANAKA, ESQ.<br>DIANE K. AGOR-OTAKE, ESQ.<br>Suite 510 Fort Street Tower<br>745 Fort Street<br>Honolulu, Hawaii 96813<br> Attorneys for Defendant<br> K.C. LUM | ELECTRONICALLY VIA<br>CM/EFC |
| LANI D.H. NAKAZAWA, ESQ.<br>CHRISTIANE L. NAKEA-TRESLER, ESQ.<br>Office of the County Attorney<br>4444 Rice Street, Suite 220<br>Lihue, Kauai, Hawaii 96766<br> Attorneys for Defendants<br> COUNTY OF KAUAI AND<br> KAUAI POLICE DEPARTMENT | ELECTRONICALLY VIA<br>CM/EFC |

DATED: Honolulu, Hawaii, February 20, 2007.

_____
MICHAEL J. McGUIGAN
*Attorney for Defendant*
*IRVIL KAPUA*