REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

MICHAEL J. McGUIGAN        2433-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii  96813
Telephone:  (808) 524-8350
Facsimile:   (808) 531-8628
E-mail:  mjm@roplaw.com

*Attorney for Defendant*
*IRVIL KAPUA*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>              Plaintiff,<br><br>     vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>              Defendants. | CIVIL NO. CV04-00562 SOM/BMK<br><br>WITHDRAWAL OF DEFENDANT IRVIL KAPUA'S STATEMENT OF NO OPPOSITION TO DEFENDANT K.C. LUM'S MOTION FOR SUMMARY JUDGMENT FILED ON JANUARY 4, 2007; CERTIFICATE OF SERVICE<br><br>Old Hearing Date:<br>Date:    February 23, 2007<br>Time:    11:00 a.m.<br>Judge:   Susan Oki Mollway<br><br>New Hearing Date:<br>Date:    To Be Determined<br>Time:    To Be Determined<br>Magistrate Judge Kevin S.C. Chang<br><br>Trial Date:  June 5, 2007 |

WITHDRAWAL OF DEFENDANT IRVIL KAPUA'S
STATEMENT OF NO OPPOSITION TO DEFENDANT K.C. LUM'S
MOTION FOR SUMMARY JUDGMENT FILED ON JANUARY 4, 2007

DEFENDANT IRVIL KAPUA, by and through his attorneys Reinwald

O'Connor & Playdon, hereby withdraws his Statement of No Opposition to

Defendant K.C. Lum's Motion for Summary Judgment Filed on January 4, 2007.

The hearing for Defendant K.C. Lum's Motion for Summary Judgment was taken

off calendar and will be rescheduled at a later date before Magistrate Judge Kevin

S.C. Chang.

DATED:  Honolulu, Hawaii, February 21, 2007.

_____
MICHAEL J. McGUIGAN
*Attorney for Defendant*
*IRVIL KAPUA*

177202/SKS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | CIVIL NO. CV04-00562 SOM/BMK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | |
| Defendants. | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on the following parties at their last known addresses by means indicated below.

DANIEL G. HEMPEY, ESQ.                                     U.S. MAIL
Law Office of Daniel G. Hempey
3175 Elua Street
Lihue, Kauai, Hawaii  96766

and

MARGERY S. BRONSTER, ESQ.                      ELECTRONICALLY
JEFF CRABTREE, ESQ.                                       VIA CM/ECF
Bronster Crabtree & Hoshibata
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
*Attorneys for Plaintiff*

177202/SKS

DAVID J. MINKIN, ESQ.                          ELECTRONICALLY
McCorriston Miller Mukai MacKinnon              VIA CM/ECF
P. O. Box 2800
Honolulu, Hawaii  96803
 Attorney for Defendants
 WILFRED M. IHU, GORDON ISODA
 AND DEAN PIGAO


CARY T. TANAKA, ESQ.                           ELECTRONICALLY
745 Fort Street, Suite 510                      VIA CM/ECF
Honolulu, Hawaii  96813
 Attorney for Defendant
 K.C. LUM


CHRISTIANE L. NAKEA-TRESLER, ESQ.
Office of the County Attorney
4444 Rice Street, Suite 220                    ELECTRONICALLY
Lihue, Kauai, Hawaii  96766                     VIA CM/ECF
 Attorney for Defendants
 COUNTY OF KAUAI AND
 KAUAI POLICE DEPARTMENT

DATED:  Honolulu, Hawaii, February 21, 2007.


_____
MICHAEL J. McGUIGAN
 *Attorney for Defendant*
 *IRVIL KAPUA*