REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

MICHAEL J. McGUIGAN     2433-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
Telephone: (808) 524-8350
Facsimile: (808) 531-8628
E-mail: mjm@roplaw.com

*Attorney for Defendant*
*IRVIL KAPUA*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| DARLA ABBATIELLO, | CIVIL NO. CV04-00562 SOM/BMK |
|---|---|
| Plaintiff, | Defendant Irvil Kapua's Joinder To Defendant K.C. Lum's Motion For Summary Judgment Filed On January 4, 2007; Certificate Of Service |
| vs. | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | Old Hearing Date:<br>Date: February 23, 2007<br>Time: 11:00 a.m.<br>Judge: Susan Oki Mollway |
| Defendants. | New Hearing Date:<br>Date: To Be Determined<br>Time: To Be Determined<br>Magistrate Judge Kevin S.C. Chang |
| | Trial Date: June 5, 2007 |

### DEFENDANT IRVIL KAPUA'S JOINDER TO DEFENDANT K.C. LUM'S MOTION FOR SUMMARY JUDGMENT FILED ON JANUARY 4, 2007

COMES NOW, DEFENDANT IRVIL KAPUA, by and through his attorneys Reinwald O'Connor & Playdon, hereby joins in Defendant K.C. Lum's Motion for Summary Judgment Filed on January 4, 2007, and for reasons set forth in the Memorandum in Support of the Motion, seeks summary judgment on all claims brought against Defendant IRVIL KAPUA in the above referenced case.

The hearing for Defendant K.C. Lum's Motion for Summary Judgment was taken off calendar and will be rescheduled at a later date before Magistrate Judge Kevin S.C. Chang.

DATED: Honolulu, Hawaii, February 21, 2007.

_____
MICHAEL J. McGUIGAN
*Attorney for Defendant*
*IRVIL KAPUA*

177202/SKS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>        Defendants. | CIVIL NO. CV04-00562 SOM/BMK<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing document was served on the following parties at their last known addresses by means indicated below.

| | |
|---|---|
| DANIEL G. HEMPEY, ESQ.<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Lihue, Kauai, Hawaii  96766 | U.S. MAIL |

and

| | |
|---|---|
| MARGERY S. BRONSTER, ESQ.<br>JEFF CRABTREE, ESQ.<br>Bronster Crabtree & Hoshibata<br>2300 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawaii  96813<br>*Attorneys for Plaintiff* | ELECTRONICALLY<br>VIA CM/ECF |

177202/SKS

| | |
|---|---|
| DAVID J. MINKIN, ESQ.<br>McCorriston Miller Mukai MacKinnon<br>P. O. Box 2800<br>Honolulu, Hawaii 96803<br> Attorney for Defendants<br> WILFRED M. IHU, GORDON ISODA<br> AND DEAN PIGAO | ELECTRONICALLY<br>VIA CM/ECF |
| CARY T. TANAKA, ESQ.<br>745 Fort Street, Suite 510<br>Honolulu, Hawaii 96813<br> Attorney for Defendant<br> K.C. LUM | ELECTRONICALLY<br>VIA CM/ECF |
| CHRISTIANE L. NAKEA-TRESLER, ESQ.<br>Office of the County Attorney<br>4444 Rice Street, Suite 220<br>Lihue, Kauai, Hawaii 96766<br> Attorney for Defendants<br> COUNTY OF KAUAI AND<br> KAUAI POLICE DEPARTMENT | ELECTRONICALLY<br>VIA CM/ECF |

DATED: Honolulu, Hawaii, February 21, 2007.

_____
MICHAEL J. McGUIGAN
*Attorney for Defendant*
*IRVIL KAPUA*

177202/SKS