IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
|               Plaintiff, | ) DECLARATION OF JOHN |
| vs. | ) HOSHIBATA |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) |
|               Defendants. | ) |

## **DECLARATION OF JOHN HOSHIBATA**

I, JOHN HOSHIBATA, under penalty of perjury, state as follows:

1. I am an attorney with the law firm Bronster Crabtree & Hoshibata ("BCH") and I am duly licensed to practice in the State of Hawaii.

2. I am one of the attorneys representing Plaintiff Darla Abbatiello. I submit this declaration based on personal knowledge of the facts and circumstances declared herein. I am competent to make this declaration.

3. BCH has spent a significant amount of time in research, writing and preparing Plaintiff's Motion to Preclude Oral Deposition of Defendant K.C. Lum and the subsequent reply in support of the motion.

4. BCH is prepared to file a detailed statement of attorneys' fees and

costs should Plaintiff's Motion to Preclude Oral Deposition of Defendant K. C. Lum be granted.

I declare under penalty of perjury that the foregoing statements are true and correct.

DATED: Honolulu, Hawaii, February 22, 2007.

                                               /s/ John Hoshibata
                                               JOHN HOSHIBATA