LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY          7535
3175 Elua Street, Suite C
Lihue, Hawaii 96766
Telephone No. (808) 632-0000
Facsimile No. (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER             4750
JOHN HOSHIBATA                  3141
JEANNETTE HOLMES CASTAGNETTI    7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 524-5644
Facsimile No. (808)599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, ) | CIVIL NO. CV04 00562 SOM BMK |
| ) | |
| Plaintiff, ) | PLAINTIFF'S MEMORANDUM IN |
| ) | OPPOSITION TO DEFENDANT |
| vs. ) | IRVIL KAPUA'S MOTION TO |
| ) | AMEND RULE 16 SCHEDULING |
| COUNTY OF KAUAI, KAUAI ) | ORDER FILED APRIL 20, 2006, |
| POLICE DEPARTMENT, K.C. LUM, ) | FILED ON FEBRUARY 20, 2007; |
| WILFRED M. IHU, GORDON ) | CERTIFICATE OF SERVICE |
| ISODA, DEAN PIGAO, IRVIL ) | |
| KAPUA, ) | |

|                          |   |                                         |
|--------------------------|---|-----------------------------------------|
| Defendants.              | ) | Date:  February 23, 2007                |
|                          | ) | Time:  9:00 a.m.                        |
|                          | ) | Magistrate Judge: Kevin S.C. Chang      |
|                          | ) |                                         |
| _____  | ) | Trial Date: June 5, 2007                |

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT IRVIL KAPUA'S MOTION TO AMEND RULE 16 SCHEDULING ORDER FILED APRIL 20, 2006, FILED ON FEBRUARY 20, 2007**

Plaintiff Darla Abbatiello ("Plaintiff"), by and through her attorneys Bronster Crabtree & Hoshibata and the Law Office of Daniel Hempey, files this Memorandum in Opposition to Defendant Irvil Kapua's Motion to Amend Rule 16 Scheduling Order Filed April 20, 2006, filed herein on February 22, 2007.

Plaintiff's memorandum in opposition is brought pursuant to Local Rules 7.4 and 7.5 and is based upon the records and files of this case.

I.   INTRODUCTION

This Court directed David Minkin, Esq. to file a Motion to Amend the Scheduling Conference Order as a result of the transfer of this case from Judge Susan Oki Mollway to Magistrate Judge Kevin S.C. Chang. The Motion is scheduled to be heard on February 23, 2007.

Michael J. McGuigan, counsel for Defendant Irvil Kapua, filed a Declaration on February 20, 2007, which was not substantive and did not propose any scheduling changes. It only appended the current scheduling order, and it is our position that the hearing was meant for and should concern only deadlines for

2

pending and future filings and conferences so as to be consistent with the new trial date of June 5, 2007.

II.  PROCEDURAL BACKGROUND

On September 14, 2004, Plaintiff filed a complaint against the County of Kauai, Kauai Police Department, K.C. Lum, Wilfred M. Ihu, Gordon Isoda, Dean Pigao, and Irvil Kapua.  The original Rule 16 scheduling order was filed on February 11, 2005.  An amended scheduling order was filed on September 28, 2005.  Plaintiff moved to amend the complaint on March 3, 2006.  The motion was granted and the First Amended Complaint was filed on April 21, 2006.  Further, Plaintiff moved to modify the amended scheduling order which motion was granted.  The [second] amended scheduling order was filed on April 20, 2006.  Thereafter, during a status conference before Magistrate Judge Kevin S.C. Chang on February 16, 2007, the trial date was moved from May 8, 2007 before Judge Mollway, to June 5, 2007 before Judge Chang.

Plaintiff believes that the amendment of the Rule 16 scheduling order is to set deadlines for pending and future filings and conferences so as to be consistent with the new trial date of June 5, 2007.  Plaintiff believes that deadlines already passed were <u>not</u> meant to be included in a new scheduling order.

III.  ARGUMENT

Plaintiff agrees that the pending and future pre-trial deadlines should be reset

in accordance with the new trial date of June 5, 2007. However, Plaintiff opposes any attempt to resurrect any and all deadlines which have already passed, including but not limited to the deadline for the filing of dispositive motions, which is the subject of the County's and KPD's improper and untimely motion to "amend amended scheduling order to permit filing of dispositive motions", filed on February 20, 2007. Plaintiff's opposition to that motion is being filed concurrently with this memorandum.

IV.   CONCLUSION

Plaintiff believes that an amendment of <u>pending and future</u> deadlines is appropriate because of the transfer of this case to Magistrate Judge Chang. However, any scheduling changes should be strictly limited to those deadlines, and not deadlines which have already passed and expired.

DATED:  Honolulu, Hawaii, February 22, 2007.

    /s/ John Hoshibata
DANIEL G. HEMPEY
MARGERY S. BRONSTER
JOHN T. HOSHIBATA
JEANNETTE HOLMES CASTAGNETTI
Attorneys for Plaintiff
DARLA ABBATIELLO