IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>        Defendants. | CIVIL NO. CV04-00562 SOM/BMK<br><br>DECLARATION OF MICHAEL J. MCGUIGAN; EXHIBITS "A"-"E" |

### DECLARATION OF MICHAEL J. MCGUIGAN

I Michael J. McGuigan, under penalty of perjury do declare and say:

    1.    That I am an attorney duly licensed to practice law in the State of Hawaii;

    2.    That I am a partner of the law firm Reinwald O'Connor & Playdon LLP, the attorney who represents Defendant Irvil Kapua herein.

    3.    That I make this declaration based upon my own personal knowledge, and I am competent to testify to the matters contained herein.

    4.    Attached hereto as Exhibit "A" is a true and correct copy of the Plaintiff's First Amended Complaint filed on April 21, 2006.

5. Attached hereto as Exhibit "B" is true and correct excerpt of Wilfred Ihu's Deposition taken on October 14, 2006 at page 24, lines 5-20.

6. Attached hereto as Exhibit "C" is a true and correct excerpt of Alejandro Quibilan's Deposition taken on November 6, 2006 at page 82, lines 5-22.

7. Attached hereto as Exhibit "D" is a true and correct excerpt of Alejandro Quibilan's Deposition taken on November 6, 2006 at page 104, lines 6-12.

8. Attached hereto as Exhibit "E" is a true and correct excerpt of Dean Pigao's Deposition taken on October 13, 2006 at page 35, lines 3-5.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: Honolulu, Hawaii, _____FEB 2 2 2007_____.

_____
MICHAEL J. MCGUIGAN