```
 1              IN THE UNITED STATES DISTRICT COURT

 2                       STATE OF HAWAII

 3

 4   DARLA ABBATIELLO,              ) CIVIL NO. CV04 00562 SOM BMK

 5              Plaintiff,          )

 6        vs.                       )

 7   COUNTY OF KAUAI; KAUAI POLICE  )

 8   DEPARTMENT; K.C. LUM,          )

 9   WILFRED M. IHU; GORDON ISODA;  ) Trial Date:   May 8, 2007

10   DEAN PIGAO; IRVIL KAPUA,       ) Time:         9:00 a.m.

11              Defendants.         ) Trial Judge:  Susan O.

12                                  )               Mollway

13

14                 DEPOSITION OF WILFRED IHU

15   Taken on behalf of PLAINTIFF DARLA ABBATIELLO, at the offices of

16   Ralph Rosenberg Court Reporters, Inc., Lihu`e Plantation Bldg.,

17   2970 Kele Street, Ste. 207, Lihu`e, Hawai`i 96766, commencing at

18   9:31 a.m., on Saturday, October 14, 2006, pursuant to second

19   amended notice.

20

21   BEFORE:   JOY C. TAHARA, RPR, CSR 408

22             Notary Public, State of Hawai`i

23

24

25                      EXHIBIT 10
```

```
10:04:14   1    far.
10:04:16   2              MR. HEMPEY:  That's a good point, David.  Thank you
10:04:18   3    very much.
10:04:22   4         Q.   Let me rephrase that question then.  Let's back up.
10:04:26   5    When Darla reported to you Irvil yelling the expletive in the
10:04:30   6    restaurant, did you garner from that that he had yelled fuck at
10:04:40   7    her?
10:04:40   8         A.   No.
10:04:40   9         Q.   No?
10:04:42  10         A.   No.  He let out an expletive as she walked in.  She
10:04:48  11    did not say it was directed specifically at her or he just
10:04:54  12    letting out an expletive.
10:04:56  13         Q.   So as far as the report you received, you couldn't
    :58   14    tell whether it was he yelled fuck because Darla walked in the
10:05:02  15    room or he had Tourette's syndrome and just screamed fuck
10:05:06  16    randomly?
10:05:08  17         A.   My point is that based on her statement to me, it was
10:05:12  18    not directed at her.  Like he did not go up to her and say fuck
10:05:16  19    you to her.  He let out an expletive.  It could be because Darla
10:05:22  20    walked into the restaurant, sure.
10:05:24  21         Q.   Was that the implication?
10:05:28  22         A.   Yes.
10:05:36  23         Q.   If what Darla Abbatiello, taken a face value, told you
10:05:42  24    was true, would Irvil's conduct in saying fuck in the restaurant
10:05:46  25    violate any KPD policy or SOP?  And that's standard operating
```