IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

---

DARLA ABBATIELLO,                          )
                                           )
       Plaintiff,                          )
                                           )  Civil No. CV04
    v.                                     )  00562 SOM BMK
                                           )
COUNTY OF KAUAI, KAUAI POLICE              )
DEPARTMENT, K.C. LUM, WILFRED M.           )
IHU, GORDON ISODA, DEAN PIGAO,             )
IRVIL KAPUA,                               )
                                           )
       Defendant.                          )
                                           )

---

DEPOSITION OF ALEJANDRO QUIBILAN

Taken on behalf of the Plaintiff, at Hale & Goldberg, Lihue Plantation Building, 2970 Kele Street, Suite 210, Lihue, Kauai, HI 96766-1803, commencing at 12:56 p.m., on Monday, November 6, 2006, pursuant to Notice.

BEFORE:    SANDRA J. GRAN, CSR NO. 424 (Telephonically)
           Registered Professional Reporter

                         -oOo-

EXHIBIT C

RALPH ROSENBERG COURT REPORTERS, INC.
(808) 524-2090

1        A.    Correct.

2        Q.    You turn and look and you see Irvil and his wife;
3  is that correct?

4        A.    No.

5        Q.    Who did you see?

6        A.    I didn't see -- They were behind a partition that
7  was fairly high.  They were already seated, so I couldn't see
8  over it.  But it came in their direction, the sound came from
9  their direction, and I recognized the voice.

10       Q.    So the profanity that was uttered, you didn't see
11 it being uttered, you just heard it being uttered; is that
12 correct?

13       A.    Yes.

14       Q.    By the time you looked over to where it was being
15 uttered from, you could not see Irvil or his wife because
16 there was a partition separating you from them; is that
17 correct?

18       A.    Yes.

19       Q.    As you sit here today, you have no direct
20 knowledge that the profanity was actually uttered towards
21 you, Darla Abbatiello or even Mrs. Kapua; is that correct?

22       A.    That's correct.

23       Q.    As a superior officer, if you had an understanding
24 that some sort of misconduct was being done in your presence,
25 you would have had to do something about it; is that true?