1     IN THE UNITED STATES DISTRICT COURT

2         FOR THE DISTRICT OF HAWAII

3

4

5     ------------------------------------

      DARLA ABBATIELLO,                     )

6                                           )

              Plaintiff,                    )

7                                           ) Civil No. CV04

          v.                                ) 00562 SOM BMK

8                                           )

      COUNTY OF KAUAI, KAUAI POLICE         )

9     DEPARTMENT, K.C. LUM, WILFRED M.      )

      IHU, GORDON ISODA, DEAN PIGAO,        )

10    IRVIL KAPUA,                          )

                                            )

11            Defendant.                    )

                                            )

12    ------------------------------------

13

14         DEPOSITION OF ALEJANDRO QUIBILAN

15    Taken on behalf of the Plaintiff, at Hale & Goldberg, Lihue

16    Plantation Building, 2970 Kele Street, Suite 210, Lihue,

17    Kauai, HI  96766-1803, commencing at 12:56 p.m., on Monday,

18    November 6, 2006, pursuant to Notice.

19

20    BEFORE:    SANDRA J. GRAN, CSR NO. 424 (Telephonically)

21               Registered Professional Reporter

22                         -o0o-

23

24

25                    EXHIBIT D

Alejandro Quibilan

1       Q.    So you were eating your meal?

2       A.    Yes.

3       Q.    And were you sitting together or across from one

4    another?

5       A.    We were across from one another.

6       Q.    When Irvil and his wife came in, they sat at a

7    table where from yours?

8       A.    There was a partition separating the dining area.

9    We were closer -- We sat closer to the -- I guess to the

10   buffet line where people pick up their food.  They went to

11   the other end of the building where the partition separated

12   Irvil and his wife from Officer Abbatiello and myself.

13      Q.    So you didn't actually see them come in, though,

14   did you?

15      A.    Yes, I did.

16      Q.    Oh, you did?

17      A.    Yes.  They -- From the buffet line we went into

18   the dining area.  We sat at the table closest to the buffet

19   line.  They -- I didn't -- I'm not sure if I saw them walk

20   in, but when I looked up, they had their trays and walked --

21   they had to walk by our table to get to the other tables on

22   the other side of the partition.  And there was only one way

23   to get there and that was to walk right by us.

24            Darla's back was to the walkway, so she didn't

25   see -- I don't believe she saw them walking in.  And I was