```
 1              IN THE UNITED STATES DISTRICT COURT

 2                        STATE OF HAWAII

 3

 4   DARLA ABBATIELLO,             ) CIVIL NO. CV04 00562 SOM BMK

 5            Plaintiff,           )

 6        vs.                      )

 7   COUNTY OF KAUAI; KAUAI POLICE )

 8   DEPARTMENT; K.C. LUM,         )

 9   WILFRED M. IHU; GORDON ISODA; ) Trial Date:  May 8, 2007

10   DEAN PIGAO; IRVIL KAPUA,      ) Time:        9:00 a.m.

11            Defendants.          ) Trial Judge: Susan O.

12                                 )              Mollway

13

14                  DEPOSITION OF DEAN PIGAO

15   Taken on behalf of PLAINTIFF DARLA ABBATIELLO, at the offices of

16   Ralph Rosenberg Court Reporters, Inc., Lihu`e Plantation Bldg.,

17   2970 Kele Street, Ste. 207, Lihu`e, Hawai`i 96766, commencing at

18   1:38 p.m., on Friday, October 13, 2006, pursuant to second

19   amended notice.

20

21   BEFORE:   JOY C. TAHARA, RPR, CSR 408

22             Notary Public, State of Hawai`i

23

24

25                    EXHIBIT E
```

| | | |
|---|---|---|
| 14:33:36 | 1 | that person? |
| 14:33:38 | 2 | A.   No. |
| 14:33:38 | 3 | Q.   Have you ever heard Ofr. Kapua swear at anybody within |
| 14:33:44 | 4 | the KPD building? |
| 14:33:46 | 5 | A.   I can't remember, but maybe.  We all do. |
| 14:34:02 | 6 | Q.   Have you ever heard about an incident where Ofr. Kapua |
| 14:34:04 | 7 | swore at Darla in a crowded restaurant while in uniform? |
| 14:34:10 | 8 | MR. McGUIGAN:  Objection.  Lacks foundation. |
| 14:34:12 | 9 | A.   I heard about it. |
| 14:34:14 | 10 | Q.   How did you hear about it, or who told you about it? |
| 14:34:16 | 11 | A.   He told me about it. |
| 14:34:18 | 12 | Q.   What did he tell you? |
| 14:34:20 | 13 | A.   He said he was -- he had told me that it was alleged |
| 14:34:24 | 14 | that he swore at Ofr. Abbatiello in a restaurant, and he said he |
| 14:34:30 | 15 | didn't. |
| 14:34:30 | 16 | Q.   When did he tell you this? |
| 14:34:32 | 17 | A.   I'm not sure. |
| 14:34:34 | 18 | Q.   Was it after the lawsuit was filed? |
| 14:34:36 | 19 | A.   I'm not sure.  I'm not sure. |
| 14:34:46 | 20 | Q.   Did he admit being in the same restaurant with |
| 14:34:50 | 21 | Ofr. Abbatiello? |
| 14:34:50 | 22 | A.   Oh, yes. |
| 14:34:50 | 23 | Q.   Did he say that he had any kind of an argument with |
| 14:34:54 | 24 | Ofr. Abbatiello? |
| 14:34:54 | 25 | A.   No. |