IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>          Plaintiff,<br><br>   vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>          Defendants. | CIVIL NO. CV04-00562 SOM/BMK<br><br>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.5 |

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.5

Pursuant to the Local Rules of Practice for the United States District Court for the District of Hawai`i, LR 7.5, I certify that the attached Memorandum in Opposition uses a 14 point Times New Roman font, proportionally spaced. The Memorandum consists of a total of 2,923 words, which are fewer than the 9,000 words allowed by LR 7.5. The word count set forth herein was provided by this law firm's word processing system which produced the attached memorandum.

DATED:  Honolulu, Hawaii, _____ FEB 2 2 2007 _____.

_____
MICHAEL J. MCGUIGAN
*Attorney for Defendant*
*IRVIL KAPUA*