IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>   Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>   Defendants. | CIVIL NO. CV04-00562 SOM/BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be served upon the following parties electronically and by means indicated below on the date listed below:

DANIEL G. HEMPEY, ESQ.                    U.S. MAILED
Law Office of Daniel G. Hempey
3175 Elua Street
Lihue, Kauai, Hawaii  96766

and

MARGERY S. BRONSTER, ESQ.         ELECTRONICALLY VIA
JEFF CRABTREE, ESQ.                          CM/EFC
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
*Attorneys for Plaintiff*

DAVID J. MINKIN, ESQ.  ELECTRONICALLY VIA
McCorriston Miller Mukai MacKinnon  CM/EFC
P. O. Box 2800
Honolulu, Hawaii 96803
 Attorney for Defendants
 WILFRED M. IHU, GORDON ISODA
 AND DEAN PIGAO

CARY T. TANAKA, ESQ.  ELECTRONICALLY VIA
DIANE K. AGOR-OTAKE, ESQ.  CM/EFC
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813
 Attorneys for Defendant
 K.C. LUM

LANI D.H. NAKAZAWA, ESQ.
CHRISTIANE L. NAKEA-TRESLER, ESQ.
Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Kauai, Hawaii 96766  ELECTRONICALLY VIA
 Attorneys for Defendants  CM/EFC
 COUNTY OF KAUAI AND
 KAUAI POLICE DEPARTMENT

DATED: Honolulu, Hawaii, _____FEB 2 2 2007_____.

_____
MICHAEL J. McGUIGAN
*Attorney for Defendant*
*IRVIL KAPUA*