REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

MICHAEL J. McGUIGAN        2433-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii  96813
Telephone:  (808) 524-8350
Facsimile:   (808) 531-8628
E-mail:  mjm@roplaw.com

*Attorney for Defendant*
*IRVIL KAPUA*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>Defendants. | CIVIL NO. CV04-00562 SOM/BMK<br><br>DEFENDANT IRVIL KAPUA'S RESPONSE TO PLAINTIFF'S AMENDED SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF PLAINTIF'S MOTION FOR SUMMARY JUDGMENT ON COUNTS I-VIII OF THE FIRST AMENDED COMPLAINT AGAINST K.C. LUM AND COUNTS I, II, IV, VI, VII, AND VIII OF THE FIRST AMENDED COMPLAINT AGAINST IRVIL KAPUA FILED ON JANUARY 8, 2007; DECLARATION OF MICHAEL J. MCGUIGAN; EXHIBITS "A" – "B"; CERTIFICATE OF SERVICE |

Hearing:
Date:     MARCH 12, 2007
Time:     9:00 A.M.
MAGISTRATE KEVIN S.C. CHANG

Trial Date: June 5, 2007

DEFENDANT IRVIL KAPUA'S RESPONSE TO
PLAINTIFF'S AMENDED SEPARATE AND CONCISE
STATEMENT OF FACTS IN SUPPORT OF PLAINTIF'S MOTION
FOR SUMMARY JUDGMENT ON COUNTS I-VIII OF THE FIRST
AMENDED COMPLAINT AGAINST K.C. LUM AND COUNTS
I, II, IV, VI, VII, AND VIII OF THE FIRST AMENDED
COMPLAINT AGAINST IRVIL KAPUA FILED ON JANUARY 8, 2007

Pursuant to Rule 56.1(b) of the Local Rules for the United

States District Court for the District of Hawaii, Defendant IRVIL KAPUA

("Kapua"), by and through his attorneys, Reinwald O'Connor & Playdon ,

hereby submits in Section A Defendant IRVIL KAPUA's response to

Plaintiff's Amended and Separate and Concise Statement of Facts in Support

of Plaintiff's Motion for Summary Judgment on Counts I-VIII of the First

Amended Complaint Against K.C. Lum and Counts I, II, IV, VI, VII, and

VIII of the First Amended Complaint Against Irvil Kapua filed on January 8,

2007.

In Section B Defendant IRVIL KAPUA sets forth additional

material facts and supporting evidence that further demonstrates the

existences of genuine issues of material fact precluding summary judgment.

2

**SECTION A**

| Plaintiff's Purported Fact | Kapua's Response |
| --- | --- |
| 3. On December 26, 2003, an arrestee made a statement to Plaintiff that Defendant Irvil Kapua ("Kapua") had been paid $6,000.00 to protect the arrestee and another suspected drug dealer. | Objection. Hearsay misstates Alejandro Quibilan's Deposition. |
| 7. After Plaintiff reported the allegations, Kapua shouted "fuck" or "fuck you" to her while in a public restaurant. | Objection. See Exhibit "A" Alejandro Quibilan's Deposition at page 82, lines 6-25 and page 83 at line 4. |
| 8. In reaction to Plaintiff's report of the allegations of corruption, Kapua threatened Plaintiff while she was alone in a stairwell at the police station and screamed at her, calling her a "bitch" and/or a "cunt". | Objection. Hearsay. Exhibit "A", Alejandro Quibilan's Deposition at page 20, lines 16-25 and page 21 at lines 1-23. |
| 17. KPD's policies prohibited Kapua's misconduct and required discipline. | Objection. Misstates Admissions 36-52 as to Kapua |
| 22. After Plaintiff's meeting with Lum, Kapua yelled because Plaintiff, along with several lieutenants, walked passed his office. | Objection. Hearsay. |

**SECTION B**

| Plaintiff's Purported Facts | Kapua's Response |
|---|---|
| 15. Prior to January 2004, while employed by KPD and in uniform, you punched lockers in the police station in front of other officers because you were upset about you wife's KPD work schedule. | Kapua denies that prior to January 2004 while employed by KPD and in uniform, he punched lockers in the police station in front of other officers. See Exhibit "B", Kapua's Response to Plaintiff's First Request for Admissions at paragraph 15. |
| 16. While employed by KPD and in uniform, you confronted two police dispatchers with your hand on you (sic) gun. | Kapua denies that while employed by KPD and in uniform, he confronted two police dispatchers with his hand on his gun. See Exhibit "B" at paragraph 16. |
| 17. While employed by KPD, complaints were lodged against you that you threatened two police dispatchers with your hand on your gun. | Kapua denies that while employed by KPD, complaints were lodged against him that he threatened two police dispatchers with his hand on his gun. See Exhibit "B", at paragraph 17. |
| 18. While employed at KPD and in uniform, you received notice of a compliant filed against you for pulling a suspect in a criminal case out of a car and beating the suspect. | Kapua denies that while employed at KPD and in uniform, he received notice of a complaint filed against him for pulling a suspect in a criminal case out of a car and beating the suspect. See Exhibit "B", at paragraph 18. |
| 19. On or about January 9, 2004, you approached Officer Abbatiello alone in a stairwell at the police station and called her a "bitch." | Kapua denies that on or about January 9, 2004, he approached Officer Abbatiello alone in a stairwell at the police station and called her a "bitch." See Exhibit "B", at paragraph 19. |

| | |
|---|---|
| 20.  You were employed by KPD when you approached Officer Abbatiello in a stairwell at the police station, on or about January 9, 2004, and called her a "bitch." | Kapua denies that he was employed by KPD when he approached Officer Abbatiello in a stairwell at the police station, on or about January 9, 2004, and called her a "bitch."  See Exhibit "B", at paragraph 20. |
| 37.  On or about January 19, 2004, while you were on duty, you said, "Fuck you" to Officer Abbatiello in a restaurant. | Kapua denies that on or about January 19, 2004, while he was on duty, said, "Fuck you" to Officer Abbatiello in a restaurant.  See Exhibit "B", at paragraph 37. |
| 42.  On at least one occasion, you stood outside of Acting Chief of Police K.C. Lum's office while he met with Officer Abbatiello. | Kapua denies that on at least one occasion, he stood outside of Acting Chief of Police K.C. Lum's office while he met with Officer Abbatiello.  See Exhibit "B", at paragraph 42. |
| 43.  On or about June 23, 2004, you punched the wall of you (sic) office after seeing Officer Abbatiello. | Kapua denies that on or about June 23, 2004, he punched the wall of his office after seeing Officer Abbatiello.  See Exhibit "B", at paragraph 43. |
| 44.  You wrote Officer Abbatiello's name and arrows pointing to the work "Death" in Office Abbatiello's dictionary. | Kapua denies that he wrote Officer Abbatiello's name and arrows pointing to the work "Death" in Office Abbatiello's dictionary.  See Exhibit "B", at paragraph 44. |

DATED:  Honolulu, Hawaii, _____ FEB 2 2 2007 _____.


_____
MICHAEL J. McGUIGAN
*Attorney for Defendant*
IRVIL KAPUA

5