IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>          Plaintiff,<br><br>  vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>          Defendants. | CIVIL NO. CV04-00562 SOM/BMK<br><br>DECLARATION OF MICHAEL J. MCGUIGAN; EXHIBITS "A" – "B" |

DECLARATION OF MICHAEL J. MCGUIGAN

        I Michael J. McGuigan, under penalty of perjury do declare and say:

        1.    That I am an attorney duly licensed to practice law in the State of Hawaii;

        2.    That I am a partner of the law firm Reinwald O'Connor & Playdon LLP, the attorney who represents Defendant Irvil Kapua herein.

        3.    That I make this declaration based upon my own personal knowledge, and I am competent to testify to the matters contained herein.

4.     Attached hereto as Exhibit "A" is a true and correct excerpts of Alejandro Quibilan's deposition taken on November 6, 2006.

5.     Attached hereto as Exhibit "B" is a true and correct copy of Defendant IRVIL KAPUA'S Response to Plaintiff's First Request for Admissions Under Rule 36 Dated October 24, 2005.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: Honolulu, Hawaii, _____FEB 2 2 2007_____.

_____
MICHAEL J. MCGUIGAN

2