```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII

 3

 4

 5   ---------------------------------
     DARLA ABBATIELLO,                )
 6                                    )
             Plaintiff,               )
 7                                    )  Civil No. CV04
        v.                            )  00562 SOM BMK
 8                                    )
     COUNTY OF KAUAI, KAUAI POLICE    )
 9   DEPARTMENT, K.C. LUM, WILFRED M. )
     IHU, GORDON ISODA, DEAN PIGAO,   )
10   IRVIL KAPUA,                     )
                                      )
11           Defendant.                )
                                      )
12   ---------------------------------

13

14             DEPOSITION OF ALEJANDRO QUIBILAN

15   Taken on behalf of the Plaintiff, at Hale & Goldberg, Lihue

16   Plantation Building, 2970 Kele Street, Suite 210, Lihue,

17   Kauai, HI  96766-1803, commencing at 12:56 p.m., on Monday,

18   November 6, 2006, pursuant to Notice.

19

20   BEFORE:    SANDRA J. GRAN, CSR NO. 424 (Telephonically)

21              Registered Professional Reporter

22                            -oOo-

23

24

25                      EXHIBIT A
```

1  you the question of whether or not you had ever heard Officer
2  Kapua use foul or abusive language, and I think I heard your
3  answer as being no.
4      A.   Correct.
5      Q.   Okay.  When you heard the word "fuck," did you
6  consider that foul or abusive?
7      A.   Yes.
8      Q.   Okay.  So just so that I get this straight, were
9  there any other -- Were there any other times besides what
10 happened in the restaurant that you heard Officer Kapua use
11 any kind of foul or abusive language?
12     A.   Towards anyone or in general?
13     Q.   Let's say towards -- in any situation where Darla
14 Abbatiello was present or nearby.
15     A.   No.
16     Q.   Have you ever been present where -- Strike that.
17 Are you aware of any incident that happened prior to the
18 restaurant incident that would have caused Officer Kapua to
19 yell "fuck" at Darla?
20     A.   Yes.
21     Q.   What was that have been?
22     A.   Darla -- Officer Abbatiello had informed me that
23 she had been -- had an incident with Kapua and I can't recall
24 whether it was in the hallway or in the stairwell at the
25 Lihue station.

1    Q.    And this happened -- this hallway or stairwell

2 incident happened before the restaurant incident?

3    A.    Yes.

4    Q.    And what did Darla Abbatiello tell you about

5 happened in the hallway or stairwell at KPD?

6    A.    I can't recall exactly how she said it or what she

7 had said.

8    Q.    Do you remember Darla telling you that Officer

9 Kapua confronted her in the hallway or stairwell at KPD?

10   A.    Yes.  There was a confrontation where -- Well, she

11 described it as she was just trying to exit or enter the

12 building, and he cornered her and went off at her.

13   Q.    Did he threaten her, do you know?

14         MR. MINKIN:  Objection; leading.

15         THE WITNESS:  No, I can't recall.

16 BY MR. HOSHIBATA:

17   Q.    Did she say that he yelled anything at her?

18   A.    I know that she told me what he had said, but I

19 can't recall what it was.

20   Q.    Do you recall that it was a swear word or abusive

21 language?

22   A.    No, I don't, but Darla was afraid for her safety

23 after that incident.

24         MR. McGUIGAN:  Move to strike as

25 nonresponsive.  Mike McGuigan.

```
 1        A.    Correct.
 2        Q.    You turn and look and you see Irvil and his wife;
 3   is that correct?
 4        A.    No.
 5        Q.    Who did you see?
 6        A.    I didn't see -- They were behind a partition that
 7   was fairly high.  They were already seated, so I couldn't see
 8   over it.  But it came in their direction, the sound came from
 9   their direction, and I recognized the voice.
10        Q.    So the profanity that was uttered, you didn't see
11   it being uttered, you just heard it being uttered; is that
12   correct?
13        A.    Yes.
14        Q.    By the time you looked over to where it was being
15   uttered from, you could not see Irvil or his wife because
16   there was a partition separating you from them; is that
17   correct?
18        A.    Yes.
19        Q.    As you sit here today, you have no direct
20   knowledge that the profanity was actually uttered towards
21   you, Darla Abbatiello or even Mrs. Kapua; is that correct?
22        A.    That's correct.
23        Q.    As a superior officer, if you had an understanding
24   that some sort of misconduct was being done in your presence,
25   you would have had to do something about it; is that true?
```

1           MR. HOSHIBATA:  Objection; lacks foundation,
2  calls for speculation, incomplete hypothetical, vague and
3  ambiguous.
4           THE WITNESS:  Yes.
5  BY MR. MINKIN:
6      Q.   Let's talk about the back door.  I understand the
7  way the second floor of KPD is set up, vice is towards the
8  back of the second floor.  Is that correct?
9      A.   Yes.
10     Q.   And there is actually -- There is actually a
11 doorway and stairs that goes out through vice; isn't that
12 correct?
13     A.   There's a -- Yes.  Vice has two doorways.  One
14 doorway faces the back side of the second floor which exits
15 to a hallway and there is a doorway to the stairwell.
16     Q.   Are there keys or are there pass cards?  How do
17 people get in and out of that back door to that hallway and
18 stairwell?
19     A.   Okay.  It's at the ground level.  The employees
20 have a card, an access card.  You swipe it against the
21 reader, a card reader, which unlocks the door to the
22 stairwell.  At the top of the stairwell, that door does not
23 lock at all.
24     Q.   Did you ever use that card reader at the ground
25 level to get to vice?