LAW OFFICES OF CARY T. TANAKA

CARY T. TANAKA          4858-0
DIANE K. AGOR-OTAKE     7751-0
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone:  536-8885
Facsimile:  536-8845
carytanaka@aol.com
dka@hawaii.rr.com

Attorneys for Defendant
K.C. LUM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, ) | CIVIL NO. CV04 00562 KSC |
| ) | |
| Plaintiff, ) | DECLARATION OF CARY T. TANAKA |
| ) | |
| vs. ) | |
| ) | |
| COUNTY OF KAUAI, KAUAI ) | |
| POLICE DEPARTMENT, K.C. LUM, ) | |
| WILFRED M. IHU, GORDON ISODA, ) | |
| DEAN PIGAO, and IRVIL KAPUA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

DECLARATION OF CARY T. TANAKA

I, CARY T. TANAKA, hereby declare as follows:

1.   I am one of the counsel for Defendant K.C. Lum ("Defendant Lum") in the above-entitled matter and have personal knowledge as to the matters set forth below.

2.   Plaintiff's counsel originally noticed Defendant Lum's oral deposition in March, 2006.  Due to a number of scheduling

conflicts, the deposition was held on October 12, 2006. Prior to the deposition being conducted, I informed the parties that Defendant Lum would be asserting his Fifth Amendment privilege against self-incrimination because of a recent State investigation involving his use of a government document. Defendant Lum was advised by his counsel in that matter to assert his Fifth Amendment privilege at the deposition in this case.

    3.   Upon learning of Defendant Lum's decision, I immediately notified all parties that Defendant Lum would be asserting his Fifth Amendment privilege and that he would be made available at a later date if approved by other counsel who were representing Defendant Lum in other matters. I offered to make such representation in writing to Plaintiff's counsel in an effort to prevent the deposition from going forward as Defendant Lum would not be able to provide answers to most, if not all, of Plaintiff's inquiries. However, Plaintiff's counsel requested that the deposition go forward, representing that he wanted to place Plaintiff's questions on the record.

    4.   In January, 2007, I learned from Defendant Lum's other counsel that Defendant Lum had since provided deposition testimony in another civil case and that he would in fact likely waive his previously asserted Fifth Amendment privilege in this case. On January 9, 2007, I conveyed this information to all counsel in this case.

5. In February, 2007, I received confirmation from Defendant Lum's other counsel that Defendant Lum would be allowed to also testify in this instant case. On February 6, 2007, I emailed all counsel to inform them of Defendant Lum's availability for deposition and that the parties could proceed with scheduling the deposition even though I was awaiting written confirmation from Defendant Lum's other counsel.

6. On February 7, 2007, I emailed all counsel to confirm my receipt of written confirmation from Defendant Lum's other counsel approving Defendant Lum's waiver of his Fifth Amendment privilege in this case. Defendant Lum's deposition was then noticed for February 15, 2007.

7. Attached hereto as Exhibit "1" is a true and correct copy of an email from Cary Tanaka to counsel, dated January 9, 2007.

8. Attached hereto as Exhibit "2" is a true and correct copy of an email from Cary Tanaka to counsel, dated February 6, 2007.

9. Attached hereto as Exhibit "3" is a true and correct copy of email from Cary Tanaka to counsel, dated February 7, 2007.

10. Attached hereto as Exhibit "4" is a true and correct copy of excerpts of Wilfred Ihu's deposition, taken on October 14, 2006.

11. Attached hereto as Exhibit "5" is a true and correct copy of County of Kauai produced document no. 635.

12. Attached hereto as Exhibit "6" is a true and correct copy of excerpts of Paul Kanoho's deposition, taken on November 8, 2006.

13. Attached hereto as Exhibit "7" is a true and correct copy of County of Kauai produced document nos. 631-632.

14. Attached hereto as Exhibit "8" is a true and correct copy of excerpts of Dean Pigao's deposition, taken on October 13, 2006.

15. Attached hereto as Exhibit "9" are true and correct copies of excerpts of Defendant Lum's produced documents.

16. Attached hereto as Exhibit "10" is a true and correct copy of excerpts of Wesley Kaui's deposition, taken on November 7, 2006.

17. I, CARY T. TANAKA, do declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, February 22, 2007.

/s/ Cary T. Tanaka
CARY T. TANAKA