| | |
|---|---|
| Subj: | K.C. LUM |
| Date: | 2/7/2007 7:37:54 A.M. Hawaiian Standard Time |
| From: | CaryTanaka |
| To: | jhoshibata@bchlaw.net, dminkin@m4law.com, mjm@roplaw.com, CNTresler@kauai.gov |
| CC: | dka@hawaii.rr.com |

This is to confirm that K.C. Lum is now available to present testimony. I have received written confirmation from Mr. Lum's other attorneys. We are now free to proceed with his deposition. Thank you.

**Cary T. Tanaka, Esq.**
Suite 510, Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813
Phone: (808) 536-8885
Fax: (808) 536-8845

# EXHIBIT 3