```
                                                                  Page 1
 1              IN THE UNITED STATES DISTRICT COURT

 2                        STATE OF HAWAII

 3

 4   DARLA ABBATIELLO,              ) CIVIL NO. CV04 00562 SOM BMK

 5              Plaintiff,          )

 6        vs.                       )

 7   COUNTY OF KAUAI; KAUAI POLICE  )

 8   DEPARTMENT; K.C. LUM,          )

 9   WILFRED M. IHU; GORDON ISODA;  ) Trial Date:   May 8, 2007

10   DEAN PIGAO; IRVIL KAPUA,       ) Time:         9:00 a.m.

11              Defendants.         ) Trial Judge:  Susan O.

12                                  )               Mollway

13

14                  DEPOSITION OF WILFRED IHU

15   Taken on behalf of PLAINTIFF DARLA ABBATIELLO, at the offices of

16   Ralph Rosenberg Court Reporters, Inc., Lihu`e Plantation Bldg.,

17   2970 Kele Street, Ste. 207, Lihu`e, Hawai`i 96766, commencing at

18   9:31 a.m., on Saturday, October 14, 2006, pursuant to second

19   amended notice.

20

21   BEFORE:   JOY C. TAHARA, RPR, CSR 408

22             Notary Public, State of Hawai`i

23

24

25
```

**EXHIBIT 4**

```
 1                        A P P E A R A N C E S

 2

 3   FOR PLAINTIFF                   DANIEL G. HEMPEY, ESQ.
     DARLA ABBATIELLO:               Law Office of Daniel G.
 4                                   Hempey
                                     3175 Elua Street
 5                                   Lihu`e, Hawai`i 96766
                                     Tel. (808) 823-0000
 6                                   Fax. (808) 632-2332
                                     hemplaw@hawaii.rr.com
 7
                                     JOHN HOSHIBATA, ESQ.
 8                                   Bronster Crabtree & Hoshibata
                                     2300 Pauahi Tower
 9                                   1001 Bishop Street
                                     Honolulu, Hawai`i 96813
10                                   Tel. (808) 524-5644
                                     Fax. (808) 599-1881
11                                   jhoshibata@bchlaw.net

12   FOR DEFENDANTS COUNTY OF        CHRISTIANE L. NAKEA-TRESLER,
     KAUAI; KAUAI POLICE             ESQ.
13   DEPARTMENT:                     Office of the County Attorney
                                     4444 Rice Street
14                                   Suite 220
                                     Lihu`e, Hawai`i 96766
15                                   cntresler@kauai.gov

16   FOR DEFENDANT AND THIRD-PARTY   CARY T. TANAKA, ESQ.
     PLAINTIFF K.C. LUM:             Law Offices of Cary Tanaka
17                                   Fort Street Tower, Suite 510
                                     745 Fort Street
18                                   Honolulu, Hawai`i 96813
                                     carytanaka@aol.com
19
     FOR DEFENDANTS WILFRED M.       DAVID J. MINKIN, ESQ.
20   IHU, GORDON ISODA, and DEAN     McCorriston Miller Mukai
     PIGAO:                          MacKinnon LLP
21                                   Five Waterfront Plaza,
                                     4th Floor
22                                   500 Ala Moana Blvd.
                                     Honolulu, Hawai`i 96813
23                                   minkin@m4law.com

24

25
```

```
 1                    A P P E A R A N C E S
                           (Continued)
 2

 3
       FOR DEFENDANT IRVIL KAPUA:     MICHAEL J. McGUIGAN, ESQ.
 4                                    Reinwald O'Connor & Playdon
                                      LLP
 5                                    Pacific Guardian Tower, Makai
                                      Tower
 6                                    733 Bishop Street, Suite 2400
                                      Honolulu Hawai`i 96813
 7                                    Mjm@roplaw.com

 8     NOTE:  All individuals present on Kaua`i -- EXCEPT for the
       following, who were present via land line:  John Hoshibata, Cary
 9     Tanaka, and Michael McGuigan

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        I N D E X

 2   EXAMINATION                                                  PAGE

 3       MR. HEMPEY                                                 5

 4

 5                        E X H I B I T S
     NO.     DESCRIPTION                                          PAGE
 6
     1       Memo, to Quibilan, from Abbatiello,                    5
 7           DA00119, DA00120

 8   2       Memo, 2/9/04, to Asher, from Ihu, County               5
             of Kaua`i 001302
 9
     3       Memo, to Ihu, from Abbatiello, DA00126                 5
10
     4       Memo, to Kaui, from Abbatiello,                        5
11           DA00121-DA00125

12   5       Memo, 4/2/04, to Abbatiello, from Ihu,                 5
             DA00127
13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
09:41:00   1    doesn't matter.
 1:02      2           MR. MINKIN:  Objection.  Vague and ambiguous.  Lack of
09:41:04   3    foundation based on the prior answers.
09:41:06   4       Q.  Let's talk about December 2003.  Are you aware of any
09:41:26   5    problems or tension between Darla Abbatiello and Irvil Kapua
09:41:32   6    during that time?
09:41:32   7       A.  No, I was not.
09:41:34   8       Q.  At some point in December 2003, was a problem reported
09:41:40   9    to you regarding Darla and Irvil Kapua?
09:41:46  10       A.  Not that I recall.
09:41:48  11       Q.  Are you aware of an incident involving an arrestee
09:41:54  12    named Heather Herron?
09:41:56  13       A.  I know the name, and it was brought to my attention;
 2:02     14    but it was brought to my attention, I believe, in January, not
09:42:06  15    in December.
09:42:08  16       Q.  Let me ask you the same question I asked you earlier
09:42:14  17    and change the date.  Are you aware of any problems or tension
09:42:16  18    between Irvil Kapua and Darla Abbatiello in January, in or about
09:42:22  19    January '04?
09:42:22  20       A.  Yes.
09:42:22  21       Q.  Could you describe what you knew that caused you to
09:42:30  22    answer yes a minute ago.
09:42:32  23       A.  Ofr. Abbatiello and her lieutenant came in to see me
09:42:38  24    sometime in January --
09:42:40  25       Q.  I'm going to interrupt you real quickly; can you
```

```
09:42:42   1    identify the lieutenant?
 2:44      2         A.   The lieutenant is Ale Quibilan, and they informed me
09:42:48   3    of having problems with Irvil Kapua.
09:42:52   4         Q.   What specifically was said to the best of your
09:42:54   5    recollection?
09:43:04   6         A.   To the best of my recollection, that he was somehow
09:43:08   7    interfering with their vice investigations.
09:43:10   8         Q.   Do you remember anything else that was said during
09:43:14   9    that meeting?
09:43:18  10         A.   I don't know if it was that meeting or a subsequent
09:43:22  11    meeting that they alleged or told me of allegations that
09:43:30  12    Ofr. Kapua was on the take.
09:43:32  13         Q.   Do you remember if Darla Abbatiello and Ale Quibilan
 3:38     14    were making those accusations, or do you know if they were
09:43:42  15    relaying accusations that were made to them by somebody else?
09:43:44  16         A.   They were relaying information to me that they got
09:43:48  17    from someone else.
09:43:50  18         Q.   As chief of police, let me ask you; if someone working
09:43:54  19    in the police department as an officer or detective -- I'm
09:44:02  20    asking you a hypothetical question.  If somebody's working in
09:44:06  21    the Kaua`i Police Department, let's say in Vice, and they
09:44:10  22    arrested a suspect and that suspect told them that another
09:44:16  23    officer had received payoff money to stop this type of arrest
09:44:24  24    from happening, would that be something you would expect the
  44:30   25    officer to report up the chain of command?
```

```
09:44:32  1        A.   Yes.
    4:32  2        Q.   Why?
09:44:34  3        A.   It violates police standard of conduct for one thing.
09:44:40  4   It's a violation.
09:44:42  5        Q.   Would it be proper for the police officer to report
09:44:46  6   the allegation made by the arrested person even if the police
09:44:50  7   officer didn't necessarily believe it was true?
09:44:54  8        A.   It depends on the police officer.
09:44:58  9        Q.   How so?
09:45:00 10        A.   Not all allegations made by subjects to police are
09:45:08 11   brought to my attention.
09:45:12 12        Q.   What would trigger, in your mind, a duty for the
09:45:18 13   police officer in this hypothetical to report what she had
   45:22 14   heard?
09:45:24 15             MR. MINKIN:  Objection.  Lack of foundation.
09:45:26 16   Incomplete hypothetical.  If you can answer.
09:45:30 17        A.   Just hearing of allegations to me is not sufficient to
09:45:36 18   warrant some sort of investigation.  We need evidence.  We need
09:45:44 19   a report, a written report to us.
09:45:46 20        Q.   Is it fair to say you want the officer to have some
09:45:50 21   amount of corroboration in before they took such an
09:45:54 22   accusation --
09:45:54 23        A.   I would expect that from the officer, yes.
09:45:58 24        Q.   To your knowledge, when Darla Abbatiello reported
   46:04 25   statements made by Heather Herron, to your knowledge, do you
```

```
09:46:08   1   remember whether she and/or Mr. Quibilan had any kind of
09:46:12   2   corroborative evidence?
09:46:16   3        A.   The fact that you had a witness would be enough for me
09:46:22   4   to proceed with whatever actions I would have to take.
09:46:28   5        Q.   Based on the report made to you about Heather Herron
09:46:32   6   from Darla and her lieutenant, what actions, if any, did you
09:46:36   7   take?
09:46:38   8             MR. MINKIN:  For the record, you're just talking about
09:46:40   9   the oral report, because the witness has said he needs a written
09:46:44  10   report to start anything.
09:46:44  11        Q.   Let's start with the oral report.
09:46:46  12        A.   I informed them put it to me in writing and I will
09:46:50  13   proceed with whatever actions I had to take.
09:46:54  14        Q.   And what happened next?
09:46:56  15        A.   I'm not exactly sure of the dates when I got a written
09:47:00  16   report, but I eventually received a written report.
09:47:06  17        Q.   Do you remember if that written report was written to
09:47:08  18   you, or was it written to someone else and sent up the chain of
09:47:12  19   command to you?
09:47:12  20        A.   I think it was written directly to me.
09:47:16  21        Q.   What did you do upon receiving the written report?
09:47:26  22        A.   I called my senior staff, mostly Asst. Chief Gordon
09:47:38  23   Isoda because he was the supervising in charge of both parties
09:47:46  24   or all parties involved, and they had a meeting as to what steps
09:47:50  25   we need to take.
```

| Time | Line | | |
|---|---|---|---|
| 09:47:54 | 1 | Q. | Who was at the meeting? |
| 7:58 | 2 | A. | I think it was Gordon Isoda, myself, and Asst. Chief |
| 09:48:04 | 3 | | Clayton Arinaga. |
| 09:48:04 | 4 | Q. | Can you tell me what was decided at the meeting. Who |
| 09:48:10 | 5 | | was gonna do what? |
| 09:48:12 | 6 | A. | The outcome of the meeting was that we needed to do an |
| 09:48:16 | 7 | | administrative investigation based on the allegations and the |
| 09:48:20 | 8 | | written report, and also a criminal investigation. |
| 09:48:26 | 9 | Q. | Do you remember when this meeting took place? |
| 09:48:30 | 10 | A. | It was sometime after -- it was soon after I got the |
| 09:48:34 | 11 | | written report. |
| 09:48:36 | 12 | Q. | Were police personnel assigned to do the |
| 09:48:42 | 13 | | administrative and criminal investigations? |
| 18:44 | 14 | A. | That's correct. |
| 09:48:46 | 15 | Q. | Did you assign them, or do you know if someone else |
| 09:48:48 | 16 | | assigned them? |
| 09:48:50 | 17 | A. | I did the assignment. |
| 09:48:52 | 18 | Q. | Who was assigned to do the criminal investigation? |
| 09:48:56 | 19 | A. | I assigned my Criminal Intelligence Unit to do the |
| 09:49:02 | 20 | | criminal investigation, by going through their commander who is |
| 09:49:08 | 21 | | Lt. Stanton Koizumi. |
| 09:49:10 | 22 | Q. | Who did the administrative investigation? |
| 09:49:14 | 23 | A. | That was Lt. Roy Asher. |
| 9:49:24 | 24 | Q. | Are we still in or around January 2004? |
| 9:49:28 | 25 | A. | I think we're in February at this point. |

```
09:49:32   1        Q.   To your knowledge, had any other agency been made
09:49:38   2   aware of Ms. Herron's statement?  In other words, specifically
09:49:46   3   had you or anyone at KPD reported this to the FBI yet?
09:49:50   4        A.   Not at that time, no.
09:49:52   5        Q.   To your knowledge, did you or anyone ultimately report
09:49:56   6   this allegation to the FBI?
09:49:58   7        A.   That's correct.
09:50:00   8        Q.   Do you know who took this to the FBI?
09:50:02   9        A.   Again, the investigation was being conducted by the
09:50:06  10   Criminal Intelligence Unit.  And with my permission, they
09:50:14  11   contacted the FBI because they felt like they needed to bring
09:50:18  12   another source into the investigation, into the criminal
09:50:22  13   investigation.
09:50:22  14        Q.   To the extent you can remember, can you tell me what
09:50:28  15   facts were before you that led you to -- well, let me ask you --
09:50:34  16   strike that.  Did you order -- the decision to have a criminal
09:50:38  17   and administrative investigation come from you, ultimately?
09:50:40  18        A.   Yes.
09:50:42  19        Q.   What facts were before you that led you to order those
09:50:46  20   two investigations?
09:50:50  21        A.   The written report from Darla Abbatiello and the
09:50:56  22   allegations in that written report prompted me to proceed with
09:51:00  23   both the criminal and administrative investigation.
09:51:06  24        Q.   To your memory, was there any facts outside of the
09:51:10  25   written report that anyone told you, or did you just base the
```

| | | | |
|---|---|---|---|
| 10:12:46 | 1 | Q. | When he called her a bitch? |
| 2:48 | 2 | A. | That's correct. |
| 10:12:52 | 3 | Q. | Do you have any sense of when that happened? |
| 10:13:00 | 4 | A. | I'm still thinking it's after we started the |
| 10:13:04 | 5 | investigations. | |
| 10:13:04 | 6 | Q. | So it's within the same -- |
| 10:13:06 | 7 | A. | Time frame, yes. |
| 10:13:08 | 8 | Q. | -- time frame that we've been talking about all |
| 10:13:10 | 9 | morning? | |
| 10:13:10 | 10 | A. | That's correct. |
| 10:13:14 | 11 | Q. | Did Darla express fear of Irvil Kapua to you more than |
| 10:13:30 | 12 | once?  On more than one occasion? | |
| 10:13:34 | 13 | A. | Yes. |
| 13:36 | 14 | Q. | Approximately how many? |
| 10:13:38 | 15 | A. | Two that I ask recall. |
| 10:13:40 | 16 | Q. | What would be the time frame? |
| 10:13:42 | 17 | A. | Around the same time frame, the last time was in, |
| 10:13:46 | 18 | could have been in early April. | |
| 10:13:50 | 19 | Q. | What do you remember her telling you? |
| 10:13:54 | 20 | A. | When she requested to be transferred from Vice back to |
| 10:13:58 | 21 | Patrol, that one of the reasons or part of the reason for that | |
| 10:14:04 | 22 | request was because she was afraid of Kapua. | |
| 10:14:14 | 23 | Q. | Did you explain to her that you had told Kapua to stay |
| 10:14:18 | 24 | away from her? | |
| 14:20 | 25 | A. | I don't recall if I did. |

```
10:25:28   1    what I marked Plaintiff's Exhibit 3, which has the Bates stamp
10:25:32   2    DA 00126.  Do you recognize that document?
10:25:40   3         A.   Yes.
10:25:42   4         Q.   Down under Darla's signature, that document appears to
10:25:50   5    be dated 3/31/04.  Did you receive this document on or around
10:25:56   6    3/31/04?
10:25:58   7         A.   I don't recall when I got it.
10:26:00   8         Q.   But you got it?
10:26:02   9         A.   Yes.
10:26:02  10         Q.   What is this?
10:26:04  11         A.   This is a to-and-from from Ofr. Abbatiello requesting
10:26:12  12    to be transferred to the Patrol Services Bureau.
10:26:16  13         Q.   When you received this letter, were you surprised,
10:26:28  14    this to/from?
10:26:30  15         A.   In a way I was, yes.
10:26:34  16         Q.   Can you say why?
10:26:40  17         A.   Because I felt like she enjoyed being a vice officer
10:26:44  18    and she hadn't been in Vice long enough to leave something you
10:26:50  19    enjoyed doing.
10:26:52  20         Q.   You've testified earlier that I believe you thought
10:26:56  21    she was an average police officer.  How would you also
10:27:00  22    characterize her as average or different than average as a vice
10:27:04  23    cop?
10:27:04  24         A.   I have no idea of what she did in Vice.
10:27:08  25         Q.   But it was your sense that prior to receiving this
```

```
10:27:12   1    letter, Kapua issues aside, that she enjoyed working in Vice?
  :27:18   2         A.   Yes.
10:27:18   3         Q.   Were you close with Darla during your employment,
10:27:24   4    during the police department, at any time?
10:27:26   5         A.   I would say yes.
10:27:30   6         Q.   Did you ever have any kind of a falling out with her?
10:27:34   7         A.   No.
10:27:36   8         Q.   After you received this memo marked Plaintiff's
10:27:48   9    Exhibit 3, did you talk with Darla?
10:27:52  10         A.   I think we did have a conversation.  Yes.
10:27:56  11         Q.   You remember where that conversation took place?
10:28:00  12         A.   I'm thinking it was outside the police building around
10:28:02  13    the stairwell somewheres, where she and I spoke about this.
   28:06  14         Q.   To the best that you can remember, will you relay the
10:28:12  15    content of that conversation to us.
10:28:16  16         A.   It's basically what she said in her memo; she wanted
10:28:22  17    to transfer back to Patrol because she was afraid of Irvil
 0:28:32  18    Kapua.
 0:28:32  19         Q.   What was her demeanor during that conversation?
 0:28:36  20         A.   I didn't notice anything other than ordinary.
 0:28:42  21         Q.   Did you believe her that she was afraid of Kapua?
 0:28:56  22         A.   I don't know how to answer that.  The fact that she
 0:29:04  23    put in a memo saying that she couldn't work under hostile
 0:29:08  24    conditions and close to Irvil Kapua, I would say yes.
  :29:16  25         Q.   Did she provide you with any new information during
```

| | | | |
|---|---|---|---|
| 10:29:22 | 1 | | this meeting after you received Plaintiff's Exhibit 3? Did she |
| 29:32 | 2 | | give you any, you know, additional facts about Kapua's, you |
| 10:29:36 | 3 | | know, conduct towards her that you didn't have before at that |
| 10:29:40 | 4 | | meeting? |
| 10:29:40 | 5 | A. | No, she did not. |
| 10:29:46 | 6 | Q. | Was anyone else present during this conversation? |
| 10:29:48 | 7 | A. | No, sir. |
| 10:29:50 | 8 | Q. | Did you try to talk her out of leaving Vice? |
| 10:29:56 | 9 | A. | No, I did not. |
| 10:30:02 | 10 | Q. | How long did this conversation last approximately? |
| 10:30:04 | 11 | A. | A couple of minutes. |
| 10:30:08 | 12 | Q. | Did you tell her whether, did you give her any |
| 10:30:14 | 13 | | indication whether you were going to grant or deny her request |
| 30:20 | 14 | | to be transferred to Patrol Services? |
| 10:30:24 | 15 | A. | Yes, I did. |
| 10:30:26 | 16 | Q. | What did you tell her? |
| 10:30:26 | 17 | A. | That I would allow it. |
| 10:30:30 | 18 | Q. | Was the issue of pay discussed? |
| 10:30:32 | 19 | A. | No. |
| 10:30:38 | 20 | Q. | Prior to her transfer to Patrol from Vice sometime in |
| 0:30:46 | 21 | | the spring of '04, was the issue of pay, Darla Abbatiello's pay, |
| 0:30:54 | 22 | | discussed ever? Did you and Darla Abbatiello ever discuss the |
| 0:30:58 | 23 | | issue of her pay? |
| 0:30:58 | 24 | A. | No, sir. |
| 0:31:00 | 25 | Q. | Did you send or are you aware whether she was ever |

1     I, WILFRED IHU, hereby certify that I have read the
2  foregoing typewritten pages 1 through 63, inclusive, and
3  corrections, if any, were noted by me, and the same is now a
4  true and correct copy of my testimony.
5     Dated at, _____, Hawai`i, this _____ day of
6  _____, 2006.
7
8                                          _____
9                                          WILFRED IHU
10
11  Signed before me this _____ day
12  of _____, 2006.
13
14  _____
15  Witness to Deponent's Signature
16
17
18  CIVIL NO. CV04 00562 SOM BMK, <u>DARLA ABBATIELLO v. COUNTY OF
19  KAUAI; KAUAI POLICE DEPARTMENT</u>, taken on October 14, 2006, by
20  Joy C. Tahara, RPR, CSR
21
22
23
24
25

OCT 2 3 2006

RALPH ROSENBERG COURT REPORTERS, INC.
Honolulu, Hawaii (808) 524-2090

1                           C E R T I F I C A T E

2

3      STATE OF HAWAI`I                    )

4                                          ) ss.

5      CITY AND COUNTY OF HONOLULU         )

6              I, JOY C. TAHARA, RPR, CSR 408, Notary Public, State

7      of Hawai`i, hereby certify:

8              That on Saturday, October 14, 2006, at 9:31 a.m.,

9      before me appeared WILFRED IHU, the witness whose deposition is

10     contained herein; and that prior to being examined was duly

11     sworn;

12             That I am neither counsel for any of the parties

13     herein nor interested in any way in the outcome of this action;

14             That the deposition herein was by me taken down in

15     machine shorthand and thereafter reduced to print via

16     computer-aided transcription; that the foregoing represents, to

17     the best of my ability, a complete and accurate transcript of

18     the testimony of said witness.

19             DATED:  Honolulu, Hawai`i,    October 21, 2006    .

20

21                                    _____
                                              Joy C. Tahara
22                                    Notary Public, State of Hawai`i

23                                    My commission expires: 10/11/10

24

25

RALPH ROSENBERG COURT REPORTERS, INC.
Honolulu, Hawaii (808) 524-2090