# KAUAI POLICE DEPARTMENT

| PERSONNEL ORDER | DATE OF ISSUE 04/28/2004 | EFFECTIVE DATE As Noted | NO. 2004-06 |
|---|---|---|---|
| REFERENCE | | RESCINDS: | |

INDEX AS:

## RETIREMENT & APPOINTMENT

**RETIREMENT**

Acting Chief Wilfred M. Ihu will retire from the Department at the close of business on Friday, April 30, 2004, with twenty (20) years of service.

**ASSIGNMENT**

The Kauai Police Commission appointed Lieutenant King-Chi LUM as Acting Chief of Police effective May 1, 2004 and not to exceed 07/31/2004 or until a permanent Chief of Police is appointed, whichever occurs first.

*[signature]*
WILFRED M. IHU
Acting Chief of Police

Distribution "A"

KPD 200

# EXHIBIT 5

County of Kauai  000635