Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2                     STATE OF HAWAII
 3
 4   DARLA ABBATIELLO,              ) CIVIL NO. CV04 00562 SOM BMK
 5              Plaintiff,          )
 6        vs.                       )
 7   COUNTY OF KAUAI; KAUAI POLICE  )
 8   DEPARTMENT; K.C. LUM,          )
 9   WILFRED M. IHU; GORDON ISODA;  ) Trial Date:  May 8, 2007
10   DEAN PIGAO; IRVIL KAPUA,       ) Time:        9:00 a.m.
11              Defendants.         ) Trial Judge: Susan O.
12                                  )              Mollway
13
14              DEPOSITION OF DEAN PIGAO
15   Taken on behalf of PLAINTIFF DARLA ABBATIELLO, at the offices of
16   Ralph Rosenberg Court Reporters, Inc., Lihu`e Plantation Bldg.,
17   2970 Kele Street, Ste. 207, Lihu`e, Hawai`i 96766, commencing at
18   1:38 p.m., on Friday, October 13, 2006, pursuant to second
19   amended notice.
20
21   BEFORE:   JOY C. TAHARA, RPR, CSR 408
22             Notary Public, State of Hawai`i
23
24
25
```

**EXHIBIT 8**

```
 1                    A P P E A R A N C E S
 2
 3   FOR PLAINTIFF                  DANIEL G. HEMPEY, ESQ.
     DARLA ABBATIELLO:              Law Office of Daniel G.
 4                                  Hempey
                                    3175 Elua Street
 5                                  Lihu`e, Hawai`i 96766
                                    Tel. (808) 823-0000
 6                                  Fax. (808) 632-2332
                                    hemplaw@hawaii.rr.com
 7
                                    JOHN HOSHIBATA, ESQ.
 8                                  Bronster Crabtree & Hoshibata
                                    2300 Pauahi Tower
 9                                  1001 Bishop Street
                                    Honolulu, Hawai`i 96813
10                                  Tel. (808) 524-5644
                                    Fax. (808) 599-1881
11                                  jhoshibata@bchlaw.net

12   FOR DEFENDANTS COUNTY OF       CHRISTIANE L. NAKEA-TRESLER,
     KAUAI; KAUAI POLICE            ESQ.
13   DEPARTMENT:                    Office of the County Attorney
                                    4444 Rice Street
14                                  Suite 220
                                    Lihu`e, Hawai`i 96766
15                                  cntresler@kauai.gov

16   FOR DEFENDANT AND THIRD-PARTY  CARY T. TANAKA, ESQ.
     PLAINTIFF K.C. LUM:            Law Offices of Cary Tanaka
17                                  Fort Street Tower, Suite 510
                                    745 Fort Street
18                                  Honolulu, Hawai`i 96813
                                    carytanaka@aol.com
19
     FOR DEFENDANTS WILFRED M.      DAVID J. MINKIN, ESQ.
20   IHU, GORDON ISODA, and DEAN    McCorriston Miller Mukai
     PIGAO:                         MacKinnon LLP
21                                  Five Waterfront Plaza,
                                    4th Floor
22                                  500 Ala Moana Blvd.
                                    Honolulu, Hawai`i 96813
23                                  minkin@m4law.com

24

25
```

```
 1                    A P P E A R A N C E S
                           (Continued)
 2

 3
        FOR DEFENDANT IRVIL KAPUA:    MICHAEL J. McGUIGAN, ESQ.
 4                                    Reinwald O'Connor & Playdon
                                      LLP
 5                                    Pacific Guardian Tower, Makai
                                      Tower
 6                                    733 Bishop Street, Suite 2400
                                      Honolulu Hawai`i 96813
 7                                    Mjm@roplaw.com

 8
        Also present:     MR. GORDON ISODA
 9

10   NOTE:  All individuals present on Kaua`i -- EXCEPT for Michael
     McGuigan, who was present via land line.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        I N D E X

 2   EXAMINATION                                              PAGE

 3        MR. HOSHIBATA                                        5

 4

 5                       E X H I B I T S
     NO.      DESCRIPTION                                     PAGE
 6

 7    1       Floor plan                                       15

      2       Memo, 6/29/04, to Lum, from Pigao, County        46
 8            of Kaua`i 000631, 000632

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
14:19:18   1         Q.   Was that a telephone conversation or a --
14:19:20   2         A.   No.  I called -- I knew she was working in Cell Block,
14:19:26   3    so I called on there to, you know, meet her there about it.  And
14:19:30   4    I didn't tell her what it was about; I needed to talk to her
14:19:32   5    about something.  So I walked down to Cell Block and met her in
14:19:36   6    an interview room down in the area.
14:19:38   7         Q.   Was there anybody else present at the meeting?
14:19:42   8         A.   No.
14:19:42   9         Q.   What did you tell Darla?
14:19:44  10         A.   You know, she wanted to know what this was about, and
14:19:48  11    I explained to her that Irvil was upset at what just had
14:19:52  12    happened, and he thought they were rubbing salt in the wound.
14:19:56  13    She then became, started crying and started to get upset.
14:20:02  14              So I said, "You know what, Darla?  He's not mad at
14:20:06  15    you.  He's mad at Regina and Wes because they should have known
14:20:10  16    as supervisors what was going on."  And we had kinda like a
14:20:12  17    conversation like that.
14:20:14  18              So then I asked her again if she was gonna be working
14:20:18  19    more with vice, and she said there's a possibility.  So I said
14:20:22  20    well, we need to come up with a solution to get you up to vice.
14:20:28  21    I brought up this possible solution on how to get up, walk up to
14:20:32  22    vice, and I asked her if that was okay, and she said yes.
14:20:36  23         Q.   Did you have that drawing?
14:20:38  24         A.   I didn't have a drawing.  I just kinda verbally
14:20:40  25    explained to her.
```

```
14:20:42  1         Q.   And she said it was okay with her?
  :20:42  2         A.   It was okay.
14:20:44  3         Q.   Did she have any complaints that she was being treated
14:20:48  4    differently, that she was the one being forced or being asked or
14:20:54  5    forced to walk a different route in order to get to where she
14:20:58  6    wanted to go to?
14:20:58  7         A.   No.
14:21:04  8         Q.   Has Sgt. Perreira ever told you, subsequent to this,
14:21:10  9    that he had any thoughts about whether it was proper or improper
14:21:14 10    for Darla to have to walk around rather than directly in front
14:21:20 11    of Sgt. Kapua's office?
14:21:22 12              MR. MINKIN:  Asked and answered, but you can answer
14:21:24 13    again.
  :21:26 14         A.   No.
14:21:30 15         Q.   Now at that time, where was Darla stationed?  What was
14:21:36 16    her assignment?
14:21:40 17         A.   I know she was in Patrol.
14:22:04 18         Q.   To your knowledge, has Lt. Ventura ever changed her
14:22:12 19    opinion that having Darla take this route was wrong?
14:22:18 20         A.   No.
14:22:22 21              MR. McGUIGAN:  Objection.  Misstates the testimony.
14:22:24 22              MR. MINKIN:  Join.
14:22:26 23              MS. NAKEA-TRESLER:  Join.
14:22:28 24         Q.   Was Ventura upset with this solution of yours?
  :22:34 25         A.   I wouldn't characterize it being upset.  She just
```

I, DEAN PIGAO, hereby certify that I have read the foregoing typewritten pages 1 through 61, inclusive, and corrections, if any, were noted by me, and the same is now a true and correct copy of my testimony.

Dated at, _____, Hawai`i, this _____ day of _____, 2006.

_____
DEAN PIGAO

Signed before me this _____ day of _____, 2006.

_____
Witness to Deponent's Signature

CIVIL NO. CV04 00562 SOM BMK, DARLA ABBATIELLO v. COUNTY OF KAUAI; KAUAI POLICE DEPARTMENT, taken on October 13, 2006, by Joy C. Tahara, RPR, CSR

OCT 2 3 2006

CERTIFICATE

STATE OF HAWAI`I                )
                                ) ss.
CITY AND COUNTY OF HONOLULU     )

    I, JOY C. TAHARA, RPR, CSR 408, Notary Public, State of Hawai`i, hereby certify:

    That on Friday, October 13, 2006, at 1:38 p.m., before me appeared DEAN PIGAO, the witness whose deposition is contained herein; and that prior to being examined was duly sworn;

    That I am neither counsel for any of the parties herein nor interested in any way in the outcome of this action;

    That the deposition herein was by me taken down in machine shorthand and thereafter reduced to print via computer-aided transcription; that the foregoing represents, to the best of my ability, a complete and accurate transcript of the testimony of said witness.

    DATED:  Honolulu, Hawai`i, _October 21, 2006_.

                                                    _/s/ Joy C. Tahara_
                                                  Notary Public, State of Hawai`i

                                                  My commission expires: 10/11/10