Darla Abbatiello
Kauai Police Department
3190 Ka'ana St
Lihue, HI 96766

September 14, 2004

F. Debusca
Acting Assistant Chief
Kauai Police Department
3190 Ka'ana St
Lihue, HI 96766

    Re: VICE Position

Dear Acting Assistant Chief Debusca:

    In response to your letter yesterday: I would like nothing more than to return to VICE.

    Due, however, to the current circumstances, the proximity of VICE to Sgt. Kapua, and my fear of violence in the workplace I do not feel that I can return to VICE at this time.

*Darla Abbatiello*

cc:    Daniel Hempey, Esq.
        Jeffrey Crabtree, Esq.
        Margery Bronster, Esq.

**EXHIBIT 9**    L 0002

K.C. Lum

| From: | K.C. Lum [kclum@hawaiilink.net] |
|---|---|
| Sent: | Monday, January 10, 2005 2:17 PM |
| To: | 'kclum@kauaigov.com' |
| Subject: | FW: Previous Order to Officer Abbatiello |

-----Original Message-----
From: Fred Debusca [mailto:fdebusca@kauai.hawaii.gov]
Sent: Monday, January 10, 2005 12:52 PM
To: K.C. Lum
Cc: Regina Ventura; Dean Pigao; Ron Venneman; dabbatiello@kauaigov.com; Irvil Kapua
Subject: RE: Previous Order to Officer Abbatiello

Chief,
Spoke with Lt. Pigao this morning. He said he gave no such order regarding items a. and b.
Lt. Ventura said she has not seen any documentation or written orders regarding the issues in question.

-----Original Message-----
From: K.C. Lum [mailto:kclum@hawaiilink.net]
Sent: Sunday, January 09, 2005 12:18 PM
To: Fred Debusca
Cc: Regina Ventura; Dean Pigao; Ron Venneman; dabbatiello@kauaigov.com; Irvil Kapua
Subject: Previous Order to Officer Abbatiello

Freddie,

Please check with Officer Abbatiello, Lt.Ventura and Lt Pigao on any documentation from on the following subject:

    a. Ordered Officer Abbatiello to use the back door when she goes to the Vice Office.
    b. Ordered Officer Abbatiello to avoid Sergeant Kapua.

If the order were true base on verbal command or written documentation, the order must be rescinded due to unreasonableness of the order. Officer Abbatiello should be afforded the same rights as all other KPD employees.

Officer Abbatiello will have the same access rights as all other employees of the Kauai Police Department to ISB and Vice Offices. Both Officer Abbatiello and Sergeant Kapua will avoid confrontation with each other. In the future, they should have their Department operational differences remedied through the chain of command.

Please convey this information to all concern parties.

L 0003

K.C. Lum
Chief of Police

L 0004