LAW OFFICES OF CARY T. TANAKA

CARY T. TANAKA        4858-0
DIANE K. AGOR-OTAKE   7751-0
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone:  536-8885
Facsimile: 536-8845
carytanaka@aol.com
dka@hawaii.rr.com

Attorneys for Defendant
K.C. LUM


              IN THE UNITED STATES DISTRICT COURT

               FOR THE DISTRICT OF HAWAII


| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04 00562 KSC |
| | ) | |
| Plaintiff, | ) | DEFENDANT K.C. LUM'S |
| | ) | SUBSTANTIVE JOINDER IN |
| vs. | ) | DEFENDANTS COUNTY OF KAUAI, |
| | ) | KAUAI POLICE DEPARTMENT, |
| COUNTY OF KAUAI, KAUAI | ) | WILFRED M. IHU, GORDON ISODA |
| POLICE DEPARTMENT, K.C. LUM, | ) | AND DEAN PIGAO'S MOTION TO |
| WILFRED M. IHU, GORDON ISODA, | ) | AMEND AMENDED SCHEDULING ORDER |
| DEAN PIGAO, and IRVIL KAPUA, | ) | AND TO PERMIT FILING OF |
| | ) | DISPOSITIVE MOTIONS FILED |
| Defendants. | ) | HEREIN ON FEBRUARY 20, 2007; |
| | ) | MEMORANDUM IN SUPPORT OF |
| | ) | SUBSTANTIVE JOINDER; |
| | ) | CERTIFICATE OF SERVICE |
| | ) | |
| | ) | |
| | ) | Hearing |
| | ) | Date:  February 23, 2007 |
| | ) | Time:  9:00 a.m. |
| | ) | Judge: The Honorable Kevin |
| | ) | Chang |
| | ) | |
| | ) | TRIAL DATE:  June 5, 2007 |

DEFENDANT K.C. LUM'S SUBSTANTIVE JOINDER IN
DEFENDANTS COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT,
WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S MOTION
TO AMEND AMENDED SCHEDULING ORDER AND TO PERMIT FILING
<u>OF DISPOSITIVE MOTIONS FILED HEREIN ON FEBRUARY 20, 2007</u>

Comes now Defendant K.C. LUM, by his attorneys, and hereby files the following substantive joinder to Defendants COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, WILFRED M. IHU, GORDON ISODA and DEAN PIGAO's Motion to Amend Amended Scheduling Order and to Permit Filing of Dispositive Motions filed herein on February 20, 2007.

Said motion is scheduled for hearing on February 23, 2007 at 9:00 a.m. before the Honorable Kevin S. Chang, Magistrate Judge.

DATED:  Honolulu, Hawaii, February 22, 2007.


/s/ Cary T. Tanaka
CARY T. TANAKA
DIANE K. AGOR-OTAKE
Attorneys for Defendant
K.C. LUM