ORIGINAL

LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY         7535
3175 Elua Street, Suite C
Lihue, Hawaii 96766
Telephone No. (808) 632-0000
Facsimile No. (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER              4750
JOHN HOSHIBATA                   3141
JEANNETTE HOLMES CASTAGNETTI     7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 524-5644
Facsimile No. (808) 599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 22 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | CIVIL NO. CV04 00562 SOM BMK (KSC) |
| Plaintiff, | (PROPOSED) ORDER GRANTING PLAINTIFF'S EX PARTE MOTION |
| vs. | FOR AN ORDER ALLOWING THE ADDITION OF EXHIBIT "39" TO |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | PLAINTIFF'S RESPONSE TO DEFENDANT K.C. LUM'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF HIS MOTION FOR |

|  |  |
|---|---|
| Defendants. | ) SUMMARY JUDGMENT [Docket<br>) No. 212]<br>)<br>) Trial Date:  May 8, 2007 |

### (PROPOSED) ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR AN ORDER ALLOWING THE ADDITION OF EXHIBIT "39" TO PLAINTIFF'S RESPONSE TO DEFENDANT K.C. LUM'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT

This matter having come before the Court on Plaintiff's Ex Parte Motion for an Order Allowing the Addition of Exhibit "39" to Plaintiff's Response to Defendant K.C. Lum's Separate and Concise Statement of Facts in Support of His Motion for Summary Judgment, and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiff's Ex Parte Motion for an Order Allowing the Addition of Exhibit "39" to Plaintiff's Response to Defendant K.C. Lum's Separate and Concise Statement of Facts in Support of His Motion for Summary Judgment filed February 9, 2007 is granted.

DATED: Honolulu, Hawaii, FEB 22 2007

---

Abbatiello v. County of Kauai, etal.; Civil No. CV04-00562 SOM BMK, (PROPOSED) **Order Granting Plaintiff's Ex Parte Motion for an Order Allowing the Addition of Exhibit "39" to Plaintiff's Response to Defendant K.C. Lum's Separate and Concise Statement of Facts in Support of His Motion for Summary Judgment**