# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/23/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00562KSC |
| CASE NAME: | Darla Abatiello v. County of Kauai, et al. |
| ATTYS FOR PLA: | John Hoshibata<br>Margery Bronster<br>Daniel Hempey |
| ATTYS FOR DEFT: | David Minkin<br>Michael McGuigan<br>Cary Tanaka |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 02/23/2007 | TIME: | 9:06-9:40am |

COURT ACTION:  EP:
1. Defendant Irvil Kapua's Motion to Amend Rule 16 Scheduling Order Filed 4/20/06 [233]

2. Defendants County of Kaua'i, Kaua'i Police Department, Wilfred Ihu, Gordon Isoda and Dean Piago's Motion to Amend Amended Scheduling Order to Permit Filing of Dispositive Motions [232]

3. Defendant K.C. Lum's Substantive Joinder in Defendants County of Kaua'i, Kaua'i Police Department, Wilfred M. Ihu, Gordon Isoda and Dean Piago's Motion to Amend Amended Scheduling Order and to Permit Filing of Dispositive Motions Filed Herein on February 20, 2007 [246]

4. Plaintiff Darla Abbatiello's Motion to Preclude Oral Deposition of Defendant K.C. Lum [218]

Plaintiff Darla Abbatiello's Motion to Preclude Oral Deposition of Defendant K.C. Lum [218].  MOTION DENIED.  Jury Selection/Trial set 6/5/07 shall be continued to 9/5/07

(Wednesday) at 9:00am before Judge Chang.  Discovery deadline set 7/6/07.  Dispositive Motions deadline set 4/4/07.  All other deadlines shall be adjusted to the 9/5/07 trial date.  Amended Rule 16 Scheduling Conference Order to be issued.  The deposition of K.C. Lum shall be completed no later than 3/16/07.  Plaintiff is granted leave to file an Amended Complaint based on Mr. Lum's new deposition testimony.  The deadline to file the Amended Complaint, if any, is 3/23/07.

The Motions for Summary Judgment shall be rescheduled to early-April.  Any opposition to be submitted after completion of Mr. Lum's deposition.  Counsel to confer and contact Judge Kurren's courtroom manager regarding rescheduling an Early Settlement Conference date around the third week in March.

Based on the above ruling, Defendant Irvil Kapua's Motion to Amend Rule 16 Scheduling Order Filed 4/20/06 [233] is GRANTED.  Defendants County of Kaua'i, Kaua'i Police Department, Wilfred Ihu, Gordon Isoda and Dean Piago's Motion to Amend Amended Scheduling Order to Permit Filing of Dispositive Motions is GRANTED.  Defendant K.C. Lum's Substantive Joinder in Defendants County of Kaua'i, Kaua'i Police Department, Wilfred M. Ihu, Gordon Isoda and Dean Piago's Motion to Amend Amended Scheduling Order and to Permit Filing of Dispositive Motions Filed Herein on February 20, 2007 [246] is GRANTED.

Mr. Hempey's oral request for fees/costs is DENIED.

Submitted by: Shari Afuso, Courtroom Manager