# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/23/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV04-00562KSC

CASE NAME:       Darla Abatiello v. County of Kauai, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Kevin S. C. Chang          REPORTER:

DATE:     02/23/2007                 TIME:

COURT ACTION:   EO: New trial date given.  Amended Rule 16 Scheduling Conference Order to be issued.

1.   Jury trial on **September 5, 2007 at 9:00 a.m. before** KSC (Wednesday)
2.   Final Pretrial Conference on July 24, 2007 at **2:00 p.m.** before KSC
3.   Final Pretrial Conference before District Judge N/A
4.   Final Pretrial Statement by July 17, 2007
5.   File motions to Join/Add Parties/Amend Pleadings by **(CLOSED)**
6.   File other Non-Dispositive Motions by **(CLOSED)**
7.   File Dispositive Motions by April 4, 2007
8a.  File Motions in Limine by August 14, 2007
8b.  File opposition memo to a Motion in Limine by August 21, 2007
11a. Plaintiff's Expert Witness Disclosures by **(CLOSED)**
11b. Defendant's Expert Witness Disclosures by **(CLOSED)**
12.  Discovery deadline July 6, 2007
13.  Settlement Conference **to be set before Judge Kurren**
14.  Settlement Conference statements by
20.  Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by August 21, 2007
21.  File Final witness list by August 14, 2007
24.  Exchange Exhibit and Demonstrative aids by August 7, 2007
25.  Stipulations re: Authenticity/Admissibility of Proposed Exhibits by August 14,

2007
26.     File objections to the Exhibits by August 21, 2007
28a.    File Deposition Excerpt Designations by August 14, 2007
28b.    File Deposition Counter Designations and Objections by August 21, 2007
29.     File Trial Brief by August 21, 2007
30.     File Findings of Fact & Conclusions of Law by N/A

Other Matters:
None.

Submitted by: Shari Afuso, Courtroom Manager

CV04-562KSC
Abatiello v. County of Kauai
Rule 16 Scheduling Conference Minutes
02/23/2007