LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY          7535
3175 Elua Street
Lihue, Hawaii  96766
Telephone No.:     (808) 823-0000
Facsimile No.:      (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER     4750
JOHN T. HOSHIBATA          3141
JEANNETTE HOLMES CASTAGNETTI   7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone No.:     (808) 524-5644
Facsimile No.:      (808) 599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>    Defendants. | CIVIL NO. CV04 00562 BMK KSC<br><br>CERTIFICATE OF SERVICE<br><br>(Re: FIFTH AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION [Re: K.C. Lum])<br><br>Trial Date:  September 5, 2007<br>Time:          9:00 a.m.<br>Trial Judge: Kevin S.C. Chang |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Plaintiff's FIFTH AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION [Re: K.C. Lum on 3/16/07 at 9:00 a.m. at the offices of Bronster Crabtree & Hoshibata, Pauahi Tower, Suite 2300, 1001 Bishop Street, Honolulu, Hawaii 96813] was served on the following parties on March 5, 2007 in the manner specified below:

| | |
|---|---|
| DANIEL G. HEMPEY, ESQ.<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Lihue, Hawaii 96766<br>    Attorney for Plaintiff<br>    DARLA ABBATIELLO | U.S. Mail |
| MICHAEL J. McGUIGAN, ESQ.<br>Reinwald O'Connor & Playdon LLP<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, Suite 2400<br>Honolulu, Hawaii 96813<br>    Attorney for Defendant<br>    IRVIL KAPUA | Mjm@roplaw.com<br>and hand-delivery |
| DAVID J. MINKIN, ESQ.<br>BECKY T. CHESTNUT, ESQ.<br>LISA W. CATALDO, ESQ.<br>KARA M.L. YOUNG, ESQ.<br>McCorriston Miller Mukai MacKinnon LLP<br>Five Waterfront Plaza, 4th Floor<br>500 Ala Moana Boulevard<br>Honolulu, Hawaii 96813<br>    Attorneys for Defendants<br>    COUNTY OF KAUAI, KAUAI POLICE DEPT.,<br>    and WILFRED M. IHU, GORDON ISODA<br>    and DEAN PIGAO | minkin@m4law.com<br>and hand-delivery |

CHRISTIANE L. NAKEA-TRESLER, ESQ.  cntresler@kauai.gov
Office of the County Attorney  and U.S. Mail
4444 Rice Street, Suite 220
Lihue, Hawaii  96766
    Attorneys for Defendants
    COUNTY OF KAUAI and
    KAUAI POLICE DEPARTMENT

CARY T. TANAKA, ESQ.  carytanaka@aol.com
Fort Street Tower, Suite 510  and hand-delivery
745 Fort Street
Honolulu, Hawaii   96813
    Attorney for Defendant and
    Third-Party Plaintiff K.C. LUM

DATED:  Honolulu, Hawaii, March 5, 2007.

    /s/ John T. Hoshibata
    DANIEL G. HEMPEY
    MARGERY S. BRONSTER
    JOHN T. HOSHIBATA
    JEANNETTE HOLMES CASTAGNETTI
    Attorneys for Plaintiff
    DARLA ABBATIELLO