CHRISTIANE L. NAKEA-TRESLER       4857-0
Office of the County Attorney
4444 Rice Street, Suite 220
Līhu`e, Hawai`i 96766
Telephone: (808) 241-6315
Facsimile:  (808) 241-6319
Email: cntresler@kauai.gov

Attorney for Defendants COUNTY OF KAUA`I
and KAUA`I POLICE DEPARTMENT

McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN                   3639-0
KARA M.L. YOUNG                   8411-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i  96813
Telephone:  (808) 529-7300
Facsimile:  (808) 524-8293
Email:  minkin@m4law.com

Attorneys for Defendants COUNTY OF KAUA`I,
KAUA`I POLICE DEPARTMENT, WILFRED M. IHU,
GORDON ISODA and DEAN PIGAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>            Plaintiff,<br><br>    vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, | CIVIL NO. CV04-00562 SOM BMK<br><br>**CERTIFICATE OF SERVICE RE:** DEFENDANTS COUNTY OF KAUA`I AND KAUA`I POLICE DEPARTMENT'S RESPONSE TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF |

155353.1

```
GORDON ISODA, DEAN PIGAO,  )   DOCUMENTS, DATED
IRVIL KAPUA,               )   FEBRUARY 5, 2007
                           )
        Defendants.        )
_____)
```

**CERTIFICATE OF SERVICE RE:**
<u>DEFENDANTS COUNTY OF KAUA`I AND KAUA`I POLICE
DEPARTMENT'S RESPONSE TO PLAINTIFF'S SECOND REQUEST
FOR PRODUCTION OF DOCUMENTS, DATED FEBRUARY 5, 2007</u>

The undersigned hereby certifies that a true and correct copy of DEFENDANTS COUNTY OF KAUA`I AND KAUA`I POLICE DEPARTMENT'S RESPONSE TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS, DATED FEBRUARY 5, 2007 was duly served on the following on this date (and will be mailed the next business day) as indicated below:

|  | E-Mail | U.S. Mail |
|---|---|---|
| DANIEL G. HEMPEY, ESQ.<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Lihue, Hawai`i 96766<br>    And | X | X |

|  | E-Mail | U.S. Mail |
|---|---|---|
| MARGERY S. BRONSTER, ESQ.<br>JOHN HOSHIBATA, ESQ.<br>Bronster Crabtree & Hoshibata<br>Pauahi Tower<br>1001 Bishop Street, Suite 2300<br>Honolulu, Hawai`i 96813<br><br>Attorneys for Plaintiff<br>DARLA ABBATIELLO | X | X |
| MICHAEL J. McGUIGAN, ESQ.<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, 24th Floor<br>Honolulu, Hawai`i 96813<br><br>Attorneys for Defendant IRVIL KAPUA | X | X |
| CARY T. TANAKA, ESQ.<br>DIANE K. AGOR-OTAKE, ESQ.<br>Fort Street Tower<br>745 Fort Street, Suite 510<br>Honolulu, Hawai`i 96813<br><br>Attorneys for Defendant K.C. LUM | X | X |

DATED: Honolulu, Hawai`i, March 7, 2007.

/s/ David J. Minkin
DAVID J. MINKIN
KARA M.L. YOUNG

Attorneys for Defendants
COUNTY OF KAUA`I, KAUA`I
POLICE DEPARTMENT, WILFRED
M. IHU, GORDON ISODA, and
DEAN PIGAO