LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY          7535
3175 Elua Street
Lihue, Hawaii  96766
Telephone No.:     (808) 823-0000
Facsimile No.:     (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER     4750
JOHN T. HOSHIBATA          3141
JEANNETTE HOLMES CASTAGNETTI   7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone No.:     (808) 524-5644
Facsimile No.:     (808) 599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) [RE:  PLAINTIFF'S RESPONSE TO DEFENDANT COUNTY OF KAUAI'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS] |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | |
| Defendants. | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of PLAINTIFF'S RESPONSE TO DEFENDANT COUNTY OF KAUAI'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS was served on the following parties at their last known addresses on March 8, 2007 in the manner specified below:

| | |
|---|---|
| DANIEL G. HEMPEY, ESQ.<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Lihue, Hawaii 96766<br>    Attorney for Plaintiff<br>    DARLA ABBATIELLO | **U.S. MAIL**<br>(One copy) |
| MICHAEL J. McGUIGAN, ESQ.<br>Reinwald O'Connor & Playdon LLP<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, Suite 2400<br>Honolulu, Hawaii 96813<br>    Attorney for Defendant<br>    IRVIL KAPUA | **HAND DELIVERY**<br>(One copy) |
| DAVID J. MINKIN, ESQ.<br>KARA M.L. YOUNG, ESQ.<br>McCorriston Miller Mukai MacKinnon LLP<br>Five Waterfront Plaza, 4th Floor<br>500 Ala Moana Boulevard<br>Honolulu, Hawaii 96813<br>    Attorneys for Defendants<br>    COUNTY OF KAUAI,<br>    KAUAI POLICE DEPARTMENT,<br>    WILFRED M. IHU, GORDON ISODA<br>    and DEAN PIGAO | **HAND DELIVERY**<br>(Original + one copy) |

| | |
|---|---|
| CARY TANAKA, ESQ.<br>Fort Street Tower, Suite 510<br>745 Fort Street<br>Honolulu, HI  96813<br>　　Attorney for Defendant<br>　　K.C. LUM | **HAND-DELIVERY**<br>(One copy) |
| CHRISTIANE L. NAKEA-TRESLER, ESQ.<br>Office of the County Attorney<br>4444 Rice Street, Suite 220<br>Lihue, Hawaii  96766<br>　　Attorneys for Defendants<br>　　COUNTY OF KAUAI and<br>　　KAUAI POLICE DEPARTMENT | **U.S. MAIL**<br>(One copy) |

DATED:  Honolulu, Hawaii, March 8, 2007.

　　　　　　　　　　　　　　　　　　　/s/ John T. Hoshibata　　　
　　　　　　　　　　　　　　　MARGERY S. BRONSTER
　　　　　　　　　　　　　　　JOHN T. HOSHIBATA
　　　　　　　　　　　　　　　JEANNETTE  HOLMES CASTAGNETTI
　　　　　　　　　　　　　　　DANIEL G. HEMPEY
　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　DARLA ABBATIELLO