CHRISTIANE L. NAKEA-TRESLER     4857-0
Office of the County Attorney
4444 Rice Street, Suite 220
Līhu`e, Hawai`i 96766
Telephone: (808) 241-6315
Facsimile:  (808) 241-6319
Email: cntresler@kauai.gov

Attorneys for Defendants COUNTY OF KAUA`I
and KAUA`I POLICE DEPARTMENT

McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN         3639-0
BECKY T. CHESTNUT       7756-0
KARA M.L. YOUNG         8411-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i  96813
Telephone:  (808) 529-7300
Facsimile:  (808) 524-8293
Email:  minkin@m4law.com

Attorneys for Defendants COUNTY OF KAUA`I,
KAUA`I POLICE DEPARTMENT, WILFRED M. IHU,
GORDON ISODA and DEAN PIGAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04-00562 KSC |
| | ) | |
| Plaintiff, | ) | DEFENDANTS COUNTY OF |
| | ) | KAUA`I, KAUA`I POLICE |
| vs. | ) | DEPARTMENT, WILFRED M. IHU, |
| | ) | GORDON ISODA AND DEAN |
| COUNTY OF KAUAI, KAUAI | ) | PIGAO'S **JOINDER** IN: **(1)** |
| POLICE DEPARTMENT, K.C. LUM, | ) | DEFENDANT IRVIL KAPUA'S |
| WILFRED M. IHU, GORDON | ) | MEMORANDUM IN OPPOSITION |

156887.1

| | |
|---|---|
| ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>       Defendants.<br><br>_____ | ) TO PLAINTIFF'S MOTION FOR<br>) SUMMARY JUDGMENT ON<br>) COUNTS I-VIII OF THE FIRST<br>) AMENDED COMPLAINT<br>) AGAINST DEFENDANT K.C. LUM<br>) AND COUNTS I, II, IV, VI, VII,<br>) AND VIII AGAINST DEFENDANT<br>) IRVIL KAPUA, FILED 1/8/07,<br>) FILED ON FEBRUARY 22, 2007;<br>) **AND (2)** DEFENDANT IRVIL<br>) KAPUA'S RESPONSE TO<br>) PLAINTIFF'S AMENDED<br>) SEPARATE AND CONCISE<br>) STATEMENT OF FACTS IN<br>) SUPPORT OF PLAINTIFF'S<br>) MOTION FOR SUMMARY<br>) JUDGMENT ON COUNTS I-VIII<br>) OF THE FIRST AMENDED<br>) COMPLAINT AGAINST<br>) DEFENDANT K.C. LUM AND<br>) COUNTS I, II, IV, VI, VII, AND VIII<br>) AGAINST DEFENDANT IRVIL<br>) KAPUA, FILED 1/8/07, FILED ON<br>) FEBRUARY 22, 2007;<br>) CERTIFICATE OF SERVICE<br>)<br>) **HEARING**<br>) Date:    April 6, 2007<br>) Time:    9:15 a.m.<br>) Judge:   Kevin S.C. Chang<br>)<br>) TRIAL:   SEPTEMBER 5, 2007 |

DEFENDANTS COUNTY OF KAUA`I, KAUA`I POLICE DEPARTMENT, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S **JOINDER** IN: **(1)** DEFENDANT IRVIL KAPUA'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON COUNTS I-VIII OF THE FIRST AMENDED COMPLAINT AGAINST DEFENDANT K.C. LUM AND COUNTS I, II, IV, VI, VII, AND VIII AGAINST DEFENDANT IRVIL KAPUA, FILED 1/8/07, FILED ON FEBRUARY 22, 2007; **AND (2)** DEFENDANT IRVIL KAPUA'S RESPONSE TO PLAINTIFF'S AMENDED SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON COUNTS I-VIII OF THE FIRST AMENDED COMPLAINT AGAINST DEFENDANT K.C. LUM AND COUNTS I, II, IV, VI, VII, AND VIII AGAINST DEFENDANT IRVIL KAPUA, FILED 1/8/07, FILED ON FEBRUARY 22, 2007

Defendants County of Kaua`i, Kaua`i Police Department, Wilfred M. Ihu, Gordon Isoda and Dean Pigao, by and through their attorneys, McCorriston Miller Mukai MacKinnon LLP, hereby submit their **Joinder** In: **(1)** Defendant Irvil Kapua's Memorandum in Opposition to Plaintiff's Motion for Summary Judgment on Counts I-VIII of the First Amended Complaint Against Defendant K.C. Lum and Counts I, II, IV, VI, VII, and VIII Against Defendant Irvil Kapua, Filed 1/8/07, Filed on February 22, 2007; **and (2)** Defendant Irvil Kapua's Response to Plaintiff's Amended Separate and Concise Statement of Facts in Support of Plaintiff's Motion for Summary Judgment on Counts I-VIII of the First

Amended Complaint Against Defendant K.C. Lum and Counts I, II, IV, VI, VII, and VIII Against Defendant Irvil Kapua, Filed 1/8/07, Filed on February 22, 2007.

DATED:  Honolulu, Hawai`i,  March 8, 2007

/s/ David J. Minkin
DAVID J. MINKIN
BECKY T. CHESTNUT
KARA M.L. YOUNG

Attorneys for Defendants
COUNTY OF KAUA`I, KAUA`I POLICE DEPARTMENT, WILFRED M. IHU, GORDON ISODA, and DEAN PIGAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DARLA ABBATIELLO, ) | CIVIL NO. CV04-00562 KSC |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| COUNTY OF KAUAI, KAUAI ) | |
| POLICE DEPARTMENT, K.C. LUM, ) | |
| WILFRED M. IHU, GORDON ) | |
| ISODA, DEAN PIGAO, IRVIL ) | |
| KAPUA, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served on the following on this date as indicated below:

|  | **Electronically Via CM/ECF** | **U.S. Mail** |
|---|---|---|
| DANIEL G. HEMPEY, ESQ.<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Lihue, Hawai`i 96766 |  | X |

and

156887.1

|  | Electronically Via CM/ECF | U.S. Mail |
|---|---|---|
| MARGERY S. BRONSTER, ESQ.<br>JOHN HOSHIBATA, ESQ.<br>Bronster Crabtree & Hoshibata<br>Pauahi Tower<br>1001 Bishop Street, Suite 2300<br>Honolulu, Hawai`i 96813<br><br>Attorneys for Plaintiff<br>DARLA ABBATIELLO | X |  |
| MICHAEL J. McGUIGAN, ESQ.<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, 24th Floor<br>Honolulu, Hawai`i 96813<br><br>Attorney for Defendant<br>IRVIL KAPUA | X |  |
| CARY T. TANAKA, ESQ.<br>Fort Street Tower<br>745 Fort Street, Suite 510<br>Honolulu, Hawai`i 96813<br><br>Attorney for Defendant K.C. LUM | X |  |

DATED:  Honolulu, Hawai`i, _____March 8, 2007_____

/s/ David J. Minkin
DAVID J. MINKIN
BECKY T. CHESTNUT
KARA M.L. YOUNG

Attorneys for Defendants
COUNTY OF KAUA`I, KAUA`I POLICE
DEPARTMENT, WILFRED M. IHU,
GORDON ISODA, and DEAN PIGAO