CHRISTIANE L. NAKEA-TRESLER        4857-0
Office of the County Attorney
4444 Rice Street, Suite 220
Līhu`e, Hawai`i 96766
Telephone: (808) 241-6315
Facsimile:  (808) 241-6319
Email: cntresler@kauai.gov

Attorneys for Defendants COUNTY OF KAUA`I
and KAUA`I POLICE DEPARTMENT

McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN                    3639-0
BECKY T. CHESTNUT                  7756-0
KARA M.L. YOUNG                    8411-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i  96813
Telephone:  (808) 529-7300
Facsimile:  (808) 524-8293
Email:  minkin@m4law.com

Attorneys for Defendants COUNTY OF KAUA`I,
KAUA`I POLICE DEPARTMENT, WILFRED M. IHU,
GORDON ISODA and DEAN PIGAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04-00562 KSC |
| | ) | |
| Plaintiff, | ) | DEFENDANTS COUNTY OF |
| | ) | KAUA`I, KAUA`I POLICE |
| vs. | ) | DEPARTMENT, WILFRED M. IHU, |
| | ) | GORDON ISODA AND DEAN |
| COUNTY OF KAUAI, KAUAI | ) | PIGAO'S **JOINDER** IN: **(1)** |
| POLICE DEPARTMENT, K.C. LUM, | ) | DEFENDANT K.C. LUM'S |
| WILFRED M. IHU, GORDON | ) | MEMORANDUM IN OPPOSITION |

156886.1

| | |
|---|---|
| ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>             Defendants.<br><br>_____ | ) TO PLAINTIFF'S MOTION FOR<br>) SUMMARY JUDGMENT ON<br>) COUNTS I-VIII OF THE FIRST<br>) AMENDED COMPLAINT<br>) AGAINST DEFENDANT K.C. LUM<br>) AND COUNTS I, II, IV, VI, VII,<br>) AND VIII AGAINST DEFENDANT<br>) IRVIL KAPUA, FILED 1/8/07,<br>) FILED ON FEBRUARY 22, 2007;<br>) AND **(2)** DEFENDANT K.C. LUM'S<br>) RESPONSE TO PLAINTIFF'S<br>) AMENDED SEPARATE AND<br>) CONCISE STATEMENT OF FACTS<br>) THAT INCORPORATES BY<br>) REFERENCE EXHIBITS "A" - "YY"<br>) ATTACHED TO THE STRICKEN<br>) SEPARATE AND CONCISE<br>) STATEMENT OF FACTS FILED<br>) ON JANUARY 8, 2007 [DOCKET<br>) NUMBER 193], FILED ON<br>) JANUARY 12, 2007, FILED<br>) FEBRUARY 22, 2007;<br>) CERTIFICATE OF SERVICE<br>)<br>) **HEARING**<br>) Date:    April 6, 2007<br>) Time:    9:15 a.m.<br>) Judge:   Kevin S.C. Chang<br>)<br>) TRIAL:   SEPTEMBER 5, 2007 |

156886.1                                                2


DEFENDANTS COUNTY OF KAUA`I, KAUA`I POLICE DEPARTMENT, WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO'S **JOINDER** IN: **(1)** DEFENDANT K.C. LUM'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON COUNTS I-VIII OF THE FIRST AMENDED COMPLAINT AGAINST DEFENDANT K.C. LUM AND COUNTS I, II, IV, VI, VII, AND VIII AGAINST DEFENDANT IRVIL KAPUA, FILED 1/8/07, FILED ON FEBRUARY 22, 2007; AND **(2)** DEFENDANT K.C. LUM'S RESPONSE TO PLAINTIFF'S AMENDED SEPARATE AND CONCISE STATEMENT OF FACTS THAT INCORPORATES BY REFERENCE EXHIBITS "A" - "YY" ATTACHED TO THE STRICKEN SEPARATE AND CONCISE STATEMENT OF FACTS FILED ON JANUARY 8, 2007 [DOCKET NUMBER 193], FILED ON JANUARY 12, 2007, FILED FEBRUARY 22, 2007

Defendants County of Kaua`i, Kaua`i Police Department, Wilfred M. Ihu, Gordon Isoda and Dean Pigao, by and through their attorneys, McCorriston Miller Mukai MacKinnon LLP, hereby submit their **Joinder** in: **(1)** Defendant K.C. Lum's Memorandum in Opposition to Plaintiff's Motion for Summary Judgment on Counts I-VIII of the First Amended Complaint Against Defendant K.C. Lum and Counts I, II, IV, VI, VII, and VIII Against Defendant Irvil Kapua, filed 1/8/07, filed on February 22, 2007; and **(2)** Defendant K.C. Lum's Response to Plaintiff's Amended Separate and Concise Statement of Facts that Incorporates by Reference Exhibits "A" - "YY" Attached to the Stricken Separate and Concise Statement of Facts filed on January 8, 2007 [Docket Number 193], filed on January 12, 2007, filed February 22, 2007.

DATED: Honolulu, Hawai`i, _____March 8, 2007_____

          /s/ David J. Minkin
          DAVID J. MINKIN
          BECKY T. CHESTNUT
          KARA M.L. YOUNG

          Attorneys for Defendants
          COUNTY OF KAUA`I, KAUA`I POLICE
          DEPARTMENT, WILFRED M. IHU,
          GORDON ISODA, and DEAN PIGAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04-00562 KSC |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served on the following on this date as indicated below:

                                             **Electronically**    **U.S.**
                                             **Via CM/ECF**    **Mail**

DANIEL G. HEMPEY, ESQ.                                        X
Law Office of Daniel G. Hempey
3175 Elua Street
Lihue, Hawai`i 96766

        and

156886.1

|  | Electronically Via CM/ECF | U.S. Mail |
|---|---|---|
| MARGERY S. BRONSTER, ESQ.<br>JOHN HOSHIBATA, ESQ.<br>Bronster Crabtree & Hoshibata<br>Pauahi Tower<br>1001 Bishop Street, Suite 2300<br>Honolulu, Hawai`i 96813<br><br>Attorneys for Plaintiff<br>DARLA ABBATIELLO | X |  |
| MICHAEL J. McGUIGAN, ESQ.<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, 24th Floor<br>Honolulu, Hawai`i 96813<br><br>Attorney for Defendant<br>IRVIL KAPUA | X |  |
| CARY T. TANAKA, ESQ.<br>Fort Street Tower<br>745 Fort Street, Suite 510<br>Honolulu, Hawai`i 96813<br><br>Attorney for Defendant K.C. LUM | X |  |

DATED: Honolulu, Hawai`i, _____March 8, 2007_____

/s/ David J. Minkin
DAVID J. MINKIN
BECKY T. CHESTNUT
KARA M.L. YOUNG

Attorneys for Defendants
COUNTY OF KAUA`I, KAUA`I POLICE
DEPARTMENT, WILFRED M. IHU,
GORDON ISODA, and DEAN PIGAO