LAW OFFICES OF CARY T. TANAKA

CARY T. TANAKA         4858-0
DIANE K. AGOR-OTAKE   7751-0
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone:  536-8885
Facsimile: 536-8845
carytanaka@aol.com
dka@hawaii.rr.com

Attorneys for Defendant
K.C. LUM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04 00562 KSC |
| | ) | |
| Plaintiff, | ) | DEFENDANT K.C. LUM'S  JOINDER |
| | ) | TO:(1) DEFENDANT IRVIL KAPUA'S |
| vs. | ) | MEMORANDUM IN OPPOSITION TO |
| | ) | PLAINTIFF'S MOTION FOR SUMMARY |
| COUNTY OF KAUAI, KAUAI | ) | JUDGMENT ON COUNTS I-VIII OF |
| POLICE DEPARTMENT, K.C. LUM, | ) | THE FIRST AMENDED COMPLAINT |
| WILFRED M. IHU, GORDON ISODA, | ) | AGAINST K.C. LUM AND COUNTS I, |
| DEAN PIGAO, and IRVIL KAPUA, | ) | II, IV, VI, VII, AND VIII |
| | ) | AGAINST IRVIL KAPUA FILED ON |
| Defendants. | ) | JANUARY 8, 2007, FILED HEREIN |
| | ) | ON FEBRUARY 22, 2007, AND (2) |
| | ) | DEFENDANT IRVIL KAPUA'S |
| | ) | RESPONSE TO PLAINTIFF'S |
| | ) | AMENDED SEPARATE AND CONCISE |
| | ) | STATEMENT OF FACTS IN SUPPORT |
| | ) | OF PLAINTIFF'S MOTION FOR |
| | ) | SUMMARY JUDGMENT ON COUNTS I- |
| | ) | VIII OF THE FIRST AMENDED |
| | ) | COMPLAINT AGAINST K.C. LUM AND |
| | ) | COUNTS I, II, IV, VI, VII, AND |
| | ) | VIII AGAINST IRVIL KAPUA FILED |
| | ) | ON JANUARY 8, 2007, FILED |
| | ) | HEREIN ON FEBRUARY 22, 2007; |
| | ) | CERTIFICATE OF SERVICE |
| | ) | |
| | ) | |
| | ) | |

|  |  |
|---|---|
| ) | <u>Hearing</u> |
| ) | Date: April 6, 2007 |
| ) | Time:  9:15 a.m. |
| ) | Judge: The Honorable Kevin |
| ) | Chang |
| ) |  |
| ) |  |
| ) | TRIAL DATE: September 5, 2007 |

DEFENDANT K.C. LUM'S  JOINDER TO:(1) DEFENDANT IRVIL KAPUA'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON COUNTS I-VIII OF THE FIRST AMENDED COMPLAINT AGAINST K.C. LUM AND COUNTS I, II, IV, VI, VII, AND VIII AGAINST IRVIL KAPUA FILED ON JANUARY 8, 2007, FILED HEREIN ON FEBRUARY 22, 2007, AND (2) DEFENDANT IRVIL KAPUA'S RESPONSE TO PLAINTIFF'S AMENDED SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON COUNTS I-VIII OF THE FIRST AMENDED COMPLAINT AGAINST K.C. LUM AND COUNTS I, II, IV, VI, VII, AND VIII AGAINST IRVIL KAPUA FILED ON JANUARY 8, 2007, <u>FILED HEREIN ON FEBRUARY 22, 2007</u>

Comes now, Defendant K.C. Lum, by and through his attorneys, and hereby joins in: (1) DEFENDANT IRVIL KAPUA'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON COUNTS I-VIII OF THE FIRST AMENDED COMPLAINT AGAINST K.C. LUM AND COUNTS I, II, IV, VI, VII, AND VIII AGAINST IRVIL KAPUA FILED ON JANUARY 8, 2007, FILED HEREIN ON FEBRUARY 22, 2007, and (2) DEFENDANT IRVIL KAPUA'S RESPONSE TO PLAINTIFF'S AMENDED SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON COUNTS I-VIII OF THE FIRST AMENDED COMPLAINT AGAINST K.C. LUM AND COUNTS I, II, IV, VI, VII, AND VIII AGAINST IRVIL KAPUA FILED ON JANUARY 8, 2007, FILED HEREIN ON FEBRUARY 22, 2007.

DATED: Honolulu, Hawaii, March 12, 2007.

      /s/ Diane K. Agor-Otake
CARY T. TANAKA
DIANE K. AGOR-OTAKE
Attorneys for Defendant
K.C. LUM

DATED: Honolulu, Hawaii, March 12, 2007.