```
              IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF HAWAII

DARLA ABBATIELLO,              )   CIVIL NO. CV04 00562 KSC
                               )
            Plaintiff,         )   CERTIFICATE OF SERVICE
                               )
     vs.                       )
                               )
COUNTY OF KAUAI, KAUAI         )
POLICE DEPARTMENT, K.C. LUM,   )
WILFRED M. IHU, GORDON ISODA,  )
DEAN PIGAO, and IRVIL KAPUA,   )
                               )
            Defendants.        )
                               )
```

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

```
     MARGERY S. BRONSTER, ESQ.     mbronster@bchlaw.net
     JOHN HOSHIBATA, ESQ.          jhoshibata@bchlaw.net
     Suite 2300 Pauahi Tower
     1001 Bishop Street
     Honolulu, Hawaii  96813

     Attorneys for Plaintiff

     DAVID J. MINKIN, ESQ.         minkin@m4law.com
     BECKY T. CHESTNUT, ESQ.       chestnut@m4law.com
     Five Waterfront Plaza, 4th Floor
     500 Ala Moana Boulevard
     Honolulu, Hawaii  96813

     Attorneys for Defendants
     WILFRED M. IHU, GORDON ISODA
     and DEAN PIGAO
```

    MICHAEL J. McGUIGAN, ESQ.       mjm@roplaw.com
    Pacific Guardian Center, Makai Tower
    733 Bishop Street, 24th Floor
    Honolulu, Hawaii  96813

    Attorney for Defendant
    IRVIL KAPUA

    LANI D. H. NAKAZAWA, ESQ.      lnakazawa@kauai.gov
    CHRISTIANE L. NAKEA-TRESLER, ESQ.  cntresler@kauai.gov
    4444 Rice Street, Suite 220
    Lihue, Hawaii  96766

    Attorneys for Defendants
    COUNTY OF KAUAI and
    KAUAI POLICE DEPARTMENT

**Served by First Class Mail:**

    DANIEL G. HEMPEY, ESQ.
    3175 Elua Street
    Lihue, Kauai  96766

    Attorney for Plaintiff

DATED:    Honolulu, Hawaii, March 12, 2007.


                                          /s/ Diane K. Agor-Otake
                                          CARY T. TANAKA
                                          DIANE K. AGOR-OTAKE
                                          Attorneys for Defendant
                                          K.C. LUM