# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/14/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00562KSC |
| CASE NAME: | Darla Abatiello v. County of Kauai, et al. |
| ATTYS FOR PLA: | John Hoshibata<br>Daniel Hempey, by phone |
| ATTYS FOR DEFT: | David Minkin<br>Michael McGuigan<br>Cary Tanaka |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 3/14/2007 | TIME: | 10:05-10:25am |

COURT ACTION:  EP:  Further Status Conference Re: redaction/scheduling issues and oral depositions that counsel intend to take.  Discussion held.

The deadline to complete production of redacted medical records set at 4/6/07.

Mr. Lum's deposition will start on 3/16/07 with reservation to complete at a later date.

The deadline for KPD and the County documents to be produced set at 4/2/07.

Mr. Minkin to attempt to stipulate to lift the seal or file a motion to lift the seal as to the deposition transcript of Mr. Lum.

Counsel agree to push all deadlines (except trial deadlines) out 30 days.  Counsel to submit a stipulation.

The Court will reset the 4/6/07 Motions and notify all counsel.

The Court will check as to Judge Kurren's availability for Settlement Conference for the week of 4/16/07.

Submitted by: Shari Afuso, Courtroom Manager