ORIGINAL

McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN         #3639-0
BECKY T. CHESTNUT       #7756-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293
Email: minkin@m4law.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 2 2007

at 4 o'clock and 30 min. PM
SUE BEITIA, CLERK

Attorneys for Defendants
WILFRED M. IHU, GORDON ISODA
and DEAN PIGAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| DARLA ABBATIELLO, | CIVIL NO. CV04-00562 KSC |
|---|---|
| Plaintiff, | STIPULATION FOR PARTIAL DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF'S CLAIMS AGAINST DEFENDANTS WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO IN THEIR OFFICIAL CAPACITIES and ORDER |
| vs. | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | |
| Defendants. | **Trial Date: September 5, 2007** |

150619.1

## STIPULATION FOR PARTIAL DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF'S CLAIMS AGAINST DEFENDANTS WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO IN THEIR OFFICIAL CAPACITIES

IT IS HEREBY STIPULATED AND AGREED by and between the appearing parties hereto through their respective counsel as follows:

Whereas all claims and causes of action by Plaintiff DARLA ABBATIELLO against Defendants WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO in their individual capacities were dismissed without prejudice on January 13, 2006, it is now the intention of all parties that:

(1)  All claims and causes of action by Plaintiff DARLA ABBATIELLO against Defendants WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO in their official capacities are hereby subsumed in the claims against Defendants County of Kaua`i and Kaua`i Police Department;

(2)  For purposes of the First Amended Complaint filed April 21, 2006, such claims will not be separately set forth;

(3)  This Stipulation does not release, waive, or otherwise alter Plaintiff's claims regarding Defendants WILFRED M. IHU, GORDON ISODA and DEAN PIGAO in their official capacities because such claims are subsumed in the claims against Defendants County of Kaua`i and Kaua`i Police Department;

(4)  Defendants County of Kaua`i and Kaua`i Police Department shall not assert any defense that the acts or omissions of Defendants WILFRED

M. IHU, GORDON ISODA and DEAN PIGAO were outside the course and scope of their employment with Defendants County of Kaua`i and Kaua`i Police Department, unless such evidence is revealed to the contrary during discovery;

(5) All remaining parties reserve the right to re-assert claims against Defendants WILFRED M. IHU, GORDON ISODA and DEAN PIGAO, in their individual capacities, if discovery reveals that the acts or omissions of Defendants WILFRED M. IHU, GORDON ISODA and DEAN PIGAO were outside the course and scope of their employment with Defendants County of Kaua`i and Kaua`i Police Department;

(6) The remaining parties agree that the current deadline regarding the joining of "additional parties" does not affect and is not applicable to this reservation of rights against Defendants WILFRED M. IHU, GORDON ISODA and DEAN PIGAO; and

(7) Such claims, if any, as described in paragraph 5 herein shall be made within a reasonable period following the close of discovery.

This Stipulation for Dismissal is based on Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure and has been signed by counsel for all parties who have made an appearance in this lawsuit.

DATED: Honolulu, Hawai`i, March 6, 2007.

| | |
|---|---|
| /s/ John Hoshibata<br>MARGERY S. BRONSTER<br>JOHN HOSHIBATA<br>DANIEL G. HEMPEY<br>Attorneys for Plaintiff | /s/ Christiane L. Nakea-Tresler<br>CHRISTIANE L. NAKEA-TRESLER<br>DAVID J. MINKIN<br>Attorneys for Defendants<br>COUNTY OF KAUAI and<br>KAUAI POLICE DEPARTMENT |
| /s/ Cary T. Tanaka<br>CARY T. TANAKA<br>DIANE K. AGOR-OTAKE<br>Attorneys for Defendant K.C. LUM | /s/ Michael J. McGuigan<br>MICHAEL J. McGUIGAN<br>ELMIRA TSANG<br>Attorneys for Defendant IRVIL KAPUA |

/s/ David J. Minkin
DAVID J. MINKIN
BECKY T. CHESTNUT
Attorneys for Defendants
WILFRED M. IHU,
GORDON ISODA and DEAN PIGAO

APPROVED AND SO ORDERED:

_[signature]_
KEVIN S.C. CHANG
UNITED STATES MAGISTRATE JUDGE