ROSA V. FLORES                                   8019-0
Office of the County Attorney
4444 Rice Street, Suite 220
Līhu`e, Hawai`i 96766
Telephone: (808) 241-6315
Facsimile: (808) 241-6319
Email: rflores@kauai.gov

McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN           3639-0
BECKY T. CHESTNUT         7756-0
KARA M.L. YOUNG           8411-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i  96813
Telephone:  (808) 529-7300
Facsimile:  (808) 524-8293
Email:  minkin@m4law.com

Attorneys for Defendants
COUNTY OF KAUA`I
and KAUA`I POLICE DEPARTMENT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>                Plaintiff,<br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT,<br>K.C. LUM, WILFRED M. IHU, | CIVIL NO. CV04 00562 KSC<br><br>DEFENDANTS COUNTY OF KAUA`I AND KAUA`I POLICE DEPARTMENT'S MOTION TO CERTIFY A QUESTION TO THE HAWAI`I SUPREME COURT OR, IN THE ALTERNATIVE, ENTITLING |

| | |
|---|---|
| GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>　　　　　　Defendants. | DEFENDANTS TO JUDGMENT ON THE PLEADINGS WITH RESPECT TO PLAINTIFF'S STATE CONSTITUTIONAL CLAIMS; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>TRIAL: September 5, 2007 |

### DEFENDANTS COUNTY OF KAUA`I AND KAUA`I POLICE DEPARTMENT'S MOTION TO CERTIFY A QUESTION TO THE HAWAI`I SUPREME COURT OR, IN THE ALTERNATIVE, ENTITLING DEFENDANTS TO JUDGMENT ON THE PLEADINGS WITH RESPECT TO PLAINTIFF'S STATE CONSTITUTIONAL CLAIMS

Come now Defendants County of Kaua`i and Kaua`i Police Department ("Defendants") and hereby request that the Court certify the following question to the Hawai`i Supreme Court:

> Does the law of the State of Hawai`i permit direct claims for damages for alleged deprivations of rights secured under the Hawai`i Constitution, without statutes implementing such claims?

The question is critical to Plaintiff's claims herein; in Count VII of her First Amended Complaint, filed April 21, 2006, Plaintiff asserts direct claims for damages for alleged violations of rights under the Hawai`i Constitution. The question has no clear controlling precedent in the Hawai`i judicial decisions at present. Defendants therefore respectfully request that this Honorable Court certify the question of the existence of such claims to the Hawai`i Supreme Court

or, in the alternative, that the Court grant judgment on the pleadings with respect to this claim. This motion is brought pursuant to Rules 7 and 12(c) of the Federal Rules of Civil Procedure and Rule 13(a) of the Hawai`i Rules of Appellate procedure, and is based upon the attached supporting memorandum and the records and files herein.

DATED: Honolulu, Hawai`i, April 3, 2007.

/s/ David J. Minkin
DAVID J. MINKIN
BECKY T. CHESTNUT
KARA M.L. YOUNG

Attorneys for Defendants
COUNTY OF KAUA`I AND
KAUA`I POLICE DEPARTMENT