LAW OFFICES OF CARY T. TANAKA

CARY T. TANAKA           4858-0
DIANE K. AGOR-OTAKE   7751-0
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone:  536-8885
Facsimile: 536-8845
carytanaka@aol.com
dka@hawaii.rr.com

Attorneys for Defendant
K.C. LUM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04 00562 KSC |
| | ) | |
| Plaintiff, | ) | DEFENDANT K.C. LUM'S |
| | ) | SUBSTANTIVE JOINDER IN |
| vs. | ) | DEFENDANTS COUNTY OF KAUAI AND |
| | ) | KAUAI POLICE DEPARTMENT'S |
| COUNTY OF KAUAI, KAUAI | ) | MOTION TO CERTIFY A QUESTION |
| POLICE DEPARTMENT, K.C. LUM, | ) | TO THE HAWAII SUPREME COURT |
| WILFRED M. IHU, GORDON ISODA, | ) | OR, IN THE ALTERNATIVE, |
| DEAN PIGAO, and IRVIL KAPUA, | ) | ENTITLING DEFENDANTS TO |
| | ) | JUDGMENT ON THE PLEADINGS WITH |
| Defendants. | ) | RESPECT TO PLAINTIFF'S STATE |
| | ) | CONSTITUTIONAL CLAIMS, FILED |
| | ) | HEREIN ON APRIL 3, 2007; |
| | ) | MEMORANDUM IN SUPPORT OF |
| | ) | SUBSTANTIVE JOINDER; |
| | ) | CERTIFICATE OF SERVICE |
| | ) | |
| | ) | <u>Hearing</u> |
| | ) | Date: |
| | ) | Time: |
| | ) | Judge: The Honorable Kevin |
| | ) |     Chang |
| | ) | |
| | ) | |
| | ) | TRIAL DATE: September 5, 2007 |

DEFENDANT K.C. LUM'S SUBSTANTIVE JOINDER IN
DEFENDANTS COUNTY OF KAUAI AND KAUAI POLICE DEPARTMENT'S
MOTION TO CERTIFY A QUESTION TO THE HAWAII SUPREME COURT
OR, IN THE ALTERNATIVE, ENTITLING DEFENDANTS TO JUDGMENT
ON THE PLEADINGS WITH RESPECT TO PLAINTIFF'S STATE
<u>CONSTITUTIONAL CLAIMS, FILED HEREIN ON APRIL 3, 2007</u>

 Comes now Defendant K.C. LUM, by his attorneys, and hereby files the following substantive joinder to Defendants COUNTY OF KAUAI and KAUAI POLICE DEPARTMENT's Motion to Certify a Question to the Hawaii Supreme Court Or, in the Alternative, Entitling Defendants to Judgment on the Pleadings With Respect to Plaintiff's State Constitutional Claims, filed herein on April 3, 2007.

 Said motion is scheduled for hearing on _____ at _____ before the Honorable Kevin S. Chang, Magistrate Judge.

 DATED:  Honolulu, Hawaii, April 4, 2007.

          <u>/s/ Diane K. Agor-Otake</u>
          CARY T. TANAKA
          DIANE K. AGOR-OTAKE
          Attorneys for Defendant
          K.C. LUM