IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,  )<br>  )<br>           Plaintiff,  )<br>  )<br>     vs.  )<br>  )<br>COUNTY OF KAUAI, KAUAI  )<br>POLICE DEPARTMENT, K.C. LUM,  )<br>WILFRED M. IHU, GORDON ISODA, )<br>DEAN PIGAO, and IRVIL KAPUA,  )<br>  )<br>           Defendants.  )<br>_____) | CIVIL NO. CV04 00562 KSC<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

    MARGERY S. BRONSTER, ESQ.    mbronster@bchlaw.net
    JOHN HOSHIBATA, ESQ.    jhoshibata@bchlaw.net
    Suite 2300 Pauahi Tower
    1001 Bishop Street
    Honolulu, Hawaii  96813

    Attorneys for Plaintiff

    DAVID J. MINKIN, ESQ.    minkin@m4law.com
    BECKY T. CHESTNUT, ESQ.    chestnut@m4law.com
    Five Waterfront Plaza, 4th Floor
    500 Ala Moana Boulevard
    Honolulu, Hawaii  96813

    Attorneys for Defendants
    WILFRED M. IHU, GORDON ISODA
    and DEAN PIGAO

    MICHAEL J. McGUIGAN, ESQ.        mjm@roplaw.com
    Pacific Guardian Center, Makai Tower
    733 Bishop Street, 24th Floor
    Honolulu, Hawaii  96813

    Attorney for Defendant
    IRVIL KAPUA

    CHRISTIANE L. NAKEA-TRESLER, ESQ.  cntresler@kauai.gov
    4444 Rice Street, Suite 220
    Lihue, Hawaii  96766

    Attorney for Defendants
    COUNTY OF KAUAI and
    KAUAI POLICE DEPARTMENT

**Served by First Class Mail**:

    DANIEL G. HEMPEY, ESQ.
    3175 Elua Street
    Lihue, Kauai  96766

    Attorney for Plaintiff

DATED:    Honolulu, Hawaii, April 4, 2007.


                                  /s/ Diane K. Agor-Otake
                                CARY T. TANAKA
                                DIANE K. AGOR-OTAKE
                                Attorneys for Defendant
                                K.C. LUM