REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

MICHAEL J. McGUIGAN     2433-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii  96813
Telephone:  (808) 524-8350
Facsimile:   (808) 531-8628
E-mail: mjm@roplaw.com

*Attorney for Defendant*
*IRVIL KAPUA*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>              Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>              Defendants. | CIVIL NO. CV04-00562 KSCC<br><br>DEFENDANT IRVIL KAPUA'S SUBSTANTIVE JOINDER IN DEFENDANTS COUNTY OF KAUAI AND KAUAI POLICE DEPARTMENT'S MOTION TO CERTIFY A QUESTION TO THE HAWAII SUPREME COURT OR, IN THE ALTERNATIVE, ENTITLING DEFENDANTS TO JUDGMENT ON THE PLEADINGS WITH RESPECT TO PLAINTIFF'S STATE CONSTITUTIONAL CLAIMS, FILED HEREIN ON 4/3/07; MEMORANDUM IN SUPPORT OF SUBSTANTIVE JOINDER; DECLARATION OF MICHAEL J. MCGUIGAN; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br>Trial Date: September 5, 2007<br><br>Date:   May 16, 2007<br>Time:  9:30 a.m.<br>Judge:  Kevin S.C. Chang |

186108/04-241/MJM

DEFENDANT IRVIL KAPUA'S SUBSTANTIVE JOINDER IN DEFENDANTS COUNTY OF KAUAI AND KAUAI POLICE DEPARTMENT'S MOTION TO CERTIFY A QUESTION TO THE HAWAII SUPREME COURT OR, IN THE ALTERNATIVE, ENTITLING DEFENDANTS TO JUDGMENT ON THE PLEADINGS WITH RESPECT TO PLAINTIFF'S STATE CONSTITUTIONAL CLAIMS, FILED HEREIN ON 4/3/07

COMES NOW, Defendant IRVIL KAPUA, by his attorneys, and hereby files the following Substantive Joinder to Defendants County of Kauai and Kauai Police Department's Motion to Certify a Question to the Hawaii Supreme Court or, in the Alternative, Entitling Defendants to Judgment on the Pleadings with Respect to Plaintiff's State Constitutional Claims, filed herein on April 3, 2007.

Said Motion is scheduled for hearing on ___May 16___, 2007, at __9:30 a.m.__, before the Honorable Kevin S.C. Chang, Magistrate Judge, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawai`i.

DATED: Honolulu, Hawaii, April 5, 2007.

_____
MICHAEL J. McGUIGAN
*Attorney for Defendant*
*IRVIL KAPUA*