IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>               Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>               Defendants. | CIVIL NO. CV04-00562 SOM/BMK<br><br>DECLARATION OF MICHAEL J. MCGUIGAN; EXHIBITS "A" |

## DECLARATION OF MICHAEL J. MCGUIGAN

I Michael J. McGuigan, under penalty of perjury do declare and say:

1. That I am an attorney duly licensed to practice law in the State of Hawaii;

2. That I am a partner of the law firm of Reinwald O'Connor & Playdon LLP, the attorney who represents Defendant Irvil Kapua herein.

3. That I make this declaration based upon my own personal knowledge, and I am competent to testify to the matters contained herein.

4. Attached hereto as Exhibit "A" is a true and correct copy of an excerpt in <u>Abbatiello v. County of Kauai, et al.</u>, 2007 U.S.D. Lexis 8906.

186108/04-241/MJM

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

ATED: Honolulu, Hawaii, April 5, 2007.

_____
MICHAEL J. McGUIGAN