IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>　　　　　Defendants. | CIVIL NO. CV04-00562 SOM/BMK<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on the following parties at their last known addresses by means indicated below.

DANIEL G. HEMPEY, ESQ.　　　　　　　　　　U.S. MAIL
Law Office of Daniel G. Hempey
3175 Elua Street
Lihue, Kauai, Hawaii  96766
　　and
MARGERY S. BRONSTER, ESQ.　　　　　　　ELECTRONICALLY VIA
JEFF CRABTREE, ESQ.　　　　　　　　　　　　CM/ECF
Bronster Crabtree & Hoshibata
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
*Attorneys for Plaintiff*

186113/04-241/MJM

| | |
|---|---|
| DAVID J. MINKIN, ESQ.<br>McCorriston Miller Mukai MacKinnon<br>P. O. Box 2800<br>Honolulu, Hawaii 96803<br> Attorney for Defendants<br> WILFRED M. IHU, GORDON ISODA<br> AND DEAN PIGAO | ELECTRONICALLY VIA<br>CM/ECF |
| CARY T. TANAKA, ESQ.<br>745 Fort Street, Suite 510<br>Honolulu, Hawaii 96813<br> Attorney for Defendant<br> K.C. LUM | U.S. MAIL |
| CHRISTIANE L. NAKEA-TRESLER, ESQ.<br>Office of the County Attorney<br>4444 Rice Street, Suite 220<br>Lihue, Kauai, Hawaii 96766<br> Attorney for Defendants<br> COUNTY OF KAUAI AND<br> KAUAI POLICE DEPARTMENT | ELECTRONICALLY VIA<br>CM/ECF |

DATED: Honolulu, Hawaii, April 5, 2007.

                                                  /s/ Michael J. McGuigan
                                                MICHAEL J. McGUIGAN
                                                *Attorney for Defendant*
                                                *IRVIL KAPUA*