IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04 00562 KSC BMK |
| | ) | |
| Plaintiff, | ) | DEMAND FOR JURY TRIAL |
| | ) | |
| vs. | ) | |
| | ) | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

DEMAND FOR JURY TRIAL

Plaintiff above-named, by and through her attorneys Daniel G. Hempey and Bronster Crabtree and Hoshibata, hereby demands trial by jury on all issues triable herein.

DATED: Honolulu, Hawaiʻi, April 23, 2007.

   /s/ John Hoshibata
DANIEL G. HEMPEY
MARGERY S. BRONSTER
JOHN HOSHIBATA
JEANNETTE HOLMES CASTAGNETTI
Attorneys for Plaintiff
DARLA ABBATIELLO