LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY          7535
3175 Elua Street, Suite C
Lihue, Hawaii 96766
Telephone No. (808) 632-0000
Facsimile No. (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER           4750
JOHN HOSHIBATA                3141
JEANNETTE HOLMES CASTAGNETTI  7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 524-5644
Facsimile No. (808)599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>         Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>         Defendants. | CIVIL NO. CV04 00562 KSC BMK<br><br>PLAINTIFF'S EX PARTE MOTION FOR AN ORDER TO SHORTEN TIME FOR HEARING ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF TRANSCRIPT OF ORAL DEPOSITION OF K.C. LUM; DECLARATION OF JOHN HOSHIBATA; CERTIFICATE OF SERVICE<br><br>Judge: Honorable Kevin S.C. Chang |

_____ )  Trial Date: September 5, 2007
                               )

## PLAINTIFF'S EX PARTE MOTION FOR AN ORDER TO SHORTEN TIME FOR HEARING ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF TRANSCRIPT OF ORAL DEPOSITION OF K.C. LUM

Plaintiff DARLA ABBATIELLO, by and through her attorneys BRONSTER CRABTREE & HOSHIBATA and the Law Office of DANIEL HEMPEY, moves this Court *ex parte* for an order to shorten time for hearing on Plaintiff's Motion to Compel Production of Transcript of Oral Deposition of K.C. Lum. Plaintiff's Motion to Compel Production of the Transcript of the Oral Oral Deposition of K.C. Lum is submitted concurrently for the Court's consideration with this Ex Parte Motion for an Order to Shorten Time on Hearing.

This ex parte motion is brought pursuant to Rule 7.2(b) of Local Rules of Practice for the United States District Court for the District of Hawaii, and is based on the Declaration of John Hoshibata, and the records and files of this case.

DATED: Honolulu, Hawaii, April 30, 2007.

                                     /s/ John Hoshibata
                                     DANIEL G. HEMPEY
                                     MARGERY S. BRONSTER
                                     JOHN T. HOSHIBATA
                                     JEANNETTE HOLMES CASTAGNETTI
                                     Attorneys for Plaintiff
                                     DARLA ABBATIELLO