IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
| Plaintiff, | ) DECLARATION OF JOHN |
| vs. | ) HOSHIBATA |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) |
| Defendants. | ) |

## DECLARATION OF JOHN HOSHIBATA

I, John T. Hoshibata, under penalty of perjury, state as follows:

1.     I am an attorney with the law firm of Bronster Crabtree & Hoshibata and am one of the attorneys representing Plaintiff Darla Abbatiello. I submit this declaration based on personal knowledge of the facts and circumstances declared herein. I am competent to make this declaration.

2.     The continuation of the oral deposition of Defendant K.C. Lum was set for April 13, 2007.

3.     Plaintiff's Second Amended Complaint was due April 23, 2007, and it was filed on that date.

4. Plaintiff's response to K.C. Lum's Motion for Summary Judgment is due some time in May, 2007.

5. Plaintiff's reply memorandum in support of her Motion for Summary Judgment is due some time in May, 2007.

6. Plaintiff Abbatiello's motion to compel production of the transcript of the oral deposition of Lum, which I am filing today, April 30, must be heard and decided prior to the continued deposition date of Lum.

7. The discovery deadline is now set for July 6, 2007.

8. Discovery motions and conferences must be heard no later than June 6, 2007.

9. The looming deadlines are such that reading and evaluating Lum's (at least five) deposition transcripts must be done as quickly as possible. Lum's continued deposition must follow as quickly as possible.

10. Therefore, an order from this Court shortening time for hearing on Plaintiff Abbatiello's motion to compel is necessary.

I declare under penalty of perjury that the foregoing statements are true and correct.

DATED: Honolulu, Hawaii, April 30, 2007.

                                        /s/ John Hoshibata
                                        JOHN T. HOSHIBATA