IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) |
| | ) |
| COUNTY OF KAUAI, KAUAI POLICE | ) |
| DEPARTMENT, K.C. LUM, WILFRED | ) |
| M. IHU, GORDON ISODA, DEAN | ) |
| PIGAO, IRVIL KAPUA, | ) |
| | ) |
| Defendants. | ) |
| | ) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 30, 2007, a true and correct

copy of the foregoing document was served on the following parties by

electronically by CM/ECF  or U.S. Mail, and/or in the manner specified below:

DANIEL G. HEMPEY, ESQ.                    U.S. MAIL
Law Office of Daniel G. Hempey
3175 Elua Street
Lihue, Hawaii 96766
       Attorney for Plaintiff
       DARLA ABBATIELLO


MICHAEL J. McGUIGAN, ESQ.                Mjm@roplaw.com
Reinwald O'Connor & Playdon LLP
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
       Attorney for Defendant
       IRVIL KAPUA

DAVID J. MINKIN, ESQ.                  minkin@m4law.com
BECKY T. CHESTNUT, ESQ.                chestnut@m4law.com
LISA W. CATALDO, ESQ.                  cataldo@m4law.com
KARA M.L. YOUNG, ESQ.
McCorriston Miller Mukai MacKinnon LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
 Attorneys for Defendants K.C. LUM, WILFRED M. IHU,
 GORDON ISODA and DEAN PIGAO


ROSA V. FLORES, ESQ.                   Rflores@kauai.gov
Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Hawaii  96766
 Attorneys for Defendants
 COUNTY OF KAUAI and
 KAUAI POLICE DEPARTMENT


CARY T. TANAKA, ESQ.                   carytanaka@aol.com
Fort Street Tower, Suite 510
745 Fort Street
Honolulu, Hawaii   96813
 Attorney for Defendant and
 Third-Party Plaintiff K.C. LUM



Notice to all parties in Lum v. Kauai County Council, etal.; Civ. No. CV06-00068
SOM BMK:

CLAYTON IKEI, ESQ.                     CCIOffice@hawaii.rr.com
JERRY P.S. CHANG, ESQ.                 and U.S. Mail
1440 Kapiolani Blvd., Suite 1203
Honolulu, HI 96814
 Attorneys for Plaintiff King C. Lum

JOHN T. KOMEIJI, ESQ.                  Via hand-delivery
DANIEL K. OBUHANYCH, ESQ.              Dobuhanych@wik.com
GREGG USHIRODA, ESQ.                   Gushiroda@wik.com
KAREN Y. ARIKAWA, ESQ.                 Karikawa@wik.com
Watanabe Ing & Komeiji LLP
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, HI 96813
        Attorneys for Defendant Kauai County,
        Kauai County Council, Bryan Baptiste, Leon Gonsalves, Sr.


GREGG USHIRODA, ESQ.                   Gushiroda@wik.com
Watanabe Ing & Komeiji LLP
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, HI 96813
        Attorney for Defendant Michael Tresler, individually
        & in his capacity as Director of Finance, Kauai County


MATTHEW S. K. PYUN, JR.                Mpyun@Kauai.gov
Office of the County Attorney-Kauai    and U.S. Mail
4444 Rice Street, Ste. 220
Lihue, HI 96766
        Attorneys for Kauai County


RICHARD NAKAMURA, ESQ.       Via hand-delivery
RONALD T. MICHIOKA, ESQ.      Ronald.michioka@hawadvocate.com
ZALE T. OKAZAKI, ESQ.         Zale.okazaki@hawadvocate.com
Ayabe Chong Nishimoto Sia & Nakamura
1001 Bishop Street, Suite 2500
Honolulu, HI 96813
        Attorneys for Defendant Leon Gonsalves, Sr.


        DATED:  Honolulu, Hawaii, April 30, 2007.
                        /s/ John T. Hoshibata
                        DANIEL G. HEMPEY
                        MARGERY S. BRONSTER
                        JOHN T. HOSHIBATA
                        JEANNETTE HOLMES CASTAGNETTI
                        Attorneys for Plaintiff
                        DARLA ABBATIELLO