LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY                                7535
3175 Elua Street, Suite C
Lihue, Hawaii 96766
Telephone No. (808) 632-0000
Facsimile No. (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER                      4750
JOHN HOSHIBATA                                   3141
JEANNETTE HOLMES CASTAGNETTI   7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 524-5644
Facsimile No. (808)599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 KSC BMK |
| | ) |
| Plaintiff, | ) PLAINTIFF'S MOTION TO |
| | ) COMPEL PRODUCTION OF |
| vs. | ) TRANSCRIPT OF ORAL |
| | ) DEPOSITION OF K. C. LUM; |
| COUNTY OF KAUAI, KAUAI | ) MEMORANDUM IN SUPPORT OF |
| POLICE DEPARTMENT, K.C. LUM, | ) MOTION; DECLARATION OF |
| WILFRED M. IHU, GORDON | ) JOHN HOSHIBATA; EXHIBITS |
| ISODA, DEAN PIGAO, IRVIL | ) "A" - "E"; CERTIFICATE OF |
| KAPUA, | ) SERVICE |

|                          | )  |                                         |
|--------------------------|----|-----------------------------------------|
|           Defendants.    | )  | Judge: Honorable Kevin S.C. Chang       |
|                          | )  | Trial Date: September 5, 2007           |
| _____ | )  |                                         |

## PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF TRANSCRIPT OF ORAL DEPOSITION OF DEFENDANT K. C. LUM

Plaintiff DARLA ABBATIELLO, by and through her attorneys BRONSTER CRABTREE & HOSHIBATA and the Law Office of DANIEL HEMPEY, files this motion to compel Defendants County of Kauai and K.C. Lum to produce the transcript of the oral deposition of K. C. Lum taken in the matter Lum v. Kauai County Council *et al.,* 1:06-CV-00068-SOM-BMK on November 28, 2006 and continuing on November 30, 2006, January 16, 2007, January 19, 2007 and February 13, 2007.

This motion is brought pursuant to Fed.R.Civ.P. 34 and 37 (2)(a), and *Local Rule* 7.1 *et seq*. and it is supported by the Memorandum in Support of Motion, the Declaration of John Hoshibata and the exhibits thereto, and the records and files of this case.

DATED: Honolulu, Hawaii, April 30, 2007.

    /s/ John Hoshibata
DANIEL G. HEMPEY
MARGERY S. BRONSTER
JOHN T. HOSHIBATA
JEANNETTE HOLMES CASTAGNETTI
Attorneys for Plaintiff
DARLA ABBATIELLO