IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 KSC |
| | ) |
| Plaintiff, | ) DECLARATION OF JOHN |
| vs. | ) HOSHIBATA |
| | ) |
| COUNTY OF KAUAI, KAUAI | ) |
| POLICE DEPARTMENT, K.C. LUM, | ) |
| WILFRED M. IHU, GORDON | ) |
| ISODA, DEAN PIGAO, IRVIL | ) |
| KAPUA, | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF JOHN HOSHIBATA

I, John T. Hoshibata, under penalty of perjury, state as follows:

1. I am an attorney with the law firm of Bronster Crabtree & Hoshibata and am one of the attorneys representing Plaintiff Darla Abbatiello. I submit this declaration based on personal knowledge of the facts and circumstances declared herein, except when characterized as "upon information and belief". I am competent to make this declaration.

2. Attached hereto as Exhibit "A", is a true and correct copy of the official Court Reporter's transcript of the deposition of K.C. Lum taken on October 12, 2006.

3.     Attached hereto as Exhibit "B", is a true and correct copy of page and excerpt 3:4-24 from the official Court Reporter's transcript of the deposition of K.C. Lum taken on March 16, 2007.

4.     Attached hereto as Exhibit "C" is a true and correct copy of Plaintiff's Second Request for Production of Documents, dated February 5, 2007.

5.     Attached hereto as Exhibit "D" is a true and correct copy of Defendants' County of Kauai and Kauai Police Department's Response to Plaintiff's Second Request for Production of Documents.

6.     Attached hereto as Exhibit "E" is, upon information and belief, a copy of the Stipulated Protective Order entered in <u>Lum v. Kauai County Council</u> *et al.*, 1:06-CV-00068-SOM-BMK [PACER Document No. 120].

7.     The continuation of the oral deposition of Defendant K.C. Lum was set for April 13, 2007.

8.     Plaintiff was granted leave of Court to file her Second Amended Complaint by April 23, 2007, and she did so.

9.     Plaintiff's response to K.C. Lum's Motion for Summary Judgment is due some time in May, 2007.

10.    Plaintiff's reply memorandum in support of her Motion for Summary Judgment is due some time in May, 2007.

11. On February 5, 2007, Plaintiff propounded her Second Request for Production of Documents ("RPOD") upon Defendant County of Kauai ("County").

12. On or about February 6, 2007, Cary Tanaka, Esq., Lum's counsel, stated in an e-mail to me that Lum had given deposition testimony in another matter (<u>Lum v. Kauai</u>), and that he was now willing to be deposed in this matter.

13. Request No. 2 of Plaintiff's RPOD requested production of a copy of the transcript of the deposition of K.C. Lum taken in <u>Lum v. Kauai County Council et al.,</u> 1:06-CV-00068-SOM-BMK ("transcript").

14. In its response to Plaintiff's RPOD, Defendant County objected to production of the transcript on the basis that it "may be governed by a Stipulated Protective Order."

15. As instructed by the Honorable Kevin S.C. Chang during the pre-hearing conference on March 14, 2007, Plaintiff's counsel contacted Gregg M. Ushiroda, counsel for the County in <u>Lum v. Kauai et al</u>., Clayton C. Ikei, counsel for K.C. Lum in <u>Lum v. Kauai et al.,</u> David J. Minkin, counsel for the County in the instant matter, and Cary T. Tanaka, counsel for K.C. Lum in the instant matter, in an attempt to secure a stipulation to lift the seal on the transcript.

16. County's and Lum's counsel declined to stipulate to lifting the seal on the transcript. A stipulation, such as that suggested by this Court, has - therefore - not been obtained, despite my attempts.

17. Plaintiff will stipulate to the confidentiality of the transcript and to its use in this matter only. Plaintiff will consider any other terms designed to preserve the confidentiality of Lum's testimony outside of this case.

I declare under penalty of perjury that the foregoing statements are true and correct.

DATED: Honolulu, Hawaii, April 30, 2007.

    /s/ John Hoshibata
DANIEL G. HEMPEY
MARGERY S. BRONSTER
JOHN T. HOSHIBATA
JEANNETTE HOLMES CASTAGNETTI
Attorneys for Plaintiff
DARLA ABBATIELLO