```
 1              IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF HAWAII

 3   ------------------------------------

 4   DARLA ABBATIELLO,

 5              Plaintiff,

 6        vs.                      CIVIL NO. CV04 00562 BMK KSC

 7   COUNTY OF KAUAI, KAUAI POLICE

 8   DEPARTMENT, K.C. LUM, WILFRED

 9   M. IHU, GORDON ISODA, DEAN

10   PIGAO, IRVIL KAPUA,

11              Defendants.

12   ------------------------------------

13

14                  DEPOSITION OF KING CHI LUM

15                          VOLUME I

16       Taken on behalf of Plaintiff DARLA ABBATIELLO,

17   at the office of Bronster Crabtree & Hoshibata, Pauahi

18   Tower, Suite 2300, 1001 Bishop Street, Honolulu, Hawaii

19   96813, commencing at 9:05 a.m., on Friday, March 16,

20   2007, pursuant to Notice.

21

22
                              EXHIBIT "B"
23

24   BEFORE:   ELSIE TERADA, CSR NO. 437

25            Certified Shorthand Reporter
```

```
 1      A    Yes, I have an opinion.
 2      Q    And what is your opinion?
 3      A    She exaggerates a lot on certain things.
 4      Q    Do you have any personal belief that -- let
 5   me rephrase.  Is there any time in your mind
 6   specifically that you can point to, since you've known
 7   Darla Abbatiello, that she has outright lied about
 8   anything?
 9      A    Specifically?
10      Q    Yes.
11      A    Yes.
12      Q    Please enumerate.
13      A    In the Fantasy Express, I did not even know
14   the whole situation until I read the case files.  She
15   mentioned -- in fact, she testified -- I'm sorry.  Can
16   we get off the record for a minute?
17      MR. TANAKA:  Off the record.
18      MR. HEMPEY:  It's okay.
19           (Discussion held between the witness
20           and Mr. Tanaka.)
21      Q    (BY MR. HEMPEY):  We're back on the record.
22           You were talking about the Fantasy Express.
23      A    Right.  Why I want to hesitate, because that
24   was under -- on another deposition that was under seal.
25   But what I can tell you is only from what I may refer
```

```
                    C E R T I F I C A T E

STATE OF HAWAII            )
                           )  SS.
CITY AND COUNTY OF HONOLULU )
```

I, ELSIE TERADA, do hereby certify;

That on March 16, 2007, at 9:05 a.m. appeared before me KING CHI LUM, the witness whose deposition is contained herein; that prior to being examined he was by me duly sworn;

That the deposition was taken down by me in machine shorthand and was thereafter reduced to typewritten form under my supervision; that the foregoing represents, to the best of my ability, a true and correct transcript of the proceedings had in the foregoing matter.

I further certify that I am not attorney for any of the parties hereto, nor in any way concerned with the cause.

DATED this 19th day of March, 2007, in Honolulu, Hawaii.

_____
ELSIE TERADA, CSR NO. 437
Notary Public, State of Hawaii
My Commission Expires: 4-07-2010