BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER          4750
JOHN HOSHIBATA               3141
JEANNETTE HOLMES CASTAGNETTI 7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawai'i 96813
Telephone No.:    (808) 524-5644
Facsimile No.:    (808) 599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY          7535
3175 Elua Street
Lihue, Hawai'i 96766
Telephone No.:    (808) 823-0000
Facsimile No.:    (808) 632-2332
hemplaw@hawaii.rr.com

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO.  CV04 00562 SOM BMK |
| | ) |
| Plaintiff, | ) PLAINTIFF'S SECOND REQUEST |
| vs. | ) FOR PRODUCTION OF |
| | ) DOCUMENTS TO DEFENDANTS |
| COUNTY OF KAUAI, KAUAI | ) COUNTY OF KAUAI AND KAUAI |
| POLICE DEPARTMENT, K.C. LUM, | ) POLICE DEPARTMENT; |
| WILFRED M. IHU, GORDON | ) CERTIFICATE OF SERVICE |
| ISODA, DEAN PIGAO, IRVIL | ) |
| KAPUA, | ) Trial Date: May 8, 2007 |
| | ) Time:      9:00 a.m. |
| Defendants. | ) Judge:     Susan O. Mollway |
| | ) |

EXHIBIT "C"

## PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS COUNTY OF KAUAI AND KAUAI POLICE DEPARTMENT

PLEASE TAKE NOTICE that pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff, by her attorneys Law Office of Daniel Hempey and Bronster Crabtree & Hoshibata, requests that Defendants County of Kauai ("County") and Kauai Police Department ("KPD") provide the documents requested for inspection and copying within 30 days after the date of service of the request.

Your responses to these document requests must include all the documents known to Defendants, or within Defendants' possession or control, together with the documents known to, or within the possession or control of Defendants' attorneys, agents, employees, representatives, investigators or insurance carriers.

If you withhold any documents that would arguably be responsive to any of the above requests on grounds of attorney-client privilege, work product privilege, or for any other reason, state:

    (a)    the specific grounds for your objection;

    (b)    a general description of the nature of the information you are objecting to (rather than its substance), sufficient to help the Court determine whether your objection is proper; and,

(c)     if you are asserting a privilege, specify the particular privilege being

asserted.

The following definitions and instructions are applicable to the request:

A.     As used herein, unless otherwise identified, "Plaintiff" means the

above-named Plaintiff and all of her agents, attorneys, experts, consultants,

employees, representatives, and other persons acting or purporting to act on her

behalf or on behalf of any one of them.

B.     As used herein, unless otherwise identified, "Defendants" means each

of the Defendants in the above-captioned case,  and each of their agents, attorneys,

experts, consultants, employees, officers, representatives, directors, and other

persons acting or purporting to act on their behalf.

C.     As used herein, unless otherwise identified, the "Complaint" means

the Complaint filed in this action, or the most recent Amended Complaint.

D.     The answer to each document request or subpart should be preceded

by identification and verbatim quotation of the document request or subpart to

which the answer responds.  A separate answer should be given to each document

request or subpart and requests  should not be joined by a common answer.

E.     As used herein, "documents", "writings" or "records" includes any

written, recorded or graphic matter however produced or reproduced, including,

but not limited to, correspondence, telegrams, other written communication, contracts, agreements, notes, memoranda, analyses, projections, work papers, diaries, calendars, e-mail, computer hard drive or temporary file storage, electronic or magnetic recordings, computer files or databases, minutes or notes of meetings attended by you or any of your attorneys or representatives, or any other writing, including copies of any of the foregoing, now or at any time in your possession, custody, or control, or your attorneys or any other agent or representative, and refers both to originals and copies and to documents now in your possession or subject to your control, or documents that you may have delivered to a third party, transcriptions and translations thereof.

F.    "And" or "or" shall be construed disjunctively or conjunctively as necessary in order to bring within the scope of the request all responses that might otherwise be construed to be outside its scope.

G.    Unless otherwise identified, the applicable time frame for these requests is the period of Plaintiff's employment with KPD.

H.    As used herein, the term "standard" means common, widely recognized, repeatedly used and/or accepted rule, condition, guideline, characteristic, regulation, directive, behavior, action, process, practice, conduct, criteria, and instruction.

I.     The document requests shall be deemed continuing so as to require
supplemental production of documents if you or your attorney obtain further
information between the time responses are served and the time of trial.

DATED: Honolulu, Hawai'i on this 5th day of February, 2007.


                              _____
                              MARGERY S. BRONSTER
                              JOHN HOSHIBATA
                              JEANNETTE HOLMES CASTAGNETTI
                              DANIEL G. HEMPEY

                              Attorneys for Plaintiff
                              DARLA ABBATIELLO

## SECOND REQUEST FOR PRODUCTION OF DOCUMENTS

1.    Please provide for inspection and copying all documents and pleadings related to <u>King C. Lum v. Kauai County et al.</u>, 06-00068 SOM BMK.

2.    Please provide for inspection and copying, transcripts of any and all depositions or sworn court testimony given by King C. Lum in the case referenced in No. 1.

3.    Per KPD's response to Number 13 of Plaintiff's First Request for Admissions dated July 1, 2005, there have been more than five (5) "internal complaints" filed against Defendant Kapua.  To the extent they are not included in the ongoing criminal investigation of Defendant Kapua, and have not been previously produced by Defendants, please provide for inspection and copying, the following:

    A.    All internal complaints filed against Defendant Kapua.
    B.    All notes, statements, reports, correspondence, memoranda, and documents of any nature generated with respect to the internal complaints.
    C.    The results of the investigations of the internal complaints.
    D.    Notice of any administrative action taken against Defendant Kapua as a result of the internal investigations.

4.    Please provide for inspection and copying, KPD's cellblock log, records, journal, or any other document reflecting which KPD personnel were assigned to work in KPD cellblock on any given day for the period January 1, 2002 to present.

5.    Please provide for inspection and copying, the Director of Personnel Services, County of Kauai, Position Description(s) for a Police Officer I and/or Police Officer II assigned to the Vice/Narcotics Unit for the period October 2002 to April 2004.

6.    Please provide for inspection and copying, all e-mails, correspondence, notes, reports, memoranda and documents of any kind with respect to any and all investigations by KPD concerning the death threat found in

6

Plaintiff's dictionary as more specifically described in paragraph 44 of Plaintiff's First Amended Complaint.

7.    Please provide for inspection and copying, all e-mails, correspondence, notes, reports, memoranda and documents of any kind with respect to any and all investigations by KPD concerning the service weapon reported missing by Plaintiff in September 2004.

8.    Please provide for inspection and copying, all e-mails, correspondence, notes, reports, memoranda and documents of any kind with respect to any and all complaints and/or grievances filed by Plaintiff with SHOPO, including KPD's responses thereto.  The time period for this request is October 2002 to present.