CHRISTIANE L. NAKEA-TRESLER    4857-0
Office of the County Attorney
4444 Rice Street, Suite 220
Līhuʻe, Hawaiʻi 96766
Telephone: (808) 241-6315
Facsimile: (808) 241-6319
Email: cntresler@kauai.gov

Attorney for Defendants COUNTY OF KAUAʻI
and KAUAʻI POLICE DEPARTMENT

McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN                 3639-0
KARA M.L. YOUNG                 8411-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaiʻi 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293
Email: minkin@m4law.com

Attorneys for Defendants COUNTY OF KAUAʻI,
KAUAʻI POLICE DEPARTMENT, WILFRED M. IHU,
GORDON ISODA and DEAN PIGAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | CIVIL NO. CV04-00562 SOM BMK |
| Plaintiff, | DEFENDANTS COUNTY OF KAUAʻI AND KAUAʻI POLICE DEPARTMENT'S RESPONSE TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION |
| vs. | |
| COUNTY OF KAUAI, KAUAI | |

155353.1

EXHIBIT "D"

| | | |
|---|---|---|
| POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) ) ) ) ) ) | OF DOCUMENTS, DATED FEBRUARY 5, 2007 |
| Defendants. | ) ) | |

### DEFENDANTS COUNTY OF KAUA`I AND KAUA`I POLICE DEPARTMENT'S RESPONSE TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS, DATED FEBRUARY 5, 2007

Defendants County of Kaua`i and Kaua`i Police Department (the "County"), by and through their attorneys, McCorriston Miller Mukai MacKinnon LLP and pursuant to Rule 34 of the Federal Rules of Civil Procedure, hereby respond to Plaintiff's Second Request for Production of Documents, dated February 5, 2007 ("Request"), as follows:

### GENERAL RESPONSES AND OBJECTIONS

As a general response to all items specified in the Request, the County will produce the documents subject to the following:

1.    The scope of the production will be limited to documents or things currently within the County's possession, custody or control.  The County objects to all portions of the Request relating to documents or things which may be held by

155353.1                                            2

other persons or parties (including, but not limited to, former and present officers, employees, agents, and/or other persons) and/or any other documents which are not in the County's possession, custody or control.

      2.    The production of documents specified in the Request will exclude any and all privileged communications (including attorney-client and/or work product) and/or trial preparation or experts' trial preparation materials.  The County objects to the Request to the extent that it asks for said privileged communications, trial preparation materials and/or experts' trial preparation materials or work product.

      3.    The production of documents specified in the Request will also exclude any documents not reasonably calculated to lead to the discovery of admissible evidence.  The County objects to the Request insofar as it requests documents not reasonably calculated to lead to the discovery of admissible evidence nor relevant to the issues raised in the above-captioned lawsuit.

## SPECIFIC RESPONSES AND OBJECTIONS

As to the specific items listed in the Request, and subject to all the general responses and objections set forth above, the County responds and objects as follows:

1.  Please provide for inspection and copying all documents and pleadings related to <u>King C. Lum v. Kauai County, et al.</u>, 06-00068 SOM BMK.

   **Response:**

   *Objection.* This request is vague, ambiguous, vexatious and overbroad. Further, the request seeks information that Plaintiff can obtain on her own, that may be governed by Stipulated Protective Orders, that may not be in the possession, custody or control or custody of the County and/or said production may violate federal and state privacy statutes.

2.  Please provide for inspection and copying, transcripts of any and all depositions or sworn court testimony given by King C. Lum in the case referenced in No. 1.

   **Response:**

   *Objection.* This request is vexatious and overbroad. Further, the request seeks information which may be governed by may be governed by Stipulated Protective Orders, that may not be not in the possession, custody or control or custody of the County and/or said production may violate federal and state privacy statutes.

155353.1

3. Per KPD's response to Number 13 of Plaintiff's first Request for Admissions dated July 1, 2005, there have been more than five (5) "internal complaints" filed against Defendant Kapua. to the extent they are not included in the ongoing criminal investigation of Defendant Irvil Kapua, and have not been previously produced by Defendants, please provide for inspection and copying, the following:

    A. All internal complaints against Defendant Kapua.

    B. All notes, statements, reports, correspondence, memoranda, and documents of any nature generated with respect to the internal complaints.

    C. The results of the investigations of the internal complaints.

    D. Notice of any administrative action taken against Defendant Kapua as a result of the internal investigations.

**Response:**

> The County has produced all non-privileged or otherwise non-protected documents responsive to said request in its possession, custody or control with the earlier production of Defendant Kapua's personnel folder. However, the County objects to the extent that discovery in this matter is ongoing, and County therefore reserves

its right to supplement this Response as additional documents, if any, are discovered.

4. Please provide for inspection and copying, KPD's cellblock, log, records, journal, or any other document reflecting which KPD personnel were assigned to work in KPD cellblock on any given day for the period January 1, 2002 to present.

**Response:**

*Objection.* This request is vexatious and overbroad. The County objects to the extent that discovery in this matter is ongoing, and County therefore reserves its right to supplement this Response as additional documents, if any, are discovered. Subject to and without waiving the foregoing general and specific objections, the County responds as follows:

The County will produce non-privileged or otherwise protected documents responsive to said request in its possession, custody, or control, if any, at a mutually agreeable date, time and place for inspection and copying.

5. Please provide for inspection and copying, the director of Personnel Services, County of Kauai, Position Description(s) for a Police Officer I and/or Police Officer II assigned to the Vice/Narcotics Unit for the period October 2002 to April 2004.

155353.1                                3

**Response:**

*Objection.* This request is vexatious and overbroad. The County objects to the extent that discovery in this matter is ongoing, and County therefore reserves its right to supplement this Response as additional documents, if any, are discovered. Subject to and without waiving the foregoing general and specific objections, the County responds as follows:

The County will produce non-privileged or otherwise protected documents responsive to said request in its possession, custody, or control, if any, at a mutually agreeable date, time and place for inspection and copying.

6. Please provide for inspection and copying, all emails, correspondence, notes, reports, memoranda and documents of any kind with respect to any and all investigations by KPD concerning the death threat found in Plaintiff's dictionary as more specifically described in paragraph 44 of Plaintiff's First Amended Complaint.

**Response:**

*Objection.* This request is vexatious and overbroad. Further, this request seeks information protected by the law enforcement privilege, the investigatory records privilege, the attorney client privilege and/or the attorney work product doctrine. The County objects to the extent that discovery in this matter is ongoing, and the County therefore reserves its right to supplement this Response as additional documents, if any, are discovered. Subject

to and without waiving the foregoing general and specific objections, the County responds as follows:

The County will produce non-privileged or otherwise protected documents responsive to said request in its possession, custody, or control, if any, at a mutually agreeable date, time and place for inspection and copying.

7. Please provide for inspection and copying, all emails, correspondence, notes, reports, memoranda and documents of any kind with respect to any and all investigations by KPD concerning the service weapon reported missing by Plaintiff in September 2004.

**Response:**

*Objection.* This request is vexatious and overbroad. Further, this request seeks information protected by the law enforcement privilege, the investigatory records privilege, the attorney client privilege and/or the attorney work product doctrine. The County objects to the extent that discovery in this matter is ongoing, and the County therefore reserves its right to supplement this Response as additional documents, if any, are discovered. Subject to and without waiving the foregoing general and specific objections, the County responds as follows:

The County will produce non-privileged or otherwise protected documents responsive to said request in its possession, custody, or control, if any, at a mutually agreeable date, time and place for inspection and copying.

8. Please provide for inspection and copying, all emails, correspondence, notes, reports, memoranda and documents of any kind with respect to any and all complaints and/or grievances filed by Plaintiff with SHOPO, including KPD's responses thereto. The time period for this request is October 2002 to present.

**Response:**

*Objection.* This request is vexatious and overbroad. The County objects to the extent that discovery in this matter is ongoing, and the County therefore reserves its right to supplement this Response as additional documents, if any, are discovered. Subject to and without waiving the foregoing general and specific objections, the County responds as follows:

The County will produce non-privileged or otherwise protected documents responsive to said request in its possession, custody, or control, if any, at a mutually agreeable date, time and place for inspection and copying.

DATED: Honolulu, Hawai'i, March 7, 2007.

_____
DAVID J. MINKIN
KARA M.L. YOUNG

Attorneys for Defendants
COUNTY OF KAUA`I, KAUA`I
POLICE DEPARTMENT, WILFRED
M. IHU, GORDON ISODA, and
DEAN PIGAO