IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) |
| | ) |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 30, 2007, a true and correct copy of the foregoing document was served on the following parties by electronically by CM/ECF or U.S. Mail, and/or in the manner specified below:

DANIEL G. HEMPEY, ESQ.                              U.S. MAIL
Law Office of Daniel G. Hempey
3175 Elua Street
Lihue, Hawaii 96766
    Attorney for Plaintiff
    DARLA ABBATIELLO

MICHAEL J. McGUIGAN, ESQ.                           Mjm@roplaw.com
Reinwald O'Connor & Playdon LLP
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
    Attorney for Defendant
    IRVIL KAPUA

| | |
|---|---|
| DAVID J. MINKIN, ESQ. | minkin@m4law.com |
| BECKY T. CHESTNUT, ESQ. | chestnut@m4law.com |
| LISA W. CATALDO, ESQ. | cataldo@m4law.com |

KARA M.L. YOUNG, ESQ.
McCorriston Miller Mukai MacKinnon LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
    Attorneys for Defendants K.C. LUM, WILFRED M. IHU,
    GORDON ISODA and DEAN PIGAO

ROSA V. FLORES, ESQ.    Rflores@kauai.gov
Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Hawaii 96766
    Attorneys for Defendants
    COUNTY OF KAUAI and
    KAUAI POLICE DEPARTMENT

CARY T. TANAKA, ESQ.    carytanaka@aol.com
Fort Street Tower, Suite 510
745 Fort Street
Honolulu, Hawaii 96813
    Attorney for Defendant and
    Third-Party Plaintiff K.C. LUM

<u>Notice to all parties in Lum v. Kauai County Council, etal.; Civ. No. CV06-00068 SOM BMK:</u>

CLAYTON IKEI, ESQ.    CCIOffice@hawaii.rr.com
JERRY P.S. CHANG, ESQ.    and U.S. Mail
1440 Kapiolani Blvd., Suite 1203
Honolulu, HI 96814
    Attorneys for Plaintiff King C. Lum

| | |
|---|---|
| JOHN T. KOMEIJI, ESQ. | Via hand-delivery |
| DANIEL K. OBUHANYCH, ESQ. | Dobuhanych@wik.com |
| GREGG USHIRODA, ESQ. | Gushiroda@wik.com |
| KAREN Y. ARIKAWA, ESQ. | Karikawa@wik.com |

Watanabe Ing & Komeiji LLP
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, HI 96813
    Attorneys for Defendant Kauai County,
    Kauai County Council, Bryan Baptiste, Leon Gonsalves, Sr.

GREGG USHIRODA, ESQ.    Gushiroda@wik.com
Watanabe Ing & Komeiji LLP
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, HI 96813
    Attorney for Defendant Michael Tresler, individually
    & in his capacity as Director of Finance, Kauai County

MATTHEW S. K. PYUN, JR.    Mpyun@Kauai.gov
Office of the County Attorney-Kauai    and U.S. Mail
4444 Rice Street, Ste. 220
Lihue, HI 96766
    Attorneys for Kauai County

| | |
|---|---|
| RICHARD NAKAMURA, ESQ. | Via hand-delivery |
| RONALD T. MICHIOKA, ESQ. | Ronald.michioka@hawadvocate.com |
| ZALE T. OKAZAKI, ESQ. | Zale.okazaki@hawadvocate.com |

Ayabe Chong Nishimoto Sia & Nakamura
1001 Bishop Street, Suite 2500
Honolulu, HI 96813
    Attorneys for Defendant Leon Gonsalves, Sr.

    DATED: Honolulu, Hawaii, April 30, 2007.

        /s/ John T. Hoshibata
        DANIEL G. HEMPEY
        MARGERY S. BRONSTER
        JOHN T. HOSHIBATA
        JEANNETTE HOLMES CASTAGNETTI
        Attorneys for Plaintiff
        DARLA ABBATIELLO