# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/30/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV04-00562KSC

CASE NAME:        Darla Abatiello v. County of Kauai, et al.

ATTYS FOR PLA:    John Hoshibata


ATTYS FOR DEFT:   David Minkin
                  Kara Young
                  Michael McGuigan
                  Cary Tanaka
                  Rosa Flores, by phone

INTERPRETER:

---

JUDGE:    Kevin S. C. Chang          REPORTER:    C5 - no record

DATE:     4/30/2007                  TIME:        3:00-3:20pm

---

COURT ACTION:  EP:  Status Conference.  Discussion held.

Counsel to file a Motion as to the issue regarding whether plaintiff is in violation of an earlier order issued by Judge Mollway in regards to filing of the Amended Complaint.

Court will issue an Order as to the YWCA documents.

The following Motions set for 5/16/07 shall be continued to 5/25/07 at 10:00am, Judge Chang:
1.    Defendant K.C. Lum's Motion for Summary Judgment [189]
2.    Defendants County of Kauai, Kauai Police Department, Wilfred M. Ihu, Gordon Isoda and Dean Pigao's Joinder in Defendant K.C. Lum's Motion for Summary Judgment filed 1/4/07 [210]
3.    Defendant Irvil Kapua's Joinder to Defendant K.C. Lum's Motion for Summary Judgment Filed on January 4, 2007 [238]
4     Plaintiff's Motion for Summary Judgment on Counts I - VIII of the First Amended Complaint Against Defendant K.C. Lum and Counts I, II, IV, VI, VII & VIII Against Defendant Irvil Kapua [192]
5.    Defendants County of Kauai and Kauai Police Department's Motion to Certify a Question to the Hawaii Supreme Court or, in the Alternative, Entitling Defendants

to Judgment on the Pleadings with Respect to Plaintiff's State Constitutional Claims [274]

6.     Defendant K.C. Lum's Substantive Joinder in Defendants County of Kauai and Kauai Police Department's Motion to Certify a Question to the Hawaii Supreme Court or, in the Alternative, Entitling Defendants to Judgment on the Pleadings with Respect to Plaintiff's State Constitutional Claims [275]

7.     Defendant Irvil Kapua's Substantive Joinder in Defendants County of Kauai and Kauai Police Department's Motion to Certify a Question to the Hawaii Supreme Court or, in the Alternative, Entitling Defendants to Judgment on the Pleadings with Respect to Plaintiff's State Constitutional Claims [278]

Submitted by: Shari Afuso, Courtroom Manager