LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY                 7535
3175 Elua Street, Suite C
Lihue, Hawaii 96766
Telephone No. (808) 632-0000
Facsimile No. (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER              4750
JOHN HOSHIBATA                   3141
JEANNETTE HOLMES CASTAGNETTI     7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 524-5644
Facsimile No. (808) 599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff
DARLA ABBATIELLO

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 04 2007

at __4__ o'clock and __00__ min __P__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 KSC ~~BMK~~ |
| Plaintiff, | ) |
| | ) (~~PROPOSED~~) ORDER GRANTING |
| vs. | ) PLAINTIFF'S EX PARTE MOTION |
| | ) FOR AN ORDER TO SHORTEN |
| COUNTY OF KAUAI, KAUAI | ) TIME FOR HEARING ON |
| POLICE DEPARTMENT, K.C. LUM, | ) PLAINTIFF'S MOTION TO |
| WILFRED M. IHU, GORDON | ) COMPEL PRODUCTION OF |
| ISODA, DEAN PIGAO, IRVIL | ) TRANSCRIPT OF ORAL |
| KAPUA, | ) DEPOSITION OF K. C. LUM |
| | ) |

|                                    |   |                                        |
|------------------------------------|---|----------------------------------------|
|                Defendants.         | ) | Date: MAY 10 2007                      |
|                                    | ) | Time: 1:30 p.m.                        |
|                                    | ) | Judge: Honorable Kevin S.C. Chang      |
|                                    | ) |                                        |
| _____     | ) | Trial Date: September 5, 2007          |

## (~~PROPOSED~~) ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR AN ORDER TO SHORTEN TIME FOR HEARING ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF TRANSCRIPT OF ORAL DEPOSITION OF DEFENDANT K.C. LUM

This matter having come before the Court on Plaintiff's Ex Parte Motion for an Order to Shorten Time for Hearing Plaintiff's Motion to Compel Production of Transcript of Oral Deposition of Defendant K.C. Lum, and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiff's Ex Parte Motion for an Order to Shorten Time for Hearing Plaintiff's Motion to Compel Production of Transcript of Oral Deposition of Defendant K.C. Lum filed April 30, 2007 is granted, and the hearing on said Motion shall be set on _May 10_, 2007 at _1:30_ _p_.m., before the Honorable _Kevin S. C. Chang_.

DATED: Honolulu, Hawaii, _MAY 04 2007_

_[signature]_

---

Abbatiello v. County of Kauai, etal.; <u>Civil No. CV04-00562 KSC</u>, (PROPOSED) **Order Granting Plaintiff's Ex Parte Motion for an Order to Shorten Time for Hearing on Plaintiff's Motion to Compel Production of Transcript of Oral Deposition of Defendant K.C. Lum.**