ORIGINAL

386738.1

Office of the County Attorney
County of Kaua'i
**MATTHEW S.K. PYUN, JR. #663-0**
4444 Rice Street, Suite 220
Lihu'e, Kaua'i, Hawai'i  96766
Telephone No.   (808) 241-6315
Facsimile No.   (808) 241-6319

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
**JOHN T. KOMEIJI**       **#2498-0**
**GREGG M. USHIRODA**     **#5868-0**
**KAREN Y. ARIKAWA**      **#7684-0**
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawai'i  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for
**The COUNTY OF KAUA'I**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 7 2007

at 3 o'clock and 58 min. P. M.
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

DARLA ABBATIELLO,

    Plaintiff,

  vs.

COUNTY OF KAUAI, KAUAI POLICE
DEPARTMENT, K.C. LUM, WILFRED
M. IHU, GORDON ISODA, DEAN
PIGAO, and IRVIL KAPUA,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL NO. CV04-00562 SOM KSC

**COUNTY OF KAUA'I'S STATEMENT
OF POSITION ON PLAINTIFF'S
MOTION TO COMPEL PRODUCTION OF
TRANSCRIPT OF ORAL DEPOSITION
OF DEFENDANT K.C. LUM, FILED
APRIL 30, 2007; DECLARATION OF
GREGG M. USHIRODA; EXHIBIT
"A"; CERTIFICATE OF SERVICE**

**HEARING:**
DATE:  May 10, 2007
TIME:  1:30 p.m.
JUDGE: Kevin S.C. Chang

**TRIAL DATE: November 6, 2007**

**COUNTY OF KAUAʻIʻS STATEMENT OF POSITION ON
PLAINTIFFʻS MOTION TO COMPEL PRODUCTION OF TRANSCRIPT OF
ORAL DEPOSITION OF DEFENDANT K.C. LUM, FILED APRIL 30, 2007**

I.    INTRODUCTION

Pursuant to LR 7.4 and 7.5 and all applicable rules of procedure, The COUNTY OF KAUAI ("COUNTY"), as a defendant in Lum v. Kauai County Council, CV 06-00068 SOM-BMK, United States District Court for the District of Hawaiʻi ("Lum Case"), and by and through its counsel in the Lum Case, WATANABE ING & KOMEIJI LLP, respectfully submits the following Statement of Position in response to Plaintiffʻs Motion To Compel Production of Transcript of Oral Deposition of Defendant K.C. Lum, filed herein on April 30, 2007 ("Motion to Compel").

II.   BACKGROUND

On August 7, 2006, the parties in the Lum Case entered a Stipulated Protective Order ("Protective Order") in which the parties thereto agreed to maintain as confidential any "document or material designated as such by the party which produced the document which said party believes in good faith contains confidential, proprietary and/or sensitive information."  See Protective Order, attached hereto as Exhibit "A", ¶ 1.

The parties in the Lum Case further agreed to maintain as confidential the information related to any confidential document, as well as "any material prepared from or based upon such Confidential Document, and/or any testimony related thereto."  See Protective Order at ¶ 2.

III. **STATEMENT OF POSITION**

Based on the Protective Order entered into in the Lum Case, the COUNTY is not able to produce to Plaintiff DARLA ABBATIELLO ("Plaintiff") the deposition transcript of K.C. Lum from the Lum Case. The COUNTY, however, takes no position as to whether Plaintiff is entitled to the transcripts in this matter. In the event this Court determines that such production is appropriate, the COUNTY is willing to produce the transcripts of K.C. Lum under stipulated protective order or some other agreement of confidentiality.

DATED: Honolulu, Hawaiʻi, May 7, 2007.

JOHN T. KOMEIJI
GREGG M. USHIRODA
KAREN Y. ARIKAWA
Attorneys for
The COUNTY OF KAUAʻI