IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA, <br><br> Defendants. | CIVIL NO. CV04-00562 SOM KSC <br><br> **DECLARATION OF GREGG M. USHIRODA** |

## DECLARATION OF GREGG M. USHIRODA

GREGG M. USHIRODA hereby declares the following:

1. I am one of the attorneys representing The COUNTY OF KAUAʻI as a defendant in Lum v. Kauai County Council, CV 06-00068 SOM-BMK, United States District Court for the District of Hawaiʻi ("Lum Case"), and have personal knowledge of the matters set forth herein.

2. I am licensed to practice law before all State and Federal courts in the State of Hawaiʻi.

3. Attached hereto as Exhibit "A" is a true and correct copy of the Stipulated Protective Order; Exhibit "A" filed in the Lum Case on August 7, 2006.

I, Gregg M. Ushiroda, do declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, May 7, 2007.

_____
GREGG M. USHIRODA