IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>    Plaintiff,<br><br>  vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA,<br><br>    Defendants. | CIVIL NO. CV04-00562 SOM KSC<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was duly served electronically through CM/ECF and/or mailing same, U.S. Postage prepaid, on the following parties to their last known address on May 7, 2007:

    MARGERY S. BRONSTER, ESQ.
    JOHN HOSHIBATA, ESQ.
    Suite 2300 Pauahi Tower
    1001 Bishop Street
    Honolulu, Hawai'i 96813

    and

    DANIEL G. HEMPEY, ESQ.
    3175 Elua Street
    Lihu'e, Hawai'i 96766

    Attorneys for Plaintiff
    DARLA ABBATIELLO

MATTHEW S.K. PYUN, JR., ESQ.
ROSA FLORES, ESQ.
Office of the County Attorney
County of Kauai
4444 Rice Street, Suite 220
Lihuʻe, Hawaiʻi 96766

Attorneys for Defendants
COUNTY OF KAUAʻI and
KAUAʻI POLICE DEPARTMENT


CARY T. TANAKA, ESQ.
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaiʻi 96813

Attorney for Defendant
K.C. LUM


DAVID J. MINKIN, ESQ.
BECKY T. CHESTNUT, ESQ.
Five Waterfront Plaza, 4th Floor
Honolulu, Hawaiʻi 96813

Attorneys for Defendants
WILFRED M. IHU, GORDON ISODA and
DEAN PIGAO


MICHAEL J. McGUIGAN, ESQ.
Pacific Guardian Center, Makai Tower
733 Bishop Street, 24th Floor
Honolulu, Hawaiʻi 96813

Attorney for Defendant
IRVIL KAPUA

DATED: Honolulu, Hawaiʻi, May 7, 2007.

_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
KAREN Y. ARIKAWA
Attorneys for
The COUNTY OF KAUAʻI

- 4 -