LAW OFFICES OF CARY T. TANAKA

CARY T. TANAKA           4858-0
DIANE K. AGOR-OTAKE   7751-0
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone:  536-8885
Facsimile:  536-8845
carytanaka@aol.com
dka@hawaii.rr.com

Attorneys for Defendant
K.C. LUM


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII


| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04 00562 KSC |
| | ) | |
| Plaintiff, | ) | DEFENDANT K.C. LUM'S STATEMENT |
| | ) | OF NO POSITION REGARDING |
| vs. | ) | PLAINTIFF'S MOTION TO COMPEL |
| | ) | PRODUCTION OF TRANSCRIPT OF |
| COUNTY OF KAUAI, KAUAI | ) | ORAL DEPOSITION OF K.C. LUM, |
| POLICE DEPARTMENT, K.C. LUM, | ) | FILED APRIL 30, 2007; |
| WILFRED M. IHU, GORDON ISODA, | ) | DECLARATION OF DIANE K. AGOR- |
| DEAN PIGAO, and IRVIL KAPUA, | ) | OTAKE; CERTIFICATE OF SERVICE |
| | ) | |
| Defendants. | ) | Hearing |
| | ) | Date:  May 10, 2007 |
| | ) | Time:  1:30 p.m. |
| | ) | Judge:  The Honorable Kevin |
| | ) | Chang |
| | ) | |
| | ) | |
| | ) | |
| | ) | TRIAL DATE: September 5, 2007 |

DEFENDANT K.C. LUM'S STATEMENT OF NO POSITION REGARDING
PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF TRANSCRIPT
OF ORAL DEPOSITION OF K.C. LUM, FILED APRIL 30, 2007

Defendant K. C. LUM ("Defendant Lum") hereby submits his Statement of No Position Regarding Plaintiff's Motion to Compel Production of Transcript of Oral Deposition of K.C. Lum, filed herein on April 30, 2007.  Counsel for Defendant Lum in the above-entitled action, Cary T. Tanaka and Diane K. Agor-Otake, only seek to clarify that they are not, and never were, counsel for Defendant Lum, or any other party, in Lum v. Kauai County Council *et al.*, 1:06-CV-00068-SOM-BMK ("Kauai County Council Litigation").  See Declaration of Diane K. Agor-Otake at ¶¶2-3.  Neither Mr. Tanaka nor Ms. Agor-Otake had any involvement in any stipulations entered into in the Kauai County Council Litigation.  Id. at ¶4-5.  As such, neither Mr. Tanaka nor Ms. Agor-Otake are in any position to lift the seal stipulated to in the Kauai County Council Litigation concerning Defendant Lum's oral deposition in that case.

DATED: Honolulu, Hawaii, May 8, 2007.

    /s/ Diane K. Agor-Otake
CARY T. TANAKA
DIANE K. AGOR-OTAKE
Attorneys for Defendant
K.C. LUM

- 2 -