IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

DARLA ABBATIELLO,           )    CIVIL NO. CV04 00562 KSC

                       )

         Plaintiff,     )    DECLARATION OF DIANE K. AGOR-

                       )    OTAKE

    vs.                  )

                       )

COUNTY OF KAUAI, KAUAI      )

POLICE DEPARTMENT, K.C. LUM,  )

WILFRED M. IHU, GORDON ISODA, )

DEAN PIGAO, and IRVIL KAPUA,  )

                       )

        Defendants.    )

                       )

## DECLARATION OF DIANE K. AGOR-OTAKE

I, DIANE K. AGOR-OTAKE, hereby declare as follows:

1.   I am one of the counsel for Defendant K.C. Lum ("Defendant Lum") in the above-entitled matter and have personal knowledge as to the matters set forth below.

2.   I am not, and never was, counsel for Defendant Lum, or any other party, in <u>Lum v. Kauai County Council <i>et al.</i></u>, 1:06-CV-00068-SOM-BMK ("Kauai County Council Litigation").

3.   Based upon information and belief, Cary T. Tanaka, is not and never was, counsel for Defendant Lum, or any other party, in the Kauai County Council Litigation.

4.   I had no involvement in any stipulations entered into in the Kauai County Council Litigation.

5.    Based upon information and belief, Mr. Tanaka did not have any involvement in any stipulations entered into in the Kauai County Council Litigation.

6.    I, DIANE K. AGOR-OTAKE, do declare under penalty of law that the foregoing is true and correct.

Dated: Honolulu, Hawaii, May 8, 2007.


     /s/ Diane K. Agor-Otake
DIANE K. AGOR-OTAKE