```
              IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF HAWAII

DARLA ABBATIELLO,              )   CIVIL NO. CV04 00562 KSC
                               )
          Plaintiff,           )   CERTIFICATE OF SERVICE
                               )
     vs.                       )
                               )
COUNTY OF KAUAI, KAUAI         )
POLICE DEPARTMENT, K.C. LUM,   )
WILFRED M. IHU, GORDON ISODA,  )
DEAN PIGAO, and IRVIL KAPUA,   )
                               )
          Defendants.          )
                               )
```

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

```
     MARGERY S. BRONSTER, ESQ.    mbronster@bchlaw.net
     JOHN HOSHIBATA, ESQ.         jhoshibata@bchlaw.net
     Suite 2300 Pauahi Tower
     1001 Bishop Street
     Honolulu, Hawaii  96813

     Attorneys for Plaintiff

     DAVID J. MINKIN, ESQ.        minkin@m4law.com
     BECKY T. CHESTNUT, ESQ.      chestnut@m4law.com
     Five Waterfront Plaza, 4th Floor
     500 Ala Moana Boulevard
     Honolulu, Hawaii  96813

     Attorneys for Defendants
     WILFRED M. IHU, GORDON ISODA
     and DEAN PIGAO
```

    MICHAEL J. McGUIGAN, ESQ.       mjm@roplaw.com
    Pacific Guardian Center, Makai Tower
    733 Bishop Street, 24th Floor
    Honolulu, Hawaii  96813

    Attorney for Defendant
    IRVIL KAPUA

    ROSA V. FLORES, ESQ.       rflores@kauai.gov
    Office of the County Attorney
    4444 Rice Street, Suite 220
    Lihue, Hawaii  96766

    Attorney for Defendants
    COUNTY OF KAUAI and
    KAUAI POLICE DEPARTMENT

**Served by First Class Mail:**

    DANIEL G. HEMPEY, ESQ.
    3175 Elua Street
    Lihue, Kauai  96766

    Attorney for Plaintiff

**Served by First Class Mail to parties in <u>Lum v. Kauai County Council et al.</u>, Civil No. CV 06-00068 SOM BMK, as identified in Certificate of Service attached to Plaintiff's Motion to Compel:**

    CLAYTON IKEI, ESQ.
    JERRY P.S. CHANG, ESQ.
    1440 Kapiolani Blvd., Suite 1203
    Honolulu, Hawaii  96814

    Attorneys for Plaintiff
    King C. Lum

```
JOHN T. KOMEIJI, ESQ.
DANIEL K. OBUHANYCH, ESQ.
GREGG USHIRODA, ESQ.
KAREN Y. ARIKAWA, ESQ.
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813

Attorneys for Defendants
KAUAI COUNTY, KAUAI COUNTY COUNCIL,
BRYAN BAPTISTE, LEON GONSALVES, SR.

GREGG USHIRODA, ESQ.
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813

Attorney for Defendant
MICHAEL TRESLER, Individually and
in his capacity as Director of Finance,
Kauai County

MATTHEW S. K. PYUN, JR., ESQ.
Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Hawaii  96766

Attorney for Defendant Kauai County

RICHARD NAKAMURA, ESQ.
RONALD T. MICHIOKA, ESQ.
ZALE T. OKAZAKI, ESQ.
Suite 2500 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813

Attorneys for Defendant
LEON GONSALVES, SR.
```

DATED:   Honolulu, Hawaii, May 8, 2007.

                                    /s/ Diane K. Agor-Otake
                                    CARY T. TANAKA
                                    DIANE K. AGOR-OTAKE
                                    Attorneys for Defendant

K.C. LUM

K.C. LUM