ROSA V. FLORES                    8019-0
Office of the County Attorney
4444 Rice Street, Suite 220
Līhu`e, Hawai`i 96766
Telephone: (808) 241-6315
Facsimile:  (808) 241-6319
Email: rflores@kauai.gov

McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN               3639-0
BECKY T. CHESTNUT             7756-0
KARA M.L. YOUNG              8411-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i  96813
Telephone:  (808) 529-7300
Facsimile:  (808) 524-8293
Email:  minkin@m4law.com

Attorneys for Defendants COUNTY OF KAUA`I
and KAUA`I POLICE DEPARTMENT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04-00562 KSC |
| | ) | |
| Plaintiff, | ) | DEFENDANTS COUNTY OF |
| | ) | KAUA`I AND KAUA`I POLICE |
| vs. | ) | DEPARTMENT'S **JOINDER** IN |
| | ) | COUNTY OF KAUA`I [IN CIVIL |
| COUNTY OF KAUAI, KAUAI | ) | NO. 06-00068]'S STATEMENT OF |
| POLICE DEPARTMENT, K.C. LUM, | ) | POSITION ON PLAINTIFF'S |
| WILFRED M. IHU, GORDON | ) | MOTION TO COMPEL |
| ISODA, DEAN PIGAO, and IRVIL | ) | PRODUCTION OF TRANSCRIPT |
| KAPUA, | ) | OF ORAL DEPOSITION OF |
| | ) | DEFENDANT K.C. LUM (FILED |
| Defendants. | ) | APRIL 30, 2007), FILED ON MAY |
| | ) | |

161227.1

)   7, 2007; CERTIFICATE OF
)   SERVICE
)
)   **HEARING**
)   Date:   May 10, 2007
)   Time:   1:30 p.m.
)   Judge:  Kevin S.C. Chang
)
_____ )   **Trial Date:  September 5, 2007**

DEFENDANTS COUNTY OF KAUA`I AND KAUA`I POLICE
DEPARTMENT'S **JOINDER** IN COUNTY OF KAUA`I [IN CIVIL
NO. 06-00068]'S STATEMENT OF POSITION ON PLAINTIFF'S MOTION
TO COMPEL PRODUCTION OF TRANSCRIPT OF ORAL DEPOSITION OF
DEFENDANT K.C. LUM (FILED APRIL 30, 2007), FILED ON MAY 7, 2007

Defendants County of Kaua`i and Kaua`i Police Department, by and

through their attorneys, McCorriston Miller Mukai MacKinnon LLP, hereby

submit their **Joinder** in: County of Kaua`i [in Civil No. 06-00068]'s Statement of

Position on Plaintiff's Motion to Compel Production of Transcript of Oral

Deposition of K.C. Lum (filed April 30, 2007), filed on May 7, 2007.

DATED:  Honolulu, Hawai`i, May 8, 2007.


/s/ David J. Minkin_____
DAVID J. MINKIN
BECKY T. CHESTNUT
KARA M.L. YOUNG

Attorneys for Defendants
COUNTY OF KAUA`I and
KAUA`I POLICE DEPARTMENT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>               Plaintiff,<br><br>     vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA,<br><br>               Defendants. | CIVIL NO. CV04-00562 KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served on the following on this date as indicated below:

| | **Electronically Via CM/ECF** | **Fax and U.S. Mail** |
|---|---|---|
| DANIEL G. HEMPEY, ESQ.<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Lihue, Hawai`i 96766<br>     and | | X |

161227.1

|  | Electronically Via CM/ECF | Fax and U.S. Mail |
|---|---|---|
| MARGERY S. BRONSTER, ESQ.<br>JOHN HOSHIBATA, ESQ.<br>2300 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawai`i 96813 | X | |

Attorneys for Plaintiff
DARLA ABBATIELLO

|  | | |
|---|---|---|
| MICHAEL J. McGUIGAN, ESQ.<br>ELMIRA TSANG, ESQ.<br>733 Bishop Street, 24th Floor<br>Honolulu, Hawai`i 96813 | X | |

Attorneys for Defendant IRVIL KAPUA

|  | | |
|---|---|---|
| CARY T. TANAKA, ESQ.<br>DIANE K. AGOR-OTAKE, ESQ.<br>Fort Street Tower<br>745 Fort Street, Suite 510<br>Honolulu, Hawai`i 96813 | X | |

Attorneys for Defendant K.C. LUM

|  | | |
|---|---|---|
| MATTHEW S.K. PYUN, JR., ESQ.<br>4444 Rice St., Suite 220<br>Līhu`e, Hawai`i 96766<br>    and | | X |
| JOHN T. KOMEIJI, ESQ.<br>GREGG M. USHIRODA, ESQ.<br>KAREN Y. ARIKAWA, ESQ.<br>999 Bishop St., 23rd Floor<br>Honolulu, Hawai`i 96813 | | X |

Attorneys for COUNTY OF KAUA`I
in Lum vs. Kaua`i County Council,
Civil No. 06-00068 SOM BMK, U.S. District
Court for the District of Hawaii

|  | Electronically Via CM/ECF | Fax and U.S. Mail |
|---|---|---|
| CLAYTON C. IKEI, ESQ. 1440 Kapiolani Blvd., Suite 1203 Honolulu, Hawai`i  96814 |  | X |

Attorney for KING C. LUM
in Lum vs. Kaua`i County Council,
Civil No. 06-00068 SOM BMK, U.S. District
Court for the District of Hawaii

|  |  |  |
|---|---|---|
| RICHARD F. NAKAMURA, ESQ. DIANE W. WONG, ESQ. RONALD T. MICHIOKA, ESQ. 2500 Pauahi Tower 1001 Bishop Street Honolulu, Hawai`i  96813 |  | X |

Attorneys for KAUA`I COUNTY COUNCIL,
BRYAN BAPTISTE and KAUA`I COUNTY
in Lum vs. Kaua`i County Council,
Civil No. 06-00068 SOM BMK, U.S. District
Court for the District of Hawaii


    DATED:  Honolulu, Hawai`i, May 8, 2007.


            /s/ David J. Minkin
            DAVID J. MINKIN
            BECKY T. CHESTNUT
            KARA M.L. YOUNG

            Attorneys for Defendants
            COUNTY OF KAUA`I and
            KAUA`I POLICE DEPARTMENT