IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 KSC |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) |
| | ) |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 9, 2007, a true and correct copy of the foregoing document was served on the following parties by electronically by CM/ECF or U.S. Mail, and/or in the manner specified below:

    DANIEL G. HEMPEY, ESQ.             U.S. MAIL
    Law Office of Daniel G. Hempey
    3175 Elua Street
    Lihue, Hawaii 96766
        Attorney for Plaintiff
        DARLA ABBATIELLO

    MICHAEL J. McGUIGAN, ESQ.       Mjm@roplaw.com
    Reinwald O'Connor & Playdon LLP
    Pacific Guardian Center, Makai Tower
    733 Bishop Street, Suite 2400
    Honolulu, Hawaii 96813
        Attorney for Defendant
        IRVIL KAPUA

| | |
|---|---|
| DAVID J. MINKIN, ESQ. | minkin@m4law.com |
| BECKY T. CHESTNUT, ESQ. | chestnut@m4law.com |
| LISA W. CATALDO, ESQ. | cataldo@m4law.com |
| KARA M.L. YOUNG, ESQ. | |

McCorriston Miller Mukai MacKinnon LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
    Attorneys for Defendants K.C. LUM, WILFRED M. IHU,
    GORDON ISODA and DEAN PIGAO

ROSA V. FLORES, ESQ.    Rflores@kauai.gov
Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Hawaii 96766
    Attorneys for Defendants
    COUNTY OF KAUAI and
    KAUAI POLICE DEPARTMENT

CARY T. TANAKA, ESQ.    carytanaka@aol.com
Fort Street Tower, Suite 510
745 Fort Street
Honolulu, Hawaii 96813
    Attorney for Defendant and
    Third-Party Plaintiff K.C. LUM

Notice to all parties in <u>Lum v. Kauai County Council, etal.; Civ. No. CV06-00068
SOM BMK</u>:

CLAYTON IKEI, ESQ.    CCIOffice@hawaii.rr.com
JERRY P.S. CHANG, ESQ.    and U.S. Mail
1440 Kapiolani Blvd., Suite 1203
Honolulu, HI 96814
    Attorneys for Plaintiff King C. Lum

| | |
|---|---|
| JOHN T. KOMEIJI, ESQ. | Via hand-delivery |
| GREGG M. USHIRODA, ESQ. | Gushiroda@wik.com |
| KAREN Y. ARIKAWA, ESQ. | Karikawa@wik.com |

Watanabe Ing & Komeiji LLP
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, HI 96813
    Attorneys for Defendant County of Kauai,
    Kauai County Council, Bryan Baptiste, Leon Gonsalves, Sr.

GREGG USHIRODA, ESQ.    Gushiroda@wik.com
Watanabe Ing & Komeiji LLP
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, HI 96813
    Attorney for Defendant Michael Tresler, individually
    & in his capacity as Director of Finance, Kauai County

MATTHEW S. K. PYUN, JR.    Mpyun@Kauai.gov
Office of the County Attorney-Kauai    and U.S. Mail
4444 Rice Street, Ste. 220
Lihue, HI 96766
    Attorneys for County of Kauai

| | |
|---|---|
| RICHARD NAKAMURA, ESQ. | Via hand-delivery |
| RONALD T. MICHIOKA, ESQ. | Ronald.michioka@hawadvocate.com |
| ZALE T. OKAZAKI, ESQ. | Zale.okazaki@hawadvocate.com |

Ayabe Chong Nishimoto Sia & Nakamura
1001 Bishop Street, Suite 2500
Honolulu, HI 96813
    Attorneys for Defendant Leon Gonsalves, Sr.

DATED:  Honolulu, Hawaii, May 9, 2007.

                      /s/ John T. Hoshibata
                      DANIEL G. HEMPEY
                      MARGERY S. BRONSTER
                      JOHN T. HOSHIBATA
                      JEANNETTE HOLMES CASTAGNETTI
                      Attorneys for Plaintiff
                      DARLA ABBATIELLO