# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00562KSC |
| CASE NAME: | Darla Abbatiello Vs. County of Kauai, et al. |
| ATTYS FOR PLA: | John T. Hoshibata and Daniel Hempey-By Phone |
| ATTYS FOR DEFT: | David Minkin, Jerry Chang, Karen Arikawa and Diane Agor-Otake |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5-FTR-1:30:01 |
| DATE: | 05/10/2007 | TIME: | 1:30pm-1:35pm |

COURT ACTION:  EP: Plaintiffs' Motion to Compel Production of Transcript of Oral Deposition of  K. C. Lum- Plaintiff's Counsel-Daniel Hempey -By Phone.  Oral Argument Held.  This Motion is hereby Granted and the Court also imposed a Protective as to the Transcript of Oral Deposition of K. C. Lum and Exhibits.

Mr. Hoshibata to prepare Order.


Submitted by Leslie L. Sai, Courtroom Manager