# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00562KSC |
| CASE NAME: | Darla Abbatiello v. County of Kauai |
| ATTYS FOR PLA: | Margery S. Bronster, Daniel G. Hempey, John T. Hoshibata |
| ATTYS FOR DEFT: | David J. Minkin, Kara Young, Rosa Flores, Michael J. McGuigan, Cary T. Tanaka |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 05/16/2007 | TIME: | 11 - 12:15 |

COURT ACTION:  EP: Settlement Conference held.  Further Settlement Conference set for 5/17/2007 @ 10:45 a.m. before Magistrate Judge Barry M. Kurren.

Submitted by Richlyn W. Young, courtroom manager