REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

MICHAEL J. McGUIGAN      2433-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii  96813
Telephone:  (808) 524-8350
Facsimile:   (808) 531-8628
E-mail:  mjm@roplaw.com

*Attorney for Defendant*
*IRVIL KAPUA*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>Defendants. | CIVIL NO. CV04-00562 SOM/BMK<br><br>DEFENDANT IRVIL KAPUA'S MOTION TO STRIKE LANGUAGE IN PLAINTIFF'S SECOND AMENDED COMPLAINT FILED HEREIN ON APRIL 23, 2007; MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE; DECLARATION OF MICHAEL J. MCGUIGAN; EXHIBIT "A";  CERTIFICATE OF SERVICE<br><br>TRIAL DATE:  September 5, 2007 |

## DEFENDANT IRVIL KAPUA'S MOTION TO STRIKE LANGUAGE IN PLAINTIFF'S SECOND AMENDED COMPLAINT FILED HEREIN ON APRIL 23, 2007

Comes now, Defendant Irvil Kapua, by and through his attorneys, Reinwald O'Connor & Playdon LLP, and hereby moves to strike the term "rogue cop" in Plaintiff's Second Amended Complaint.

This Motion is made pursuant to Federal Rule of Civil Procedure 12(f). This Motion is supported by the memorandum in support of motion, the declaration of Michael J. McGuigan, the attached exhibit, and any evidence and argument to be adduced at the hearing hereon.

DATED: Honolulu, Hawaii, May 17 , 2007.

_____
MICHAEL J. McGUIGAN
*Attorney for Defendant*
*IRVIL KAPUA*