IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>　　　　　Defendants. | CIVIL NO. CV04-00562 SOM/BMK<br><br>DECLARATION OF MICHAEL J. MCGUIGAN; EXHIBITS "A" |

## DECLARATION OF MICHAEL J. MCGUIGAN

　　　　I Michael J. McGuigan, under penalty of perjury do declare and say:

　　　　1.　　That I am an attorney duly licensed to practice law in the State of Hawaii;

　　　　2.　　That I am a partner of the law firm of Reinwald O'Connor & Playdon LLP, the attorney who represents Defendant Irvil Kapua herein.

　　　　3.　　That I make this declaration based upon my own personal knowledge, and I am competent to testify to the matters contained herein.

4. Attached hereto as Exhibit "A" are true and correct copies of excerpts from Plaintiff's Second Amended Complaint, filed on April 23, 2007.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

ATED: Honolulu, Hawaii, May 17, 2007.

_____
MICHAEL J. McGUIGAN