LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY          7535
3175 Elua Street
Lihue, Hawaii 96766
Telephone No.:    (808) 823-0000
Facsimile No.:    (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER     4750
JOHN T. HOSHIBATA        3141
JEANNETTE HOLMES CASTAGNETTI   7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No.:    (808) 524-5644
Facsimile No.:    (808) 599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 KSC BMK |
|---|---|
| Plaintiff, | ) SECOND AMENDED COMPLAINT; |
| | ) DEMAND FOR JURY TRIAL; |
| vs. | ) CERTIFICATE OF SERVICE |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA, | ) Trial Date: September 5, 2007 ) Time: 9:00 a.m. ) Judge: Kevin S.C. Chang |
| Defendants. | ) |



24. Also during this period, Sergeant Kapua met with Officer Abbatiello and informed Abbatiello that A.B. telephoned him and was upset because Abbatiello asked A.B. to make a controlled buy from C.D. Officer Abbatiello informed Sergeant Kapua that C.D. was her main target and that she wanted to use A.B. as an informant against C.D. Sergeant Kapua responded that C.D. was "nothing" and "small time." (Several months later after the events described here, C.D. was arrested with nearly a half a million dollars worth of methamphetamine following a Federal drug task force investigation).

25. Since A.B. proved to be an unproductive confidential informant, Officer Abbatiello returned to her original plan to serve the search warrant on A.B. and then "flip" her to obtain evidence against C.D., leading to C.D.'s eventual arrest. On December 26, 2003, Officer Abbatiello served the search warrant on A.B.

26. Subsequently, Officer Abbatiello arrested A.B. and read A.B. her constitutional rights. A.B. then waived her rights and indicated that she wanted to make a statement. A.B. then admitted that she sold crystal methamphetamine with C.D., and that C.D. paid Sergeant Kapua six thousand dollars ($6,000.00) through a third person to protect both A.B. and C.D.

27. Officer Abbatiello became severely distressed after receiving this information as she considered it to be evidence of public corruption by a rogue cop. In addition, Sergeant Kapua has a reputation for having a violent temper and background.

28. Immediately after receiving this information, on December 26, 2003, Officer Abbatiello reported what A.B. had said to O.P.

29. Sometime between December 26, 2003 and January 2, 2004, Officer Abbatiello talked with Lieutenant E.F. (while he was on vacation) about what A.B. had said.

30. Sometime between December 26, 2003 and January 2, 2004, Officer Abbatiello reported what A.B. had said to K.L.

31. Abbatiello reported what A.B. had said about Kapua, in her capacity as a citizen, because she believed that corruption is a matter of public concern and because, as a citizen and resident of Kauai, she was concerned about the persistent allegations of corruption within KPD.

32. Upon information and belief, Sergeant Kapua has had numerous internal complaints lodged against him. On one occasion, Sergeant Kapua allegedly threatened two police dispatchers on the KPD premises with his hand on his gun. The two dispatchers went out on stress leave.