IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | CIVIL NO. CV04-00562 SOM/BMK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | |
| Defendants. | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on the following parties at their last known addresses by means indicated below.

DANIEL G. HEMPEY, ESQ.                    U.S. MAIL
Law Office of Daniel G. Hempey
3175 Elua Street
Lihue, Kauai, Hawaii  96766

and

MARGERY S. BRONSTER, ESQ.          ELECTRONICALLY
JEFF CRABTREE, ESQ.                         VIA CM/ECF
Bronster Crabtree & Hoshibata
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813
*Attorneys for Plaintiff*

122269/03-18/MJM

DAVID J. MINKIN, ESQ.                     ELECTRONICALLY
McCorriston Miller Mukai MacKinnon        VIA CM/ECF
P. O. Box 2800
Honolulu, Hawaii  96803
 Attorney for Defendants
 WILFRED M. IHU, GORDON ISODA
 AND DEAN PIGAO


CARY T. TANAKA, ESQ.                      U.S. MAIL
745 Fort Street, Suite 510
Honolulu, Hawaii  96813
 Attorney for Defendant
 K.C. LUM


ROSA V. FLORES, ESQ.
MATTHEW S.K. PYUN, JR., ESQ.
Office of the County Attorney
4444 Rice Street, Suite 220               ELECTRONICALLY
Lihue, Kauai, Hawaii  96766               VIA CM/ECF
 Attorney for Defendants
 COUNTY OF KAUAI AND
 KAUAI POLICE DEPARTMENT

DATED:  Honolulu, Hawaii, May  17  , 2007.


_____
MICHAEL J. McGUIGAN
*Attorney for Defendant*
*IRVIL KAPUA*