# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00562KSC |
| CASE NAME: | Darla Abbatiello v. County of Kauai |
| ATTYS FOR PLA: | Margery S. Bronster and Daniel G. Hempey both by phone |
| ATTYS FOR DEFT: | David J. Minkin, Kara Young, Rosa Flores, Michael McGuigan all by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 05/17/2007 | TIME: | 10:45 - 11 |

COURT ACTION:  EP: Further Settlement Conference re mediation held.

Submitted by Richlyn Young, Courtroom Manager