IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04 00562 KSC |
| | ) | |
| Plaintiff, | ) | DEMAND FOR TRIAL BY JURY |
| | ) | |
| vs. | ) | |
| | ) | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA, | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

DEMAND FOR TRIAL BY JURY

    Defendant K. C. LUM hereby demands a trial by jury.

    DATED:  Honolulu, Hawaii, May 17, 2007.

    /s/ Cary T. Tanaka
    CARY T. TANAKA
    DIANE K. AGOR-OTAKE
    Attorneys for Defendant
    K. C. LUM