```
                IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF HAWAII


DARLA ABBATIELLO,              )    CIVIL NO. CV04 00562 KSC
                               )
          Plaintiff,           )    DEMAND FOR TRIAL BY JURY
                               )
    vs.                        )
                               )
COUNTY OF KAUAI, KAUAI         )
POLICE DEPARTMENT, K.C. LUM,   )
WILFRED M. IHU, GORDON ISODA,  )
DEAN PIGAO, and IRVIL KAPUA,   )
                               )
          Defendants.          )
                               )
```

DEMAND FOR TRIAL BY JURY

    Defendant K. C. LUM hereby demands a trial by jury.

    DATED: Honolulu, Hawaii, May 22, 2007.

                                            /s/ Cary T. Tanaka
                                            CARY T. TANAKA
                                            DIANE K. AGOR-OTAKE
                                            Attorneys for Defendant
                                            K. C. LUM