LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY                              7535
3175 Elua Street, Suite C
Lihue, Hawaii 96766
Telephone No. (808) 632-0000
Facsimile No. (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER CRABTREE & HOSHIBATA
MARGERY S. BRONSTER                    4750
JOHN HOSHIBATA                               3141
JEANNETTE HOLMES CASTAGNETTI   7211
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 524-5644
Facsimile No. (808)599-1881
mbronster@bchlaw.net
jhoshibata@bchlaw.net
jcastagnetti@bchlaw.net

Attorneys for Plaintiff DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 KSC |
| | ) |
| Plaintiff, | ) ORDER GRANTING PLAINTIFF'S |
| | ) MOTION TO COMPEL |
| vs. | ) PRODUCTION OF TRANSCRIPT |
| | ) OF ORAL DEPOSITION OF K. C. |
| COUNTY OF KAUAI, KAUAI | ) LUM, FILED ON APRIL 30, 2007 |
| POLICE DEPARTMENT, K.C. LUM, | ) |
| WILFRED M. IHU, GORDON | ) Date:   May 10, 2007 |
| ISODA, DEAN PIGAO, IRVIL | ) Time:   1:30 p.m. |
| KAPUA, | ) Judge:  Honorable Kevin S.C. Chang |
| | ) |
| Defendants. | ) Trial Date: September 5, 2007 |
| _____ | ) |

# ORDER GRANTING PLAINTIFF'S MOTION
# TO COMPEL PRODUCTION OF TRANSCRIPT OF
# <u>ORAL DEPOSITION OF K. C. LUM, FILED APRIL 30, 2007</u>

Plaintiff Darla Abbatiello's Motion To Compel Production of Transcript of Oral Deposition of K. C. Lum, filed on April 30, 2007, was heard on May 10, 2006.  Present were John T. Hoshibata, Esq. representing Plaintiff Darla Abbatiello; Daniel Hempey, Esq., representing Plaintiff Darla Abbatiello via conference call; Diane Agor-Otake, Esq., representing Defendant K.C. Lum;  Jerry P.S. Chang, Esq., representing Plaintiff K.C. Lum  (in Civil No.06-00068 SOM BMK); Michael McGuigan, Esq., representing Defendant Irvil Kapua; and David J. Minkin, Esq. representing the County of Kauai and the Kauai Police Department; and Karen Y. Arikawa, Esq. representing Defendant County of Kauai (in Civil No. 06-00068 SOM BMK).

After reviewing submissions and hearing arguments of counsel, the Court GRANTS Plaintiff's Motion to Compel Production of Transcript of Oral Deposition of K.C. Lum, filed on April 30, 2007.

The Court ORDERS the deposition transcripts, in their entirety and including all exhibits, to be produced to Plaintiff's counsel by counsel for the County of Kauai, without charge, by noon, Wednesday, May 16, 2007.

The Court further ORDERS that counsel for the County of Kauai (in both Civil No. 04-00562 KSC and Civil No. 06–00068 SOM BMK) provide Plaintiff's

counsel with .pdf files of the deposition transcripts, without exhibits, as soon as possible before May 16, 2007.

The Court further ORDERS that, in order to maintain the confidentiality of the transcripts and exhibits, use and sharing of the transcripts and exhibits will be limited, in the above-captioned matter, to counsel, the parties, and experts and/or consultants retained by the parties. The transcripts and exhibits shall be returned to Defendant K.C. Lum's counsel in Civil No. 06-00068 SOM BMK at the conclusion of this case.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 24, 2007.



_____
Kevin S.C. Chang
United States Magistrate Judge

---

Abbatiello vs. County of Kauai, et al.; Civil No. CV04 00562 KSC; *Order Granting Plaintiff's Motion to Compel Production of Transcript of Oral Deposition of K. C. Lum, Filed on April 30, 2007.*

APPROVED AS TO FORM:

   /s/ David J. Minkin
ROSA V. FLORES
DAVID J. MINKIN
BECKY T. CHESTNUT
KARA M.L. YOUNG
Attorneys for Defendants COUNTY OF KAUAI and
THE KAUAI POLICE DEPARTMENT

APPROVED AS TO FORM:


   /s/ Michael J. McGuigan
MICHAEL J. McGUIGAN
Attorney  for Defendant IRVIL KAPUA


   /s/ Diane K. Agor-Otake
CARY T. TANAKA
DIANE K. AGOR-OTAKE
Attorney for Defendant K.C. LUM


   /s/ Jerry P.S. Chang
CLAYTON IKEI
JERRY P.S. CHANG
Attorneys for Plaintiff King C. Lum
(in Civil No. CV06-00068 SOM BMK)


   /s/ Karen Y. Arikawa
MATTHEW S.K. PYUN, JR.
JOHN T. KOMEIJI
GREGG M. USHIRODA
KAREN Y. ARIKAWA
Attorneys for Defendant County of Kauai
(in Civil No. CV06-00068 SOM BMK)

---

Abbatiello vs. County of Kauai, et al.; Civil No. CV04 00562 KSC; *Order Granting Plaintiff's Motion to Compel Production of Transcript of Oral Deposition of K. C. Lum, Filed on April 30, 2007.*