## MINUTES

| | |
|---|---|
| CASE NUMBER: | CV04-00562KSC |
| CASE NAME: | Darla Abatiello v. County of Kauai, et al. |
| ATTYS FOR PLA: | John Hoshibata, by phone |
| ATTYS FOR DEFT: | David Minkin, by phone |
| | Kara Young, by phone |
| | Michael McGuigan, by phone |
| | Cary Tanaka, by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 5/24/2007 | TIME: | 4:00-4:30pm |

COURT ACTION: EP: Status Conference. Discussion held regarding the Motion to Certify a Question to the Hawaii Supreme Court.

The Court will vacate the following hearings set for 5/29/07 before Judge Chang:

Defendant K.C. Lum's Motion for Summary Judgment [189]

Defendants County of Kauai, Kauai Police Department, Wilfred M. Ihu, Gordon Isoda and Dean Pigao's Joinder in Defendant K.C. Lum's Motion for Summary Judgment filed 1/4/07 [210]

Defendant Irvil Kapua's Joinder to Defendant K.C. Lum's Motion for Summary Judgment Filed on January 4, 2007 [238]

Plaintiff's Motion for Summary Judgment on Counts I - VIII of the First Amended Complaint Against Defendant K.C. Lum and Counts I, II, IV, VI, VII & VIII Against Defendant Irvil Kapua [192]

Defendants County of Kauai and Kauai Police Department's Motion to Certify a Question to the Hawaii Supreme Court or, in the Alternative, Entitling Defendants to Judgment on the Pleadings with Respect to Plaintiff's State Constitutional Claims [274]

Defendant K.C. Lum's Substantive Joinder in Defendants County of Kauai and Kauai Police Department's Motion to Certify a Question to the Hawaii Supreme Court or, in the Alternative, Entitling Defendants to Judgment on the Pleadings with Respect to Plaintiff's State Constitutional Claims [275]

Defendant Irvil Kapua's Substantive Joinder in Defendants County of Kauai and Kauai Police Department's Motion to Certify a Question to the Hawaii Supreme Court or, in the Alternative, Entitling Defendants to Judgment on the Pleadings with Respect to Plaintiff's State Constitutional Claims [278]

Counsel will speak with Judge Kurren to confirm the upcoming Mediation in July and a Status Conference will be scheduled thereafter with Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager