ORIGINAL

LAW OFFICES OF CARY T. TANAKA

CARY T. TANAKA        4858-0
DIANE K. AGOR-OTAKE   7751-0
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813
Telephone: 536-8885
Facsimile: 536-8845
carytanaka@aol.com
dka@hawaii.rr.com

Attorneys for Defendant
K.C. LUM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA,<br><br>　　　　Defendants. | CIVIL NO. CV04 00562 KSC<br><br>STIPULATION AND ORDER REGARDING DEFENDANT K. C. LUM'S MOTION FOR SUMMARY JUDGMENT FILED HEREIN ON JANUARY 4, 2007; PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON COUNTS I-VIII OF THE FIRST AMENDED COMPLAINT AGAINST DEFENDANT K. C. LUM, AND COUNTS I, II, IV, VII AND VIII AGAINST DEFENDANT IRVIL KAPUA FILED HEREIN ON JANUARY 8, 2007; AND ALL ANSWERS TO THE SECOND AMENDED COMPLAINT<br><br>TRIAL DATE: September 5, 2007 |

STIPULATION AND ORDER REGARDING DEFENDANT
K. C. LUM'S MOTION FOR SUMMARY JUDGMENT FILED HEREIN
ON JANUARY 4, 2007; PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT ON COUNTS I-VIII OF THE FIRST AMENDED COMPLAINT
AGAINST DEFENDANT K. C. LUM, AND COUNTS I, II, IV, VII AND
VIII AGAINST DEFENDANT IRVIL KAPUA FILED HEREIN ON JANUARY 8,
2007; AND ALL ANSWERS TO THE SECOND AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between the appearing parties through their undersigned counsel as follows:

1. That the parties shall have until May 17, 2007 to file an appropriate response to the Second Amended Complaint filed herein on April 23, 2007;

2. That Defendant K. C. Lum's Motion for Summary Judgment filed herein on January 4, 2007, Plaintiff's Motion for Summary Judgment on Counts I-VIII of the First Amended Complaint Against Defendant K. C. Lum, and Counts I, II, IV, VII and VIII Against Defendant Irvil Kapua filed herein on January 8, 2007, as well as all memoranda in opposition, reply memoranda, supplemental memoranda, and any joinders filed in connection to said motions shall be withdrawn WITHOUT PREJUDICE;

3. That all parties agree to the filing or re-filing of Defendant K. C. Lum's Motion for Summary Judgment, Plaintiff's Motion for Summary Judgment, as well as all memoranda in opposition, reply memoranda, supplemental memoranda, and any joinders filed in connection to said motions, after the deposition of Defendant K. C. Lum has been completed herein;

4. That each of the above-referenced motions, shall be re-filed with the Court in a timely manner which will allow for the Court to set the hearings on all said motions to occur on the same day, preferably during the last week of July, 2007, or as soon thereafter as the Court may entertain said motions on its calendar;

5. It is agreed that this Stipulation may be executed in counterparts, each of which shall be deemed an original, and all such counterparts together shall constitute one and the same instrument.

DATED: Honolulu, Hawaii, May 23, 2007.

_____
MARGERY S. BRONSTER
JOHN HOSHIBATA
DANIEL HEMPEY
Attorneys for Plaintiff

_____
DAVID J. MINKIN
BECKY T. CHESTNUT
KARA YOUNG
Attorneys for Defendants
COUNTY OF KAUAI, KAUAI POLICE
DEPARTMENT, WILFRED M. IHU,
GORDON ISODA and DEAN PIGAO

_____
MICHAEL J. McGUIGAN
Attorney for Defendant
IRVIL KAPUA

_____
CARY T. TANAKA
DIANE K. AGOR-OTAKE
Attorneys for Defendant
K. C. LUM

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

Abbatiello v. County of Kauai, et al., Civil No. CV 04-00562 KSC
STIPULATION AND ORDER REGARDING DEFENDANT K. C. LUM'S MOTION FOR
SUMMARY JUDGMENT FILED HEREIN ON JANUARY 4, 2007; PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT ON COUNTS I-VIII OF THE FIRST AMENDED
COMPLAINT AGAINST DEFENDANT K. C. LUM, AND COUNTS I, II, IV, VII
AND VIII AGAINST DEFENDANT IRVIL KAPUA FILED HEREIN ON JANUARY 8,
2007; AND ALL ANSWERS TO THE SECOND AMENDED COMPLAINT

5. It is agreed that this Stipulation may be executed in counterparts, each of which shall be deemed an original, and all such counterparts together shall constitute one and the same instrument.

DATED: Honolulu, Hawaii, _____MAY 23,_____, 2007.

_____          _____
MARGERY S. BRONSTER                DAVID J. MINKIN
JOHN HOSHIBATA                     BECKY T. CHESTNUT
DANIEL HEMPEY                      KARA YOUNG
Attorneys for Plaintiff            Attorneys for Defendants
                                   COUNTY OF KAUAI, KAUAI POLICE
                                   DEPARTMENT, WILFRED M. IHU,
                                   GORDON ISODA and DEAN PIGAO


_____          _____
MICHAEL J. McGUIGAN                CARY T. TANAKA
Attorney for Defendant             DIANE K. AGOR-OTAKE
IRVIL KAPUA                        Attorneys for Defendant
                                   K. C. LUM


APPROVED AND SO ORDERED:


_____
JUDGE OF THE ABOVE-ENTITLED COURT



Abbatiello v. County of Kauai, et al., Civil No. CV 04-00562 KSC
STIPULATION AND ORDER REGARDING DEFENDANT K. C. LUM'S MOTION FOR
SUMMARY JUDGMENT FILED HEREIN ON JANUARY 4, 2007; PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT ON COUNTS I-VIII OF THE FIRST AMENDED
COMPLAINT AGAINST DEFENDANT K. C. LUM, AND COUNTS I, II, IV, VII
AND VIII AGAINST DEFENDANT IRVIL KAPUA FILED HEREIN ON JANUARY 8,
2007; AND ALL ANSWERS TO THE SECOND AMENDED COMPLAINT

5. It is agreed that this Stipulation may be executed in counterparts, each of which shall be deemed an original, and all such counterparts together shall constitute one and the same instrument.

DATED: Honolulu, Hawaii, ____May 23____, 2007.

_/s/ Margery S. Bronster_
MARGERY S. BRONSTER
JOHN HOSHIBATA
DANIEL HEMPEY
Attorneys for Plaintiff

_____
DAVID J. MINKIN
BECKY T. CHESTNUT
KARA YOUNG
Attorneys for Defendants
COUNTY OF KAUAI, KAUAI POLICE
DEPARTMENT, WILFRED M. IHU,
GORDON ISODA and DEAN PIGAO

_/s/ Michael J. McGuigan_
MICHAEL J. McGUIGAN
Attorney for Defendant
IRVIL KAPUA

_____
CARY T. TANAKA
DIANE K. AGOR-OTAKE
Attorneys for Defendant
K. C. LUM

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

Abbatiello v. County of Kauai, et al., Civil No. CV 04-00562 KSC
STIPULATION AND ORDER REGARDING DEFENDANT K. C. LUM'S MOTION FOR
SUMMARY JUDGMENT FILED HEREIN ON JANUARY 4, 2007; PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT ON COUNTS I-VIII OF THE FIRST AMENDED
COMPLAINT AGAINST DEFENDANT K. C. LUM, AND COUNTS I, II, IV, VII
AND VIII AGAINST DEFENDANT IRVIL KAPUA FILED HEREIN ON JANUARY 8,
2007; AND ALL ANSWERS TO THE SECOND AMENDED COMPLAINT

- 3 -