# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV04-00562KSC |
| CASE NAME: | Darla Abatiello v. County of Kauai, et al. |
| ATTYS FOR PLA: | John Hoshibata |
| ATTYS FOR DEFT: | David Minkin<br>Kara Young<br>Michael McGuigan<br>Cary Tanaka |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 5/31/2007 | TIME: | 9:40-9:50am |

COURT ACTION: EP: Status Conference. Discussion held.

Discovery stayed (until 7/20/07) pending completion of the Mediation/Settlement Conference set for 7/19/07 and 7/20/07 with Mediator David Fairbanks and Judge Kurren. Mr. Minkin to withdraw the Motion to Certify [274] without prejudice.

New firm trial date of 1/8/08 given. Amended Rule 16 Scheduling Conference Order to issue with new deadlines.

1. Jury trial on January 8, 2008 at 9:00 a.m. before KSC
2. Final Pretrial Conference on November 27, 2007 at 9:00 a.m. before KSC
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by November 20, 2007
5. File motions to Join/Add Parties/Amend Pleadings by **(CLOSED)**
6. File other Non-Dispositive Motions by October 10, 2007
7. File Dispositive Motions by **October 19, 2007**
8a. File Motions in Limine by December 18, 2007
8b. File opposition memo to a Motion in Limine by **December 26, 2007**
11a. Plaintiff's Expert Witness Disclosures by July 9, 2007
11b. Defendant's Expert Witness Disclosures by August 8, 2007
12. Discovery deadline **September 28, 2007 (by agreement of counsel)**

13. ==Settlement Conference set for 10/5/2007 at 11:00am before KSC==
14. Settlement Conference statements by 9/28/2007
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by **December 26, 2007**
21. File Final witness list by December 18, 2007
24. Exchange Exhibit and Demonstrative aids by December 11, 2007
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by December 18, 2007
26. File objections to the Exhibits by **December 26, 2007**
28a. File Deposition Excerpt Designations by December 18, 2007
28b. File Deposition Counter Designations and Objections by **December 26, 2007**
29. File Trial Brief by **December 26, 2007**
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters:
None.


Submitted by: Shari Afuso, Courtroom Manager





CV04-562KSC
Abbatiello v. County of Kauai, et al.
Amended Rule 16 Scheduling Conference Order
5/31/2007