MATTHEW S.K. PYUN, JR.     663
Office of the County Attorney
4444 Rice Street, Suite 220
Līhu`e, Hawai`i 96766
Telephone: (808) 241-6315
Facsimile:  (808) 241-6319
Email: mpyun@kauai.gov

McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN             3639-0
BECKY T. CHESTNUT      7756-0
KARA M.L. YOUNG         8411-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i  96813
Telephone:  (808) 529-7300
Facsimile:  (808) 524-8293
Email:  minkin@m4law.com

Attorneys for Defendants COUNTY OF KAUA`I
and KAUA`I POLICE DEPARTMENT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>                    Plaintiff,<br>     vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA,<br><br>                    Defendants. | CIVIL NO. CV04-00562 KSC<br><br>DEFENDANTS COUNTY OF KAUA`I AND KAUA`I POLICE DEPARTMENT'S STATEMENT OF NO POSITION AS TO DEFENDANT IRVIL KAPUA'S MOTION TO STRIKE LANGUAGE IN PLAINTIFF'S SECOND AMENDED COMPLAINT (FILED APRIL 23, 2007), FILED ON MAY 17, 2007; CERTIFICATE OF SERVICE |

162929.1

|                                     |
| ----------------------------------- |
| **HEARING**                         |
| Date:  June 22, 2007                |
| Time:  9:30 a.m.                    |
| Judge:  Kevin S.C. Chang            |
|                                     |
| **Trial Date:  January 8, 2008**    |

DEFENDANTS COUNTY OF KAUA`I AND KAUA`I POLICE
DEPARTMENT'S STATEMENT OF NO POSITION AS TO
DEFENDANT IRVIL KAPUA'S MOTION TO STRIKE LANGUAGE
IN PLAINTIFF'S SECOND AMENDED COMPLAINT
(FILED APRIL 23, 2007), FILED ON MAY 17, 2007

Defendants County of Kaua`i and Kaua`i Police Department, by and through their attorneys above-named, pursuant to Rule 7 of the Federal Rules of Civil Procedure, state that they take no position as to Defendant Irvil Kapua's Motion to Strike Language in Plaintiff's Second Amended Complaint (filed April 23, 2007), filed on May 17, 2007, and scheduled for hearing on June 22, 2007, at 9:30 a.m. before the Honorable Kevin S. C. Chang.

DATED:  Honolulu, Hawai`i, June 4, 2007.

/s/ David J. Minkin
DAVID J. MINKIN
BECKY T. CHESTNUT
KARA M.L. YOUNG

Attorneys for Defendants
COUNTY OF KAUA`I and
KAUA`I POLICE DEPARTMENT

162929.1                                      2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>           Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA,<br><br>           Defendants. | CIVIL NO. CV04-00562 KSC<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served on the following on this date as indicated below:

|  | **Electronically Via CM/ECF** | **U.S. Mail** |
|---|---|---|
| DANIEL G. HEMPEY, ESQ.<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Lihue, Hawai`i 96766<br>    and |  | X |

162929.1

|  | Electronically Via CM/ECF | U.S. Mail |
|---|---|---|
| MARGERY S. BRONSTER, ESQ.<br>JOHN HOSHIBATA, ESQ.<br>Bronster Crabtree & Hoshibata<br>Pauahi Tower<br>1001 Bishop Street, Suite 2300<br>Honolulu, Hawai`i 96813<br><br>Attorneys for Plaintiff<br>DARLA ABBATIELLO | X |  |
| MICHAEL J. McGUIGAN, ESQ.<br>ELMIRA TSANG, ESQ.<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, 24th Floor<br>Honolulu, Hawai`i 96813<br><br>Attorneys for Defendant IRVIL KAPUA | X |  |
| CARY T. TANAKA, ESQ.<br>DIANE K. AGOR-OTAKE, ESQ.<br>Fort Street Tower<br>745 Fort Street, Suite 510<br>Honolulu, Hawai`i 96813<br><br>Attorneys for Defendant K.C. LUM | X |  |

162929.1

2

3

DATED: Honolulu, Hawai`i, June 4, 2007.

/s/ David J. Minkin
DAVID J. MINKIN
BECKY T. CHESTNUT
KARA M.L. YOUNG

Attorneys for Defendants
COUNTY OF KAUA`I and
KAUA`I POLICE DEPARTMENT

162929.1                                3