IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CV. NO. 04-00562 KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA , DEAN PIGAO, and IRVIL KAPUA, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER DIRECTING MEDIATION

This Court, in an attempt to encourage an expeditious and voluntary settlement between the parties,

WHEREAS, the factual and legal issues, and the amount in controversy in this matter indicate that mediation may well serve to expedite settlement of this case; and

NOW THEREFORE, pursuant to the findings and directives of Congress in the Alternative Dispute Resolution Act of 1998, 28 U.S.C. §§ 61, et seq., and LR 88.1,

IT IS HEREBY ORDERED that this matter be submitted to mediation on the following conditions:

The Court HEREBY APPOINTS David L. Fairbanks as mediator in the above-entitled case. Procedures within the mediation, including, but not limited to, the form and content of any submission, shall be determined by the mediator.

IT IS FURTHER ORDERED that all parties, principles, insurance adjusters and/or representatives with settlement authority, and their counsel, are ordered to attend all mediation sessions scheduled by the mediator. At least one such person for each party shall have full settlement authority. Such persons and principals are further ordered to participate in and prepare for the mediation in objective good faith. Such persons or principals are warned that the Court may impose sanctions, including, but not limited to, dismissal of a claim or defense, monetary sanctions, or other sanction as may be appropriate, in the same manner that a party or a lawyer might be sanctioned under Fed. R. Civ. P. 16(f) should such persons or principals fail to comply with this order in objective good faith.

Unless otherwise ordered by this Court, the mediation may only be terminated by a written notice submitted by the mediator.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: June 5, 2007

DARLA ABBATIELLO V. COUNTY OF KAUAI, ET AL.; CV. NO. 04-00562 KSC; ORDER DIRECTING MEDIATION.