```
LAW OFFICES OF CARY T. TANAKA

CARY T. TANAKA          4858-0
DIANE K. AGOR-OTAKE     7751-0
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone:  536-8885
Facsimile:  536-8845
carytanaka@aol.com
dka@hawaii.rr.com

Attorneys for Defendant
K.C. LUM
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04 00562 KSC |
| | ) | |
| Plaintiff, | ) | DEFENDANT K.C. LUM'S STATEMENT |
| | ) | OF NO POSITION REGARDING |
| vs. | ) | DEFENDANT IRVIL KAPUA'S MOTION |
| | ) | TO STRIKE LANGUAGE IN |
| COUNTY OF KAUAI, KAUAI | ) | PLAINTIFF'S SECOND AMENDED |
| POLICE DEPARTMENT, K.C. LUM, | ) | COMPLAINT FILED HEREIN ON |
| WILFRED M. IHU, GORDON ISODA, | ) | APRIL 23, 2007, FILED MAY 17, |
| DEAN PIGAO, and IRVIL KAPUA, | ) | 2007; CERTIFICATE OF SERVICE |
| | ) | |
| Defendants. | ) | Hearing |
| | ) | Date: June 22, 2007 |
| | ) | Time: 9:30 a.m. |
| | ) | Judge: The Honorable Kevin |
| | ) |         Chang |
| | ) | |
| | ) | |
| | ) | TRIAL DATE: January 8, 2008 |
| | ) | |

DEFENDANT K.C. LUM'S STATEMENT OF NO POSITION REGARDING
DEFENDANT IRVIL KAPUA'S MOTION TO STRIKE LANGUAGE IN
PLAINTIFF'S SECOND AMENDED COMPLAINT FILED HEREIN
<u>ON APRIL 23, 2007, FILED MAY 17, 2007</u>

Defendant K.C. LUM, by and through his attorneys, hereby submits his statement of no position regarding Defendant Irvil Kapua's Motion To Strike Language In Plaintiff's Second Amended Complaint Filed Herein On April 23, 2007, filed May 17, 2007.

DATED: Honolulu, Hawaii, June 7, 2007.

      /s/ Diane K. Agor-Otake
CARY T. TANAKA
DIANE K. AGOR-OTAKE
Attorneys for Defendant
K.C. LUM