IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04 00562 KSC |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA, | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

MARGERY S. BRONSTER, ESQ.    mbronster@bchlaw.net
JOHN HOSHIBATA, ESQ.         jhoshibata@bchlaw.net
Suite 2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813

Attorneys for Plaintiff

DAVID J. MINKIN, ESQ.        minkin@m4law.com
BECKY T. CHESTNUT, ESQ.      chestnut@m4law.com
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii  96813

Attorneys for Defendants
WILFRED M. IHU, GORDON ISODA
and DEAN PIGAO

    MICHAEL J. McGUIGAN, ESQ().    mjm@roplaw.com
    Pacific Guardian Center, Makai Tower
    733 Bishop Street, 24th Floor
    Honolulu, Hawaii  96813

    Attorney for Defendant
    IRVIL KAPUA

    CHRISTIANE L. NAKEA-TRESLER, ESQ.  cntresler@kauai.gov
    4444 Rice Street, Suite 220
    Lihue, Hawaii  96766

    Attorney for Defendants
    COUNTY OF KAUAI and
    KAUAI POLICE DEPARTMENT

**Served by First Class Mail**:

    DANIEL G. HEMPEY, ESQ.
    3175 Elua Street, Suite C
    Lihue, Kauai  96766

    Attorney for Plaintiff

DATED:    Honolulu, Hawaii, June 7, 2007.


                                      /s/ Diane K. Agor-Otake
                                      CARY T. TANAKA
                                      DIANE K. AGOR-OTAKE
                                      Attorneys for Defendant
                                      K.C. LUM