# MINUTES

CASE NUMBER:      CV04-00562KSC

CASE NAME:        Darla Abatiello v. County of Kauai, et al.

ATTYS FOR PLA:    John Hoshibata


ATTYS FOR DEFT:   David Minkin
                  Michael McGuigan
                  Diane Agor-Otake

INTERPRETER:

---

JUDGE:   Kevin S. C. Chang          REPORTER:   FTR C5

DATE:    6/22/2007                  TIME:       9:27-9:31:35am

---

COURT ACTION:   EP: Defendant Irvil Kapua's Motion to Strike Language in Plaintiff's Second Amended Complaint Filed Herein on April 23, 2007 [295].

Motion granted. Mr. McGuigan to prepare the order. A Third Amended Complaint need not be filed. The word "rogue" will be stricken.

Submitted by: Shari Afuso, Courtroom Manager