# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00562KSC |
| CASE NAME: | Darla Abbatiello Vs. County of Kauai, et al. |
| ATTYS FOR PLA: | Margery S. Bronster and John T. Hoshibata |
| ATTYS FOR DEFT: | David Minkin, Matthew Pyun, Jr. Cary Young, Michael McGuigan and Cary Tanaka |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | |
| DATE: | 06/25/2007 | TIME: | 3:30pm-4:00pm |

COURT ACTION:  EP: Pre-Mediation Conference via Conference call was held on 6/25/2007.  All Counsel participated by Phone and Mediator David Fairbanks was present in Judge Kurren's Chambers.  Mediation Sessions will be held in Judge Kurren's Chambers on 7/19/2007 @1:00 p.m. and 7/20/2007 @9:00 a.m.

Submitted by Leslie L. Sai, Courtroom Manager