MATTHEW S.K. PYUN, JR.          663-0
Office of the County Attorney
4444 Rice Street, Suite 220
Līhu`e, Hawai`i 96766
Telephone: (808) 241-6315
Facsimile:  (808) 241-6319
Email: mpyun@kauai.gov

McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN                 3639-0
BECKY T. CHESTNUT               7756-0
KARA M.L. YOUNG                 8411-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i  96813
Telephone:  (808) 529-7300
Facsimile:  (808) 524-8293
Email:  minkin@m4law.com

Attorneys for Defendants COUNTY OF KAUA`I
and KAUA`I POLICE DEPARTMENT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DARLA ABBATIELLO, | CIVIL NO. CV04-00562 KSC |
| Plaintiff, | WITHDRAWAL WITHOUT |
| vs. | PREJUDICE OF DEFENDANTS |
| | COUNTY OF KAUA`I AND |
| COUNTY OF KAUAI, KAUAI | KAUA`I POLICE DEPARTMENT'S |
| POLICE DEPARTMENT, K.C. LUM, | MOTION TO CERTIFY A |
| WILFRED M. IHU, GORDON | QUESTION TO THE HAWAI`I |
| ISODA, DEAN PIGAO, and IRVIL | SUPREME COURT OR, IN THE |
| KAPUA, | ALTERNATIVE, ENTITLING |
| | DEFENDANTS TO JUDGMENT |
| Defendants. | ON THE PLEADINGS WITH |
| | RESPECT TO PLAINTIFF'S STATE |

164365.1

|  |  |
|---|---|
| ) | CONSTITUTIONAL CLAIMS, |
| ) | FILED ON APRIL 3, 2007; |
| ) | CERTIFICATE OF SERVICE |
| ) | |
| ) | <u>Hearing</u> |
| ) | Date:   May 29, 2007 |
| ) | Time:   9:45 a.m. |
| ) | Judge:  Kevin S.C. Chang |
| ) | |
| ) | **Trial Date:  January 8, 2008** |

**WITHDRAWAL WITHOUT PREJUDICE OF DEFENDANTS
COUNTY OF KAUA`I AND KAUA`I POLICE DEPARTMENT'S MOTION
TO CERTIFY A QUESTION TO THE HAWAI`I SUPREME COURT OR,
IN THE ALTERNATIVE, ENTITLING DEFENDANTS TO JUDGMENT
ON THE PLEADINGS WITH RESPECT TO PLAINTIFF'S STATE
<u>CONSTITUTIONAL CLAIMS, FILED ON APRIL 3, 2007</u>**

Defendants County of Kaua`i and Kaua`i Police Department, by and through their attorneys above-named, hereby withdraw without prejudice their Motion to Certify a Question to the Hawai`i Supreme Court or, in the Alternative, Entitling Defendants to Judgment on the Pleadings with Respect to Plaintiff's State Constitutional Claims, filed on April 3, 2007, which was set for hearing on May 29, 2007, at 9:45 a.m. before the Honorable Kevin S.C. Chang.

DATED:  Honolulu, Hawai`i, June 27, 2007.

/s/ David J. Minkin
DAVID J. MINKIN
BECKY T. CHESTNUT
KARA M.L. YOUNG
Attorneys for Defendants
COUNTY OF KAUA`I and
KAUA`I POLICE DEPARTMENT

164365.1                                                2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>             Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA,<br><br>             Defendants. | CIVIL NO. CV04-00562 KSC<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served on the following on this date as indicated below:

|  | **Electronically Via CM/ECF** | **U.S. Mail** |
|---|---|---|
| DANIEL G. HEMPEY, ESQ.<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Lihue, Hawai`i 96766<br>         and |  | X |

164365.1

|  | **Electronically Via CM/ECF** | **U.S. Mail** |
|---|---|---|
| MARGERY S. BRONSTER, ESQ.<br>JOHN HOSHIBATA, ESQ.<br>Bronster Crabtree & Hoshibata<br>Pauahi Tower<br>1001 Bishop Street, Suite 2300<br>Honolulu, Hawai`i 96813<br><br>Attorneys for Plaintiff<br>DARLA ABBATIELLO | X |  |
| MICHAEL J. McGUIGAN, ESQ.<br>ELMIRA TSANG, ESQ.<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, 24th Floor<br>Honolulu, Hawai`i 96813<br><br>Attorneys for Defendant IRVIL KAPUA | X |  |
| CARY T. TANAKA, ESQ.<br>DIANE K. AGOR-OTAKE, ESQ.<br>Fort Street Tower<br>745 Fort Street, Suite 510<br>Honolulu, Hawai`i 96813<br><br>Attorneys for Defendant K.C. LUM | X |  |

164365.1                                                         2

DATED: Honolulu, Hawai`i, June 27, 2007.

        /s/ David J. Minkin
DAVID J. MINKIN
BECKY T. CHESTNUT
KARA M.L. YOUNG
Attorneys for Defendants
COUNTY OF KAUA`I and
KAUA`I POLICE DEPARTMENT