REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

MICHAEL J. McGUIGAN     2433-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii  96813
Telephone:  (808) 524-8350
Facsimile:   (808) 531-8628
E-mail: mjm@roplaw.com

*Attorney for Defendant*
*IRVIL KAPUA*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| DARLA ABBATIELLO,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>Defendants. | CIVIL NO. CV04-00562 KSC<br><br>DEFENDANT IRVIL KAPUA'S MOTION FOR PERMISSION TO NAME EXPERT WITNESSES; MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION; DECLARATION OF MICHAEL J. MCGUIGAN; EXHIBITS "A"-"R"; CERTIFICATE OF SERVICE<br><br>TRIAL DATE:  January 8, 2008 |
|---|---|

## DEFENDANT IRVIL KAPUA'S MOTION FOR PERMISSION TO NAME EXPERT WITNESS

Comes now, Defendant Irvil Kapua, by and through his attorneys, Reinwald O'Connor & Playdon LLP, and hereby moves this court for permission to name expert witnesses, including the following: psychiatrist George Davis Bussey, M.D., J.D., D.F.A.P.A., C.P.E. and clinical psychologist Joseph P. Rogers, Ph.D.

This Motion is made pursuant to Federal Rules of Civil Procedure 7, 26, and 37. This Motion is supported by the memorandum in support of motion, the declaration of Michael J. McGuigan, the attached exhibits, and any evidence and argument to be adduced at the hearing hereon.

DATED: Honolulu, Hawaii, July 9, 2007.

                                                    _____
                                                    MICHAEL J. McGUIGAN
                                                    *Attorney for Defendant*
                                                    *IRVIL KAPUA*