IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>　　　　　Defendants. | CIVIL NO. CV04-00562 KSC<br><br>DECLARATION OF MICHAEL J. MCGUIGAN; EXHIBITS "A" – "R" |

## DECLARATION OF MICHAEL J. MCGUIGAN

I Michael J. McGuigan, under penalty of perjury do declare and say:

1. That I am an attorney duly licensed to practice law in the State of Hawaii;

2. That I am a partner of the law firm of Reinwald O'Connor & Playdon LLP, the attorney who represents Defendant Irvil Kapua herein.

3. That I make this declaration based upon my own personal knowledge, and I am competent to testify to the matters contained herein.

4. Attached hereto as Exhibit "A" is a true and correct copy of the Scheduling Order, dated February 11, 2005.

5. Attached hereto as Exhibit "B" is a true and correct copy of the Amended Rule 16 Scheduling Order, dated September 28, 2005.

6. Attached hereto as Exhibit "C" is a true and correct copy of the Amended Rule 16 Scheduling Order, dated April 20, 2006.

7. Attached hereto as Exhibit "D" is a true and correct copy of the Amended Order Denying Plaintiff's Motion to Preclude Oral Deposition Testimony of Defendant K.C. Lum; Order Granting Defendant Kapua's Motion to Amend Rule 16 Scheduling Order; Order Granting County Defendants' Motion to Amend Rules 16 Scheduling Order, dated February 23, 2007.

8. Attached hereto as Exhibit "E" is a true and correct copy of the Amended Rule 16 Scheduling Order, dated February 26, 2007.

9. Attached hereto as Exhibit "F" is a true and correct copy of the Second Amended Rule 16 Scheduling Order, dated May 31, 2007.

10. Attached hereto as Exhibit "G" is a true and correct copy of John Hoshibata's letter to Michael J. McGuigan, dated December 6, 2006.

11. Attached hereto as Exhibit "H" is a true and correct copy of John Hoshibata's letter to Michael J. McGuigan, dated December 8, 2006.

12.  Attached hereto as Exhibit "I" is a true and correct copy of the Minutes of Status Conference before J. Chang, dated February 16, 2007.

13.  Attached hereto as Exhibit "J" is a true and correct copy of John Hoshibata's letter to Carnazzo Court Reporting Company, Ltd., dated March 21, 2007.

14.  Attached hereto as Exhibit "K" is a true and correct copy of John Hoshibata's letter to Carnazzo Court Reporting Company, Ltd., dated March 23, 2007.

15.  Attached hereto as Exhibit "L" is a true and correct copy of John Hoshibata's letter to Carnazzo Court Reporting Company, Ltd., dated March 27, 2007.

16.  Attached hereto as Exhibit "M" is a true and correct copy of John Hoshibata's letter to Carnazzo Court Reporting Company, Ltd., dated April 3, 2007.

17.  Attached hereto as Exhibit "N" is a true and correct copy of John Hoshibata's letter to Carnazzo Court Reporting Company, Ltd., dated May 2, 2007.

18.  Attached hereto as Exhibit "O" is a true and correct copy of John Hoshibata's letter to Michael J. McGuigan, dated May 30, 2007.

19. Attached hereto as Exhibit "P" are true and accurate copies of excerpts from Defendant Irvil Kapua's Motion to Compel Plaintiff Darla Abbatiello to Produce Her Signed Medical Authorization Form, dated April 24, 2006.

20. Attached hereto as Exhibit "Q" is a true and correct copy of the Curriculum Vitae of George Davis Bussey, M.D., J.D., D.F.A.P.A., C.P.E.

21. Attached hereto as Exhibit "R" is a true and correct copy of the Curriculum Vitae of Joseph P. Rogers, Ph.D.

22. I have spoken with counsels for the Defendants and they have been advised that Dr. Bussey will be unavailable until September, 2007.

23. I have spoken with Dr. Rogers and he stated to me that he will be available to conduct his initial baseline analysis of Plaintiff in August, 2007.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: Honolulu, Hawaii, July 9, 2007.

_____
MICHAEL J. McGUIGAN