Case 1:04-cv-00562-KSC   Document 228   Filed 02/16/2007   Page 1 of 2

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/16/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00562SOM-BMK |
| CASE NAME: | Darla Abatiello v. County of Kauai, et al. |
| ATTYS FOR PLA: | John Hoshibata<br>Margery Bronster |
| ATTYS FOR DEFT: | David Minkin<br>Michael McGuigan<br>Cary Tanaka |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 02/16/2007 | TIME: | 9:10-9:35am |

COURT ACTION: EP: Status Conference. Parties have consented to Judge Chang. Discussion held.

Jury Selection/Trial set 5/8/07 before Judge Mollway shall be continued to 6/5/07 before Judge Chang. Jury Selection only shall take place at 9:00am on 6/5/07 with opening statements and first witness to be called on 6/6/07 at 8:30am. Final Pretrial Conference set 3/28/07 before Judge Kurren shall be continued to 4/20/07 at 9:00am before Judge Chang. The Court will not issue an Amended Rule 16 Scheduling Conference Order at this time subject to Mr. Minkin filing a Motion to Amend Scheduling Order.

Plaintiff to submit a list of treatment/medical providers to defense counsel by close of business on 2/21/07. Defendants to subpoena by 2/23/07. Production to take place on 3/2/07. Plaintiff to review by 3/7/07. Redacted documents to be produced by close of business on 3/9/07.

Further Status Conference set 3/14/07 at 10:00am before Judge Chang to address redaction/scheduling issues and oral depositions that counsel intend to take. Counsel advised the Court that they have agreed to 25 depositions including records deposition.

The Court set a Discovery cut off deadline of 4/30/07



EXHIBIT I

Mr. Minkin to file a Motion to Amend Scheduling Order by 2/20/07. Counsel have no objection with shortening the time and said motion will be held on 2/23/07 at 9:00am before Judge Chang with any opposition due 2/22/07.

Plaintiff's Motion to Preclude Oral Deposition of Defendant K.C. Lum [218] set 2/21/07 before Judge Kurren shall be moved to 2/23/07 at 9:00am before Judge Chang.

Defendant K.C. Lum's Motion for Summary Judgment, and Defendants County of Kauai, etc. Joinder in Defendant K.C. Lum's Motion for Summary Judgment set 2/20/07 before Judge Mollway is taken off calendar and will be reset.

The resetting of the Settlement Conference that was set for 3/5/07 before Judge Kurren will be addressed on 2/23/07. Counsel to discuss whether Judge Kurren will continue as the settlement judge.

Submitted by: Shari Afuso, Courtroom Manager