2300 Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813
Phone 808 524-5644
Fax 808 599-1881
info@bchlaw.net

A Law Corporation

# Bronster Crabtree & Hoshibata
### ATTORNEYS AT LAW

March 21, 2007

<u>Via Hand Delivery</u>

Carnazzo Court Reporting Company, Ltd.
ATTN: Tina
888 Mililani Street, Suite 705
Honolulu, Hawaii 96813

    Re:   <u>Abbatiello v. County of Kauai et al.; Civil No. 04-00562 BMK KSC</u>

Dear Tina:

    Enclosed please find the redacted medical records for Kauai Medical Center. Each page of the medical records must be marked "Confidential" prior to production in accordance with paragraph 2(a) of the Stipulation and Order Governing Confidentiality of Documents previously provided to you.

    Please be advised that no pages have been removed from the records on the basis of privilege and only non-substantive redactions were made. By agreement of the parties, the redaction of personal identifiers such as dates of birth and social security numbers do not require a redaction log.

    In addition, we would like to obtain a copy of the "official" records at the time you produce them to Defendant's counsel. Please do not hesitate to call me if you have any questions.

                        Very truly yours,

                        John Hoshibata

Enclosures

cc (without enclosures):
    Michael J. McGuigan, Esq. (via fax 531-8628)
    David Minkin, Esq. (via fax 524-8293)
    Cary T. Tanaka, Esq. (via fax 536-8845)
    Christiane L. Nakea-Tresler, Esq. (via fax 241-6319)
    Daniel G. Hempey, Esq. (via fax 632-2332)

EXHIBIT __J__