2300 Pauahi Tower

1001 Bishop Street

Honolulu, HI 96813

Phone 808 524-5644

Fax 808 599-1881

info@bchlaw.net

A Law Corporation

# Bronster Crabtree & Hoshibata
### ATTORNEYS AT LAW

May 30, 2007

[XX] Via Hand Delivery

David J. Minkin, Esq.  
McCorriston Miller Mukai MacKinnon  
Five Waterfront Plaza, 4th Floor  
500 Ala Moana Boulevard  
Honolulu, Hawai'i  96813

Cary T. Tanaka, Esq.  
Fort Street Tower, Suite 510  
745 Fort Street  
Honolulu, Hawai'i  96813

Michael J. McGuigan, Esq.  
Reinwald O'Connor & Playdon  
Pacific Guardian Ctr., Makai Tower  
733 Bishop Street, 24th Floor  
Honolulu, Hawai'i  96813

[XX] Via First Class Mail

Matthew Pyun, Esq.  
Office of the County Attorney  
4444 Rice Street, Suite 220  
Lihue, Hawai'i  96766

   Re:   *Abbatiello v. County of Kauai et al.*; Civil No. 04-00562 KSC  
   United States District Court for the District of Hawaii

Dear Counsel:

   Enclosed please find copies of the following documents:

- A001066 to A001071;

**EXHIBIT O**

David J. Minkin, Esq.
Cary T. Tanaka, Esq.
Matthew Pyun, Esq.
Michael J. McGuigan, Esq.
May 25, 2007
Page 2

- D0101153 to D001236; and
- DA01726 to DA01735.

These documents supplement Plaintiff's previous document production. Please note, the single substantive redaction on A001067 is reflected on Plaintiff's redaction log dated March 19, 2007 as page 00061. If you have any questions, please do not hesitate to contact me.

Very truly yours,

John Hoshibata

Enclosures

cc:   Dan Hempey, Esq.        (with enclosures)