REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

MICHAEL J. McGUIGAN        2433-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
Telephone: (808) 524-8350
Facsimile: (808) 531-8628
E-mail: mjm@roplaw.com

*Attorney for Defendant*
*IRVIL KAPUA*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| DARLA ABBATIELLO, | CIVIL NO. CV04-00562 SOM/BMK |
|---|---|
| Plaintiff, | DEFENDANT IRVIL KAPUA'S MOTION TO COMPEL PLAINTIFF DARLA ABBATIELLO TO PRODUCE HER SIGNED MEDICAL AUTHORIZATION FORMS; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF MICHAEL J. MCGUIGAN; EXHIBITS "A"-"W"; CERTIFICATE OF COMPLIANCE; CERTIFICATE OF SERVICE |
| vs. | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | |
| Defendants. | |
| | TRIAL DATE: MAY 8, 2007 |

EXHIBIT P

## DEFENDANT IRVIL KAPUA'S MOTION TO COMPEL PLAINTIFF DARLA ABBATIELLO TO PRODUCE HER SIGNED MEDICAL AUTHORIZATION FORMS

Comes now DEFENDANT IRVIL KAPUA, by and through his attorneys Reinwald O'Connor & Playdon and hereby moves this Court for an Order to Compel Plaintiff DARLA ABBATIELLO to produce her signed medical authorization forms.

This Motion is made pursuant to Rule 37 of the Federal Rules of Civil Procedure and LR 37.1. This Motion is supported by the memorandum in support of motion, the declaration of Michael J. McGuigan and any evidence and argument to be adduced at the hearing hereon.

DATED: Honolulu, Hawaii, April 24, 2006.

_____
MICHAEL J. MCGUIGAN
Attorney for Defendant
IRVIL KAPUA