# CURRICULUM VITAE

## GEORGE DAVIS BUSSEY, M.D., J.D., D.F.A.P.A., C.P.E.

| | |
|---|---|
| George D. Bussey, M.D., Inc. | FirstHealth of the Carolinas |
| P.O. Box 5789 | P.O. Box 3000 |
| Pinehurst, North Carolina | Pinehurst, North Carolina |
| 910-715-1940 | phone 910-715-1940 |
| email gdbusseymdinc@nc.rr.com | fax 910-715-5491 |
| | Email gbussey@firsthealth.org |

### CURRENT PROFESSIONAL ACTIVITIES

6/01 to Present:     FirstHealth of the Carolinas:

| | |
|---|---|
| 05/06 to present | Chief Medical Officer |
| 01/05 to 5/06 | Vice President, Medical Affairs |
| 10/01 to 12/04 | Senior Medical Director |
| 6/01 to 10/01 | Medical Director, Behavioral Services |

4/94 to present:     Private practice limited to forensic psychiatry and chemical dependency evaluation

### PREVIOUS PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 7/1/97 to 6/1/01 | Vice President, Queen's Health Care Plan, Inc. |
| 4/94 to 6/1/01 | Medical Director, Queen's Health Management |
| 1/96 to 7/97 | Interim Medical Director, Queen's Physician Group |
| 7/88 to 4/94 | Associate Medical Director, Behavioral Health Services, Queen's Health Care Plan (CHAMPUS Reform Initiative) |
| 7/89 to 7/90 | Director, Kahi Mohala Outpatient Services, |
| 7/84 to 1/02 | Associate Clinical Professor, Department of Psychiatry, John A. Burns School of Medicine, University of Hawaii |
| 9/83 to 7/89 | Director of Adult Services, Kahi Mohala Hospital |
| 6/82 to 7/84 | Assistant Professor and Coordinator of Inpatient and Emergency Services, Department of Psychiatry, John A. Burns School of Medicine, University of Hawaii |

EXHIBIT Q

| | |
|---|---|
| 9/81 to 4/94 | Honolulu private practice in psychiatry and chemical dependency treatment |
| 7/81 to 6/82 | Staff Psychiatrist, Hawaii State Hospital |
| 7/80 to 6/81 | Consulting Psychiatrist, Deberry Correctional Institute for Special Needs Offenders, Nashville, TN |

**PRE-MEDICAL EDUCATION**

University of Denver, B.A., Sociology:  1969
University of Colorado, Social Psychology:  1969 - 1970
University of Colorado, Denver Center, Pre-Med:  1972 - 1974

**MEDICAL EDUCATION AND TRAINING**

Eastern Virginia Medical School, M.D.:  1977
University of Miami, Family Medicine:  1977
Eastern Virginia Graduate School of Medicine, Psychiatry:  1977 - 1979
Vanderbilt University, Psychiatry:  1979 - 1981

**LEGAL EDUCATION**

William S. Richardson School of Law, University of Hawaii, J.D.:  1993

**HEATLH CARE ADMINISTRATION EDUCATION**

University of North Carolina, Chapel Hill, M.H.A.:  2005

**LICENSES**

North Carolina:  Medicine (2001)
Hawaii:  Medicine (1981) and Law (1993)
Tennessee:  Medicine (1979)
Virginia:  Medicine (1978)

**CERTIFICATIONS**

American Board of Independent Medical Examiners:  2002

The Certifying Commission in Medical Management, Certified Physician Executive (C.P.E.):  1999

American Board of Psychiatry and Neurology (Addiction Psychiatry): 1997

American Board of Psychiatry and Neurology (Forensic Psychiatry): 1996

American Society of Addiction Medicine:  1987

American Board of Psychiatry and Neurology (Psychiatry): 1983

## HONORS AND AWARDS

West Publishing Award for Outstanding Scholastic Achievement (#2 in Law School graduating class): 1993

Michael P. Porter Dean's Scholastic Award (#1 in class at end of second year of law school): 1992

First Place, Federation of Insurance and Corporate Counsel National Writing Contest: 1992

American Jurisprudence Awards: Constitutional Law I (1992), Constitutional Law II (1992), and Wills and Trusts (1993)

Law Review, author and Case Notes Editor (academic selection): 1991 - 1993

Fellow, American Psychiatric Association: 1990

Scholar's Program, University of Denver: 1967 - 1969

## ORGANIZATIONS AND OFFICES

Diplomate, American College of Physician Executives: 1999 - present

Chair, Mental Health Subcommittee, Hawaii Medical Association: 1998

Member, Finance Committee, Hawaii Medical Association: 1998

Member, Finance Committee, Honolulu County Medical Society: 1999

American Psychiatric Association: 1978 - present

Hawaii Psychiatric Medical Association: 1981 - present

American Society of Addiction Medicine: 1986 - present

Member, American Health Lawyers Association: July 1991 - 2001

Member, American College of Physician Executives: 1989 - 1998

Chair, Peer Review and Ethics Committee, Hawaii Psychiatric Medical Association: 1987 - 1989

President, Hawaii Psychiatric Medical Association: 1985 - 1987

President, Kahi Mohala Hospital Medical Staff: 1983 - 1985

CURRICULUM VITAE        GEORGE D. BUSSEY, M.D., J.D.                PAGE 4

>Treasurer, Hawaii Psychiatric Medical Association: 1982 - 1983

>Executive Committee, Virginia Neuropsychiatric Society: 1978 - 1979

**PUBLICATIONS**

>Mental "Stress" Claims and Worker's Compensation: The Problems and Suggestions for Change, 43 FED'N. INS. CORP. COUNS. Q. 99 (1993)

>Keomaka v. Zakaib: The Physician's Affirmative Duty to Protect Patient Autonomy Through the Process of Informed Consent, 14 U. HAW. L. REV. 801 (1992).

>Good News About Depression, Book Review, Hawaii Medical Journal, June 1987.

>Post-Traumatic Stress Disorder, Hawaii Medical Journal, July 1983.

**REPRESENTATIVE PRESENTATIONS**

>Confidentiality of Medical Records in Hawaii, Medical Educational Services, Inc., Honolulu, Hawaii, December 10, 1999.

>New State Law Regarding Patient and Medical Record Confidentiality, and Its Impact on Media Communications, Hawaii Society for Health Care Marketing and Public Relations, Shriner's Board Room, Honolulu, Hawaii, June 30, 1999.

>Ethics in Genetics Panel, Kapiolani Genetics, Honolulu Medical Group, Honolulu, Hawaii, April 13, 1999.

>Confidentiality of Medical Records in Hawaii, Medical Educational Services, Inc., Honolulu, Hawaii, December 3, 1998.

>Managed Care Ethics, Tripler Army Medical Center, Patient Rights and Organizational Ethics Functional Management Team, TAMC, Hawaii, June 23, 1998.

>Hot Topics in Addiction Medicine, Pacific Institute of Chemical Dependency, Honolulu, Hawaii, February 12-14, 1998.

>Managed Care Contracting and Ethical Issues; Essentials for the Practicing Physician: Medical Practice Management and Managed Care Conference, John A. Burns School of Medicine, Honolulu, Hawaii, May 3, 1997.

>Addiction Medicine and Managed Care, Pacific Institute of Chemical Dependency, Honolulu, Hawaii, January 7, 1997.

Managed Behavioral Health Care in Hawaii, State of Hawaii Department of Health, Alcohol and Drug Abuse Division, Tokai University, Honolulu, Hawaii, November 1-2, 1996.

Doctor-Patient Relationship Under Managed Care: Physician's Obligations to Patients, Plans, and Populations, Hawaii Medical Association 140th Annual Meeting, Lihue, Hawaii,
October 20, 1996.

Management of Patients in Acute Drug and Alcohol Withdrawal, St. Francis Medical Center - West, Ewa Beach, Hawaii, December 6, 1996.

Multiple presentations to medical and community organizations on the following topics:
1. Substance abuse in the workplace
2. Psychiatric disorders in the workplace
3. Post-traumatic stress disorder and workers' compensation in Hawaii
4. Geriatric issues
5. Eating disorders
6. Management of patients in acute drug and alcohol withdrawal
7. Managed behavioral health care in Hawaii


GDB:gdb (revised 03/07/07)