**Joseph P. Rogers, Ph.D.**
Clinical Psychology

---

Diplomate
*American Board of Professional Disability Consultants*
*American Board of Forensic Examiners*
*American Academy of Pain Management*

98-211 Pali Momi Street, Suite 707
Aiea, Hawaii 96701
Telephone: (808) 483-8802

## VITA

**License:**  Clinical Psychologist
State of Hawaii No. Psy-357 (since 11/30/87)
State of Tennessee No. P-946 (since 1/4/83)

**Education:**

| | | |
|---|---|---|
| **Ph.D.** | George Peabody College of Vanderbilt University Psychology (APA approved) | May 1982 |
| **M.S.** | George Peabody College for Teachers Human Development Counseling | May 1977 |
| **B.I.E.** | Georgia Institute of Technology (Georgia Tech) Industrial and Systems Engineering | December 1972 |

**Clinical Psychology Internship:**

West Virginia University Medical Center
Department of Behavioral Medicine and Psychiatry
Morgantown, West Virginia (APA approved)          1980 - 1981

**Certifications:**

American Board of Forensic Examiners – Diplomate
American Board of Professional Disability Consultants – Diplomate
American Board of Medical Psychotherapists – Diplomate
American Academy of Pain Management – Diplomate
American Board of Psychological Specialties – Diplomate

**Memberships:**

American Psychological Association
Hawaii Psychological Association
The American Pain Society
International Association for the Study of Pain



EXHIBIT **R**

Joseph P. Rogers, Ph.D. -- Vita
Page 2

**Experience:**

October 1991 – present:                    Private Practice – Clinical Psychologist

Comprehensive evaluation and treatment of chronic pain and stress-related claims. Individual, group, and family psychotherapy. Biofeedback/relaxation training, behavioral modification, and cognitive methods for pain and stress management. Psychological IMEs and impairment ratings. Deposition and expert witness testimony experience.

December 1990 -- October 1991:             Rehabilitation Hospital of the Pacific
                                           Honolulu, Hawaii
                                           Title: Clinical Director, Pain Management Program

Provided clinical direction to interdisciplinary treatment team of the Injured Workers' Center. Comprehensive evaluation and treatment of chronic pain and stress-related claims. Psychological IMEs and impairment ratings for Workers' Compensation claims. Deposition and expert witness testimony experience.

October 1987 – December 1990:              Rehabilitation Hospital of the Pacific
                                           Honolulu, Hawaii
                                           Title: Medical Staff Psychologist

Provided psychological diagnostic and treatment services to patients with spinal cord injury, stroke, brain injury, orthopedic, and chronic pain. Individual, group, and family psychotherapy addressing adjustment to chronic disability, stress and symptom management, cognitive rehabilitation, and behavior management. Biofeedback therapy. Psychological IMEs and impairment ratings for Workers' Compensation claims. Deposition and expert witness testimony experience.

March 1988 – February 1992:                Kaiser Permanente Medical Group, Inc., and
                                           Kaiser Foundation Hospital
                                           Honolulu, Hawaii
                                           Title: Professional Staff Consultant

Consult with the Industrial and Occupational Medicine Department for the design and implementation of a comprehensive treatment approach for State and Federal Workers' Compensation patients with industrial injury, chronic pain, and stress claims. Provide diagnostic evaluations, individual psychotherapy, and biofeedback therapy.

March 1988 – June 1989:                    Comprehensive Clinic of Rehabilitation Medicine
                                           Honolulu, Hawaii
                                           Title: Clinical Psychologist

Part-time private practice providing diagnostic evaluations, individual and family psychotherapy, and biofeedback therapy to patients with industrial or personal injury, chronic pain, and mild brain injury.

Joseph P. Rogers, Ph.D. – Vita
Page 3

November 1984 – October 1987:     Comprehensive Medical Rehabilitation Center/Nashville
(Formerly Middle Tennessee Back Care Center)
Nashville, Tennessee
Title: Clinical Director

Administrative and clinical experience. Managed interdisciplinary team (physician, nursing, PT, OT, psychologist, Vocational counselor, and techs) for chronic pain rehabilitation at outpatient and residential private medical facility. Monitored quality assurance and reported program outcomes. Supervised clinical personnel and provided interdisciplinary treatment planning. Marketed services to physicians, insurance carriers, self-insured employers, attorneys, and patients. Clinical staff personnel administration. Prepared for CARF accreditation reviews. Performed psychological evaluation for program candidacy and treatment planning. Individual, group, and family psychotherapy, and biofeedback therapy. Deposition and expert witness testimony experience.

July 1984 – January 1985:     National Rehabilitation Centers, Inc.
Brentwood, Tennessee
Title: Vice President – Clinical Services

Co-founded NRC, Inc. Conceptualized, researched, and designed clinical aspects of comprehensive rehabilitation treatment program and facility for chronic pain patients. Represented corporate clinical interests to State Health Facilities Commission, venture capitalists, lending institutions, and bond municipalities. Recruited clinical staff of interdisciplinary treatment team. Co-authored Clinical Operations Manual and service delivery systems.

May 1982 – June 1984:     Medical Practice Management, Inc.
Nashville, Tennessee
Title: Director of Psychological Services

Provided psychological evaluations of presurgical and chronic pain patients for private orthopedic surgical practice. Individual and family psychotherapy and psychometric testing.

September 1980 – August 1981:     West Virginia University Medical Center
Department of Behavioral Medicine and Psychiatry
Morgantown, West Virginia (APA approved)
Title: Clinical Psychology Intern

January 1979 – June 1980:     Vanderbilt University Diabetes Research and
Training Center
Nashville, Tennessee
Title: Graduate Practicum Student

June 1979 – October 1979:     Vanderbilt Institute of Public Policy Studies
Nashville, Tennessee
Title: Research Staff

Joseph P. Rogers, Ph.D. – Vita
Page 4

| | |
|---|---|
| June 1976 – September 1976: | Inter-University Counseling Center<br>Nashville, Tennessee<br>Title: Graduate Practicum Student |
| January 1976 – June 1976: | Spencer Youth Center<br>Tennessee Department of Corrections<br>Nashville, Tennessee<br>Title: Volunteer Counselor |

## Publications:

Anchor, KN; Rogers, JP; Solomon, GS; Barth, JT; Peacock, C; and Martel, DA: "Fundamentals of Disability Determinations and Rehabilitation: A Higher Ground for the Applied Neurobehavioral Sciences." The American Journal of Trial Advocacy, Volume 8, No. 3, 1989, 339-375.

Anchor, KN; Rogers, JP; Solomon, GS; Barth, JT; and Peacock, C: "Alternatives to Medical Testimony in Determining Vocational and Industrial Disability." The American Journal of Trial Advocacy, Volume 5, No. 3, 1983, 443-480.

## Professional Presentations:

| | |
|---|---|
| June 2001 | "Understanding and Managing the Workers' Compensation Stress Claim"<br>AIMS Insurance Company/Allied Managed Care<br>Honolulu, Hawaii |
| April 2001 | "Understanding and Managing the Workers' Compensation Stress Claim"<br>The Sheraton Corporation<br>Honolulu, Hawaii |
| August 1997 | "Understanding and Managing the Workers' Compensation Stress Claim"<br>City and County of Honolulu, Department of Personnel<br>Honolulu, Hawaii |
| October 1996 | "Clinical Issues Facing the Psychologist in Workers' Compensation Claims"<br>Hawaii Psychological Association – 1996 Convention Presentation<br>Honolulu, Hawaii |
| May 1996 | "Understanding and Managing Workers' Compensation Psychiatric Claims"<br>State of Hawaii, Department of Personnel<br>Statewide Training Teleconference<br>Honolulu, Hawaii |
| May 1995 | "Anxiety – From Agony to Relief and Growth"<br>Hawaii Psychiatric Medical Association<br>Honolulu, Hawaii |

Joseph P. Rogers, Ph.D. – Vita
Page 5

| | |
|---|---|
| April 1995 | "Workers' Compensation Stress Claims"<br>Hawaii Healthcare Human Resources Administration<br>Honolulu, Hawaii |
| September 1994 | "Chronic Low Back Pain in the Injured Worker"<br>Kapiolani Medical Center at Pali Momi<br>Aiea, Hawaii |
| September 1994 | "Non-Organic Psychological Aspects of Mild Head Injuries"<br>Hawaii Claims Association, Inc., Conference<br>Honolulu, Hawaii |
| November 1993 | "Psychological Aspects of Chronic Pain"<br>Adjusting Services of Hawaii, Inc., Seminar<br>Honolulu, Hawaii |
| October 1992 | "Ethical Issues for Psychologists and Rehab Counselors"<br>National Association of Rehabilitation Professionals in the Private<br>    Sector – Hawaii Chapter<br>Honolulu, Hawaii |
| December 1991 | "Evaluation of Chronic Pain Patients for Implantable Pain Management<br>Technology" – CHART Training Seminar<br>Honolulu, Hawaii |
| November 1991 | "Profiling the Psychology of Disability – Normal Emotional Responses<br>    to Workers' Compensation System Stimuli"<br>The J.R. Kreider Company, Inc., Seminar<br>Honolulu, Hawaii |
| September 1991 | "Assessment and Treatment Considerations of Post-Traumatic Stress<br>Disorders"<br>Hawaii Claims Association, Inc., Seminar<br>Honolulu, Hawaii |
| June 1991 | "Pain Management, Self-Esteem, and Return to Work"<br>National Association of Rehabilitation Professionals in the Private Sector<br>Honolulu, Hawaii |
| April 1991 | "Prevention and Management of Stress-Related Claims"<br>REHAB Hospital Injured Workers' Center Seminar<br>Honolulu, Hawaii |
| June 1990 | "Psychological Aspects of the Workers' Compensation Stress Claim"<br>REHAB Hospital Injured Workers' Center Seminar<br>Honolulu, Hawaii |

Joseph P. Rogers, Ph.D. – Vita
Page 6

February 1990      "Guidelines for Evaluating the Workers' Compensation Stress Claim"
                   American Board of Medical Psychotherapists Training Institute Seminar
                   Honolulu, Hawaii

November 1989      "Understanding Chronic Pain"
                   Hawaii Edu-Center for Nurses Conference
                   Honolulu, Hawaii

March 1989         "Overview of Chronic Pain: Evaluation, Treatment, and Litigation Issues"
                   American Board of Vocational Experts Annual Conference
                   Maui, Hawaii

September 1988     "Psychological Factors of Disability in Industrial Injuries"
                   Kaiser Permanente Medical Care Program
                   Honolulu, Hawaii

April 1988         "Sexuality Issues in the Spinal Cord Injured Patient"
                   Association of Rehabilitation Nurses Seminar
                   Honolulu, Hawaii

December 1987      "Psychological Aspects of Sexuality Following Spinal Cord Injury"
                   University of Hawaii School of Medicine Grand Rounds
                   Honolulu, Hawaii

January 1987       "Principles of Stress Management"
                   The Sheraton Corporation Seminar
                   Nashville, Tennessee

April 1985         "Chronic Pain Rehabilitation: Evaluation and Treatment"
                   Human Services Center of West Central Arkansas, Inc.
                   Little Rock, Arkansas

November 1984      "Chronic Pain Management for Practitioners"
                   Institute for the Applied Neurobehavioral Sciences
                   Jackson, Mississippi

November 1982      "It's Not All in My Head: Psychological Considerations of Chronic Pain"
                   The Tennessee Association of Orthopedic Technologists
                   Nashville, Tennessee

April 1981         "Personality Traits and Somatoform Disorders in the Chronic Pain
                   Patient"
                   Department of Anesthesiology Conference
                   West Virginia University Medical Center
                   Morgantown, West Virginia

**References:**      Available upon request.