IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | CIVIL NO. CV04-00562 KSC |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | |
| Defendants. | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on the following parties at their last known addresses by means indicated below.

| | |
|---|---|
| DANIEL G. HEMPEY, ESQ.<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Lihue, Kauai, Hawaii  96766 | U.S. MAIL |

and

| | |
|---|---|
| MARGERY S. BRONSTER, ESQ.<br>JEFF CRABTREE, ESQ.<br>Bronster Crabtree & Hoshibata<br>2300 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawaii  96813<br>*Attorneys for Plaintiff* | ELECTRONICALLY<br>VIA CM/ECF |

ROSA V. FLORES, ESQ.
MATTHEW S.K. PYUN, JR., ESQ.
Office of the County Attorney
4444 Rice Street, Suite 220                    ELECTRONICALLY
Lihue, Kauai, Hawaii  96766                    VIA CM/ECF

*and*

DAVID J. MINKIN, ESQ.                          ELECTRONICALLY
McCorriston Miller Mukai MacKinnon             VIA CM/ECF
P. O. Box 2800
Honolulu, Hawaii  96803
 Attorneys for Defendants
 COUNTY OF KAUAI AND
 KAUAI POLICE DEPARTMENT

CARY T. TANAKA, ESQ.                           U.S. MAIL
745 Fort Street, Suite 510
Honolulu, Hawaii  96813
 Attorney for Defendant
 K.C. LUM

DATED:  Honolulu, Hawaii, July 9, 2007.

                                    /s/ M McGuigan
                                    _____
                                    MICHAEL J. McGUIGAN
                                    *Attorney for Defendant*
                                    *IRVIL KAPUA*