REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

MICHAEL J. McGUIGAN      2433-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii  96813
Telephone:  (808) 524-8350
Facsimile:   (808) 531-8628
E-mail: mjm@roplaw.com

*Attorney for Defendant*
*IRVIL KAPUA*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| DARLA ABBATIELLO,<br><br>              Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>              Defendants. | CIVIL NO. CV04-00562 KSC<br><br>DEFENDANT IRVIL KAPUA'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANT IRVIL KAPUA'S MOTION FOR PERMISSION TO NAME EXPERT WITNESSES; DECLARATION OF MICHAEL J. MCGUIGAN; ORDER GRANTING DEFENDANT IRVIL KAPUA'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANT IRVIL KAPUA'S MOTION FOR PERMISSION TO NAME EXPERT WITNESSES; CERTIFICATE OF SERVICE<br><br>TRIAL DATE:  January 8, 2008 |

## DEFENDANT IRVIL KAPUA'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANT IRVIL KAPUA'S MOTION TO NAME EXPERT WITNESSES

Comes now, Defendant Irvil Kapua, by and through its attorneys, Reinwald O'Connor & Playdon LLP, and hereby moves this Court, *ex parte*, for an order shortening time for the hearing on Defendant Irvil Kapua's Motion for Permission to Name Expert Witnesses.

This *ex parte* Motion is based on Rule 7 of the Federal Rules of Civil Procedure, and is based on the Declaration of Michael J. McGuigan, and the records and files herein.

DATED: Honolulu, Hawaii, July 9, 2007.

/s/ M McGuigan
MICHAEL J. McGUIGAN
*Attorney for Defendant*
*IRVIL KAPUA*