IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>  Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>  Defendants. | CIVIL NO. CV04-00562 KSC<br><br>DECLARATION OF MICHAEL J. MCGUIGAN |

## DECLARATION OF MICHAEL J. MCGUIGAN

I Michael J. McGuigan, under penalty of perjury do declare and say:

1. That I am an attorney duly licensed to practice law in the State of Hawaii;

2. That I am a partner of the law firm of Reinwald O'Connor & Playdon LLP, the attorney who represents Defendant Irvil Kapua herein.

3. That I make this declaration based upon my own personal knowledge, and I am competent to testify to the matters contained herein.

4.      Pursuant to this Court's Order at the Status Conference held on May 31, 2007, Defendant Kapua submitted Defendant Irvil Kapua's Motion for Permission to Name Expert Witnesses ("Motion"). The Motion more fully sets forth the necessity for Defendant Kapua to name expert witnesses and the reasons for any delay on the part of Defendant to name expert witnesses.

5.      Defendant Kapua requires expert witnesses in order to thoroughly evaluate Plaintiff's claims and prepare a proper defense in this case.

6.      Under this Court's Second Amended Rule 16 Scheduling Order, dated May 31, 2007, the Rule 26(a)(2) disclosures deadline for defendants is August 8, 2007 and the discovery cut-off date is September 28, 2007.

7.      In order for Defendant Kapua's expert witnesses to prepare and evaluate Plaintiff and because the Fed. R. Civ. P. 26(a)(2) disclosures and discovery deadlines are approaching, it is necessary that the Motion be heard and decided on a shortened-time basis.

8.      Therefore Defendant respectfully requests that this Court shorten the time within this Motion may be heard. Only in that fashion will Defendant know whether he will have expert witnesses and if so, whether

2

they will be able to meet the Rule 26(a)(2) disclosure and discovery deadlines.

9. Shortening time should not be to the prejudice of the other parties in this matter.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: Honolulu, Hawaii, July 9 , 2007.

_____
MICHAEL J. McGUIGAN