IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>           Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>           Defendants. | CIVIL NO. CV04-00562 KSC<br><br>ORDER GRANTING DEFENDANT IRVIL KAPUA'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANT IRVIL KAPUA'S MOTION FOR PERMISSION TO NAME EXPERT WITNESSES |

ORDER GRANTING DEFENDANT IRVIL KAPUA'S
EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON
DEFENDANT IRVIL KAPUA'S MOTION FOR
PERMISSION TO NAME EXPERT WITNESSES

The Court having read and duly considered Defendant Irvil Kapua's Ex Parte Motion to Shorten Time for Hearing on Defendant Irvil Kapua's Motion for Permission to Name Expert Witnesses, and good cause appearing therefore,

It Is HEREBY ORDERED, ADJUDGED AND DECREED that Defendant Irvil Kapua's Ex Parte Motion to Shorten Time for Hearing on Defendant Irvil Kapua's Motion for Permission to Name Expert Witnesses be and the same is hereby granted and that Defendant Irvil Kapua's Motion for Permission to Name Expert Witnesses shall come on for hearing before

2

the Honorable Kevin S.C. Chang, Judge of the above-entitled Court, in his courtroom on July ____, 2007 at _____ ___.m. or as soon thereafter as counsel may be heard.

    DATED: Honolulu, Hawaii, July __, 2007.

                                                    _____
                                                    Judge of the above-entitled Court