IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 SOM BMK |
| | ) |
| Plaintiff, | ) DECLARATION OF JOHN |
| | ) HOSHIBATA; EXHIBITS "1" - "3" |
| vs. | ) |
| | ) |
| COUNTY OF KAUAI, KAUAI | ) |
| POLICE DEPARTMENT, K.C. LUM, | ) |
| WILFRED M. IHU, GORDON ISODA, | ) |
| DEAN PIGAO, IRVIL KAPUA, | ) |
| | ) Trial Date:  January 8, 2008 |
| Defendants. | ) |
| | ) |
| | ) |

## DECLARATION OF JOHN HOSHIBATA

I, John T. Hoshibata, under penalty of perjury, state as follows:

1. I am an attorney with the law firm of Bronster Crabtree & Hoshibata and I am one of the attorneys representing the Plaintiff Darla Abbatiello. I submit this declaration based on personal knowledge of the facts and circumstances declared herein. I am competent to make this declaration.

2. Attached as Exhibit "1" is an ECF printout, received by me, of "Document 308, 'MINUTES', ECF-filed on 05/31/2007.

3. Attached as Exhibit "2" is a true and correct copy of an e-mail string involving myself, Cary Tanaka, Esq., (counsel for Defendant K.C. Lum) and David

Minkin, Esq., (counsel for the County of Kauai and Kauai Police Department), concerning their belief that previously-identified experts would be allowed to update their reports based upon additional discovery, if any.

    4.    Attached as Exhibit "3" is a true and correct copy of a letter sent by Margery S. Bronster, Esq., via facsimile and first class mail, to all defense counsel, confirming that "the deadlines regarding expert reports contained in 11(a) and 11(b) of the Second Amended Rule 16 Scheduling Order filed on 5/31/07 relate exclusively to the filing of supplemental reports by the current expert witnesses... (t)he parties also agree that the Second Amended Rule 16 Scheduling Order does not allow the filing of a report by an expert not previously identified."

I declare under penalty of perjury that the foregoing statements are true and correct.

    DATED: Honolulu, Hawaii, July 9, 2007.

                                    /s/ John Hoshibata
                              JOHN HOSHIBATA