**Kelly Shivery**

To: John Hoshibata
**Subject:** RE: Abbatiello status conference; minutes by Shari Afuso

**From:** David J. Minkin [mailto:dminkin@m4law.com]
**Sent:** Thursday, May 31, 2007 3:01 PM
**To:** CaryTanaka@aol.com; jhoshibata@bchlaw.net; Kara M. Young; mjm@roplaw.com
**Cc:** Shari_Afuso@hid.uscourts.gov
**Subject:** RE: Abbatiello status conference; minutes by Shari Afuso

ALL:

I concur with Cary's assessment regarding new or additional experts. The way I understand the order is that the current experts can update their reports based on the additional discovery, if any.

-david minkin

**From:** CaryTanaka@aol.com [mailto:CaryTanaka@aol.com]
**Sent:** Thursday, May 31, 2007 2:54 PM
**To:** jhoshibata@bchlaw.net; David J. Minkin; Kara M. Young; mjm@roplaw.com
**Subject:** Re: Abbatiello status conference; minutes by Shari Afuso

My notes indicate that a motion needs to be filed to IDENTIFY experts not previously identified.

*Cary T. Tanaka, Esq.*
*Suite 510, Fort Street Tower*
*745 Fort Street*
*Honolulu, Hawaii 96813*
*Phone: (808) 536-8885*
*Fax: (808) 536-8845*

See what's free at AOL.com.



EXHIBIT ∂

7/2/2007