```
LAW OFFICES OF CARY T. TANAKA

CARY T. TANAKA           4858-0
DIANE K. AGOR-OTAKE      7751-0
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone: 536-8885
Facsimile: 536-8845
carytanaka@aol.com
dka@hawaii.rr.com

Attorneys for Defendant
K.C. LUM
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA,<br><br>　　　　Defendants. | CIVIL NO. CV04 00562 KSC<br><br>DEFENDANT K.C. LUM'S SUBSTANTIVE JOINDER IN DEFENDANT IRVIL KAPUA'S MOTION FOR PERMISSION TO NAME EXPERT WITNESSES, FILED HEREIN ON JULY 9, 2007; MEMORANDUM IN SUPPORT OF SUBSTANTIVE JOINDER; CERTIFICATE OF SERVICE<br><br><u>Hearing</u><br>Date: _____<br>Time: _____<br>Judge: The Honorable Kevin Chang<br><br>TRIAL DATE: January 8, 2008 |

DEFENDANT K.C. LUM'S SUBSTANTIVE JOINDER IN DEFENDANT IRVIL KAPUA'S MOTION FOR PERMISSION TO NAME EXPERT WITNESSES, FILED HEREIN ON JULY 9, 2007

Comes now Defendant K.C. LUM, by his attorneys, and hereby files the following substantive joinder to Defendant Irvil Kapua's Motion for Permission to Name Expert Witnesses, filed herein on July 9, 2007.

DATED:  Honolulu, Hawaii, July 10, 2007.

    /s/ Diane K. Agor-Otake
CARY T. TANAKA
DIANE K. AGOR-OTAKE
Attorneys for Defendant
K.C. LUM