LAW OFFICES OF CARY T. TANAKA

CARY T. TANAKA          4858-0
DIANE K. AGOR-OTAKE     7751-0
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone: 536-8885
Facsimile: 536-8845
carytanaka@aol.com
dka@hawaii.rr.com

Attorneys for Defendant
K.C. LUM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | CIVIL NO. CV04 00562 KSC |
| Plaintiff, | DEFENDANT K.C. LUM'S JOINDER TO DEFENDANT IRVIL KAPUA'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANT IRVIL KAPUA'S MOTION FOR PERMISSION TO NAME EXPERT WITNESSES, FILED HEREIN ON JULY 9, 2007; CERTIFICATE OF SERVICE |
| vs. | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA, | |
| Defendants. | Trial Date: January 8, 2008 |

DEFENDANT K.C. LUM'S JOINDER TO DEFENDANT IRVIL KAPUA'S
EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANT
IRVIL KAPUA'S MOTION FOR PERMISSION TO NAME EXPERT
WITNESSES, FILED HEREIN ON JULY 9, 2007

Comes now Defendant K.C. LUM, by his attorneys, and hereby submits his joinder to Defendant Irvil Kapua's Ex Parte Motion to Shorten Time for Hearing on Defendant Irvil Kapua's Motion for Permission to Name Expert Witnesses, filed herein on July 9, 2007.

DATED:  Honolulu, Hawaii, July 10, 2007.


       /s/ Diane K. Agor-Otake
CARY T. TANAKA
DIANE K. AGOR-OTAKE
Attorneys for Defendant
K.C. LUM