```
            IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF HAWAII

DARLA ABBATIELLO,              )   CIVIL NO. CV04 00562 KSC
                               )
           Plaintiff,          )   CERTIFICATE OF SERVICE
                               )
    vs.                        )
                               )
COUNTY OF KAUAI, KAUAI         )
POLICE DEPARTMENT, K.C. LUM,   )
WILFRED M. IHU, GORDON ISODA,  )
DEAN PIGAO, and IRVIL KAPUA,   )
                               )
           Defendants.         )
                               )
```

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

```
    MARGERY S. BRONSTER, ESQ.     mbronster@bchlaw.net
    JOHN HOSHIBATA, ESQ.          jhoshibata@bchlaw.net
    Suite 2300 Pauahi Tower
    1001 Bishop Street
    Honolulu, Hawaii  96813

    Attorneys for Plaintiff

    DAVID J. MINKIN, ESQ.         minkin@m4law.com
    BECKY T. CHESTNUT, ESQ.       chestnut@m4law.com
    Five Waterfront Plaza, 4th Floor
    500 Ala Moana Boulevard
    Honolulu, Hawaii  96813

    Attorneys for Defendants
    WILFRED M. IHU, GORDON ISODA
    and DEAN PIGAO
```

    MICHAEL J. McGUIGAN, ESQ.        mjm@roplaw.com
    Pacific Guardian Center, Makai Tower
    733 Bishop Street, 24th Floor
    Honolulu, Hawaii  96813

    Attorney for Defendant
    IRVIL KAPUA

    LANI D. H. NAKAZAWA, ESQ.      lnakazawa@kauai.gov
    CHRISTIANE L. NAKEA-TRESLER, ESQ.  cntresler@kauai.gov
    4444 Rice Street, Suite 220
    Lihue, Hawaii  96766

    Attorneys for Defendants
    COUNTY OF KAUAI and
    KAUAI POLICE DEPARTMENT

**Served by First Class Mail:**

    DANIEL G. HEMPEY, ESQ.
    3175 Elua Street
    Lihue, Kauai  96766

    Attorney for Plaintiff

DATED:    Honolulu, Hawaii, July 10, 2007.


                                      /s/ Diane K. Agor-Otake
                                      CARY T. TANAKA
                                      DIANE K. AGOR-OTAKE
                                      Attorneys for Defendant
                                      K.C. LUM