REINWALD O'CONNOR & PLAYDON LLP A Limited Liability Law Partnership

MICHAEL J. McGUIGAN 2433-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
Telephone: (808) 524-8350
Facsimile: (808) 531-8628
E-mail: mjm@roplaw.com

*Attorney for Defendant*
*IRVIL KAPUA*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CV04-00562 KSC |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | ORDER GRANTING DEFENDANT |
| vs. | ) | IRVIL KAPUA'S MOTION TO STRIKE |
| | ) | LANGUAGE IN PLAINTIFF'S SECOND |
| COUNTY OF KAUAI, KAUAI POLICE | ) | AMENDED COMPLAINT FILED |
| DEPARTMENT, K.C. LUM, WILFRED | ) | HEREIN ON APRIL, 23, 2007 |
| M. IHU, GORDON ISODA, DEAN | ) | |
| PIGAO, IRVIL KAPUA,, | ) | Date:  June 22, 2007 |
| | ) | Time:  9:30 am |
| Defendant(s). | ) | Judge: Honorable Kevin S.C. Chang |
| | ) | |
| | | TRIAL DATE: January 8, 2008 |

ORDER GRANTING DEFENDANT IRVIL KAPUA'S
MOTION TO STRIKE LANGUAGE IN PLAINTIFF'S SECOND
AMENDED COMPLAINT FILED HEREIN ON APRIL, 23, 2007

Defendant Irvil Kapua's Motion to Strike Language in Plaintiffs Second

Amended Complaint Filed Herein on April 23, 2007, came on for hearing before the

Honorable Kevin S.C. Chang on June 22, 2007 at 9:30 a.m. John Hoshibata, Esq.,

appeared on behalf of Plaintiff Darla Abbatiello; David Minkin, Esq., appeared on

behalf of Defendants County of Kauai and Kauai Police Department; Michael J. McGuigan, Esq., appeared on behalf of Defendant Irvil Kapua and Diane Agor-Otake, Esq., appeared on behalf of Defendant K.C. Lum.

The Court, having considered the Motion, the memoranda, exhibits and declarations submitted by the parties, the oral arguments proffered at said hearing, and the records and files herein;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant Irvil Kapua's Motion to Strike Language in Plaintiff's Second Amended Complaint Filed Herein on April 23, 2007 is hereby GRANTED and any and all reference to the term "rogue cop" shall be stricken.

Dated: Honolulu, Hawaii, July 10, 2007.




Kevin S.C. Chang

United States Magistrate Judge

APPROVED AS TO FORM

---
MARGERY S. BRONSTER, ESQ.
JOHN HOSHIBATA, ESQ.
*Attorney for Plaintiff*

---
DAVID J. MINKIN, ESQ.
*Attorney for Defendants*
COUNTY OF KAUAI AND KAUAI
POLICE DEPARTMENT

---
CARY T. TANAKA, ESQ.
DIANE K. AGOR-OTAKE, ESQ.
*Attorney for the Defendant*
K.C. LUM

APPROVED AS TO FORM

_____
MARGERY S. BRONSTER, ESQ.
JOHN HOSHIBATA, ESQ.
*Attorney for Plaintiff*



_____
DAVID J. MINKIN, ESQ.
*Attorney for Defendants*
COUNTY OF KAUAI AND KAUAI
POLICE DEPARTMENT

_____
CARY TANAKA, ESQ.
DIANE AGOR-OTAKE, ESQ.
*Attorney for Defendant*
K.C. LUM