REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

MICHAEL J. McGUIGAN      2433-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
Telephone: (808) 524-8350
Facsimile: (808) 531-8628
E-mail: mjrn@roplaw.com

*Attorney for Defendant*
*IRVIL KAPUA*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>　　　　　Defendants. | CIVIL NO. CVO4-00562 KSC<br><br>ORDER GRANTING DEFENDANT IRVIL KAPUA'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANT IRVIL KAPUA'S MOTION FOR PERMISSION TO NAME EXPERT WITNESSES |

ORDER GRANTING DEFENDANT IRVIL KAPUA'S
EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON
DEFENDANT IRVIL KAPUA'S MOTION FOR
PERMISSION TO NAME EXPERT WITNESSES

The Court having read and duly considered Defendant Irvil Kapua's Ex Parte Motion to Shorten Time for Hearing on Defendant Irvil Kapua's Motion for Permission to Name Expert Witnesses, and good cause appearing therefore,

It Is HEREBY ORDERED, ADJUDGED AND DECREED that Defendant Irvil Kapua's Ex Parte Motion to Shorten Time for Hearing on Defendant Irvil Kapua's Motion for Permission to Name Expert Witnesses be and the same is hereby granted and that Defendant Irvil Kapua's Motion for Permission to Name Expert Witnesses shall come on for hearing before the Honorable Kevin S.C. Chang, Judge of the above-entitled Court, in his courtroom on July 25, 2007 at 10:45 a.m. or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, July 11, 2007.



Kevin S.C. Chang
United States Magistrate Judge

2