IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 KSC BMK |
| | ) |
| Plaintiff, | ) DECLARATION OF JOHN |
| | ) HOSHIBATA; EXHIBITS "1" - |
| vs. | ) "16" |
| | ) |
| COUNTY OF KAUAI, KAUAI | ) |
| POLICE DEPARTMENT, K.C. LUM, | ) |
| WILFRED M. IHU, GORDON | ) |
| ISODA, DEAN PIGAO, IRVIL | ) |
| KAPUA, | ) |
| Defendants. | ) |
| _____ | ) |

## DECLARATION OF JOHN HOSHIBATA

I, John T. Hoshibata, under penalty of perjury, state as follows:

1. I am an attorney with the law firm of Bronster Crabtree & Hoshibata and I am one of the attorneys representing Plaintiff Darla Abbatiello. I submit this declaration based on personal knowledge of the facts and circumstances declared herein. I am competent to make this declaration.

2. Attached as Exhibit "1" is an ECF printout, received by me, of Document 164, "MINUTES", ECF-filed on 10/04/2006.

3. Attached as Exhibit "2" is a true and correct copy of a letter sent by me on December 6, 2006, via hand delivery or facsimile and first class mail, to all defense counsel 1) transmitting the expert reports of Chief Penny Harrington and

Daryl Matthews, M.D., Ph.D.;  2) re-stating that the report of Plaintiff's economist would be provided on December 8, 2006 because critical financial documents and testimony were not forthcoming during the 30(b)(6) depositions, especially that of Ms. Vivian Akina; and 3) reserving the right to supplement each/all of Plaintiff's experts' reports.

    4.    Attached as Exhibit "3" is a true and correct copy of a letter sent by me on December 1, 2006, via facsimile, to David J. Minkin, Esq. with copies to Daniel G. Hempey, Esq., Michael J. McGuigan, Esq., Cary T. Tanaka, Esq., and Christiane L. Nakea-Tresler, Esq. 1) summarizing the 30(b)(6) deposition of Ms. Vivian Akina -  she was unable to provide documents or testimony regarding Plaintiff's overtime hours; 2) acknowledging receipt of overtime documents from the County of Kauai on December 1, 2006 at 5:00 p.m.; and 3) advising that "[t]he delay in providing me with those [overtime] records has made it impossible for me to review them and transmit them to my [economist] expert in time to meet the December 6 deadline for the expert's report. Per our phone conversation at about 4:30 p.m. today, you verbally agreed to an extension of the deadline [for the economist's report] until Friday, December 8...."

    5.    Attached as Exhibit "4" is a true and correct copy of a letter sent by me on December 8, 2006, via e-mail and first class mail, to all defense counsel

transmitting the expert report of Thomas Loudat, Ph.D. and reserving the right to supplement Plaintiff's experts' reports.

6. Attached as Exhibit "5" is a true and correct copy of a facsimile received by me on January 8, 2007 from Cary T. Tanaka, Esq. enclosing the expert report of William Clough.

7. Attached as Exhibit "6" is a true and correct copy of a letter sent by me on November 22, 2005, via hand delivery or first class mail, to all defense counsel 1) transmitting copies of Plaintiff's medical records bearing bates stamped numbers DA00188-DA00199, A001001-A001027, B001001-B001076, C001001-C001018, and D001001-D001085; 2) transmitting a copy of Plaintiff's Redaction Log; and 3) advising "[u]pon review of our client's medical records obtained thus far (which are substantially up-to-date), we have identified at least one privileged excerpt which is described in the accompanying redaction log. Because of our serious concern that there may be other privileged excerpts, we are unable to provide you with [medical] authorizations, since we would not be able to review the materials sent to you independently by her [Plaintiff's] health care providers."

8. Attached as Exhibit "7" is a true and correct copy of a letter sent by Kelly Shivery, Paralegal, on October 19, 2006, via hand delivery or first class mail, to all defense counsel transmitting supplemental medical records bearing bates

stamped numbers A001028-A001056, B001077-B001107, and D001086-D001132, along with an updated redaction log.

9. Attached as Exhibit "8" is a true and correct copy of a letter sent by me on December 7, 2006, via hand delivery or first class mail, to all defense counsel transmitting supplemental medical records bearing bates stamped numbers E001001-E001401 and F001001-F001015.

10. Attached as Exhibit "9" is a true and correct copy of a letter sent by me on May 30, 2007, via hand delivery or first class mail, to all defense counsel transmitting supplemental medical records bearing bates stamped numbers A001066-A001071 and D001153-D001236.

11. Attached as Exhibit "10" is a true and correct copy of a letter sent by Kelly Shivery, Paralegal, on June 6, 2007, via hand delivery or first class mail, to all defense counsel transmitting supplemental medical records bearing bates stamped numbers B001108-B001142 and E001402-E001411.

12. Attached as Exhibit "11" is a true and correct copy of an e-mail string involving myself, Cary Tanaka, Esq., (counsel for Defendant K.C. Lum) and David Minkin, Esq., (counsel for the County of Kauai and Kauai Police Department), concerning their belief that only previously-identified experts would be allowed to update their reports based upon additional discovery, if any.

13. Attached as Exhibit "12" is a true and correct copy of a letter sent by Margery S. Bronster, Esq. on June 13, 2007, via facsimile and first class mail, to all defense counsel, confirming that "the deadlines regarding expert reports contained in 11(a) and 11(b) of the Second Amended Rule 16 Scheduling Order filed on 5/31/07 relate exclusively to the filing of supplemental reports by the current expert witnesses. The parties also agree that the Second Amended Rule 16 Scheduling Order does not allow the filing of a report by an expert not previously identified."

14. Attached as Exhibit "13" is an ECF printout, received by me, of Document 228, "MINUTES", ECF-filed on 2/16/07.

15. Attached as Exhibit "14" is an ECF printout, received by me, of Document 232, "Defendants County of Kauai and Kauai Police Department, Wilfred M. Ihu, Gordon Isoda, and Dean Pigao's Motion to Amend Amended Scheduling Order to Permit Filing of Dispositive Motions", ECF filed on 2/20/07.

16. Attached as Exhibit "15" is an ECF printout, received by me, of Document 133, "Defendant Irvil Kapua's Motion to Amend Rule 16 Scheduling Order Filed April 20, 2006", ECF filed on 2/20/07.

17. Attached as Exhibit "16" is an ECF printout, received by me, of Document 112, "Amended Rule 16 Scheduling Order", ECF filed on 4/20/06.

I declare under penalty of perjury that the foregoing statements are true and correct.

DATED:  Honolulu, Hawaii, July 19, 2007.

                                                       /s/ John Hoshibata
                                           JOHN HOSHIBATA