# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/04/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CV 04-00562SOM-BMK

CASE NAME:   Darla Abbatiello v. County of Kauai

ATTYS FOR PLA:   Daniel G. Hempey, John T. Hoshibata

ATTYS FOR DEFT:   David J. Minkin, Christiane L. Nakea-Tresler by phone, Michael J. McGuigan, Cary T. Tanaka

INTERPRETER:

JUDGE:   Barry M. Kurren           REPORTER:   C6 no record

DATE:   10/04/2006                 TIME:   9:30 - 9:43

COURT ACTION:   EP: Status Conference Re Trial Date and Discovery Deadline -

New deadlines given:
Plaintiff's expert disclosure moved from 11/6/06 to 12/6/06.
Defendants' expert disclosure moved from 12/6/06 to 1/8/07.
Plaintiff's rebuttal to defendants' expert disclosure moved from 1/4/07 to 2/5/07.
Dispositive motions deadline moved from 12/6/06 to 1/8/07.

Submitted by Richlyn W. Young, courtroom manager

# EXHIBIT 1