2300 Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813
Phone 808 524-5644
Fax 808 599-1881
info@bchlaw.net

A Law Corporation

# Bronster Crabtree & Hoshibata
### ATTORNEYS AT LAW

December 1, 2006

David J. Minkin, Esq.             **_Via Facsimile 524-8293_**
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

    Re:     *Abbatiello v. County of Kauai et al.; Civil No. 04-00562 SOM BMK*
              *United States District Court for the District of Hawaii*

Dear Mr. Minkin :

I am summarizing what happened during the 30(b)(6) deposition of Vivian Akina on Wednesday, November 29, 2006. Ms. Akina was the County's and KPD's designated 30-b-6 witness with respect to:
> 1. Plaintiff's salary, changes in pay grade and amounts; the reasons for such changes; hours worked, both regular and overtime; Plaintiff's request(s) for overtime hours and whether the request(s) were granted or denied. The time period covered is from January 2003 to the present.[1]

At Ms. Akina's deposition, she did not produce "Plaintiff's request(s) for overtime hours" and did not produce any documents responsive to "whether the (overtime) request(s) were granted or denied". She was unable to testify about those requests at all.

During the deposition and following it, you acknowledged that the records should have been turned over. You did, in fact, deliver them to my office today, December 1, at about 5:00 p.m. Unfortunately, because of the failure to provide those records to me and because of the inability of Ms. Akina to give

**EXHIBIT 3**

---

[1] Item number 1 to Exhibit "A" [Rule 30(b)(6) Designation], Plaintiff's First Amended Notice of Taking Rule 30(b)(6) Deposition Upon Oral Examination, served on November 1, 2006.

David Minkin, Esq.
December 4, 2006
Page 2

complete and binding testimony concerning those records, there are serious consequences which include, but are not limited to, the following:

    a.     I am now forced to depose Ms. Akina again, in order to authenticate those records and to question her about the County's and KPD's actions concerning the overtime requests. This will, of course, involve additional time and expenses in reviewing the records, traveling to Kauai, and substantial deposition time.

    b.     The delay in providing me with those records has made it impossible for me to review them and transmit them to my expert in time to meet the December 6 deadline for the expert's report. Per our phone conversation at about 4:30 p.m., today, you verbally agreed to an extension of the deadline until Friday, December 8, and I confirmed that in a subsequent e-mail.

    c.     In a phone conversation with my expert immediately following our conversation, I was advised that the expert was committed to participate in an arbitration proceeding during the latter part of next week, and that - depending upon the length and demands of that proceeding - he could not guarantee that he could complete his report by Friday, December 8.

In addition to the problems stemming from Ms. Akina's 30(b)(6) deposition, there were other problems with other deponents who were not prepared to give proper, complete and binding testimony pursuant to Rule 30(b)(6). Those deficiencies will have to be addressed in the very near future.

                        Very truly yours,

                        John Hoshibata

cc:     Daniel G. Hempey, Esq. (via fax 632-2332)
        Michael J. McGuigan, Esq. (via fax 531-8628)
        Cary T. Tanaka, Esq. (via fax 536-8845)
        Christiane L. Nakea-Tresler, Esq. (via fax 241-6319)