2300 Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813
Phone 808 524-5644
Fax 808 599-1881
info@bchlaw.net

*A Law Corporation*

# Bronster Crabtree & Hoshibata
## ATTORNEYS AT LAW

December 8, 2006

*Via E-mail and U.S. Mail*
David J. Minkin, Esq.
McCorriston Miller Mukai MacKinnon
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
minkin@m4law.com

Christiane L. Nakea-Tresler, Esq.
Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Hawai'i 96766
cntresler@kauai.gov

Michael J. McGuigan, Esq.
Reinwald O'Connor & Playdon
Pacific Guardian Ctr., Makai Tower
733 Bishop Street, 24th Floor
Honolulu, Hawai'i 96813
mjm@roplaw.com

Cary T. Tanaka, Esq.
Fort Street Tower, Suite 510
745 Fort Street
Honolulu, Hawai'i 96813
carytanaka@aol.com

Re: *Abbatiello v. County of Kauai et al.; Civil No. 04-00562 SOM BMK*
*United States District Court for the District of Hawaii*

Dear Counsel:

Enclosed is the report of expert Thomas Loudat, Ph.D. dated December 8, 2006 concerning Darla Abbatiello. Given the reasons set forth in our letter to David Minkin (copy to the rest of you) dated December 1, 2006, we reserve the right to supplement each/all of our experts' reports as discovery proceeds and more documents, facts and testimony come to light.

Dr. Loudat's report includes, in his "pre-tax award amount" and his "after-tax amount", the losses suffered by Ms. Abbatiello as a result of her inability to work at the cellblock because of her fear of Officer Kapua. (See Dr. Loudat's figures at pages 5-7 of his report and also his bar graph at page 7 of his report.) Although we believe that this information is enough for you to evaluate her income loss due to the cellblock issue, we have asked Dr. Loudat to supplement his report with a specific breakdown of the cellblock component next week.

# EXHIBIT 4

All defense counsel
December 8, 2006
Page 2

While we do not believe that this and any other supplement will be prejudicial to you, especially in light of the circumstances referred to above, we will agree to give your economist expert a like extension of time in order to give us his report. If you have an issue with this, please advise me immediately, so that we can discuss it with Magistrate Kurren.

Very truly yours,

John Hoshibata

enclosures

cc:    Dan Hempey, Esq. (w/enclosures) (via E-mail & U.S. Mail)