# Law Offices of Cary T. Tanaka

Suite 510 Fort Street Tower • 745 Fort Street • Honolulu, Hawaii 96813
Telephone (808) 596-8885 • Facsimile (808) 596-8845
Email: CaryTanaka@aol.com

January 8, 2007

**VIA FACSIMILE TRANSMISSION**

John Hoshibata, Esq.
Suite 2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

    Re:   Darla Abbatiello v. County of Kauai, et al.
              Civil No. CV04 00562 SOM BMK

Dear Mr. Hoshibata:

    Attached please find the expert report of William Clough in the above-referenced matter. In addition, we are attaching a copy of Mr. Clough's recent curriculum vitae. Mr. Clough has been jointly retained on behalf of the defendants as a police practices expert.

    Should you have any questions, please do not hesitate contacting our office. Thank you for your attention to this matter.

                                      Very truly yours,

                                      CARY T. TANAKA

CTT:jm
Enclosures
xc:   David Minkin, Esq.
       Christiane Nakea-Tresler, Esq.
       Michael McGuigan, Esq.

**EXHIBIT 5**