2300 Pauahi Tower

1001 Bishop Street

Honolulu, HI 96813

Phone 808 524-5644

Fax 808 599-1881

info@bchlaw.net

*A Law Corporation*

# Bronster Crabtree & Hoshibata
## ATTORNEYS AT LAW

November 22, 2005

[XX] Via Hand Delivery to:

David J. Minkin, Esq.
McCorriston Miller Mukai MacKinnon LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

Kevin P.H. Sumida, Esq.
Milton S. Tani, Esq.
Matsui Chung Sumida & Tsuchiyama
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813

Jonathan L. Ortiz, Esq.
Ortiz & Katano
2121 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Michael J. McGuigan, Esq.
Reinwald O'Connor & Playdon LLP
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813

[XX] Via First Class Mail to:

Christiane L. Nakea-Tresler, Esq.
Office of the County Attorney
Mo'ikeha Building
4444 Rice Street, Suite 220
Lihue, HI 96766

Re:  Abbatiello v. County of Kauai, et al.
     Civil No. 04-00562 SOM BMK

Dear Counsel:

Enclosed please find copies of the following bates stamped documents:
DA00188-DA00199; A001001-A001027; B001001-B001076; C001001-

# EXHIBIT 6

David J. Minkin, Esq.
Kevin P.H. Sumida, Esq.
Milton S. Tani, Esq.
Jonathan L. Ortiz, Esq.
Michael J. McGuigan, Esq.
Christiane L. Nakea-Tresler, Esq.
November 22, 2005
Page 2

C001048; and, D001001-D001085.  In addition, enclosed please find a copy of Plaintiff Darla Abbatiello's Redaction Log.

In the "Plaintiff's Report of Parties' Rule 26(f) Planning Meeting", filed on January 26, 2005, it was stated that "the parties agreed that Plaintiff will provide authorizations to defense counsel concerning access to Plaintiff's medical records relating to this litigation".  Upon our review of our client's medical records obtained thus far (which are substantially up-to-date), we have identified at least one privileged excerpt which is described in the accompanying redaction log.  Because of our serious concern that there may be other privileged excerpts, we are unable to provide you with authorizations, since we would not be able to review the materials sent to you independently by her health care providers.

We find ourselves in somewhat the same position as the County of Kauai and its identification and non-disclosure of dozens of withheld and redacted documents.

As a result, the recent authorization forms sent to Mr. Hempey's office by Mr. McGuigan's office will not be signed.

If you have any questions, please do not hesitate to call me.

Very truly yours,

John Hoshibata

cc:    Daniel G. Hempey, Esq., Elif Yarnall-Cuceglolu, Esq.