2300 Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813
Phone 808 524-5644
Fax 808 599-1881
info@bchlaw.net

*A Law Corporation*

# Bronster Crabtree & Hoshibata
ATTORNEYS AT LAW

October 19, 2006

[XX] Via Hand Delivery

David J. Minkin, Esq.
McCorriston Miller Mukai MacKinnon
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i   96813

Cary T. Tanaka, Esq.
Fort Street Tower, Suite 510
745 Fort Street
Honolulu, Hawai'i   96813

Michael J. McGuigan, Esq.
Reinwald O'Connor & Playdon
Pacific Guardian Ctr., Makai Tower
733 Bishop Street, 24th Floor
Honolulu, Hawai'i   96813

[XX] Via First Class Mail

Lani D. H. Nakazawa, Esq.
Christiane L. Nakea-Tresler, Esq.
Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Hawai'i   96766

Re:   *Abbatiello v. County of Kauai et al.*; Civil No. 04-00562 SOM BMK
United States District Court for the District of Hawaii

Dear Counsel:

Enclosed please find documents bearing bates numbers:

- A001028 to A001056;

**EXHIBIT 7**

David J. Minkin, Esq.
Lani D. H. Nakazawa, Esq.
Christiane L. Nakea-Tresler, Esq.
Michael J. McGuigan, Esq.
Cary T. Tanaka, Esq.
October 19, 2006
Page 2

- B001077 to B001107; and,

- D001086 to D001132.

These documents supplement the medical records previously provided to Defendants' counsel on November 22, 2005 and represent the balance of medical records which we have received from Ms. Abbatiello's health care providers, to date. In addition, I have enclosed an updated redaction log.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Kelly Shivery
Paralegal

Enclosures

cc:   Dan Hempey, Esq.        (With Enclosures)