2300 Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813
Phone 808 524-5644
Fax 808 599-1881
info@bchlaw.net

*A Law Corporation*

# Bronster Crabtree & Hoshibata
### ATTORNEYS AT LAW

December 7, 2006

[XX] Via Hand Delivery

David J. Minkin, Esq.
McCorriston Miller Mukai MacKinnon
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i   96813

Cary T. Tanaka, Esq.
Fort Street Tower, Suite 510
745 Fort Street
Honolulu, Hawai'i   96813

Michael J. McGuigan, Esq.
Reinwald O'Connor & Playdon
Pacific Guardian Ctr., Makai Tower
733 Bishop Street, 24th Floor
Honolulu, Hawai'i   96813

[XX] Via First Class Mail

Christiane L. Nakea-Tresler, Esq.
Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Hawai'i   96766

Re:  *Abbatiello v. County of Kauai et al.;* Civil No. 04-00562 SOM BMK
United States District Court for the District of Hawaii

Dear Counsel:

Enclosed please find copies of medical records that we have just received bearing bates numbers:

- E001001 to E001401; and

# EXHIBIT 8

David J. Minkin, Esq.
Lani D. H. Nakazawa, Esq.
Christiane L. Nakea-Tresler, Esq.
Michael J. McGuigan, Esq.
Cary T. Tanaka, Esq.
December 7, 2006
Page 2

- F001001 to F001015.

These documents were received from Wilcox Memorial Hospital on December 6, 2006 and from Robert Brown Ph.D. on December 7, 2006. These documents supplement the medical records previously provided to Defendants' counsel and represent the balance of medical records that we have received from Ms. Abbatiello's health care providers, to date.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

John Hoshibata

Enclosures

cc (with enclosures):
Dan Hempey, Esq.            (Via U.S. Mail)
Daryl Matthews, M.D., Ph.D.  (Via hand delivery)