2300 Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813
Phone 808 524-5644
Fax 808 599-1881
info@bchlaw.net

*A Law Corporation*

# Bronster Crabtree & Hoshibata
### ATTORNEYS AT LAW

June 6, 2007

[XX] Via Hand Delivery

David J. Minkin, Esq.
McCorriston Miller Mukai MacKinnon
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813

Cary T. Tanaka, Esq.
Fort Street Tower, Suite 510
745 Fort Street
Honolulu, Hawai'i 96813

Michael J. McGuigan, Esq.
Reinwald O'Connor & Playdon
Pacific Guardian Ctr., Makai Tower
733 Bishop Street, 24th Floor
Honolulu, Hawai'i 96813

[XX] Via First Class Mail

Matthew Pyun, Esq.
Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Hawai'i 96766

Re: *Abbatiello v. County of Kauai et al.*; Civil No. 04-00562 KSC
United States District Court for the District of Hawaii

Dear Counsel:

Enclosed please find copies of the following documents:

- B001108 to B001142; and

**EXHIBIT 10**

David J. Minkin, Esq.
Cary T. Tanaka, Esq.
Matthew Pyun, Esq.
Michael J. McGuigan, Esq.
June 6, 2007
Page 2

- E001402 to E001411.

These documents were received by our office today and supplement Plaintiff's previous document production. If you have any questions, please do not hesitate to contact me.

Very truly yours,

Kelly J. Shivery, CLA
Certified Paralegal

Enclosures

cc: Dan Hempey, Esq.     (with enclosures)