2300 Pauahi Tower

1001 Bishop Street

Honolulu, HI 96813

Phone 808 524-5644

Fax 808 599-1881

info@bchlaw.net

*A Law Corporation*

# Bronster Crabtree & Hoshibata
## ATTORNEYS AT LAW

June 13, 2007

[XX] Via Facsimile and First Class Mail

David J. Minkin, Esq.
McCorriston Miller Mukai MacKinnon
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i  96813

Cary T. Tanaka, Esq.
Fort Street Tower, Suite 510
745 Fort Street
Honolulu, Hawai'i  96813

Michael J. McGuigan, Esq.
Reinwald O'Connor & Playdon
Pacific Guardian Ctr., Makai Tower
733 Bishop Street, 24th Floor
Honolulu, Hawai'i  96813

Matthew Pyun, Esq.
Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Hawai'i  96766

Re:  *Abbatiello v. County of Kauai et al.; Civil No. 04-00562 KSC*
     *United States District Court for the District of Hawaii*

Dear Counsel:

I am writing to confirm the parties' agreement that the deadlines regarding expert reports contained in 11(a) and 11(b) of the Second Amended Rule 16 Scheduling Order filed on 5/31/07 relate exclusively to the filing of supplemental reports by the current expert witnesses. The parties also agree that the Second Amended Rule 16 Scheduling Order does not allow the filing of a report by an expert not previously identified.

Very truly yours,

Margery S. Bronster

cc:   Daniel G. Hempey, Esq.

# EXHIBIT 12