REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

MICHAEL J. McGUIGAN        2433-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
Telephone: (808) 524-8350
Facsimile: (808) 531-8628
E-mail: mjm@roplaw.com

*Attorney for Defendant*
*IRVIL KAPUA*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>　　　　　Defendants. | CIVIL NO. CV04-00562 SOM/BMK<br><br>DEFENDANT IRVIL KAPUA'S MOTION TO AMEND RULE 16 SCHEDULING ORDER FILED APRIL 20, 2006; DECLARATION OF MICHAEL J. McGUIGAN; EXHIBITS "1" – "2"; CERTIFICATE OF SERVICE<br><br>Hearing:<br>Date:　February 23, 2007<br>Time:　9:00<br>Magistrate Judge Kevin S.C. Chang<br><br>TRIAL DATE: JUNE 5, 2007 |

**EXHIBIT 15**

## DEFENDANT IRVIL KAPUA'S MOTION TO AMEND RULE 16 SCHEDULING ORDER FILED APRIL 20, 2006

Comes Now Defendant IRVIL KAPUA ("Defendant Kapua"), by and through his attorneys, Reinwald O'Connor & Playdon, and hereby moves this Honorable Court for an Order Amending the Amended Rule 16 Scheduling Order in the above referenced case.

This Motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure and L.R. 7.2 for the United States District Court for the District of Hawaii. This Motion is based upon the Declaration of Michael J. McGuigan, the Exhibits attached hereto as well as the record and file in this case.

DATED: Honolulu, Hawaii, February 20, 2007.

_____
MICHAEL J. McGUIGAN
*Attorney for Defendant*
*IRVIL KAPUA*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>　　　　　Defendants. | CIVIL NO. CV04-00562 SOM/BMK<br><br>AFFIDAVIT OF MICHAEL J. MCGUIGAN; EXHIBIT "1"-"2" |

## DECLARATION OF MICHAEL J. MCGUIGAN

I Michael J. McGuigan, under penalty of perjury do declare and say:

1.　　That I am an attorney duly licensed to practice law in the State of Hawaii;

2.　　That I am a partner of the law firm Reinwald O'Connor & Playdon LLP, the attorney who represents Defendant Irvil Kapua herein.

3.　　That I make this declaration based upon my own personal knowledge, and I am competent to testify to the matters contained herein.

4.　　Attached hereto as Exhibit "1" is a true and correct of copy of the electronic filing of the Court's Status Conference held on

February 16, 2007. David Minkin, Esq., attorney for Defendants WILFRED M. IHU, GORDON ISODA AND DEAN PIGAO was directed to file a Motion to Amend the Scheduling Conference Order and with no objection to shortening the time, the Motion is to be held on February 23, 2007 at 9:00 a.m. before the Honorable Kevin S.C. Chang with any opposition due on February 22, 2007.

5. Attached hereto as Exhibit "2" is a true and correct copy of the Amended Rule 16 Scheduling Order filed on April 20, 2006.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: Honolulu, Hawaii, February 20, 2007.

_____
MICHAEL J. MCGUIGAN

## Kim Kauhane

**From:** Michael J. McGuigan
**Sent:** Friday, February 16, 2007 3:35 PM
**To:** Kim Kauhane
**Subject:** FW: Activity in Case 1:04-cv-00562-KSC Abbatiello v. County of Kauai, et al Status Conference

-----Original Message-----
**From:** hid_resp@hid.uscourts.gov [mailto:hid_resp@hid.uscourts.gov]
**Sent:** Friday, February 16, 2007 3:31 PM
**To:** hawaii_cmecf@hid.uscourts.gov
**Subject:** Activity in Case 1:04-cv-00562-KSC Abbatiello v. County of Kauai, et al Status Conference

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Hawaii - CM/ECF V3.03 12/2006

## Notice of Electronic Filing

The following transaction was entered on 2/16/2007 at 3:30 PM HST and filed on 2/16/2007
**Case Name:** Abbatiello v. County of Kauai, et al
**Case Number:** 1:04-cv-562
**Filer:**
**Document Number:** 228

**Docket Text:**
EP: Status Conference held on 2/16/2007. Parties have consented to Judge Chang. Discussion held.Jury Selection/Trial set 5/8/07 before Judge Mollway shall be continued to 6/5/07 before Judge Chang. Jury Selection only shall take place at 9:00am on 6/5/07 with opening statements and first witness to be called on 6/6/07 at 8:30am. Final Pretrial Conference set 3/28/07 before Judge Kurren shall be continued to 4/20/07 at 9:00am before Judge Chang. The Court will not issue an Amended Rule 16 Scheduling Conference Order at this time subject to Mr. Minkin filing a Motion to Amend Scheduling Order.Plaintiff to submit a list of treatment/medical providers to defense counsel by close of business on 2/21/07. Defendants to subpoena by 2/23/07. Production to take place on 3/2/07. Plaintiff to review by 3/7/07. Redacted documents to be produced by close of business on 3/9/07.Further Status Conference set 3/14/07 at 10:00am before Judge Chang to address redaction/scheduling issues and oral depositions that counsel intend to take. Counsel advised the Court that they have agreed to 25 depositions including records deposition. The Court set a Discovery cut off deadline of 4/30/07. Mr. Minkin to file a Motion to Amend Scheduling Order by 2/20/07. Counsel have no objection with shortening the time and said motion will be held on 2/23/07 at 9:00am before Judge Chang with any opposition due 2/22/07.Plaintiffs Motion to Preclude Oral Deposition of Defendant K.C. Lum [218] set 2/21/07 before Judge Kurren shall be moved to 2/23/07 at 9:00am before Judge Chang.Defendant K.C. Lums Motion for Summary Judgment, and Defendants County of Kauai, etc. Joinder in Defendant K.C. Lums Motion for Summary


EXHIBIT "b"

2/20/2007

Judgment set 2/20/07 before Judge Mollway is taken off calendar and will be reset. The resetting of the Settlement Conference that was set for 3/5/07 before Judge Kurren will be addressed on 2/23/07. Counsel to discuss whether Judge Kurren will continue as the settlem ent judge.( C5 - no record, 9:10-9:35am.) (Judge KEVIN S.C. ! CHANG )( sna, )

**1:04-cv-562 Notice has been electronically mailed to:**
Cary T. Tanaka carytanaka@aol.com, jillmiyagi@aol.com
Milton S. Tani info@triallawhawaii.com
John T. Hoshibata jhoshibata@bchlaw.net, lori@bchlaw.net
Jonathan L. Ortiz jortiz@lava.net, jcachero@lava.net
Margery S. Bronster mbronster@bchlaw.net, audrey@bchlaw.net
Kevin P.H. Sumida ksumida@sthawaii.com
Michael J. McGuigan mjm@roplaw.com, kim@roplaw.com
David J. Minkin (Terminated) minkin@m4law.com, saguibo@m4law.com
Lisa W. Cataldo cataldo@m4law.com
Wade J. Katano wkatano@lava.net
Allison M. Fujita ortizlaw@lava.net, afujita@lava.net, dching@lava.net, jcachero@lava.net
Lani D.H. Nakazawa Lnakazawa@kauai.gov, ahiranaka@kauai.gov, bmontemayor@kauai.gov, sikehara@kauai.gov
Jeannette H. Castagnetti jcastagnetti@bchlaw.net, jennifer@bchlaw.net
Diane K. Agor-Otake dka@hawaii.rr.com
Becky T. Chestnut chestnut@m4law.com
Christiane L. Nakea-Tresler cntresler@kauai.gov, ahiranaka@kauai.gov

**1:04-cv-562 Notice will not be electronically mailed to:**

Daniel G. Hempey
3175 Elua St
Lihue, HI 96766

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=2/16/2007] [FileNumber=232823-0]
[243116d38dd8ea0ce9510aa68bccf21b6b2b8053498f59046dba82ea10ea96389da9
be04a9f8bcb6ea05d454dabde73f10c38304cb35013a1b1368f182dbc873]]

2/20/2007

Case 1:04-cv-00562-KSC   Document 327-19   Filed 07/19/2007   Page 7 of 17
Case 1:04-cv-00562-KSC   Document 233-3   Filed 02/20/2007   Page 3 of 4
Case 1:04-cv-00562-KSC   Document 228   Filed 02/16/2007   Page 1 of 2

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/16/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV04-00562SOM-BMK

CASE NAME:        Darla Abatiello v. County of Kauai, et al.

ATTYS FOR PLA:    John Hoshibata
                  Margery Bronster

ATTYS FOR DEFT:   David Minkin
                  Michael McGuigan
                  Cary Tanaka

INTERPRETER:

---

JUDGE:  Kevin S. C. Chang           REPORTER:  C5 - no record

DATE:   02/16/2007                  TIME:      9:10-9:35am

---

COURT ACTION:  EP: Status Conference. Parties have consented to Judge Chang. Discussion held.

Jury Selection/Trial set 5/8/07 before Judge Mollway shall be continued to 6/5/07 before Judge Chang. Jury Selection only shall take place at 9:00am on 6/5/07 with opening statements and first witness to be called on 6/6/07 at 8:30am. Final Pretrial Conference set 3/28/07 before Judge Kurren shall be continued to 4/20/07 at 9:00am before Judge Chang. The Court will not issue an Amended Rule 16 Scheduling Conference Order at this time subject to Mr. Minkin filing a Motion to Amend Scheduling Order.

Plaintiff to submit a list of treatment/medical providers to defense counsel by close of business on 2/21/07. Defendants to subpoena by 2/23/07. Production to take place on 3/2/07. Plaintiff to review by 3/7/07. Redacted documents to be produced by close of business on 3/9/07.

Further Status Conference set 3/14/07 at 10:00am before Judge Chang to address redaction/scheduling issues and oral depositions that counsel intend to take. Counsel advised the Court that they have agreed to 25 depositions including records deposition.

The Court set a Discovery cut off deadline of 4/30/07

Case 1:04-cv-00562-KSC    Document 327-19    Filed 07/19/2007    Page 8 of 17
Case 1:04-cv-00562-KSC    Document 233-3    Filed 02/20/2007    Page 4 of 4
Case 1:04-cv-00562-KSC    Document 228    Filed 02/16/2007    Page 2 of 2

Mr. Minkin to file a Motion to Amend Scheduling Order by 2/20/07. Counsel have no objection with shortening the time and said motion will be held on 2/23/07 at 9:00am before Judge Chang with any opposition due 2/22/07.

Plaintiff's Motion to Preclude Oral Deposition of Defendant K.C. Lum [218] set 2/21/07 before Judge Kurren shall be moved to 2/23/07 at 9:00am before Judge Chang.

Defendant K.C. Lum's Motion for Summary Judgment, and Defendants County of Kauai, etc. Joinder in Defendant K.C. Lum's Motion for Summary Judgment set 2/20/07 before Judge Mollway is taken off calendar and will be reset.

The resetting of the Settlement Conference that was set for 3/5/07 before Judge Kurren will be addressed on 2/23/07. Counsel to discuss whether Judge Kurren will continue as the settlement judge.

Submitted by: Shari Afuso, Courtroom Manager

Case 1:04-cv-00562-KSC   Document 327-19   Filed 07/19/2007   Page 9 of 17
Case 1:04-cv-00562-KSC   Document 233-4   Filed 02/20/2007   Page 1 of 7
Case 1:04-cv-00562-SOM-BMK   Document 112   Filed 04/20/2006   Page 1 of 7

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | CV. NO. 04-00562 SOM-BMK |
| Plaintiff, | |
| vs. | |
| COUNTY OF KAUAI, et al., | |
| Defendants. | |

## AMENDED RULE 16 SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16 and LR 16.2, a rescheduling conference was held on April 18, 2006, before the Honorable Barry M. Kurren, United States Magistrate Judge. Appearing at the conference were John T. Hoshibata for Plaintiff; David J. Minkin, Christiane L. Nakea-Tresler, by telephone, Michael J. McGuigan, and Cary T. Tanaka for Defendants.

Pursuant to Fed. R. Civ. P. 16(e) and LR 16.3, the Court enters this amended scheduling conference order:

## TRIAL AND PRETRIAL CONFERENCE SCHEDULING:

1. **JURY** trial in this matter will commence before the Honorable Susan Oki Mollway, United States District Judge on May 8, 2007, at 9:00 a.m.

**EXHIBIT "2"**

Case 1:04-cv-00562-KSC   Document 327-19   Filed 07/19/2007   Page 10 of 17
Case 1:04-cv-00562-KSC   Document 233-4   Filed 02/20/2007   Page 2 of 7
Case 1:04-cv-00562-JOM-BMK   Document 112   Filed 0../20/2006   Page 2 of 7

2. A final pretrial conference shall be held on March 28, 2007, at 9:00 a.m. before the Honorable Barry M. Kurren, United States Magistrate Judge.

3. (RESERVED)

4. Pursuant to LR 16.6, each party herein shall serve and file a separate final pretrial statement by March 21, 2007.

**MOTIONS:**

5. (RESERVED)

6. Other non-dispositive motions, except for motions in limine and discovery motions, shall be filed by February 7, 2007.

7. Dispositive motions shall be filed by December 6, 2006.

8. Motions in limine shall be filed by April 17, 2007.

Any opposition memorandum to a motion in limine shall be filed by April 24, 2007.

**DISCOVERY:**

9. Unless and until otherwise ordered by the Court, the parties shall follow the discovery plan agreed to by the parties herein pursuant to Fed. R. Civ. P. 26(f).

10. (RESERVED)

11. Pursuant to Fed. R. Civ. P. 26(a)(2), each party shall disclose to each other party the identity and written report of any person who may be used at trial to

2

Case 1:04-cv-00562-KSC   Document 327-19   Filed 07/19/2007   Page 11 of 17
Case 1:04-cv-00562-KSC   Document 233-4   Filed 02/20/2007   Page 3 of 7
Case 1:04-cv-00562-JOM-BMK   Document 112   Filed 04/20/2006   Page 3 of 7

present expert evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. The disclosures pursuant to this paragraph shall be according to the following schedule:

    **a.** Plaintiff shall comply by November 6, 2006.

    **b.** Defendants shall comply by December 6, 2006.

Disclosure of the identity and written report of any person who may be called solely to contradict or rebut the evidence of a witness identified by another party pursuant to subparagraphs a and b hereinabove shall occur within thirty (30) days after the disclosure by the other party.

**12.** Pursuant to Fed. R. Civ. P. 16(b)(3) and LR 16.2(a)(6), the discovery deadline shall be March 9, 2007. Unless otherwise permitted by the Court, all discovery pursuant to Federal Rules of Civil Procedure, Rules 26 through 37 inclusive must be completed by the discovery deadline. Unless otherwise permitted by the Court, all discovery motions and conferences made or requested pursuant to Federal Rules of Civil Procedure, Rules 26 through 37 inclusive of LR 26.1, 26.2 37.1 shall be heard no later than thirty (30) days prior to the discovery deadline.

3

Case 1:04-cv-00562-KSC   Document 327-19   Filed 07/19/2007   Page 12 of 17
Case 1:04-cv-00562-KSC   Document 233-4   Filed 02/20/2007   Page 4 of 7
Case 1:04-cv-00562-JOM-BMK   Document 112   Filed 04/20/2006   Page 4 of 7

**SETTLEMENT:**

13.	A settlement conference shall be held on March 5, 2007, at 2:00 p.m. before the Honorable Barry M. Kurren, United States Magistrate Judge.

14.	Each party shall deliver to the presiding Magistrate Judge a confidential settlement conference statement by February 26, 2007. The parties are directed to LR 16.5(b) for the requirements of the confidential settlement conference statement.

15.	The parties shall exchange written settlement offers and meet and confer to discuss settlement before the date on which settlement conference statements are due.

**TRIAL SUBMISSIONS:**

**JURY ISSUES:**

16.	The parties shall prepare in writing and submit to the Court any special voir dire inquiries they wish the judge to ask the jury panel.

17.	The parties shall confer in advance of trial for the purpose of preparing an agreed upon special verdict form, if a special verdict form is to be requested. The agreed upon special verdict form shall be submitted to the Court. In the event of disagreement, the parties shall submit all proposed special verdict forms to the Court.

Case 1:04-cv-00562-KSC   Document 327-19   Filed 07/19/2007   Page 13 of 17
Case 1:04-cv-00562-KSC   Document 233-4    Filed 02/20/2007   Page 5 of 7
Case 1:04-cv-00562-JOM-BMK   Document 112   Filed 04/20/2006   Page 5 of 7

18. The parties shall confer in advance of trial for the purpose of preparing an agreed upon concise statement of the case that may be read by the trial judge to the jury during voir dire. The agreed upon concise statement of the case shall be submitted to the Court. In the event of disagreement, the parties shall submit all proposed concise statements of the case to the Court.

19. Jury instructions shall be prepared in accordance with LR 51.1 and submitted to the Court.

20. All submissions to the Court required by paragraphs 16, 17, 18 and 19 shall be made by April 24, 2007.

**WITNESSES:**

21. By April 17, 2007, each party shall serve and file a final comprehensive witness list indicating the identity of each witness that the party will call at trial and describing concisely the substance of the testimony to be given and the estimated time required for the testimony of the witness on direct examination.

22. The parties shall make arrangements to schedule the attendance of witnesses at trial so that the case can proceed with all due expedition and without any unnecessary delay.

Case 1:04-cv-00562-KSC   Document 327-19   Filed 07/19/2007   Page 14 of 17
Case 1:04-cv-00562-KSC   Document 233-4    Filed 02/20/2007   Page 6 of 7
Case 1:04-cv-00562-JOM-BMK   Document 112   Filed 04/20/2006   Page 6 of 7

23. The party presenting evidence at trial shall give notice to the other party the day before of the names of the witnesses who will be called to testify the next day and the order in which the witnesses will be called.

**EXHIBITS:**

24. By April 10, 2007, the parties shall premark for identification all exhibits and shall exchange or, when appropriate, make available for inspection all exhibits to be offered, other than for impeachment or rebuttal, and all demonstrative aids to be used at trial.

25. The parties shall meet and confer regarding possible stipulations to the authenticity and admissibility of proposed exhibits by April 17, 2007.

26. By April 24, 2007, the parties shall file any objections to the admissibility of exhibits. Copies of any exhibits to which objections are made shall be attached to the objections.

27. The original set of exhibits and two copies (all in binders) and a list of all exhibits shall be submitted to the Court the Thursday before trial.

**DEPOSITIONS:**

28 a. By April 17, 2007, the parties shall serve and file statements designating excerpts from depositions (specifying the witness and page and line referred to) to be used at trial other than for impeachment or rebuttal.

Case 1:04-cv-00562-KSC   Document 327-19   Filed 07/19/2007   Page 15 of 17
Case 1:04-cv-00562-KSC   Document 233-4   Filed 02/20/2007   Page 7 of 7
Case 1:04-cv-00562-SOM-BMK   Document 112   Filed 04/20/2006   Page 7 of 7

b.  Statements counter-designating other portions of depositions or any objections to the use of depositions shall be served and filed by April 24, 2007.

**TRIAL BRIEFS:**

29.  By April 24, 2007, each party shall serve and file a trial brief on all significant disputed issues of law, including foreseeable procedural and evidentiary issues, setting forth briefly the party's position and the supporting arguments and authorities.

30.  (RESERVED)

**OTHER MATTERS:**

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: April 19, 2006

DARLA ABBATIELLO V. COUNTY OF KAUAI, ET AL.; CV. NO. 04-00562 SOM-BMK; AMENDED RULE 16 SCHEDULING ORDER.

7

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>Defendants. | CIVIL NO. CV04-00562 SOM/BMK<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion will be served on the following parties by means indicated below on the February 20, 2007.

| | |
|---|---|
| DANIEL G. HEMPEY, ESQ.<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Lihue, Kauai, Hawaii 96766 | U.S. MAILED |

and

| | |
|---|---|
| MARGERY S. BRONSTER, ESQ.<br>JEFF CRABTREE, ESQ.<br>2300 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, Hawaii 96813<br>*Attorneys for Plaintiff* | ELECTRONICALLY VIA CM/EFC |

| | |
|---|---|
| DAVID J. MINKIN, ESQ.<br>McCorriston Miller Mukai MacKinnon<br>P. O. Box 2800<br>Honolulu, Hawaii 96803<br> Attorney for Defendants<br>WILFRED M. IHU, GORDON ISODA<br>AND DEAN PIGAO | ELECTRONICALLY VIA<br>CM/EFC |
| CARY T. TANAKA, ESQ.<br>DIANE K. AGOR-OTAKE, ESQ.<br>Suite 510 Fort Street Tower<br>745 Fort Street<br>Honolulu, Hawaii 96813<br> Attorneys for Defendant<br>K.C. LUM | ELECTRONICALLY VIA<br>CM/EFC |
| LANI D.H. NAKAZAWA, ESQ.<br>CHRISTIANE L. NAKEA-TRESLER, ESQ.<br>Office of the County Attorney<br>4444 Rice Street, Suite 220<br>Lihue, Kauai, Hawaii 96766<br> Attorneys for Defendants<br>COUNTY OF KAUAI AND<br>KAUAI POLICE DEPARTMENT | ELECTRONICALLY VIA<br>CM/EFC |

DATED: Honolulu, Hawaii, February 20, 2007.

_____
MICHAEL J. McGUIGAN
*Attorney for Defendant*
*IRVIL KAPUA*