IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 KSC |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) |
| | ) |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on July 19, 2007, a true and correct copy of the foregoing document was served on the following parties by electronically by CM/ECF or U.S. Mail, and/or in the manner specified below:

DANIEL G. HEMPEY, ESQ.                          <u>U.S. MAIL</u>
Law Office of Daniel G. Hempey
3175 Elua Street
Lihue, Hawaii 96766
    Attorney for Plaintiff
    DARLA ABBATIELLO

MICHAEL J. McGUIGAN, ESQ.                       <u>Mjm@roplaw.com</u>
Reinwald O'Connor & Playdon LLP
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
    Attorney for Defendant
    IRVIL KAPUA

DAVID J. MINKIN, ESQ.     minkin@m4law.com
BECKY T. CHESTNUT, ESQ.     chestnut@m4law.com
LISA W. CATALDO, ESQ.     cataldo@m4law.com
KARA M.L. YOUNG, ESQ.
McCorriston Miller Mukai MacKinnon LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
    Attorneys for Defendants COUNTY OF KAUAI,
     KAUAI POLICE DEPARTMENT, WILFRED M. IHU,
     GORDON ISODA and DEAN PIGAO

MATTHEW PYUN, JR., ESQ.     Mpyun@kauai.gov
ROSA V. FLORES, ESQ.     Rflores@kauai.gov
Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Hawaii 96766
    Attorneys for Defendants
     COUNTY OF KAUAI and
     KAUAI POLICE DEPARTMENT

CARY T. TANAKA, ESQ.     carytanaka@aol.com
Fort Street Tower, Suite 510
745 Fort Street
Honolulu, Hawaii 96813
    Attorney for Defendant K.C. LUM

DATED: Honolulu, Hawaii, July 19, 2007.

                 /s/ John T. Hoshibata
                DANIEL G. HEMPEY
                MARGERY S. BRONSTER
                JOHN T. HOSHIBATA
                JEANNETTE HOLMES CASTAGNETTI
                Attorneys for Plaintiff
                DARLA ABBATIELLO