# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00562KSC |
| CASE NAME: | Darla Abbatiello v. County of Kauai, et al. |
| ATTYS FOR PLA: | Margery S. Bronster, Daniel G. Hempey |
| ATTYS FOR DEFT: | David J. Minkin, Matthew S.K. Pyun, Jr., Michael J. McGuigan, Cary T. Tanaka |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chamers |
| DATE: | 07/19/2007 | TIME: | 1 - 4:30 |

COURT ACTION:  EP: Mediation held.  Further mediation set for 7/20/2007 @ 9:30 a.m. before Magistrate Judge Barry M. Kurren.  Mediator David L. Fairbanks present.

Submitted by Richlyn W. Young, courtroom manager