# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00562KSC |
| CASE NAME: | Darla Abbatiello v. County of Kauai, et al. |
| ATTYS FOR PLA: | Margery S. Bronster, Daniel G. Hempey, John T. Hoshibata |
| ATTYS FOR DEFT: | David J. Minkin, Kara Young, Matthew S.K. Pyun, Jr. |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | |
| DATE: | 07/20/2007 | TIME: | |

COURT ACTION:  EP: Further Mediation held 7/20/2007.  Further mediation on call. Mediator David L. Fairbanks present.

Submitted by Richlyn W. Young, courtroom manager