IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>                Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>                Defendants. | CIVIL NO. CV04-00562 KSC<br><br>DECLARATION OF MICHAEL J. MCGUIGAN; EXHIBITS "A" – "E" |

## DECLARATION OF MICHAEL J. MCGUIGAN

I Michael J. McGuigan, under penalty of perjury do declare and say:

1. That I am an attorney duly licensed to practice law in the State of Hawaii;

2. That I am a partner of the law firm of Reinwald O'Connor & Playdon LLP, the attorney who represents Defendant Irvil Kapua herein.

3. That I make this declaration based upon my own personal knowledge, and I am competent to testify to the matters contained herein.

4.  Attached hereto as Exhibit "A" is a true and correct copy of the Scheduling Order, dated February 11, 2005.

5.  Attached hereto as Exhibit "B" is a true and correct copy of the Amended Rule 16 Scheduling Order, dated September 28, 2005.

6.  Attached hereto as Exhibit "C" is a true and correct copy of the Amended Order Denying Plaintiff's Motion to Preclude Oral Deposition Testimony of Defendant K.C. Lum; Order Granting Defendant Kapua's Motion to Amend Rule 16 Scheduling Order; Order Granting County Defendants' Motion to Amend Rules 16 Scheduling Order, dated February 23, 2007.

8.  Attached hereto as Exhibit "D" is a true and correct copy of John Hoshibata's letter to Michael J. McGuigan, dated May 30, 2007.

9.  Attached hereto as Exhibit "E" is a true and correct copy of the Second Amended Rule 16 Scheduling Order, dated May 31, 2007.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: Honolulu, Hawaii, July 23, 2007.

_____
MICHAEL J. McGUIGAN