2300 Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813
Phone 808 524-5644
Fax 808 599-1881
info@bchlaw.net

*A Law Corporation*

# Bronster Crabtree & Hoshibata
### ATTORNEYS AT LAW

May 30, 2007

[XX] Via Hand Delivery

David J. Minkin, Esq.
McCorriston Miller Mukai MacKinnon
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i   96813

Cary T. Tanaka, Esq.
Fort Street Tower, Suite 510
745 Fort Street
Honolulu, Hawai'i   96813

Michael J. McGuigan, Esq.
Reinwald O'Connor & Playdon
Pacific Guardian Ctr., Makai Tower
733 Bishop Street, 24th Floor
Honolulu, Hawai'i   96813

[XX] Via First Class Mail

Matthew Pyun, Esq.
Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Hawai'i   96766

    Re:    *Abbatiello v. County of Kauai et al.;* Civil No. 04-00562 KSC
            United States District Court for the District of Hawaii

Dear Counsel:

    Enclosed please find copies of the following documents:

- A001066 to A001071;



**EXHIBIT D**

David J. Minkin, Esq.
Cary T. Tanaka, Esq.
Matthew Pyun, Esq.
Michael J. McGuigan, Esq.
May 25, 2007
Page 2

- D0101153 to D001236; and
- DA01726 to DA01735.

These documents supplement Plaintiff's previous document production. Please note, the single substantive redaction on A001067 is reflected on Plaintiff's redaction log dated March 19, 2007 as page 00061. If you have any questions, please do not hesitate to contact me.

Very truly yours,

John Hoshibata

Enclosures

cc:   Dan Hempey, Esq.        (with enclosures)