# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV04-00562KSC |
| CASE NAME: | Darla Abatiello v. County of Kauai, et al. |
| ATTYS FOR PLA: | John Hoshibata |
| | Margery Bronster |
| ATTYS FOR DEFT: | David Minkin |
| | Michael McGuigan |
| | Jeffery Flores |
| | Diane Agor-Otake |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 7/25/2007 | TIME: | 10:49-11:35:54am |

COURT ACTION:  EP:
1.  Defendant Irvil Kapua's Motion for Permission to Name Expert Witnesses [316];
2.  Defendant K.C. Lum's Substantive Joinder in Defendant Irvil Kapua's Motion for Permission to Name Expert Witnesses [321];
3.  Defendants County of Kauai and Kauai Police Department's Amended Joinder in Defendant Irvil Kapua's Motion for Permission to Name Expert Witnesses [324]

Motion and joinders granted.  Mr. McGuigan to prepare the order.

Submitted by: Shari Afuso, Courtroom Manager