IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | CIVIL NO. CV04-00562 KSC |
| Plaintiff, | DECLARATION OF MICHAEL J. MCGUIGAN |
| vs. | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | |
| Defendants. | |

## DECLARATION OF MICHAEL J. MCGUIGAN

I Michael J. McGuigan, under penalty of perjury do declare and say:

1.    That I am an attorney duly licensed to practice law in the State of Hawaii;

2.    That I am a partner of the law firm of Reinwald O'Connor & Playdon LLP, the attorney who represents Defendant Irvil Kapua herein.

3.    I make this declaration based upon my personal knowledge and belief and submit the same in support of Defendant Irvil Kapua's Motion to Compel the Independent Medical Examination of

Plaintiff (hereinafter "Motion"), which is submitted and to be filed concurrently herewith.

4.     The Motion more fully sets forth the necessity for an Independent Medical Examination of Plaintiff to be performed by clinical psychologist Joseph P. Rogers, Ph.D. in August, 2007 and psychiatrist George Davis Bussey, M.D., J.D., D.F.A.P.A., C.P.E., in September 2007.

5.     Plaintiff's allegations have placed her alleged injuries in controversy and Defendants require an Independent Medical Examination to properly evaluate and defend against Plaintiff's claims.

6.     Dr. Rogers is available to perform an initial baseline analysis as requested by Dr. Bussey this August, 2007.  Dr. Bussey will be available to conduct his Independent Medical Examination in September, 2007 as he is out of the state until then.

7.     Under this Court's Second Amended Rule 16 Scheduling Order, dated May 31, 2007, the Rule 26(a)(2) disclosures deadline for defendants is August 8, 2007 and the discovery cut-off date is September 28, 2007.

8.     In order for Dr. Rogers and Dr. Bussey to prepare and evaluate Plaintiff and because the Fed. R. Civ. P. 26(a)(2) disclosures and

discovery deadlines are approaching, it is necessary that the Motion be heard and decided on a shortened-time basis.

9.    Therefore Defendant respectfully requests that this Court shorten the time within this Motion may be heard.  Only in that fashion will Defendant know whether an Independent Medical Examination will be performed and if so, whether they will be able to meet the Rule 26(a)(2) disclosure and discovery deadlines.

10.    Shortening time should not be to the prejudice of the other parties in this matter.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

DATED:  Honolulu, Hawaii, July 31, 2007.


_____
MICHAEL J. McGUIGAN