REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

MICHAEL J. McGUIGAN     2433-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
Telephone: (808) 524-8350
Facsimile: (808) 531-8628
E-mail: mjm@roplaw.com

*Attorney for Defendant*
*IRVIL KAPUA*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>Defendants. | CIVIL NO. CV04-00562 KSC<br><br>ORDER GRANTING DEFENDANT IRVIL KAPUA'S EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANT IRVIL KAPUA'S MOTION TO COMPEL THE INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF |

ORDER GRANTING DEFENDANT IRVIL KAPUA'S EX PARTE
MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANT
IRVIL KAPUA'S MOTION TO COMPEL THE INDEPENDENT
<u>MEDICAL EXAMINATION OF PLAINTIFF</u>

The Court having read and duly considered Defendant Irvil

Kapua's Ex Parte Motion to Shorten Time for Hearing on Defendant Irvil

Kapua's Motion To Compel the Independent Medical Examination of Plaintiff, and good cause appearing therefore,

It is HEREBY ORDERED, ADJUDGED AND DECREED that Defendant Irvil Kapua's Ex Parte Motion to Shorten Time for Hearing on Defendant Irvil Kapua's Motion To Compel the Independent Medical Examination of Plaintiff be and the same is hereby granted and that Defendant Irvil Kapua's Motion To Compel the Independent Medical Examination of Plaintiff shall come on for hearing before the Honorable Kevin S.C. Chang, Judge of the above-entitled Court, in his courtroom on _____August 6_____, 2007 at __9:30__ a.m. or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, _____AUG 0 1 2007_____.

_____
Judge of the above-entitled Court

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>　　　　　Defendants. | CIVIL NO. CV04-00562 KSC<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document will be served on the following parties at their last known addresses by means indicated below.

　　　DANIEL G. HEMPEY, ESQ.　　　　　　　U.S. MAIL
　　　Law Office of Daniel G. Hempey
　　　3175 Elua Street
　　　Lihue, Kauai, Hawaii  96766

　　　and

　　　MARGERY S. BRONSTER, ESQ.　　　　　HAND DELIVERY
　　　JOHN HOSHIBATA, ESQ.
　　　Bronster Crabtree & Hoshibata
　　　2300 Pauahi Tower
　　　1001 Bishop Street
　　　Honolulu, Hawaii  96813
　　　*Attorneys for Plaintiff*

| | |
|---|---|
| MATTHEW S.K. PYUN, JR., ESQ.<br>ROSA V. FLORES, ESQ.<br>Office of the County Attorney<br>4444 Rice Street, Suite 220<br>Lihue, Kauai, Hawaii 96766 | U.S. MAIL |
| and | |
| DAVID J. MINKIN, ESQ.<br>McCorriston Miller Mukai MacKinnon<br>P. O. Box 2800<br>Honolulu, Hawaii 96803<br>Attorneys for Defendants<br>COUNTY OF KAUAI AND<br>KAUAI POLICE DEPARTMENT | HAND DELIVERY |
| CARY T. TANAKA, ESQ.<br>745 Fort Street, Suite 510<br>Honolulu, Hawaii 96813<br>Attorney for Defendant<br>K.C. LUM | HAND DELIVERY |

DATED: Honolulu, Hawaii, July 31, 2007.

_____
MICHAEL J. McGUIGAN
*Attorney for Defendant*
IRVIL KAPUA

2