MATTHEW S. K. PYUN, JR. 663-0
Office of the County Attorney
4444 Rice Street, Suite 220
Līhu`e, Hawai`i 96766
Telephone: (808) 241-6315
Facsimile: (808) 241-6319
Email: mpyun@kauai.gov

McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN 3639-0
BECKY T. CHESTNUT 7756-0
KARA M.L. YOUNG 8411-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293
Email: minkin@m4law.com

Attorneys for Defendants COUNTY OF KAUA`I and KAUA`I POLICE DEPARTMENT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA,<br><br>Defendants. | CIVIL NO. CV04-00562 KSC<br><br>DEFENDANTS COUNTY OF KAUA`I AND KAUA`I POLICE DEPARTMENT'S **JOINDER** IN DEFENDANT IRVIL KAPUA'S MOTION TO COMPEL THE INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF (FILED ON JULY 31, 2007); CERTIFICATE OF SERVICE |

**HEARING**
Date: August 6, 2007
Time: 9:30 a.m.
Judge: Kevin S.C. Chang

**Trial Date: January 8, 2008**

DEFENDANTS COUNTY OF KAUA`I AND KAUA`I POLICE DEPARTMENT'S **JOINDER** IN DEFENDANT IRVIL KAPUA'S MOTION TO COMPEL THE INDEPENDENT MEDICAL EXAMINATION (FILED ON JULY 31, 2007)

Defendants County of Kaua`i ("County") and Kaua`i Police Department ("KPD"), by and through their attorneys above-named, hereby submit their **Joinder** in Defendant Irvil Kapua's Motion to Compel the Independent Medical Examination of Plaintiff (Filed on July 31, 2007) ("Kapua Motion"), and substantively join in and adopt by reference the arguments set forth in the Kapua Motion. For the reasons stated in the Kapua Motion, which also apply to Defendants County and KPD, Defendants County and KPD respectfully request that this Honorable Court grant them the same relief being prayed for in the Kapua Motion.

DATED:  Honolulu, Hawai`i, August 2, 2007.

                        /s/Becky T. Chestnut
                        DAVID J. MINKIN
                        BECKY T. CHESTNUT
                        KARA M.L. YOUNG

                        Attorneys for Defendants
                        COUNTY OF KAUA`I and
                        KAUA`I POLICE DEPARTMENT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA,<br><br>Defendants. | CIVIL NO. CV04-00562 KSC<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served on the following on this date as indicated below:

| | Electronically Via CM/ECF | U.S. Mail |
|---|---|---|
| DANIEL G. HEMPEY, ESQ.<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Lihue, Hawai`i 96766 | | X |

and

| | **Electronically Via CM/ECF** | **U.S. Mail** |
|---|---|---|
| MARGERY S. BRONSTER, ESQ.<br>JOHN HOSHIBATA, ESQ.<br>Bronster Crabtree & Hoshibata<br>Pauahi Tower<br>1001 Bishop Street, Suite 2300<br>Honolulu, Hawai`i 96813<br><br>Attorneys for Plaintiff<br>DARLA ABBATIELLO | X | |
| MICHAEL J. McGUIGAN, ESQ.<br>ELMIRA TSANG, ESQ.<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, 24th Floor<br>Honolulu, Hawai`i 96813<br><br>Attorneys for Defendant IRVIL KAPUA | X | |
| CARY T. TANAKA, ESQ.<br>DIANE K. AGOR-OTAKE, ESQ.<br>Fort Street Tower<br>745 Fort Street, Suite 510<br>Honolulu, Hawai`i 96813<br><br>Attorneys for Defendant K.C. LUM | X | |

DATED: Honolulu, Hawai`i, August 2, 2007.

/s/ Becky T. Chestnut
DAVID J. MINKIN
BECKY T. CHESTNUT
KARA M.L. YOUNG

Attorneys for Defendants
COUNTY OF KAUA`I and
KAUA`I POLICE DEPARTMENT