LAW OFFICES OF CARY T. TANAKA

CARY T. TANAKA          4858-0
DIANE K. AGOR-OTAKE     7751-0
Suite 510 Fort Street Tower
745 Fort Street
Honolulu, Hawaii  96813
Telephone:  536-8885
Facsimile:  536-8845
carytanaka@aol.com
dka@hawaii.rr.com

Attorneys for Defendant
K.C. LUM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, ) | CIVIL NO. CV04 00562 KSC |
| ) | |
| Plaintiff, ) | DEFENDANT K.C. LUM'S |
| ) | SUBSTANTIVE JOINDER IN |
| vs. ) | DEFENDANT IRVIL KAPUA'S MOTION |
| ) | TO COMPEL THE INDEPENDENT |
| COUNTY OF KAUAI, KAUAI ) | EXAMINATION OF PLAINTIFF, |
| POLICE DEPARTMENT, K.C. LUM, ) | FILED HEREIN ON JULY 31, 2007; |
| WILFRED M. IHU, GORDON ISODA, ) | MEMORANDUM IN SUPPORT OF |
| DEAN PIGAO, and IRVIL KAPUA, ) | SUBSTANTIVE JOINDER; |
| ) | CERTIFICATE OF SERVICE |
| Defendants. ) | |
| ) | Hearing |
| ) | Date: August 6, 2007 |
| ) | Time: 9:30 a.m. |
| ) | Judge: The Hon. Kevin Chang |
| ) | |
| ) | |
| ) | TRIAL DATE: January 8, 2008 |
| ) | |

DEFENDANT K.C. LUM'S SUBSTANTIVE JOINDER IN DEFENDANT IRVIL
KAPUA'S MOTION TO COMPEL THE INDEPENDENT EXAMINATION OF
PLAINTIFF, FILED HEREIN ON JULY 31, 2007

Comes now Defendant K.C. LUM, by his attorneys, and hereby

files the following substantive joinder to Defendant Irvil

Kapua's Motion to Compel the Independent Medical Examination of Plaintiff, filed herein on July 31, 2007.

    DATED:  Honolulu, Hawaii, August 2, 2007.

                                       /s/ Diane K. Agor-Otake
                                      CARY T. TANAKA
                                      DIANE K. AGOR-OTAKE
                                      Attorneys for Defendant
                                      K.C. LUM