IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DARLA ABBATIELLO, | ) | CIVIL NO. CV04 00562 KSC |
| | ) | |
| Plaintiff, | ) | MEMORANDUM IN SUPPORT OF |
| | ) | SUBSTANTIVE JOINDER |
| vs. | ) | |
| | ) | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

MEMORANDUM IN SUPPORT OF SUBSTANTIVE JOINDER

Defendant K. C. LUM hereby substantively joins in and adopts by reference the arguments set forth in Defendant Irvil Kapua's Motion to Compel the Independent Medical Examination of Plaintiff, filed herein on July 31, 2007 ("Motion to Compel").

I.  DISCUSSION

    A.  The Federal Rules of Civil Procedure Allow for a Physical and Mental Examination of Plaintiff

Rule 26(a)(5), Federal Rules of Civil Procedure ("FRCP") sets forth the methods for obtaining discovery.

> Parties may obtain discovery by one or more of the following methods: depositions upon oral examination or written questions; written interrogatories; production of documents or things or permission to enter upon land or other property under Rule 34 or 45(a)(1)(C), for inspection and other purposes; physical and mental examinations; and requests for admission.

Fed. R. Civ. P. 26(a)(5) (emphasis added).

FRCP Rule 35 governs the method by which a physical and/or mental examination of a person may be ordered.  When the mental and/or physical condition of a person is in controversy, the court, upon motion by the requesting party setting forth good cause, may order the person to submit to a mental and/or physical examination.

> When the mental or physical condition . . . of a party . . . is in controversy, the court in which the action is pending may order the party to submit to a physical or mental examination by a suitably licensed or certified examiner[.] The order may be made only on motion for good cause shown and upon notice to the person to be examined and to all parties and shall specify the time, place, manner, conditions, and scope of the examination and the person or persons by whom it is to be made.

Fed. R. Civ. P. 35(a).

    B.   Plaintiff's Mental and Physical Condition is in Controversy

As set forth in the Motion to Compel, Plaintiff's mental and physical condition is "in controversy".  The "in controversy" requirement is clearly met in this case as demonstrated by the allegations in Plaintiff's Second Amended Complaint, filed herein on April 23, 2007, as well as her responses to discovery requests.  <u>See</u>, Exhibits "A" and "B", attached to the Motion to Compel.

    C.    Good Cause Exists for an Independent Medical Examination of Plaintiff

As discussed in detail in the Motion to Compel, good cause exists to compel Plaintiff to submit to an independent medical examination. An independent medical examination of Plaintiff is necessary for Defendants to properly defend themselves against Plaintiff's claims in this case.

    D.    Extension of Defendants' Expert Disclosure Deadlines

If the Motion to Compel is granted, psychiatrist George Davis Bussey, M.D., J.D., D.F.A.P.A., C.P.E., will perform the independent medical examination of Plaintiff. It is respectfully requested that the current expert disclosure deadline for Defendants be extended to allow Dr. Bussey to perform the requested independent medical examination of Plaintiff.

II. CONCLUSION

For the above-enunciated reasons, Defendant K.C. LUM substantively joins in the Motion to Compel and respectfully requests that this Honorable Court grant him the same relief being prayed for by the Motion to Compel herein.

DATED: Honolulu, Hawaii, August 2, 2007.

                                       /s/ Diane K. Agor-Otake
                                       CARY T. TANAKA
                                       DIANE K. AGOR-OTAKE
                                       Attorneys for Defendant
                                       K.C. LUM