```
            IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF HAWAII


DARLA ABBATIELLO,              )   CIVIL NO. CV04 00562 KSC
                               )
         Plaintiff,            )   CERTIFICATE OF SERVICE
                               )
    vs.                        )
                               )
COUNTY OF KAUAI, KAUAI         )
POLICE DEPARTMENT, K.C. LUM,   )
WILFRED M. IHU, GORDON ISODA,  )
DEAN PIGAO, and IRVIL KAPUA,   )
                               )
         Defendants.           )
                               )
```

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

```
    MARGERY S. BRONSTER, ESQ.    mbronster@bchlaw.net
    JOHN HOSHIBATA, ESQ.         jhoshibata@bchlaw.net
    Suite 2300 Pauahi Tower
    1001 Bishop Street
    Honolulu, Hawaii  96813

    Attorneys for Plaintiff


    DAVID J. MINKIN, ESQ.        minkin@m4law.com
    BECKY T. CHESTNUT, ESQ.      chestnut@m4law.com
    Five Waterfront Plaza, 4th Floor
    500 Ala Moana Boulevard
    Honolulu, Hawaii  96813

    Attorneys for Defendants
    COUNTY OF KAUAI and
    KAUAI POLICE DEPARTMENT
```

    MATTHEW S.K. PYUN, JR., ESQ.    mpyun@kauai.gov
    4444 Rice Street, Suite 220
    Lihue, Hawaii  96766

    Attorney for Defendants
    COUNTY OF KAUAI and
    KAUAI POLICE DEPARTMENT


    MICHAEL J. McGUIGAN, ESQ.    mjm@roplaw.com
    Pacific Guardian Center, Makai Tower
    733 Bishop Street, 24th Floor
    Honolulu, Hawaii  96813

    Attorney for Defendant
    IRVIL KAPUA


**Served by First Class Mail:**

    DANIEL G. HEMPEY, ESQ.
    3175 Elua Street, Suite C
    Lihue, Kauai  96766

    Attorney for Plaintiff


DATED: Honolulu, Hawaii, August 2, 2007.


                                        /s/ Diane K. Agor-Otake
                                        CARY T. TANAKA
                                        DIANE K. AGOR-OTAKE
                                        Attorneys for Defendant
                                        K.C. LUM