REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

MICHAEL J. McGUIGAN        2433-0
JEFFERY S. FLORES          8691-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii  96813
Telephone:  (808) 524-8350
Facsimile:   (808) 531-8628
E-mail:  mjm@roplaw.com

*Attorney for Defendant*
*IRVIL KAPUA*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>          Plaintiff,<br><br>  vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>          Defendants. | CIVIL NO. CV04-00562 KSC<br><br>DEFENDANT IRVIL KAPUA'S REPLY MEMORAUNDUM TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT IRVIL KAPUA'S MOTION TO COMPEL THE INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF; CERTIFICATE OF SERVICE<br><br>DATE:    August 6, 2007<br>TIME:     9:30 a.m.<br>Magistrate Judge Kevin S.C. Chang<br><br>TRIAL DATE:  January 8, 2008 |

DEFENDANT IRVIL KAPUA'S REPLY MEMORANDUM TO
PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT
IRVIL KAPUA'S MOTION TO COMPEL THE INDEPENDENT
<u>MEDICAL EXAMINATION OF PLAINTIFF</u>

Defendant Irvil Kapua ("Defendant"), by and through his attorneys, Reinwald O'Connor & Playdon LLP, and herby submits this Reply Memorandum in response to Plaintiff's Memorandum in Opposition to Defendant Irvil Kapua's Motion to Compel the Independent Medical Examination of Plaintiff Filed July 31, 2007 ("Opposition").

Defendant's reply memorandum is brought pursuant to Local Rules 7.1 et.seq., and is based upon the records and files of this case.

## I. DEFENDANT SEEKS ONE INDEPENDENT MEDICAL EXAMINATION

Defendant seeks one and only one independent medical examination of Plaintiff. Contrary to Plaintiff's assertion Defendant Kapua is not seeking "two bites of the apple." Opposition at 4. As stated in Defendant's Motion, Dr. Rogers would perform an "initial baseline analysis" which consists of psychological testing, a specialty of Dr. Rogers. On the other hand, Dr. Bussey's examination will be an evaluation of Plaintiff. Dr. Bussey will subsequently use Dr. Rogers' test results along with his own evaluation to formulate his expert report. Dr. Rogers and Dr. Bussey have performed independent medical examinations using this procedure multiple

times.  As such, Defendant is not performing two separate examinations but rather Dr. Rogers and Dr. Bussey are working in tandem to produce one comprehensive independent medical examination.  Dr. Bussey's availability has no bearing whatsoever on the need for Dr. Rogers and Dr. Bussey's to work together in performing this required examination.

## II.     CONCLUSION

For the foregoing reasons, Defendant Kapua respectfully requests this Court grant his motion compelling Plaintiff to submit to an Independent Medical Examination by psychiatrist George Davis Bussey, M.D., J.D., D.F.A.P.A., C.P.E. and clinical psychologist Joseph R. Rogers, Ph.D.

DATED:  Honolulu, Hawaii, August 3, 2007.

MICHAEL J. McGUIGAN
JEFFERY S. FLORES
*Attorney for Defendant*
*IRVIL KAPUA*