# MINUTES

CASE NUMBER:        CV04-00562KSC

CASE NAME:          Darla Abatiello v. County of Kauai, et al.

ATTYS FOR PLA:      John Hoshibata


ATTYS FOR DEFT:     Michael McGuigan
                    Jeffery Flores
                    Kara Young
                    Diane Agor-Otake

INTERPRETER:

---

JUDGE:   Kevin S. C. Chang          REPORTER:   FTR C5

DATE:    8/6/2007                   TIME:       9:32:54-9:48:15am

---

COURT ACTION:  EP:
1. Defendant Irvil Kapua's Motion to Compel the Independent Medical Examination of Plaintiff [332]
2. Defendants County of Kauai and Kauai Police Department's Joinder in Defendant Irvil Kapua's Motion to Compel the Independent Medical Examination of Plaintiff [335]
3. Defendant K.C. Lum's Substantive Joinder in Defendant Irvil Kapua's Motion to Compel the Independent Medical Examination of Plaintiff [336]


Motion and joinders granted.  The Independent Medical Examination by Doctors Bussey and Rogers shall take place before the end of August, 2007 unless otherwise agreed to between counsel.  Mr. McGuigan to prepare the order.


Submitted by: Shari Afuso, Courtroom Manager