LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY          7535
3175 Elua Street
Lihue, Hawaii 96766
Telephone No.:    (808) 823-0000
Facsimile No.:    (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER HOSHIBATA
MARGERY S. BRONSTER     4750
JOHN HOSHIBATA          3141
JEANNETTE HOLMES CASTAGNETTI   7211
2300 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone No.:    (808) 524-5644
Facsimile No.:    (808) 599-1881
mbronster@bhhawaii.net
jhoshibata@bhhawaii.net
jcastagnetti@bhhawaii.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 KSC BMK |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) [Re: Notice of Continuation of |
| COUNTY OF KAUAI, KAUAI POLICE | ) Deposition of K.C. Lum by Oral |
| DEPARTMENT, K.C. LUM, WILFRED | ) Examination] |
| M. IHU, GORDON ISODA, DEAN | ) |
| PIGAO, IRVIL KAPUA, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Notice of Continuation of Deposition of K.C. Lum Upon Oral Examination was served on the following parties on August 9, 2007 in the manner specified below:

| | |
|---|---|
| DANIEL G. HEMPEY, ESQ.<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Lihue, Hawaii 96766<br>   Attorney for Plaintiff<br>   DARLA ABBATIELLO | U.S. Mail |
| MICHAEL J. McGUIGAN, ESQ.<br>Reinwald O'Connor & Playdon LLP<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, Suite 2400<br>Honolulu, Hawaii 96813<br>   Attorney for Defendant<br>   IRVIL KAPUA | Hand Delivery |
| DAVID J. MINKIN, ESQ.<br>BECKY T. CHESTNUT, ESQ.<br>KARA M.L. YOUNG, ESQ.<br>McCorriston Miller Mukai MacKinnon LLP<br>Five Waterfront Plaza, 4th Floor<br>500 Ala Moana Boulevard<br>Honolulu, Hawaii 96813<br>   Attorneys for Defendants<br>   COUNTY OF KAUAI, KAUAI POLICE<br>   DEPARTMENT, WILFRED M. IHU,<br>   GORDON ISODA and DEAN PIGAO | Hand Delivery |

/

/

/

| | |
|---|---|
| MATTHEW S.K. PYUN, ESQ.<br>Office of the County Attorney<br>4444 Rice Street, Suite 220<br>Lihue, Hawaii 96766<br>    Attorneys for Defendants<br>    COUNTY OF KAUAI and<br>    KAUAI POLICE DEPARTMENT | U.S. Mail |
| CARY T. TANAKA, ESQ.<br>Fort Street Tower, Suite 510<br>745 Fort Street<br>Honolulu, Hawaii 96813<br>    Attorney for Defendant and<br>    Third-Party Plaintiff K.C. LUM | Hand Delivery |

DATED: Honolulu, Hawaii, August 9, 2007.

_____
DANIEL G. HEMPEY
MARGERY S. BRONSTER
JOHN T. HOSHIBATA
JEANNETTE HOLMES CASTAGNETTI
    Attorneys for Plaintiff
    DARLA ABBATIELLO