LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY          7535
3175 Elua Street
Lihue, Hawaii 96766
Telephone No.:    (808) 823-0000
Facsimile No.:    (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER HOSHIBATA
MARGERY S. BRONSTER    4750
JOHN HOSHIBATA          3141
JEANNETTE HOLMES CASTAGNETTI  7211
2300 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone No.:    (808) 524-5644
Facsimile No.:    (808) 599-1881
mbronster@bhhawaii.net
jhoshibata@bhhawaii.net
jcastagnetti@bhhawaii.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA,<br><br>    Defendants. | CIVIL NO. CV04 00562 KSC BMK<br><br>CERTIFICATE OF SERVICE<br><br>[Re: Notice of Taking Depositions of 1) Regina Ventura; 2) Harold R. Venneman; 3) Roy Asher; and 4) Frederick DeBusca] |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Notice of Taking Depositions Upon Oral Examination [Re: 1) Regina Ventura; 2) Harold R. Venneman; 3) Roy Asher; and 4) Frederick DeBusca] was served on the following parties on August 9, 2007 in the manner specified below:

| | |
|---|---|
| DANIEL G. HEMPEY, ESQ.<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Lihue, Hawaii 96766<br>    Attorney for Plaintiff<br>    DARLA ABBATIELLO | U.S. Mail |
| MICHAEL J. McGUIGAN, ESQ.<br>Reinwald O'Connor & Playdon LLP<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, Suite 2400<br>Honolulu, Hawaii 96813<br>    Attorney for Defendant<br>    IRVIL KAPUA | Hand Delivery |
| DAVID J. MINKIN, ESQ.<br>BECKY T. CHESTNUT, ESQ.<br>KARA M.L. YOUNG, ESQ.<br>McCorriston Miller Mukai MacKinnon LLP<br>Five Waterfront Plaza, 4th Floor<br>500 Ala Moana Boulevard<br>Honolulu, Hawaii 96813<br>    Attorneys for Defendants<br>    COUNTY OF KAUAI, KAUAI POLICE<br>    DEPARTMENT, WILFRED M. IHU,<br>    GORDON ISODA and DEAN PIGAO | Hand Delivery |

/

MATTHEW S.K. PYUN, ESQ.                U.S. Mail
Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Hawaii 96766
    Attorneys for Defendants
    COUNTY OF KAUAI and
    KAUAI POLICE DEPARTMENT

CARY T. TANAKA, ESQ.                   Hand Delivery
Fort Street Tower, Suite 510
745 Fort Street
Honolulu, Hawaii 96813
    Attorney for Defendant and
    Third-Party Plaintiff K.C. LUM

DATED: Honolulu, Hawaii, August 9, 2007.

_____
DANIEL G. HEMPEY
MARGERY S. BRONSTER
JOHN T. HOSHIBATA
JEANNETTE HOLMES CASTAGNETTI
    Attorneys for Plaintiff
    DARLA ABBATIELLO