LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY          7535
3175 Elua Street
Lihue, Hawaii 96766
Telephone No.:     (808) 823-0000
Facsimile No.:     (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER HOSHIBATA
MARGERY S. BRONSTER     4750
JOHN HOSHIBATA          3141
JEANNETTE HOLMES CASTAGNETTI   7211
2300 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone No.:     (808) 524-5644
Facsimile No.:     (808) 599-1881
mbronster@bhhawaii.net
jhoshibata@bhhawaii.net
jcastagnetti@bhhawaii.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 KSC BMK |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) [Re: First Amended Notice of |
| | ) Taking Depositions of 1) Regina |
| COUNTY OF KAUAI, KAUAI POLICE | ) Ventura; 2) Harold R. Venneman; 3) |
| DEPARTMENT, K.C. LUM, WILFRED | ) Roy Asher; and 4) Frederick |
| M. IHU, GORDON ISODA, DEAN | ) DeBusca] |
| PIGAO, IRVIL KAPUA, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the First

Amended Notice of Taking Depositions Upon Oral Examination  [Re: 1) Regina

Ventura; 2) Harold R. Venneman; 3) Roy Asher; and 4) Frederick DeBusca] was

served on the following parties on August 16, 2007 in the manner specified below:

> DANIEL G. HEMPEY, ESQ.                    U.S. Mail
> Law Office of Daniel G. Hempey
> 3175 Elua Street
> Lihue, Hawaii 96766
>     Attorney for Plaintiff
>     DARLA ABBATIELLO

> MICHAEL J. McGUIGAN, ESQ.                 Hand Delivery
> Reinwald O'Connor & Playdon LLP
> Pacific Guardian Center, Makai Tower
> 733 Bishop Street, Suite 2400
> Honolulu, Hawaii 96813
>     Attorney for Defendant
>     IRVIL KAPUA

> DAVID J. MINKIN, ESQ.                     Hand Delivery
> BECKY T. CHESTNUT, ESQ.
> KARA M.L. YOUNG, ESQ.
> McCorriston Miller Mukai MacKinnon LLP
> Five Waterfront Plaza, 4th Floor
> 500 Ala Moana Boulevard
> Honolulu, Hawaii 96813
>     Attorneys for Defendants
>     COUNTY OF KAUAI, KAUAI POLICE
>     DEPARTMENT, WILFRED M. IHU,
>     GORDON ISODA and DEAN PIGAO

/

MATTHEW S.K. PYUN, ESQ.                    U.S. Mail
Office of the County Attorney
4444 Rice Street, Suite 220
Lihue, Hawaii  96766
        Attorneys for Defendants
        COUNTY OF KAUAI and
        KAUAI POLICE DEPARTMENT

CARY T. TANAKA, ESQ.                       Hand Delivery
Fort Street Tower, Suite 510
745 Fort Street
Honolulu, Hawaii   96813
        Attorney for Defendant and
        Third-Party Plaintiff K.C. LUM

DATED:  Honolulu, Hawaii, August 16, 2007.


_____
DANIEL G. HEMPEY
MARGERY S. BRONSTER
JOHN T. HOSHIBATA
JEANNETTE HOLMES CASTAGNETTI
        Attorneys for Plaintiff
        DARLA ABBATIELLO