# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV04-00562KSC |
| CASE NAME: | Darla Abatiello v. County of Kauai, et al. |
| ATTYS FOR PLA: | Margery Bronster |
| ATTYS FOR DEFT: | Michael McGuigan<br>Diane Agor-Otake<br>David Minkin |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 8/23/2007 | TIME: | 9:00-9:25am |

COURT ACTION:   EP: Status Conference Re: Clarification of Due Dates.  Discussion held regarding the following dates/deadlines:

Defendant Kapua's deadlines:
Submit expert report: 9/10/07
Make expert available for deposition: 11/23/07

Plaintiff's deadlines:
ID rebuttal witness: 9/17/07
Submit expert report: 10/23/07
Make expert available for deposition: 11/30/07

If any discovery/disputes arise with respect to the experts related to the July 25, 2007 Motion, the Court will consider any potential motions.

Submitted by: Shari Afuso, Courtroom Manager