# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV04-00562KSC |
| CASE NAME: | Darla Abatiello v. County of Kauai, et al. |
| ATTYS FOR PLA: | Jeannette Castagnetti |
| ATTYS FOR DEFT: | Michael McGuigan<br>David Minkin<br>Kara Young<br>Cary Tanaka |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 9/10/2007 | TIME: | 10:00-10:05am |

COURT ACTION: EP: Status Conference Re: Raw Data Report.

Counsel agree to the following:

Bussey report due by noon on 9/13/07.

Rogers report due: 9/24/07.

Submitted by: Shari Afuso, Courtroom Manager