# MINUTES

CASE NUMBER:      CV04-00562KSC

CASE NAME:        Darla Abatiello v. County of Kauai, et al.

ATTYS FOR PLA:    John Hoshibata

ATTYS FOR DEFT:   Michael McGuigan
                  David Minkin

INTERPRETER:

JUDGE:    Kevin S. C. Chang          REPORTER:    C5 - no record

DATE:     9/13/2007                  TIME:        9:40-9:50am

COURT ACTION:  EP: Status Conference Re: Mr. Bussey's 9/19/07 deposition. Discussion held. Mr. Hoshibata confirmed that Mr. Bussey's deposition will proceed on 9/19/07.

Submitted by: Shari Afuso, Courtroom Manager