LAW OFFICE OF DANIEL G. HEMPEY
DANIEL G. HEMPEY          7535
3175 Elua Street
Lihue, Hawaii  96766
Telephone No.:    (808) 823-0000
Facsimile No.:     (808) 632-2332
hemplaw@hawaii.rr.com

BRONSTER HOSHIBATA
MARGERY S. BRONSTER     4750
JOHN HOSHIBATA              3141
JEANNETTE HOLMES CASTAGNETTI   7211
2300 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii  96813
Telephone No.:    (808) 524-5644
Facsimile No.:     (808) 599-1881
mbronster@bhhawaii.net
jhoshibata@bhhawaii.net
jcastagnetti@bhhawaii.net

Attorneys for Plaintiff
DARLA ABBATIELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| DARLA ABBATIELLO, | ) CIVIL NO. CV04 00562 KSC BMK |
|---|---|
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) [Re: Notice of Taking Deposition |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, IRVIL KAPUA, | ) Upon Oral Examination of George D. Bussey, M.D.] |
| Defendants. | ) |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the Notice of Taking Deposition Upon Oral Examination [Re: George D. Bussey, M.D.] was served on the following parties on September 14, 2007 in the manner specified below:

| | |
|---|---|
| DANIEL G. HEMPEY, ESQ.<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Lihue, Hawaii 96766<br>   Attorney for Plaintiff<br>   DARLA ABBATIELLO | U.S. Mail |
| MICHAEL J. McGUIGAN, ESQ.<br>Reinwald O'Connor & Playdon LLP<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, Suite 2400<br>Honolulu, Hawaii 96813<br>   Attorney for Defendant<br>   IRVIL KAPUA | Hand Delivery |
| DAVID J. MINKIN, ESQ.<br>BECKY T. CHESTNUT, ESQ.<br>KARA M.L. YOUNG, ESQ.<br>McCorriston Miller Mukai MacKinnon LLP<br>Five Waterfront Plaza, 4th Floor<br>500 Ala Moana Boulevard<br>Honolulu, Hawaii 96813<br>   Attorneys for Defendants<br>   COUNTY OF KAUAI, KAUAI POLICE<br>   DEPARTMENT, WILFRED M. IHU,<br>   GORDON ISODA and DEAN PIGAO | Hand Delivery |

| | |
|---|---|
| MATTHEW S. K. PYUN, ESQ.<br>Office of the County Attorney<br>4444 Rice Street, Suite 220<br>Lihue, Hawaii 96766<br>   Attorneys for Defendants<br>   COUNTY OF KAUAI and<br>   KAUAI POLICE DEPARTMENT | U.S. Mail |
| CARY T. TANAKA, ESQ.<br>Fort Street Tower, Suite 510<br>745 Fort Street<br>Honolulu, Hawaii 96813<br>   Attorney for Defendant and<br>   Third-Party Plaintiff K.C. LUM | Hand Delivery |

DATED: Honolulu, Hawaii, September 14, 2007.

_____
JOHN T. HOSHIBATA
MARGERY S. BRONSTER
JEANNETTE HOLMES CASTAGNETTI
DANIEL G. HEMPEY

Attorneys for Plaintiff
DARLA ABBATIELLO