| | |
|---|---|
| MATTHEW S.K. PYUN, JR. | 663-0 |

Office of the County Attorney
4444 Rice Street, Suite 220
Līhu`e, Hawai`i 96766
Telephone: (808) 241-6315
Facsimile: (808) 241-6319
Email: mpyun@kauai.gov

McCORRISTON MILLER MUKAI MacKINNON LLP

| | |
|---|---|
| DAVID J. MINKIN | 3639-0 |
| BECKY T. CHESTNUT | 7756-0 |
| KARA M.L. YOUNG | 8411-0 |

Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i  96813
Telephone:  (808) 529-7300
Facsimile:  (808) 524-8293
Email:  minkin@m4law.com

Attorneys for Defendants COUNTY OF KAUA`I
and KAUA`I POLICE DEPARTMENT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DARLA ABBATIELLO,          )<br>                                            )<br>            Plaintiff,               )<br>    vs.                                     )<br>                                            )<br>COUNTY OF KAUAI, KAUAI    )<br>POLICE DEPARTMENT, K.C. LUM,  )<br>WILFRED M. IHU, GORDON    )<br>ISODA, DEAN PIGAO, IRVIL   )<br>KAPUA,                              )<br>                                            )<br>            Defendants.         )<br>_____ ) | CIVIL NO. CV04-00562 SOM BMK<br><br>**CERTIFICATE OF SERVICE RE**:<br>DEFENDANTS COUNTY OF<br>KAUA`I AND KAUA`I POLICE<br>DEPARTMENT'S NOTICE OF<br>TAKING DEPOSITIONS UPON<br>ORAL EXAMINATION |

169264.1

CERTIFICATE OF SERVICE RE:
DEFENDANTS COUNTY OF KAUA`I AND
KAUA`I POLICE DEPARTMENT'S NOTICE OF
TAKING DEPOSITIONS UPON ORAL EXAMINATION

The undersigned hereby certifies that a true and correct copy of DEFENDANTS COUNTY OF KAUA`I AND KAUA`I POLICE DEPARTMENT'S NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION was duly served on the following on this date as indicated below:

|  | Via Hand Delivery | U.S. Mail |
|---|---|---|
| DANIEL G. HEMPEY, ESQ.<br>Law Office of Daniel G. Hempey<br>3175 Elua Street<br>Lihue, Hawai`i 96766 |  | X |
| and |  |  |
| MARGERY S. BRONSTER, ESQ.<br>JOHN HOSHIBATA, ESQ.<br>Bronster Crabtree & Hoshibata<br>Pauahi Tower<br>1001 Bishop Street, Suite 2300<br>Honolulu, Hawai`i 96813 |  | X |
| Attorneys for Plaintiff<br>DARLA ABBATIELLO |  |  |
| MICHAEL J. McGUIGAN, ESQ.<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, 24th Floor<br>Honolulu, Hawai`i 96813 |  | X |
| Attorney for Defendant<br>IRVIL KAPUA |  |  |

169264.1

2

|  | **Via Hand Delivery** | **U.S. Mail** |
|---|---|---|
| CARY T. TANAKA, ESQ.<br>Fort Street Tower<br>745 Fort Street, Suite 510<br>Honolulu, Hawai`i 96813<br><br>Attorney for Defendant K.C. LUM |  | X |

DATED: Honolulu, Hawai`i, __September 17, 2007__

/s/ David J. Minkin
DAVID J. MINKIN
BECKY T. CHESTNUT
KARA M.L. YOUNG

Attorneys for Defendants
COUNTY OF KAUA`I, KAUA`I POLICE
DEPARTMENT, WILFRED M. IHU,
GORDON ISODA, and DEAN PIGAO

169264.1                                3