# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00562KSC |
| CASE NAME: | Darla Abbatiello v. County of Kauai, et al. |
| ATTYS FOR PLA: | Margery S. Bronster, Daniel G. Hempey, John T. Hoshibata |
| ATTYS FOR DEFT: | David J. Minkin, Rebecca T. Chestnut, Kara Young, Matthew S.K. Pyun, Jr. Michael J. McGuigan |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 10/01/2007 | TIME: | 1:30 - 5 |

COURT ACTION: EP: Further Mediation held. Mediator David L. Fairbanks present. Case settled.

Status Conference Re Dismissal is set for 11/19/2007 @ 9:30 a.m. before Magistrate Judge Barry M. Kurren.

All other dates/deadlines vacated.

Submitted by Richlyn W. Young, courtroom manager