# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00562KSC |
| CASE NAME: | Darla Abbatiello v. County of Kauai |
| ATTYS FOR PLA: | Margery S. Bronster, John T. Hoshibata |
| ATTYS FOR DEFT: | David J. Minkin, Matthew S.K. Pyun, Jr., Michael J. McGuigan, Cary T. Tanaka, Diane Agor-Otake |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 11/02/2007 | TIME: | 9 - 10:20 |

COURT ACTION: EP: Status Conference held.

Submitted by Richlyn Young, Courtroom Manager