MATTHEW S.K. PYUN, JR.    663-0
Office of the County Attorney
4444 Rice Street, Suite 220
Līhu`e, Hawai`i 96766
Telephone: (808) 241-6315
Facsimile:  (808) 241-6319
Email: mpyun@kauai.gov

McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN    3639-0
BECKY T. CHESTNUT    7756-0
KARA M.L. YOUNG    8411-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i  96813
Telephone:  (808) 529-7300
Facsimile:  (808) 524-8293
Email:  minkin@m4law.com

Attorneys for Defendants COUNTY OF KAUA`I,
KAUA`I POLICE DEPARTMENT, WILFRED M. IHU,
GORDON ISODA and DEAN PIGAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| DARLA ABBATIELLO,<br><br>             Plaintiff,<br>  vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA,<br><br>             Defendants. | CIVIL NO. CV04-00562 KSC<br><br>STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S CLAIMS AGAINST DEFENDANT .K.C. LUM AND ORDER<br><br><br>**Trial Date:  January 8, 2008** |
|---|---|

172552.1

## STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S CLAIMS AGAINST DEFENDANT K.C. LUM

IT IS HEREBY STIPULATED by and between the appearing parties, through their respective counsel, that all claims brought by Plaintiff DARLA ABBATIELLO against Defendant K.C. LUM, are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Plaintiff's claims against all other defendants to be dismissed with prejudice pursuant to separate stipulations for dismissal.

Trial in this matter is set for January 8, 2008. Each party shall bear its own attorneys' fees and costs.

DATED:  Honolulu, Hawai`i, November 26, 2007.

/s/ Cary T. Tanaka
CARY T. TANAKA, ESQ.
DIANE K. AGOR-OTAKE, ESQ.
Attorneys for Defendant
K.C. LUM

/s/ John Hoshibata
MARGERY S. BRONSTER
JOHN HOSHIBATA
DANIEL G. HEMPEY
Attorneys for Plaintiff
DARLA ABBATIELLO

APPROVED AND SO ORDERED:





Kevin S.C. Chang
United States Magistrate Judge

---

*Abbatiello vs. County of Kauai, et al.,* Civ. No. CV 04 00562 KSC:  STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S CLAIMS AGAINST DEFENDANT K.C. LUM AND ORDER

172552.1                                            2