MATTHEW S.K. PYUN, JR.   663-0
Office of the County Attorney
4444 Rice Street, Suite 220
Līhu`e, Hawai`i 96766
Telephone: (808) 241-6315
Facsimile:  (808) 241-6319
Email: mpyun@kauai.gov

McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN            3639-0
BECKY T. CHESTNUT          7756-0
KARA M.L. YOUNG            8411-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i  96813
Telephone:  (808) 529-7300
Facsimile:  (808) 524-8293
Email:  minkin@m4law.com

Attorneys for Defendants COUNTY OF KAUA`I,
KAUA`I POLICE DEPARTMENT, WILFRED M. IHU,
GORDON ISODA and DEAN PIGAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| DARLA ABBATIELLO, | CIVIL NO. CV04-00562 KSC |
|---|---|
| Plaintiff, vs. | STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S CLAIMS AGAINST DEFENDANTS COUNTY OF KAUA`I AND KAUA`I POLICE DEPARTMENT AND ORDER |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, K.C. LUM, WILFRED M. IHU, GORDON ISODA, DEAN PIGAO, and IRVIL KAPUA, | |
| Defendants. | **Trial Date:  January 8, 2008** |

172562.1

## STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S CLAIMS AGAINST DEFENDANTS COUNTY OF KAUA`I AND KAUA`I POLICE DEPARTMENT

IT IS HEREBY STIPULATED by and between the appearing parties, through their respective counsel, that all claims brought by Plaintiff DARLA ABBATIELLO against Defendants COUNTY OF KAUA`I AND KAUA`I POLICE DEPARTMENT, are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Plaintiff's claims against all other defendants to be dismissed with prejudice pursuant to separate stipulations for dismissal.

Trial in this matter is set for January 8, 2008.  Each party shall bear its own attorneys' fees and costs.

DATED:  Honolulu, Hawai`i, November 30, 2007.

/s/ David J. Minkin
DAVID J. MINKIN
BECKY T. CHESTNUT
Attorneys for Defendants
COUNTY OF KAUA`I and
KAUA`I POLICE DEPARTMENT

/s/ John Hoshibata
MARGERY S. BRONSTER
JOHN HOSHIBATA
DANIEL G. HEMPEY
Attorneys for Plaintiff
DARLA ABBATIELLO

APPROVED AND SO ORDERED:



_____
Kevin S.C. Chang
United States Magistrate Judge

---

*Abbatiello vs. County of Kauai, et al.,* Civ. No. CV 04 00562 KSC: STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S CLAIMS AGAINST DEFENDANTS COUNTY OF KAUA`I AND KAUA`I POLICE DEPARTMENT AND ORDER